# EXHIBIT A

LICENSE AGREEMENT
AS AMENDED

**FILED UNDER SEAL**