UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc. and SNMP
Research International, Inc.,

   v.

Case No. _____

Broadcom Inc.
Brocade Communications Systems LLC
Extreme Networks, Inc.

## **DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for   Plaintiffs_____,

certify to the best of my knowledge and belief:

☒    My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.*

☐    My client has the following parent corporation(s):

☐    The following publicly held corporation(s) own 10% or more of my client's stock:

/s/ Cheryl G. Rice
(Signature of Counsel)

10/26/2020
(Date)