SNMP RESEARCH, INC. ET AL.

    Plaintiff,

v.                                          Case No.

BROADCOM INC. ET AL.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Plaintiffs**

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/23/20

_____
(Signature–hand signed)

Name: Matt Ashley
Firm: Irell & Manella LLP
Address:

    1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276

Email address: mashley@irell.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.