# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Alvin Matthew Ashley

Bar Number 198235

was duly admitted to practice in this Court on December 6, 2007, and is in good standing as a member of the bar of this Court.



Signed on October 26, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court