UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC. ET AL.

    Plaintiff,

v.

BROADCOM INC. ET AL.

    Defendant.

Case No.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Plaintiffs**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Oct 23, 2020

_____
(Signature—hand signed)

Name: David Nimmer

Firm: Irell & Manella LLP

Address:

1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276

Email address: dnimmer@irell.com

Once your motion is granted, you must register as an E-Filer with this Court. For