# United States District Court
# Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# David Nimmer

Bar Number 97170

was duly admitted to practice in this Court on May 16, 1988, and is in good standing as a member of the bar of this Court.



Signed on October 26, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court