# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| SNMP Research, Inc. and SNMP Research International, Inc. <br><br> Plaintiff(s) <br> v. <br><br> Extreme Networks, Inc., Brocade Communications Systems LLC, and Broadcom Inc. <br><br> Defendant(s) | Civil Action No. 3:20-cv-451 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Brocade Communications Systems LLC
> Corporation Service Company, Registered Agent
> 2908 Poston Ave.
> Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Cheryl G. Rice
> John L. Wood
> Egerton McAfee Armistead & Davis, P.C.
> 900 S. Gay Street, 14th Floor
> Knoxville, TN 37902
> (865) 546-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 10/26/20

Signature of Clerk or Deputy Clerk

Civil Action No. 3:20-cv-451

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brocade Comminications Systems, LLC
was received by me on *(date)* 10/27/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Cathey Jones, Process Service Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Brocade Comminications Systems, LLC c/o Corporation Service Company, Reg. Agt. on *(date)* 10/27/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/2020

*Server's signature*

Larry Wozencraft, PPS
*Printed name and title*

**LEGAL EAGLES**
**(615) 781-3730**
**PO BOX 210206**
**NASHVILLE, TN 37221**
*Server's address*

Additional information regarding attempted service, etc: