AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION ☐ APPEAL

COURT NAME AND LOCATION: United States District Court for the Eastern District of Tennessee at Knoxville

DOCKET NO.: 3:20-cv-00451
DATE FILED: 10/28/2020

PLAINTIFF: SNMP Research, Inc. and SNMP Research International, Inc.

DEFENDANT: Broadcom Inc., Brocade Communications Systems LLC, and Extreme Networks, Inc.

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TXu 1-706-718 | NETMON, Associated Applications, and Libraries Version 15 | SNMP Research, Inc. |
| 2 | TXu 1-772-248 | NETMON, Associated Applications, and Libraries Version 15.2 | SNMP Research, Inc. |
| 3 | TXu 1-772-250 | NETMON, Associated Applications, and Libraries Version 15. 3 | SNMP Research, Inc. |
| 4 | TXu 1-738-956 | NETMON, Associated Applications, and Libraries Version 15. 4 | SNMP Research, Inc. |
| 5 | TXu 1-707-158 | NETMON, Associated Applications, and Libraries Version 16 | SNMP Research, Inc. |

(See attached for additional copyrights)

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED:

INCLUDED BY: ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED: ☐ Order ☐ Judgment

WRITTEN OPINION ATTACHED: ☐ Yes ☐ No

DATE RENDERED:

CLERK: 

(BY) DEPUTY CLERK:

DATE:

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Report on the Filing or Determination of an Action or Appeal Regarding a Copyright
(Additional Page)

Attachment of Additional Copyrights:

| | Copyright Registration | Title of Work | Author or Work |
|---|---|---|---|
| 6 | TXu 1-738-954 | NETMON, Associated Applications, and Libraries Version 16.2 | SNMP Research, Inc. |
| 7 | TXu 1-707-157 | NETMON, Associated Applications, and Libraries Version 17 | SNMP Research, Inc. |
| 8 | TXu 1-738-958 | NETMON, Associated Applications, and Libraries Version 17.2 | SNMP Research, Inc. |

# Report on the Filing or Determination of an Action or Appeal Regarding a Copyright
(Additional Page)

Attachment of Additional Copyrights:

| | Copyright Registration | Title of Work | Author or Work |
|---|---|---|---|
| 6 | TXu 1-738-954 | NETMON, Associated Applications, and Libraries Version 16.2 | SNMP Research, Inc. |
| 7 | TXu 1-707-157 | NETMON, Associated Applications, and Libraries Version 17 | SNMP Research, Inc. |
| 8 | TXu 1-738-958 | NETMON, Associated Applications, and Libraries Version 17.2 | SNMP Research, Inc. |