UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., et al.

        Plaintiff,

v.

                                    Case No. 3:20-CV-00451

BROADCOM INC., et al.

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Defendant Broadcom Inc.**

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**California**

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the DISTRICT court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 28, 2020**

*(Signature–hand signed)*

Name: **Salvatore Umberto Bonaccorso**

Firm: **Hueston Hennigan LLP**

Address:

    **523 W. 6th Street, Suite 400, Los Angeles, CA 90014**

Email address: **sbonaccorso@hueston.com**

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Salvatore Umberto Bonaccorso, Bar No. 313903

was duly admitted to practice in this Court on June 8, 2020

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on October 28, 2020

KIRY K. GRAY
Clerk of Court

By *Shea Bourgeois*, Deputy Clerk