UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., et al.

    Plaintiff,

v.

    Case No. 3:20-CV-00451

BROADCOM INC., et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Defendant Broadcom Inc.**, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    California, New York

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 28, 2020

*(Signature–hand signed)*

Name: Alison Plessman
Firm: Hueston Hennigan LLP
Address:

    523 W. 6th Street, Suite 400, Los Angeles, CA 90014

Email address: aplessman@hueston.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ALISON   PLESSMAN_____ , Bar # _____4258315_____

was duly admitted to practice in the Court on

_____April 14, 2020_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.              On     _____October 16, 2020_____
             New York, New York

_____Ruby J. Krajick_____    By    _____s/ V. Bart_____
         Clerk of Court                            Deputy Clerk

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Alison Plessman__, Bar No. __250631__

was duly admitted to practice in this Court on __October 22, 2007__
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __October 28, 2020__
Date

KIRY K. GRAY
Clerk of Court

By *Shea Bourgeois* , Deputy Clerk