# United States District Court
# Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Morgan Chu

Bar Number 70446

was duly admitted to practice in this Court November 6, 1980, and is in good standing as a member of the bar of this Court.

Signed on November 4, 2020 by

*Susan Y. Soong*
Susan Y. Soong, Clerk of Court

