# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

# **NOTICE OF APPEARANCE FOR ALISON PLESSMAN**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Alison Plessman of Hueston Hennigan LLP hereby enters her special appearance[1] as counsel of record for Defendants Broadcom Inc. and Brocade Communications Systems LLC. Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

> Alison Plessman
> aplessman@hueston.com
> HUESTON HENNIGAN LLP
> 523 W. 6th Street, Suite 400
> Los Angeles, California 90014
> Telephone: 213-788-4340
> Facsimile: 888-775-0898

Dated: November 9, 2020       HUESTON HENNIGAN LLP

By: _____
Alison Plessman (admitted *pro hac vice*)
Attorney for Defendants
Broadcom Inc.
Brocade Communication Systems LLC

---

[1] The attorney has specified this as a special notice of appearance to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.