UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.<br><br>    Defendants. | Case No. 3:20-cv-00451 |

## **NOTICE OF APPEARANCE FOR EUNICE LEONG**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eunice Leong of Hueston Hennigan LLP hereby enters her special appearance[1] as counsel of record for Defendants Broadcom Inc. and Brocade Communications Systems LLC. Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

> Eunice Leong
> eleong@hueston.com
> HUESTON HENNIGAN LLP
> 523 W. 6th Street, Suite 400
> Los Angeles, California 90014
> Telephone: 213-788-4340
> Facsimile: 888-775-0898

Dated: November 9, 2020                HUESTON HENNIGAN LLP

                                       By:   /s/ Eunice Leong
                                             Eunice Leong (admitted *pro hac vice*)
                                             Attorney for Defendants
                                             Broadcom Inc.
                                             Brocade Communications Systems LLC

---

[1] The attorney has specified this as a special notice of appearance to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.