# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.<br><br>    Defendants. | Case No. 3:20-cv-00451 |

## NOTICE OF APPEARANCE FOR SALVATORE BONACCORSO

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Salvatore Bonaccorso of Hueston Hennigan LLP hereby enters his special appearance[1] as counsel of record for Defendants Broadcom Inc. and Brocade Communications Systems LLC. Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

>    Salvatore Bonaccorso
>    sbonaccorso@hueston.com
>    HUESTON HENNIGAN LLP
>    523 W. 6th Street, Suite 400
>    Los Angeles, California 90014
>    Telephone: 213-788-4340
>    Facsimile: 888-775-0898

Dated: November 9, 2020    HUESTON HENNIGAN LLP

By: /s/ Salvatore Bonaccorso
Salvatore Bonaccorso (admitted *pro hac vice*)
Attorney for Defendants
Broadcom Inc.
Brocade Communications Systems LLC

---

[1] The attorney has specified this as a special notice of appearance to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.