# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 <br><br> Judge: J. Ronnie Greer |

## STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 21 DAYS (L.R. 12.1)

Pursuant to Local Civil Rule 12.1, Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") and Defendants Broadcom Inc. and Brocade Communications Systems LLC (the "Broadcom/Brocade Defendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS Plaintiffs filed the Complaint in this action on October 26, 2020;

WHEREAS Plaintiffs served this Complaint upon the Broadcom/Brocade Defendants on October 27, 2020;

WHEREAS pursuant to Federal Rules of Civil Procedure 12(a)(1)(A)(i), the Broadcom/Brocade Defendants' response to Plaintiffs' Complaint is due on November 17, 2020;

WHEREAS Local Civil Rule 12.1 permits the parties to stipulate to an extension of time for the Broadcom/Brocade Defendants to respond to the initial complaint for a cumulative total of

twenty-one (21) days from the date the response initially would have been due without the approval of the judge.

THEREFORE IT IS HEREBY STIPULATED AND AGREED that the Broadcom/Brocade Defendants shall have until and including December 8, 2020 to respond to Plaintiffs' Complaint.

Dated: November 05, 2020    HUESTON HENNIGAN LLP

By:  /s/ Alison Plessman
Alison Plessman
Attorneys for Defendants
Broadcom Corporation
Brocade Communications Systems LLC

Dated: November 04, 2020    EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.

By:  /s/ John L. Wood
John L. Wood
Attorneys for Plaintiffs
SNMP Research, Inc.
SNMP Research International, Inc.

Dated: November 04, 2020    IRELL & MANELLA LLP

By:  /s/ A. Matthew Ashley
A. Matthew Ashley
Attorneys for Plaintiffs
SNMP Research, Inc.
SNMP Research International, Inc.