UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



FILED
NOV 16 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SNMP Research, Inc. et al.

    Plaintiff,

v.

    Case No. 3:20-cv-00451-JRG-DCP

Broadcom Inc. et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Extreme Networks, Inc. ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✔] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/13/2020

_____
(Signature–hand signed)

Name: Jordan A. Feirman
Firm: Skadden, Arps, Slate, Meagher & Flom LLP
Address:
    One Manhattan West, New York, New York 10001

Email address: jordan.feirman@skadden.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JORDAN   ADAM   FEIRMAN_____, Bar # _____JF4249_____

was duly admitted to practice in the Court on

_____November 25, 2008_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.                On       _____November 13, 2020_____
            New York, New York

_____Ruby J. Krajick_____    By    _____s/ V. Bart_____
         Clerk of Court                          Deputy Clerk