UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | : |
| Plaintiffs, | : Case No. 3:20-cv-00451 (JRG) (DCP) |
| v. | : |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., | : |
| Defendants. | : |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jordan A. Feirman, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters his special appearance[1] in this action as counsel for Defendant Extreme Networks, Inc.

Dated: November 17, 2020

/s/ Jordan A. Feirman
Jordan A. Feirman (*pro hac vice*)
jordan.feirman@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

*Counsel for Defendant Extreme Networks, Inc.*

---

[1] This special notice of appearance is entered to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.