UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-00451<br><br>U.S. District Judge J. Ronnie Greer |

**STIPULATION TO EXTEND DEFENDANT EXTREME NETWORKS, INC.'S TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL CIVIL RULE 12.1(A)**

In accordance with Local Civil Rule 12.1(a), Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs"), and Defendant Extreme Networks, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed the Complaint in the above-captioned action on October 26, 2020, and served the Complaint upon Defendant on October 27, 2020;

**WHEREAS**, pursuant to the Federal Rules of Civil Procedure, Defendant's response to the Complaint is due on November 17, 2020;

**WHEREAS**, the parties agree that Defendant may obtain an extension of twenty-one (21) days to respond to the Complaint, as permitted by Rule 12.1(a) of the Local Civil Rules for the United States District Court for the Eastern District of Tennessee;

**IT IS HEREBY STIPULATED AND AGREED** that Defendant shall have until December 8, 2020 to respond to the Complaint.

Dated: November 17, 2020

| | |
|---|---|
| **EGERTON, McAFEE,**<br>**ARMISTEAD & DAVIS, P.C.** | **SKADDEN, ARPS, SLATE,**<br>**MEAGHER & FLOM LLP** |

/s/ John L. Wood
John L. Wood
P.O. Box 2047
Knoxville, TN 37901
(865) 546-0500
jwood@emlaw.com
*Counsel for Plaintiffs*

/s/ Jordan A. Feirman
Jordan A. Feirman
One Manhattan West
New York, New York 10001
(212) 735-3000
jordan.feirman@skadden.com

John M. Neukom (*pro hac vice pending*)
515 University Avenue, Suite 1400
Palo Alto, California 94301
(650) 470-4500
john.neukom@skadden.com

*Counsel for Defendant Extreme Networks, Inc.*

**IRELL & MANELLA LLP**

/s/ A. Matthew Ashley
A. Matthew Ashley
1800 Avenue of the Stars
Suite 900, Century City
Los Angeles, CA 90067-4276
310-277-1010
mashley@irell.com

*Counsel for Plaintiffs*