3:20cv451

Jordan A Feirman
Skadden, Arps, Slate, Meagher & Flom (NY)
919 Third Avenue
New York, NY 10022

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902
OFFICIAL BUSINESS

RECEIVED
NOV 30 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

NEW YORK NY 100
23 NOV 2020 PM 11 L

neopost
11/18/2020
US POSTAGE
04
FIR
$

NIXIE          100    FE  1       0011/25/20
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 37902230330          *1483-02936-26-

11/25/20

```
MIME-Version:1.0
From:tned_cm-ecf@tned.uscourts.gov
To:tned_Courtmail@localhost.localdomain
Bcc:
--Case Participants: Alvin Matthew Ashley (mashley@irell.com, sheryl-knight-
8706@ecf.pacerpro.com), Salvatore Umberto Bonaccorso (sbonaccorso@hueston.com), Eunice Leong
(eleong@hueston.com), Rameen J Nasrollahi (rnasrollahi@emlaw.com), David Nimmer
(dnimmer@irell.com), Alison Plessman (aplessman@hueston.com, ddelgrande@hueston.com), Cheryl
G Rice (crice@emadlaw.com, ljohnson@emlaw.com, rnasrollahi@emlaw.com), Olivia Weber
(oweber@irell.com), John L Wood (amassengill@emlaw.com, jwood@emlaw.com), SNMP Research
International, Inc. (crice@emlaw.com), SNMP Research, Inc. (crice@emlaw.com), District Judge
J Ronnie Greer (dona_trnovska@tned.uscourts.gov, michael_deel@tned.uscourts.gov,
paul_sarlo@tned.uscourts.gov, ronnie_greer@tned.uscourts.gov), Magistrate Judge Debra C
Poplin (ashley_arnold@tned.uscourts.gov, chris_sanders@tned.uscourts.gov,
debbie_poplin@tned.uscourts.gov, holly_nease@tned.uscourts.gov,
jimmy_snodgrass@tned.uscourts.gov, michelle_gensheimer@tned.uscourts.gov,
rachel_stone@tned.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<4355836@tned.uscourts.gov>
Subject:Activity in Case 3:20-cv-00451-JRG-DCP SNMP Research, Inc. et al v. Broadcom Inc. et
al (JRG2) Order on Motion for Leave to Appear Pro Hac Vice
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

Live Database

U.S. District Court - Eastern District of Tennessee

## Notice of Electronic Filing

The following transaction was entered on 11/17/2020 at 9:21 AM EST and filed on 11/17/2020
**Case Name:**        SNMP Research, Inc. et al v. Broadcom Inc. et al (JRG2)
**Case Number:**      3:20-cv-00451-JRG-DCP
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**ORDER granting [28] Motion for Leave to Appear Pro Hac Vice; granting [23] Motion for Leave to Appear Pro Hac Vice. You MUST register as an E-Filer here: https://pacer.psc.uscourts.gov /pscof/regWizard.jsf. Signed by Magistrate Judge Debra C. Poplin on 11/17/20. (This entry constitutes the complete Order of the Court.)(CWS)**

**3:20-cv-00451-JRG-DCP Notice has been electronically mailed to:**

Case 3:20-cv-00451-CEA-DCP   Document 32   Filed 11/30/20   Page 2 of 2   PageID #: 175