UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

## MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND [PROPOSED] ORDER

Come now the Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") and Defendants Broadcom Inc., Brocade Communications Systems LLC, and Extreme Networks, Inc. ("Defendants"[1]), through their respective counsel, respectfully move the Court for additional time for Defendants to file a response to Plaintiffs' Complaint and for Plaintiffs to oppose any motion(s) filed by Defendants as responsive pleadings;

WHEREAS Plaintiffs filed the Complaint in this action on October 26, 2020;

WHEREAS Plaintiffs served this Complaint upon the Defendants on October 27, 2020;

WHEREAS the parties stipulated to an extension of time under Local Rule 12.1 for the Defendants to respond to the initial complaint on or before December 8, 2020;

---

[1] By filing this motion and proposed order, Defendants do not waive any defenses, including but not limited to jurisdictional defenses.

WHEREAS the Complaint asserts several causes of action against Defendants concerning numerous alleged copyrights and according to Defendants their investigation of the claims cannot be completed within time such that a response can be filed by the current deadline;

WHEREAS counsel for Defendants also have conflicting commitments in other matters;

WHEREAS it will be convenient for all parties and the Court to have one response date for all Defendants;

WHEREAS this request for additional time is not intended to delay the proceedings and Plaintiffs have agreed to this extension subject to Court approval;

WHEREAS, in light of the complexity of the case and the upcoming holidays, Defendants have agreed to provide Plaintiffs an additional two weeks to oppose any motion(s) filed by Defendants as responsive pleadings;

WHEREAS, pursuant to Local Rule 7.1, a party ordinarily has 21 days to file an opposition brief to any dispositive motion;

WHEREFORE, the parties request an order permitting Defendants to respond to the Complaint on or before December 22, 2020 and permitting Plaintiffs to oppose any motion(s) filed by Defendants as responsive pleadings on or before January 26, 2021.

Dated: December 2, 2020            HUESTON HENNIGAN LLP

By:    /s/ Alison Plessman
       Alison Plessman
       Attorneys for Defendants
       Broadcom Corporation
       Brocade Communications Systems LLC

Dated: December 2, 2020                EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.

                                       By:    /s/ John L. Wood
                                              John L. Wood
                                              Attorneys for Plaintiffs
                                              SNMP Research, Inc.
                                              SNMP Research International, Inc.

Dated: December 2, 2020                IRELL & MANELLA LLP

                                       By:    /s/ A. Matthew Ashley
                                              A. Matthew Ashley
                                              Attorneys for Plaintiffs
                                              SNMP Research, Inc.
                                              SNMP Research International, Inc.

Dated: December 2, 2020                SKADDEN, ARPS, SLATE, MEAGHER
                                       & FLOM LLP

                                       By:    /s/ Jordan A. Feirman
                                              Jordan A. Feirman
                                              Attorneys for Defendant
                                              Extreme Networks, Inc.

# [PROPOSED] ORDER

Pursuant to the parties' motion, IT IS SO ORDERED. Defendants should answer or otherwise respond to Plaintiffs' Complaint on or before December 22, 2020. Plaintiffs should oppose or otherwise respond to any motion(s) filed by Defendants as responsive pleadings on or before January 26, 2021.

Dated: _____

_____
JUDGE J. RONNIE GREER
UNITED STATES DISTRICT COURT