FILED

DEC 04 2020

U. S. District Court
District of Tennessee
Knoxville

SNMP Research, Inc. et al.

       Plaintiff,

v.

Broadcom Inc. et al.

       Defendant.

Case No. 3:20-cv-00451

Receipt#K3041542

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Extreme Networks, Inc.**

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

   California and Texas

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-02-2020

_____
(Signature–hand signed)

Name: **John (Jay) Neukom**
Firm: **Skadden, Arps, et al.**
Address:

   **525 University Avenue, Palo Alto, CA  94301-1908**

Email address: **john.neukom@skadden.com**

Once your motion is granted, you must register as an E-Filer with this Court.  For instructions visit the Court's website.

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# John M. Neukom

## Bar Number 275887

was duly admitted to practice in this this Court on June 3, 2011,
and is in good standing as a member of the bar of this Court.



Signed on December 2, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court