UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

```
------------------------------------- X
                                      :
SNMP RESEARCH, INC. and SNMP          :
RESEARCH INTERNATIONAL, INC.,            No. 3:20-cv-00451 (JRG) (DCP)
                                      :
           Plaintiffs,
                                      :
      v.
                                      :
BROADCOM INC.; BROCADE
COMMUNICATIONS SYSTEMS LLC; and       :
EXTREME NETWORKS, INC.,
                                      :
           Defendants.
------------------------------------- X
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John M. Neukom, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters his special appearance[1] in this action as counsel for Defendant Extreme Networks, Inc.

Dated: December 10, 2020

    /s/ John M. Neukom
John M. Neukom (*pro hac vice*)
John.Neukom@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500

*Attorney for Defendant Extreme Networks, Inc.*

---

[1] This special notice of appearance is entered to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.