# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

# AT GREENVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.<br><br>    Defendants. | Case No. 3:20-cv-00451 |

## [PROPOSED] ORDER

Before the Court is Broadcom Inc.'s and Brocade Communications Systems LLC's joint motion to dismiss or, in the alternative, to transfer the case to the Northern District of California (the "Motion"). Having considered the parties' briefs, all supporting documents and pleadings of record, and oral argument of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED for the reasons set forth by Broadcom Inc.'s and Brocade Communications Systems LLC's memorandum in support of the Motion.

IT IS SO ORDERED this _____ day of _____, 20__.

_____
Hon. J. Ronnie Greer
United States District Judge