UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT GREENVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.<br><br>    Defendants. | Case No. 3:20-cv-00451 |

## SPECIALLY APPEARING DEFENDANT BROADCOM INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Broadcom Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: December 22, 2020      HUESTON HENNIGAN LLP

                              By:    */s/ Alison Plessman*
                                     Alison Plessman
                                     Attorneys for Defendants
                                     Broadcom Corporation
                                     Brocade Communications Systems LLC