IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | |
| Plaintiffs, | Case No. 3:20-cv-00451-JRG-DCP |
| v. | U.S. District Judge J. Ronnie Greer |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., | |
| Defendants. | |

---

**DEFENDANT EXTREME NETWORKS, INC.'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Extreme Networks, Inc., a non-governmental corporate party in the above-captioned matter, by and through its undersigned counsel, certifies that it has no parent corporation and BlackRock Fund Advisors, a subsidiary of the public entity BlackRock, Inc., holds more than 10% of Extreme Networks, Inc.'s stock.

December 23, 2020

*/s John M. Neukom*
John M. Neukom

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
515 University Avenue, Suite 1400
Palo Alto, California 94301
E-mail: john.neukom@skadden.com
Phone: (650) 470-4500