# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

# AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

## SPECIALLY APPEARING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY AND FOR A PROTECTIVE ORDER

Come now the Defendants Broadcom Inc. ("Broadcom"), Brocade Communications Systems LLC, ("Brocade"), and Extreme Networks, Inc. ("Extreme") (collectively, "Defendants") specially appearing, and respectfully move to stay discovery and for a protective order under Federal Rule of Civil Procedure 26(c) until resolution of the pending motions to dismiss. By filing this motion, Defendants do not submit to the jurisdiction of this Court or waive any defenses, including for lack of personal jurisdiction and improper venue.

In support of their Motion, Defendants submit the accompanying Memorandum of Facts and Law, the Declaration of Alison Plessman, and the Declaration of Jordan Feirman. The parties have met and conferred, as detailed in the accompanying Memorandum, and have been unable to reach resolution on this matter. Defendants request oral argument on this motion at the

Court's earliest convenience. Defendants request this motion be treated on an expedited basis and heard prior to January 25, 2021, if possible, as the response date for the voluminous discovery served by Plaintiffs is January 25, 2021 and they have refused to grant an extension.

Dated: January 15, 2021　　　　　　　HUESTON HENNIGAN LLP

　　　　　　　　　　　　　　　　　　By:　　*/s/ Alison Plessman*
　　　　　　　　　　　　　　　　　　　　　Alison Plessman
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　Broadcom Corporation
　　　　　　　　　　　　　　　　　　　　　Brocade Communications Systems LLC


　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


　　　　　　　　　　　　　　　　　　By:　　*/s/ Jordan Feirman*
　　　　　　　　　　　　　　　　　　　　　Jordan Feirman
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　Extreme Networks, Inc.