# EXHIBIT A

# John L. Wood

| | |
|---|---|
| **From:** | John L. Wood |
| **Sent:** | Wednesday, April 18, 2018 4:56 PM |
| **To:** | Jennifer Sipes |
| **Cc:** | blizzard@snmp.com |
| **Subject:** | FW: Sipes email |
| **Attachments:** | RE: SNMP License Agreements |

Jennifer,

I am counsel for SNMP Research and I did respond to your assignment notice shortly after you sent it in September. I have attached that correspondence. The license between Brocade and SNMP Research is not assignable without SNMP Research's consent and SNMP Research has not provided that consent. If Extreme is using or distributing SNMP Research software it obtained from Brocade then it is doing so without a license. I would be glad to have a call at your earliest convenience to understand how Extreme is using the SNMP Research software so I can discuss an assignment with my client. Let me know when you are available.

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400 Knoxville, TN 37902
Office: (865) 292-2503 | Fax: (865) 525-5293 Website | Map | Bio | Vcard Download| jlw@emlaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system. Thank you.
IRS Circular 230 Disclosure: IRS regulations restrict written federal tax advice from lawyers and accountants. We include the following statement in all outbound e-mails because even inadvertent violations may be penalized. To ensure compliance with these requirements, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding Federal tax penalties that may be imposed on any taxpayer and/or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


-----Original Message-----
From: Steve Blizzard [mailto:blizzard@snmp.com]
Sent: Monday, April 16, 2018 5:09 PM
To: John L. Wood <JWood@emlaw.com>
Subject: Sipes email


Date: Mon, 16 Apr 2018 19:29:14 +0000
From: Jennifer Sipes <jsipes@extremenetworks.com>

To: "blizzard@snmp.com" <blizzard@snmp.com>
Subject: FW: Brocade Assignment to Extreme Networks, Inc.
Parts/Attachments:
   1.1.1   OK    ~50 lines  Text (charset: WINDOWS-1252)
   1.1.2 Shown   ~161 lines  Text (charset: WINDOWS-1252)
   1.2    OK     13 KB    Image, "image001.png"
   2            3.4 MB    Application, "14.3.9.3.25-SNMP Assignment Conse
----------------------------------------

Hi Steve,


I hope you are the appropriate contact for this matter.

As you may know, Extreme recently purchased Brocade's Data Center business.  The transaction closed on October 27, 2017.

In connection with, and prior to the acquisition, you were forwarded the attached assignment notice in September 2017. Unfortunately, we have not heard back from you, to date.  In order for Extreme to be assured of your understanding of the current arrangement, would you please take a moment and sign the attached?

Please note that subsequent to the date of that notice, the parties to the transaction amended their arrangement, so that Extreme directly purchased the Data Center business from Brocade.  This change does not affect the assignment of your agreement(s) with Brocade, however, so we are asking you to sign the original notice with this understanding.

Please, also, feel free to call me with any questions or concerns regarding the assignment or the transaction.  We do want to ensure our continued mutual success.



Many thanks,

Jennifer


Jennifer L. Sipes

Director, Associate General Counsel| Extreme Networks

jsipes@extremenetworks.com

Office | 408-579-3355



https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fthesource.extremenetworks.com%2Fdepts%2Fmarketing%2Fbrand%2FDocuments%2F2016%25&data=01%7C01%7Cjwood%40emlaw.com%7C34745252047b4f8a723008d5a3de486d%7C48f8e811e78146a1bdddc1a2618042dc%7C1&sdata=cuakMFUYMnSrGbhKllOx7KcAVcDmJZKw8uMU8etBTZo%3D&reserved=0

20Logo%20Files/Extreme-Networks-RGB.png

ExtremeNetworks.com
[https://na01.safelinks.protection.outlook.com/?url=www.extremenetworks.com&data=01%7C01%7Cjwood%40emlaw.com%7C34745252047b4f8a723008d5a3de486d%7C48f8e811e78146a1bdddc1a2618042dc%7C1&sdata=nCS%2F5TKLa3mjW%2FESAU%2B86IPvzl8y%2Bhx10A9U6df4olM%3D&reserved=0]

-------------------------------------------------------------
  Steve Blizzard              email:   blizzard@snmp.com
  SNMP Research               voice:   +1 865 579-3311
  3001 Kimberlin Heights Road    fax:   +1 865 579-6565
  Knoxville, TN  37920-9716  USA
https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.snmp.com&data=01%7C01%7Cjwood%40emlaw.com%7C34745252047b4f8a723008d5a3de486d%7C48f8e811e78146a1bdddc1a2618042dc%7C1&sdata=eZX8ogmt2842ZtxEGyCakicJxgSi5n43rGLwRB8AIPg%3D&reserved=0
-------------------------------------------------------------
  Get Network Management Right - Safe and Secure with SNMPv3
    Block the Intruders with Encryption and Authentication