# **EXHIBIT B**

# John L. Wood

| | |
|---|---|
| **From:** | Jennifer Sipes <jsipes@extremenetworks.com> |
| **Sent:** | Wednesday, April 18, 2018 6:49 PM |
| **To:** | John L. Wood |
| **Subject:** | FW: Sipes email |
| **Attachments:** | RE: SNMP License Agreements |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks, John.

Extreme is using the software the same way Brocade used it for its Data Center business.

I can circle back with the product team for more information, but we are not, in any way, using the software outside of the Brocade product offering.

Thanks, again.
Jennifer


-----Original Message-----
From: John L. Wood [mailto:JWood@emlaw.com]
Sent: Wednesday, April 18, 2018 1:56 PM
To: Jennifer Sipes <jsipes@extremenetworks.com>
Cc: blizzard@snmp.com
Subject: FW: Sipes email

Jennifer,

I am counsel for SNMP Research and I did respond to your assignment notice shortly after you sent it in September. I have attached that correspondence. The license between Brocade and SNMP Research is not assignable without SNMP Research's consent and SNMP Research has not provided that consent. If Extreme is using or distributing SNMP Research software it obtained from Brocade then it is doing so without a license. I would be glad to have a call at your earliest convenience to understand how Extreme is using the SNMP Research software so I can discuss an assignment with my client. Let me know when you are available.


John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400 Knoxville, TN 37902
Office: (865) 292-2503 | Fax: (865) 525-5293 Website | Map | Bio | Vcard Download| jlw@emlaw.com


CONFIDENTIALITY NOTICE: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately

by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system.  Thank you.

IRS Circular 230 Disclosure:  IRS regulations restrict written federal tax advice from lawyers and accountants. We include the following statement in all outbound e-mails because even inadvertent violations may be penalized. To ensure compliance with these requirements, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding Federal tax penalties that may be imposed on any taxpayer and/or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


-----Original Message-----
From: Steve Blizzard [mailto:blizzard@snmp.com]
Sent: Monday, April 16, 2018 5:09 PM
To: John L. Wood <JWood@emlaw.com>
Subject: Sipes email


Date: Mon, 16 Apr 2018 19:29:14 +0000
From: Jennifer Sipes <jsipes@extremenetworks.com>
To: "blizzard@snmp.com" <blizzard@snmp.com>
Subject: FW: Brocade Assignment to Extreme Networks, Inc.
Parts/Attachments:
   1.1.1   OK     ~50 lines  Text (charset: WINDOWS-1252)
   1.1.2 Shown   ~161 lines  Text (charset: WINDOWS-1252)
   1.2    OK     13 KB     Image, "image001.png"
   2            3.4 MB    Application, "14.3.9.3.25-SNMP Assignment Conse
----------------------------------------


Hi Steve,


I hope you are the appropriate contact for this matter.

As you may know, Extreme recently purchased Brocade's Data Center business.  The transaction closed on October 27, 2017.

In connection with, and prior to the acquisition, you were forwarded the attached assignment notice in September 2017. Unfortunately, we have not heard back from you, to date.  In order for Extreme to be assured of your understanding of the current arrangement, would you please take a moment and sign the attached?

Please note that subsequent to the date of that notice, the parties to the transaction amended their arrangement, so that Extreme directly purchased the Data Center business from Brocade.  This change does not affect the assignment of your agreement(s) with Brocade, however, so we are asking you to sign the original notice with this understanding.

Please, also, feel free to call me with any questions or concerns regarding the assignment or the transaction.  We do want to ensure our continued mutual success.

Many thanks,

Jennifer

Jennifer L. Sipes

Director, Associate General Counsel| Extreme Networks

jsipes@extremenetworks.com

Office | 408-579-3355


https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fthesource.extremenetworks.com%2Fdepts%2Fmarketing%2Fbrand%2FDocuments%2F2016%25&data=01%7C01%7Cjwood%40emlaw.com%7C34745252047b4f8a723008d5a3de486d%7C48f8e811e78146a1bdddc1a2618042dc%7C1&sdata=cuakMFUYMnSrGbhKllOx7KcAVcDmJZKw8uMU8etBTZo%3D&reserved=0
20Logo%20Files/Extreme-Networks-RGB.png

ExtremeNetworks.com
[https://na01.safelinks.protection.outlook.com/?url=www.extremenetworks.com&data=01%7C01%7Cjwood%40emlaw.com%7C34745252047b4f8a723008d5a3de486d%7C48f8e811e78146a1bdddc1a2618042dc%7C1&sdata=nCS%2F5TKLa3mjW%2FESAU%2B86IPvzl8y%2Bhx10A9U6df4olM%3D&reserved=0]


```
-------------------------------------------------------
 Steve Blizzard              email:  blizzard@snmp.com
 SNMP Research               voice:  +1 865 579-3311
 3001 Kimberlin Heights Road   fax:  +1 865 579-6565
 Knoxville, TN  37920-9716  USA
```
https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.snmp.com&data=01%7C01%7Cjwood%40emlaw.com%7C34745252047b4f8a723008d5a3de486d%7C48f8e811e78146a1bdddc1a2618042dc%7C1&sdata=eZX8ogmt2842ZtxEGyCakicJxgSi5n43rGLwRB8AIPg%3D&reserved=0
```
-------------------------------------------------------
 Get Network Management Right - Safe and Secure with SNMPv3
   Block the Intruders with Encryption and Authentication
```

_____

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.