# **EXHIBIT B-1**

# John L. Wood

| | |
|---|---|
| **From:** | John L. Wood <JWood@emlaw.com> |
| **Sent:** | Monday, September 25, 2017 4:23 PM |
| **To:** | Linda Chan |
| **Cc:** | Larry Fitterer; Jennifer Sipes |
| **Subject:** | RE: SNMP License Agreements |

Linda,

First, I need to understand what Extreme wants to do with the SNMP Research software so I can have a conversation with my client. Brocade has a very broad license so there may be limitations on any assignment. But, I don't know that until I understand what Extreme intends to do with the software and discuss it with my client. Let me know when you are available to discuss how SNMP Research software will be used at Extreme.

Thanks,

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.

**IRS Circular 230 Disclosure:** New IRS rules restrict written federal tax advice from lawyers and accountants. We include the following statement in all outbound e-mails because even inadvertent violations may be penalized. To ensure compliance with these requirements, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Linda Chan [mailto:lichan@extremenetworks.com]
**Sent:** Monday, September 25, 2017 11:51 AM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Larry Fitterer <lfittere@brocade.com>; Jennifer Sipes <jsipes@extremenetworks.com>
**Subject:** ANMP License Agreements

Hi John,

Please send us the standard form SNMP uses for assignments for us to review.

If Extreme Networks is a current SNMP customer, is it possible to transfer the Brocade licenses over to the Extreme Networks agreement?

Thanks, Linda

**From:** John L. Wood [mailto:JWood@emlaw.com]
**Sent:** Friday, September 22, 2017 11:33 AM
**To:** jsipes@estremenetworks.com; Larry Fitterer <lfittere@brocade.com>
**Subject:** Request to assign agreement

Jennifer and Larry,

I am counsel to SNMP Research International, Inc., which forwarded your request to assign the License Agreement between SNMP Research International, Inc. and Brocade Communications Systems, Inc. dated March 10, 2001, as amended on December 8, 2004, October 4, 2006, April 30, 2010, June 29, 2015, and June 30, 2015 ("Agreement"). I have reviewed the Agreement quickly and noticed that it is not assignable. SNMP Research International, Inc. has a standard form that it uses for all assignments. I need to understand more about this transaction and the SNMP Research International software that will be involved. I also noticed that the Brocade license is not a standard license agreement so I will definitely have to consult with my client after I understand the specifics to see how they want to proceed. I am available next week to discuss. Please let me know your availability.

Brocade, Broadcom, and Extreme Networks are all current customers of SNMP Research International, Inc. I look forward to working with you and we will get this resolved as quickly as possible. At this time SNMP Research International, Inc. does not consent to your request to assign the Agreement from Brocade to Extreme.

**John L. Wood**
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400 Knoxville, TN 37902
Office**:** (865) 292-2503 | Fax**:** (865) 525-5293
Website | Map | Bio | Vcard Download | jlw@emlaw.com



**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system. Thank you.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.