# **EXHIBIT D**

# John L. Wood

| | |
|---|---|
| **From:** | Simone Yew <simone.yew@broadcom.com> |
| **Sent:** | Monday, October 1, 2018 9:53 AM |
| **To:** | Jennifer Sipes |
| **Cc:** | John L. Wood |
| **Subject:** | Re: SNMP TPPS |

**FilingDate:** 10/1/2018 1:54:00 PM

Jennifer I'm available from 3pm today.

On Mon, Oct 1, 2018 at 6:35 AM Jennifer Sipes <jsipes@extremenetworks.com> wrote:

> Hi Simone,
>
> Wil you let me know when we can hop on a call to figure out how we need to manage the SNMP license? Thanks!
>
> Jennifer
>
>
> **Jennifer L. Sipes**
>
> Director, Associate General Counsel| Extreme Networks
>
> jsipes@extremenetworks.com
>
> Office | 408-579-3355
>
> 
>
> ExtremeNetworks.com

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

--

**Simone Yew**
**Legal Counsel**
**Broadcom**

**office:** 408.433.6342
1320 Ridder Park Drive | San Jose, CA 95131
simone.yew@broadcom.com   |   broadcom.com