# EXHIBIT F



**Jeff Case <jeff.case.mobile@gmail.com>**

## RE: Call arrangements
1 message

**Martin Skagen** <martin.skagen@broadcom.com>  Fri, Jul 26, 2019 at 12:41 PM
To: Jeff Case <jeff.case.mobile@gmail.com>
Cc: Jeff Case <case@private.snmp.com>

Hello Jeff,

I'm sorry to hear about your sister, I feel bad to drag you on a call but it looks like it works for you. I'll call you at 1pm Pacific..

Yes just the two of us, no lawyers ☺

Regards

Martin Skagen

VP Architecture & Technology, BSN

Broadcom Inc

**From:** Jeff Case [mailto:jeff.case.mobile@gmail.com]
**Sent:** Friday, July 26, 2019 9:00 AM
**To:** Martin Skagen
**Cc:** Jeff Case
**Subject:** Call arrangements

Hello Mr. Skagen

My name is Jeff Case. I am with SNMP Research.

Your name has been forwarded to me as a business contact for Brocade/Broadcom.

I am pleased to meet you. Please forgive me if we have met but I have forgotten.

I am ready and available to speak with you. I will be traveling by automobile today, Friday, from my home in Tennessee to Indiana to bury my sister tomorrow but I have time to speak with you today. You are a priority. By 1-2 PM Pacific/4-5 PM local, I believe I will be in a geographical area with good to excellent cell coverage. I welcome you to call me on my

mobile number then ... which is 865-389-4995.   Alternative arrangements can be made via email:  jeff.case.mobile@gmail.com

I look forward to speaking with you later today.  It is my understanding that this is a business-only call, i.e., no counsel on the call.

I look forward to working with you.

J

---------------------

Dr. Jeff Case

SNMP Research International, Inc

865-389-4995

case@private.snmp.com / jeff.case.mobile@gmail.com