# EXHIBIT G



**Jeff Case <jeff.case.mobile@gmail.com>**

## RE: Broadcom contact
1 message

**Martin Skagen** <martin.skagen@broadcom.com>     Mon, Jul 29, 2019 at 12:19 PM
To: Jeff Case <jeff.case.mobile@gmail.com>

Good morning Jeff,

Some progress since Friday and over the weekend on my 4 action items:

1)   We will send a letter to Extreme regarding the license, our lawyers need a little time but I told them end of this week it needs to be done

2)   Broadcom's missing payment, it's from another division/BU called CSG, they will process the payment this week, I don't have a day but it looks like some sort of screwup in our AP department. If I get more details I'll forward.

3)   CA agreement: Either you or your council should receive an email or phone call this week, I asked them to reach out no later than Wednesday. Pls let me know if that doesn't happen and I'll push. As I mentioned on the call Broadcom is not good on co-ordination between BU's… But I've been swinging the hammer and I'm expecting it will work.

4)   Assuming we make progress on the above I'm hoping we can amend our (The Brocade) agreement with the changes needed. But let's have the above move forward and maybe you and I can talk later this week ?

Sincerely,

Martin Skagen

VP Architecture & Technology, BSN

Broadcom Inc

M: 408-209-5447

**From:** Jeff Case [mailto:jeff.case.mobile@gmail.com]
**Sent:** Friday, July 26, 2019 2:12 PM
**To:** Martin Skagen
**Subject:** Fwd: Broadcom contact

My action item…

Thank you for today's call

J


\---------- Forwarded message ---------
From: **Mary Gibson** <gibson@snmp.com>
Date: Fri, Jul 26, 2019 at 5:08 PM
Subject: Broadcom contact
To: Jeff Case <jeff.case.mobile@gmail.com>
CC: John L. Wood <JWood@emlaw.com>, Jeff Case <case@private.snmp.com>


The person at Broadcom who replaced Rick Lantzy is
Shekhar Kalyanam.

Here is his contact information.

Shekhar Kalyanam <shekhar.kalyanam@broadcom.com>


Sr. Product Line Manager
Broadcom Limited 1030 Swabia Ct., Suite 400, Durham, NC, 27703
(O) 919 865 2736
(M) 919 673 5208

There has been no movement or progress since June 27th.


Mary Gibson

\-----------------------------------------------------------------
Mary W. Gibson, CPA               voice: +1 865 579 3311
Controller/Director of Finance     fax:   +1 865 579 6565
SNMP Research International, Inc       gibson@snmp.com
3001 Kimberlin Heights Rd.        http://www.snmp.com
Knoxville, TN 37920-9716
\-----------------------------------------------------------------