# EXHIBIT H

# SNMP LICENSE AGREEMENT AND AMENDMENTS

**FILED UNDER SEAL**