# EXHIBIT I

BROADCOM AMENDED_KDA_02_21_2019

**FILED UNDER SEAL**