# EXHIBIT J
## CA LICENSE

**FILED UNDER SEAL**