# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** § § § § <br><br>**Plaintiffs,** § § <br><br>v. § § § <br><br>**Broadcom Inc.** § <br>**Brocade Communications Systems LLC** § <br>**Extreme Networks, Inc.** § § <br>**Defendants.** § | **Jury Trial Demanded** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Come now the Plaintiffs, SNMP Research, Inc. ("SNMP Research") and SNMP Research International, Inc. ("SNMP International"), by and through counsel, and pursuant to Fed. R. Civ. P. 5.2 and Local Rule 26.2(b) of this Court, move for leave to file the following documents under seal based upon the parties' prior agreement that the terms of the license agreement at issue in this cause would be maintained as confidential:

1. An unredacted copy of Plaintiff's Opposition to Defendants' Broadcom Inc. and Brocade Communications Systems LLC's Joint Motion to Dismiss Plaintiffs' Complaint or, Alternatively, to Transfer Venue;

2. An unredacted copy of Plaintiff's Opposition to Defendant Extreme Networks, Inc.'s Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue;

3. An unredacted copy of the Declaration of Dr. Jeffrey D. Case In Support of Plaintiff's Opposition to Defendants Broadcom Inc.'s, Brocade Communication

Systems LLC's, and Extreme Networks, Inc.'s Rule 12(b)(2), Rule 12(b)(3), and Section 1404(a) Motions;

4. Exhibit H to the Declaration of Dr. Jeffrey D. Case (Extreme Agreement);

5. Exhibit I to the Declaration of Dr. Jeffrey. D. Case (Broadcom Agreement); and

6. Exhibit J to the Declaration of Dr. Jeffrey. D. Case (CA Agreement).

Plaintiffs filed their Complaint in this matter alleging breach of contract and copyright violations on October 26, 2020. Exhibit [A] to the Complaint is the license agreement between Plaintiff SNMP International and Defendant Brocade Communications Systems, Inc., now known as Brocade Communication Systems LLC. The parties agreed at the time they entered into the license agreement that the license agreement and the provisions thereof would be treated as confidential. Based upon the parties' agreement to keep the license agreement and its provisions confidential, Plaintiffs have redacted portions of Documents 1, 2 and 3 above which contain direct quotations from the license agreement.

Documents 4, 5, and 6 are other license agreements which also contain confidentiality provisions that require the terms to be kept secret. Therefore, pursuant to Local Rule 26.2, and to abide by the terms of the license agreements and keep them confidential, Plaintiffs seek to submit the license agreements referenced above under seal. Pursuant to Fed. R. Civ. P. 5.2(f), Plaintiffs also seek leave of Court to submit an unredacted copy of Documents 1, 2, and 3 under seal.

Respectfully submitted this 26th day of January, 2021.

>*/s/ John L. Wood*
>Cheryl G. Rice, Esq. (BPR #021145)
>John L. Wood, Esq. (BPR #027642)
>Rameen J. Nasrollahi, Esq. (BPR #033458)
>EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
>900 S. Gay Street, Suite 1400
>P.O. Box 2047
>Knoxville, TN 37902
>(865) 546-0500 (phone)
>(865) 525-5293 (facsimile)
>crice@emlaw.com
>jwood@emlaw.com
>rnasrollahi@emlaw.com
>
>Morgan Chu (CA Bar. No. 70446)
>David Nimmer (CA Bar. No. 97170)
>A. Matthew Ashley (CA Bar. No. 198235)
>Olivia L. Weber (CA Bar. No. 319918)
>IRELL & MANELLA LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, California 90067-4276
>(310) 277-1010 (phone)
>(310) 203-7199 (facsimile)
>mchu@irell.com
>dnimmer@irell.com
>mashley@irell.com
>oweber@irell.com
>
>*Attorneys for Plaintiffs*
>*SNMP Research International, Inc. and*
>*SNMP Research, Inc.*

1892945v3

Case 3:20-cv-00451-CEA-DCP   Document 50   Filed 01/26/21   Page 3 of 3   PageID #: 953