# **EXHIBIT J**

## CA LICENSE

## **FILED UNDER SEAL**

IMPORTANT--PLEASE READ CAREFULLY BEFORE OPENING,
COPYING, INSTALLING, OR OTHERWISE USING THIS
SOFTWARE

Software License Agreement

IMPORTANT PLEASE READ CAREFULLY.  Please read
this contract carefully.  Do not use or load
this software and any associated materials
until You have carefully read the following
terms and conditions of this contract.

BINDING LEGAL AGREEMENT

SNMP Research International, Inc. is willing
to license this Software (see definitions) to
You (see definitions) only upon the condition
that You accept all of the terms contained in
this agreement (the "Agreement").  Please read
the Agreement carefully.  By installing or
using this Software, You accept the terms of
the Agreement.  Indicate acceptance by
selecting the "I Accept the Terms..." button
at the bottom of the Agreement.  If You are
not willing to be bound by all the terms,
select the "I Do Not Accept..." button at the
bottom of the Agreement and You will not be
granted a license to install or use the
Software.

You agree that any unlicensed use of the
Software (use beyond the terms of this
Agreement) shall constitute both breach of
this Agreement and infringement of copyright
which may subject You to statutory damages of
one hundred fifty thousand dollars ($150,000.00)
per infringement under Title 17 United States
Code section 504(c), plus an award of attorney
fees.

This Agreement is a binding legal agreement
between You, an SNMP Research International
customer or potential customer, ("You" or
"Your") and SNMP Research International, Inc.
("SNMPRI") (collectively, the "Parties", or
singularly a "Party").

If You received the Software on tangible media
such as a CD without an opportunity to review
this Agreement and You do not accept this

Agreement, You may obtain a refund of any amount You originally paid, if any, for this Software, if You:

a) Do not make any use of the Software, and

b) Return all of the Software and accompanying materials (if any) in the original package (if any), along with proof of payment, to the location where it was obtained within thirty (30) days of the purchase date.

You agree that this Agreement is like any written negotiated contractual agreement signed by You and is enforceable against You and any Person (see definitions) that obtained the Software and on whose behalf it is used.

By copying, loading, installing, or otherwise using all or any portion of the Software on a computer or otherwise, You:

a) indicate Your acceptance of all the terms and conditions of this Agreement, and

b) agree to be bound by and become a party to this Agreement.

If You do not agree to (or cannot comply with) all of the terms of this Agreement, or are not willing to be bound by them, then SNMPRI is unwilling to grant You any rights to use the Software, You will not be authorized to use or have any license to use any part of the Software, and You must not install or use the Software.  You must return the Software, including all related manuals and documentation.

This Agreement sets forth Your licensed rights to use this Software and is granted to You in consideration of the payment of the license fee (if any) and upon condition that You accept the terms of this Agreement.

DEFINITIONS

1. "Derivative Work" shall have the meaning as defined in 17 U.S.C. 101.  A

"derivative work" is a work, such as the Software, based upon one or more preexisting works.

2. "Documentation" shall mean printed and computer accessible electronic documentation associated with the product.

3. "Person" shall mean any natural person, corporation, general partnership, limited partnership, limited liability company, proprietorship, other business organization, trust, union, or association or any court, tribunal, arbitrator, authority, agency, commission, official, or other instrumentality of any country or any domestic or foreign state, county, city, or other political subdivision.

4. "SNMPRI" shall mean SNMP Research International, Inc., a Tennessee corporation having a principal office at 3001 Kimberlin Heights Road, Knoxville, TN 37920 USA.

5. "Software" shall mean, collectively, the computer software that is being installed pursuant to this Agreement, including, without limitation, associated media, and Documentation. Software includes any updates or modifications provided directly or indirectly by SNMPRI unless covered by a separate license agreement.

6. "You" (or "Your"):  An individual who agrees to this Agreement by clicking the appropriate box (the active individual) and any Person exercising rights under this Agreement.  "You" also includes any Person for whom the active individual was acting when the Agreement was accepted. For legal entities, "You" includes any entity which controls, is controlled by, or is under common control with You.  For purposes of this definition, "control" means (a) the power, direct or indirect, to cause the direction or management of such entity, whether by contract or otherwise, or (b) ownership of more than

fifty percent (50%) of the outstanding
shares or beneficial ownership of such
entity.


LICENSE GRANT OF INTERNAL USE RIGHTS

If You obtained the Software from SNMPRI directly
or via one of its authorized distribution channel
partners, and as long as You comply with the
terms of this Agreement, SNMPRI grants You a
non-exclusive, non-transferable, limited license
to install and use a single, complete, and
unmodified copy of the Software for internal use
only and for the sole purpose of using the
Software at a single location on the number of
computers specified in the purchase documents and
for which a corresponding fee has been paid (the
"Number of Authorized Computers"). In the event
that the Number of Authorized Computers is not
clearly specified in the purchase documents, the
Number of Authorized Computers shall equal one
(1). In the event that You obtained the Software
as a zero cost license, the Number of Authorized
Computers shall equal one (1). In the event that
You do not make timely payment for the
license(s), the Number of Authorized Computers
shall equal zero (0). In the event that You
exercise the money-back-guarantee (as further
specified below), the Number of Authorized
Computers shall equal zero (0).

ARCHIVAL

You may make copies or adaptations of the
Software (a) for archival purposes or (b) when
copying or adaptation is an essential step in the
use of the Software with a computer so long as
the copies and adaptations are used in no other
manner and are not accessed or transferred to any
Person or Persons other than You.

Archival Copies. You may make a reasonable
number of backup copies of the Software
consistent with the backup strategy of other
installed software on the computer(s)
corresponding to the Number of Authorized
Computers where the Software is installed,
provided Your backup copies are not installed
or used on any other computer or for other than

archival purposes and provided that You reproduce
SNMPRI's copyright proprietary legends in and on
all such copies.  You may not transfer Your
rights with respect to a backup copy of the
Software to any third party Person or Persons.

You may make a single backup copy of the printed
materials, if any, that accompany the
distribution media for the Software, solely for
archival purposes.  You may print out copies of
Documentation included with the Software in
electronic form, not to exceed the Number of
Authorized Computers.

NO IMPLIED RIGHTS

Except as expressly provided in this Agreement,
SNMPRI does not grant You, directly or by
implication, inducement, estoppel, or otherwise,
any express or implied right under copyrights,
trademarks, patents, or any intellectual property
rights of SNMPRI and its suppliers.

All rights not expressly granted to You are
reserved by SNMPRI and its suppliers.

NO REDISTRIBUTION RIGHTS

No rights whatsoever are granted to permit any
distribution or redistribution of any kind of
the Software or Derivative Works, or any portion
thereof, to any third party Person or Persons.

LICENSE RESTRICTIONS

Except as specifically permitted by this
Agreement, You are not authorized to and shall
not (nor shall You permit, aid, or enable anyone
else to) directly or indirectly:

  a) copy, reproduce, modify, distribute, or
     redistribute the Software or any portion
     thereof;

  b) loan, lend, rent, lease, sell, sublicense,
     distribute, or transfer all or any part of
     the Software or all or any part of Your
     licensed rights in the Software to any
     other party;

c) remove or obscure any proprietary notices
   in or on the Software;

d) post or otherwise make available the
   Software, or any portion thereof, in any
   form, on the Internet, the world wide web,
   bulletin board or similar system, or any
   public or distributed network;

e) distribute copies of the Software to others
   (electronically or otherwise);

f) use a previous version of the Software after
   You receive a new version, except as
   permitted herein; or

g) export or re-export the Software in
   violation of any laws or regulations.

Compliance with Laws.  As a specific condition of
this Agreement, You agree to use the Software in
compliance with all applicable laws and
regulations, including without limitation
copyright laws and export laws.

No Unbundling.  The Software is licensed as a
single product even though it may consist of
multiple constituent parts and may include
various applications, utilities, and components,
may support multiple platforms and languages, and
may be provided to You on multiple media or in
multiple copies.  Nonetheless, the Software is
designed and provided to You as a single product
to be used as a single product on the Number of
Authorized Computers as specifically permitted
herein.  You are not required to use all
component parts of the Software, but the
component parts may not be separated for use on
separate computers.  You may not unbundle or
repackage the Software for distribution,
transfer, or resale.

Multiple Media and Multisystem.  You may receive
the Software in more than one medium such as
Compact Disc (CD), electronic download via the
Internet, or otherwise.  Furthermore, any one
media may contain multiple versions of the
Software for multiple platforms such as Linux,
Solaris, and Windows.  Regardless of the number
of media and versions You receive, the maximum

total number of copies of the Software that You install or use must not exceed the Number of Authorized Computers.

Upgrades.  If the Software is being licensed to You as a replacement, upgrade, or update ("New Software") to Software previously licensed to You ("Prior Software"), under the terms of a Software Service Agreement (also sometimes called a Maintenance Agreement) or otherwise, and not as the initial distribution after the purchase of a new license, the license for the New Software is provided to You in exchange and substitution for the license for the Prior Software.  In such case, You must cease using the Prior Software previously licensed to You, including any authorized copies including those installed on computer disk drives, in a timely fashion once You have successfully installed and used the New Software.  You may, however, retain a copy of the Prior Software solely for archival purposes, and You may resume use of the Prior Software if You experience software errors or loss of data from Your use of the New Software and decide that You prefer to use the Prior Software, so long as Your total use of the New Software and Prior Software does not exceed the Number of Authorized Computers.

Adaptations and Derivative Works.  Except as specifically permitted by this Agreement, You have no right to modify, adapt, or translate the Software in any way or to incorporate any part or product of the system into a compilation or create any Derivative Work using any part of the Software (including Documentation.)

Reverse Engineering.  You shall not reverse engineer, decompile, disassemble or otherwise attempt to discover the source code or structure, sequence, or organization of the Software or any portion thereof except where all four of the following conditions are met:

  a) to the minimum extent where the foregoing
     is permitted by applicable local law, and
     then only to the extent so permitted,

  b) it is essential to do so in order to achieve
     operability of the Software with another

software program,

c) You have first provided reasonably detailed information regarding any intended disassembly or decompilation along with a request to SNMPRI to provide the information necessary to achieve such operability, and

d) SNMPRI has not made such information available after having been given sufficient time and opportunity to do so.

SNMPRI has the right to impose reasonable conditions and to request a reasonable fee before providing such information. Any such information supplied by SNMPRI and any information obtained by You by such permitted decompilation may only be used by You for the purpose described herein and may not be disclosed to any third party Person or Persons or used to create any software which is substantially similar to the expression of the Software. Requests for information should be directed to SNMPRI. In jurisdictions that have implemented the EEC Software Directive, the restrictions and terms of this Agreement are subject to such exceptions as may be required by applicable local law.

Decryption. You shall not decrypt the Software unless necessary for, and then only to the extent necessary for, legitimate use of the Software.

Use in Conjunction with Properly Licensed Components:

This Software is licensed for use only in conjunction with SNMPRI component products. Use of the Software in conjunction with non-SNMPRI component products or improperly licensed SNMPRI component products is not authorized hereunder. By means of example, but not limitation, the following apply:

a) The access by EMANATE and CIAgent Master Agents to instrumentation located outside the Master Agent shall be exclusively through subagents, native agent adapters, native subagent adapters, or Java subagent adapters that are properly licensed,

directly or indirectly, from SNMPRI.

b) All EMANATE and CIAgent subagents, native agent adapters, native subagent adapters, and Java subagent adapters shall be used exclusively in conjunction with EMANATE Master Agents (which include CIAgent Master Agents) that are properly licensed, directly or indirectly, from SNMPRI.

c) Any and all applications built with an SNMPRI management application development kit (irrespective of language, C, Java, or otherwise) shall be used exclusively in conjunction with BRASS(TM) management services or daemons that are properly licensed, directly or indirectly, from SNMPRI.

d) Any and all management applications sending management queries and commands to or receiving notifications from the BRASS management service or daemon shall be properly licensed, directly or indirectly, from SNMPRI or shall use a UDP-based "security pack" interface.

e) All entities connecting via the Remote Forwarder interface on the Distributed SNMP Security Pack(TM) must be properly licensed, directly or indirectly, from SNMPRI.

f) All entities connecting via the Remote Forwarder interface on a Remote Forwarder must be properly licensed, directly or indirectly from SNMPRI.

Location of Software. If the Software is obtained via purchasing documents, the Software will at all times be located solely at the physical address or addresses specified in the purchasing documents. If the Software is downloaded via the Internet, the Software will at all times be located solely at the physical address or addresses specified in the download request. Irrespective of whether the Software was obtained via purchasing documents, downloaded from the Internet, or otherwise, You must and shall inform SNMPRI before the Software is moved to another physical address or

additional physical addresses.  Additional
charges may apply.  If the purchasing documents
and/or download request (as applicable) do not
clearly specify a physical address or addresses,
then the Software will at all times be located
at a single address.


OWNERSHIP, COPYRIGHT, NOTICES

The Software, including any authorized copies
made by You or on Your behalf, is proprietary
intellectual property owned by SNMPRI and its
suppliers and all title, ownership, rights, and
intellectual property rights in and to the
Software, shall remain with SNMPRI and its
suppliers.  The structure, organization and code
of the Software are the valuable trade secrets
and confidential information of SNMPRI and its
suppliers.

Preservation of Notices:  You may not remove,
alter, or conceal any copyright notices,
trademark markings, trade names, logos, and other
proprietary legends (collectively "Notices")
originally contained in or otherwise created by
the Software.  You must reproduce all Notices in
and on all permitted copies or adaptations You
make of the Software.


CONFIDENTIALITY

You agree and warrant that the Software and any
data or databases contained therein shall be
maintained in strict confidence and that You will
not disclose the Software to any third party
Person or Persons without the express written
consent of SNMPRI.

You shall limit access to the Software only to
Your employees, consultants, and contractors who
are bound by an agreement including
confidentiality terms at least as protective as
those herein and who have a need to have access
to the Software.

If You wish to have a third party consultant or
subcontractor ("Contractor") perform work on Your
behalf which involves access to or use of the

Software, You shall first obtain a written confidentiality agreement from the Contractor which contains terms and obligations with respect to access to or use of the Software that are no less restrictive than those set forth in this Agreement and which prohibit use for any purpose other than for You.

It is Your responsibility at Your expense to uninstall and fully remove or otherwise render permanently unreadable all copies of the Software in any form on any computers, disk drives, printouts, or any form of media before it becomes no longer under Your control, whether by sale, gift, liquidation, or otherwise.

It is expressly understood and agreed that the strictures of confidentiality imposed by this Agreement shall survive the termination of this Agreement or any part thereof.


BREACH AND TERMINATION

If You fail to observe, keep, or perform any provisions of this Agreement required to be observed, kept, or performed by You and You do not cure such conditions within ten (10) days after receiving written notice thereof from SNMPRI, SNMPRI shall have the right to terminate the rights granted to You in this Agreement and to require You to return or certify the destruction of all copies of the Software in all forms in accordance with the terms of the termination procedure below.  In the event of a breach of the Agreement, SNMPRI shall be entitled to remedies for breach of the Agreement, infringement of IP rights (if applicable), and other legal and equitable remedies, even if the breach is cured.

Without limiting the foregoing, in the event of unauthorized distribution, copying or use of the Software, You agree that such conduct is copyright infringement and SNMPRI shall have the right to any one or more of the following:

  a) recover from You at the option of SNMPRI
     (i) statutory damages of $150,000.00 per
         infringement,

(ii) an amount not less than the sum that
SNMPRI would have charged the Person or
Persons obtaining such unauthorized
access to or use of the Software, plus
all amounts, if any, received by You on
account of or in association with such
unauthorized distribution or use, or

(iii) actual damages;

b) have any threatened or actual breach
enjoined;

c) pursue any other remedy at law or in equity.

You shall be responsible with regard to this
Agreement for the performance of all Your
employees, consultants, contractors, and each
and every other Person or Persons You allow to
access or use the Software, whether direct or
indirect, intentional or inadvertent.

All of Your responsibilities and the other
provisions of this Agreement shall remain in
full force and effect and shall survive the
termination of the rights granted in this
Agreement.

Term.  The rights granted to You in this
Agreement are effective until the earliest of
the following:
   a) the Agreement is terminated by mutual
      agreement of the Parties,
   b) You breach any of the provisions of this
      Agreement, or
   c) the rights granted to You in this Agreement
      are terminated for cause as set forth above.

Termination Procedure.  Upon termination of the
rights granted to You in this Agreement, for any
reason, You must and shall immediately:

   a) stop using the Software, including all of
      its component parts and Documentation;

   b) remove all components of the Software
      including Documentation from all computers,
      networks, non-volatile memory, disk drives,
      and other storage devices and media,
      including all authorized and any
      unauthorized copies;

c) return or destroy all tangible full or
   partial copies of the Software, including
   all authorized and any unauthorized copies
   of the Software, distribution media, prior
   versions, and accompanying printed materials
   to SNMPRI at Your expense; and

d) certify their return or destruction in
   writing by properly completing a form for
   this purpose available from SNMPRI upon
   request.

All other provisions of this Agreement shall
remain in full force and effect, surviving the
termination.

AUDIT

SNMPRI may audit compliance with this Agreement
at reasonable times and intervals using outside
independent auditors.

SUPPORT

You acknowledge and agree that the Software is
being supplied "as-is" with all faults and
without any warranty or accompanying service from
SNMPRI.  All accompanying service from SNMPRI, if
any, shall be covered by separate agreement(s).

SNMPRI may make changes to the Software,
including Documentation, at any time without
notice but SNMPRI is not obligated to provide
support for the Software or to update the
Software.  This Agreement does not entitle You to
receive upgrades, updates, or technical support.

SNMPRI reserves the right to require additional
licenses and fees for use of the Software on a
different computer or device, or with different
operating systems or other software that requires
integration or interoperability with the Software.

Updates to the Software which SNMPRI may send to
You from time-to-time, if any, with or without
charge, shall be covered by their own Agreement,
or, if none, shall become Software under this

Agreement.

If You elect to communicate additions, modifications, improvements, or corrections (collectively, "Suggestions") to the Software back to SNMPRI, SNMPRI shall have the right to use, publish, copy, and distribute all such Suggestions at its discretion without obligation to You.  Such rights of SNMPRI include, but are not limited to, the right to use Suggestions in product updates and development, and to incorporate the Suggestions into all or part of the products of SNMPRI and its suppliers, and distribute such products to third parties.


EXPORT

This Software contains United States origin technical data and is subject to export control laws of the United States and may be subject to import, export, or use restrictions in other jurisdictions.

You agree to fully comply with any and all pertinent laws and regulations of the United States, including the regulations of the United States Department of Commerce with respect to the export and re-export of United States origin technical data and commodities.

You agree that You shall not install, use, export, re-export, or transfer any portion of the Software or Derivative Works thereof, directly or indirectly, except in full compliance with this Agreement and all U.S. and foreign laws and regulations and acknowledge that You have the responsibility to obtain all such licenses to use, import, export, or re-export as may be required, if any, under the current applicable laws and regulations.

By means of example but not limitation, this Software may not be used by or exported, re-exported, transferred, or downloaded to a Person:

   1. located in, a citizen of, or resident of, or under the control of any country subject to U.S. economic embargo, currently

including without limitation the
Taliban-controlled areas of Afghanistan,
Cuba, Iran, Iraq, Libya, North Korea, Sudan,
and Syria;

2. listed on the U.S. Department of Commerce
   Denied Persons List (15 C.F.R. 766
   Supplement 2);

3. listed on the U.S. Department of Commerce
   Denied Entities List (15 C.F.R. 744
   Supplement 4);

4. listed on the U.S. Department of Commerce
   Entity List of proliferation based on the
   Enhanced Proliferation Control Initiative;

5. involved in the development or production of:
   a) rocket, missile, or space launch
      vehicle programs,
   b) unmanned air vehicles, cruise missile
      systems, target drones, or
      reconnaissance drones, or
   c) nuclear, chemical, or biological
      weapons
   as specified in the US Export Administration
   Regulations (EAR), including the exceptions
   found therein; or

6. listed on the United States Department of
   the Treasury Office of Foreign Assets
   Control (OFAC) list of specially designated
   nationals and blocked persons including
   Specially Designated Global Terrorists,
   Specially Designated Terrorists, Foreign
   Terrorist Organizations, and members of the
   former Iraqi regime.

By accepting this Agreement, You represent and
warrant that You are not subject to any of the
above restrictions.


GOVERNMENT RESTRICTED RIGHTS

If the Software is being acquired by, or on
behalf of, or for the use of, any agency,
department, or other entity of the U.S.
Government, or is licensed for use in the
performance of a contract by a U.S. Government

prime contractor or subcontractor (at any tier),
(collectively, the "Government"), then the
Parties agree that:

1. The Software is a "Commercial Item" as that
   term is defined in the Federal Acquisition
   Regulation (FAR) at 48 C.F.R. 2.101 (October
   2005), consisting of unpublished "Commercial
   computer software" and related documentation
   that is "Commercial computer software
   documentation", as those terms are used in
   the FAR at 48 C.F.R. 12.212 (October 2005)
   or in the Defense Federal Acquisition
   Supplement (DFARS) at 48 C.F.R. 227.7202
   (effective as of September 2005), as
   applicable, which have been developed
   exclusively at private expense and are
   subject to restricted rights.

2. All rights, including rights for use,
   duplication, reproduction, release,
   modification, disclosure, or transfer of the
   Software, including any related
   documentation of any kind, including
   technical data or related manuals, by
   Government end-users will be only the
   restricted rights as set forth in the terms
   and conditions of this commercial computer
   software Agreement and consistent with
   a) the FAR at 48 C.F.R. 12.212(a) (as of
      October 2005),
   b) the DFARS at 48 C.F.R. 227-7202-1
      through 227.7202-4 (as of September
      2005), and
   c) other corresponding similar clauses in
      government regulations such as the NASA
      FAR Supplement,
   as applicable, and their successors.

3. Restricted Rights Legends.  You agree to
   preserve any and all restricted rights
   legends in and on the Software, including
   its storage media, and You agree to
   conspicuously mark every authorized copy as
   follows:
      RESTRICTED RIGHTS LEGEND
      Use, duplication, or disclosure by the
      U.S. Government is subject to the terms
      and conditions of a commercial computer
      software license agreement in accordance

with the FAR at 48 C.F.R. 212(a) or in the
DFARS at 48 C.F.R. 227.7202-1 through
227.7202-4.

Unpublished rights reserved under the
copyright laws of the United States.
Copyright (c) 1987-2008
SNMP Research International, Inc.

The contractor/manufacturer is
SNMP Research International, Inc.
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716, USA.


WARRANTIES, DISCLAIMER OF WARRANTY, AND
LIMITATION OF LIABILITY

Limited Media Warranty and Money-Back Guarantee
In Lieu of Warranties

Limited Media Warranty.  SNMPRI warrants to the
individual or entity that first obtained a
license to the Software for a period of thirty
(30) days from the date of shipment by SNMPRI
or SNMPRI's authorized representative, as
evidenced by a copy of shipping records, that the
physical media, if any, on which the Software is
furnished will be free from material physical
defects in materials and workmanship under normal
use.  This warranty shall not apply if failure of
the media containing Software has resulted from
accident, abuse, misuse, misapplication, damage
in transport, alteration, neglect, or attempts at
unauthorized repair or installation, as
reasonably determined by SNMPRI.  Any replacement
media will be warranted for the remainder of the
original warranty period.  This limited media
warranty does not apply to Software provided to
You free of charge, for example, field test or
evaluation copies.

Warranty Claim Procedure.  Any claim under the
Limited Media Warranty set forth above must be
submitted before the end of the 30 day warranty
period.  SNMPRI will, at its option, refund the
amount You paid, or repair or replace any
defective media, or arrange for alternate
delivery of the Software provided You return the
defective media to SNMPRI or an authorized

representative from whom You obtained it along
with a copy of Your receipt, purchasing
documents, or other proof of purchase within such
30 day period.

Money-Back Guarantee.  SNMPRI offers a money back
guarantee.  You shall conduct acceptance tests of
the Software following delivery for a period of
not longer than thirty (30) days.  If during the
acceptance period, You find that the Software
does not meet Your requirements for any reason or
no reason, You may, at Your sole and exclusive
option, exercise Your rights under the money-back
guarantee by:

   a) returning the Software, along with proof of
      purchase within such thirty (30) day period,
      and

   b) complying with all the requirements of the above
      sections regarding Term and Termination, in
      which case SNMPRI shall terminate the
      license rights granted in this Agreement,
      provide a timely refund of any monies
      received from You in association with this
      Agreement, and cancel any outstanding
      invoices for amounts due for initial license
      fees in association with this Agreement.
      (Zero cost licenses are not entitled to a
      refund.)

SNMPRI may, at its sole and exclusive option,
charge or deduct up to twenty percent (20%) of
the purchase price charged for the license as a
restocking and administrative fee upon the
exercise of the money back guarantee.


Customer Remedies

Your use of the Software is entirely at Your own
risk.  Should the Software prove defective, You
assume the entire cost of all service, repair, or
correction.

SNMPRI's and its suppliers' entire liability and
Your exclusive remedy under this Agreement shall
be at SNMPRI's option to replace the Software
media or to refund the license fee paid, if any,
in accordance with the money back guarantee for

the Software when warranty or guarantee claims
are made in accordance with the terms of this
Agreement.


Disclaimer of Other and Implied Warranties

EXCEPT FOR THE FOREGOING LIMITED WARRANTY, SNMPRI
AND ITS SUPPLIERS DO NOT AND CANNOT WARRANT THE
PERFORMANCE OR RESULTS YOU MAY OBTAIN BY USING
THE SOFTWARE, EXCEPT FOR ANY WARRANTY, CONDITION,
REPRESENTATION OR TERM TO THE EXTENT TO WHICH THE
SAME CANNOT OR MAY NOT BE EXCLUDED OR LIMITED BY
LAW APPLICABLE TO THE LICENSING OF INTELLECTUAL
PROPERTY TO YOU UNDER THIS AGREEMENT IN YOUR
JURISDICTION.  THE SOFTWARE IS LICENSED TO YOU
"AS IS" WITH ALL FAULTS AND SNMPRI AND ITS
SUPPLIERS MAKE NO WARRANTIES, CONDITIONS,
REPRESENTATIONS, OR TERMS (EXPRESS OR IMPLIED
WHETHER BY STATUTE, COMMON LAW, CUSTOM, USAGE OR
OTHERWISE) AS TO ANY MATTER INCLUDING WITHOUT
LIMITATION ITS USE, RESULTS OF USE, PERFORMANCE,
SECURITY, NON-INFRINGEMENT OF THIRD PARTY RIGHTS,
MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS
FOR ANY PARTICULAR PURPOSE, THAT THE SOFTWARE IS
ERROR FREE, THAT ITS USE WILL BE UNINTERRUPTED,
THAT THE SOFTWARE WILL OPERATE IN THE
CONFIGURATION OR WITH THE HARDWARE OR OTHER
SOFTWARE YOU MAY SELECT, THE PROVISION OF SUPPORT
SERVICES, OR THE FAILURE TO PROVIDE SUPPORT
SERVICES.  YOU ACKNOWLEDGE THAT THE LICENSE FEE
REFLECTS THIS ALLOCATION OF RISK.

No oral or written information or advice given by
SNMPRI or SNMPRI's authorized representatives
shall create a warranty or amend this "as is"
status.

This disclaimer of warranty constitutes an
essential part of this Agreement.  No use of any
of the Software is authorized hereunder except
under this disclaimer.

To the extent implied warranties may not be
entirely disclaimed and implied warranty
limitations are allowed by applicable law,
implied warranties on the Software, if any, are
limited to thirty (30) days.

The foregoing limitations will apply even if the

above stated warranty fails of its essential
purpose.

SNMPRI is acting on behalf of its suppliers for
the purpose of disclaiming, excluding and/or
limiting obligations, warranties and liability
as provided in this Agreement, but in no other
respects and for no other purpose.


Limitation of Liability and Indemnification

You Indemnify SNMPRI:  You agree that SNMPRI and its
suppliers shall have no liability whatsoever for any
use You make of the Software.  You shall indemnify
and hold harmless SNMPRI and its suppliers from any
and all claims, damages, liabilities, costs and fees
(including reasonable attorney fees) from all third
party Persons arising from Your use of the Software
as well as from Your failure to comply with any term
of this Agreement.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW
AND NOT WITHSTANDING ANYTHING ELSE HEREIN, IN NO
EVENT, UNDER NO CIRCUMSTANCES AND, UNDER NO
LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO,
TORT, CONTRACT, NEGLIGENCE, STRICT LIABILITY,
WARRANTY, OR OTHERWISE, SHALL SNMPRI OR ITS
SUBSIDIARIES, AFFILIATES, DIRECTORS, OFFICERS,
EMPLOYEES, AGENTS, OR SUPPLIERS BE LIABLE TO YOU
OR ANY OTHER PERSON FOR

  a) ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL,
     STATUTORY, EXEMPLARY, CONSEQUENTIAL,
     PUNITIVE OR OTHER DAMAGES WHATSOEVER OF ANY
     CHARACTER INCLUDING, WITHOUT LIMITATION,
     DAMAGES FOR LOSS OF USE, LOSS OR INACCURACY
     OF DATA OR INFORMATION, LOSS OF REVENUE,
     LOSS OF PROFITS, LOSS OF GOODWILL, DOWNTIME,
     BUSINESS INTERRUPTION, WORK STOPPAGE,
     ACCURACY OF RESULTS, COMPUTER FAILURE OR
     MALFUNCTION, OR FOR ANY AND ALL OTHER
     COMMERCIAL OR ECONOMIC DAMAGES OR LOSSES,
     CLAIMS, OR COSTS ARISING OUT OF OR RELATED
     TO THE USE, INABILITY TO USE, THE RESULTS OF
     USE, OR THE PERFORMANCE OF THE SOFTWARE, OR

  b) COST OF PROCUREMENT OF SUBSTITUTE GOODS,
     SERVICES, OR TECHNOLOGY, OR

c) ANY MATTER BEYOND SNMPRI OR ITS SUPPLIERS'
   REASONABLE CONTROL.

The foregoing limitations shall apply even if an
SNMPRI representative has been informed of the
possibility of such damages or if such damages
are foreseeable.

Because some jurisdictions do not allow
disclaimers of or limitations on the length of an
implied warranty or the exclusion or limitation
of incidental or consequential damages, the above
limitations or exclusions may not apply to You to
the extent prohibited by applicable law.  This
Agreement gives You specific legal rights, and
You may also have other rights which vary from
jurisdiction to jurisdiction.

The maximum aggregate liability of SNMPRI and
its suppliers under or in connection with this
Agreement shall be limited to the amount paid by
You, if any, for the Software except where such
limits are not permitted by applicable law, in
which case SNMPRI's liability shall be limited to
the minimum amount permitted by such applicable
law.  The maximum aggregate liability of SNMPRI
shall be zero in the case of a zero cost license.

This limitation shall apply even in the event of
a fundamental or material breach or a breach of
the fundamental or material terms of this
Agreement.

This limitation of liability constitutes an
essential part of this Agreement and no use of
any of the Software is authorized hereunder
except under this limitation.


Use of the Software in High Risk Activities

The Parties agree that the Software is not
fault-tolerant and is not designed, manufactured
or intended for use or resale as on-line control
equipment in hazardous environments requiring
fail-safe performance, such as in the planning,
construction, maintenance or operation of nuclear
facilities, aircraft navigation or communication
systems, air traffic control, direct life support
machines, or weapons systems, in which the

failure of the Software could lead directly to
death, personal injury, or severe physical or
environmental damage ("High Risk Activities").
Licensor and its suppliers specifically disclaim
any express or implied warranty of fitness for
High Risk Activities and You agree to be solely
liable if the Software is used for these
applications.  You agree to indemnify and hold
SNMPRI and its suppliers harmless from all loss,
damage, expense or liability in connection with
such use.


BARGAINED FOR BASES OF THIS AGREEMENT

The Parties stipulate that any installation or
use of the Software constitutes acceptance of the
terms of this limited warranty statement,
exclusion of implied warranties, exclusive
remedies, limitation of liability, and all terms
of this Agreement.

EACH PARTY RECOGNIZES AND AGREES THAT THE
WARRANTY DISCLAIMERS AND LIABILITY AND REMEDY
LIMITATIONS IN THIS AGREEMENT ARE MATERIAL
BARGAINED FOR BASES OF THIS AGREEMENT AND THAT
THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED
IN DETERMINING THE CONSIDERATION TO BE GIVEN BY
EACH PARTY UNDER THIS AGREEMENT AND IN THE
DECISION BY EACH PARTY TO ENTER INTO THIS
AGREEMENT.

Third Party Software.  The Software may contain
certain third party materials, technology, or
other intellectual property of third party
suppliers.  The disclaimer of warranty and
limitation of liability provisions of this
Agreement shall apply to all Software in this
distribution, including the Software belonging
to third parties.


GENERAL TERMS AND CONDITIONS

Integration.  This Agreement and future and
concurrent written signed agreements with You
(if any) (which include click-through agreements
such as this Agreement) concerning this subject
matter constitute(s) the complete and entire
understanding between You and SNMPRI on this

subject matter and supersede and take precedence
over all prior or contemporaneous communications,
proposals, discussions, advertising,
representations, and warranties, whether oral or
written, and prevails over any conflicting or
additional terms of any quote, order, purchase
order, acknowledgement, or other communication
between the Parties relating to the subject
matter of this Agreement.

No modification of this Agreement will be
binding, except by a subsequent written agreement
signed by an authorized representative of each
Party.  A click-through agreement such as this
Agreement is agreed to be a "written agreement"
and the act of clicking an acceptance is agreed
to be a signature.

Captions.  The captions and section headings in
this Agreement are for convenience only and do
not define or limit any of the provisions herein.

Waiver.  Failure or delay in enforcing any right
or provision of this Agreement by either Party
shall not be deemed a waiver of such right or
provision or any other term in this Agreement
with respect to such breach or any subsequent
breaches.  The exercise of any right or option
under this Agreement shall not preclude or
prejudice the exercising thereafter of the same
or any other right under this Agreement.


Assignment and Transfers:

This Agreement is personal to You and may not be
assigned or transferred without SNMPRI's prior
written consent, which shall not be unreasonably
withheld, and any action or conduct in violation
of the foregoing shall be void and without
effect.  Transfers of rights under this Agreement
with consent of SNMPRI are effective only upon
execution of an appropriate transfer amendment.
Merger or acquisition of, by, or with You
involving another company is agreed to be a
transfer of rights under this Agreement.

You may transfer the Software from one computer
to another owned or controlled and operated by
You, provided that the Software is not installed

on and not used on more than the Number of
Authorized Computers at any time.

SNMPRI expressly reserves the right to assign
this Agreement and to delegate any of its
obligations hereunder.  Without limiting the
generality of the foregoing, SNMPRI may transfer
its rights and obligations under this Agreement
to a successor in interest of substantially all
of the SNMPRI assets related to the business
associated with the Software.  A merger or
acquisition by, of, or with another company
involving the SNMPRI business associated with
the Software is a permitted transfer under this
provision.


Severability:

If any provision of this Agreement is held
invalid by an applicable law, rule, order, or
regulation of any government or by the final
determination of any court of competent
jurisdiction, the Parties shall attempt in good
faith to reform the provision to the smallest
extent necessary to allow it to be enforced to
the extent permitted by law, or if it cannot be
modified, the provision shall be severed and
deleted from this Agreement, and the remainder
of the Agreement will continue in effect.

If any remedy provided is determined to have
failed for its essential purpose, all limitations
of liability and exclusions of damages set forth
in the Limited Warranty shall remain in effect.


Publicity:

Neither Party shall divulge the material
provisions of this Agreement to any third party
Person or Persons without the prior written
permission of the other Party, except as required
to exercise the rights contained herein or as
required by law.

Disclosure by either Party of the existence of
this Agreement without disclosure of its terms
and conditions shall specifically be permitted
and shall not constitute a breach of this

section.  Nothing herein shall prohibit SNMPRI
from disclosing to third parties that You are a
customer.  Nothing herein shall prohibit You from
disclosing to third parties that SNMPRI is a
supplier.

You may not use SNMPRI's name in any
publications, advertisements, or other
announcements without SNMPRI's prior written
consent.  You do not have any rights to use any
SNMPRI trademarks or logos.

Notwithstanding anything to the contrary herein,
each Party shall have the right to disclose the
terms and conditions of this Agreement to

  a) its employees, directors, consultants,
     contractors, attorneys, accountants, and
     other professional advisors, and

  b) investors and potential investors, and to
     their professional advisors, only to the
     extent necessary in connection with a
     potential financing, acquisition, merger,
     or public offering

provided that each recipient is subject to
written obligations of confidentiality which are
no less restrictive than those set forth in this
Agreement and each recipient has a legitimate
business need to have access to the information.


Governing Law, Jurisdiction, and Exclusive Forum:

This Agreement, entered into in the State of
Tennessee, and the rights and obligations of the
Parties to it shall be governed by, construed,
interpreted, and enforced in accordance with the
common and statutory law in force in the State of
Tennessee and the controlling federal laws of
United States of America without regard to the
principles of conflict of laws of any
jurisdiction.  For actions arising out of or
related to the subject matter of this Agreement,
the Parties hereby agree to be subject to sole
and exclusive jurisdiction and venue lying in the
State and Federal courts in Knox County,
Tennessee, U.S.A., and hereby agree to service of
process in accordance with the rules of such

courts.  Nothing herein shall alter, change, or be deemed inconsistent with this application of Tennessee law as the governing law of this Agreement.

The application of the United Nations Convention on Contracts for the International Sale of Goods is specifically disclaimed and shall not govern or apply to the Software provided in connection with this Agreement, including the warranty terms herein.

The English version of this Agreement will be the version used when interpreting or construing this Agreement.

Legal Expenses:  All costs and expenses, including reasonable attorney's fees, incurred by the prevailing Party to enforce any right or remedy arising out of this Agreement or in an action against the other Party based on this Agreement shall be paid by the other Party.

No Rule of Strict Construction:  The Parties agree that any law or regulation which provides that the language of a contract shall be construed against the drafter shall not apply to this Agreement and any ambiguities in the language of the Agreement are to be resolved according to what is most reasonably their intended meaning, and not necessarily against the drafting Party.

Notices:  Notices sent under this Agreement shall be sent by email to the last known email address. If and only if a mail address is known, a copy of the notice shall be mailed by regular mail. Notice shall be effective as of the day the email was sent and no indication was received of an undelivered email.  If an email is sent properly, but an indication is received that the email was not delivered, the Notice is effective as of the date it was sent, but the sender shall have a duty to make a good faith effort to provide actual notice to the recipient by sending additional emails and by conducting Internet-based searches (such as via Google) for a mail address or telephone number.

Authority to Bind

By clicking and accepting this Agreement below, the person that clicks mainfests his/her/its assent to the terms and conditions of this Agreement and warrants that he/she/it has the authority to bind itself and/or the Person or Persons he/she/it represents.  If you are acting within the scope of your employment, You are agreeing on behalf of your employer.


Questions

Should You have any questions concerning this Agreement, or if You desire to contact SNMPRI for any reason, please write:
      SNMP Research International, Inc.,
      Attn:  Contracts Administrator
      3001 Kimberlin Heights Road
      Knoxville, TN 37920-9716 USA
      notices@snmp.com

Any notices or correspondences will only be effective if sent to such address.

For other matters, You may contact us via:
      +1 865 579 3311
      (or via facsimile:  +1 865 579 6565)
      (or via email:  info@snmp.com)

In witness whereof, You and SNMPRI agree to the terms and conditions of this Agreement, as set forth above.

signed:  /s/ SNMP Research International, Inc. /s/
(The foregoing is an electronic signature)

16 September 2008 - 01

DocuSign Envelope ID: E0795518D-E6A2-4DE6-8790-F7F49F15725F

# SNMP Research International

## AMENDMENT 1 TO LICENSE AGREEMENT

This Amendment 1 ("Amendment 1"), entered into in the State of Tennessee, is by and between SNMP Research International, Inc. (hereinafter "SNMPRI") a Tennessee corporation, with principal offices at 3001 Kimberlin Heights Road, Knoxville, Tennessee 37920-9716, Broadcom Inc., (hereinafter "Broadcom"), with corporate offices at 1320 Ridder Park Dr, San Jose, CA 95131, and CA, Inc., d/b/a CA Technologies, a Broadcom Company (hereinafter "CA"), with corporate offices at 1320 Ridder Park Dr, San Jose, CA 95131.

Recitals:

WHEREAS, SNMPRI previously entered into click to accept Software License Agreements on various dates with CA for:

1. 37 licenses of Distributed SNMP Security Pack Server, and

2. 176 licenses of CIAgent,

(collectively the "License Agreement"); and


WHEREAS, Broadcom acquired CA in an all stock transaction that closed on November 5, 2018, and

WHEREAS, CA is a wholly owned subsidiary of Broadcom, and

WHEREAS, the acquisition of CA by Broadcom was a transaction that should have triggered the requirement for an amendment to the License Agreement, and

WHEREAS, CA wishes to continue to use the licensed Software pursuant to the terms of the License Agreement, and

WHEREAS, SNMPRI desires to allow the transfer of the License Agreement pursuant to the terms of this Amendment 1, and

WHEREAS Broadcom will not be a licensee under the License Agreement;

Now, THEREFORE, SNMPRI, Broadcom, and CA (each a "Party" and collectively the "Parties"), in consideration of the forgoing recitals and the terms and conditions herein, agree as follows:

1. Application of License Agreement

    (a) All provisions of the License Agreement not specifically altered or replaced by this Amendment 1 shall remain in full force and effect. Terms defined in the License Agreement shall retain their definition in this Amendment 1.

April 16, 2020                                    1

---

SNMP Research International, Incorporated
3001 Kimberlin Heights Road   Knoxville, Tennessee   37920-9716
Voice: +1 865 579 3311   Fax: +1 865 579 6565   E-mail: info@snmp.com

Case 3:20-cv-00451-CEA-DCP   Document 51-5   Filed 01/26/21   Page 29 of 32   PageID #: 1122

DocuSign Envelope ID: E0755180-E0A2-4DE6-8790-F7F49F13723F

(b) Wherever the provisions of this Amendment 1 and the License Agreement may be contradictory, the provisions of this Amendment 1 shall have precedence over the provisions of the License Agreement.

2. Licensee

As of the Effective Date of this Amendment 1:

(a) Subject to the terms and conditions of this Amendment 1 and the License Agreement, SNMPRI agrees to allow a one time transfer of the License Agreement due to the acquisition of CA by Broadcom.

(b) CA hereby continues to assume all of its rights and responsibilities in and under the License Agreement as the sole licensee.

(c) CA is an entity duly incorporated and validly existing, and in good standing under the laws of the State of Delaware, and is duly qualified to do business in each jurisdiction in which it does business, and nothing in the acquisition by Broadcom was intended to change such status.

(d) The License Agreement shall only be valid as to CA's business units and product lines, to the extent previously licensed to CA as of the effective date of the Broadcom acquisition, and not to any of Broadcom's business or product lines.

(e) Broadcom may conduct business transactions with SNMPRI, such as issuing purchase orders, reporting royalties, and renewing software service agreements on behalf of CA.

(f) Broadcom agrees that this Amendment 1 or its acquisition of CA does not provide Broadcom with any rights in the License Agreement or the Software licensed thereunder without further written amendment agreed to by the Parties. Broadcom agrees not to attempt to assert any rights in the License Agreement or the Software licensed thereunder. Furthermore, Broadcom agrees not to use or distribute the Software licensed under the License Agreement separate from the CA products and CA business. Broadcom understands that any use or distribution of the licensed Software outside of the CA business will constitute a violation of the terms of the License Agreement and SNMPRI's intellectual property rights in the Software.

(g) Should CA cease being a subsidiary of Broadcom, Broadcom shall notify SNMPRI and shall agree to satisfy the requirements of the Assignment and Transfers section of the License Agreement.

April 16, 2020                                        2

DocuSign Envelope ID: E07551BD-E6A2-4DE6-8790-F7F49F13723F

3. Notices

CA's contact information shall remain the same as the information specified in the purchasing documents or download request, but its corporate address shall be as indicated in the first paragraph of this Amendment 1.

4. Location of the Software

The Software will remain located at the physical site or sites as explicitly specified in the purchasing documents or download request and the license rights under the License Agreement may be exercised at such physical site or sites.

CA shall inform SNMPRI before the Software is moved to a different site or to an additional site. Additional charges may apply.

5. Administrative Fee

CA shall pay SNMPRI a one-time administrative fee in the amount of $0 (USD) within 30 days of the latest of the dates of the signatures, below. No additional fees or charges shall be required to effect this transfer.

6. Entire Agreement

This Amendment 1 and the License Agreement are the complete and entire understanding between the Parties on the subject matter of this Amendment 1, and supersede all prior agreements, whether written or oral, concerning the subject matter hereof.

7. Recitals

The Recitals are hereby incorporated into this Amendment 1 by reference.

8. Effective Date

The Effective Date of this Amendment 1 is November 5, 2018.

April 16, 2020                                    3

**ATTEST:**

                LICENSEE:   CA Technologies

                          BY:          _Thomas Krause Jr._

                                      Thomas Krause Jr.
                                        Printed/Typed

                     TITLE:   _____

                     DATE:    Apr-20-2020

**ATTEST:**

                PARENT OF LICENSEE:   Broadcom Inc.

                          BY:          _Thomas Krause Jr._

                                        Thomas Krause Jr.
                                        Printed/Typed

                     TITLE:   _____

                     DATE:    Apr-20-2020

**ATTEST:**

                LICENSOR:   SNMP Research International, Incorporated

                BY:        _Jeffrey D Case_

                                    Jeffrey D. Case
                            Acting Chief Operating Officer

                     DATE:    4/29/2020

April 16, 2020                              4