# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** ) ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Case No. 3:20-cv-451 |
| **Broadcom Inc.** ) | |
| **Brocade Communications Systems LLC** ) | Jury Demanded |
| **Extreme Networks, Inc.** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION REGARDING
## THE FORM OF DOCUMENT PRODUCTION

Now come the parties hereto by their respective counsel of record and, as evidenced by their endorsement hereon, pursuant to Rule 29 of the Federal Rules of Civil Procedure do stipulate and agree that the **Stipulation Regarding Form of Document Production** attached hereto as Exhibit A shall govern the conduct of the parties as relates to the production of documents in this action in this action.

Stipulated and agreed this 27th day of January, 2021.

By: */s/ John L. Wood*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
     & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for Plaintiffs,*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*

*/s/ Alison Plessman*
Alison Plessman (CA Bar No. 250631)
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, California 90014
(213) 788-4340 (Telephone)
(888) 775 0898 (Facsimile)
aplessman@hueston.com

*Attorney for Defendants*
*Broadcom Inc.*
*Brocade Communications Systems LLC*

*/s/Jordan A. Feirman*
John M. Neukom (CA Bar No. 275887)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
515 University Avenue, Suite 1400
Palo Alto, California 94301
(650) 470-4500
john.neukom@skadden.com

Jordan A. Feirman (NY Bar No. 4554457)
One Manhattan West
New York, New York 10001
(212) 735-3000
jordan.feirman@skadden.com

*Counsel for Defendant Extreme Networks, Inc.*

2