# Exhibit A

**Weber, Olivia**

| | |
|---|---|
| **From:** | Ashley, Matt |
| **Sent:** | Wednesday, November 25, 2020 4:08 PM |
| **To:** | Neukom, John (Jay); Alison Plessman |
| **Cc:** | Weber, Olivia; jwood@emlaw.com; Feirman, Jordan |
| **Subject:** | RE: SNMP |

Thanks. Everyone have a safe and happy holiday.

Matt

**From:** Neukom, John (Jay) <John.Neukom@skadden.com>
**Sent:** Wednesday, November 25, 2020 4:08 PM
**To:** Ashley, Matt <MAshley@irell.com>; Alison Plessman <aplessman@hueston.com>
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; Feirman, Jordan <Jordan.Feirman@skadden.com>
**Subject:** RE: SNMP

Works for me.

**John (Jay) Neukom**
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue | Palo Alto | California | 94301-1908
T: +1.650.470.4560

**From:** Ashley, Matt <MAshley@irell.com>
**Sent:** Wednesday, November 25, 2020 3:41 PM
**To:** Alison Plessman <aplessman@hueston.com>; Neukom, John (Jay) (PAL) <John.Neukom@skadden.com>
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; Feirman, Jordan (NYC) <Jordan.Feirman@skadden.com>
**Subject:** [Ext] RE: SNMP

Thanks Alison. Does that work for you Jay? If so, let's just set it at 10am Pacific, 12/13.

Matt

**From:** Alison Plessman <aplessman@hueston.com>
**Sent:** Wednesday, November 25, 2020 10:51 AM
**To:** Ashley, Matt <MAshley@irell.com>; john.neukom@skadden.com
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; jordan.feirman@skadden.com
**Subject:** RE: SNMP

I can also do anytime in that timeframe.

**Alison Plessman**

**HUESTON HENNIGAN** LLP

D: 213.788.4542
aplessman@hueston.com
Biography

**From:** Ashley, Matt <mashley@irell.com>
**Sent:** Wednesday, November 25, 2020 9:28 AM
**To:** john.neukom@skadden.com; Alison Plessman <aplessman@hueston.com>
**Cc:** oweber@irell.com; jwood@emlaw.com; jordan.feirman@skadden.com
**Subject:** RE: SNMP

Ok, then let's do Dec. 13. We could do anytime between 10am to 2pm Pacific. Does that work for you?

Matt

---

**From:** Neukom, John (Jay) <John.Neukom@skadden.com>
**Sent:** Tuesday, November 24, 2020 7:45 PM
**To:** Ashley, Matt <MAshley@irell.com>; Alison Plessman <aplessman@hueston.com>
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; Feirman, Jordan <Jordan.Feirman@skadden.com>
**Subject:** RE: SNMP

Thank you all for being accommodating of the trial situation. I can do either Dec 6 or 13, and my timing those days is pretty flexible.

Thanks,
Jay

John (Jay) Neukom
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Palo Alto | California | 94301-1908
T: +1.650.470.4560

---

**From:** Ashley, Matt <MAshley@irell.com>
**Sent:** Tuesday, November 24, 2020 4:07 PM
**To:** Alison Plessman <aplessman@hueston.com>; Neukom, John (Jay) (PAL) <John.Neukom@skadden.com>
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; Feirman, Jordan (NYC) <Jordan.Feirman@skadden.com>
**Subject:** [Ext] RE: SNMP

Jay, would sometime the weekend of 12/5-6 or 12/12-13 work for you?

Matt

---

**From:** Alison Plessman <aplessman@hueston.com>
**Sent:** Tuesday, November 24, 2020 8:40 AM
**To:** Ashley, Matt <MAshley@irell.com>; john.neukom@skadden.com
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; jordan.feirman@skadden.com
**Subject:** Re: SNMP

Weekends are fine with me if that is easier.

**Alison Plessman**
_____

**HUESTON HENNIGAN** LLP

D: 213.788.4542
aplessman@hueston.com
Biography

**From:** Ashley, Matt <mashley@irell.com>
**Sent:** Tuesday, November 24, 2020 8:36:27 AM
**To:** john.neukom@skadden.com <john.neukom@skadden.com>; Alison Plessman <aplessman@hueston.com>
**Cc:** oweber@irell.com <oweber@irell.com>; jwood@emlaw.com <jwood@emlaw.com>; jordan.feirman@skadden.com <jordan.feirman@skadden.com>
**Subject:** RE: SNMP

The deadline is 12/18. I know it's not ideal given your schedule, but could we either do very early in the morning or in the evening, or perhaps a weekend day? I think 12/9 works for us and Allison, so maybe that night or the weekend directly preceding or following it?

Matt

---

**From:** Neukom, John (Jay) <John.Neukom@skadden.com>
**Sent:** Monday, November 23, 2020 10:18 PM
**To:** Ashley, Matt <MAshley@irell.com>; Alison Plessman <aplessman@hueston.com>
**Cc:** Weber, Olivia <oweber@irell.com>; jwood@emlaw.com; Feirman, Jordan <Jordan.Feirman@skadden.com>
**Subject:** RE: SNMP

I hate to be the squeaky wheel, but I'm in trial from Dec 2-18, and the daily schedule is 9 am to 5 pm. Can we push to Dec 21 without running afoul of the timing requirements?

John (Jay) Neukom
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Palo Alto | California | 94301-1908
T: +1.650.470.4560

---

**From:** Ashley, Matt <MAshley@irell.com>
**Sent:** Monday, November 23, 2020 10:08 PM
**To:** Alison Plessman <aplessman@hueston.com>
**Cc:** Neukom, John (Jay) (PAL) <John.Neukom@skadden.com>; Weber, Olivia <oweber@irell.com>; jwood@emlaw.com
**Subject:** [Ext] Re: SNMP

Would 12/8 work for you and Jay?

Matt

On Nov 23, 2020, at 6:33 PM, Alison Plessman <aplessman@hueston.com> wrote:


I am in depositions both of those days. Does the following week work?

Alison Plessman
_____

HUESTON HENNIGAN LLP

D: 213.788.4542<tel:213.788.4542>
aplessman@hueston.com<mailto:aplessman@hueston.com>
Biography<https://www.hueston.com/attorney/alison-l-plessman>

From: Ashley, Matt <mashley@irell.com>
Sent: Monday, November 23, 2020 6:07 PM
To: Alison Plessman <aplessman@hueston.com>; john.neukom@skadden.com
Cc: oweber@irell.com; jwood@emlaw.com
Subject: SNMP

Hi Alison and Jay,

We'd like to set up a call for the Rule 26(f) conference. Would Dec. 3 between 12:30-2:30pm, or Dec. 4 any time before 2:30 pm (all times Pacific) work for you?

Regards,

Matt

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================

---------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================