IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------ x
                                                             :
SNMP RESEARCH, INC. and SNMP            : Case No. 3:20-cv-00451-JRG-DCP
RESEARCH INTERNATIONAL, INC.,           :
                                        : U.S. District Judge J. Ronnie Greer
                 Plaintiffs,            :
                                        : **DECLARATION OF JORDAN A.**
            v.                          : **FEIRMAN IN FURTHER**
                                        : **SUPPORT OF DEFENDANT**
BROADCOM INC.; BROCADE                  : **EXTREME NETWORKS, INC.'S**
COMMUNICATIONS SYSTEMS LLC; and         : **MOTION TO DISMISS OR**
EXTREME NETWORKS, INC.,                 : **TRANSFER**
                                        :
                 Defendants.            :
                                        :
------------------------------------------------------------ x

JORDAN A. FEIRMAN, under penalty of perjury, declares as follows:

1. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendant Extreme Networks, Inc. ("Extreme"). I have been admitted to this Court *pro hac vice* in connection with the above-captioned matter.

2. I respectfully submit this Declaration to put before the Court documents relevant to the Reply Memorandum of Law in Further Support of Extreme's Motion to Dismiss or, in the Alternative, to Transfer to the Northern District of California.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs SNMP Research, Inc.'s and SNMP Research International, Inc.'s Rule 26(a)(1) Initial Disclosures, dated January 6, 2021 and served on Defendants the same day.

I declare that the foregoing is true and correct. Executed this 2nd day of February, 2021 in New York, New York.

Respectfully submitted,

_____
Jordan A. Feirman