UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

## DECLARATION OF ALISON PLESSMAN

I, ALISON PLESSMAN, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner at the law firm of Hueston Hennigan LLP, counsel of record for Defendants Broadcom Inc. ("Broadcom") and Brocade Communications Systems LLC ("Brocade") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On December 26, 2020, Plaintiffs served several hundred requests for production, interrogatories, and requests for admission on Defendants Broadcom, Brocade, and Extreme Networks, Inc. ("Extreme"). (ECF No. 47-2 to 47-9.)

3. On January 16, 2021, I submitted a declaration in support of Defendants' Joint Motion to Stay Discovery and for a Protective Order pending disposition of Defendants' Motions to Dismiss and/or to Transfer. (ECF No. 47-3.) This declaration summarized the parties' Rule 26(f) conference and report, Plaintiffs' rejection of Defendants' proposed discovery stay, and Plaintiffs' insistence on serving one-sided discovery.

4. Plaintiffs circulated a draft protective order to Defendants later that day.

5. On January 25, 2021, in a showing of good faith, Defendants served Plaintiffs with objections to Plaintiffs' discovery requests. The objections were 725 pages long.

6. On January 29, 2021, Plaintiffs served a second set of discovery requests on Defendants. This second set of requests has exactly the same (objectionable) definitions and instructions as the first set, with only one exception—that an instruction has been changed to reflect that the parties have now agreed on an ESI production protocol.

7. Plaintiffs have now served 255 requests for production, 63 interrogatories, and 164 requests for admission on Defendants—482 in total.

8. If the Court wishes to see Defendants' Objections or Plaintiffs' second set of discovery requests, Defendants are willing to provide them in a successive declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of February, 2021, at Los Angeles, California.

_____
Alison Plessman