# EXHIBIT U

# Email from Alison Plessman to John L. Wood
# Re: Meet and Confer
# Dated February 1, 2021

**From:** Alison Plessman
**Mail received time:** Mon, 1 Feb 2021 18:56:22
**Sent:** Mon, 1 Feb 2021 18:56:05
**To:** John L. Wood
**Cc:** Cheryl G. Rice; mashley@irell.com; Salvatore Bonaccorso; Winston Shi
**Subject:** RE: Meet and Confer [IWOV-ACTIVE.FID215893]
**Sensitivity:** Normal

---

Hi John,

As you know, there is a current motion to stay and for a protective order pending regarding these discovery requests. While we served our objections in good faith notwithstanding the pending motion, the point of the motion is that we should not have to engage in unnecessary discovery, particularly one-sided discovery, while our motion to dismiss is pending. If you want to meet and confer about the basis of the motion to stay and for a protective order, and are willing to reconsider your position, we are willing to meet and confer about that. But we believe meeting and conferring regarding the specific discovery requests should be postponed until the motion to stay and for a protective order is resolved.

Thanks,
Alison

Sent from Mail for Windows 10


**Alison Plessman**

## HUESTON HENNIGAN LLP

D: 213.788.4542
aplessman@hueston.com
Biography

**From:** John L. Wood
**Sent:** Monday, February 1, 2021 10:46 AM
**To:** Alison Plessman
**Cc:** crice@emlaw.com; mashley@irell.com
**Subject:** RE: Meet and Confer [IWOV-ACTIVE.FID215893]

Alison,

Please let us know your availability for a meet and confer tomorrow or Wednesday.

**John L. Wood**
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400 Knoxville, TN 37902
Office: (865) 292-2503 · Fax(865) 525-5293
Website | Map | Bio | Vcard Download | jlw@emlaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system. Thank you.

**From:** John L. Wood
**Sent:** Thursday, January 28, 2021 4:59 PM
**To:** Alison Plessman <aplessman@hueston.com>
**Cc:** Cheryl G. Rice <CRice@emlaw.com>; Ashley, Matt <MAshley@irell.com>; Weber, Olivia <oweber@irell.com>
**Subject:** Meet and Confer [IWOV-ACTIVE.FID215893]

Alison,

We request a meet and confer to discuss Brocade/Broadcom's objections to Plaintiff's discovery. We are available next Tuesday from 8 – 11:30 am PT, and anytime before 3pm PT on Wednesday. Please let us know what time works for you.

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.