# EXHIBIT V

# Email from Jordan Feirman to John L. Wood and John Neukom Re: Meet and Confer Dated February 1, 2021

**From:** Feirman, Jordan
**Mail received time:** Mon, 1 Feb 2021 13:55:20
**Sent:** Mon, 1 Feb 2021 13:55:13
**To:** John L. Wood; Neukom, John (Jay)
**Cc:** Ashley, Matt; Cheryl G. Rice; Patrick, Andrew K
**Subject:** RE: Meet and Confer [IWOV-ACTIVE.FID215893]
**Sensitivity:** Normal

---

Hi John,

Hope you had a nice weekend. For the reasons set forth in our objections and in the stay motion (including Defendants' concerns about ongoing one-sided discovery), a meet and confer does not make sense at this time. Of course, if you had any particular responses, clarifications, or revised requests that you anticipated raising with us, submitting those to us in writing in advance could help ensure that any meet and confer would be more productive if/when it occurs.

**Jordan Feirman**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | 10001
T: 212.735.3067 | F: 917.777.3067
jordan.feirman@skadden.com

---

**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Friday, January 29, 2021 8:45 AM
**To:** Feirman, Jordan (NYC) <Jordan.Feirman@skadden.com>; Neukom, John (Jay) (PAL) <John.Neukom@skadden.com>
**Cc:** Ashley, Matt <MAshley@irell.com>; Cheryl G. Rice <CRice@emlaw.com>
**Subject:** [Ext] Meet and Confer [IWOV-ACTIVE.FID215893]

Jordan,

We request a meet and confer to discuss Extreme??s objections to Plaintiff??s discovery. We are available next Tuesday from 8 ?V 11:30 am PT, and any time before 3pm PT on Wednesday. Please let us know what time works for you.

**John L. Wood**
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400 Knoxville, TN 37902
Office: (865) 292-2503 ?x Fax: (865) 525-5293
Website | Map | Bio | Vcard Download | jlw@emlaw.com



**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system. Thank you.