# EXHIBIT Y

## Broadcom and Brocade Discovery Correlating Requests/Responses

**Broadcom and Brocade Discovery Correlating Requests/Responses**

| | Broadcom | Brocade |
|---|---|---|
| **Interrogatories** | 1-21 | 1-21 |
| | 23 | 22 |
| | 24 | 23 |
| **Document Requests** | 1-2 | 1-2 |
| | 4-22 | 4-21 |
| | 24-29 | 22-27 |
| | 31-42 | 29-40 |
| | 43-48 | 44-50 |
| | 49-54 | 52-57 |
| | 56-65 | 58-68 |
| | 67 | 69 |
| | 69-71 | 70-72 |
| | 73-81, 83, 84 | 74-82, 83, 84 |
| | 91 | 86 |
| **Admission Requests** | 1-23 | 1-23 |
| | 24-26 | 28-31 |
| | 27 | 34 |
| | 28 | 36 |
| | 29 | 38 |
| | 32-41 | 41, 43, 45, 47, 51, 54, 56, 58, 60 |
| | 48 | 61 |
| | 50-51 | 67-68 |

There are several of Plaintiffs' Document Requests and Plaintiffs' RFAs to Broadcom and Brocade that do not correspond. Those requests to Brocade are directed toward the following issues and/or facts:

- Plaintiffs' Interrogatory No. 3 and Document Request No. 3
- Plaintiffs' Document Request No. 28 relates to the build environment for Defendants' infringing products;
- Plaintiffs' Document Request Nos. 42, 73 and 85 relate to Brocade's organizational structure and the relationship between Broadcom and Brocade,
- Plaintiffs' Document Request Nos. 43 and 52 seeks information relating to Brocade's revenues and profits from infringement;
- Plaintiffs' Document Request 58 seeks information relating to the transfer to Extreme;
- Plaintiffs' RFA Nos. 24 through 27 to Brocade seek to confirm the relationship between Broadcom and Brocade;
- Plaintiffs' RFA Nos. 32, 33, 35, 37, 39, 40 to Brocade relate to Broadcom's involvement in the transfer to of SNMP Research Software to Extreme;
- Plaintiffs' RFA Nos. 42, 45, 46, 48 through 50, 52, 53, 55, 57 and 59 relate to Broadcom's jurisdictional defense and all Defendants' venue defense;
- and Plaintiffs' RFA Nos. 62-66 relate specifically to the License Agreement.