# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3067
DIRECT FAX
(917) 777-3067
EMAIL ADDRESS
JORDAN.FEIRMAN@SKADDEN.COM

March 2, 2021

**BY ECF**

The Honorable J. Ronnie Greer
United States District Court
Eastern District of Tennessee
220 West Depot Street, Suite 405
Greeneville, TN 37743

RE: *SNMP Research, Inc. et al. v. Broadcom Inc. et al.* (3:20-cv-00451); Opposition to Motion to Compel (ECF No. 62)

Dear Judge Greer:

    We write on behalf of Defendant Extreme Networks, Inc. ("Extreme") to clarify that the Opposition to Plaintiffs' Motion to Compel Discovery Responses, dated March 2, 2021 (ECF No. 62) (the "Opposition") was filed on behalf of *all Defendants*, including Extreme. A signature block for Extreme's counsel was inadvertently omitted from the filing, but it was the intention of counsel for Extreme and of counsel for co-Defendants Broadcom Inc. ("Broadcom") and Brocade Communications Systems LLC ("Brocade") that the Opposition be a joint submission by all Defendants.

    Counsel for Broadcom and Brocade agrees with the content of this letter. If the Court prefers, Defendants also can submit an amended Opposition expressly stating that it is submitted on behalf of all Defendants.

    We thank you for your time and attention to this matter.

Sincerely,

Jordan A. Feirman

cc: All counsel of record (by ECF)

516110-NYCSR10A - MSW