UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

## NOTICE OF TECHNICAL FAILURE IN PACER E-FILING SYSTEM

Defendants Broadcom, Inc., Brocade Communications Systems LLC, and Extreme Networks Inc., submit this notice of a technical failure in the PACER E-filing System:

1. On March 1, 2021, at 10 p.m. EST, the PACER E-filing system went down.

2. As a result, Defendants were unable to sign into their PACER accounts in order to file their Opposition Brief to Plaintiffs' Motion to Compel.

3. Defendants timely served their brief and supporting declaration on Plaintiffs by email on March 1, 2021.

4. Defendants then filed that same brief and supporting declaration through the PACER system on the morning of March 2, 2021 once the PACER E-filing system was back online.

5. Rule 13 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee provides that "[a]n E-Filer whose filing is made untimely as the result of a Technical Failure may seek appropriate relief from the Court."

6.     If the Court believes Defendants must seek relief from the Court in light of these circumstances, Defendants respectfully request the opportunity to seek such relief.

Dated:  March 2, 2021               HUESTON HENNIGAN LLP

By:   */s/ Alison Plessman*
       Alison Plessman
       Attorneys for Defendants
       Broadcom, Inc.
       Brocade Communications Systems LLC