# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE: CIVIL CASE REASSIGNMENTS )
)
)
)
)
)
)
)
)

## ORDER

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced civil cases are **REASSIGNED** as follows:

The following cases are **REASSIGNED** to the Honorable Charles E. Atchley, Jr., United States District Judge.

| Case No. | Case Name |
|---|---|
| 1:20-cv-266 | Galvin-Bliefernich v. First Unum Life Insurance Company et al. |
| 3:20-cv-451 | SNMP Research, Inc. et al v. Broadcom Inc. et al. |

The following cases are **REASSIGNED** to the Honorable Clifton L. Corker, United States District Judge.

| Case No. | Case Name |
|---|---|
| 1:20-cv-346 | Ferguson v. Memorial Health Care System, Inc. |
| 3:20-cv-510 | Daniels v. Wakefield & Associates, Inc. |

The following cases are **REASSIGNED** to the Honorable Katherine A. Crytzer, United States District Judge.

| Case No. | Case Name |
| --- | --- |
| 1:19-cv-158 | Tepe v. Whirlpool Customer Experience Center et al. |
| 1:20-cv-332 | Tepe v. Whirlpool Corporation et al. |
| 2:20-cv-151 | O'Donnell v. Sullivan County et al. |
| 4:21-cv-14 | Glasner v. Lincoln National Life Insurance Company |

The following cases are **REASSIGNED** to the undersigned.

| Case No. | Case Name |
| --- | --- |
| 1:19-cv-326 | Lane Shark USA, LLC v. Titan Implement LLC et al. |
| 2:20-cv-255 | Gryder v. Choa |

The following cases are **REASSIGNED** to the Honorable Thomas A. Varlan, United States District Judge.

| Case No. | Case Name |
| --- | --- |
| 1:20-cv-136 | Hall et al v. Siskin Steel & Supply Company, Inc. |
| 3:19-cv-00178 | Ole Smoky Distillery, LLC v. King Distilling Co. LLC |

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**