# EXHIBIT E

# John L. Wood

| | |
|---|---|
| **From:** | Jennifer Sipes <jsipes@extremenetworks.com> |
| **Sent:** | Tuesday, October 2, 2018 5:32 PM |
| **To:** | John L. Wood |
| **Subject:** | SNMP - Extreme license |

**This is the version:**

SNMP Research EMANATE/Lite Agent Version 16.2.0.9

Copyright 1989-2006 SNMP Research, Inc.

**This is the issue:**

"dot1qPortGvrpStatus object from qBridgeMIB (OID 1.3.6.1.2.1.17.7.1.4.5.1.4) is seeing difficulty in generating Set stubs since table augmented. Get stubs are generated."

```
dot1qPortVlanTable OBJECT-TYPE
    SYNTAX      SEQUENCE OF Dot1qPortVlanEntry
    MAX-ACCESS  not-accessible
    STATUS      current
    DESCRIPTION
        "A table containing per-port control and status
        information for VLAN configuration in the device."
    ::= { dot1qVlan 5 }

dot1qPortVlanEntry OBJECT-TYPE
    SYNTAX      Dot1qPortVlanEntry
    MAX-ACCESS  not-accessible
    STATUS      current
    DESCRIPTION
        "Information controlling VLAN configuration for a port
        on the device.  This is indexed by dot1dBasePort."
    AUGMENTS { dot1dBasePortEntry }
    ::= { dot1qPortVlanTable 1 }

Dot1qPortVlanEntry ::=
    SEQUENCE {
        dot1qPvid
            VlanIndex,
        dot1qPortAcceptableFrameTypes
            INTEGER,
        dot1qPortIngressFiltering
            TruthValue,
        dot1qPortGvrpStatus
            EnabledStatus,
        dot1qPortGvrpFailedRegistrations
            Counter32,
        dot1qPortGvrpLastPduOrigin
            MacAddress,
        dot1qPortRestrictedVlanRegistration
            TruthValue
    }
```

As discussed, I need to know what if subsequent versions address the above issue.

Also, would it be possible for you to provide pricing on the most current version of the software, if we can't resolve this matter, otherwise?

Thank you for your time,

Jennifer

---

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.