Receipt #A 507-5060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc. et al.

    Plaintiff,

v.

    Case No. 3:20-cv-00451-CEA-DCP

Broadcom Inc. et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Extreme Networks, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✔] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 30, 2021

_____
(Signature–hand signed)

Name: Leslie A. Demers
Firm: Skadden, Arps, Slate, Meagher & Flom LLP
Address:
    1 Manhattan West, New York, NY 10001

Email address: leslie.demers@skadden.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____LESLIE  A  DEMERS_____ , Bar # _____5261904_____

was duly admitted to practice in the Court on

_____June 22, 2021_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.              On       _____July 28, 2021_____
           New York, New York

_____Ruby J. Krajick_____        By        s/ V. Bart
        Clerk of Court                            _____
                                                    Deputy Clerk