UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,

Plaintiffs,

v.

BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.,

Defendants.

---

Case No. 3:20-cv-00451 (CEA) (DCP)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Leslie A. Demers, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters her special appearance[1] in this action as counsel for Defendant Extreme Networks, Inc.

Dated: August 5, 2021

/s/ Leslie A. Demers
Leslie A. Demers (*pro hac vice*)
leslie.demers@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

*Counsel for Defendant Extreme Networks, Inc.*

---

[1] This special notice of appearance is entered to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.