# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Olivia Lauren Weber

Bar Number 319918

was duly admitted to practice in this Court on October 24, 2019, and is in good standing as a member of the bar of this Court.



Signed on August 9, 2021 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court