# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | ) ) |
| **Plaintiffs,** | ) |
| v. | ) |
| | ) **Case No. 3:20-cv-451** |
| **Broadcom Inc.** | ) |
| **Brocade Communications Systems LLC** | ) **Jury Demanded** |
| **Extreme Networks, Inc.** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

COME now all parties jointly, by and through counsel, and move this Honorable Court for the entry of an agreed protective order as submitted herewith.

Respectfully submitted this 3rd day of September, 2021.

/s/ John. L. Wood

John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
    & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for Plaintiffs*
*SNMP RESEARCH INTERNATIONAL, INC. and*
*SNMP RESEARCH, INC.*

/s/ Alison Plessman

Alison Plessman (CA Bar No.250631)
HUESTON HENNIGAN LLP

*Attorneys for Defendants*
*Broadcom, Inc.*
*Brocade Communications Systems LLC*

/s/ John M. Neukom

John M. Neukom (CA Bar No. 275887)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
515 University Avenue, Suite 1400
Palo Alto, California 94301
(650) 470-4500
john.neukom@skadden.com

Leslie A. Demers (NY Bar No. 5261904)
One Manhattan West
New York, New York 10001
(212) 735-3000
leslie.demers@skadden.com

*Attorneys for Defendant Extreme Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ John L. Wood*
John L. Wood