IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Broadcom Inc. <br> Brocade Communications Systems LLC <br> Extreme Networks, Inc. <br><br> Defendants. | § § § § § § § § § § § § § § **Jury Trial Demanded** |

## UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Come now the Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. by and through counsel, and pursuant to Fed. R. Civ. P. 5.2 and Local Rule 26.2(b) of this Court, who move for leave to file the following redacted documents as specified in the Joint Status Report [Doc. 84]. As required by Memorandum and Order Regarding Sealing Confidential Information [Doc. 11] the unredacted versions of the documents are provided with the portion of each document proposed to be redacted highlighted.

1.  Exhibit A to the Joint Status Report;

2.  Exhibit B to the Joint Status Report;

3.  Exhibit C to the Joint Status Report.

The parties to the contracts agreed at the time the above documents were entered into that each document and the provisions thereof would be treated as confidential. In response to this Court's order [Doc. 81], Plaintiffs request that only commercially sensitive pricing information be redacted in the documents, and all Defendants do not oppose the present motion.

Courts in this circuit have regularly agreed to seal documents containing commercial sensitive confidential information including payment terms. See *Moore v. Westgate Resorts, Ltd.*, 2020 WL 7017738, at *1-3 (E.D. Tenn. May 22, 2020).

Therefore, pursuant to Local Rule 26.2, Plaintiffs seek to submit the highlighted portions of the documents referenced above under seal. Pursuant to Fed. R. Civ. P. 5.2(f), Plaintiffs also seek leave of Court to submit an unredacted copy of each document.

**Respectfully submitted this 8th day of September, 2021.**

/s/ John L. Wood _____

John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
  & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for Plaintiffs*
*SNMP RESEARCH INTERNATIONAL, INC. and*
*SNMP RESEARCH, INC.*