# EXHIBIT B

**Weber, Olivia**

| | |
|---|---|
| **From:** | Alison Plessman <aplessman@hueston.com> |
| **Sent:** | Thursday, September 2, 2021 8:27 AM |
| **To:** | Weber, Olivia; Demers, Leslie A; Ashley, Matt; jwood@emlaw.com; Cheryl G. Rice; Neukom, John (Jay) |
| **Cc:** | Salvatore Bonaccorso |
| **Subject:** | RE: Proposed Protective Order - HH edits (003) |

Hi Olivia,

This additional language looks okay to us if you accept our other changes.  We are working on getting our supplemental responses and objection to you as soon as possible, but there are hundreds of requests and it is taking longer than we anticipated.

Thanks,
Alison

**Alison Plessman**

**HUESTON HENNIGAN** LLP

D: 213.788.4542
aplessman@hueston.com
Biography

**From:** Weber, Olivia <oweber@irell.com>
**Sent:** Tuesday, August 31, 2021 3:02 PM
**To:** Alison Plessman <aplessman@hueston.com>; Demers, Leslie A <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi Alison,

We do not think the addition of "exclusively" to 17(a) is proper and it is unclear why Broadcom is adding that term at this stage.  Your edit has caused us to examine the provision more closely and we think some clarity is needed.  We will accept your addition as long as Defendants agree to the following:

> <. . . persons who appear on the face of Designated Material as an author, **copyright or other proprietary rights owner**, addressee, or recipient thereof ("Authors"), provided that such disclosure is limited only to the specific communication(s), page(s), portion(s), or source code file(s) of the Designated Material that was exclusively authored or received by such person and bearing such person's name. . . >

As we've discussed in our prior meet and confers, we think that SNMP's copyright/proprietary rights notice will likely appear in many of the source code files.  Those notices indicate that SNMP is the author/owner, and so we've added the above edit to make that clarification.

1

Regarding Broadcom's and Brocade's supplemental discovery responses, you committed to a supplemental response deadline of August 27 after weeks of meet and confers, yet you did not honor that commitment and unilaterally gave Broadcom/Brocade additional time.  We expect to receive the supplemental responses within one week of that deadline, by Friday, September 3.

Best,

Olivia

**Olivia Weber** (she/her)| Irell & Manella LLP | 949.760.5146 | oweber@irell.com

**From:** Alison Plessman <aplessman@hueston.com>
**Sent:** Friday, August 27, 2021 6:10 PM
**To:** Demers, Leslie A <Leslie.Demers@skadden.com>; Weber, Olivia <oweber@irell.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Attached is what I believe to be the current version of the protective order.  We added word to 17(a) and some language re the build environment issue in a new paragraph 57, which I think should address everyone's concerns.  I have not checked all cross-references to make sure they are still correct after the various changes.

Please let me know your thoughts.

We are going to need a bit more time to amend our discovery responses.  I am hoping to get them to you by the end of next week.

**Alison Plessman**

_____

# HUESTON HENNIGAN LLP

D: 213.788.4542
aplessman@hueston.com
Biography

**From:** Demers, Leslie A <Leslie.Demers@skadden.com>
**Sent:** Friday, August 27, 2021 10:03 AM
**To:** 'Weber, Olivia' <oweber@irell.com>; Alison Plessman <aplessman@hueston.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi Olivia,

With the following change, Extreme is on board with the protective order:

> Defendants do not at this time agree that a provision covering the disclosure of the build environments is needed.  Plaintiffs reserve all their rights to seek disclosure of Defendants' build environments and to seek a provision in this protective order that protects the disclosure of the build environments

Thanks,
Leslie

**Leslie A. Demers**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
**T: +1.212.7353493** | **F: +1.917.777.3493**
**leslie.demers@skadden.com**

---

**From:** Weber, Olivia <oweber@irell.com>
**Sent:** Thursday, August 26, 2021 8:41 PM
**To:** Alison Plessman <aplessman@hueston.com>; Demers, Leslie A (NYC) <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) (PAL) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** [Ext] RE: Proposed Protective Order - HH edits (003)

Hi Alison and Leslie,

Plaintiffs have considered Defendants' revisions and are willing to accept them as long as this resolves all remaining issues with respect to the protective order and Defendants agree to include the following language at the end of Section 39:

> Defendants do not agree that a provision covering the disclosure of the build environments is needed. Plaintiffs reserve all their rights to seek disclosure of Defendants' build environments and to seek a provision in this protective order that protects the disclosure of the build environments.

Please let us know whether we have Defendants' permission to file.

Best,

Olivia
(949) 760-5146

---

**From:** Alison Plessman <aplessman@hueston.com>
**Sent:** Thursday, August 26, 2021 11:08 AM
**To:** Weber, Olivia <oweber@irell.com>; Demers, Leslie A <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

I'm still waiting for confirmation that Extreme's edits to section 17(a) are acceptable, but in the meantime I've attached a few edits on top of Extreme's. Please let me know if you have any questions.

**Alison Plessman**

---

# HUESTON HENNIGAN LLP

D: 213.788.4542
aplessman@hueston.com
Biography

3

**From:** Weber, Olivia <oweber@irell.com>
**Sent:** Thursday, August 26, 2021 8:06 AM
**To:** Demers, Leslie A <Leslie.Demers@skadden.com>; Alison Plessman <aplessman@hueston.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Thank you, Leslie, we are considering your edits.  Does Broadcom have additional changes?

Olivia
(949) 760-5146

**From:** Demers, Leslie A <Leslie.Demers@skadden.com>
**Sent:** Wednesday, August 25, 2021 12:00 PM
**To:** Weber, Olivia <oweber@irell.com>; Alison Plessman <aplessman@hueston.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) <John.Neukom@skadden.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi Olivia,

We're sorry that we could not connect to continue discussing the Protective Order during your window yesterday morning.  To help move this along, Extreme has prepared the attached markup responding to your edits.

For additional color on the edits, as we discussed on our last meet and confer, Extreme agrees with the concept of allowing SNMP to review any portion of source code that is authored by SNMP as evident from the face of that code.  That said, we want to ensure that there are procedures in place in the event that there is any dispute about authorship.  To that end, we have marked up Section 17(a) to add procedures here.

Extreme's second edit addresses your addition on build environments.  As I mentioned on the last call, in our view provisions on build environments do not fit within a protective order.  Candidly, our group at Skadden has never seen a protective order with special provisions for "build environments" as opposed to source code or other designated material.  Because of this, we cannot agree that it would be necessary to amend the Protective Order to include "build environment" provisions.  If you are able to send us protective orders entered in other federal or state court cases that include provisions on build environment, we would be glad to consider this.

We look forward to your response.

Best,
Leslie


**Leslie A. Demers**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353493 | F: +1.917.777.3493**
**leslie.demers@skadden.com**

**From:** Weber, Olivia <oweber@irell.com>
**Sent:** Monday, August 23, 2021 2:31 PM
**To:** Demers, Leslie A (NYC) <Leslie.Demers@skadden.com>; Alison Plessman <aplessman@hueston.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>; Neukom, John (Jay) (PAL)

&lt;John.Neukom@skadden.com&gt;
**Cc:** Salvatore Bonaccorso &lt;sbonaccorso@hueston.com&gt;
**Subject:** [Ext] RE: Proposed Protective Order - HH edits (003)

Hi Leslie,

Can you please let us know what the open issues are?  We were not aware that Extreme had any remaining issues with the protective order.

Tomorrow is tough for us, but we could speak at 8 a.m. Pacific.  Today, we are available between 11:30 a.m.-4:00 p.m. Pacific.  Please let us know.

Best,

Olivia
(949) 760-5146

---

**From:** Demers, Leslie A &lt;Leslie.Demers@skadden.com&gt;
**Sent:** Monday, August 23, 2021 9:31 AM
**To:** Weber, Olivia &lt;oweber@irell.com&gt;; Alison Plessman &lt;aplessman@hueston.com&gt;; Ashley, Matt &lt;MAshley@irell.com&gt;; jwood@emlaw.com; Cheryl G. Rice &lt;CRice@emlaw.com&gt;; Neukom, John (Jay) &lt;John.Neukom@skadden.com&gt;
**Cc:** Salvatore Bonaccorso &lt;sbonaccorso@hueston.com&gt;
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi Olivia,

Thanks for your note.  Are you available to meet and confer tomorrow on the open items for the protective order?

Best,
Leslie

**Leslie A. Demers**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353493 | F: +1.917.777.3493**
**leslie.demers@skadden.com**

---

**From:** Weber, Olivia &lt;oweber@irell.com&gt;
**Sent:** Friday, August 20, 2021 4:12 PM
**To:** Alison Plessman &lt;aplessman@hueston.com&gt;; Demers, Leslie A (NYC) &lt;Leslie.Demers@skadden.com&gt;; Ashley, Matt &lt;MAshley@irell.com&gt;; jwood@emlaw.com; Cheryl G. Rice &lt;CRice@emlaw.com&gt;
**Cc:** Salvatore Bonaccorso &lt;sbonaccorso@hueston.com&gt;
**Subject:** [Ext] RE: Proposed Protective Order - HH edits (003)

Hi Alison,

Judge Poplin's chambers has previously referred my colleagues, John and Cheryl, to the Northern District of California's form acknowledgment (attached), which contains the service of process provision.  But if the service of process provision is what is preventing Defendants from agreeing to the protective order, Plaintiffs will agree to submit the order without it.

Please let us know by the end of today whether there are any other concerns that need to be addressed or whether we can get the protective order on file.  Otherwise, in light of Defendants' deadline next week to respond to discovery, and

given that the parties have now been negotiating the protective order for 7 months, Plaintiffs will need to seek assistance from the Court.

Best,

Olivia
(949) 760-5146

---

**From:** Weber, Olivia
**Sent:** Monday, August 16, 2021 12:51 PM
**To:** Alison Plessman <aplessman@hueston.com>; Demers, Leslie A <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi—I am checking in on this.  Please let us know if we have Defendants' permission to file or whether you would like to have a call today or tomorrow to discuss.  Given that Defendants' amended responses will be served next Friday, we need to finalize the protective order.

Olivia
(949) 760-5146

---

**From:** Weber, Olivia
**Sent:** Thursday, August 12, 2021 2:11 PM
**To:** 'Alison Plessman' <aplessman@hueston.com>; 'Demers, Leslie A' <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; 'jwood@emlaw.com' <jwood@emlaw.com>; 'Cheryl G. Rice' <CRice@emlaw.com>
**Cc:** 'Salvatore Bonaccorso' <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi Alison and Leslie,

I am following up on the protective order.   Please let us know if we have Defendants' permission to file.  If not, are you available for a call to discuss on Monday, Aug. 16 at 1 p.m. Pacific/4 p.m. Eastern?

Best,

Olivia
(949) 760-5146

---

**From:** Weber, Olivia
**Sent:** Monday, August 9, 2021 9:25 AM
**To:** 'Alison Plessman' <aplessman@hueston.com>; Demers, Leslie A <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com; Cheryl G. Rice <CRice@emlaw.com>
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** RE: Proposed Protective Order - HH edits (003)

Hi Alison and Leslie,

I attach the protective order.  We accepted the majority of Alison's edits, and the additional edits we made to Alison's version are shown in the redline.  Note that the Tennessee agent for service of process provision in the exhibits is a provision that Magistrate Judge Poplin has required in prior proceedings.

6

Please let us know if you would like to discuss or whether we have Defendants' permission to file.

Best,

Olivia
(949) 760-5146

**From:** Alison Plessman <aplessman@hueston.com>
**Sent:** Wednesday, July 28, 2021 1:04 PM
**To:** Weber, Olivia <oweber@irell.com>; Demers, Leslie A <Leslie.Demers@skadden.com>; Ashley, Matt <MAshley@irell.com>; jwood@emlaw.com
**Cc:** Salvatore Bonaccorso <sbonaccorso@hueston.com>
**Subject:** Proposed Protective Order - HH edits (003)

Here are our proposed edits to the protective order. Please let us know your thoughts.

**Alison Plessman**

_____

# HUESTON HENNIGAN LLP

D: 213.788.4542
T: 213.788.4340
aplessman@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided

7

upon request.

================================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================