# EXHIBIT B

| **To:** | John L. Wood[JWood@emlaw.com] |
|---|---|
| **Cc:** | Paul Segalini[psegalini@extremenetworks.com] |
| **From:** | Tara Flanagan |
| **Sent:** | Thur 2/27/2020 4:39:46 PM |
| **Subject:** | RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413] |

Amend 9-SNMP RI License agreement (5.11.2015).pdf
Base License Agreement and Amend. 1 thru 5-SNMP RI (annual auto renew).pdf
2016 Invoice from SNMP-2016-EXTREME_1609SR009 (003)SNMP (002).pdf

Hi John,

As a bit of background, Extreme had an annual license for a version of SNMP software (I think for Emanate Lite, although not completely clear frankly from the documentation we have), going all the way back to 2005 (per the attached documents). The very last invoice that we could find for that license is attached (from 2016).

[In addition, as you noted below, Extreme needs to license SNMP software to cover the Brocade license that Brocade had with SNMP for the SLX and NOS-related Extreme software.]

The request that I have received from our business team is to obtain a license (and associated support for same) that would therefore be for SNMP EMANATE-LITE, including the IPv6 extension.
The SNMP software would run on Linux OS version 2.6.34 and the newer versions of Linux OS. The SNMP EMANATE-LITE would be compiled for 32 bit and 64bit uses.

It may be helpful to have our business person discuss these requirements with you and/or the SNMP team (?).
Let us know.
Thank you,
Tara

Tara Flanagan
Sr. Dir., Commercial Law-Assist. Gen. Counsel
Extreme Networks
TFlanagan@extremenetworks.com
703-728-8957 (Mobile)

ExtremeNetworks.com

**Customer-Driven Networking™**


**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Friday, February 21, 2020 9:30 AM
**To:** Tara Flanagan <tflanagan@extremenetworks.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

**External Email:** Use caution in opening links or attachments.
Tara,

[Thank you for reaching out. Can you be more specific about the SNMP software and corresponding Extreme product you are referring to? If there is an existing signed license then we need to know the date the license is signed and the parties to the license.]

If you are referring to the SNMP software that Extreme received from Brocade then it is my understanding that Extreme is using SNMP software it received from Brocade without a license. I spoke to Peter Lam last year and he was going to let me know the Extreme products that are using SNMP software without a license so we could discuss getting a license in place. Brocade would not agree to transfer the license it had for the SNMP software to Extreme so a new license is required. Peter sent me an email in December that said you were continuing this investigation. Can you let me know the Extreme products that are using SNMP software without a license?

If we also need to discuss SNMP software other than what was received from Brocade please let me know.

Case 3:20-cv-00451-CEA-DCP   Document 96-4   Filed 10/04/21   Page 2 of 3   PageID #: 3428

Thanks,

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.

---

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Wednesday, February 19, 2020 5:43 PM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** Renewal request for Extreme Networks of SNMP Emanate-Lite license

Hello John,
My legal colleague at Extreme, Peter Lam, had advised that you may be the correct person to reach out to, in order to assist with license renewals for the SNMP software.
Can you advise and let me know how the SNMP process for renewal of licenses works?
Extreme has had an annual license for Emanate Lite that it wishes to renew.
Thank you,
Best regards,
Tara


Tara Flanagan
Sr. Dir., Commercial Law-Assist. Gen. Counsel
Extreme Networks
TFlanagan@extremenetworks.com
703-728-8957 (Mobile)

ExtremeNetworks.com

**Customer-Driven Networking™**

Case 3:20-cv-00451-CEA-DCP   Document 96-4   Filed 10/04/21   Page 3 of 3   PageID #: 3429
SNMP-0004908                                                                                    CONFIDENTIAL