# EXHIBIT C

| To: | Tara Flanagan[tflanagan@extremenetworks.com]; John L. Wood[JWood@emlaw.com] |
|---|---|
| From: | Paul Segalini |
| Sent: | Thur 6/11/2020 3:32:49 PM |
| Subject: | RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413] |

SNMP SKU summary.docx
image001.png

Hi John –

Tara is traveling this week, so I am responding in her stead. Please note that Extreme can confirm the following:

1. We can confirm that the legacy Entersys products went End of Sale in July 2006 and then End of Support in July 2011. Here are the applicable products, including the Motorola 690XO for the Matrix V product:

| Product Name | Product Short Description | End Of Sales Date | End Of Life Date |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |
| ▮▮▮ | ▮▮▮ | 7/1/2006 | 7/1/2011 |

2. For the Brocade products, we have pulled the list of the products (see attached SKU list) using SNMP software, and have calculated the shipments made by year going back to 2017. Please see the yearly summary below and the more detailed SKU breakdown in the attached Word document.



SNMP-0004998                                                                                    CONFIDENTIAL

Let me know if you have any questions on the information provided above.

Thanks,
Paul

Paul Segalini
Senior Contracts Manager
Extreme Networks
psegalini@extremenetworks.com
408-893-8953 (Mobile)

ExtremeNetworks.com
**Advance With Us™**

---

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Friday, June 5, 2020 3:35 PM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

Hello John,
My apologies for the delay in responding sooner.
Yes, we have identified the products using the SNMP Research sw and the business team is now trying to calculate the shipments.
I hope to have more information to provide to you next week.
Best regards,
Tara

---

**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Wednesday, June 3, 2020 5:40 PM
**To:** Tara Flanagan <tflanagan@extremenetworks.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

**External Email:** Use caution in opening links or attachments.

Tara,

I am following up to see if you have figured out the products that are using SNMP Research software and how many shipments of those products have been made.

Thanks,

**John L. Wood**
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400 Knoxville, TN 37902
Office**:** (865) 292-2503 | Fax**:** (865) 525-5293
Website | Map | Bio | Vcard Download | jlw@emlaw.com

**EGERTON McAFEE**
Egerton McAfee Armistead & Davis, P.C.
ATTORNEYS AT LAW
CLIENT DRIVEN SINCE 1932

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Tuesday, March 24, 2020 5:06 PM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

Thank you for this helpful information. We will leverage this to go back to our business folks to try to get more information and then come back to you shortly.
Best regards,
Tara

Tara Flanagan
Sr. Dir., Commercial Law-Assist. Gen. Counsel
Extreme Networks
TFlanagan@extremenetworks.com
703-728-8957 (Mobile)

ExtremeNetworks.com
**Customer-Driven Networking™**


**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Tuesday, March 24, 2020 3:40 PM
**To:** Tara Flanagan <tflanagan@extremenetworks.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

> **External Email:** Use caution in opening links or attachments.

Tara and Paul,

I hope you are staying safe. On our call last week I agreed to look into the status of the old Enterasys license from SNMP's perspective.

The last royalty report was made in 2014. The licensed modules in the agreement and amendments 4,5, and 8 all had royalty buy outs. Amendments 2 and 3 are associated with the same modules and project and have a per copy royalty of ▮ for EMANATE/Lite and EPIC on ▮▮▮▮▮▮▮▮ for the ▮▮▮▮▮▮▮▮
In 2017, Kevin Frick, from Extreme, stated that nothing new had shipped and their product had reached EOL. Kevin requested a suspend amendment in 2018 but it was never completed. A suspend amendment is the amendment SNMP uses to suspend licenses for products that are no longer shipping.

The status of software service is as follows:
  Amendment 2/3 - SSA cancelled 9/27/2005 per email from Steve Carroll
Amendment 4/5 - SSA cancelled 6/19/2012 per email from Alan Lirette
Amendment 8 - SSA cancelled 11/17/2016 per email from Charles Pitchaimani

SSA means Software Service Agreement.

Can you confirm that Extreme is not shipping any of the products associated with the amendments to this agreement? If that is the case then we can do a suspend amendment to clean this up. If any of the products are still shipping then you probably want software service.

I believe you were going to investigate, based on the purchase from Brocade, the products using SNMP software and how many shipments have been made.

Let me know if you have any questions,

SNMP-0005000                                                                                                           CONFIDENTIAL

**John L. Wood**

Egerton, McAfee, Armistead & Davis, P.C.

900 S. Gay Street, Suite 1400 Knoxville, TN 37902

Office**:** (865) 292-2503 | Fax**:** (865) 525-5293

Website | Map | Bio | Vcard Download| jlw@emlaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system. Thank you.

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Thursday, March 12, 2020 10:58 AM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

Very good. I can send you an invite then, for 3pm EST on Monday.
Appreciate greatly your time to work through this—
Best,
Tara

**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Thursday, March 12, 2020 10:50 AM
**To:** Tara Flanagan <tflanagan@extremenetworks.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

**External Email:** Use caution in opening links or attachments.

Tara,

I am available after 3 ET on Monday. If I read your email correctly you are only available after 3pm ET. I am on eastern time also.

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Thursday, March 12, 2020 10:44 AM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

Hi John,
I have availability next Mon-Thursday generally after 12 noon PAC time (I am on east coast).
Let me know when you may be best available, and I can send you an conference call in number.
Thank you.
Best,
Tara

**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Thursday, March 12, 2020 10:22 AM
**To:** Tara Flanagan <tflanagan@extremenetworks.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

**External Email:** Use caution in opening links or attachments.

Tara,

I think it would be helpful to have a call with counsel first. What is your availability over the next couple of days?

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Thursday, February 27, 2020 11:40 AM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

Hi John,
As a bit of background, Extreme had an annual license for a version of SNMP software (I think for Emanate Lite, although not completely clear frankly from the documentation we have), going all the way back to 2005 (per the attached documents). The very last invoice that we could find for that license is attached (from 2016).

In addition, as you noted below, Extreme needs to license SNMP software to cover the Brocade license that Brocade had with SNMP for the SLX and NOS-related Extreme software.

The request that I have received from our business team is to obtain a license (and associated support for same) that would therefore be for SNMP EMANATE-LITE, including the IPv6 extension.
The SNMP software would run on Linux OS version 2.6.34 and the newer versions of Linux OS. The SNMP EMANATE-LITE would be compiled for 32 bit and 64bit uses.

It may be helpful to have our business person discuss these requirements with you and/or the SNMP team (?).
Let us know.
Thank you,
Tara

Tara Flanagan
Sr. Dir., Commercial Law-Assist. Gen. Counsel

SNMP-0005002                                                                                              CONFIDENTIAL

Extreme Networks
<TFlanagan@extremenetworks.com>
703-728-8957 (Mobile)

ExtremeNetworks.com

**Customer-Driven Networking™**

---

**From:** John L. Wood <JWood@emlaw.com>
**Sent:** Friday, February 21, 2020 9:30 AM
**To:** Tara Flanagan <tflanagan@extremenetworks.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** RE: Renewal request for Extreme Networks of SNMP Emanate-Lite license [IWOV-ACTIVE.FID78413]

**External Email:** Use caution in opening links or attachments.

Tara,

Thank you for reaching out. Can you be more specific about the SNMP software and corresponding Extreme product you are referring to? If there is an existing signed license then we need to know the date the license is signed and the parties to the license.

If you are referring to the SNMP software that Extreme received from Brocade then it is my understanding that Extreme is using SNMP software it received from Brocade without a license. I spoke to Peter Lam last year and he was going to let me know the Extreme products that are using SNMP software without a license so we could discuss getting a license in place. Brocade would not agree to transfer the license it had for the SNMP software to Extreme so a new license is required. Peter sent me an email in December that said you were continuing this investigation. Can you let me know the Extreme products that are using SNMP software without a license?

If we also need to discuss SNMP software other than what was received from Brocade please let me know.

Thanks,

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
1400 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Direct (865) 292-2503
Office (865) 546-0500
Fax (865) 525-5293

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer.

**From:** Tara Flanagan <tflanagan@extremenetworks.com>
**Sent:** Wednesday, February 19, 2020 5:43 PM
**To:** John L. Wood <JWood@emlaw.com>
**Cc:** Paul Segalini <psegalini@extremenetworks.com>
**Subject:** Renewal request for Extreme Networks of SNMP Emanate-Lite license

Hello John,
My legal colleague at Extreme, Peter Lam, had advised that you may be the correct person to reach out to, in order to assist with license renewals for the SNMP software.
Can you advise and let me know how the SNMP process for renewal of licenses works?
Extreme has had an annual license for Emanate Lite that it wishes to renew.
Thank you,
Best regards,

Tara

Tara Flanagan
Sr. Dir., Commercial Law-Assist. Gen. Counsel
Extreme Networks
[TFlanagan@extremenetworks.com](mailto:TFlanagan@extremenetworks.com)
703-728-8957 (Mobile)

ExtremeNetworks.com
**Customer-Driven Networking™**

SNMP-0005004                                                                                                   CONFIDENTIAL