# EXHIBIT K

Placeholder for Sealed Exhibit K