John M. Neukom
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
515 University Avenue, Suite 1400
Palo Alto, California 94301
(650) 470-4500

Jordan A. Feirman
Leslie A. Demers
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

------------------------------------------------------------ x
:
SNMP RESEARCH, INC. and SNMP : Case No. 3:20-cv-00451-JRG-DCP
RESEARCH INTERNATIONAL, INC., :
: **DECLARATION OF LESLIE A.**
Plaintiffs, : **DEMERS IN SUPPORT OF**
: **DEFENDANT EXTREME**
v. : **NETWORKS, INC.'S OPPOSITION**
: **TO SNMP'S MOTION TO COMPEL**
BROADCOM INC.; BROCADE : **DISCOVERY RESPONSES FROM**
COMMUNICATIONS SYSTEMS LLC; and : **DEFENDANT EXTREME**
EXTREME NETWORKS, INC., : **NETWORKS, INC. AND REQUEST**
: **FOR COSTS AND COUNSEL FEES**
Defendants. : **UNDER LOCAL RULE 37.2**
:
------------------------------------------------------------ x

I, Leslie A. Demers, declare and attest as follows:

    1.    I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for defendant Extreme Networks, Inc. ("Extreme") in this action. I am a member of good standing of the State Bar of New York and have been admitted *pro hac vice* to this Court. I have personal knowledge of the facts set forth in this Declaration and can and will testify thereto under oath if called to do so.

1

2. Attached hereto as Exhibit 1 is a true and correct copy of e-mail correspondence between counsel for SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMP") and counsel for Extreme, with the most recent e-mail in the chain sent on October 7, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of SNMP's Responses to Extreme's First Set of Requests for Production, dated September 8, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of e-mail correspondence from counsel for Extreme to counsel for SNMP, sent on October 18, 2021.

Executed on October 18, 2021 in New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

>*/s/ Leslie A. Demers*
>Leslie A. Demers