# Exhibit 3

**From:** Demers, Leslie A (NYC)
**Sent:** Monday, October 18, 2021 3:30 PM
**To:** 'Weber, Olivia' <oweber@irell.com>; 'Ashley, Matt' <MAshley@irell.com>; 'jwood@emlaw.com' <jwood@emlaw.com>; 'Cheryl G. Rice' <CRice@emlaw.com>
**Cc:** Neukom, John (Jay) (PAL) <John.Neukom@skadden.com>; 'Alison Plessman' <aplessman@hueston.com>; 'Salvatore Bonaccorso' <sbonaccorso@hueston.com>
**Subject:** SNMP Research, Inc. et al. v. Extreme Networks, Inc. et al. - Production

Dear Counsel,

Please see the attached production letter for EXTREME-00008087 – EXTREME-00008903.  The production includes additional metadata, beyond the metadata reasonably accessible as provided in Extreme's prior productions.

We will send the password under separate cover.  Please let us know if you have any issues accessing the files.

Best,
Leslie

**Leslie A. Demers**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.7353493 | F: +1.917.777.3493
leslie.demers@skadden.com