# EXHIBIT A

**Placeholder for Sealed Exhibit A**