# EXHIBIT B

## REDACTED

| **From:** | Jeff Case <jeff.case.mobile@gmail.com> |
| **Sent:** | Friday, March 20, 2020 11:22 AM |
| **To:** | John L. Wood |
| **Subject:** | Fwd: Updated Agreements |
| **Attachments:** | Settlement Agreement Broadcom(3.13.20).docx; SNMPRI Brocade New License Agreement(3.13.20).docx |

With attachment. J

---------- Forwarded message ---------
From: **Martin Skagen** <martin.skagen@broadcom.com>
Date: Mon, Mar 16, 2020 at 8:47 PM
Subject: Updated Agreements
To: Jeff Case <jeff.case.mobile@gmail.com>

Hi Jeff,

I hope this finds you well, as discussed we created a small 5 page doc
called the settlement agreement and this is mainly due to accounting issues.
We removed the settlement language from the license agreement and moved it
in here.

We removed terms on payment as this will be paid in full so there is no
reason for all those things.

I added a couple of comments in there around our products, so have a look
thru it.

When you have completed your review I'm happy to get on a call so we can
iron things out before they lawyers go crazy..

Thanks
Martin

# SNMP Research International

### LICENSE~~SETTLEMENT~~ AGREEMENT

This ~~Settlement and~~ License Agreement ("License Agreement") is between SNMP Research International, Incorporated, a Tennessee corporation and Licensee as of the Effective Date.

### RECITALS

WHEREAS, SNMPRI and Brocade Communication Systems LLC (formerly Brocade Communication Systems, Inc.), a Delaware corporation ("Brocade") entered into a License Agreement with an effective date of March 10, 2001, as amended by Amendment 1 with an effective date of December 8, 2004, as amended by Amendment 2 with an effective date of October 4, 2006, as amended by Amendment 3 with an effective date of April 30, 2010, as amended by Amendment 4 with an effective date of June 29, 2015, as amended by Amendment 5 with an effective date of June 30, 2015 (collectively, the "Brocade Agreement");

~~WHEREAS, On or about October 27, 2017, Brocade transferred some or all of the SNMP software governed by the Brocade Agreement to Extreme Networks without authorization from SNMPRI;~~

~~WHEREAS, On or about November 17, 2017, Broadcom acquired Brocade which resulted in an unauthorized transfer of the Brocade Agreement in violation of the provisions of the Brocade Agreement;~~

~~WHEREAS, On June 4, 2019, SNMPRI sent Brocade and Broadcom a notice of breach alleging that Brocade was in breach of the Brocade Agreement;~~

~~WHEREAS, After receiving the notice of breach SNMPRI alleges that Brocade did not resolve the breach of the Brocade Agreement. SNMPRI sent a letter to Brocade on July 25, 2019 that allegedly terminated Brocade's license rights under the Brocade Agreement;~~

~~WHEREAS, SNMPRI alleges that since the termination of the license rights in the Brocade Agreement, Brocade has been using SNMPRI software without a license and without authorization from SNMPRI;~~

~~WHEREAS, The Parties have been negotiating to resolve this matter;~~

~~WHEREAS, No Party admits any fault or wrongdoing;~~

~~WHEREAS, Brocade, Broadcom, and SNMPRI desire to resolve the issues between them by entering into this License Agreement and desire to avoid litigation recognizing that litigation is costly, and that determining profits attributable to infringement which SNMPRI is entitled to under copyright law is laborious;~~

WHEREAS, Brocade, Broadcom and SNMPRI desire to enter into a new license agreement to confirm Brocade's continued rights to use SNMPRI's technology in its products;

The Parties hereby agree as follows:

1707911v5x

1

**Formatted:** Font: (Default) Times New Roman, 12 pt

**Formatted:** Normal, Indent: First line: 0"

**Formatted:** Font: (Default) Times New Roman, 12 pt

**Formatted:** Font: (Default) Times New Roman, 12 pt

1. **Definitions**

1.1 **"Binary"** means the computer programs built from the Source in executable form, either as provided by SNMPRI or as modified or enhanced by Licensee, and the associated Documentation. Binary does not include operating systems, compilers, linkers, associated tools proprietary to other vendors, or the programs in Source form.

1.2 **"Binary Redistribution Rights"** means the rights granted in Section 4;

1.3 **"Confidential Information"** has the meaning given in Section 121213;

1.4 **"Copyleft License"** means any "open source," "copyleft," or similar license that requires, as a condition of use, modification or distribution of any software, that such software, or any software integrated with, derived from, used, or distributed with such software or into which such software is incorporated (i) be made available or distributed in Source form, (ii) be licensed for the purpose of preparing Derivative Works, or (iii) be redistributable at no license fee. Copyleft Licenses include, but are not limited to, the GNU General Public License, the GNU Lesser General Public License and the Mozilla Public License.

1.5 **"Default"** has the meaning given in Section 212122;

1.6 **"Derivative Work"** means any computer program or Documentation in Source form or Binary form which meets one or more of the following:

(a) is a derivative work, as defined in 17 U.S.C. 101, of the Program or any part of the Program,

(b) is developed by Licensee through the use of the Program, or

(c) includes any features, provisions, algorithms, or other portions of the Program.

1.7 **"Developer Documentation"** means those comments and instructions describing the internal structures of the Source code placed throughout the Source code or the accompanying Documentation so labeled. Descriptions of the system dependent applications programming interface and the system independent applications programming interface provided by SNMPRI, and information which allows one to deduce the same are part of Developer Documentation. Developer Documentation shall be considered a part of the Source and is thereby subject to all the same rights, responsibilities, and protections afforded to other portions of the Source under the terms of this License Agreement.

1.8 **"Distribution Modules"** means the Distribution Modules identified on the applicable Schedule A.

1.9 **"Documentation"** means printed and computer-accessible electronic documentation associated with the Licensed Modules.

1.10 **"Effective Date"** has the meaning given in Section 353538.

1.11 **"Intellectual Property Rights"** means all rights in, to, or arising out of, in any country or jurisdiction, including, without limitation, the United States, of: (i) any patent applications, design models, and patents, including, without limitation, provisional patent applications, continuation patent applications, continuation in part patent applications, divisional patent applications, continuing prosecution patent applications, applications for design models, reissued patents, divisional patents, continuation patents, renewals, and

Formatted: Font: 12 pt, Bold

Formatted: Font: 12 pt

extensions of the above; (ii) conceptions, technical plans, business plans, including, without limitation, inventions (whether patentable or not in any country), invention disclosures, improvements, trade secrets, proprietary information, know-how, technology and technical data; (iii) copyrights, copyright registrations and applications therefor in the United States or any foreign country; (iv) mask works, mask work registrations and applications therefor in the U.S. or any foreign country, and all other rights corresponding thereto throughout the world; and (v) any other proprietary rights anywhere in the world.

1.11 1.12 **"Internal Modules"** means the Internal Modules identified on the applicable Schedule A.

1.12 1.13 **"Internal Modules Development Location"** means the Internal Modules Development Location specified on the applicable Schedule A.

1.13 1.14 **"Internal Use Rights"** means the rights granted in Section 3;

1.14 1.15 **"Licensed Modules"** means, collectively, the Internal Modules and Distribution Modules on each Schedule A. Any Updates to the Licensed Modules that SNMPRI may provide to Licensee, if any, in accordance with the terms of a software maintenance agreement, or otherwise, shall be subject to the terms and conditions of this License Agreement, unless such Update is provided under a separate license in which case the terms of that license will govern.

1.16 **"Licensed Technology"** means the Program including all software therein, and the Licensed Modules.

> **Formatted:** Font: Bold

1.15 1.17 **"Licensee"** means Brocade Communications Systems LLC, and each Licensee defined in each fully executed Schedule A. The Licensees are collectively one Party. Any reference to a Licensee means each and every Licensee. All the rights granted to Brocade shall extend to Avago Technologies International Sales Pte. Limited, a Singapore company and Avago Technologies U.S. Inc., a Delaware corporation, which are affiliates of Brocade engaged in the sale of Brocade products.

1.16 1.18 **"Licensee Address"** is defined in each applicable Schedule A.

1.17 1.19 **"Licensee Development Platform"** means the Licensee Development Platform identified on the applicable Schedule A, consisting of a particular operating system and CPU architecture family. If a Schedule A does not specify a Licensee Development Platform then the Licensee Development Platform is the same as the Licensee Target Platform on such Schedule A.

1.18 1.20 **"Licensee Parties"** means all Licensees.

1.19 1.21 **"Licensee Product"** means the Licensee Product identified on the applicable Schedule A and its successor products.

1.20 1.22 **"Licensee Target Platform"** means the Licensee Target Platform identified on the applicable Schedule A, consisting of a particular combination or set of combinations of target operating systems and CPU architecture family. Unless explicitly enumerated otherwise in the applicable Schedule A, the Licensee Target Platform shall consist of a single combination of one target operating system and one CPU architecture family.

1.21__1.23____ "**Open Interface**" means a published communications interface that is freely available to the public that allows multiple software components to communicate with each other.

1.22__1.24____ "**Parties**" means each and every Party.

1.23__1.25____ "**Party**" means SNMPRI as one party and Licensee Parties as the other party.

1.24__1.26____ "**Person**" means any natural person, corporation, general partnership, limited liability company, proprietorship, or other business organization, trust, union, or association or any court, tribunal, arbitrator, authority, agency, commission, official, or other instrumentality of any country or any domestic or foreign state, county, city, or other political sub division.

1.25__1.27____ "**Program**" means versions of NETMON, associated applications, and libraries which are implementations based on the Simple Network Management Protocol specified by RFC-1157 and the companion documents RFC-1155, RFC-1213, the Simple Network Management Protocol Version 2 documents RFC-1902 through RFC-1908, the Simple Network Management Protocol Version 2c document, RFC 1901, and the Simple Network Management Protocol Version 3 documents RFC3410 to RFC-3418. The Program includes, but is not limited to, all Licensed Modules.

1.1     "**Proprietary Interface**" means a communications interface implemented by the Program that is not an Open Interface.

1.2     "**Residuals**" has the meaning given in Section 14~~14~~15.

1.3     "**SNMPRI**" means SNMP Research International, Incorporated, having a principal office at 3001 Kimberlin Heights Road, Knoxville, Tennessee, USA.

1.4     "**SNMPRI Parties**" means SNMPRI, SNMP Research, Inc., and their licensors.

1.5     "**Source**" means both the source code and any and all associated Developer Documentation in human-readable or machine-readable media which are components of versions of the Program.

1.6     "**Update**" means deliverables or modifications to deliverables made available to SNMPRI's maintenance customers and new licensees which contain error corrections and/or minor enhancements or improvements of the Licensed Modules, or contain significant new features including applicable updated Developer Documentation or User Documentation. The Updates are usually designated as a change in the version number to the right of the first decimal point (from x.1 to x.2) for minor updates and a change in the version number to the left of the first decimal point (from 1.x to 2.x) for major enhancements or new features.

1.7     "**User Documentation**" means Documentation labeled as user documentation that describes how the Licensed Modules function within the Licensee's product and does not include Developer Documentation.

2.     **Schedules**

Each Schedule A identifies the Licensed Modules that are licensed to Licensee for a Licensee Product developed on the Licensee Development Platform at the Internal

Modules Development Location for use on the Licensee Target Platform, as each term is uniquely identified on such Schedule A. Each Schedule A also identifies the payments required for the licenses granted pursuant to such Schedule A. From time to time SNMPRI and Licensee may add an additional Schedule A to reflect a new additional license granted by SNMPRI to Licensee. Each Schedule A will be labeled as Schedule A-#, where # is a unique number for each new Schedule A. Each Schedule A is not valid unless executed by authorized agents of both SNMPRI and Licensee. Each fully executed Schedule A is incorporated herein by reference and is subject to all the terms and conditions of this License Agreement. A license granted under this License Agreement pursuant to a Schedule A is not affected by another Schedule A. For example, if Schedule A-1 allows Licensed Modules LM1 to be used at the Internal Modules Development Location IMDL1 for Licensee Product LP1 and Schedule A-2 allows Licensed Modules LM2 to be used at the Internal Modules Development Location IMDL2 for Licensee Product LP2, then to the extent they are not identical, Licensed Modules LM1 are not allowed to be used at Internal Modules Development Location IMDL2. Similarly, to the extent they are not identical, Licensed Modules for one Licensee Product, such as LM1 for LP1, are not allowed to be used for development of any other Licensee Product other than LP1, including, without limitation, LP2.

Updates provided for the Licensed Modules on a specific Schedule A pursuant to a software maintenance agreement may not be used for the Licensed Modules on a different Schedule A unless a software maintenance agreement was also purchased for such Licensed Modules.

If any term or condition of a Schedule A conflicts with a term or condition of this License Agreement, then the term or condition in Schedule A controls for that Schedule A only. In no event will a term or condition in one Schedule A modify the terms and conditions of this License Agreement related to any other Schedule A.

**3.      Internal Use Rights**

With respect to each of the Internal Modules specified on a Schedule A, subject to the terms and conditions of this License Agreement, SNMPRI grants Licensee identified on such Schedule A a personal, irrevocable (except as provided herein), non-exclusive, non-transferable, royalty-bearing, non-sublicensable, and worldwide license to use, execute, reproduce, display, perform, prepare Derivative Works on the Licensee Development Platform based upon, and distribute internally, copies of such Internal Modules in either Source or Binary forms, for the Licensee Product using the Licensee Target Platform, as each term is identified on such Schedule A, provided, however, that Licensee shall not distribute or transfer the Internal Modules to, or allow access by, any Person or Persons not located at the Internal Modules Development Location identified on such Schedule A without prior written permission from SNMPRI. Licensee must and shall inform SNMPRI before the Internal Modules are moved to or accessed from another location or moved to or accessed from an additional location. Licensee agrees that SNMPRI may charge Licensee additional fees if the Internal Modules on a Schedule A are moved to or accessed from a location different from or in addition to the Internal Modules Development Location, identified on such Schedule A.

1707911v5x                                           5

If a Schedule A does not clearly specify a physical address or addresses for the Internal Modules Development Location, then Licensee shall keep the Internal Modules and access thereto at a single address. Licensee shall not include, integrate, embed, combine or use the Licensed Modules or Derivative Works thereof in a manner that could cause the Licensed Modules or Derivative Works thereof to be subject to any Copyleft License.

If a Schedule A does not clearly specify a Licensee Product, then the Licensee shall limit the use of the Licensed Modules or Derivative Works thereof to a single Licensee Product, and not a family of Licensee Products.

**4.      Binary Redistribution Rights**

With respect to each of the Distribution Modules specified on a Schedule A, subject to the terms and conditions of this License Agreement, SNMPRI grants Licensee a personal, irrevocable (except as provided herein), non-exclusive, non-transferable, royalty-bearing, and worldwide license to use, execute, reproduce, display, perform, prepare Derivative Works on the Licensee Development Platform based upon, and distribute internally and externally, copies of such Distribution Modules in Binary form, for the Licensee Product using the Licensee Target Platform, as each term is identified on such Schedule A.

These redistribution rights specifically include SNMPRI granting the Licensee the right to sublicense the Distribution Modules on each Schedule A in Binary form in association with the acquisition of the Licensee Product, identified on such Schedule A, using the Licensee Target Platform, identified on such Schedule A, so long as the Licensee's sublicensing terms and conditions are at least as restrictive as those of this License Agreement.

No rights are granted for the distribution or disclosure of the Licensed Modules and Derivative Works thereof in Source form (a) to any third-party Person, or (b) between and among the various Licensee Parties.

No rights are granted to redistribute the BRASS™ Management Applications Development Kit including the Java version thereof, MIBGuide/Lite, mibgc, EMANATE® Subagent Development Kit including the Java version thereof, Cross Development Tools, postmosy, Developer Documentation, or MIBGuide in any form. The redistribution rights granted in this Section include the right to distribute User Documentation with the Distribution Modules.

It is expressly agreed that these redistribution rights do not include the right to use, execute, reproduce, display, perform, distribute, or prepare Derivative Works of any Source containing modifications to the EMANATE® system dependent or system independent interfaces.

It is expressly agreed that these redistribution rights do not include the right to use, execute, reproduce, display, perform, distribute, or prepare Derivative Works of any Source containing modifications to the BRASS or ARL system dependent or system independent interfaces.

The Licensed Modules may communicate with software from vendors other than SNMPRI through Open Interfaces. The Licensed Modules may not communicate with software from vendors other than SNMPRI through Proprietary Interfaces.

**5. No Implied Rights**

Nothing in this License Agreement constitutes a sale or grant of any ownership rights in the Licensed Modules. Any use or distribution of the Licensed Modules beyond the license rights granted in this License Agreement is a breach of this License Agreement, copyright infringement and trade secret misappropriation.

Except as expressly provided in this License Agreement, SNMPRI does not grant Licensee, directly or by implication, inducement, estoppel, or otherwise, any express or implied right under copyright, trade secret, trademark, patent or other intellectual property rights of the SNMPRI Parties. All rights not expressly granted to Licensee are reserved by the SNMPRI Parties.

6. Tax

Licensee agrees to provide SNMPRI with an appropriate resale certificate for the state or states identified by the Internal Modules Development Location pertaining to the license of the Licensed Modules for resale. Any sales, use, ad valorem, or other similar tax imposed on the license of the Licensed Modules or Derivative Works thereof to Licensee pursuant to this License Agreement shall be the sole responsibility of Licensee.

**7.6. Additional Restrictions on Licenses**

(a) Decryption, Reverse Engineering, and Decompiling

Licensee shall not disable, defeat, or remove any encryption protecting the Program and Derivative Works thereof and shall not decrypt any of the Binary portions of the Program or Derivative Works thereof which are not also supplied in Source form to Licensee by SNMPRI unless necessary for, and then only to the extent necessary for, legitimate use of the Binary form. Software sublicenses that the Licensee grants will include provisions necessary and sufficient to place similar restrictions on its customers, provided, however, that there shall be no need for such restrictive provisions in sublicenses for Licensee products where no such protective encryption is present.

Licensee shall not reverse engineer or decompile any of the Binary portions of the Program or Derivative Works thereof which are not also supplied in Source form to Licensee by SNMPRI, and Licensee agrees that software sublicenses that the Licensee grants will include provisions that will prevent its customers from reverse engineering or decompiling the Binary, as follows. Neither Licensee nor Licensee's sublicensee shall be permitted to reverse engineer, decompile, disassemble, or otherwise attempt to discover the source code or structure, sequence, or organization of the Program in Binary form or any portion thereof except if European Union Directive 2009/24/EC is the applicable local law and all four of the following conditions are met:

- to the minimum extent where the foregoing is permitted by applicable local law, and then only to the extent so permitted,
- it is essential to do so in order to achieve operability of the Licensed Modules with another software program,

- Licensee, or Licensee's sublicensee, as applicable, has first provided reasonably detailed information regarding any intended disassembly or decompilation along with a request to SNMPRI to provide the information necessary to achieve such interoperability, and
- SNMPRI has not made such information available after having been given sufficient time and opportunity to do so.

SNMPRI shall have the right to impose reasonable conditions and to request a reasonable fee before providing such information. Any such information supplied by SNMPRI and any information obtained by such permitted decompilation may only be used for the purpose described herein and may not be disclosed to any other third-party Person or Persons or used to create any software which is substantially similar to the expression of any portion of the Licensed Modules or Derivative Works thereof. Requests for information should be directed to SNMPRI through Licensee. In jurisdictions that have implemented the EEC Software Directive, the restrictions and terms of this License Agreement are subject to such exceptions only to the extent that local law is applicable and such exceptions are required.

(b) Rights in Technical Data and Computer Software

If Licensee is a United States government agency or department or contractor which will or may supply the Licensed Modules or Derivative Works thereof to a unit or agency of the United States government, Licensee agrees that the Program is developed exclusively at private expense and represents a commercial item consisting of commercial computer software and computer software documentation as such terms are defined in 48 C.F.R. 2.101 (October 1, 2009). Consistent with 48 C.F.R. 12.212 (October 1, 2009) and 48 C.F.R. 227.7202-1 through 227.7202-4 (October 1, 2009) all U.S. Government End Users only acquire the rights in the Licensed Modules or Derivative Works thereof that are explicitly set forth in this License Agreement. Before the Licensed Modules or Derivative Works thereof are sublicensed in Binary form to the United States government, Licensee shall mark the sublicensed Licensed Modules or Derivative Works thereof with a Restricted Rights Notice to protect all of SNMPRI's rights in the Licensed Modules or Derivative Works thereof as provided in this License Agreement.

(c) Export and Re-Export

The Program contains United States origin technical data and is subject to export control laws of the United States and may be subject to import, export, or use restrictions in other jurisdictions.

The Licensee agrees to comply with any and all pertinent laws and regulations of the United States, including the regulations of the United States Department of Commerce with respect to the export of United States origin technical data and commodities.

Regardless of any disclosure made by Licensee to SNMPRI of the ultimate destination of the Program or Derivative Works thereof, the Licensee shall not export,

re-export, or transfer, directly or indirectly, any portion of the Program or Derivative Works thereof, or any system containing any portion of the Program, if those portions are subject to export restrictions in the then current regulations of the United States Department of Commerce or any other agency or department of the United States Government, without first obtaining export licenses or license exceptions as may be required, if any, under the applicable laws and regulations.

(d)  Copyright Notices

Licensee agrees to preserve and reproduce the copyright notices contained in and on the Program Source and Binary in the same form and location as any legend appearing on or in the original from which copies are made. If the combination of Source components yields Binary components with multiple identical copyright notices in a single Binary image, Licensee may take appropriate actions to suppress the generation of the redundant strings, using the techniques already embedded in the Source, so long as at least one of each unique copyright notice is generated in the Binary and all copyright notices are retained in the Source. Licensee shall assure that notice is given in the supporting documentation that copying and distribution is by permission of SNMP Research International, Incorporated and the relevant third parties.

## 8.7.   Patents, Copyrights, and Trademarks

All copyrights in and to the Program are owned by the SNMPRI Parties, who reserve all their rights in law and equity. SNMPRI represents that it has the unqualified right to make the Program available to the Licensee and to grant licenses hereunder under the terms of this License Agreement free of any liens and encumbrances, except for portions of the Program (for example, the MOSY MIB compiler and other portions which are based on work copyrighted by third party contributors to the ISODE package and/or other third parties.)

These portions are clearly marked as such in the Program with notices such as, but not limited to, those shown in Attachment B and are copied with permission.

Licensee acknowledges that portions of the Program are derivative works of these third parties. Licensee further acknowledges that the use and incorporation of third party software in the Program may change from time to time, at SNMPRI's sole and exclusive option, primarily on release of a new version of the Program. In case SNMPRI provides the Licensee with a new release of the Program which newly uses or incorporates third party software, SNMPRI shall inform the Licensee of this change at the same time or prior to shipment of the new release of the Program to the Licensee. Licensee agrees to comply with the copyright notice requirements of third-party software included in the Program.

To the best of SNMPRI's knowledge, the Program does not infringe on any copyright, patent, trademark, trade secret, or other intellectual property right of any third party, but SNMPRI makes no warranties regarding this except that to the best of its knowledge, there are no adverse claims as to the same.

> **Formatted:** Font: (Default) Times New Roman, 12 pt

> **Formatted:** Left, Indent: Left:  0.5", Space Before:  0 pt, After:  10 pt,  No bullets or numbering, Tab stops:  0.5", Left + Not at  1.25"

Indemnification by Licensor. Licensor shall indemnify, defend and hold Licensee, and its customers, distributors, sales representatives and its and their directors, officers, assistants, contractors, consultants, and employees harmless from any claims, liabilities, losses, damages, costs and expenses (including reasonable attorneys' fees), as incurred, resulting from, arising from, related to, or in connection with (i) a claim by a third party of infringement of such third party's Intellectual Property Rights, including without limitation its patents, copyrights or trade secret rights, arising from, related to, or in connection with the Licensed Technology; (ii) any negligent, reckless or intentionally wrongful act of Licensor or Licensor's assistants, employees, contractors, consultants, officers, directors or agents; or (iii) any breach by Licensor, or Licensor's assistants, employees, contractors, consultants, officers, directors or agents of any of the representations, warranties, or covenants contained in this License Agreement.

Should the Program become, or in SNMPRI's opinion be likely to become the subject of a claim of infringement on a copyright, patent, trademark, trade secret, or other intellectual property right of any third party, SNMPRI may elect at its sole and exclusive option to:

(a) procure for Licensee the right to continue to use the Program;

(b) replace or modify the Program, at no cost to Licensee, to make the Program non-infringing, provided that the same function is performed by the replacement or modified Program; or

(c) if the right to continue to use the Program cannot be procured or the Program cannot be replaced or modified, terminate the Internal Use Rights found in Section 3 and elsewhere in this License Agreement and the Binary Redistribution Rights found in Section 4 and elsewhere in this License Agreement, accept the Program's return, and refund a depreciated fee back to the Licensee based on a straight line three (3) year depreciation of the initial license fees paid by Licensee under this License Agreement.

The paragraph above states the entire liability of the SNMPRI Parties, and Licensee's sole and exclusive remedy, for any breach of a warranty in this License Agreement or with respect to infringement of copyrights, patents, trademarks, trade secrets, or other intellectual property rights by the Program or any part thereof or by its use.

9.8.    **Service**

Licensee acknowledges that the Program is being supplied "as is" without any accompanying support from SNMPRI. Any and all accompanying service from SNMPRI shall be covered by separate agreement(s). Licensee acknowledges that SNMPRI does not represent or warrant that the Program is error free or that its use will be uninterrupted.

10.9. **Warranties**

Except as expressly set forth elsewhere in this License Agreement, the SNMPRI Parties MAKE NO REPRESENTATIONS OR WARRANTIES, EXPRESSED OR IMPLIED. By way of example but not limitation, THE SNMPRI PARTIES MAKE NO REPRESENTATIONS OR WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE. THE SNMPRI PARTIES DO NOT WARRANT THAT LICENSEE'S USE OF THE PROGRAM WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT THE PROGRAM WILL MEET LICENSEE'S REQUIREMENTS.

This disclaimer of warranty constitutes an essential part of this License Agreement. No use of any of the Program is authorized hereunder except under this disclaimer.

To the extent implied warranties may not be entirely disclaimed and implied warranties are allowed by applicable law, implied warranties, if any, are limited to thirty (30) days and a 30-day money back guarantee.

The foregoing limitations will apply even if the above stated warranty fails of its essential purpose.

11.10. **Licensee Representations**

Licensee represents and warrants that Licensee's use of the Internal Modules on each Schedule A is, and will remain, limited exclusively to the Licensee Product using the Licensee Target Platform at the Internal Modules Development Location, as each term is identified on such Schedule A.

Licensee represents that the Schedule As attached to this License Agreement list all Licensee products that contain any portion of the Program.

12.11. **Limitation of Liability**

UNDER ANY LEGAL THEORY, INCLUDING BUT NOT LIMITED TO, WARRANTY, CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE THE SNMPRI PARTIES SHALL NOT BE LIABLE FOR ANY INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH THIS LICENSE AGREEMENT OR THE PROGRAM, INCLUDING ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA, OR PROFITS ARISING FROM THE USE OR PERFORMANCE OF THE PROGRAM. THE SNMPRI PARTIES' LIABILITY ARISING OUT OF OR RELATED TO THIS LICENSE AGREEMENT, OR THE SUPPLYING OF THE PROGRAM OR ITS USE, WHETHER IN AN ACTION BASED UPON WARRANTY, CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, SHALL IN NO EVENT EXCEED THE SUM OF THE INITIAL LICENSE FEES ON EACH SCHEDULE A PAID TO SNMPRI BY THE LICENSEE . The foregoing limitations apply even if the SNMPRI Parties have been informed of the possibility of such damages or if such damages are foreseeable.

**13.12.  Confidentiality and Non-Disclosure**

The Licensee agrees that the Program and all related information received by or in the possession of Licensee have been developed by the SNMPRI Parties at great expenditures of time, resources, and money. Therefore, Licensee shall keep the Source, the Sources of any Derivative Works, and all related information (collectively, "Confidential Information"), whether designated confidential or not, in strict confidence and will safeguard the confidentiality of the Confidential Information. Any breach by Licensee of the obligation of confidentiality shall be reported immediately to SNMPRI, including details about the information that was disclosed, how it was disclosed, when it was disclosed, and to whom it was disclosed. The Licensee Parties agree to that only the Licensee shall use the Confidential Information to create Binary forms of the Licensee Products on each Schedule A on the Licensee Development Platform at the Internal Modules Development Location for use on the Licensee Target Platform, as each term is identified on such Schedule A. Licensee's obligation to maintain confidentiality shall not apply to any information or portion of the Confidential Information

   i.   that is, or becomes, available to the public in a manner authorized in writing by SNMPRI prior to the disclosure, or

   ii.  which was disclosed to Licensee by a third party where such disclosure was authorized in writing by SNMPRI prior to the disclosure; or

   iii. which is independently developed by Licensee without reference to or use of the Confidential Information.

Further, the Confidential Information may be disclosed pursuant to a valid order issued by a court or government agency of competent jurisdiction, on the condition that Licensee provides SNMPRI: (a) prior written notice of such obligation in a timely fashion, and (b) assistance and the opportunity to oppose such disclosure or to obtain a protective order.

The Licensee agrees that it will limit access to the Licensed Modules and Derivative Works thereof to only the applicable Licensee's employees, consultants, and contractors who have a business reason to access the Licensed Modules and Derivative Works thereof and who are bound by an agreement including confidentiality terms at least as protective as those in this License Agreement. Licensee agrees that the Source, Binary, development tools, data, and databases and Derivative Works thereof will be uninstalled and fully removed from each computer, disk drive, printout, or any form of media (collectively "Media") before the Media is no longer under Licensee's control, whether by sale, gift, liquidation, or otherwise. It is expressly understood and agreed that the strictures of confidentiality imposed by this License Agreement shall survive the termination of this License Agreement or any part thereof.

**14.13.  Responsibility**

The Licensee shall be responsible with regard to the obligations in this License Agreement for the performance of all of its employees, consultants, contractors, and each and every other Person or Persons Licensee allows to access the Program, whether direct or indirect, intentional or inadvertent. Licensee Parties are jointly and severally liable for the obligations of Licensee under this License Agreement.

**15.14.  Residuals**

> (a) Residuals are information in a non-tangible form, such as that retained in the memory of those who have had rightful access to Confidential Information under this License Agreement.

> (b) Residuals shall only be used to reasonably pursue the work as contemplated by SNMPRI and Licensee under this License Agreement.

> (c) Licensee shall inform all those with access to Confidential Information of their obligations regarding Residuals.

> (d) Licensee shall enforce the restrictions on the use of Residuals by their employees and consultants by contract containing language substantially similar to this Section.

> (e) Licensee shall cooperate fully with SNMPRI in any action by SNMPRI against a current or former consultant or employee of the Licensee, who has violated, or who has created reasonable apprehension that he or she may violate, the restrictions of this Section.

**16.15.  Ownership and Title**

> The Licensed Modules are licensed, not sold, to Licensee. Right, title, and interest to the Program and Derivative Works thereof except for Derivative Works made by Licensee, which shall belong to Licensee, and as well as all intellectual property rights therein shall at all times remain with the SNMPRI Parties, as applicable. If Licensee elects to communicate suggestions, additions, modifications, improvements, or corrections to the Program to SNMPRI, in any manner (collectively, "Feedback"), SNMPRI shall have the same rights as though SNMPRI is the owner of the Feedback without obligation to the Licensee, including, but not limited to, the incorporation of the Feedback into the distributions of the Program made generally available to licensees, including distribution of the Program to third parties. SNMPRI's rights in this Section survive any expiration or termination of this License Agreement or any portion thereof.

**17.16.  Exclusivity**

> This is a non-exclusive license. Nothing in this License Agreement prevents SNMPRI from independently producing, selling, and distributing similar implementations of the Licensed Modules without obligation to Licensee. Nothing in this License Agreement shall prevent Licensee from independently producing, selling, and distributing similar products to SNMPRI's products without obligation to SNMPRI. In the event that Licensee produces similar products to SNMPRI's products or products containing SNMPRI's products, Licensee shall provide sufficient information to SNMPRI to enable SNMPRI to verify that the similar products were independently produced.

**18.17.  Acceptance Period and Money Back Guarantee**

> SNMPRI offers a money back guarantee in lieu of warranties. Licensee shall conduct acceptance tests of the Licensed Modules following the date the applicable Schedule A is fully executed for a period of no longer than thirty (30) days. If during the acceptance

period, the Licensee finds that the Licensed Modules do not meet Licensee's requirements for any reason, Licensee may, at Licensee's sole and exclusive option, return or certify in writing the destruction of all copies of the Licensed Modules identified on the applicable Schedule A provided by SNMPRI to the Licensee, and all copies thereof, and all Derivative Works based on the Licensed Modules in all forms. In this event, SNMPRI shall terminate the Internal Use Rights and Binary Redistribution Rights granted in this License Agreement for the applicable Schedule A, provide a timely refund of all license fees received from the Licensee pursuant to the applicable Schedule A, and cancel any outstanding invoices for amounts due under the applicable Schedule A. SNMPRI may deduct up to ten percent (10%) of the initial license fee as an administrative and restocking fee upon the exercise of the money back guarantee.

Since this License Agreement is a replacement for the Brocade Agreement and relates to software that Brocade has had in its possession and use for far longer than thirty (30) days, the Acceptance Period and Money Back Guarantee does not apply to Licensed Modules specified on the Schedule As executed contemporaneously with the License Agreement; i.e., the Acceptance Period and Money Back Guarantee is applicable only to new Schedules As executed subsequent to this License Agreement.

**19.18. Publicity**

Neither Party shall divulge the material provisions of this License Agreement to any third party or parties without the prior written permission of the other Party, except as required to exercise the rights contained herein or as required by law.

Disclosure by either Party of the existence of this License Agreement without disclosure of its terms and conditions is permitted and does not constitute a breach of this Section. Nothing herein prohibits SNMPRI from disclosing to third parties that Licensee is a customer. Nothing herein prohibits Licensee from disclosing to third parties that SNMPRI is a supplier.

Licensee may not use SNMPRI's name in any publications, advertisements, or other announcements without SNMPRI's prior written consent. Licensee does not have any rights to use any SNMPRI trademarks or logos.

Notwithstanding anything to the contrary herein, each Party shall have the right to disclose the terms and conditions of the License Agreement to

> (a) its employees, directors, consultants, contractors, attorneys, accountants, and other professional advisors, and

> (b) investors, potential investors, and their professional advisors, only to the extent necessary in connection with a potential financing, acquisition, merger, or public offering

provided that each recipient is subject to written obligations of confidentiality which are no less restrictive than those set forth in this License Agreement and each recipient has a legitimate business need to have access to the information.

If disclosure is required by any stock exchange governing body, the disclosing Party shall consult in advance with the other Party and attempt in good faith to reflect such other Party's concerns in the required disclosure.

**20.19.  Use of the Program in High Risk Activities**

The Parties agree that the Program is not fault-tolerant and is not designed, manufactured or intended for use or resale as on-line control equipment in hazardous environments requiring fail-safe performance, such as in the planning, construction, maintenance or operation of nuclear facilities, aircraft flight, navigation or communication systems, air traffic control, direct life support machines, weapons systems, autonomous vehicle operation, or other systems and applications in which the failure of the Program could lead directly to death, personal injury, or severe physical or environmental damage or costs ("High Risk Activities"). The SNMPRI Parties specifically disclaim any express or implied warranty of fitness for High Risk Activities and Licensee agrees to be solely liable if the Program is used for High Risk Activities.  Licensee agrees to indemnify, defend and hold the SNMPRI Parties harmless from all loss, damage, expense (including attorney's fees and court costs) or liability in connection with High Risk Activities.

**21.20.   Notices**

Notices to be given under this License Agreement shall be in writing, and shall be deemed to have been duly given

(a) when received, if personally delivered;

(b) one (1) business day after being sent, if sent for expedited delivery by a nationally or internationally reputable, as applicable, overnight delivery service (e.g., Federal Express);

(c) on the date of transmission, if sent by facsimile, or other wire transmission with transmission confirmed; and

(d) upon receipt, if sent by certified or registered mail, return receipt requested.

Notices shall be sent to the addresses of the Parties specified below.

For Licensee:
Attn:

Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Dr
San Jose, CA 95131

For Licensor:

SNMP Research International License Agreement
with Brocade Communication Systems LLC, ~~Inc.~~

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

with a courtesy copy to notices@snmp.com

Field Code Changed

## ~~22.~~21. Default

A "Default" occurs if any one or more of the Licensee Parties fail to observe, keep, or perform any provisions of this License Agreement required to be observed, kept, or performed by Licensee and does not cure such conditions within (i) thirty (30) days for breaches of financial provisions and (ii) ten (10) days for all other provisions, after receiving written notice thereof from SNMPRI except for those breaches which, by their nature cannot be cured, in which case such breach is a Default upon occurrence of the breach. Upon the occurrence of a Default which required notice from SNMPRI, SNMPRI shall have the right to terminate the Internal Use Rights found in Section 3 and elsewhere in this License Agreement, and the Binary Redistribution Rights found in Section 4, and elsewhere in this License Agreement. Upon the occurrence of a Default which required no notice from SNMPRI, Licensee's Internal Use Rights found in Section 3 and elsewhere in this License Agreement, and Binary Redistribution Rights found in Section 4, and elsewhere in this License Agreement are immediately terminated as of the date of the Default. Additionally, in the event of a Default, at the request of SNMPRI, Licensee shall promptly return at Licensee's expense or provide written certification of the destruction of all copies of the Licensed Modules provided by SNMPRI to the Licensee and all Derivative Works of the Licensed Modules in all forms.

In the event of unauthorized use, distribution, or disclosure of the Program in Source or Binary form by Licensee, SNMPRI shall have the right in addition to its other remedies, to any one or more of the following:

(a) recover from Licensee an amount not less than the sum that SNMPRI would have charged the Person or Persons obtaining the benefit of such unauthorized use, distribution, or disclosure of the Program, plus any amount received by Licensee on account of such unauthorized use, distribution, or disclosure;

(b) have any threatened or actual breach by Licensee enjoined; or

(c) pursue any other remedy at law or in equity.

All responsibilities of the Licensee and the other provisions of this License Agreement shall remain in full force and effect and shall survive the termination of any rights, as provided in this Section.

## ~~23.~~22. Equitable Relief

Each Party to this License Agreement acknowledges that a breach by the other Party of any confidentiality or proprietary rights provision of this License Agreement may cause the non-breaching Party irreparable damage, for which the award of damages may not be

adequate compensation. Consequently, the non-breaching Party may institute an action to enjoin the breaching Party from any and all acts in violation of those provisions and to enforce specifically the terms and provisions hereof, which remedy shall be cumulative, and not exclusive, and a Party may seek the entry of an injunction enjoining any breach or threatened breach of those provisions, in addition to any other relief to which the non-breaching Party may be entitled at law or in equity, and the Parties hereby waive the requirement of the posting of a bond in connection with the remedies described herein.

24.23.  **Payment Terms**

The license rights granted under this License Agreement are fully paid up and are license fee and royalty free. The Licensee shall pay to SNMPRI an initial license fee in the amount defined in the applicable Schedule A. The initial license fee is due and shall be paid upon signing of the applicable Schedule A. The Licensee shall make payments for these initial one-time fees without invoices from SNMPRI. SNMPRI may, but shall not be required to, invoice Licensee as a courtesy to the Licensee.

The initial license fee specified on each Schedule A is for the Internal Use Rights granted that are associated with the Licensee Product developed on the Licensee Development Platform developed at the Internal Modules Development Location for use on the Licensee Target Platform, as each term is identified on such Schedule A.

The Licensee shall also pay per copy royalties in the amounts shown in each Schedule A for each copy of the Distribution Modules, identified on such Schedule A, created under the Binary Redistribution Rights granted herein, which contains all, some, or part of the Licensed Modules; provided, however that Licensee shall not pay per copy royalties for copies made by Licensee for development, laboratory testing, archival or back-up purposes, which are not distributed by Licensee. Copies which are used operationally in Licensee's corporate network shall be royalty bearing.

The redistribution of Source is prohibited under the terms of this License Agreement so there are no applicable royalties for the redistribution of Source.

The per copy royalties shall be paid quarterly, with payment due on April 30 for all copies created during the first quarter (January - March), July 31 for all copies created during the second quarter (April - June), October 31 for all copies created during the third quarter (July - September), and January 31 for all copies created during the fourth quarter (October - December). The Licensee shall make these quarterly royalty payments without quarterly invoices from SNMPRI. SNMPRI's acceptance of a quarterly royalty payment does not waive SNMPRI's right to dispute the royalties owed in such quarter.

If the license fee or royalties are not paid in a timely fashion as provided herein, the Internal Use Rights and Binary Redistribution Rights granted the Licensee under this License Agreement shall be terminated. All responsibilities of the Licensee and the other provisions of this License Agreement shall remain in full force and effect and shall survive the termination of these rights.

Licensee shall pay SNMPRI a one-time settlement fee in the amount of ██████████ ██████████████████████ ("Fee"). The Fee is due and payable upon execution of this License Agreement by the Parties and is in addition to any amounts owed pursuant to a Schedule A or for royalties. SNMPRI may, but shall not be required to, invoice Licensee for the Fee. The licenses granted in this License Agreement are not effective until the Fee is received.

In addition to all other remedies, all payments owed by Licensee to SNMPRI received later than 30 days after the due date will be subject to interest in the amount of 1.5 percent of the amount due for each calendar month or portion thereof, compounded monthly, or the maximum allowed by law, whichever is less. Interest accrues from the date the payment was due. This interest will continue to accrue until the payment plus interest is paid in full.

25. **Records and Audit**

Licensee shall report royalty production quarterly separately for each combination of Licensee, Licensed Module, Licensee Product, and Licensee Target Platform, and then keep and maintain all appropriate books and records necessary for the verification of the royalties due SNMPRI for a period of not less than six years following the quarterly period to which such records relate. If there is a dispute about royalty payments or compliance with the terms of this License Agreement, or SNMPRI requests an audit of Licensee's books and records then Licensee is required to maintain the books and records until SNMPRI certifies that (a) the dispute is resolved or (b) the audit is completed and any issues identified by the audit are resolved.

SNMPRI shall be entitled to an annual report from the Licensee's Certified Public Accountant, prepared at Licensee's expense in English, which reviews the Licensee's books for the purposes of (a) verifying the accuracy of the royalties paid to SNMPRI and (b) determining if there has been any unauthorized use, distribution or disclosure of the Program.

Licensee shall provide a quarterly statement within thirty (30) days of the end of each calendar quarter, regardless of whether a royalty is due or not, detailing the number of copies of the Licensee Products containing Distribution Modules created during that calendar quarter, and the total royalty due. SNMPRI may invoice Licensee based on such reports as a courtesy to the Licensee.

Licensee's obligation to report royalty obligations and complete quarterly payments are not dependent upon SNMPRI's invoicing of Licensee or providing royalty reminders, even if SNMPRI has invoiced or provided royalty reminders to Licensee in the past.

In addition, SNMPRI, at its option, may elect that SNMPRI's independent Certified Public Accountant review Licensee's relevant books and records for the purpose of (a) verifying the accuracy of the royalties paid to SNMPRI and (b) determining if there has been any unauthorized use, distribution or disclosure of the Program. In all cases, the Certified Public Accountant shall only provide information to the Parties concerning whether all royalties have been paid to SNMPRI, the amount of any underpayment or overpayment, and the extent of any unauthorized use, distribution or disclosure of the Program. Such review shall be conducted during the Licensee's normal business hours upon reasonable

notice of at least ten days to Licensee. Licensee shall pay the cost of the Certified Public Accountant for such review if (i) such review verifies an error of greater than five percent (5%) of the royalties actually paid to SNMPRI in any one or more quarters, (ii) one or more quarterly royalty reports are not filed by the due date, (iii) a requested annual report from the Licensee's Certified Public Accountant is not provided in a timely fashion, or (iv) unauthorized use, distribution or disclosure of the Program is discovered; otherwise, such cost of the Certified Public Accountant shall be paid for by SNMPRI. All information provided pursuant to the computation of royalties, including information about the numbers of Licensee Products created by the Licensee, shall be maintained in confidence by SNMPRI and the Certified Public Accountant, except as may be required to enforce the payment obligations and compliance with the terms and conditions specified in this License Agreement.

26. **Assignment**

No party may assign this Agreement or any rights or obligations hereunder without the prior written consent of the other parties.  Notwithstanding the foregoing, either Party shall have the right to assign this Agreement and such rights and obligations without such consent to an entity that acquires all or substantially all of its stock or assets, whether by way of merger, acquisition, operation of law or otherwise; provided that such entity agrees to be bound by the terms and conditions of this License Agreement.  Subject to the foregoing, this License Agreement shall inure to the benefit of and bind the successors and assigns of the parties.

The License Agreement may not be transferred or assigned by Licensee without SNMPRI's prior written consent, and any action or conduct in violation of the foregoing shall be void and without effect. SNMPRI's prior written consent to a one-time transfer of the Licensee's otherwise non-transferrable rights and responsibilities will not be unreasonably withheld provided that the assignment of this License Agreement and all rights and responsibilities hereunder are in their entirety and are in connection with a merger, acquisition, corporate reorganization, or sale of all or substantially all of Licensee's assets and all the following are met:  (a) the Licensee is current in all respects in the payment of all fees and charges due SNMPRI under this License Agreement and all associated Software Service Agreements, if any; (b) a transfer amendment is executed to perfect the assignment in a timely manner; (c) the terms of the License Agreement will be updated reflecting the scope of the Licensee's products receiving rights, contacts and addresses for legal notice, contact and addresses for royalty administration (where applicable), and locations for development sites; and (d) the third party in the merger or acquisition is not a competitor of SNMPRI. Transfers of rights under this License Agreement with consent of SNMPRI are effective only upon execution of an appropriate transfer amendment. Merger or acquisition of, by, or with Licensee involving another company is agreed to be a transfer of rights under this License Agreement that requires a written agreement. This License Agreement is binding on and inures to the benefit of the Parties' successors and permitted assigns. The Parties agree that in the event Licensee declares bankruptcy that Section 365 of the bankruptcy code does not affect the restrictions on Licensee's ability to assign this License Agreement specified in this Section. SNMPRI expressly reserves the right to assign this License Agreement and to delegate any of its obligations hereunder.

Case 3:20-cv-00451-CEA-DCP   Document 116-3   Filed 12/09/21   Page 21 of 66   PageID #: 3934

**~~27.~~24.  Enforcement**

Failure at any time to enforce any of the provisions of this License Agreement or any right with respect thereto, or to exercise any option herein provided, will in no way be construed to be a waiver of such provisions, rights, or options or in any way to affect the validity of this License Agreement. The exercise of any rights or options under the terms or covenants herein shall not preclude or prejudice the exercising thereafter of the same or any other right under this License Agreement. Any valid waiver made under this License Agreement only applies to the subject matter expressly set forth in such waiver and does not imply or constitute a waiver of such subject matter in the future.

**~~28.~~25.  Legal Expenses**

In case legal action is taken or threatened by a Party to enforce this License Agreement or rights in the Program, all costs and expenses, including reasonable attorney's fees and court costs, incurred by the prevailing Party in exercising any of its rights in the Program, rights hereunder, remedies hereunder, or in enforcing any of the terms, conditions, or provisions hereof shall be paid by the other Party.

**~~29.~~26.  Severability**

In the event that one or more of the provisions contained herein shall for any reason be held to be unenforceable in any respect under the law of the jurisdiction governing the entire License Agreement, such unenforceability shall not affect any other provisions of this License Agreement. Such unenforceable provision shall be modified according to the Parties' intentions, but if the unenforceable provision cannot be modified then this License Agreement shall then be construed as if such unenforceable provision or provisions had never been contained herein.

**~~30.~~27.  Interpretation**

The captions in this License Agreement are for convenience only and shall not be construed to define or limit any of the terms herein. All references to the plural herein shall also mean the singular and references to the singular shall also mean the plural unless the context otherwise requires.

**~~31.~~28.  No Rule of Strict Construction**

The Parties agree that any law or regulation which provides that the language of a contract shall be construed against the drafter shall not apply to this License Agreement and any ambiguities in the language of the License Agreement are to be resolved according to what is most reasonably their intended meaning, and not necessarily against the drafting Party. This License Agreement is the result of negotiation between the Parties and the Parties have read and discussed all of the terms of this License Agreement with their respective counsel.

**~~32.~~29.  Governing Law and Venue**

This License Agreement entered into in the State of New York~~Tennessee~~, the rights and obligations of the Parties to this License Agreement, and any actions related to this License

1707911v5x                                              20

Agreement or the Licensed Modules, whether brought under contract, tort, copyright, trade secret, trademark, patent law, or otherwise, shall be governed by, construed, interpreted, and enforced in accordance with the common and statutory law in force in the State of New York Tennessee and the controlling federal laws of United States of America without regard to the principles of conflict of laws of any jurisdiction. For actions arising out of or related to the subject matter of this License Agreement or the Licensed Modules, whether brought under contract, tort, copyright, trade secret, trademark, patent law, or otherwise, the Parties hereby agree to be subject to sole and exclusive jurisdiction and venue lying in the State and Federal courts in New York, New York Knox County, Tennessee, U.S.A., and hereby agree to service of process in accordance with the rules of such courts. Nothing herein shall alter, change, or be deemed inconsistent with this application of New York Tennessee law as the governing law of this License Agreement or any related actions. If one Party brings a lawsuit in a venue other than the State or Federal courts in Knox County, Tennessee, U.S.A., then such Party is in violation of this Section and waives all rights to collect attorney's fees under this License Agreement.

The application of the UN Convention on Contracts for the International Sale of Goods is specifically disclaimed and shall not govern or apply to the Licensed Modules provided in connection with this License Agreement, including the warranty terms herein.

Licensee agrees that it has taken possession of the Licensed Modules in the United States and that any action for infringement of copyright or misappropriation of trade secrets related to the Licensed Modules may be pursued by the SNMPRI Parties in the United States under United States federal or state copyright and trade secret law.

## 33.30. Entire Agreement

This License Agreement supersedes all prior agreements and understandings, oral or written, between the Parties, related to the subject matter hereof, and is intended by the Parties as the complete and exclusive statement of the terms of the License Agreement between the Parties. Specifically, the Parties hereby terminate the Brocade Agreement and all Software Service Agreements associated with the Brocade Agreement. Licensee agrees that the terms of this License Agreement are clear and that industry custom and practice is not required to interpret any terms of this License Agreement and therefore Licensee agrees not to use industry custom and practice to interpret the terms of this License Agreement. This License Agreement shall not be modified, or any provision of this License Agreement waived, except by written agreement signed by the Parties hereto. If a conflict arises between the provisions of this License Agreement and any purchase orders issued under it, then the provisions of this License Agreement shall govern. The provisions in or on any purchase orders referenced in or issued under this License Agreement shall not amend this License Agreement or be binding upon the Parties in any manner or to any degree. The License Agreement includes all amendments and schedules to the License Agreement.

## 34.31. Relationship of Parties

The relationship of SNMPRI and Licensee Parties is that of independent contractors. SNMPRI is not an agent of the Licensee Parties, the Licensee Parties are not agents of SNMPRI, and neither is authorized to act on behalf of the other.

**35.32.  Bargained for Basis of this License Agreement**

Licensee acknowledges and agrees that the fees paid for the license rights granted by this License Agreement are dependent on the warranty disclaimers, liability and remedy limitations in this License Agreement; and without such disclaimers and limitations the fees would be higher.

**36.33.  Third Party Beneficiary**

SNMP Research, Inc. is an intended third-party beneficiary of this Agreement and may enforce all the rights of SNMPRI in this Agreement.

**37.34.  Release**

Subject to the payment of all fees due under this License Agreement, as of the Effective Date, the SNMPRI and SNMP Research, Inc. and their legal predecessors, successors, assigns, directors, officers, stockholders, heirs, and agents, hereby voluntarily and irrevocably forever release Brocade and Broadcom, and each of their respective predecessors, successors, assigns, directors, officers, stockholders, heirs, and agents from any and all rights, claims, debts, liabilities, demands, obligations, promises, damages, causes of action and claims for relief of any kind, manner, nature and description, known or unknown, which the SNMPRI or SNMP Research,  Inc. has, had, may have had, might have asserted, or may now assert or have related to the Brocade Agreement or the SNMPRI software licensed to Brocade under the Brocade Agreement.  For the sake of clarity this release does not apply to Extreme Networks or any company affiliated with Extreme Networks with respect to any claim that SNMPRI or SNMP Research may have against Extreme Networks.  This release is not effective until 91 days after payment of all fees due under this License Agreement is received in readily available funds.

**38.35.  Effective Date**

The "Effective Date" of this License Agreement is the latter of the dates it is executed by the respective Parties below.

PURCHASE ORDER NUMBER: _____

ATTEST:

        LICENSEE:    Brocade Communications Systems, Inc.Brocade Communications Systems LLC

                       BY: _____
                                signed

                             _____
                             Printed/Typed

           TITLE:     _____

           DATE:     _____

ATTEST:

        Broadcom Corporation is jointly and severally liable for all of Licensee's obligations in this License Agreement.

        Broadcom Corporation

        BY: _____
                                signed

        _____
                           Printed/Typed

        TITLE:     _____

        DATE:     _____

ATTEST:

LICENSOR:   SNMP Research International, Incorporated

BY:_____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

ATTEST:

SNMP Research, Inc. is signing for its obligations in Section ~~34~~3437 only.

SNMP Research, Inc.

BY:        _____

signed

_____

Printed/Typed

TITLE:   _____

DATE:   _____

**Schedule A-1**

**Licensee Name and Address:** ~~Brocade Communications Systems, Inc.~~Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade Fabric Operating System (FOS) for its SAN Products such
as (but not limited to): X6 Director, G610, 6510, G620, G630, 7810, 7840 Switch and its
successor products.

> **Formatted:** Indent: Left: 0.5"

> **Commented [MS1]:** I consolidated all schedule A's into one set as it seems much simpler.

~~**Licensee Product:** Brocade X6 Director and its successor products.~~

**Target Platform:** Any one dialect of the ~~32 &~~ 64-bit Linux Operating System on the x86
and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the ~~32 &~~ 64-bit Linux Operating
System. SNMPRI shipments will normally be based on RedHat (x86) or another popular
dialect and Licensee may adapt for development use on Licensee's choice of any one
dialect of ~~32 &~~ 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of
this License Agreement for the Licensee Product developed on the Licensee
Development Platform for use on the Licensee Target Platform, and include:

  EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a
form that can be run on the Licensee Product using the Licensee Target Platform created
by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

  Initial Fees: Included in the Fee
  Plus
  Royalties: Included in the Fee

**Business Contact**

  For Licensee:
  Attn:
    Martin Skagen, VP Architecture & Technology, BSN
    ~~Brocade Communications Systems, Inc.~~Brocade
    Communications Systems LLC
    1320 Ridder Park Drive

San Jose, CA 95131
USA

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

> **Commented [MS2]:** Jeff why do you care which locations we develop in ? I've never seen this before in an agreement.. As I mentioned we host all code in an internal cloud that's in Oregon we do not have multiple copies of our source code for each location.

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)   ~~Brocade Communications Systems, Inc.~~Brocade Communications Systems LLC
       1320 Ridder Park Drive
       San Jose, CA 95131
       USA

(2)   8, MTH Road,
       Ambattur Industrial Estate, Ambattur,
       Chennai 600058
       India

(3)   GSTIN: 29AACCB4490N1Z6
       Floor 3, B &C Wing and Floor 8, D Wing, S1
       Wipro Electronic City Special Economic Zone
       Doddathogur Village Begur Hobli
       Electronic City
       Bangalore Karnataka 560100
       India

(4)

       HCL Technologies Ltd. (Tower-5)

       ELCOT – SEZ, 602/3,

       138, Shollinganallur Village, Shollinganallur - Medavakkam High Road

       Chennai - 600 119

       ~~Oregon Development Center~~
                               ~~TBD~~

> **Formatted:** Indent: First line: 0.5"

> **Formatted:** Font: (Default) Times New Roman, 12 pt

> **Formatted:** Indent: Left: 0.5", First line: 0.5"

1707911v5x                 27

**ATTEST:**

LICENSEE:

BY: _____
signed

_____
Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

**Schedule A-2**

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade G610 Switch (entry) and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86
and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating
System. SNMPRI shipments will normally be based on RedHat (x86) or another popular
dialect and Licensee may adapt for development use on Licensee's choice of any one
dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of
this License Agreement for the Licensee Product developed on the Licensee
Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a
form that can be run on the Licensee Product using the Licensee Target Platform created
by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

1707911v5x                    29

Case 3:20-cv-00451-CEA-DCP   Document 116-3   Filed 12/09/21   Page 32 of 66   PageID #: 3945

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)    Brocade Communications Systems, Inc.Brocade Communications Systems LLC
        1320 Ridder Park Drive
        San Jose, CA 95131
        USA

(2)    8, MTH Road,
        Ambattur Industrial Estate, Ambattur,
        Chennai 600058
        India

(3)    GSTIN: 29AACCB4490N1Z6
        Floor 3, B &C Wing and Floor 8, D Wing, S1
        Wipro Electronic City Special Economic Zone
        Doddathogur Village Begur Hobli
        Electronic City
        Bangalore Karnataka 560100
        India

(4)    Oregon Development Center
                        TBD

Formatted: Indent: First line: 0.5", Space After: 0 pt

**ATTEST:**

LICENSEE:

BY: _____

_____ signed

_____ Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

1707911v5x

32

**Schedule A-3**

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade G620 Switch (midrange) and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86
and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating
System. SNMPRI shipments will normally be based on RedHat (x86) or another popular
dialect and Licensee may adapt for development use on Licensee's choice of any one
dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of
this License Agreement for the Licensee Product developed on the Licensee
Development Platform for use on the Licensee Target Platform, and include:

> EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a
form that can be run on the Licensee Product using the Licensee Target Platform created
by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

> Initial Fees: Included in the Fee
> Plus
> Royalties:  Included in the Fee

**Business Contact**

> For Licensee:
> Attn:
> > Martin Skagen, VP Architecture & Technology, BSN
> > Brocade Communications Systems, Inc.Brocade
> > Communications Systems LLC
> > 1320 Ridder Park Drive
> > San Jose, CA 95131
> > USA

1707911v5x                                     33

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)    Brocade Communications Systems, Inc.Brocade Communications Systems LLC
       1320 Ridder Park Drive
       San Jose, CA 95131
       USA

(2)    8, MTH Road,
       Ambattur Industrial Estate, Ambattur,
       Chennai 600058
       India

(3)    GSTIN: 29AACCB4490N1Z6
       Floor 3, B &C Wing and Floor 8, D Wing, S1
       Wipro Electronic City Special Economic Zone
       Doddathogur Village Begur Hobli
       Electronic City
       Bangalore Karnataka 560100
       India

(4)    Oregon Development Center
       TBD

ATTEST:
       LICENSEE:

_____    BY: _____
_____signed
_____
                               Printed/Typed

          TITLE: _____
          DATE: _____

ATTEST:
       LICENSOR: SNMP Research International, Incorporated

          BY: _____
                  Jeffrey D. Case Acting Chief Operating Officer

          DATE: _____

## Schedule A-4

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade G630 Switch and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86 and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating System. SNMPRI shipments will normally be based on RedHat (x86) or another popular dialect and Licensee may adapt for development use on Licensee's choice of any one dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of this License Agreement for the Licensee Product developed on the Licensee Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a form that can be run on the Licensee Product using the Licensee Target Platform created by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

1707911v5x                                     36

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)     Brocade Communications Systems, Inc.Brocade Communications Systems LLC
        1320 Ridder Park Drive
        San Jose, CA 95131
        USA

(2)     8, MTH Road,
        Ambattur Industrial Estate, Ambattur,
        Chennai 600058
        India

(3)     GSTIN: 29AACCB4490N1Z6
        Floor 3, B &C Wing and Floor 8, D Wing, S1
        Wipro Electronic City Special Economic Zone
        Doddathogur Village Begur Hobli
        Electronic City
        Bangalore Karnataka 560100
        India

(4)     Oregon Development Center
        TBD

**ATTEST:**

LICENSEE:

BY: _____

signed

_____

Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

**Schedule A-5**

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade SX6 Extension Blade and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86
and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating
System. SNMPRI shipments will normally be based on RedHat (x86) or another popular
dialect and Licensee may adapt for development use on Licensee's choice of any one
dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of
this License Agreement for the Licensee Product developed on the Licensee
Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a
form that can be run on the Licensee Product using the Licensee Target Platform created
by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

For Licensor:

                Jeffrey D. Case
                SNMP Research International, Incorporated
                3001 Kimberlin Heights Road
                Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)    Brocade Communications Systems, Inc.Brocade Communications Systems LLC
        1320 Ridder Park Drive
        San Jose, CA 95131
        USA

(2)    8, MTH Road,
        Ambattur Industrial Estate, Ambattur,
        Chennai 600058
        India

(3)    GSTIN: 29AACCB4490N1Z6
        Floor 3, B &C Wing and Floor 8, D Wing, S1
        Wipro Electronic City Special Economic Zone
        Doddathogur Village Begur Hobli
        Electronic City
        Bangalore Karnataka 560100
        India

(4)    Oregon Development Center
        TBD

ATTEST:

LICENSEE:

BY: _____
                    signed
_____
                    Printed/Typed

TITLE: _____
DATE: _____

ATTEST:

LICENSOR: SNMP Research International, Incorporated

BY: _____
        Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

## Schedule A-6

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade 7810 Extension Switch and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86
and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating
System. SNMPRI shipments will normally be based on RedHat (x86) or another popular
dialect and Licensee may adapt for development use on Licensee's choice of any one
dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of
this License Agreement for the Licensee Product developed on the Licensee
Development Platform for use on the Licensee Target Platform, and include:

    EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a
form that can be run on the Licensee Product using the Licensee Target Platform created
by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

    Initial Fees: Included in the Fee
    Plus
    Royalties: Included in the Fee

**Business Contact**

    For Licensee:
    Attn:
        Martin Skagen, VP Architecture & Technology, BSN
        Brocade Communications Systems, Inc.Brocade
        Communications Systems LLC
        1320 Ridder Park Drive
        San Jose, CA 95131
        USA

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)     Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

(2)     8, MTH Road,
Ambattur Industrial Estate, Ambattur,
Chennai 600058
India

(3)     GSTIN: 29AACCB4490N1Z6
Floor 3, B &C Wing and Floor 8, D Wing, S1
Wipro Electronic City Special Economic Zone
Doddathogur Village Begur Hobli
Electronic City
Bangalore Karnataka 560100
India

(4)     Oregon Development Center
TBD

**ATTEST:**

LICENSEE:

BY: _____

signed

_____

Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

1707911v5x

44

## Schedule A-7

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade 7840 Extension Switch and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86
and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating
System.  SNMPRI shipments will normally be based on RedHat (x86) or another popular
dialect and Licensee may adapt for development use on Licensee's choice of any one
dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of
this License Agreement for the Licensee Product developed on the Licensee
Development Platform for use on the Licensee Target Platform, and include:

———— EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a
form that can be run on the Licensee Product using the Licensee Target Platform created
by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

———— Initial Fees: Included in the Fee
———— Plus
———— Royalties:  Included in the Fee

**Business Contact**

———— For Licensee:
———— Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade
Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

1707911v5x

45

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)  Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

(2)  8, MTH Road,
Ambattur Industrial Estate, Ambattur,
Chennai 600058
India

(3)  GSTIN: 29AACCB4490N1Z6
Floor 3, B &C Wing and Floor 8, D Wing, S1
Wipro Electronic City Special Economic Zone
Doddathogur Village Begur Hobli
Electronic City
Bangalore Karnataka 560100
India

(4)  Oregon Development Center
TBD

**ATTEST:**

LICENSEE:

BY:

signed

Printed/Typed

TITLE:

DATE:

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY:

Jeffrey D. Case Acting Chief Operating Officer

DATE:

**Schedule A-8**

**NB:** The Licensee Product described in this schedule is not obsolete and no longer under active development. This Schedule is included here solely for Section 1011, Licensee Representations.

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade 6505 Extension Switch and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86 and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating System. SNMPRI shipments will normally be based on RedHat (x86) or another popular dialect and Licensee may adapt for development use on Licensee's choice of any one dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of this License Agreement for the Licensee Product developed on the Licensee Development Platform for use on the Licensee Target Platform, and include:

    EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a form that can be run on the Licensee Product using the Licensee Target Platform created by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

    Initial Fees: Included in the Fee
    Plus
    Royalties: Included in the Fee

**Business Contact**

    For Licensee:
    Attn:
    Martin Skagen, VP Architecture & Technology, BSN
    Brocade Communications Systems, Inc.Brocade Communications Systems LLC
    1320 Ridder Park Drive

1707911v5x

48

San Jose, CA 95131
USA

For Licensor:
Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)   Brocade Communications Systems, Inc.Brocade Communications Systems LLC
       1320 Ridder Park Drive
       San Jose, CA 95131
       USA

(2)   8, MTH Road,
       Ambattur Industrial Estate, Ambattur,
       Chennai 600058
       India

(3)   GSTIN: 29AACCB4490N1Z6
       Floor 3, B &C Wing and Floor 8, D Wing, S1
       Wipro Electronic City Special Economic Zone
       Doddathogur Village Begur Hobli
       Electronic City
       Bangalore Karnataka 560100
       India

(4)   Oregon Development Center
       TBD

ATTEST:

LICENSEE:

BY: _____

signed

_____

Printed/Typed

TITLE: _____

DATE: _____

ATTEST:

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

1707911v5x

50

## Schedule A-9

**NB:** The Licensee Product described in this schedule is not obsolete and no longer under active development. This Schedule is included here solely for Section 1011, Licensee Representations.

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade 6510 Switch and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86 and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating System. SNMPRI shipments will normally be based on RedHat (x86) or another popular dialect and Licensee may adapt for development use on Licensee's choice of any one dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of this License Agreement for the Licensee Product developed on the Licensee Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a form that can be run on the Licensee Product using the Licensee Target Platform created by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive

1707911v5x                                              51

San Jose, CA 95131
USA

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)     Brocade Communications Systems, Inc.Brocade Communications Systems LLC
         1320 Ridder Park Drive
         San Jose, CA 95131
         USA

(2)     8, MTH Road,
         Ambattur Industrial Estate, Ambattur,
         Chennai 600058
         India

(3)     GSTIN: 29AACCB4490N1Z6
         Floor 3, B &C Wing and Floor 8, D Wing, S1
         Wipro Electronic City Special Economic Zone
         Doddathogur Village Begur Hobli
         Electronic City
         Bangalore Karnataka 560100
         India

(4)     Oregon Development Center
         TBD

**ATTEST:**

LICENSEE:

BY: _____
signed
_____
Printed/Typed

TITLE: _____
DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____
Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

## Schedule A-10

**NB:** The Licensee Product described in this schedule is not obsolete and no longer under active development. This Schedule is included here solely for Section 1011, Licensee Representations.

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade 6520 Switch and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86 and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating System. SNMPRI shipments will normally be based on RedHat (x86) or another popular dialect and Licensee may adapt for development use on Licensee's choice of any one dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of this License Agreement for the Licensee Product developed on the Licensee Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a form that can be run on the Licensee Product using the Licensee Target Platform created by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive

1707911v5x

54

San Jose, CA 95131
USA

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)     Brocade Communications Systems, Inc.Brocade Communications Systems LLC
        1320 Ridder Park Drive
        San Jose, CA 95131
        USA

(2)     8, MTH Road,
        Ambattur Industrial Estate, Ambattur,
        Chennai 600058
        India

(3)     GSTIN: 29AACCB4490N1Z6
        Floor 3, B &C Wing and Floor 8, D Wing, S1
        Wipro Electronic City Special Economic Zone
        Doddathogur Village Begur Hobli
        Electronic City
        Bangalore Karnataka 560100
        India

(4)     Oregon Development Center
        TBD

**ATTEST:**

LICENSEE:

BY: _____

signed

_____

Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

**Schedule A-11**

**NB:** The Licensee Product described in this schedule is not obsolete and no longer under active development. This Schedule is included here solely for Section 1011, Licensee Representations.

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade FX 8-24 Extension Blade and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86 and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating System. SNMPRI shipments will normally be based on RedHat (x86) or another popular dialect and Licensee may adapt for development use on Licensee's choice of any one dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of this License Agreement for the Licensee Product developed on the Licensee Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a form that can be run on the Licensee Product using the Licensee Target Platform created by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive

San Jose, CA 95131
USA

For Licensor:
Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1)     Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

(2)     8, MTH Road,
Ambattur Industrial Estate, Ambattur,
Chennai 600058
India

(3)     GSTIN: 29AACCB4490N1Z6
Floor 3, B &C Wing and Floor 8, D Wing, S1
Wipro Electronic City Special Economic Zone
Doddathogur Village Begur Hobli
Electronic City
Bangalore Karnataka 560100
India

(4)     Oregon Development Center
TBD

**ATTEST:**

LICENSEE:

BY: _____
signed

_____
Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

**Schedule A-12**

**NB:** The Licensee Product described in this schedule is not obsolete and no longer under active development. This Schedule is included here solely for Section 1011, Licensee Representations.

**Licensee Name and Address:** Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131

**Licensee Product:** Brocade 7800 Extension Blade and its successor products.

**Target Platform:** Any one dialect of the 64-bit Linux Operating System on the x86 and/or PowerPC hardware architecture.

**Licensee Development Platform:** Any one dialect of the 64-bit Linux Operating System. SNMPRI shipments will normally be based on RedHat (x86) or another popular dialect and Licensee may adapt for development use on Licensee's choice of any one dialect of 64-bit Linux.

**Internal Modules:**

Internal Modules means portions of the Program which are licensed under the terms of this License Agreement for the Licensee Product developed on the Licensee Development Platform for use on the Licensee Target Platform, and include:

EMANATE/Lite for Linux on x86 and/or PowerPC

**Distribution Modules:**

Distribution Modules means only the Simple Network Management Protocol Agent in a form that can be run on the Licensee Product using the Licensee Target Platform created by the Internal Modules by the tools specified in the Internal Modules.

**Payment Terms:**

Initial Fees: Included in the Fee
Plus
Royalties: Included in the Fee

**Business Contact**

For Licensee:
Attn:
Martin Skagen, VP Architecture & Technology, BSN
Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive

1707911v5x                    60

San Jose, CA 95131
USA

For Licensor:

Jeffrey D. Case
SNMP Research International, Incorporated
3001 Kimberlin Heights Road
Knoxville, Tennessee 37920

**Internal Modules Development Location**

Until Licensee informs SNMPRI, the Internal Modules Development Location will be used at the following four locations [SNMPRI shipments, if any, will be sent to location (1), below]:

(1) Brocade Communications Systems, Inc.Brocade Communications Systems LLC
1320 Ridder Park Drive
San Jose, CA 95131
USA

(2) 8, MTH Road,
Ambattur Industrial Estate, Ambattur,
Chennai 600058
India

(3) GSTIN: 29AACCB4490N1Z6
Floor 3, B &C Wing and Floor 8, D Wing, S1
Wipro Electronic City Special Economic Zone
Doddathogur Village Begur Hobli
Electronic City
Bangalore Karnataka 560100
India

(4) Oregon Development Center
TBD

**ATTEST:**

LICENSEE:

BY: _____

signed

_____

Printed/Typed

TITLE: _____

DATE: _____

**ATTEST:**

LICENSOR: SNMP Research International, Incorporated

BY: _____

Jeffrey D. Case Acting Chief Operating Officer

DATE: _____

**Attachment B**

The following copyright notices are by way of example, and not limitation.

Sample 1:

The ISODE is openly available but is NOT in the public domain. You are allowed and encouraged to take this software and build commercial products. However, as a condition of use, you are required to "hold harmless" all contributors. Permission to use, copy, modify, and distribute this software and its documentation for any purpose and without fee is hereby granted, provided that this notice and the reference to this notice appearing in each software module be retained unaltered, and that the name of any contributors shall not be used in advertising or publicity pertaining to distribution of the software without specific written prior permission. No contributor makes any representations about the suitability of this software for any purpose. It is provided "as is" without express or implied warranty.

ALL CONTRIBUTORS DISCLAIM ALL WARRANTIES WITH REGARD TO THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTIBILITY AND FITNESS. IN NO EVENT SHALL ANY CONTRIBUTOR BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

As used above, "contributor" includes, but is not limited to:

The MITRE Corporation
The Northrop Corporation
NYSERNet, Inc.
Performance Systems International, Inc.
University College London
The University of Nottingham
The Wollongong Group, Inc.
Marshall T. Rose

In particular, the Northrop Corporation provided the initial sponsorship for the ISODE and the Wollongong Group, Inc., also supported this effort. The ISODE receives partial support from the U.S. Defense Advanced Research Projects Agency and the Rome Air Development Center of the U.S. Air Force Systems Command under contract number F30602-88-C-0016 to NYSERNet Inc.

Sample 2:

DES:

/* Software DES functions
* written 12 Dec 1986 by Phil Karn, KA9Q; large sections adapted from
* the 1977 public-domain program by Jim Gillogly
*/


Sample 3:

MD5:

Duplicated with permission.  Customers should consult competent legal
counsel before shipping derivative works of this software internationally.

```
/**************************************************************
** Copyright (C) 1990, RSA Data Security, Inc. All rights reserved.   **
** License to copy and use this software is granted provided that     **
** it is identified as the "RSA Data Security, Inc. MD5 Message-      **
** Digest Algorithm" in all material mentioning or referencing this   **
** software or this function.                                         **
**                                                                    **
** License is also granted to make and use derivative works           **
** provided that such works are identified as "derived from the RSA   **
** Data Security, Inc. MD5 Message-Digest Algorithm" in all           **
** material mentioning or referencing the derived work.               **
** RSA Data Security, Inc. makes no representations concerning         **
** either the merchantability of this software or the suitability      **
** of this software for any particular purpose. It is provided "as     **
** is" without express or implied warranty of any kind.               **
**                                                                    **
** These notices must be retained in any copies of any part of this   **
** documentation and/or software.                                     **
**************************************************************/
```