# EXHIBIT I

**Placeholder for Sealed Exhibit I**