# EXHIBIT L

**Placeholder for Sealed Exhibit L**