# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

# AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

## DECLARATION OF PHILIP BLUM

I, PHILIP BLUM, declare as follows:

1. I am the Deputy General Counsel for Broadcom Inc. I make this declaration in support of Broadcom Inc.'s and Brocade's opposition to SNMP Research, Inc.'s ("SNMP") motion to compel discovery responses from Broadcom and Brocade. I make this declaration based on personal knowledge and, if called as a witness, could and would testify competently to such facts under oath.

2. Broadcom Inc. is a parent holding company that has over 150 direct and indirect subsidiaries globally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of December, 2021, at Garden City, New York.

_____
Philip Blum