UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-451-CEA-DCP |
| BROADCOM INC. *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the Court for an in-person motion hearing on March 25, 2022. The Court addressed Plaintiff SNMP Research, Inc.'s Motions to Compel Discovery Responses from Defendant Extreme Networks, Inc. [Doc. 96] and to Compel Discovery Responses from Defendants Broadcom Inc. and Brocade Communication's Systems LLC [Doc. 115]. The Court has reviewed the parties' briefs and filings related to the motions and considered the arguments presented at the March 25 hearing.

At the conclusion of the hearing, the Court directed the parties to conduct a mutual and simultaneous exchange of source code on or before **April 22, 2022, at 12:00 p.m. EST.** If the parties agree to schedule the exchange at an earlier date and time, they are instructed to notify Chambers via email to Poplin_Chambers@tned.uscourts.gov. Specifically, Plaintiff SNMP Research, Inc., **SHALL** produce its eight (8) copyrighted source codes identified in the Complaint [Doc. 1 at ¶ 33]; Defendant Extreme Networks, Inc., **SHALL** produce source code for all its alleged infringing products [*id.* at ¶ 49] from January 1, 2017, to the present; and Defendant Brocade Communications Systems LLC **SHALL** produce source code for all its alleged infringing

products [*id.* at ¶ 64] from January 1, 2017, to the present. The Court took the remaining issues under advisement to be addressed in a separate order.

    **IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge