UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451  **Date:** March 25, 2022

SNMP Research  **v.**  Broadcom Inc., et al.,

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:**
Rachel Stone

**Court Reporter:**
Terri Grandchamp

**Law Clerk:**
Jake Taylor

**Attorney(s) for Plaintiff:**
Alvin Matthew Ashley
Olivia Weber
John Wood
Cheryl Rice

**Attorney(s) for Defendant:**
John Neukom
Leslie Demers
Allison Plessman
Salvatore Bonaccorso
(via phone)

**Additional Attorney(s) Present:**
Dr. Jeff Case (Plaintiff Corp. Rep.)
Phillip Blum (Defendant Corp. Rep.)

**Proceedings:**

The parties appeared before the Court for a motion hearing. Argument heard regarding the pending motions to compel. Th Court directed the parties to conduct a mutual and simultaneous exchange of source code on or before April 22, 2022 at 12:00 p.m. EST. Order to enter.

**Dates set at this hearing:**
☐ Jury Trial ☐ BenchTrial:

☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 10:00  **to** 3:20

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ _ _