# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451                                   **Date:** April 21, 2022

SNMP                               v. Broadcom

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:**        **Court Reporter:**       **Law Clerk:**
Rachel Stone                 DCR                       Jake Taylor

**Attorney(s) for Plaintiff:**   **Attorney(s) for Defendant:**   **Additional Attorney(s) Present:**
Alvin Ashley                     Alison Plessman
Olivia Weber                     John Neukon
Cheryl Rice                      Leslie Demers

**Proceedings:**

The parties appeared before the Court for a dispute regarding the agreed protective order. The Court heard from counsel. The Court expects counsel to follow the terms of the protective order. The Court will enforce the agreed protective order as it is written, and the defendants will not be reviewing any of the encrypted notes that are made.

**Dates set at this hearing:**                               **Deadlines set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:                                  ☐ Status Report:
                                                             ☐ Show Cause:
☐ Pretrial Conf.:                                            ☐ Other:
☐ Motion Hrng:
☐ Status Conf:

**Time:** 3:00        **to** 3:30

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 321cv51 _ 2022421 _ 124929