UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-CV-451-CEA-DCP ) |
| BROADCOM INC. *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is SNMP Research, Inc.'s ("Plaintiff") Motion for Leave to File Documents under Seal [Doc. 117]. Plaintiff requests permission to file Exhibits A, I, and L to the Declaration of Oliva Weber in Support of Plaintiff's Motion to Compel Discovery Responses from Defendants Broadcom Inc. and Brocade Communications Systems LLC [Doc. 116-1 ("Weber Declaration")] under seal because Defendants designated them as confidential. In addition, the motion requests permission to file a portion of Exhibit B to the Weber Declaration under seal, as it contains Plaintiff's commercially sensitive, confidential pricing term on page 18 of the draft license agreement.

Broadcom Inc., Brocade Communications Systems LLC, and Extreme Networks, Inc. (collectively "Defendants") did not file a response to Plaintiff's motion [Doc. 117]; however, Defendants have each communicated to the Court through counsel that they do not oppose unsealing Exhibits A, I, and L to the Weber Declaration [Docs. 118, 118-2, 118-3].

With respect to Exhibit B to the Weber Declaration, the Court has previously found good cause to place documents under seal in this matter because they contain Plaintiff's commercially sensitive, confidential pricing term [*See* Doc. 127 at 1]. Accordingly, the Court finds that good cause has been established to place Exhibit B to the Weber Declaration [Doc. 118-1] under seal. Thus, Plaintiff's Motion to Seal [**Doc. 117**] is **GRANTED in PART** and **DENIED in PART**. The Court **DIRECTS** the Clerk to place [**Doc. 118-1**] under **SEAL**. Based on the representations of the parties, the Court does not find that good cause has been established to place the remaining documents—Exhibits A, I, and L to the Weber Declaration—under seal, and the Court **DIRECTS** the Clerk to **UNSEAL** [**Docs. 118, 118-2, and 118-3**].

**IT IS SO ORDERED.**

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge