# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

```
-------------------------------------------------------- x
                                                         :
SNMP RESEARCH, INC. and SNMP                             :     Case No. 3:20-cv-00451-CEA-DCP
RESEARCH INTERNATIONAL, INC.,                            :
                                                         :     U.S. District Judge Charles E. Atchley, Jr.
                      Plaintiffs,                        :
                                                         :
                 v.                                      :
                                                         :
BROADCOM INC.; BROCADE                                   :
COMMUNICATIONS SYSTEMS LLC; and                          :
EXTREME NETWORKS, INC.,                                  :
                                                         :
                      Defendants.                        :
                                                         :
-------------------------------------------------------- X
```

## EXTREME NETWORKS, INC.'S MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Extreme Networks, Inc. ("Extreme"), by and through its counsel, pursuant to Federal Rule

of Procedure 5.2, Local Rule 26.2, and this Court's Memorandum and Order Regarding Sealing

Confidential Information (ECF No. 11) ("Sealing Order"), seeks leave of this Court to submit its

Memorandum of Law in Support of Its Motion to Compel the Production of License Agreements

From SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMPR")

("Memorandum of Law") in redacted form.

Extreme moves for leave to file a redacted version of its Memorandum of Law because it

contains pricing information belonging to SNMPR on page 1. Extreme is not filing this Motion

because of an independent reason to request that the information be sealed, but because SNMPR

has sought to seal this information in the past. (*See* ECF No. 97 at 1; ECF No. 117 at 1.)

Pursuant to Local Rule 26.2 and the Court's Sealing Order, Extreme is publicly filing a redacted version of the Memorandum of Law as Exhibit 1 to this motion. Additionally, as required by the Sealing Order, the unredacted version of the Memorandum of Law is being filed under seal with the portion of the document proposed to be redacted highlighted. The undersigned certify that unredacted versions of the papers sought to be filed under seal are being served on counsel for SNMPR by email.

WHEREFORE, Extreme respectfully requests that this Court grant its Motion and seal the redacted portion of its Memorandum of Law.

DATED:     May 11, 2022                      Respectfully Submitted,
           New York, New York

                                             */s/ Leslie A. Demers*

                                             John M. Neukom (*admitted pro hac vice*)
                                             DEBEVOISE & PLIMPTON LLP
                                             650 California Street
                                             San Francisco, California 94108
                                             jneukom@debevoise.com
                                             (415) 738-5700

                                             Leslie A. Demers (*admitted pro hac vice*)
                                             SKADDEN, ARPS, SLATE,
                                               MEAGHER & FLOM LLP
                                             One Manhattan West
                                             New York, New York 10001
                                             leslie.demers@skadden.com
                                             (212) 735-3000

                                             *Attorneys for Extreme Networks, Inc.*