IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | : : : : | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | : : : | U.S. District Judge Charles E. Atchley, Jr. |
| v. | : : : | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., | : : : : : | |
| Defendants. | : : | |

### EXTREME NETWORKS, INC.'S MOTION TO COMPEL THE PRODUCTION OF LICENSE AGREEMENTS FROM SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC.

Pursuant to Federal Rules of Civil Procedure 34 and 37(a) and Local Rule 37.2, Extreme Networks, Inc. ("Extreme") hereby respectfully moves this Court for an Order compelling SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMPR") to produce the license agreements requested by Extreme.

As set forth in the accompanying Memorandum of Law, and supported by the exhibits filed herewith, Extreme seeks copies of SNMPR's license agreements through two of the six total requests for production that Extreme served on SNMPR nearly one year ago. In response, SNMPR has produced what it describes as a fraction of its full licensing history, and has explicitly stated that it is withholding hundreds of agreements, for which action SNMPR has not provided satisfactory justification. Extreme has attempted to resolve this issue outside of court, and pursuant

to Federal Rule of Civil Procedure 37(a) the undersigned certify that they have conferred in good faith with counsel for SNMPR.  The evidence requested by Extreme is relevant to the claims in this case and to rebut defenses likely to be asserted by SNMPR, is proportional to the needs of the case, and should be produced immediately.

WHEREFORE, Extreme respectfully requests that this Court grant its Motion and compel SNMPR to produce the license agreements requested by Extreme.

DATED: May 11, 2022
New York, New York

Respectfully Submitted,

*/s/ Leslie A. Demers*

John M. Neukom (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*