# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM Chambers

**Case #:** 3:20-cv-451  **Date:** May 11, 2022

SNMP Research, Inc. **v.** Broadcom Inc. et al

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Mallory Dahl | ECRO | Jake Taylor/ Kelly Walsh |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| Alvin Matthew Ashley<br>John Wood<br>Olivia Weber<br>Cheryl Rice | John Neukom<br>Leslie Demers | |

**Proceedings:**

Parties present for a telephone conference to address discovery issues. Arguments heard. Order to enter with findings. Court set an additional telephone conference.

**Dates set at this hearing:**
☐ Jury Trial ☐ BenchTrial:

☐ Pretrial Conf.:
☐ Motion Hrng:
☑ Status Conf: (tel) 5/17/2022 at 4:30 p.m. w/ USMJ Poplin

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 2:00 p.m. **to** 2:40 p.m.

⦿ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 320cv451 _ 051122 _