UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-451-CEA-DCP |
| BROADCOM INC. *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the parties' Joint Motion to Extend Discovery Deadlines Under the Existing Scheduling Order [Doc. 133], filed on May 9, 2022. In the motion, the parties request for the Court to permit a 30-day extension of their expert disclosure deadlines and the deadline to exchange final witness lists as well as an approximately three-week extension of the close of discovery pursuant to Federal Rule of Civil Procedure 16. The parties submit that no other dates would be affected by this requested extension.

The Court has reviewed the parties' joint motion and finds that it is well taken supported by good cause. Accordingly, the parties' Joint Motion to Extend Discovery Deadlines Under the Existing Scheduling Order [**Doc. 133**] is **GRANTED**. The deadlines set forth in the Amended Scheduling Order [Doc. 114] are extended as follows:

(1) Plaintiff shall disclose any expert testimony in accordance with Rule 26(a)(2) on or before **September 6, 2022**. Defendant shall disclose any expert testimony in accordance with Rule 26(a)(2) on or before **October 6, 2022.** The parties shall disclose rebuttal testimony within thirty (30) days after the other party's disclosure.

(2) On or before **October 20, 2022**, the parties shall provide to all other parties and file with the court a final witness list in accordance with Rule 26(a)(3)(A)(i). Within five days after service, the final witness list may be supplemented. After that time the list may be supplemented with leave of the Court and for good cause.

(3) All discovery, including the taking of depositions, requests for admission, and all discovery-related motion practice, shall be completed by **November 11, 2022**. After that date, the parties may conduct discovery by agreement, but the Court will not involve itself in any disputes that may arise.

(4) All other dates and deadlines set forth in the Court's Amended Scheduling Order [Doc. 114] remain in effect.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge