UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:20-cv-451               Date: May 17, 2022
                vs.
**PROCEEDINGS:** Telephonic Conference

HONORABLE DEBRA C. POPLIN, UNITED STATES MAGISTRATE JUDGE

Julie Norwood
**Deputy Clerk**                **DCR Reporter**

**Attorney for Plaintiff**
**Alvin Matthew Ashley**
**John L Wood**
**Olivia Weber**
**Cheryl G Rice**

**Attorney for Defendants**
**Alison Plessman-Broadcom Inc.**
**Leslie A Demers- Extreme Networks**

4:30 p.m. to 4:40 p.m.

I, **Julie Norwood,** Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_320cv451_20220517_144255