UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-451-CEA-DCP |
| BROADCOM INC. *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion for Leave to File Documents under Seal [Doc. 134] filed by Defendant Extreme Networks, Inc. ("Extreme") on May 11, 2022. Extreme requests permission to file its Memorandum of Law in Support of Its Motion to Compel the Production of License Agreements From SNMP Research, Inc. and SNMP Research International, Inc. ("Memorandum") in redacted form. Extreme states it is requesting leave to file its Memorandum in redacted form because it contains Plaintiffs' pricing information on page 1. Extreme relates it is not filing the instant motion because of an independent reason to request that the information be sealed, but because Plaintiffs have sought to seal this pricing information in the past [*See* Doc. 97 p. 1; Doc. 117 p. 1]. Extreme has filed its redacted Memorandum as [Doc. 136-1] and an unredacted copy as [SEALED Doc. 135].

The Court has previously found good cause to place documents under seal in this matter because they contain Plaintiffs' commercially sensitive, confidential pricing term [*See* Doc. 127 p. 1; Doc. 132 p.2]. Accordingly, the Court finds good cause to place Extreme's Memorandum

[Doc. 135] under seal. As noted above, Extreme filed the redacted Memorandum as an attachment to its Motion to Compel, but pursuant to the Order Governing Sealing Confidential Information, the redacted copy should be filed as an attachment to the motion to seal [*See* Doc. 11 p. 3 ¶ 3]. The Court encourages the parties to revisit the Court's the procedures for requesting that material be sealed. In any case, Extreme's Motion to Seal [**Doc. 134**] is **GRANTED**. The Court **DIRECTS** the Clerk to place [**Doc. 135**] under **SEAL**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge