# EXHIBIT A

# Victoria D. Dishner

| | |
|---|---|
| **From:** | PENTLICKI, STEPHEN J (Legal) <sp8141@att.com> |
| **Sent:** | Monday, May 2, 2022 5:30 PM |
| **To:** | Victoria D. Dishner |
| **Subject:** | RE: SNMP/AT&T License Agreement - Request for Consent to Disclose |
| | |
| **FilingDate:** | 5/2/2022 5:58:00 PM |

Ms. Dishner -

AT&T consents to the disclosure of the License Agreement between SNMP Research International, Inc. and AT&T dated 12/19/2000 (License Agreement) <u>on the following conditions</u>:

(1) The License Agreement is designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or similar designation under the Protective Order in the case in its entirety.
(2) SNMP Research International, Inc. (SNMP) confirms that pursuant to the Protective Order, a Party's in-house counsel and/or internal representatives are not permitted to access or receive "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or similarly designated materials.
(3) SNMP confirms that the Agreement is responsive to Broadcom, Inc.'s discovery requests such that production is required.
(4) SNMP agrees that the Parties will not use or disclose the License Agreement to jury or trial consultants, including mock jurors.
(5) SNMP must notify AT&T in writing if any of the License Agreement is designated as a trial exhibit or is to be used in open court. To the extent any of the License Agreement will be disclosed in the courtroom at trial or any hearing, SNMP agrees that it will move to have the courtroom sealed before any such disclosure.
(6) SNMP confirms that no Party may remove, or cause to be removed, any portion of the License Agreement from the territorial boundaries of the United States of America.
(7) To the extent the produced materials will be disclosed to an expert, that expert must be properly disclosed to AT&T under the terms of the Protective Order, and AT&T must be given 10 business days to object to that expert receiving AT&T-confidential information.
(8) SNMP shall be responsible for securing any necessary permission from third parties whose confidential information may also be included in the License Agreement. AT&T cannot and does not grant permission to produce such third parties' information on their behalf.

Regards,

Steve Pentlicki
AT&T AVP - Senior Legal Counsel
Bedminster, NJ 07920
M: (908) 635-4962

---

**From:** Victoria D. Dishner <VDishner@emlaw.com>
**Sent:** Monday, May 2, 2022 2:21 PM
**To:** PENTLICKI, STEPHEN J (Legal) <sp8141@att.com>
**Subject:** SNMP/AT&T License Agreement - Request for Consent to Disclose

Good afternoon Mr. Pentlicki,

Please find attached the License Agreement between SNMP and AT&T which I referenced in my letter. I am happy to answer any questions you may have.

Thank you for your time.

Best regards,

**Victoria D. Dishner, Esq.**
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN 37902
Office: (865) 546-0500 | Fax: (865) 525-5293
Website | Map | Bio | VDishner@emlaw.com



**CONFIDENTIALITY NOTICE**: This e-mail transmission and any document, files or previous e-mail messages attached to it, are CONFIDENTIAL and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by forwarding this message to the original sender or by telephone at (865)546-0500 and then delete this message and its attachments from your computer system. Thank you.