# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | : : : : : : : : : : : : : : : | Case No. 3:20-cv-00451-CEA-DCP  U.S. District Judge Charles E. Atchley, Jr. U.S. Magistrate Judge Debra C. Poplin |
| Plaintiffs, | | |
| v. | | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., | | |
| Defendants. | | |

## DECLARATION OF LESLIE A. DEMERS IN SUPPORT OF EXTREME NETWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL THE PRODUCTION OF LICENSE AGREEMENTS

I, Leslie A. Demers, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for defendant Extreme Networks, Inc. ("Extreme") in this action. I am a member of good standing of the State Bar of New York and have been admitted *pro hac vice* to this Court. I have personal knowledge of the facts set forth in this Declaration and can and will testify thereto under oath if called to do so.

2. During the course of discovery, Plaintiffs have served productions on me as outside counsel for Extreme. To my knowledge, the most recent production brought Plaintiffs' count of total pages produced to under 20,300.

3. To date, Extreme has produced over 694,000 total pages of documents, and Extreme's representatives have spent thousands of hours reviewing documents to produce in response to Plaintiffs' document requests.

Executed on June 1, 2022 in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Leslie A. Demers*
Leslie A. Demers