**Exhibit A (Placeholder For Document Sought To Be Sealed)**