**Exhibit C (Placeholder For Document Sought To Be Sealed)**