# Exhibit G to the Declaration of Olivia Weber

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

### AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | Case No. 3:20-cv-00451 |
| Plaintiffs, | |
| v. | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. | |
| Defendants. | |

---

**BROCADE COMMMUNICATIONS SYSTEMS LLC'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SNMP RESEARCH, INC.'S FIRST SET OF REQUESTS FOR ADMISSION**

---

Defendant Brocade Communications Systems LLC ("Brocade"), by and through its attorneys, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby provides supplemental responses and objections to Plaintiff SNMP Research, Inc. ("SNMP")'s First Set of Requests for Admission ("Requests" or "RFAs"), served on December 26, 2020.

## PRELIMINARY STATEMENT

1.      Brocade's investigation and development of all facts and circumstances relating to this action is ongoing.  These responses and objections are made without prejudice to, and are not a waiver of, Brocade's right to rely on other facts or documents at trial.  These responses and objections, while based on diligent inquiry and investigation by Brocade, necessarily reflect only

the current state of Brocade's knowledge, understanding and belief based upon the information reasonably available to Brocade at this time.

2. By making the accompanying responses and objections to SNMP's RFAs, Brocade does not waive, and hereby expressly reserves, its right to assert any and all defenses, including that the Court lacks personal jurisdiction over Broadcom and venue is improper. Brocade serves these responses and objections in reliance on prior representations made by counsel for Plaintiffs that they will not argue that such responses and objections constitute a waiver of any such defenses. Moreover, these responses and objections are served pursuant to the Court's June 25, 2021 ruling, which specified that "Defendants' participation in discovery while their motions to dismiss are pending (including propounding their own discovery) or the entry of a protective order will not be construed as a waiver of their personal jurisdiction or improper venue defenses." ECF No. 75 at 16-17. By making the accompanying responses and objections to Plaintiffs' RFAs, Brocade does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Brocade makes the responses and objections herein without in any way implying that it considers the RFAs or responses thereto to be relevant or material to the subject matter of this action.

3. Brocade expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

4. This introductory statement shall apply to each and every response given herein, and shall be incorporated by reference as though set forth in each response appearing below.

6028056

## GENERAL OBJECTIONS

The following general objections apply to all of the Requests and are incorporated by reference into each specific answer as if fully set forth therein. For particular emphasis, one or more of these general objections may be reiterated in a specific response. The absence or inclusion of any reiteration in a specific response is neither intended as, nor shall be construed as, a limitation or waiver of any general objection or any other specific objection made herein. Brocade reserves the right to make such additional objections as may be appropriate and nothing contained herein shall be in any way construed as a waiver of any such objection. By making this response, Brocade does not concede that any of the requested information is relevant or properly discoverable or admissible and reserves its right to object to discovery into the subject matter addressed in any information produced and to the introduction of such information into evidence.

1.      Service of this document should not be construed as any waiver of any and all objections that Brocade has to the propriety and timing of the Requests, or to the relevance or admissibility of any information relating to the subjects covered by the Requests.

2.      These responses and objections are made solely for the purposes of this action, and are subject to all appropriate objections, including without limitation objections concerning competency, relevance, materiality, propriety, authenticity, and admissibility. All objections and grounds are reserved and may be interposed at the time of trial.

3.      Plaintiffs have previously agreed that responding to their written discovery requests does not constitute waiver of any of Defendants' defenses, including their defenses for lack of jurisdiction and improper venue.

4.      Brocade objects to each Request on the basis that this jurisdiction is an improper venue for this litigation.

5.      Brocade objects to each instruction, definition, and Request to the extent that it exceeds the permissible scope of discovery and the requirements set forth in the Federal Rules of Civil Procedure, as interpreted by relevant case law, the Federal Rules of Evidence, the Local Rules of the Eastern District of Tennessee, any Order of the Court, or any agreement between the parties.

6.      Brocade objects to each Request to the extent that it seeks information that is not relevant to the claims or defenses in this action, not proportional to the needs of this case, and not reasonably calculated to lead to the discovery of admissible evidence.

7.      Brocade objects to each Request to the extent that the information sought is unreasonably cumulative or duplicative or can be obtained from some other source that is more convenient, less burdensome, or less expensive.

8.      Brocade objects to each Request to the extent it is compound.

9.      Brocade objects to each Request to the extent it is vague, ambiguous, or overbroad. Brocade responds to each Request as it reasonably interprets and understands the Request. If SNMP subsequently asserts an interpretation of any Request that differs from Brocade's understanding, Brocade reserves the right to supplement its responses and objections thereto.

10.     Brocade objects to each Request to the extent it is unduly burdensome and will cause Brocade unwarranted annoyance, embarrassment, or undue expense.

11.     Brocade objects to each Request to the extent it requires Brocade to produce information not in the possession, custody, or control of Brocade.  Brocade's responses and objections shall not be construed as representations regarding the existence or non-existence of information outside its possession, custody, or control.  Brocade also objects to each Request to

the extent it seeks information that is public, already in the possession, custody, or control of, or is equally accessible to SNMP.

12. Brocade objects to each Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure. Any inadvertent disclosure of such information shall not be deemed a waiver of any privilege, doctrine, law, rule, or immunity with respect to such information.

13. Brocade objects to each Request as premature. Brocade has only begun its factual investigations in this matter and has yet to be provided copies of the allegedly copyrighted software and/or source code that SNMP claims has been infringed.

14. Brocade objects to each Request to the extent it seeks premature expert discovery, including but not limited to expert analysis and opinion.

15. Brocade objects to these Requests to the extent they seek information protected by the California, Tennessee, or United States Constitutions, or applicable state or federal statutes or case law that establish a right of privacy and forbid the discovery and dissemination of confidential, sensitive, or financial information. Brocade will not reveal such information where doing so would violate its privacy rights or the privacy rights of third parties or where such information is confidential and proprietary in nature.

16. Brocade objects to each Request to the extent it requires Brocade to reveal confidential, sensitive, and proprietary information, including but not limited to financial information.

6028056

17.     Brocade objects to each Request to the extent it seeks a legal conclusion.  Any response of Brocade to an individual Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

18.     Brocade objects to the definition of "SNMP Research" as meaning "SNMP Research, Inc. and SNMP Research International, Inc., their predecessors and predecessors-in-interest, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives of each of the foregoing, including all other Persons acting or purporting to act on behalf of one or more of them."  This definition is overbroad, vague, ambiguous, seeks irrelevant information that is not proportional to the needs of the case, and renders the Requests impermissibly compound.  It also seeks information that is unknown to Brocade and therefore requires Brocade to first seek discovery from Plaintiffs before it can answer the Requests as framed.  If there are specific persons or entities that Plaintiffs believe should be subsumed within this definition, Plaintiffs should propose them specifically.

19.     Brocade objects to SNMP's definition of "You," "Your," and "Brocade" as meaning "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it."  This definition is overbroad and applies to companies that are not party to this litigation and seeks information that is not relevant to the claims or defenses in this action, not proportional to the needs of this case, and not reasonably calculated to lead to the discovery of admissible evidence.  Responding to discovery under this definition of Brocade would be unduly burdensome.  The definition also renders these

- 6 -

Requests compound, nonsensical and confusing because Brocade's "affiliated entities" would include, for example, Broadcom Inc.

20.    Brocade objects to SNMP's definition of "Broadcom" as including "Broadcom Inc., its predecessors, predecessors-in interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it." This definition is overbroad and seeks information that is not relevant to the claims or defenses in this action, not proportional to the needs of this case, and not reasonably calculated to lead to the discovery of admissible evidence. Responding to discovery under this definition would be unduly burdensome. The definition also renders these Requests compound, nonsensical, and confusing because Broadcom Inc.'s "affiliated entities" would include, for example, Brocade Communications Systems LLC.

21.    Brocade objects to SNMP's definition of "Extreme" because it is overbroad and seeks information that is not relevant to the claims or defenses in this action, not proportional to the needs of this case, and not reasonably calculated to lead to the discovery of admissible evidence. Responding to discovery under this definition would be unduly burdensome. It also seeks information outside the knowledge of Brocade.

22.    Brocade objects to SNMP's definition of "SNMP Research Software" as meaning "any of the following: (i) software provided by SNMP Research to Brocade, (ii) software licensed by SNMP Research to Brocade, or (iii) any software created by SNMP Research which is or was in the possession of Brocade. The foregoing categories include Source Code, compiled code, binary code, configuration files and data, associated documentation, and Derivative Works thereof." This definition is overbroad because it includes the terms "SNMP Research," "Brocade,"

- 7 -

"Source Code," and "Derivative Works," which in turn are overbroad as defined. The definition also includes vague and ambiguous undefined terms like "compiled code," "configuration files and data," and "associated documentation." SNMP alleges acts of copyright infringement and breach of contract based on the software set forth in Paragraph 33, Table 1 of the Complaint (ECF No. 1) and based on one License Agreement and amendments thereto. This definition is not limited to such alleged software or License Agreement. Including all software created by "SNMP Research" provided to Brocade (under Plaintiffs' overbroad definitions of that entity) renders the Requests incorporating this definition overbroad, unduly burdensome, compound, not relevant to the claims or defenses in this action, not proportional to the needs of this case, and not reasonably calculated to lead to the discovery of admissible evidence.

23. Brocade objects to SNMP's definition of "Product" as referring to "each item that can be or has at any time been able to be separately ordered or distributed or provided as an update to an existing Product, whether sold, leased, licensed, sublicensed, whether enabled or not, whether revenue bearing or not, including, but not limited to, hardware, software, services, or combinations of hardware, software, or services." Requests incorporating this definition are overbroad, unduly burdensome, vague, ambiguous, not relevant to the claims or defenses in this action, not proportional to the needs of this case, and not reasonably calculated to lead to the discovery of admissible evidence.

24. Brocade objects to the time period for these Requests as vague, overbroad, unduly burdensome, irrelevant, and not proportional to the needs of the case, particularly where a Request does not specify a relevant time period or seeks information before the date SNMP alleges it terminated the License Agreement and after this lawsuit was filed.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION

Brocade incorporates into each Response below the Preliminary Statement and each of the foregoing General Objections in full. Subject to and without waiving the Preliminary Statement and foregoing General Objections, Brocade sets forth its specific responses and objections below.

**REQUEST FOR ADMISSION NO. 1**:

Admit You received SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 1**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You" and "SNMP Research Software," the vague and undefined term "received," and the unlimited time period. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source

6028056

code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed.  Without accepting Plaintiff's overbroad definitions, Defendant Brocade Communications Systems LLC admits it entered into a license agreement with SNMP Research

International, Inc. and received software pursuant to it. Subject to receiving discovery from Plaintiffs and expert analysis, Brocade denies that it received the software listed in Paragraph 33, Table 1 of the Complaint (ECF No. 1) or that Plaintiffs' software is subject to copyright protection.

**REQUEST FOR ADMISSION NO. 2**:

Admit You received Version 16.2.0.9 of SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 2**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You" and "Version 16.2.0.9 of SNMP Research Software," the vague and undefined term "received," and the unlimited time period. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Indeed, Table 1 of the Complaint does not even refer to a Version 16.2.0.9 and this version is not defined in the Requests. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession,

6028056

including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, Defendant Brocade Communications Systems LLC admits it entered into a license agreement with SNMP Research

International, Inc. and received EMANATE/Lite Agent Version 16.2.0.9 pursuant to it. Subject to receiving discovery from Plaintiffs and expert analysis, Brocade denies that EMANATE/Lite Agent Version 16.2.0.9 is listed in Paragraph 33, Table 1 of the Complaint (ECF No. 1) or is subject to copyright protection.

**REQUEST FOR ADMISSION NO. 3**:

Admit You inserted, added, or otherwise incorporated SNMP Research Software in Your Products.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 3**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You," "SNMP Research Software," "Your," and "Products," the vague and undefined term "inserted, added, or otherwise incorporated," and the unlimited time period. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. Under SNMP's definitions, "You" and "Your" are defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review

of information in SNMP's possession, including its software and/or source code. Brocade further

objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of

confidential and proprietary information of Brocade and third parties. Brocade further objects to

this Request to the extent the information is not in Brocade's possession, custody, or control and

is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to

this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information,

documents, or other tangible things that is protected by any applicable privilege or protection,

including without limitation the attorney-client privilege, the attorney work product doctrine, the

joint client privilege, the joint defense or common interest privilege, the constitutional right to

privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request

pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff

defined "You" and "Your" to include numerous entities and individuals, including "Brocade

Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-

in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors,

employees, agents, attorneys, accountants, and representatives, including all other Persons or

entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research

Software and Products in a similarly overbroad fashion, and included no date limitation, Brocade

is unable to respond to this Request as framed. Brocade will meet and confer with Plaintiff

regarding its overbroad definitions and what it means by "inserted, added, or otherwise

incorporated SNMP Research Software in Your Products" and how this Request differs from Plaintiff's other vague Requests for Admission (e.g., Requests below asking about compiling and linking SNMP Research Software).

**REQUEST FOR ADMISSION NO. 4**:

Admit You inserted, added, or otherwise incorporated SNMP Research Software in Products that shipped between July 25, 2019 and the present date.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 4**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You," "SNMP Research Software," and "Products" and the vague and undefined term "inserted, added, or otherwise incorporated." Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. The specified time period is also overbroad as it extends beyond the filing of this lawsuit. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software

and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" and "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed. Brocade will meet and confer with Plaintiff regarding its overbroad definitions and what it means by "inserted, added, or otherwise

incorporated SNMP Research Software in Your Products" and how this Request differs from Plaintiff's other vague Requests for Admission (e.g., Requests below asking about compiling and linking SNMP Research Software).

**REQUEST FOR ADMISSION NO. 5**:

Admit SNMP Research Software was compiled and linked into Your Products.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 5**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined terms "compiled and linked into," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" and "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed. Brocade will meet and confer with Plaintiff regarding its overbroad definitions and what it means by "compiled and linked" and how this Request differs from Plaintiff's other vague Requests for Admission (e.g., Requests above asking about inserting, adding, or otherwise incorporating SNMP Research Software).

- 18 -

**REQUEST FOR ADMISSION NO. 6**:

Admit Version 16.2.0.9 of the SNMP Research Software was compiled and linked into Your Products.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 6**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Version 16.2.0.9 of the SNMP Research Software," "Your," and "Products," the vague and undefined terms "compiled and linked into," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Indeed, Table 1 of the Complaint does not even refer to a Version 16.2.0.9 and this version is not defined in the Requests. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

6028056

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" and "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed. Brocade will meet and confer with Plaintiff regarding its overbroad definitions and what it means by "compiled and linked" and how this Request differs from Plaintiff's other vague Requests for Admission (e.g., Requests above asking about inserting, adding, or otherwise incorporating SNMP Research Software).

**REQUEST FOR ADMISSION NO. 7**:

Admit SNMP Research Software was compiled and linked into Your Products Identified in response to Interrogatory number 1.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 7**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement, General Objections, and objections to Interrogatory number 1, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined terms "compiled and linked into," the unlimited time period, and the categories required to be identified in Interrogatory number 1. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" and "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed. Brocade will meet and confer with Plaintiff regarding its overbroad definitions and what it means by "compiled and linked" and how this Request differs from Plaintiff's other vague Requests for Admission (e.g., Requests above asking about inserting, adding, or otherwise incorporating SNMP Research Software).

**REQUEST FOR ADMISSION NO. 8**:

Admit Version 16.2.0.9 of the SNMP Research Software was compiled and linked into Your Products Identified in response to Interrogatory number 1.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 8**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement, General Objections, and objections to Interrogatory number 1, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Version 16.2.0.9 of the SNMP Research Software," "Your," and "Products," the vague and undefined terms "compiled and linked into," the unlimited time period, and the categories required to be identified in Interrogatory number 1. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Indeed, Table 1 of the Complaint does not even refer to a Version 16.2.0.9 and this version is not defined in the Requests. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source

code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" and "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed.  Brocade will meet and confer with Plaintiff regarding its overbroad definitions and what it means by "compiled and linked" and how this

Request differs from Plaintiff's other vague Requests for Admission (e.g., Requests above asking about inserting, adding, or otherwise incorporating SNMP Research Software).

**REQUEST FOR ADMISSION NO. 9**:

Admit SNMP Research Software was shipped in Your Products.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 9**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, Defendant Brocade Communications Systems LLC admits the products listed in Paragraph 64 of the Complaint were previously supported by a version of Fabric OS that included EMANATE/Lite Agent Version 16.2.0.9 and the products listed in Paragraph 64 of the Complaint were shipped to customers.

Subject to receiving discovery from Plaintiffs and expert analysis, Brocade denies that EMANATE/Lite Agent Version 16.2.0.9 is listed in Paragraph 33, Table 1 of the Complaint (ECF No. 1) or is subject to copyright protection.

**REQUEST FOR ADMISSION NO. 10**:

Admit Version 16.2.0.9 of the SNMP Research Software was shipped in Your Products.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 10**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Version 16.2.0.9 of the SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Indeed, Table 1 of the Complaint does not even refer to a Version 16.2.0.9 and this version is not defined in the Requests. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or

source code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this Request as framed.  Without accepting Plaintiff's overbroad definitions, Defendant Brocade Communications Systems LLC admits the products listed in Paragraph 64 of the Complaint were

- 28 -

previously supported by a version of Fabric OS that included EMANATE/Lite Agent Version 16.2.0.9 and the products listed in Paragraph 64 of the Complaint were shipped to customers. Subject to receiving discovery from Plaintiffs and expert analysis, Brocade denies that EMANATE/Lite Agent Version 16.2.0.9 is listed in Paragraph 33, Table 1 of the Complaint (ECF No. 1) or is subject to copyright protection.

**REQUEST FOR ADMISSION NO. 11**:

Admit SNMP Research Software was shipped in Your Products Identified in response to Interrogatory number 1.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 11**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement, General Objections, and objections to Interrogatory number 1, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, duplicative, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," the unlimited time period, and the categories required to be identified in Interrogatory number 1. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly

6028056

burdensome.  The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.  Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this

Request as framed. Without accepting Plaintiff's overbroad definitions, Defendant Brocade Communications Systems LLC admits the products identified in response to Interrogatory number 1 were previously supported by a version of Fabric OS that included EMANATE/Lite Agent Version 16.2.0.9 and the products identified in response to Interrogatory number 1 were shipped to customers. Subject to receiving discovery from Plaintiffs and expert analysis, Brocade denies that EMANATE/Lite Agent Version 16.2.0.9 is listed in Paragraph 33, Table 1 of the Complaint (ECF No. 1) or is subject to copyright protection.

**REQUEST FOR ADMISSION NO. 12**:

Admit Version 16.2.0.9 of the SNMP Research Software was shipped in Your Products Identified in response to Interrogatory number 1.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 12**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement, General Objections, and objections to Interrogatory number 1, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Version 16.2.0.9 of the SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," the unlimited time period, and the categories required to be identified in Interrogatory number 1. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Indeed, Table 1 of the Complaint does

not even refer to a Version 16.2.0.9 and this version is not defined in the Requests. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest,

affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees,

agents, attorneys, accountants, and representatives, including all other Persons or entities acting or

purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a

similarly overbroad fashion, and included no date limitation, Brocade is unable to respond to this

Request as framed.  Without accepting Plaintiff's overbroad definitions, Defendant Brocade

Communications Systems LLC admits the products identified in response to Interrogatory number

1 were previously supported by a version of Fabric OS that included EMANATE/Lite Agent

Version 16.2.0.9 and the products identified in response to Interrogatory number 1 were shipped

to customers.  Subject to receiving discovery from Plaintiffs and expert analysis, Brocade denies

that EMANATE/Lite Agent Version 16.2.0.9 is listed in Paragraph 33, Table 1 of the Complaint

(ECF No. 1) or is subject to copyright protection.

**REQUEST FOR ADMISSION NO. 13**:

Admit the SNMP Research Software shipped in Your Products was registered with the

Copyright Office through registration TXu 1-706-718.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 13**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and

supplements as follows:  In addition to the Preliminary Statement and General Objections, which

are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous,

compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software,"

"Your," and "Products," the vague and undefined term "shipped in Your Products," and the

unlimited time period.  Under SNMP's definitions, "Your" is defined to include, *inter alia*,

Broadcom and all other affiliated entities.  SNMP Research is similarly defined to include, *inter*

*alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are

unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad

entity definitions, and includes software, Source Code, and Derivative Works that are beyond the

scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple

facts and is therefore impossible to answer. Conducting an investigation of such broad scope

under SNMP's definitions to these terms would be unduly burdensome. The Request as framed

seeks information that is irrelevant and not proportional to the needs of the case. Brocade further

objects to this Request as premature as it first requires review of information in SNMP's

possession, including its software, copyright registrations and deposits, and/or source code.

Brocade further objects to this Request as seeking premature expert discovery, analysis, and

opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of

Brocade to this Request is not intended to be, and shall not be construed as, an admission that any

factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive

any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of

confidential and proprietary information of Brocade and third parties. Brocade further objects to

this Request to the extent the information is not in Brocade's possession, custody, or control and

is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to

this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information,

documents, or other tangible things that is protected by any applicable privilege or protection,

including without limitation the attorney-client privilege, the attorney work product doctrine, the

joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 14**:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-772-248.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 14**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows:  In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period.  Under SNMP's definitions, "Your" is defined to include, *inter alia*,

Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software, copyright registrations and deposits, and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection,

including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 15**:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-706-250.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 15**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the

unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software, copyright registrations and deposits, and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 16**:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-738-956.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 16**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous,

compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software, copyright registrations and deposits, and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and

is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 17**:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-707-158.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 17**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software, copyright registrations and deposits, and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

6028056

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 18**:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-738-954.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 18**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software, copyright registrations and deposits, and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

6028056

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to

respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 19**:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-707-157.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 19**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software, copyright registrations and deposits, and/or source code.

Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or

purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

## REQUEST FOR ADMISSION NO. 20:

Admit the SNMP Research Software shipped in Your Products was registered with the Copyright Office through registration TXu 1-738-958.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 20:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research Software," "Your," and "Products," the vague and undefined term "shipped in Your Products," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's

possession, including its software, copyright registrations and deposits, and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. In particular, Brocade does not waive any challenge to SNMP's registration.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Your" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees,

agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, and included no date limitation, Broadcom is unable to respond to this Request as framed. Without accepting Plaintiff's overbroad definitions, and subject to receiving discovery from Plaintiffs and expert analysis, denied.

**REQUEST FOR ADMISSION NO. 21**:

Admit that You did not have SNMP Research's permission to transfer SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 21**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, argumentative, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You," "SNMP Research," "SNMP Research Software," and "Extreme," the vague and undefined terms "permission" and "transfer," and the unlimited time period. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to

6028056

the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to the extent that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest,

affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 22**:

Admit that You asked for SNMP Research International, Inc. to consent to the transfer of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 22**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You," "SNMP Research International, Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "asked," "consent," and "the transfer," and the unlimited time period. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to

the needs of the case.  Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion.  Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.  Brocade further objects to the extent that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest,

affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 23**:

Admit that SNMP Research International, Inc. did not consent to the transfer of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 23**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research International, Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "consent" and "the transfer," and the unlimited time period. SNMP defines SNMP Research to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. This Request is also vague and ambiguous as it does not specify which transfer it is referring to or which entity did not receive consent or what time period is covered by this Request. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information

that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to the extent that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications

- 55 -

Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined SNMP Research and SNMP Research Software in a vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 24**:

Admit that You are wholly owned by Broadcom Inc.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You" and "Broadcom Inc." and the vague and undefined term "wholly owned." Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," Brocade is unable to respond to this Request as framed. As framed, "You" includes Broadcom, Inc. and all of its affiliates and is therefore nonsensical.

**REQUEST FOR ADMISSION NO. 25**:

Admit that, You are wholly owned, either directly or indirectly, by Broadcom Inc.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 25**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You" and "Broadcom Inc." and the vague and undefined term "wholly owned, either directly or indirectly." Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the

joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," Brocade is unable to respond to this Request as framed. As framed, "You" includes Broadcom, Inc. and all of its affiliates and is therefore nonsensical.

## REQUEST FOR ADMISSION NO. 26:

Admit that You have been wholly owned by Broadcom Inc. since at least November 28 2017.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 26:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "You" and "Broadcom Inc." and the vague and undefined term "wholly owned." Brocade further objects to the phrase "since at least November 28, 2017" as vague and ambiguous. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities.

Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications

Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," Brocade is unable to respond to this Request as framed. As framed, "You" includes Broadcom, Inc. and all of its affiliates and is therefore nonsensical.

**REQUEST FOR ADMISSION NO. 27**:

Admit that You have been wholly owned by Broadcom Inc., either directly or indirectly, since at least November 28, 2017.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 27**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "You" and "Broadcom Inc." and the vague and undefined term "wholly owned, either directly or indirectly." Brocade further objects to the phrase "since at least November 28, 2017" as vague and ambiguous. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any

factual or legal predicate stated in the Request is accurate. Brocade further objects that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," Brocade is unable to respond to this Request as framed. As framed, "You" includes Broadcom, Inc. and all of its affiliates and is therefore nonsensical.

**REQUEST FOR ADMISSION NO. 28**:

Admit that, prior to the transfer taking place, You discussed with Broadcom the terms by which SNMP Research Software would be transferred (by disclosure, license, sale, or otherwise) to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 28**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You," "Broadcom," "SNMP Research Software," and "Extreme," the vague and undefined terms "prior to the transfer taking place," "discussed," "terms by which," and "would be transferred (by disclosure, license, sale, or otherwise)," and the undefined time period. Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source

code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion.  Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.  Brocade further objects that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees,

agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Broadcom, Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this nonsensical Request as framed.

**REQUEST FOR ADMISSION NO. 29**:

Admit that, prior to the transfer taking place, You discussed with Broadcom Inc. the terms by which SNMP Research Software would be transferred (by disclosure, license, sale, or otherwise) to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 29**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows:  In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You," "Broadcom Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "prior to the transfer taking place," "discussed," "terms by which," and "would be transferred (by disclosure, license, sale, or otherwise)," and the undefined time period.  Under SNMP's definitions, "You" is defined to include, *inter alia*, Broadcom and all other affiliated entities.  "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities.  SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade.  The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit.  Under SNMP's definitions, this

Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "You" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Broadcom, Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this nonsensical Request as framed.

## REQUEST FOR ADMISSION NO. 30:

Admit that Broadcom was involved, directly or indirectly, in the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 30:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "SNMP Research Software," and "Extreme," the vague and undefined terms "involved, directly or indirectly" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom" is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade.

The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

- 68 -

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this nonsensical Request as framed.

**REQUEST FOR ADMISSION NO. 31**:

Admit that Broadcom Inc. was involved, directly or indirectly, in the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 31**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "involved, directly or indirectly" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom Inc." is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity

definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this nonsensical Request as framed.

**REQUEST FOR ADMISSION NO. 32**:

Admit that Broadcom facilitated the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 32**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "SNMP Research Software," and "Extreme," the vague and undefined terms "facilitated" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom" is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents,

representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 33**:

Admit that Broadcom Inc. facilitated the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 33**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "facilitated" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom Inc." is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of

SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

6028056

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 34**:

Admit that Broadcom made affirmative efforts to support the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 34**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "SNMP Research Software," and "Extreme," the vague and undefined terms "made affirmative efforts to support" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom" is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both

- 75 -

Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 35**:

Admit that Broadcom Inc. made affirmative efforts to support the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 35**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "made affirmative efforts to support" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom Inc." is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to

Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

- 78 -

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 36**:

Admit that Broadcom directed the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 36**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "SNMP Research Software," and "Extreme," the vague and undefined terms "directed" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom" is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents,

representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 37**:

Admit that Broadcom Inc. directed the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 37**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "SNMP Research Software," and "Extreme," the vague and undefined terms "directed" and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Broadcom Inc." is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of

SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

6028056

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 38**:

Admit that Broadcom acted as Your agent in connection with the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 38**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "SNMP Research Software," and "Extreme," the vague and undefined terms "agent," "in connection with," and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. It is also defined to include "agents." Broadcom, in turn, is defined to

include, *inter alia*, Brocade and all other affiliated entities. It is also defined to include "agents." SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the

joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, did not define what it means by agent in this context, and did not identify the transfer in question, Brocade is unable to respond to this nonsensical Request as framed.

**REQUEST FOR ADMISSION NO. 39**:

Admit that Broadcom Inc. acted as Your agent in connection with the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software to Extreme.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 39**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "SNMP Research Software," and "Extreme," the vague and undefined terms "agent," "in connection with," and "transfer (by disclosure, license, sale, or otherwise)," and the unlimited time

period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. It is also defined to include "agents." "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. It is also defined to include "agents." SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," defined Extreme, SNMP Research and SNMP Research Software in a similarly vague and overbroad fashion, included no date parameters, did not define what it means by agent in this context, and did not identify the transfer in question, Brocade is unable to respond to this Request as framed.

**REQUEST FOR ADMISSION NO. 40**:

Admit that for purposes of the present action, Brocade is subject to the jurisdiction of this Court.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 40**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Brocade" and the vague and undefined terms "jurisdiction" and "for purposes of the present action." Under SNMP's definitions, "Brocade" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of more than one fact and is therefore impossible to answer. Brocade further objects to this Request because it seeks a legal conclusion as to whether Broadcom Inc. is subject to the jurisdiction of this court. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade objects that this Request seeks a legal conclusion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Brocade" to include numerous entities and individuals, including "Brocade Communications Systems LLC, its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," Brocade is unable to respond to this Request as framed. Defendants' motions to dismiss challenging personal jurisdiction over Broadcom Inc. and venue are currently pending before this Court.

**REQUEST FOR ADMISSION NO. 41**:

Admit that Broadcom is involved in the nationwide distribution of Your Products containing SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 41**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the nationwide distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs'

predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

- 90 -

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research and SNMP Research Software and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 42**:

Admit that Broadcom Inc. is involved in the nationwide distribution of Your Products containing SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 42**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as argumentative, unintelligible, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the … distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all

other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the

joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

## REQUEST FOR ADMISSION NO. 43:

Admit that Broadcom has previously been involved in the nationwide distribution of Your Products containing SNMP Research Software.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 43:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined

terms "has previously been involved in the … distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "has previously been involved in," denied.

**REQUEST FOR ADMISSION NO. 44**:

Admit that Broadcom Inc. has previously been involved in the nationwide distribution of Your Products containing SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 44**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible,

argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the … distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to the

extent that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "has previously been involved in," denied.

**REQUEST FOR ADMISSION NO. 45**:

Admit that Broadcom is involved in the distribution of Your Products containing SNMP Research Software to Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 45**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without

accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 46**:

Admit that Broadcom Inc. is involved in the distribution of Your Products containing SNMP Research Software to Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 46**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software

and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants,

and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 47**:

Admit that Broadcom has previously been involved in the distribution of Your Products containing SNMP Research Software to Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 47**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is

irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to the extent that this Request seeks information prior to the date SNMP alleged it terminated the License Agreement and after the date this lawsuit was filed. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its

- 103 -

predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 48**:

Admit that Broadcom Inc. has previously been involved in the distribution of Your Products containing SNMP Research Software to Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 48**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the

scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether

the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 49**:

Admit that Broadcom is involved in the distribution of Your Products containing SNMP Research Software to an area encompassing all or part of the East Grand Division of Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 49**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition

of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 50**:

Admit that Broadcom Inc. is involved in the distribution of Your Products containing SNMP Research Software to an area encompassing all or part of the East Grand Division of Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 50**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other

affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the

joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.


**REQUEST FOR ADMISSION NO. 51**:

Admit that Broadcom has previously been involved in the distribution of Your Products containing SNMP Research Software to an area encompassing all or part of the East Grand Division of Tennessee.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 51**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible,

argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and

is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

## REQUEST FOR ADMISSION NO. 52:

Admit that Broadcom Inc. has previously been involved in the distribution of Your Products containing SNMP Research Software to an area encompassing all or part of the East Grand Division of Tennessee.

6028056

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 52**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the distribution" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 53**:

Admit that Broadcom is involved in the nationwide advertising or marketing of Your Products containing SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 53**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the … advertising or marketing" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without

accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

## REQUEST FOR ADMISSION NO. 54:

Admit that Broadcom Inc. is involved in the nationwide advertising or marketing of Your Products containing SNMP Research Software.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 54:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "is involved in the … advertising or marketing" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's

possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants,

and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 55**:

Admit that Broadcom has previously been involved in the nationwide advertising or marketing of Your Products containing SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 55**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the … advertising or marketing" and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope

under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities,

including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed.  Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 56**:

Admit that Broadcom Inc. has previously been involved in the nationwide advertising or marketing of Your Products containing SNMP Research Software.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 56**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows:  In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your,"  "Products," and "SNMP Research Software," the vague and undefined terms "has previously been involved in the … advertising or marketing" and "containing," and the undefined time period.  Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities.  "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities.  SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade.  The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit.  Under SNMP's definitions, this

Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this

action or Plaintiff's overbroad definition of Broadcom.  Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed.  Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "involved in," denied.

**REQUEST FOR ADMISSION NO. 57**:

Admit that Broadcom makes affirmative efforts to advertise or market Your Products containing SNMP Research Software nationwide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 57**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows:  In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your,"  "Products," and "SNMP Research Software," the vague and undefined terms "makes affirmative efforts to," "advertise or market," and "containing," and the undefined time period.  Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities.  Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities.  SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade.  The definition of SNMP Research Software incorporates these overbroad

entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "affirmative efforts," denied.

**REQUEST FOR ADMISSION NO. 58**:

Admit that Broadcom Inc. makes affirmative efforts to advertise or market Your Products containing SNMP Research Software nationwide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 58**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "makes affirmative efforts to," "advertise or market," and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include,

*inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "affirmative efforts," denied.

**REQUEST FOR ADMISSION NO. 59**:

Admit that Broadcom has previously made affirmative efforts to advertise or market Your Products containing SNMP Research Software nationwide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 59**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom," "Your," "Products," and "SNMP Research Software," the vague and undefined terms "has previously made affirmative efforts to," "advertise or market,"

and "containing," and the undefined time period.  Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities.  Broadcom, in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities.  SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade.  The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit.  Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer.  Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome.  The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.  Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion.  Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection,

including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "affirmative efforts," denied.

**REQUEST FOR ADMISSION NO. 60**:

Admit that Broadcom Inc. has previously made affirmative efforts to advertise or market Your Products containing SNMP Research Software nationwide.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 60**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request as unintelligible, argumentative, vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "Broadcom Inc.," "Your," "Products," and "SNMP Research Software,"

the vague and undefined terms "has previously made affirmative efforts to," "advertise or market," and "containing," and the undefined time period. Under SNMP's definitions, "Your" is defined to include, *inter alia*, Broadcom and all other affiliated entities. "Broadcom Inc.," in turn, is defined to include, *inter alia*, Brocade and all other affiliated entities. SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope under SNMP's definitions to these terms would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

6028056

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. It is unclear whether the term "Broadcom Inc." as used in this Request is intended only to refer to the defendant in this action or Plaintiff's overbroad definition of Broadcom. Because Plaintiff defined "Broadcom" to include numerous entities and individuals, including "Broadcom Inc., its predecessors, predecessors-in-interest, successors, successors-in-interest, affiliated entities, including all divisions and subsidiaries, and the officers, directors, employees, agents, attorneys, accountants, and representatives, including all other Persons or entities acting or purporting to act on behalf of it," and defined Your, SNMP Research, SNMP Research Software, and Products in a similarly overbroad fashion, Brocade is unable to respond to this Request as framed. Without accepting Plaintiffs' overbroad definitions or understanding what Plaintiff means by "affirmative efforts," denied.

**REQUEST FOR ADMISSION NO. 61**:

Admit the License Agreement is a valid and binding contract.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 61**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which

are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate.

Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. This Request prematurely seeks a legal conclusion regarding an ultimate issue in the case and Brocade's investigation of Plaintiffs' claims is ongoing.

## REQUEST FOR ADMISSION NO. 62:

Admit that SNMP Research International, Inc. has materially performed under the terms of the License Agreement.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 62:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which

are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research International, Inc." Under SNMP's definitions, SNMP Research is defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action. Brocade further objects that its investigation of Plaintiffs' claims is ongoing.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

For the purposes of these objections and responses, Brocade construes the term "SNMP Research" to mean only the specific named plaintiffs in the present action—SNMP Research, Inc. and SNMP Research International, Inc.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. This Request prematurely seeks a legal conclusion regarding an ultimate issue in the case and Brocade's investigation of Plaintiffs' claims is ongoing. Based on Brocade's investigation to date, Brocade denies that SNMP Research International Inc. materially performed under the License Agreement.

**REQUEST FOR ADMISSION NO. 63**:

Admit that SNMP Research International, Inc. has materially performed under the terms of the License Agreement through November 17, 2017.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 63**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, ambiguous, duplicative, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research International, Inc." Under SNMP's definitions, SNMP Research is defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore

impossible to answer. Conducting an investigation of such broad scope would be unduly burdensome. Brocade further objects to the phrase "through November 17, 2017" as vague and ambiguous.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. This Request prematurely seeks a legal conclusion regarding an ultimate issue in the case and Brocade's investigation of Plaintiffs' claims is ongoing. Based on Brocade's investigation to date, Brocade denies that SNMP Research International Inc. materially performed under the License Agreement through November 17, 2017.

**REQUEST FOR ADMISSION NO. 64**:

Admit that SNMP Research International, Inc. has materially performed under the terms of the License Agreement through the date of termination on July 25, 2019.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 64**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, argumentative, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "SNMP Research International, Inc." Under SNMP's definitions, SNMP Research is defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

6028056

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. This Request prematurely seeks a legal conclusion regarding an ultimate issue in the case and Brocade's investigation of Plaintiffs' claims is ongoing. Based on Brocade's investigation to date, Brocade denies that SNMP Research International Inc. materially performed under the License Agreement through July 25, 2019.

**REQUEST FOR ADMISSION NO. 65**:

Admit the License Agreement required Brocade to keep the SNMP Research Source Code confidential.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 65**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Brocade" and "SNMP Research Source Code," the vague

- 137 -

Case 3:20-cv-00451-CEA-DCP    Document 151-8    Filed 07/19/22    Page 138 of 145    PageID #: 5824
6028056

and undefined term "required … to keep … confidential," and the unlimited time period.  Under SNMP's definitions, "Brocade" is defined to include, *inter alia*, Broadcom and all other affiliated entities.  SNMP Research is similarly defined to include, *inter alia*, both Plaintiffs' predecessors, agents, representatives, divisions, and subsidiaries, which are unknown to Brocade.  The definition of SNMP Research Software incorporates these overbroad entity definitions, and includes software, Source Code, and Derivative Works that are beyond the scope of this lawsuit.  Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer.  Conducting an investigation of such broad scope would be unduly burdensome.  The Request as framed seeks information that is irrelevant and not proportional to the needs of the case.  Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code.  Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties.  Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

6028056

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. This Request prematurely seeks a legal conclusion regarding an ultimate issue in the case and Brocade's investigation of Plaintiffs' claims is ongoing. Brocade denies the License Agreement contains the language or definitions used in this Request.

**REQUEST FOR ADMISSION NO. 66**:

Admit Brocade breached the License Agreement.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 66**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "Brocade." Under SNMP's definitions, "Brocade" is defined to include, *inter alia*, Broadcom and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of multiple facts and is therefore impossible to answer. Conducting an investigation of such broad scope would be unduly burdensome. The Request as framed seeks information that is irrelevant and not proportional to the needs of the case. Brocade further objects to this Request as premature as it first requires review of information in SNMP's possession, including its software and/or source code. Brocade further objects to this Request as seeking premature expert discovery, analysis, and opinion.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Brocade and third parties. Brocade further objects to this Request to the extent the information is not in Brocade's possession, custody, or control and is in the possession, custody, or control of third parties or Plaintiffs. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Subject to and without waiving these objections, Brocade responds as follows:

The parties have not yet met and conferred regarding the meaning and scope of this Request pursuant to the Court's June 25, 2021 ruling, but Brocade is willing to do so. This Request prematurely seeks a legal conclusion regarding an ultimate issue in the case and Brocade's investigation of Plaintiffs' claims is ongoing. Based on Brocade's investigation to date, Brocade denies it breached the License Agreement.

**REQUEST FOR ADMISSION NO. 67**:

Admit that You are relying, either in whole or in part, on the License Agreement as part of Your defense of this action.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 67**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal

conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You" and "Your," and the vague and undefined terms "relying, either in whole or in part" and "Your defense of this action." Under SNMP's definitions, "You" and "Your" are defined to include, *inter alia*, Broadcom and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of more than one fact and is therefore impossible to answer. Brocade further objects to this Request as prematurely seeking Brocade's contentions and defenses because neither Broadcom nor Brocade has filed an answer in this case and the breach of contract claim is subject to a pending motion to dismiss. Brocade's investigation of Plaintiffs' claims and discovery related thereto is ongoing.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Broadcom and third parties. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

**REQUEST FOR ADMISSION NO. 68**:

Admit that You are not relying, either in whole or in part, on the License Agreement as part of Your defense of this action.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 68**:

Brocade incorporates its original objections to this Request served on January 25, 2021 and supplements as follows: In addition to the Preliminary Statement and General Objections, which are incorporated herein by this reference, Brocade objects to this Request because it seeks a legal conclusion. Any response of Brocade to this Request is not intended to be, and shall not be construed as, an admission that any factual or legal predicate stated in the Request is accurate. Brocade further objects to this Request as vague, ambiguous, compound, and overbroad, particularly as to SNMP's definition of "You" and "Your," and the vague and undefined terms "relying, either in whole or in part" and "Your defense of this action." Under SNMP's definitions, "You" and "Your" are defined to include, *inter alia*, Broadcom and all other affiliated entities. Under SNMP's definitions, this Request seeks the admission of more than one fact and is therefore impossible to answer. Brocade further objects to this Request as prematurely seeking Brocade's contentions and defenses because neither Broadcom nor Brocade has filed an answer in this case and the breach of contract claim is subject to a pending motion to dismiss. Broadcom's investigation of Plaintiffs' claims and discovery related thereto is ongoing.

Brocade further objects to this Request to the extent it requires the disclosure of confidential and proprietary information of Broadcom and third parties. Brocade further objects to this Request as this jurisdiction is an improper venue for this action.

Brocade objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure.

Dated:  October 4, 2021          HUESTON HENNIGAN LLP


                              By: _/s/ Alison Plessman_____
                                   Alison Plessman
                                   Attorneys for Defendants
                                   Broadcom Inc.
                                   Brocade Communications Systems LLC

6028056

1                                       **PROOF OF SERVICE**

2        I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 523 West

3 6th Street, Suite 400, Los Angeles, CA 90014.

4        On October 4, 2021, I served the foregoing document(s) described as:

5 **BROCADE COMMMUNICATIONS SYSTEMS LLC'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SNMP RESEARCH, INC.'S FIRST SET OF**

6 **REQUESTS FOR ADMISSION**

7 on the interested parties in this action as stated below:

8 John L. Wood, Esq.                   Morgan Chu
  Cheryl G. Rice, Esq.              David Nimmer

9 Rameen J. Nasrollahi,             A. Matthew Ashley
  EGERTON, McAFEE, ARMISTEAD    IRELL & MANELLA LLP

10 & DAVIS, P.C.                   1800 Avenue of the Stars, Suite 900
  900 S. Gay Street, Suite 1400      Los Angeles, California 90067-4276

11 P.O. Box 2047                   mchu@irell.com
  Knoxville, TN 37902          dnimmer@irell.com

12 jwood@emlaw.com              mashley@irell.com
  crice@emlaw.com

13 rnasrollahi@emlaw.com

14
     ☒    (BY E-MAIL) By transmitting the documents listed above to the e-mail

15            addresses set forth above.

16        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office

17 of a member of the bar of this Court at whose direction the service was made.

18        Executed on October 4, 2021, at Los Angeles, California.

19
20          Debi Del Grande              *Debi Del Grande*
         (Type or print name)            (Signature)

21
22
23
24
25
26
27
28

- 1 -