**Exhibit K (Placeholder For Document Sought To Be Sealed)**