**Exhibit L (Placeholder For Document Sought To Be Sealed)**