**Exhibit M (Placeholder For Document Sought To Be Sealed)**