**Exhibit N to the Declaration of Olivia Weber**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | Case No. 3:20-cv-00451 |
| Plaintiffs, | |
| v. | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. | |
| Defendants. | |

---

**BROCADE COMMUNICATIONS SYSTEMS LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SNMP RESEARCH, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION**

---

Defendant Brocade Communications Systems LLC ("Brocade"), by and through its attorneys, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby provides supplemental responses and objections to Plaintiff SNMP Research, Inc. ("SNMP") First Set of Requests for Production ("Request," "Requests," or "RFPs"), served on December 26, 2020.

## PRELIMINARY STATEMENT

1.     Brocade's investigation and development of all facts and circumstances relating to this action is ongoing.  These responses and objections are made without prejudice to, and are not a waiver of, Brocade's right to rely on other facts or documents at trial.  These responses and objections, while based on diligent inquiry and investigation by Brocade, necessarily reflect only

6184472

the current state of Brocade's knowledge, understanding and belief based upon the information reasonably available to Brocade at this time. Thus, Brocade expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses as new information is learned.

2.      By making the accompanying responses and objections to SNMP's Requests, Brocade does not waive, and hereby expressly reserves, its right to assert any and all defenses, including that the Court lacks personal jurisdiction over Broadcom and venue is improper. Brocade serves these responses and objections in reliance on prior representations made by counsel for Plaintiffs that they will not argue that such responses and objections constitute a waiver of any such defenses. Moreover, these responses and objections are served pursuant to the Court's June 25, 2021 ruling, which specified that "Defendants' participation in discovery while their motions to dismiss are pending (including propounding their own discovery) or the entry of a protective order will not be construed as a waiver of their personal jurisdiction or improper venue defenses." ECF No. 75 at 16-17. By making the accompanying responses and objections to Plaintiffs' Requests, Brocade does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Brocade makes the responses and objections herein without in any way implying that it considers the Requests or responses thereto to be relevant or material to the subject matter of this action.

3.      Brocade's responses are amended to conform to Judge Poplin's April 22, 2022 Memorandum and Order on Plaintiffs' Motion to Compel ("April 22, 2022 Order"), as Brocade reasonably understands it. However, although making such amendments, Brocade reserves its

right to challenge the April 22, 2022 Order as may be permissible by law or applicable rules and/or to seek further relief or clarification as needed.

4. Per the April 22, 2022 Order, Brocade is limiting its discovery responses to Brocade Communications Systems LLC and Broadcom, Inc. Brocade understands from Plaintiffs that software provided by Plaintiffs pursuant to other license agreements with Broadcom Corporation and CA, Inc.—two Broadcom, Inc. affiliates—is excluded from their discovery requests as those license agreements are not the subject of their Complaint. Moreover, no other affiliate of Broadcom, Inc. or Brocade Communications Systems LLC (more than 150 entities identified in organization charts produced to Plaintiffs) is relevant to this action as they are not parties to this action, there is no allegation pertaining to them in the Complaint, and the subject matter of the Complaint concerns a license agreement between Brocade and SNMP Research International, Inc. and Brocade's divestiture to Extreme Networks.

5. Brocade responds to each Request as it reasonably interprets and understands the Request. If SNMP subsequently asserts an interpretation of any Request that differs from Brocade's understanding, Brocade reserves the right to supplement its responses and objections thereto.

6. Based on Plaintiffs' explanations regarding the meaning of "Partner Products" in their Motion to Compel and the parties' meet and confer discussions, where applicable, Brocade will construe the term "Partner Products" to refer to "the products identified in Paragraph 64 sold under other [third-party] brands." (Motion to Compel at p. 16; *see also* Weber 7/20/21 email (defining "Partner Products" as products that "Brocade ships…through other OEMs under that OEM's brand.").

7.      Plaintiffs allege the works listed in Table 1 of their Complaint (ECF No. 1 at 7) are subject to copyright protection and were registered with the United States Copyright Office.  These works, as well as the software version allegedly provided to Brocade under the License Agreement at issue, were not made available by Plaintiffs for review until April 22, 2022, and are still being reviewed and analyzed by experts retained by the parties in this case. As of today, Brocade does not know the contents of those works or the similarities and differences among them.  Thus, as indicated above, Brocade reserves the right to supplement, clarify, revise, or correct any or all of the responses as new information is learned regarding Plaintiffs' allegedly copyrighted works.

8.      The term "License Agreement" means the license agreement, as amended, attached as Exhibit A to Plaintiffs' Complaint.

9.      These responses do not include information prior to 2017, as Brocade understands Plaintiffs are not seeking information prior to 2017.

10.      In its responses to the discovery requests below, Brocade provides dates on which it anticipates it will substantially complete its production of documents responsive to each request. To the extent Brocade discovers responsive documents after those dates, however, it reserves its right to supplement its productions and responses.  Brocade anticipates that it will provide a substantially complete privilege log by July 15, 2022.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

## REQUEST FOR PRODUCTION NO. 1:

All Documents Relating to SNMP Research's Interrogatory number 1, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has made substantial productions relating to the products listed in response to Interrogatory No. 1, including but not limited to release notes, licensing guides, administrative guides, MIB reference manuals, reference manuals, and configuration guides for the versions of FOS incorporated into the products listed in response to Interrogatory No. 1, as well as general

- 5 -

ledger transactions and financial documents, source code, make files, etc. Many responsive documents are also publicly available: *See, e.g.*, https://www.broadcom.com/products/fibre-channel-networking; https://www.fujitsu.com/global/products/computing/switches/ (this and other websites of Brocade's OEMs). Brocade will continue to produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 2**:

All Documents Relating to SNMP Research's Interrogatory number 2, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or

- 6 -

protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has made substantial productions relating to the products identified in response to Interrogatory No. 2 (same as products in Interrogatory No. 1), including but not limited to release notes, licensing guides, administrative guides, MIB reference manuals, reference manuals, and configuration guides for the versions of FOS incorporated into the products listed in response to Interrogatory No. 1, as well as general ledger transactions and financial documents, source code, make files, etc. Brocade will continue to produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 3**:

All Documents Relating to SNMP Research's Interrogatory number 3, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has made substantial productions responsive to this Request, including Exhibit A attached to the Interrogatory responses (Brocade Software Release Support and Posting Matrices, Reference Manual, Version 2.8, March 18, 2022) (showing dates each release was first posted and made available to entitled Brocade customers) and "Release Notes" for FOS releases

dating back to before January 1, 2017, which list the products compatible with the release. Moreover, pursuant to Judge Poplin's order on March 28, 2022, Brocade has provided FOS source code versions going back to January 1, 2017 for inspection, and voluntarily provided corresponding binary files as well. The manifests accompanying the source code and binary code production further identify the source code and binary files produced by file name and file path. Additional identifying information regarding FOS is also publicly available and can be found at www.broadcom.com. Brocade has also made available for inspection a hard copy box containing various disks and manuals that Plaintiffs provided Brocade. Brocade will continue to produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipate that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 4**:

All Documents Relating to SNMP Research's Interrogatory number 4, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this

jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade identified the individuals responsive to Interrogatory No. 4 in its response to Interrogatory No. 4. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 5**:

All Documents Relating to SNMP Research's Interrogatory number 5, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, Brocade is producing documents it believes will substantially complete its production for this request. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in

the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 6**:

      All Documents Relating to SNMP Research's Interrogatory number 6, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6**:

      Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the

responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, Brocade is producing documents it believes will substantially complete its production for this request. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or

Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 7**:

All Documents Relating to SNMP Research's Interrogatory number 7, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

6184472

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade answered Interrogatory No. 7 but is not aware of non-privileged documents responsive to this Request for Production. If non-privileged responsive documents are discovered, Brocade will produce them promptly. Brocade anticipates that it will substantially complete its production, if it hasn't already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 8**:

All Documents Relating to SNMP Research's Interrogatory number 8, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any

information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of non-privileged documents responsive to this request. If non-privileged responsive documents are discovered, Brocade will produce them promptly. Brocade anticipates that it will substantially complete its production, if it hasn't already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 9**:

All Documents Relating to SNMP Research's Interrogatory number 9, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this

jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, Brocade is producing documents it believes will substantially complete its production for this request. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade is continuing

to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022.   If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 10**:

All Documents Relating to SNMP Research's Interrogatory number 10, and Your answers and responses to the same.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products.  Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection.   Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. As indicated in its response to Interrogatory No. 10, Brocade does not track or possess this information, and likewise does not possess documents responsive to this request for production. However, concurrent with serving these discovery responses, Brocade is producing general ledger and subledger transactions reflecting Brocade's product revenue history. If non-privileged responsive documents are discovered, Brocade will produce them promptly. Brocade anticipates that it will substantially complete its production, if it hasn't already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 11**:

All Documents Relating to SNMP Research's Interrogatory number 11, and Your answers and responses to the same.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or

6184472

protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has produced the Asset Purchase Agreement with Extreme as well as other divestiture agreements. Documents related to the divestiture are also available online on www.sec.gov (search for Extreme Networks). Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 12**:

All Documents Relating to SNMP Research's Interrogatory number 12, and Your answers and responses to the same.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the

Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 13**:

All Documents Relating to SNMP Research's Interrogatory number 13, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of

Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom, Inc. No contracts were identified in response to Interrogatory number 13.


**REQUEST FOR PRODUCTION NO. 14**:

All Documents Relating to SNMP Research's Interrogatory number 14, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade

is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has responded to this Interrogatory and produced divestiture-related agreements with Extreme. Divestiture-related materials are also publicly available online (www.sec.gov, search for Extreme Networks). Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 15**:

All Documents Relating to SNMP Research's Interrogatory number 15, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom, Inc. Brocade explains Broadcom Inc.'s status as a holding company and the relevant sequence of events in response to the Interrogatory. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's

possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production, if it as not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 16**:

All Documents Relating to SNMP Research's Interrogatory number 16, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom, Inc. Brocade does not possess non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 17**:

All Documents Relating to SNMP Research's Interrogatory number 17, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged documents).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom, Inc. Brocade does not possess non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 18**:

All Documents Relating to SNMP Research's Interrogatory number 18, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 18**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom, Inc. Brocade does not possess non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 19**:

All Documents Relating to SNMP Research's Interrogatory number 19, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom, Inc. Brocade does not possess non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 20**:

All Documents Relating to SNMP Research's Interrogatory number 20, and Your answers and responses to the same.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 20**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional

right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade does not possess non-privileged documents responsive to this request.

## REQUEST FOR PRODUCTION NO. 21:

All Documents Relating to SNMP Research's Interrogatory number 21, and Your answers and responses to the same.

## SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade does not track this information and therefore does not possess non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 22**:

All user guides, manuals, or other instructional Documents relating to the Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any

information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has made substantial productions responsive to this request, including but not limited to release notes, licensing guides, administrative guides, MIB reference manuals, reference manuals, and configuration guides for the versions of FOS incorporated into the products listed in response to Interrogatory No. 1, as well as general ledger transactions and financial documents, source code, make files, etc. Many responsive documents are also publicly available: *See,* *e.g.*, https://www.broadcom.com/products/fibre-channel-networking; https://www.fujitsu.com/global/products/computing/switches/ (this and other websites of Brocade's OEMs). Brocade will continue to produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 23**:

All versions of software and firmware produced, used, distributed, or otherwise created for the Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC. Pursuant to the April 22, 2022 Order, Brocade has made available for inspection the source code for versions of FOS released after January 1, 2017.

**REQUEST FOR PRODUCTION NO. 24**:

All Documents detailing release dates, technical details, downloads, distribution and use of each version for the Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has made substantial productions responsive to this request, including but not limited to release notes, licensing guides, administrative guides, MIB reference manuals, reference manuals, and configuration guides for the versions of FOS incorporated into the products listed in response to Interrogatory No. 1, as well as source code, make files, etc. Many responsive documents are also publicly available: *See, e.g.*, https://www.broadcom.com/products/fibre-channel-networking; https://www.fujitsu.com/global/products/computing/switches/ (this and other websites of Brocade's OEMs). Brocade will continue to produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production, if it hasn't already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 25**:

All install images for all versions of each Product, for each software or firmware version, Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the

Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has produced responsive install images.


**REQUEST FOR PRODUCTION NO. 26**:

All Source Code, including all versions, for each Product Identified in response to Interrogatory numbers 1 and 2.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade

is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Pursuant to the April 22, 2022 Order, Brocade has made available for inspection the source code for versions of FOS released after January 1, 2017.

**REQUEST FOR PRODUCTION NO. 27**:

A copy of all Source Code, authored in whole or in part by SNMP Research, for each release of each Product Identified in response to Interrogatory numbers 1 and 2. Notwithstanding the production form set forth in Instruction number 2, this copy shall be produced in a secure manner (e.g., on an encrypted hard drive) in its native form, and in a file structure and format that mirrors the file structure and format as maintained by You in the ordinary course of business.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Pursuant to the April 22, 2022 Order, Brocade has made available for inspection the source code for versions of FOS released after January 1, 2017.

6184472

**REQUEST FOR PRODUCTION NO. 28**:

The build environment along with instructions for building each Product for all Source Code produced in response to these requests for production.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 28**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade anticipates that it will substantially complete its production of non-

privileged documents responsive to this request by May 20, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 29**:

All Communications concerning actual or potential use of SNMP Research Software in Brocade Products.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with these discovery responses, Brocade is producing substantially all communications with Plaintiffs after January 1, 2017. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 30**:

All Communications concerning the actual or potential removal of SNMP Research Software from Brocade Products.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 30**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or

protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 31**:

All Communications concerning the actual or potential infringement by Brocade of SNMP Research Software.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the

- 42 -

Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with these discovery responses, Brocade has substantially completed its production of communications responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production, if it hasn't already done so, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

6184472

**REQUEST FOR PRODUCTION NO. 32**:

All Communications concerning SNMP Research or the SNMP Research Software.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with these discovery response, Brocade is producing non-privileged documents responsive to this request. Brocade will produce any additional non-privileged

documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 33**:

All Communications between Brocade and any third party concerning SNMP Research, the SNMP Research Software, or this litigation.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 33**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

6184472

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 34**:

All internal Communications at Brocade that Relate to any Communication received by SNMP Research concerning breach of the License Agreement or alleged acts of infringement.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 34**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any

6184472

information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with these discovery responses, Brocade will substantially complete its production of non-privileged documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production, if it hasn't already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 35**:

All Documents reflecting the results of any searches of Brocade software for SNMP Research Software in Brocade Products, the protocols behind such searches, all findings and analysis, and all Communications concerning same.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. If non-privileged, responsive documents are discovered, Brocade will substantially complete its production by June 13 and supplement its production if non-privileged documents are discovered thereafter.

**REQUEST FOR PRODUCTION NO. 36**:

All Documents Relating to revenue information for each and every Product Identified in response to Interrogatory numbers 1 and 2 dating from the year 2017 and continuing to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC. Concurrent with the service of these discovery responses, Brocade is producing documents it believes will substantially complete its production for this request. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade will also provide a compilation of this information. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 37**:

All Documents Relating to profit and loss analysis for all Products Identified in response to Interrogatory numbers 1 and 2 dating from the year 2017 and continuing to the present.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, Brocade is producing documents it believes will substantially complete its production for this request. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw

extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e*., the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade will also provide a compilation of this information. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

## REQUEST FOR PRODUCTION NO. 38:

All Documents concerning any analysis, discussion, or Communication about whether SNMP Research Software may be contained or used in any Brocade Product under the License Agreement or otherwise.

## SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of

Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. If any are discovered, Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 39**:

Brocade's Document retention policy.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, non-privileged documents responsive to this request will be produced and the production will be substantially complete. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 40**:

All Documents Relating to the destruction of Documents within Brocade that may be relevant to the claims of SNMP Research.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 40**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. If any are discovered, Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not

already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 41**:

A copy of Your organization and governing Documents, including but not limited to any operating agreement and amendments to it.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 41**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, Brocade will substantially complete its production of non-privileged documents responsive to this request. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

## REQUEST FOR PRODUCTION NO. 42:

Copies of Your organizational and governing Documents, including but not limited to any operating agreement(s) or amendment(s) from October 1, 2017 to the present.

## SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional

right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with the service of these discovery responses, Brocade will substantially complete its production of non-privileged documents responsive to this request. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 43**:

Your financial statements, including but not limited to any balance sheets, income statements, or similar Documents, from October 1, 2017 to the present.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 43**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this

Case 3:20-cv-00451-CEA-DCP   Document 151-15   Filed 07/19/22   Page 59 of 131   PageID #: 6184
6184472

objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade

will also provide a compilation of this information. And financial documents for Broadcom Inc., Brocade's parent company, have been produced. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 44**:

All advertising materials, marketing materials, brochures, or pamphlets, and other such Documents of any kind concerning and discussing the use of SNMP Research Software in Brocade Products or Partner Products.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 44**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production. Many documents regarding Brocade's products and partner products are also publicly available: *See, e.g.*, https://www.broadcom.com/products/fibre-channel-networking; https://www.fujitsu.com/global/products/computing/switches/ (this and other websites of Brocade's OEMs).

**REQUEST FOR PRODUCTION NO. 45**:

All Documents containing financial analysis of the benefit of use of SNMP Research Software in any Brocade Product.

6184472

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 45**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. If any are discovered, Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it

will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 46**:

All financial Documents Relating to Brocade's profits and losses from October 1, 2017 continuing to the present.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 46**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

6184472

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade will also provide a compilation of this information. And financial documents for Broadcom Inc., Brocade's parent company, have been produced. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 47**:

6184472

All financial Documents reflecting Your current assets, liabilities, and income.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 47**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the

6184472

Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (*i.e.*, the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade will also provide a compilation of this information. And financial documents for Broadcom Inc., Brocade's parent company, have been produced. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 48**:

A copy of each and every Document which has an agreement for Brocade Products that contain SNMP Research Software under which Brocade placed Source Code into escrow and all Documents that show the customers to which those agreements Relate.

6184472

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 48**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. If any are discovered, Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

6184472

**REQUEST FOR PRODUCTION NO. 49**:

All distribution Documents sufficient to show the number of Products Identified in response to Interrogatory numbers 1 and 2 distributed, transferred, or otherwise disclosed to third parties, including the name of the party to whom the Product was distributed, by quarter, dating from January 1, 2017 to the present.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 49**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is producing slide decks showing Brocade P/Ls going back to 2017. These slide decks do not include Sales, Finance, and all other General & Administrative costs. Brocade is also producing a raw extract of all general ledger transactions for Brocade products from the Oracle General Ledger ("OPROD Report") for fiscal periods beginning Q3'18-Q2'22 (i.e., the fiscal periods available in the ledger for Brocade product revenue history). Finally, Brocade is producing an Oracle Business Intelligence Report (aka Incorta) showing Brocade product revenue history for FY18Q3-FY22Q2 (BI Subledger Detail) 051322.xlsx. This report expands on the OPROD Report by aggregating additional data from the Oracle Sub-Ledgers, including attributes such as Customer, Product Hierarchy, etc., In essence, it provides enhanced detail to OPROD, but still has the same transactions and totals. Brocade product revenue history is not available in the General Ledger or Subledgers for the period January 1, 2017 through March 4, 2018, although the P/L slide decks mentioned above do provide higher level information going back to 2017. Brocade will also provide a compilation of this information. Brocade is continuing to search for additional product revenue history for the period Jan. 1, 2017 through March 4, 2018 that may have been archived, and will produce non-privileged information promptly if it is located after a reasonably diligent search. Brocade anticipates that it will substantially complete its production, if it has not already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

6184472

**REQUEST FOR PRODUCTION NO. 50**:

All Documents Relating to any attempt by Brocade to cure breach(es) of the License Agreement.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 50**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Concurrent with service of these discovery responses, Brocade will produce

substantially all non-privileged documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production, if it hasn't already, by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 51**:

All Documents Relating to the disclosure, licensing, sale, or transfer of SNMP Software to Extreme.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 51**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production. Agreements relating to the Extreme divestiture have already been produced and additional documentation is publicly available online (www.sec.gov, Extreme Networks).

**REQUEST FOR PRODUCTION NO. 52**:

All Documents that compute or discuss the value of the assets in the disclosure, licensing, sale, and/or transfer from Brocade to Extreme ("Extreme Sale"), including but not limited to computations or discussions of purchase price allocation.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 52**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the

responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 53**:

All Source Code disclosed, licensed, sold, transferred, or otherwise provided to Extreme as a part of the Extreme Sale.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 53**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has produced the source code required by the Court to be produced on April 22, 2022.

**REQUEST FOR PRODUCTION NO. 54**:

All Documents and things that Brocade may seek to use at trial in this action.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 54**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already

- 75 -

6184472

been produced, and are located after a reasonably diligent search. Brocade has not yet determined what documents it will rely on at trial, but anticipates substantially completing its production by the close of discovery. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production. Brocade does not, however, waive any right to rely on documents in this case that were not produced or that were not responsive to these Requests.

**REQUEST FOR PRODUCTION NO. 55**:

All Documents Relating to Broadcom Inc. sharing, either directly or indirectly, in the revenues, profits, or losses from the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software that was/is in the possession of Brocade to Extreme.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 55**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged

communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. Broadcom, Inc. did not exist at the time of the divestiture and thus did not receive payments for any purported transfer of SNMP Research Software. Broadcom, Inc.'s predecessor, Broadcom Limited, closed its acquisition of Brocade Communications Systems, Inc. after Extreme Networks, Inc. acquired Brocade Communications Systems, Inc.'s data center switching, routing and analytics business. The extent of Broadcom Limited's involvement in the divestiture is detailed in publicly available documents available on the SEC's website and produced by Brocade in this litigation. Broadcom Inc.'s financial statements have also been produced, although they are not responsive to this request for the reasons described above. Broadcom Inc. is a holding company and Brocade is its subsidiary.

**REQUEST FOR PRODUCTION NO. 56**:

All Documents Relating to Broadcom Inc.'s financial interest in the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software that was/is in the possession of Brocade Extreme.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade is not aware of any non-privileged documents responsive to this request. Broadcom, Inc. did not exist at the time of the divestiture and thus did not receive payments for the transfer of SNMP Research Software. Broadcom, Inc.'s predecessor, Broadcom

Limited, closed its acquisition of Brocade Communications Systems, Inc. after Extreme Networks, Inc. acquired Brocade Communications Systems, Inc.'s data center switching, routing and analytics business. The extent of Broadcom Limited's involvement in the divestiture is detailed in publicly available documents available on the SEC's Web site and produced by Brocade in this litigation. Broadcom Inc.'s financial statements have also been produced, although they are not responsive to this request for the reasons described above. Broadcom Inc. is a holding company and Brocade is its subsidiary.

**REQUEST FOR PRODUCTION NO. 57**:

All Documents Relating to Broadcom Inc.'s involvement, direct or indirect, in the transfer (by disclosure, license, sale, or otherwise) of SNMP Research Software that was/is in the possession of Brocade to Extreme.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 57**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Broadcom, Inc. did not exist at the time of the divestiture and thus did not receive payments for the transfer of SNMP Research Software. Broadcom, Inc.'s predecessor, Broadcom Limited, closed its acquisition of Brocade Communications Systems, Inc. after Extreme Networks, Inc. acquired Brocade Communications Systems, Inc.'s data center switching, routing and analytics business. The extent of Broadcom Limited's involvement in the divestiture is detailed in publicly available documents available on the SEC's Web site and produced by Brocade in this litigation. Broadcom Inc.'s financial statements have also been produced, although they are not responsive to this request for the reasons described above. Broadcom Inc. is a holding company and Brocade is its subsidiary. If discovered, Brocade will substantially complete its production of non-privileged documents responsive to this request by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 58**:

All Documents Relating to any agreements between Brocade and Extreme from January 1, 2017 to present, including without limitation any agreements Relating to Extreme's acquisition and/or purchase of assets from Brocade.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 58**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC.  Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022.  If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 59**:

All Documents Relating to the March 29, 2017 "Purchase Agreement" with Extreme.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 59**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products.  Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection.  Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 60**:

All Documents Relating to the October 3, 2017 "Consent Agreement" with Extreme.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 60**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any

information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 61**:

All Documents constituting the October 3, 2017 "Consent Agreement" with Extreme, including any amendments to it.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 61**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of

Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has produced documents constituting the October 3, 2017 "Consent Agreement" with Extreme. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

6184472

**REQUEST FOR PRODUCTION NO. 62**:

All Documents Relating to the "Separate Sale Agreement" between Extreme and Brocade, as referenced in the October 3, 2017 "Consent Agreement."

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 62**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC. Brocade has already produced documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 63**:

All Documents constituting the "Separate Sale Agreement" between Extreme and Brocade (as referenced in the October 3, 2017 "Consent Agreement"), including any amendments to it.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 63**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced documents constituting the "Separate Sale Agreement" between Extreme and Brocade (as referenced in the October 3, 2017 "Consent Agreement"). Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 64**:

All Documents Relating to the "Release" Identified in the October 3, 2017 "Consent Agreement."

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 64**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this

jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 65**:

All Documents constituting the "Release" Identified in the October 3, 2017 "Consent Agreement," including any amendments to it.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 65**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially

complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 66**:

All Documents Relating to the "Consent Payment" Identified in the October 3, 2017 "Consent Agreement."

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 66**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced documents responsive to this request. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 67**:

All Documents constituting the "Consent Payment" Identified in the October 3, 2017 "Consent Agreement," including any amendments to it.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 67**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 68**:

All Documents from January 1, 2017 to present Relating to Extreme's acquisition and/or purchase of assets from Brocade as contemplated in the Extreme Sale.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 68**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the

responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has already produced numerous documents responsive to this request and many are publicly available on the SEC's website. Brocade will produce any additional non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 69**:

All Documents Relating to Broadcom Inc.'s sharing, either directly or indirectly, in the revenues, profits, and/or losses from Brocades' development, production, servicing, sale, and/or distribution of the Products Identified in response to Interrogatory numbers 1 and 2.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 69**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade is not aware of any non-privileged documents responsive to this request. To the extent Plaintiffs contend Broadcom Inc. shares in profits as Brocade's parent company, Brocade disagrees but Broadcom Inc.'s financial statements have been produced. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 70**:

ll[sic] Documents Relating to Broadcom Inc.'s financial interest in Brocade's sale, development, production, servicing, distribution, and/or creation of the Products Identified in response to Interrogatory numbers 1 and 2.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 70**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any

information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade is not aware of any non-privileged documents responsive to this request. To the extent Plaintiffs contend Broadcom Inc. shares in profits as Brocade's parent company, Brocade disagrees but Broadcom Inc.'s financial statements have been produced. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 71**:

All Documents Relating to Broadcom Inc.'s involvement, direct or indirect, in Brocade's development, production, servicing, sale, and/or distribution of the Products Identified in response to Interrogatory numbers 1 and 2.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 71**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade does not possess documents responsive to this request. Broadcom Inc. is a holding company and is not involved in the sale, production, disclosure, transfer, licensing, distribution, and/or creation of the Products listed in response to Interrogatory numbers 1 and 2.

**REQUEST FOR PRODUCTION NO. 72**:

All Documents Relating to Broadcom Inc.'s involvement, direct or indirect, with Brocade's development, production, servicing, sale, and/or distribution of Derivative Works with respect to SNMP Research Software.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 72**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade does not possess documents responsive to this request. Broadcom Inc. is a holding company and is not involved in the development, production, servicing, sale, and/or distribution of Derivative Works with respect to SNMP Research Software.


**REQUEST FOR PRODUCTION NO. 73**:

All Communications with Broadcom Inc. relating to the License Agreement.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 73**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade is not aware of any non-privileged communications responsive to this request. If any are discovered, Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 74**:

All Documents Relating to Broadcom Inc.'s efforts, either directly or indirectly, to develop, produce, sell, service, distribute, advertise, and/or market nationwide any Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 74**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of

Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade does not possess any non-privileged documents responsive to this request. Broadcom Inc. is a holding company and did not develop, produce, sell, service, distribute, advertise, and/or market nationwide any Products Identified in response to Interrogatory number 1.

**REQUEST FOR PRODUCTION NO. 75**:

All Documents Relating to Broadcom Inc.'s efforts, either directly or indirectly, to develop, produce, sell, service, distribute, advertise, and/or market in Tennessee any Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 75**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade does not possess any non-privileged documents responsive to this request. Broadcom Inc. is a holding company and did not develop, produce, sell, service, distribute, advertise, and/or market in Tennessee any Products Identified in response to Interrogatory number 1.

**REQUEST FOR PRODUCTION NO. 76**:

All Documents Relating to Broadcom Inc.'s efforts, either directly or indirectly, to develop, produce, sell, service, distribute, advertise, and/or market in the area encompassing all or part of Tennessee's East Grand Division any Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 76**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its

possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade does not possess any non-privileged documents responsive to this request. Broadcom Inc. is a holding company and did not develop, produce, sell, service, distribute, advertise, and/or market in the area encompassing all or part of Tennessee's East Grand Division any Products Identified in response to Interrogatory number 1.

**REQUEST FOR PRODUCTION NO. 77**:

All Documents Relating to Broadcom Inc.'s awareness of the sale, marketing, advertising, servicing, or distribution in the area encompassing all or part of Tennessee's East Grand Division any Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 77**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this

objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC and "Broadcom" to mean only the specific entity named as a defendant in this action, Broadcom Inc. Brocade does not possess any non-privileged documents responsive to this request. Broadcom Inc. is a holding company and is not aware of the sale, marketing, advertising, servicing, or distribution in the area encompassing all or part of Tennessee's East Grand Division any Products Identified in response to Interrogatory number 1.


**REQUEST FOR PRODUCTION NO. 78**:

All Documents Relating to any Products Identified in response to Interrogatory number 1 that were sold, marketed, advertised, and/or distributed in Tennessee.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 78**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of

Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 79**:

All Documents Relating to any Products Identified in response to Interrogatory number 1 that were sold, marketed, advertised, and/or distributed in the area encompassing all or part of Tennessee's East Grand Division.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 79**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

6184472

Systems LLC.  Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022.  If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 80**:

All Documents Relating to any Products Identified in response to Interrogatory number 1 that were sold, transferred, or provided to the University of Tennessee at Knoxville, including its contractors.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 80**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products.  Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary.  Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection.  Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged

communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 81**:

All Documents Relating to any Products Identified in response to Interrogatory number 1 that were sold, transferred, or provided to Blue Cross Blue Shield of Tennessee, including its contractors.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 81**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this

jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 82**:

All Documents Relating to any Products Identified in response to Interrogatory number 1 that were sold, transferred, or provided to Oak Ridge National Laboratory (ORNL) or Y12 National Security Complex, including its contractors.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 82**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will

substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 83**:

All Documents Relating to Brocade's distributors or partners in Tennessee which at any time have sold, marketed, advertised, and/or distributed Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 83**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

6184472

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 84**:

All Documents Relating to Brocade's distributors or partners in the area encompassing all or part of Tennessee's East Grand Division which at any time have sold, marketed, advertised, and/or distributed Products Identified in response to Interrogatory number 1.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 84**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product

doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.


**REQUEST FOR PRODUCTION NO. 85**:

All Documents Relating to the "Consummation of the Merger" Identified at page 8 of Brocade Communications Systems, Inc.'s 2017 Form 10-Q for the quarterly period ended July 29, 2017.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 85**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the

Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by June 13, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 86**:

Documents sufficient to Identify the Persons involved in the management of Brocade Communications Systems LLC.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 86**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source code and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade will produce non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will

substantially complete its production by June 13, 2022.  If responsive documents are discovered

after that date, Brocade reserves its right to supplement its production.

Case 3:20-cv-00451-CEA-DCP   Document 151-15   Filed 07/19/22   Page 119 of 131   PageID
#: 6244
6184472

Dated: May 13, 2022                      HUESTON HENNIGAN LLP

By: _____*/s/ Alison Plessman*_____
              Alison Plessman
              Attorneys for Defendants
              Broadcom Inc.
              Brocade Communications Systems LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 W. 6th Street, Suite 400, Los Angeles, CA 90014.

On May 13, 2022, I served the foregoing document(s) described as:

**BROCADE COMMUNICATIONS SYSTEMS LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SNMP RESEARCH, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION**

on the interested parties in this action as stated below:

John L. Wood, Esq.
Cheryl G. Rice, Esq.
Rameen J. Nasrollahi,
EGERTON, McAFEE, ARMISTEAD
& DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu
David Nimmer
A. Matthew Ashley
Olivia Weber
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for SNMP Research, Inc. and SNMP International. Inc.*

John M. Neukom
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
jneukom@debevoise.com

Leslie A. Demers
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Leslie.demers@skadden.com

*Attorneys for Extreme Networks, Inc*

[X]  (BY E-MAIL) By transmitting the documents listed above to the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 13, 2022, at Los Angeles, California.

| | |
|---|---|
| Debi Del Grande | *Debi Del Grande* |
| (Type or print name) | (Signature) |

- 1 -

6054945

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

## AT KNOXVILLE

SNMP RESEARCH, INC. and SNMP
RESEARCH INTERNATIONAL, INC.,

       Plaintiffs,

v.

BROADCOM INC.; BROCADE
COMMUNICATIONS SYSTEMS LLC; and
EXTREME NETWORKS, INC.

       Defendants.

Case No. 3:20-cv-00451

---

**BROCADE COMMUNICATIONS SYSTEMS LLC'S SECOND SUPPLEMENTAL
RESPONSES AND OBJECTIONS TO SNMP RESEARCH, INC.'S SECOND SET OF
REQUESTS FOR PRODUCTION**

---

Defendant Brocade Communications Systems LLC ("Brocade"), by and through its

attorneys, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby provides its

first supplemental objections and responses to Plaintiff SNMP Research, Inc. ("SNMP") Second

Set of Requests for Production ("Request," "Requests," or "RFPs"), served on January 29, 2021.

## PRELIMINARY STATEMENT

1.      Brocade's investigation and development of all facts and circumstances relating to

this action is ongoing. These responses and objections are made without prejudice to, and are not

a waiver of, Brocade's right to rely on other facts or documents at trial. These responses and

objections, while based on diligent inquiry and investigation by Brocade, necessarily reflect only

the current state of Brocade's knowledge, understanding and belief based upon the information reasonably available to Brocade at this time. Thus, Brocade expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses as new information is learned.

2. By making the accompanying responses and objections to SNMP's Requests, Brocade does not waive, and hereby expressly reserves, its right to assert any and all defenses, including that the Court lacks personal jurisdiction over Broadcom and venue is improper. Brocade serves these responses and objections in reliance on prior representations made by counsel for Plaintiffs that they will not argue that such responses and objections constitute a waiver of any such defenses. Moreover, these responses and objections are served pursuant to the Court's June 25, 2021 ruling, which specified that "Defendants' participation in discovery while their motions to dismiss are pending (including propounding their own discovery) or the entry of a protective order will not be construed as a waiver of their personal jurisdiction or improper venue defenses." ECF No. 75 at 16-17. By making the accompanying responses and objections to Plaintiffs' Requests, Brocade does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Brocade makes the responses and objections herein without in any way implying that it considers the Requests or responses thereto to be relevant or material to the subject matter of this action.

3. Brocade's responses are amended to conform to Judge Poplin's April 22, 2022 Memorandum and Order on Plaintiffs' Motion to Compel ("April 22, 2022 Order"), as Brocade reasonably understands it. However, by making such amendments, Brocade reserves its right to

challenge the April 22, 2022 Order as may be permissible by law or applicable rules and/or to seek further relief or clarification as needed.

4.　　Per the April 22, 2022 Order, Brocade is limiting its discovery responses to Brocade Communications Systems LLC and Broadcom, Inc. Brocade understands from Plaintiffs that software provided by Plaintiffs pursuant to other license agreements with Broadcom Corporation and CA, Inc.—two Broadcom, Inc. affiliates—is excluded from their discovery requests as those license agreements are not the subject of their Complaint. Moreover, no other affiliate of Broadcom, Inc. or Brocade Communications Systems LLC (more than 150 entities identified in organization charts produced to Plaintiffs) is relevant to this action as they are not parties to this action, there is no allegation pertaining to them in the Complaint, and the subject matter of the Complaint concerns a license agreement between Brocade and SNMP Research International, Inc. and Brocade's divestiture to Extreme Networks.

5.　　Brocade responds to each Request as it reasonably interprets and understands the Request. If SNMP subsequently asserts an interpretation of any Request that differs from Brocade's understanding, Brocade reserves the right to supplement its responses and objections thereto.

6.　　Based on Plaintiffs' explanations regarding the meaning of "Partner Products" in their Motion to Compel and the parties' meet and confer discussions, where applicable, Brocade will construe the term "Partner Products" to refer to "the products identified in Paragraph 64 sold under other [third-party] brands." (Motion to Compel at p. 16; *see also* Weber 7/20/21 email (defining "Partner Products" as products that "Brocade ships…through other OEMs under that OEM's brand.").

7.      Plaintiffs allege the works listed in Table 1 of their Complaint (ECF No. 1 at 7) are subject to copyright protection and were registered with the United States Copyright Office.  These works, as well as the software version allegedly provided to Brocade under the License Agreement at issue, were not made available by Plaintiffs for review until April 22, 2022, and are still being reviewed and analyzed by experts retained by the parties in this case. As of today, Brocade does not know the contents of those works or the similarities and differences among them.  Thus, as indicated above, Brocade reserves the right to supplement, clarify, revise, or correct any or all of the responses as new information is learned regarding Plaintiffs' allegedly copyrighted works.

8.      The term "License Agreement" means the license agreement, as amended, attached as Exhibit A to Plaintiffs' Complaint.

9.      These responses do not include information prior to 2017, as Brocade understands Plaintiffs are not seeking information prior to 2017.

10.     In its responses to the discovery requests below, Brocade provides dates that it anticipates it will substantially complete its production of documents responsive to each request. To the extent Brocade discovers responsive documents after those dates, however, it reserves its right to supplement its productions and responses.

**RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 87**:

All Documents that give Brocade the right to use, copy, license, sell, transfer, prepare derivative works of, or distribute SNMP Research Software.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 87**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source and comparison of

Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. The License Agreement is attached as Exhibit A to Plaintiffs' Complaint. On May 13, 2022, Brocade will also produce substantially all communications with Mr. Case or Plaintiffs' lawyers relating to the License Agreement after January 1, 2017. Brocade will produce any other non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by May 27, 2022. If responsive documents are discovered after that date, Brocade reserves its

right to supplement its production.

**REQUEST FOR PRODUCTION NO. 88**:

All Documents that give consultants or contractors of Brocade the right to use, copy, license, sell, transfer, prepare derivative works of, or distribute SNMP Research Software.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 88**:

Brocade objects to this Request as seeking premature expert discovery, analysis, and opinion, including expert analysis of Plaintiffs' software and/or source and comparison of Plaintiffs' software and/or source code to Brocade's software used in Brocade's products. Brocade is withholding expert discovery, analysis, and opinion until expert disclosures are due under the Scheduling Order, and reserves its right to supplement, clarify, revise, or correct any or all of the responses based on that expert work if necessary. Brocade further objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection. Brocade further objects to this Request to the extent it seeks disclosure of any information, documents, or other tangible things that is protected by any applicable privilege or protection, including without limitation the attorney-client privilege, the attorney work product doctrine, the joint client privilege, the joint defense or common interest privilege, the constitutional right to privacy, and the Federal Rules of Civil Procedure (withholding privileged communications). Brocade further objects to the extent responsive documents are not in its possession, custody, or control (not withholding as such documents are necessarily not in Brocade's possession).

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications

Systems LLC. The License Agreement is attached as Exhibit A to Plaintiffs' Complaint. On May 13, 2022, Brocade will also produce substantially all communications with Mr. Case or Plaintiffs' lawyers relating to the License Agreement after January 1, 2017. Brocade will produce any other non-privileged documents responsive to this Request, to the extent such documents exist, are within Brocade's possession, custody, or control, have not already been produced, and are located after a reasonably diligent search, and anticipates that it will substantially complete its production by May 27, 2022. If responsive documents are discovered after that date, Brocade reserves its right to supplement its production.

**REQUEST FOR PRODUCTION NO. 89**:

An unredacted version of the letter from Simone Yew to Ms. Katy Motley of Extreme Networks, Inc. dated August 1, 2019.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 89**:

Brocade objects to this Request as this jurisdiction is an improper venue for this action, but is not withholding documents pursuant to this objection.

Subject to and without waiving these objections, Brocade responds as follows:

Per the April 22, 2022 Order, Brocade construes the terms "You," "Your," and "Brocade" to mean only the specific entity named as a defendant in this action, Brocade Communications Systems LLC. Brocade has produced an unredacted version of the letter from Simone Yew to Ms. Katy Motley of Extreme Networks, Inc. dated August 1, 2019.

6184894

Dated:  May 13, 2022                    HUESTON HENNIGAN LLP


                              By: _____ /s/ Alison Plessman _____
                                    Alison Plessman
                                    Attorneys for Defendants
                                    Broadcom Inc.
                                    Brocade Communications Systems LLC

6184894

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 W. 6th Street, Suite 400, Los Angeles, CA 90014.

On May 13, 2022, I served the foregoing document(s) described as:

**BROCADE COMMUNICATIONS SYSTEMS LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SNMP RESEARCH, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION**

on the interested parties in this action as stated below:

John L. Wood, Esq.
Cheryl G. Rice, Esq.
Rameen J. Nasrollahi,
EGERTON, McAFEE, ARMISTEAD &
DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902 jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu
David Nimmer
A. Matthew Ashley
Olivia Weber
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for SNMP Research, Inc. and SNMP International, Inc.*

John M. Neukom
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
jneukom@debevoise.com

Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
Leslie.demers@skadden.com

*Attorneys for Extreme Networks, Inc*

| X | (BY E-MAIL) By transmitting the documents listed above to the e-mail addresses set forth above. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 13, 2022, at Los Angeles, California.

| | |
|---|---|
| Debi Del Grande | *Debi Del Grande* |
| (Type or print name) | (Signature) |

6184894