**Exhibit P (Placeholder For Document Sought To Be Sealed)**