**Exhibit Q (Placeholder For Document Sought To Be Sealed)**