Placeholder Page for Weber Declaration Sought to Be Filed Under Seal