**Placeholder Page for Exhibit 1 Sought to Be Filed Under Seal**