**Exhibit 3 to the Olivia Weber Declaration**


A world connected by Broadcom

[ Learn More ]

CONNECTED BY  **BROADCOM**

# What Are You Designing Today?



Broadband Wi-Fi AP Solutions


Data Center Solutions


Financial Services Solutions


Enterprise Security Solutions


Broadband Access Solutions


Motor Drive & Control Solutions

**Support Portal**

The Online Support Portal is now integrated across all Broadcom business units

**Documents + Downloads**

Access our library of semiconductor-related documentation and software downloads

**Security Center**

Stay ahead of tomorrow's threats and security incidents with the latest information



## Latest Products


**BCM89586M**
Automotive Multigigabit Ethernet Switches with Mulitlayer Security including MACsec


**BCM4398**
Wi-Fi 7 and dual-core Bluetooth combo chipset with quad-band simultaneous radio and 5-7GHz/320MHz support


**BCM43740/BCM43720**
4x4 and 2x2 802.11be Wi-Fi 7 enterprise access point chips

**Show More Products**



## News

06/06/2022
**Broadcom Inc. to Present at BofA Securities 2022 Global Technology Conference on Tuesday, June 7, 2022**

05/26/2022
**Broadcom Inc. Announces Second Quarter Fiscal Year 2022 Financial Results and Quarterly Dividends**

05/26/2022
**Broadcom to Acquire VMware for Approximately $61 Billion in Cash and Stock**

**More News**



## Featured Video



Broadcom is a global infrastructure technology leader built on 50 years of innovation, collaboration and engineering excellence.

**More Videos**

Case 3:20-cv-00451-CEA-DCP    Document 154-4    Filed 07/22/22    Page 2 of 3    PageID #: 6683

https://www.broadcom.com/    07/20/2022



Broadcom Inc. is a global technology leader that designs, develops and supplies a broad range of semiconductor and infrastructure software solutions. Broadcom's category-leading product portfolio serves critical markets including data center, networking, software, broadband, wireless, storage and industrial. Our solutions include data center networking and storage, enterprise and mainframe software focused on automation, monitoring and security, smartphone components, telecoms and factory automation.

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map



https://www.broadcom.com/                                                                                    07/20/2022