# Exhibit 4 to the Olivia Weber Declaration

