# Exhibit 5 to the Olivia Weber Declaration

BROADCOM

Products   Solutions   Support and Services   Company   How To Buy

Support Portal ▼   English ▼
Search

Company / Legal / Terms of Use

Print   Share Page

# Terms of Use

ATTENTION: PLEASE READ THESE TERMS CAREFULLY BEFORE USING THIS WEB SITE OR MOBILE APPLICATION. ACCESSING OR USING THE BROADCOM WEB SITE OR DOWNLOADING THE BROADCOM MOBILE APPLICATIONS CONSTITUTES YOUR ACCEPTANCE OF THESE TERMS. IF YOU DO NOT ACCEPT THESE TERMS ("TERMS") IN THEIR ENTIRETY, DO NOT USE THE WEB SITE OR MOBILE APPLICATION.

**Use of Site.** Broadcom Inc., including its corporate affiliates and subsidiaries, ("Broadcom") authorizes you to view and download the materials at this Web site and/or mobile application ("Site") only for your personal, non-commercial use, provided that you retain all copyright and other proprietary notices contained in the original materials on any copies of the materials. You may not modify the materials at this Site in any way or reproduce or publicly display, perform, or distribute or otherwise use them for any public or commercial purpose. For purposes of these Terms, any use of these materials on any other Web site, mobile application, or networked computer environment for any purpose is prohibited. The materials at this Site are copyrighted and any unauthorized use of any materials at this Site may violate copyright, trademark, and other laws. If you breach any of these Terms, your authorization to use this Site automatically terminates and you must immediately destroy any downloaded or printed materials.

**Third Party Services.** When you use the Site, you may also be using the services of one or more third parties, such as an internet service provider, wireless carrier, or mobile platform provider (collectively and individually, "Third Party Services") and you acknowledge and agree that your use of these Third Party Services may be subject to the separate policies and terms of use, including data usage and other fees and requirements, of one or more third parties. Any fees and/or other liabilities associated with the use of such Third Party Services are solely your responsibility.

**Use of Software.** If you download software from this Site ("Software"), use of the Software is subject to the license terms in the Software License Agreement that accompanies or is provided with the Software. You may not download or install the Software until you have read and accepted the terms of the Software License Agreement.

**User Submissions.** Any material, information or other communication you transmit or post to this Site will be considered non-confidential and non-proprietary ("Communications"). Broadcom will have no obligations with respect to the Communications. Broadcom and its designees will be free to copy, disclose, distribute, incorporate and otherwise use the Communications and all data, images, sounds, text, and other things embodied therein for any and all commercial or non-commercial purposes. You are prohibited from posting or transmitting to or from this Site any unlawful, threatening, libelous, defamatory, obscene, pornographic, or other material that would violate any law. Notwithstanding the foregoing, this section is not intended to apply to personal information, which is discussed below, or to modify any written agreement between the parties regarding the treatment of confidential information transmitted in connection with Broadcom support services.

**Personally Identifiable Information.** Personally-identifiable information that you transmit or post to the Site for the purpose of receiving products or services will be handled in accordance with our Privacy Statement. For further information, please consult Broadcom's Online Privacy Statement on the Privacy Policy page.

**User Chat Rooms.** Broadcom may, but is not obligated to, monitor or review any areas on the Site where users transmit or post Communications or communicate solely with each other, including but not limited to chat rooms, bulletin boards or other user forums, and the content of any such Communications. Broadcom, however, will have no liability related to the content of any such Communications, whether or not arising under the laws of copyright, libel, privacy, obscenity, or otherwise. Broadcom retains the right to remove messages that include any material deemed abusive, defamatory, obscene or otherwise unacceptable.

**Links To Other Web Sites.** Links to third party Web sites on this Site are provided solely as a convenience to you. If you use these links, you will leave this Site. Broadcom has not reviewed all of these third party sites and does not control and is not responsible for any of these sites or their content. Thus, Broadcom does not endorse or make any representations about them, or any information, software or other products or materials found there, or any results that may be obtained from using them. If you decide to access any of the third party sites linked to this Site, you do this entirely at your own risk.

**Disclaimer.** THE MATERIALS PROVIDED AT THIS SITE ARE PROVIDED "AS IS" AND "AS AVAILABLE", WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. Broadcom further does not warrant that your use of the Site will be uninterrupted or error-free or the accuracy and completeness of the materials at this Site. Broadcom may make changes to the materials at this Site, or to the products and prices described in them, at any time without notice. The materials at this Site may be out of date, and Broadcom makes no commitment to provide you support of any kind or to update the materials at this Site. Information published at this Site may refer to products, programs or services that are not available in your country. Consult your local Broadcom business contact for information regarding the products, programs and services that may be available to you. Applicable law may not allow the exclusion of implied warranties, so the above exclusion may not apply to you.

**Limitation of Liability.** IN NO EVENT WILL BROADCOM, ITS SUPPLIERS, OR OTHER THIRD PARTIES MENTIONED AT THIS SITE BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS SITE, ANY WEB SITES LINKED TO THIS SITE, OR THE MATERIALS OR INFORMATION CONTAINED AT ANY OR ALL SUCH SITES, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IF YOUR USE OF THE MATERIALS OR INFORMATION FROM THIS SITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ALL COSTS THEREOF. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**Procedure for Making Claims** of Copyright Infringement. In accordance with the Digital Millennium Copyright Act (17 USC § 512), Broadcom, U.S. Inc. is registered with the US Copyright Office as a Service Provider. Any notifications of claimed copyright infringement must be sent to the Service Provider's Designated Agent.

**U.S. Government Restricted Rights.** Government users will receive no greater than Restricted Rights as defined in FAR 52.227-19 (c) (1-2 ) (June 1987). Government users will receive no greater Limited Rights as defined in FAR 52.227-14 (June 1987) or DFAR 252.227-7015 (b) (2) (November 1995), as applicable in any technical data at this site.

**Applicable Laws.** This Site is administered by Broadcom from its offices in San Jose, California. Broadcom makes no representation that materials at this Site are appropriate or available for use outside the United States, and access to them from territories where their contents are illegal is prohibited. You may not use or export or re-export the materials at this Site or any copy or adaptation in violation of any applicable laws or regulations including without limitation U.S. export laws and regulations. If you choose to access this Site from outside the United States, you do so on your own initiative and are responsible for compliance with applicable local laws. These Terms will be governed by and construed in accordance with the laws of the State of California, without giving effect to any principles of conflicts of laws.

**General.** Broadcom may revise these Terms at any time by updating this posting. You should visit this page from time to time to review the then-current Terms because they are binding on you. Certain provisions of these Terms may be superseded by expressly designated legal notices or terms located on particular pages at this Site.

Revised May 2018

**Note:** Anyone linking to Broadcom's Web site must comply with the Guidelines for Linking to Broadcom's Web Site and all applicable laws..

Top

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map

https://www.broadcom.com/company/legal/terms-of-use

Case 3:20-cv-00451-CEA-DCP   Document 154-6   Filed 07/22/22   Page 3 of 3   PageID #: 6689

07/21/2022