# Exhibit 9 to the Olivia Weber Declaration


Products    Solutions    Support and Services    Company    How To Buy

Support Portal ▾    English ▾

Search 🔍

How To Buy / Contact Sales

Print 🖨    Share Page ⊙

# Contact Sales

## Americas

**Broadcom Inc. Americas Sales Office (San Jose)**

1320 Ridder Park Drive
San Jose, California 95131
United States

Visit Web Page ⊙

Get Directions ⊙

## Asia

**Broadcom Inc. China Sales Office (Beijing)**

No. 33, Guangshun North Avenue, Block 1
Beijing, 100102
China

Tel: 86-10-8477 6300

Get Directions ⊙

**Broadcom Inc. (Nanjing - China)**

No. 86, Huashen Avenue, Neusoft R&D
Center, Main Hall 202-1
Nanjing, Yuhuatai District, China

Tel: 86-21-20607000

Get Directions ⊙

**Broadcom Inc. China Sales Office (Shanghai)**

2F, Building 2, Jin Chuang Mansion
No.4560 Jinke Road, Pudong District
Shanghai, 201203
China

Tel: 86-21-20607000

Send Email

Get Directions ⊙

**Broadcom Inc. (Shenzhen-China)**

Tiley Central Plaza Block B
195 Haide 3rd Rd, Hou Hai, Nanshan Qu,
Shenzhen,
China

Get Directions ⊙

**Broadcom Inc. (India - Bangalore)**

S1,Wipro Electronic City,SEZ
Doddathogur Village Begur Hobli
Electronic City, Bangalore, 560011
India

Tel: +91 80 4611 7000

Get Directions ⊙

**Broadcom Inc. Sales Office (South Korea)**

16F Hi-Brand Building
16, Maeheon-ro, Seocho-gu,
Seoul, 6771
Korea South

Tel: +82 2 2155 4003

Send Email

Get Directions ⊙

**Broadcom Inc. Asean Sales Office (Malaysia)**

1 Yishun Ave 7
768923
Singapore

Tel: +65 6215 3654

Send Email

Get Directions ⊙

**Broadcom Inc. Asean Sales Office (Philippines)**

1 Yishun Ave 7
768923
Singapore

Send Email

Get Directions ⊙

**Broadcom Inc. Asean Sales Office (New Zealand)**

1 Yishun Ave 7
768923
Singapore

Send Email

Get Directions ⊙

**Broadcom Inc. Asean Sales Office (Singapore)**

1 Yishun Ave 7
768923
Singapore

Tel: +65 6215 3654

Send Email

Get Directions ⊙

**Broadcom Inc. Asean Sales Office (Thailand)**

1 Yishun Ave 7
768923
Singapore

Tel: +65 6215 3654

Send Email

Get Directions ⊙

## Europe

**Broadcom Inc. Europe Sales Office**

Charles-de-Gaulle-Strasse 2
Munich, 81737
Germany

Visit Web Page 

Get Directions

## Japan

**Broadcom Inc. Japan Sales Office (Tokyo)**

Aobadai Hills 7F
Aobadai 4-7-7, Meguro-ku
Tokyo, 153-0042
Japan

Tel: -9056

Send Email

Get Directions

Top

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map

