# Exhibit 10 to the Olivia Weber Declaration

Case 3:20-cv-00451-CEA-DCP   Document 154-10   Filed 07/22/22   Page 1 of 3   PageID #: 6701

https://www.broadcom.com/how-to-buy/sales
90 captures
12 Jul 2017 - 8 Jul 2022
SEP **OCT** NOV
**10**
**2020**
2019  2021

Login ▼ | English ▼

**BROADCOM**®  Products  Solutions  Support  Company  How To Buy

How To Buy / Contact Sales

Print | Share Page

# Contact Sales

## Americas

### Broadcom Inc. Americas Sales Office (San Jose)

1320 Ridder Park Drive
San Jose
United States

Visit Web Page ❯

Get Directions ❯

## Asia

### Broadcom Inc. China Sales Office (Shanghai)

2F, Building 2, Jin Chuang Mansion
No.4560 Jinke Road, Pudong District
Shanghai
China

Tel: 86-21-20607000

Fax: 86-21-20607442

Send Email

Get Directions ❯

### Broadcom Inc. (Shenzhen-China)

Tiley Central Plaza Block B
195 Haide 3rd Rd, Hou Hai, Nanshan Qu,
Shenzhen
China

Get Directions ❯

### Broadcom Inc. China Sales Office (Beijing)

No. 33, Guangshun North Avenue, Block 1
Beijing
China

Tel: 86-10-8477 6300

Fax: 86-10-84776388

Get Directions ❯

### Broadcom Inc. (Nanjing - China)

No. 86, Huashen Avenue, Neusoft R&D Center, Main Hall 202-1
Nanjing, Yuhuatai District
China

Tel: 86-21-20607000

Fax: 86-21-20607442

Get Directions ❯

### Broadcom Inc. (India - Bangalore)

S1,Wipro Electronic City,SEZ
Doddathogur Village Begur Hobli
Electronic City, Bangalore
India

Tel: +91 80 4611 7000

Fax: +91 80 46117003

Get Directions ❯

### Broadcom Inc. Sales Office (South Korea)

16F Hi-Brand Building
16, Maeheon-ro, Seocho-gu,
Seoul
Korea,South

Tel: +82 2 2155 4003

Fax: +82 2 2155 4848

Send Email

Get Directions ❯

### Broadcom Inc. Asean Sales Office (Malaysia)

1 Yishun Ave 7
Malaysia

Tel: +65 6215 3654

Fax: +65 6822 8634

Send Email

Get Directions ❯

### Broadcom Inc. Asean Sales Office (New Zealand)

1 Yishun Ave 7
New Zealand

Tel: +65 6215 3654

Fax: +65 6822 8634

Send Email

Get Directions ❯

### Broadcom Inc. Asean Sales Office (Philippines)

1 Yishun Ave 7
Philippines

Tel: +65 6215 3654

Fax: +65 6822 8634

Send Email

Get Directions ❯

### Broadcom Inc. Asean Sales Office (Singapore)

1 Yishun Ave 7
Singapore

Tel: +65 6215 3654

Fax: +65 6822 8634

Send Email

Get Directions ❯

### Broadcom Inc. Asean Sales Office (Singapore)

1 Yishun Ave 7
Singapore

Tel: +65 6215 3654

Fax: +65 6822 8634

Send Email

Get Directions ❯

### Broadcom Inc. Asean Sales Office (Thailand)

1 Yishun Ave 7
Thailand

Tel: +65 6215 3654

Fax: +65 6822 8634

Send Email

Get Directions ❯

## Europe

### Broadcom Inc. Europe Sales Office

Charles-de-Gaulle-Strasse 2
Munich
Germany

Visit Web Page ❯

Get Directions ❯

## Japan

**Broadcom Inc. Japan Sales Office (Tokyo)**

Aobadai Hills 7F,
Aobadai 4-7-7, Meguro-ku
Tokyo
Japan

Tel: +81-3-6407-2727

Fax: +81-3-3467-6664

Send Email

Get Directions ◯

## Middle East

**Broadcom Inc. (Herzliya - Israel)**

7 Sapir Street, Ishpar House
Herzliya
Israel

Get Directions ◯

Top ◯


Case 3:20-cv-00451-CEA-DCP   Document 154-10   Filed 07/22/22   Page 3 of 3   PageID #: 6703

https://web.archive.org/web/20201010202124/https://www.broadcom.com/how-to-buy/sales                                                                                 07/21/2022