# Exhibit 11 to the Olivia Weber Declaration



Support Portal ▼   English ▼

Products   Solutions   Support and Services   Company   How To Buy

Search 🔍

Contact Sales Americas

Print 🖨   Share Page ⊕

# Contact Sales Americas



Select Contact Form

| Content Type | Product Family | Location | |
|---|---|---|---|
| Sales × ▼ | Fibre Channel Networking × ▼ | United States × ▼ | **View Form** ▶ |

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map



Case 3:20-cv-00451-CEA-DCP   Document 154-11   Filed 07/22/22   Page 2 of 2   PageID #: 6705