# Exhibit 12 to the Olivia Weber Declaration

INTERNET ARCHIVE WaybackMachine https://www.broadcom.com/company/contact/americas-sales-contact-form Go
44 captures
5 Jul 2017 - 11 Jul 2022
JUL SEP NOV
07
2017 2020 2021
About this capture

LOGIN ENGLISH

BROADCOM® PRODUCTS SOLUTIONS SUPPORT COMPANY HOW TO BUY SEARCH

Contact Sales Americas

Print Share Page

# Contact Sales Americas

SELECT CONTACT FORM

Content Type: Sales ×

Product Family: Fibre Channel Networking ×

Country: United States ×

VIEW FORM

PRODUCTS SOLUTIONS SUPPORT COMPANY HOW TO BUY

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy Supplier Responsibility Terms of Use Sitemap



