# Exhibit 13 to the Olivia Weber Declaration

Contact Sales Americas Print Share Page

# Contact Sales Americas

Select Contact Form +

If you would like additional information on a Broadcom products, please complete the following form and we will contact you shortly.

- **CA Software Questions** - Please click here.
- **Symantec Enterprise Software Questions** - Please click here.
- **Symantec/NortonLifeLock Consumer Products** - Please click here.

**PLEASE NOTE:** If you are looking for support for a product you already own, please contact us via our **support center**.

* denotes required field.

First Name *

Last Name *

Company Name *

Email Address *

Address Line 1 *

Address Line 2

City *

State Tennessee

Zip/Postal Code *

Location * -- Search for location --

Telephone *

Product Family * Brocade SAN Products

Part Number *

Would you like us to respond to your comments? * ☑

How can we assist you? *

I understand and agree to Broadcom's Terms of Use and Privacy Statement * ☐

Submit (Do not "Double-click" the Submit button - a new page will appear when your request is processed)

Hosted by GrowthPoint on behalf of Broadcom

Top

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

