# Exhibit 14 to the Olivia Weber Declaration


# Fibre Channel Networking

[Subscribe]  [Contact Sales]  [Request Info]

With Brocade Fibre Channel technology-based directors and switches from Broadcom, you've got the firepower to deliver high-performance connectivity across the data center and across the globe. Scale your network on demand—move more data more places—as you keep costs of ownership reined in.

Read More ⊙

 IDC Analyst Q&A on vSphere7 with Broadcom

 Planning for the Transition to Production-Ready NVMe over Fabrics Deployments in the Enterprise

More Related Resources ⊙

Search by product names, numbers or categories


### Directors
Designed to meet relentless growth and mission-critical application demands, Brocade Directors are the right platform for large enterprise environments that require increased capacity, greater throughput, and higher levels of resiliency. Secure, high density, and proven data center technology, combines scalability and availability with long-lasting investment protection.

Select Products ⊙


### Director Blades
Brocade Directors provide multiple blades to choose from depending on your business requirements. With diverse deployment options and mixed blade flexibility allows organizations to easily migrate to the latest Fibre Channel technology and adapt to current or future demands that their businesses face.

Select Products ⊙


### Fibre Channel Networking Switches
Featuring compact designs, organizations can build small-to-large scale data centers with flexible, scalable, and easy-to-use Brocade Fibre Channel switches. These switches are NVMe-ready to meet the most demanding flash storage requirements. With "pay-as-you-grow" Ports on Demand (PoD), Brocade switches can support an evolving storage environment.

Select Products ⊙


### Extension
Brocade Extension is a purpose-built solution that securely moves more data over distance faster while minimizing the impact of disruptions. These platforms deliver unprecedented performance, strong security, continuous availability, and simplified management to handle the unrelenting growth of data traffic between data centers in Fibre Channel, FICON, and IP storage environments.

Select Products ⊙


### SAN I/O Modules
Brocade's custom designed blade server SAN I/O modules are a sure path to IT consolidation and server virtualization. High-density computing combined with scalable networked storage maximizes the benefits of consolidation—reducing costs, saving energy, and reducing space requirements, while delivering best in class I/O performance with maximum resilience. Brocade blade server SAN I/O Modules enable the SAN fabric to be independently scaled, optimized, and managed.

Select Products ⊙


### Fibre Channel Networking Software
Brocade's software including Fabric Vision technology and SANnav Management Portal increases visibility into the network and supports highly automated management functions. These functions dramatically reduce operational costs by simplifying management, so you can preempt potential problems and accelerate application deployments.

Select Products ⊙


### Fibre Channel Networking Transceivers
High-performance, reliable, and cost-effective optical transceivers to help enterprises meet the challenges of diverse network topologies.

Select Products ⊙

Case 3:20-cv-00451-CEA-DCP   Document 154-14   Filed 07/22/22   Page 2 of 3   PageID #: 6711

**Brocade Education**

Brocade Education

Visit Page

---

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map