# Exhibit 15 to the Olivia Weber Declaration

Login ▼ | English ▼

**BROADCOM®**  Products  Solutions  Support  Company  How To Buy

Search

Products / Fibre Channel Networking

Print | Share Page

# Fibre Channel Networking

Contact Sales | Request Info

With Brocade Fibre Channel technology-based directors and switches from Broadcom, you've got the firepower to deliver high-performance connectivity across the data center and across the globe. Scale your network on demand—move more data more places—as you keep costs of ownership reined in.

Read More

- IDC Analyst Q&A on vSphere7 with Broadcom
- Planning for the Transition to Production-Ready NVMe over Fabrics Deployments in the Enterprise

More Related Resources

Search by product names, numbers or categories

**Directors**
Designed to meet relentless growth and mission-critical application demands, Brocade Directors are the right platform for large enterprise environments that require increased capacity, greater throughput, and higher levels of resiliency. Secure, high density, and proven data center technology, combines scalability and availability with long-lasting investment protection.

Select Products

**Switches**
Featuring compact designs, organizations can build small-to-large scale data centers with flexible, scalable, and easy-to-use Brocade Fibre Channel switches. These switches are NVMe-ready to meet the most demanding flash storage requirements. With "pay-as-you-grow" Ports on Demand (PoD), Brocade switches can support an evolving storage environment.

Select Products

**Extension**
Brocade Extension is a purpose-built solution that securely moves more data over distance faster while minimizing the impact of disruptions. These platforms deliver unprecedented performance, strong security, continuous availability, and simplified management to handle the unrelenting growth of data traffic between data centers in Fibre Channel, FICON, and IP storage environments.

Select Products

**SAN I/O Modules**
Brocade's custom designed blade server SAN I/O modules are a sure path to IT consolidation and server virtualization. High-density computing combined with scalable networked storage maximizes the benefits of consolidation—reducing costs, saving energy, and reducing space requirements, while delivering best in class I/O performance with maximum resilience. Brocade blade server SAN I/O Modules enable the SAN fabric to be independently scaled, optimized, and managed.

Select Products

**Software**
Brocade's software including Fabric Vision technology and SANnav Management Portal increases visibility into the network and supports highly automated management functions. These functions dramatically reduce operational costs by simplifying management, so you can preempt potential problems and accelerate application deployments.

Select Products

**Transceivers**
High-performance, reliable, and cost-effective optical transceivers to help enterprises meet the challenges of diverse network topologies.

Select Products

**Brocade Education**
Brocade Education provides the skills you need to optimize your organization investment in Brocade technology. With our free online courses, you'll be making a long-term investment in your career.

Visit Page

Case 3:20-cv-00451-CEA-DCP   Document 154-15   Filed 07/22/22   Page 2 of 2   PageID #: 6714
https://web.archive.org/web/20201011214257/https://www.broadcom.com/products/fibre-channel-networking                          07/21/2022