# Exhibit 16 to the Olivia Weber Declaration


Products / Fibre Channel Networking / Switches / Brocade 6520 Switch

Print 🖨   Share Page ✚

# Brocade 6520 Switch

[Subscribe]   [Contact Sales]   [Request Info]

**Build an agile network with a powerful, scalable enterprise SAN switch**

**Overview**   Specifications   Documentation   Optional Products

Tackle the dynamic and often unpredictable workloads that come with large and growing environments with the Brocade 6520 Switch's high throughput and optimum bandwidth utilization. The Brocade 6520 Switch is a high-density building block for increased scalability to support growth, demanding workloads, and data center consolidation.



**Build a network that moves as fast as your business:**

Enterprise data centers must keep pace with increasingly virtualized workloads and cloud infrastructure. The Brocade 6520 Switch supports rapid growth, data center consolidation, and delivers up to 16G performance in a 2U form factor.

**Get the performance you need and the reliability you trust:**

Virtualization and the cloud can create an unpredictable environment. Tip the odds in your favor with throughput and bandwidth utilization that eliminates bottlenecks. The Brocade 6520 Switch offers 40 percent higher performance than 10 GbE alternatives. Simplified management through Brocade Fabric Vision helps ensure non-stop operations.

**Optimize storage performance and diagnostic capabilities:**

As your data center expands and becomes more complicated, you need powerful SAN switching capabilities and network analytics more than ever. The Brocade 6520 Switch combines Gen 5 Fibre Channel performance with automated monitoring and diagnostics tools to simplify SAN management.

  

**Lifecycle Status**

Active

**[PDF] Brocade 6520 Switch Data Sheet**

## Features

**Expand easily with options**

- "Pay as you grow" from 48 to 96 ports with Ports on Demand
- Create ultra-dense port configurations and reduce costs through consolidation with legacy SANs
- Meet growth needs with 16G bandwidth and Gen 5 Fibre Channel technology

**Meet reliability and availability needs**

- Maintain consistent access to critical data with enterprise-class RAS functionality
- Avoid problems before they impact operations with Brocade Fabric Vision technology
- Streamline deployment and troubleshooting with inline port diagnostics and Brocade Flow Vision

Case 3:20-cv-00451-CEA-DCP   Document 154-16   Filed 07/22/22   Page 2 of 22   PageID #: 6716

https://www.broadcom.com/products/fibre-channel-networking/switches/6520-switch

07/20/2022

**Benefit from enterprise-proven design**

- Support growth and consolidation initiatives with 96 non-blocking 16G ports
- Minimize unauthorized data access and optimize transmission bandwidth with up to 8 in-flight encryption and compression ports
- Optimize performance and inter-fabric load balancing through ISLs with dynamic path selection

## Popular Resources

Product Brief
Brocade Fabric Vision Technology Product Brief

White Papers
The Benefits of Brocade Gen 5 Fibre Channel

White Papers
Brocade The Modernization of Storage Architectures White Paper

White Papers
Cloud Optimized Performance:I/O-Intensive Workloads Using Flash-Based Storage White Paper

## Previously Viewed

Top ⊙

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map



Products / Fibre Channel Networking / Extension / Brocade 7810 Extension Switch

Print 🖶   Share Page ⊕

# Brocade 7810 Extension Switch

Subscribe   Contact Sales   Request Info

Fast, reliable and secure data protection over distance

**Overview**   Specifications   Documentation   Optional Products



Under pressure to ensure valuable information is protected from disruptions and outages, while containing costs for equipment and long-distance connections? The Brocade® 7810 Extension Switch is a modern replication connectivity solution that cost-effectively and quickly transports data over long distances between data centers. With powerful built-in technology to overcome the inherent challenges of latency and packet loss over distance, the Brocade 7810 dramatically speeds up replication performance to handle the unrelenting transfer of data between data centers.

**Powerful:** Move more data faster over distance with up to 10 Gb/s replication throughput and consolidate FC and IP replication workloads.

**Reliable:** Protect data from WAN disruptions and outages with Extension Trunking, Adaptive Rate Limiting, WAN Test Tool and Fabric Vision technology.

**Secure:** Secure data from threats over the WAN with unbreakable network encryption enabled without impacting performance, and simplify compliance to meet security regulations.

[PDF] Brocade 7810 Extension Switch Product Brief




**Lifecycle Status**

Active

## Features

### Move more data faster over distance

- Maximize replication throughput across optimized WAN links
- Compress data without a WAN performance penalty
- Consolidate FC and IP replication workloads

### Protect data from WAN disruptions and outages

- Avoid replication restarts with lossless failover
- Maintain WAN performance during network disruptions
- Pre-validate the WAN infrastructure to ensure a worry-free deployment
- Automatically detect WAN anomalies with proactive monitoring

### Secure data from threats over the WAN

- Minimize threats with unbreakable network encryption
- Encrypt data without impacting replication performance
- Simplify compliance to meet security regulations

## Popular Resources

### White Papers

**Fast, Secure, and Reliable Replication for Midrange Storage Using the Brocade 7810 Extension Switch**

Achieving fast, secure, and reliable data replication is critical for meeting RPOs and RTOs. Traditional replication solutions are expensive and out of reach for many organizations with smaller sites that have only one or two storage arrays. The Brocade 7810 Extension Switch provides the technology needed for fast, secure, and reliable replication, in an easy-to-deploy form factor, and at a price point within reach for midrange storage deployments.

White Papers

Brocade Remove the Distance Barrier: Achieve Secure Local Replication Performance over Long Distance for IP Storage White Paper

White Papers

Brocade Distance Challenges of Native Array IP Replication Solutions White Paper

White Papers

Evaluating Remote Data Replication Solutions

White Papers

Extension Trunking White Paper

## Previously Viewed



**Brocade X6 Directors**

Unleash performance and deliver operational stability for the virtualized, all-flash data center

**Brocade G620 Switch**

Scale fast, accelerate data access, achieve operational efficiency

**Brocade G610 Switch**

Affordable, flash-ready switch delivers enterprise availability



Top ⬆

Products   Solutions   Support and Services   Company   How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map



BROADCOM®   Products   Solutions   Support and Services   Company   How To Buy

Support Portal ▾   English ▾

Search 🔍

Products / Fibre Channel Networking / Extension / Brocade 7840 Extension Switch

Print 🖶    Share Page ⊕

# Brocade 7840 Extension Switch

Subscribe    Contact Sales    Request Info

**Accelerate replication and achieve near-zero downtime between data centers**

**Overview** | Specifications | Documentation | Optional Products

Faced with unrelenting traffic growth across your data centers? The Brocade 7840 Extension Switch delivers the performance you need to stay ahead of demand, plus continuous availability and simplified management that automatically detects WAN anomalies and avoids unplanned downtime.

**Move 6x more data to meet your disaster recovery targets**: Your recovery objectives and the capacity to meet them are likely on a collision course, with your enterprise network at the epicenter. The Brocade 7840 Extension Switch—by design—accelerates replication and backup performance over distance with faster throughput.

**Achieve near-zero downtime**: You need a super-reliable data transfer platform. The Brocade 7840 Extension Switch helps ensure continuous availability between data centers with a host of monitoring, management, and throughput-enhancing technologies.

**Deploy 15 years of best practices**: Maximize uptime and simplify management tasks. Gain visibility—and insight—into what's happening across your data stores. The Brocade 7840 Extension Switch with Fabric Vision technology simplifies management, reduces operating costs, and effectively addresses infrastructure complexity between data centers.







**Lifecycle Status**

Active

[PDF] Brocade 7840 Extension Switch Product Brief

## Features

### Powerful performance, robust scalability

- Accelerate performance over distance with up to 80 Gbps of throughput
- Maximize replication throughput across IP ports with WAN optimization
- Secure data flows with full-line rate IPsec encryption and no performance penalty
- Speed replication and backup with FastWrite and Tape Pipeline latency optimization

### Continuous availability across data centers

- Avoid WAN link failure through Extension Trunking with lossless failover technology
- Achieve always-on operations with the industry's only WAN-side non-disruptive firmware upgrades
- Maintain uninterrupted WAN performance through dynamic bandwidth sharing with Adaptive Rate Limiting

https://www.broadcom.com/products/fibre-channel-networking/extension/7840-extension-switch                    07/20/2022

**Simplified management, robust network analytics**

- Monitor WAN traffic between data centers proactively to detect anomalies and prevent downtime
- Validate and troubleshoot physical infrastructure with built-in traffic generator and Brocade Flow Vision
- Identify, monitor, and analyze end-to-end I/O flows over distance to accelerate troubleshooting and optimize performance
- Reduce administrative effort with Web-accessible dashboards

## Popular Resources

Case Study

Horizon Blue Cross Blue Shield of New Jersey: Achieving a Healthy Boost in Data Replication Capabilities

White Papers

Brocade Remove the Distance Barrier: Achieve Secure Local Replication Performance over Long Distance for IP Storage White Paper

White Papers

Brocade Distance Challenges of Native Array IP Replication Solutions White Paper

Product Brief

Brocade Fabric Vision Technology Product Brief

White Papers

Evaluating Remote Data Replication Solutions

White Papers

Extension Trunking White Paper

White Papers

Brocade Open Systems, Tape Pipelining, FastWrite, and Storage-Optimized TCP

Brochure

Will The Foundation of Your Disaster Recover Plan Collapse?

## Previously Viewed



**Brocade 6520 Switch**

Build an agile network with a powerful, scalable enterprise SAN switch



Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

  

 Privacy  Supplier Responsibility  Terms of Use  Site Map

Products / Fibre Channel Networking / Switches / Brocade G610 Switch

Print 🖨    Share Page ✪

# Brocade G610 Switch

Subscribe    Contact Sales    Request Info

### Affordable, flash-ready switch delivers enterprise availability

**Overview**    Specifications    Documentation    Optional Products

Small environments can reap big benefits from digital transformation. The key is a simple, always-on infrastructure than meets the high throughput, low-latency demands of critical applications. Purpose built for small to mid-sized businesses, the Brocade G610 delivers it all— with enterprise-class availability and flash-ready performance.

**Affordable**: This affordable, industry-leading Gen 6 Fibre Channel switch gives small to midsized data centers high-performance storage access, and the freedom to scale on demand from 8 to 24 ports. A point-and-click user interface makes it all fast and easy to install.

**Flash-ready**: Flash is the path to a speedy storage future—provided your SAN can keep up. The Brocade G610 delivers the high throughput and low latency you need to keep pace today, plus adaptability features for an increasingly flash-ready future.

**Always on**: The Brocade G610 leverages the proven enterprise-class reliability of Gen 6 Fibre Channel and Brocade Fabric Vision technology to deliver always-on business operations. Rely on the network that delivers insight through integrated VM sensors, monitoring, and diagnostics to ensure operational stability.



  

 

[PDF] Brocade G610 Switch Product Brief

**Lifecycle Status**

Active

## Features

### Simple and Scalable

- Install in three easy steps.
- Start small and grow on demand from 8 to 24 ports.

### Flash-Ready

- Power up from 16 to 32G on demand
- Seamlessly transition to next-generation NVMe flash arrays

### Always-on

- Sensors proactively monitor VM health and performance to pinpoint issues before they impact operations
- Recover automatically from common networking problems

# Popular Resources

**White Papers**

IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure

With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads.

**Article**

Gen 6 Fibre Channel Evaluation of Products from Emulex and Brocade

**White Papers**

Benefits of Gen 6 Fibre Channel for the All-Flash Data Center

This document describes the benefits of Gen 6 Fibre Channel for the All-Flash Data Center

**White Papers**

Brocade The Modernization of Storage Architectures White Paper

**Product Brief**

Brocade Fabric Vision Technology Product Brief

**Product Brief**

Brocade Fabric OS Product Brief

---

# Previously Viewed



Products   Solutions   Support and Services   Company   How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map

Products / Fibre Channel Networking / Switches / Brocade G620 Switch

Print 🖶    Share Page ⊕

# Brocade G620 Switch

[Subscribe]  [Contact Sales]  [Request Info]

Scale fast, accelerate data access, achieve operational efficiency

**Overview**    Specifications    Documentation    Optional Products



Take advantage of lightning-fast flash storage networking technology and adapt quickly to dynamic business demands with the Brocade G620 Switch. This powerful Gen 6 Fibre Channel switch shatters application performance barriers and simplifies scale-out network architectures—in an enviably small footprint. And with built-in instrumentation, you gain greater insight and control to reduce cost, management complexity, and risk.

**Breakthrough performance**: Get the performance you need to support critical business applications and the most from your investment in solid state storage technology.

**Increased scalability**: Reduce operating costs and management complexity by simplifying scale-out architectures—all in a 1U form factor.

**Operational stability**: Reduce risk with the industry's first built-in metrics. Achieve greater control and operational insights to quickly identify issues and easily meet or crush SLAs.

   
 

[PDF] Brocade G620 Switch Product Brief

**Lifecycle Status**

Active

## Features

### Handle demanding applications easily

- Seamlessly transition to next-generation NVMe flash arrays
- Increase performance for demanding workloads across 32G links
- Reduce latency in high-transaction applications by up to 10x compared to other offerings

### Simplify scalability and management

- Deliver simplified scalability with the industry's highest port density storage networking switch
- Simplify end-to-end management of large scale environments by automating monitoring and diagnostics
- Increase VM density with greater device support and deep visibility into virtualized workloads
- "Pay as you grow" scalability from 24 to 64 ports for on-demand flexibility

### Achieve control and insight

- Detect degraded storage performance with built-in device latency and IOPS monitoring
- Understand storage I/O workloads and behaviors to ensure consistent and predictable performance
- Increase resilience though automatic detection and recovery from network and device-level errors
- Ensure predictable performance with pre-deployment validation and benchmarking
- VM Insight enables Virtual Machine (VM) visibility in a storage fabric to monitor and optimize VM performance and identify VM anomalies

Case 3:20-cv-00451-CEA-DCP   Document 154-16   Filed 07/22/22   Page 10 of 22   PageID #: 6724

## Popular Resources

**White Papers**

Broadcom NVMe over Fibre Channel with VMware vSphere 7.0 Support

**White Papers**

IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure

With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads.

**Product Brief**

Brocade G620 Switch Product Brief

**Product Brief**

Brocade Fabric Vision Technology Product Brief

**Product Brief**

Brocade Fabric OS Product Brief

**White Papers**

Brocade The Modernization of Storage Architectures White Paper

---

## Previously Viewed



**Brocade G610 Switch**

Affordable, flash-ready switch delivers enterprise availability

**Brocade 7840 Extension Switch**

Accelerate replication and achieve near-zero downtime between data centers

**Brocade 6520 Switch**

Build an agile network with a powerful, scalable enterprise SAN switch

Top ⬆



Products   Solutions   Support and Services   Company   How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map

Products    Solutions    Support and Services    Company    How To Buy

Search

Products / Fibre Channel Networking / Switches / Brocade G630 Switch

Print    Share Page

# Brocade G630 Switch

Subscribe    Contact Sales    Request Info

**Increase scalability, respond to dynamic demands, optimize space utilization**

**Overview**    Specifications    Documentation    Optional Products

Purpose-built to meet the low-latency and high IOPS requirements of flash storage, this high-density switch is designed to tackle the growing requirements of large and dynamic environments. The Brocade® G630 is a high-density building block designed to support NVMe storage environments, demanding workloads and data center consolidation.

**Build a network that scales as fast as your business**
The Brocade G630 Switch delivers industry-leading 32G Fibre Channel performance across 128 ports in a 2U form factor. This switch enables organizations to increase scale with 33 percent more connectivity at double the speed with Brocade Gen 6 technology.

**Deliver leading-edge, low-latency NVMe performance with trusted reliability**
The Brocade G630 delivers seamless integration with the next generation of NVMe flash storage, without a disruptive rip-and-replace. With this switch, organizations can reap the benefit of running NVMe and SCSI concurrently on the same network to ramp up a gradual technology transition to NVMe performance.

**Automate for operational efficiency**
Power IT with simple and open automation to increase productivity. By automating daily repetitive tasks, IT organizations can improve efficiency and dramatically decrease the risk of operational mistakes.



    

**Lifecycle Status**

Active

[PDF] Brocade G630 Switch Product Brief

## Features

**Deliver unmatched scalability**

- "Pay as you grow" from 48 up to 128 32G ports with Ports on Demand (PoD)
- Scale efficiently with 33 percent more connectivity in a 2U form factor

**Achieve breakthrough performance**

- Maximize your investment in low-latency, high performance flash with a storage networking switch that supports critical business applications with 32G performance
- Integrate seamless NVMe-ready Fibre Channel while running NVMe and SCSI concurrently on the same network for transitioning to NVMe-based storage

**Simplify management and automation**

- Simplify end-to-end management of large scale environments by automating monitoring and diagnostics
- Unique integrated network sensors monitor NVMe workloads and enable granular visibility into both NVMe and SCSI IO performance for optimal network health

## Popular Resources

**Product Case** 3:20-cv-00451-CEA-DCP    Document 154-16    Filed 07/22/22    Page 12 of 22    PageID #:
6726

Brocade G630 Switch Product Brief

Brocade G630 Switch Product Brief

**White Papers**
IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure
With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads.

**White Papers**
Automating the Fibre Channel Data Center
Leveraging Brocade's Automation Technology to Deliver a Modern Data Center

**White Papers**
Brocade The Modernization of Storage Architectures White Paper

**Product Brief**
Brocade Fabric OS Product Brief

## Previously Viewed


**Brocade X7 Directors**
A faster, more intelligent, more resilient foundation for the on-demand data center


**Brocade G720 Switch**
Maximize performance and simplify daily tasks with a building-block switch


**Brocade 7810 Extension Switch**
Fast, reliable and secure data protection over distance



Top

Products  Solutions  Support and Services  Company  How To Buy

Copyright: © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map

  

Products / Fibre Channel Networking / Switches / Brocade G720 Switch

Print 🖨 Share Page ⊕

# Brocade G720 Switch

**Subscribe** **Contact Sales** **Request Info**

**Maximize performance and simplify daily tasks with a building-block switch**

**Overview** | Specifications | Documentation | Optional Products

Realize an autonomous SAN that unleashes the performance and maximizes the ROI of your server and storage investments with the Brocade G720 Switch. The Brocade G720 Switch provides 64 ports in an ultra-dense 1U design. Delivering unmatched 64G performance and 50% lower latency compared to the previous generation, this switch delivers a fixed-port building block, designed to maximize performance of flash and NVMe environments to meet demanding workloads. With Brocade® Gen 7 technology, the Brocade G720 delivers far more than just speed and latency improvements. It can take the pain out of managing your data center altogether with the introduction of the autonomous SAN: a network that can self-learn, self-optimize and self-heal without intervention.



   



| **Breakthrough Performance** | **Simplified Management** | **Powerful Analytics** | **Advanced Automation** |
|---|---|---|---|
| Maximize performance of NVMe storage with 64Gb/s links and 50% lower latency | Simplify SAN deployment and management with easy-to-use tools | Optimize performance and reliability with built-in visibility and analytics | Automate repetitive tasks and resolve issues without intervention |

**Lifecycle Status**

Active

The Brocade G720 is designed for maximum flexibility and value. This enterprise-class switch offers pay-as-you-grow scalability with Ports on Demand (PoD). Organizations can quickly, easily, and cost-effectively scale from 24 ports to 64 ports to support higher growth. The Brocade G720 provides 48 64G SFP+ ports and 8 2x64G double-density SFP-DD ports, all in an efficient 1U package. The Brocade G720 base configuration comes with 24 ports enabled and can scale to 64 ports by installing SFP licenses and a SFP-DD POD license in any order and any combination.

[PDF] Brocade G720 Switch Product Brief

## Features

### Modernize the SAN for critical workloads and new storage technologies

- Accelerate critical workloads with 64G links
- Maximize performance of NVMe storage with 50 percent lower switching latency than Gen 6
- Easily migrate to NVMe storage with proven infrastructure
- Increase visibility and simplify operations with an easy-to-use modern SAN management tool

### Protect Mission-Critical Workloads with Gen 7 Integrated Security

- Secure storage traffic through controlled-access and isolation
- Safeguard mission-critical operations by validating the integrity and security of Gen 7 Brocade hardware and software
- Reduce the vulnerabilities from malware and hijacking attacks by hardening FOS and strengthening hardware

**Optimize performance and eliminate disruptions with built-in visibility and analytics**

- Collect comprehensive telemetry data across the fabric to enable powerful analytics
- Visualize the data to easily understand the health and performance of the SAN
- Detect issues and provide actionable insights to avoid problems
- Simplify troubleshooting by identifying and isolating issues

**Simplify deployment, configuration, and management of SAN resources**

- Reduce number of steps to deploy and configure a switch with EZSwitchSetup
- Identify and eliminate congestion with self-healing tools
- Automate repetitive tasks to save time and eliminate human error
- Automate troubleshooting and mitigate disruptions with limited expertise

## Popular Resources

White Papers
Brocade Gen 7 Capabilities

Solution Brief
Gen 7 Interactive Guide

White Papers
The Benefits of Gen 7 Fibre Channel White Paper

White Papers
ESG Showcase Brocade Gen 7: Enabling a Cyber-resilient Network

White Papers
IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure
With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads.

White Papers
Brocade Autonomous SAN ESG Showcase Paper

Solution Brief
The Autonomous SAN Solution Brief

## Previously Viewed



**Brocade 7810 Extension Switch**
Fast, reliable and secure data protection over distance

**Brocade X6 Directors**
Unleash performance and deliver operational stability for the virtualized, all-flash data center

**Brocade G620 Switch**
Scale fast, accelerate data access, achieve operational efficiency

Top

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map




**BROADCOM**®  Products  Solutions  Support and Services  Company  How To Buy

Products / Fibre Channel Networking / Switches / Brocade G730 Switch

Print 🖶  Share Page ⊕

# Brocade G730 Switch

[ Subscribe ]  [ Contact Sales ]  [ Request Info ]

Create high-scale fabrics in less rack space with the industry's highest-density 64G switch

**Overview**  |  Specifications  |  Documentation  |  Optional Products

Leverage the benefits of enhanced security and autonomous SAN technology with the Brocade G730 Switch to take the guesswork out of protecting and managing a network. Create high-scale fabrics in less rack space with the industry's highest-density 64G switch. The Brocade G730 Switch provides 128 64G line rate ports in a 2U design and 50 percent lower switching latency compared to previous generations to maximize performance of NVMe storage. With unmatched performance, integrated security and autonomous SAN management technologies, the Brocade G730 Switch will transform current storage networks into an autonomous SAN and safeguard it against cybersecurity and business continuity challenges that threaten to disrupt data center operations.

[PDF] Brocade G730 Switch Product Brief



**Lifecycle Status**

Active

---

## Features

**Create High-scale Fabrics in Less Rack Space with the Industry's Highest-density 64G switch and Double Density Optics**

- Scale more devices, applications, and workloads with 64G links
- Maximize performance with 50% lower switching latency and no oversubscription
- Connect more devices and build larger fabrics with the industry's highest port count in a small footprint
- Pack more ports into a switch to maximize device connectivity with next-generation SFP-DD(double density) optical transceivers

**Protect Mission-Critical Workloads with Gen 7 Integrated Security**

- Secure storage traffic through controlled-access and isolation
- Safeguard mission-critical operations by validating the integrity and security of Gen 7 Brocade hardware and software
- Reduce the vulnerabilities from malware and hijacking attacks by hardening FOS and strengthening hardware
- Automate the distribution of SSL Certificates across the fabric

**Transform Telemetry Data into Actionable Insights to Optimize Performance and Ensure Reliability**

- Collect, transform and visualize billions of data points into actionable intelligence to make faster and more accurate decisions
- Automatically identify and mitigate anomalies across server to storage traffic flows based on comprehensive integrated IO-level telemetry data
- Stream SAN telemetry data from the fabric through SANnav for third-party applications
- Enable VM performance visibility and monitoring from server to storage without additional tools

**Automate Actions to Optimize Performance and Resolve Issues Without Intervention**

- Automate repetitive tasks to save time and eliminate human error
- Optimizes application performance by automatically grouping traffic based on speed, protocol and behavior characteristics
- Instantly notify end-devices of congestion for automatic resolution
- Ensure data delivery with automatic failover from physical or congestion issues

# Build a cyber-resilient, autonomous SAN with the Brocade G730 Switch

## Safeguard

Protect mission-critical workloads from security risks with Gen 7 integrated security



## Scale

Create high-scale fabrics in less rack space with the industry's highest-density 64G switch and double density optics

# High-density Gen 7 building block for increased scalability

Delivering unmatched 64G performance, industry-leading port density and and double density transceivers, this Gen 7 Fibre Channel switch is a high-density building block to connect more devices and build larger fabrics in dense rackmount environments. The Brocade G730 Switch delivers 128 Fibre Channel ports in a 2U form factor for increased scalability and optimized space utilization. Built to support maximum flexibility, the Brocade G730 Switch offers cost-effective, pay-as-you-grow scalability, expanding from 48 ports to 128 ports with Ports on Demand (PoD). The Brocade G730 base configuration comes with 48 ports enabled. To scale from 48 ports to 128 ports, additional 24-port SFP+ PODs and a 32-port SFP-DD POD can be installed in any order and combination.

96 SFP+ ports plus 16 SFP-DD (Double Density) ports provides 128 x 64G ports in a small footprint



Scales from 48 to 128 x 64Gb/s ports with two 24-port SFP+ PODs, plus a 32-port SFP-DD POD



Secure optics, secure boot, secure licensing, TruFO



All optional software licenses included: Fabric Vision, ISL Trunking, Integrated Routing, Extended Fabrics

# Product Videos



Brocade Gen 7 Enables An Autonomous SAN (02 min 36 sec)

Brocade Autonomous SAN (02 min 46 sec)

SANnav Management Portal and Global View (02 min 08 sec)

See how SANnav can help you diagnose the root causes of application issues and lighten your daily workload. (02 min 37 sec)

Eliminating Congestion with Brocade Gen 7 (03 min 30 sec)

Why NVMe Over Fibre Channel? (01 min 58 sec)

Brocade Gen 7 Enables An Autonomous SAN

  

## Resources

### White Papers

Brocade Gen 7 Capabilities

The Benefits of Gen 7 Fibre Channel White Paper

ESG Showcase Brocade Gen 7: Enabling a Cyber-resilient Network

The Autonomous SAN Solution Brief

### Solution Brief

Gen 7 Interactive Guide

The Autonomous SAN Solution Brief

---

### Previously Viewed

 **Brocade G630 Switch**
Increase scalability, respond to dynamic demands, optimize space utilization

 **Brocade X7 Directors**
A faster, more intelligent, more resilient foundation for the on-demand data center

 **Brocade G720 Switch**
Maximize performance and simplify daily tasks with a building-block switch

Top 

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map

 

Products / Fibre Channel Networking / Directors / Brocade X6 Directors

Print 🖶  Share Page ⊕

# Brocade X6 Directors

[Subscribe]  [Contact Sales]  [Request Info]

Unleash performance and deliver operational stability for the virtualized, all-flash data center

**Overview**    Specifications    Documentation    Optional Products

Digital transformation driven by storage innovation requires a modern storage network. Brocade X6 Director family and SX6 Extension Blade combined with Brocade Fabric Vision technology enables customers to drive always-on business operations, eliminate performance bottlenecks, and adapt to the requirements of the digital enterprise.

**Always-on business:** Hitting your service level agreement (SLA) targets requires network-wide operational stability, maintained through greater control and insight. Brocade X6 Directors provide both, with extensive automation that includes performance monitoring, diagnostics, and error recovery.

**Breakthrough application performance**: Breakthrough 32G performance accelerates application response time by up to 71 percent, eliminating IO bottlenecks, and unleashes the full performance of flash and next-generation Non-Volatile Memory Express (NVMe)-based storage.

**Increase productivity with automation**: Automate and orchestrate repetitive tasks, enable IT organizations to significantly improve their efficiency, and decrease the risk of operational mistakes to simplify end-to-end management and accelerate operations of large-scale environments.

**Future-ready today**: Adapt to evolving requirements requires business agility. Brocade X6 Directors adapt and optimize businesses with seamless integration into next-generation NVMe over fabrics and future-ready support for Gen 7 Fibre Channel without a disruptive rip and replace.

[PDF] Brocade X6 Director Product Brief

## Features

### Extraordinary Operational Stability

- The industry's first integrated network sensors, IO Insight, provides device latency and IOPS metrics to automatically detect degraded application or device performance
- VM Insight enables Virtual Machine (VM) visibility in a storage fabric to monitor and optimize VM performance and identify VM anomalies
- Automated monitoring and diagnostics to simplify end-to-end management of large-scale environments

### Accelerated Data Access

- 32G links increase performance for demanding workloads
- 128Gb/s UltraScale ICL connectivity supports infrastructure consolidation



   

  

**Lifecycle Status**

Active

**Increased Business Agility**

- Highly scalable, Fibre Channel, IP, and FICON extension solution extends replication over distance
- Seamlessly integrates next-generation NVMe over fabrics without a disruptive rip and replace
- Seamless FICON connectivity for mainframe storage environments

---

## Popular Resources

White Papers
**Benefits of Gen 6 Fibre Channel for the All-Flash Data Center**
This document describes the benefits of Gen 6 Fibre Channel for the All-Flash Data Center

Product Brief
**Brocade Fabric Vision Technology Product Brief**

FAQs
**Brocade X6 Director Frequently Asked Questions**
This document answers frequently asked questions about the Brocade X6 Director family.

White Papers
**Maximize the All-Flash Data Center with Brocade Gen 6 Fibre Channel White Paper**
Maximize All Flash DC with Brocade Gen 6-FC

Solution Brief
**Brocade Investment Protection with Brocade Gen 6 Fibre Channel Solutions**

White Papers
**Better Performance, Better Insight for Your Mainframe Storage Network with Brocade Gen 6 White Paper**

---

## Previously Viewed



**Brocade G620 Switch**
Scale fast, accelerate data access, achieve operational efficiency

**Brocade G610 Switch**
Affordable, flash-ready switch delivers enterprise availability

**Brocade 7840 Extension Switch**
Accelerate replication and achieve near-zero downtime between data centers

Top 

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map



Products / Fibre Channel Networking / Directors / Brocade X7 Directors

Print   Share Page ⊕

# Brocade X7 Directors

Subscribe   Contact Sales   Request Info

A faster, more intelligent, more resilient foundation for the on-demand data center

**Overview**   Specifications   Documentation   Optional Products

Meet ever-increasing demands for quicker, more reliable data access with the Brocade X7 Director family. With ultra-low latency and 64G links, these directors provide the highest level of performance needed for next-generation data centers. Combined with autonomous SAN technology, Brocade X7 Directors harness the power of analytics and the simplicity of automation to optimize performance, ensure reliability and simplify management. Leveraging these capabilities enables organizations to realize a self-learning, self-optimizing, and self-healing SAN, making the Brocade X7 Director a highly efficient and resilient solution.



| **Faster** | **Scalable** | **Intelligent** | **Resilient** |
|---|---|---|---|
|  |  |  | |
| Maximize NVMe and high-transaction workloads with 50% lower latency compared to Gen 6 | Scale more devices, applications and workloads with double the performance through 64G links | Transform data into actionable insights to optimize performance and ensure reliability with built-in analytics | Automate actions to simplify management and resolve issues without intervention with automation |

   


**Lifecycle Status**

Limited Release

[PDF] Brocade X7 Director Product Brief

## Features

Modernize the SAN to meet the requirements of an on-demand data center

- Maximize NVMe and high-transaction workloads with 50 percent lower latency
- Scale more devices, applications and workloads with 64G links
- Increase visibility and simplify operations with a modern SAN management tool
- Eliminate third party tools with integrated analytics

Transform telemetry data into actionable insights to optimize performance and ensure reliability

- Collect and transform millions of data points into actionable intelligence
- Visualize application and device-based performance and health metrics
- Detect abnormal traffic behaviors and degraded performance
- Simplify troubleshooting by identifying and isolating issues

Automate actions to simplify management and resolve issues without intervention

- Instantly notify end-devices of congestion for automatic resolution
- Guarantee application performance by proactively monitoring and load balancing traffic
- Ensure data delivery with automatic failover from physical or congestion issues
- Reduce human error and streamline processes by automating repetitive daily tasks through open DevOps automation technology

## Popular Resources

White Papers
Brocade Gen 7 Capabilities

Solution Brief
Gen 7 Interactive Guide

White Papers
ESG Showcase Brocade Gen 7: Enabling a Cyber-resilient Network

White Papers
Brocade Autonomous SAN ESG Showcase Paper

Solution Brief
The Autonomous SAN Solution Brief

## Previously Viewed


**Brocade G720 Switch**
Maximize performance and simplify daily tasks with a building-block switch


**Brocade 7810 Extension Switch**
Fast, reliable and secure data protection over distance


**Brocade X6 Directors**
Unleash performance and deliver operational stability for the virtualized, all-flash data center

Top

Products   Solutions   Support and Services   Company   How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map



https://www.broadcom.com/products/fibre-channel-networking/directors/x7-directors                                07/20/2022