# Exhibit 17 to the Olivia Weber Declaration

BROADCOM®   Products   Solutions   Support and Services   Company   How To Buy

# Brocade G630 Switch

Subscribe   Contact Sales   Request Info

Increase scalability, respond to dynamic demands, optimize space utilization

**Overview**   |   Specifications   |   Documentation   |   Optional Products

Purpose-built to meet the low-latency and high IOPS requirements of flash storage, this high-density switch is designed to tackle the growing requirements of large and dynamic environments. The Brocade® G630 is a high-density building block designed to support NVMe storage environments, demanding workloads and data center consolidation.

**Build a network that scales as fast as your business**
The Brocade G630 Switch delivers industry-leading 32G Fibre Channel performance across 128 ports in a 2U form factor. This switch enables organizations to increase scale with 33 percent more connectivity at double the speed with Brocade Gen 6 technology.

**Deliver leading-edge, low-latency NVMe performance with trusted reliability**
The Brocade G630 delivers seamless integration with the next generation of NVMe flash storage, without a disruptive rip-and-replace. With this switch, organizations can reap the benefit of running NVMe and SCSI concurrently on the same network to ramp up a gradual technology transition to NVMe performance.

**Automate for operational efficiency**
Power IT with simple and open automation to increase productivity. By automating daily repetitive tasks, IT organizations can improve efficiency and dramatically decrease the risk of operational mistakes.



   

**Lifecycle Status**
Active

[PDF] Brocade G630 Switch Product Brief

**Features**

**Deliver unmatched scalability**
- "Pay as you grow" from 48 up to 128 32G ports with Ports on Demand (PoD)
- Scale efficiently with 33 percent more connectivity in a 2U form factor

**Achieve breakthrough performance**
- Maximize your investment in low-latency, high performance flash with a storage networking switch that supports critical business applications with 32G performance
- Integrate seamless NVMe-ready Fibre Channel while running NVMe and SCSI concurrently on the same network for transitioning to NVMe-based storage

**Simplify management and automation**
- Simplify end-to-end management of large scale environments by automating monitoring and diagnostics
- Unique integrated network sensors monitor NVMe workloads and enable granular visibility into both NVMe and SCSI IO performance for optimal network health

**Popular Resources**



Brocade G630 Switch Product Brief

**White Papers**

IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure

With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads.

**White Papers**

Automating the Fibre Channel Data Center

Leveraging Brocade's Automation Technology to Deliver a Modern Data Center

**White Papers**

Brocade The Modernization of Storage Architectures White Paper

**Product Brief**

Brocade Fabric OS Product Brief

## Previously Viewed


**Brocade X7 Directors**
A faster, more intelligent, more resilient foundation for the on-demand data center


**Brocade G720 Switch**
Maximize performance and simplify daily tasks with a building-block switch


**Brocade 7810 Extension Switch**
Fast, reliable and secure data protection over distance



Products  Solutions  Support and Services  Company  How To Buy

Copyright: © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map

