# Exhibit 18 to the Olivia Weber Declaration

# BROADCOM

Support Portal ▼    English ▼
Products   Solutions   Support and Services   Company   How To Buy
Search

Products / Fibre Channel Networking / Switches / Brocade G630 Switch

Print    Share Page

# Brocade G630 Switch

Subscribe | Contact Sales | Request Info

Increase scalability, respond to dynamic demands, optimize space utilization

Overview | Specifications | **Documentation** | Optional Products

Expand All | Collapse All







| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric OS 8.x Open Systems Compatibility Matrix  This document summarizes equipment known to be compatible with the Brocade FOS 8.x family.  Version: 8.x    File Size: 223 KB    Language: English | 07/19/2022 | Fabric OS 8.x | [ PDF ] | Create |
| Brocade Transceiver Support Matrix  Check this matrix to identify the transceivers supported for your Brocade products.  Version: NA    File Size: 72 KB    Language: English | 06/15/2022 | NA | [ PDF ] | Create |
| Brocade Fabric OS Features and Standards Support Matrix, 9.1.x  Version: 9.1.x    File Size: NA    Language: English | 02/15/2022 | FOS 9.1.x | [ NA ] | Create |
| Brocade Fabric OS Features and Standards Support Matrix, 9.0.x  Version: 9.0.x    File Size: 869 KB    Language: English | 09/01/2020 | Fabric OS 9.0.x | [ PDF ] | Create |

## Design Guide  2

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| High-Density Cabling  Version: NA    File Size: 5.05 MB    Language: English | 07/15/2022 | NA | [ PDF ] | Create |
| SAN Design and Best Practices Guide  Version: NA    File Size: 3.17 MB    Language: English | 05/01/2022 | NA | [ PDF ] | Create |

## eBook  4

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| NVMe over Fibre Channel for Dummies  Version: NA    File Size: 2.68 MB    Language: English | 09/09/2021 | NA | [ PDF ] | Create |
| Fibre Channel Never Dies, Inside SANs  Version: NA    File Size: 2.05 MB    Language: English | 06/14/2021 | NA | [ PDF ] | Create |
| Networking Next-Gen Storage for Dummies eBook  Version: NA    File Size: 2.76 MB    Language: English | 12/09/2019 | NA | [ PDF ] | Create |
| SAN Automation for Dummies  This book is for storage administrators as well as for automation engineers who may need to collaborate with storage teams to automate storage-related activities.  Version: NA    File Size: 2.44 MB    Language: English | 04/09/2018 | NA | [ PDF ] | Create |

## FAQs  3

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade G610/G620/G630 Switches Frequently Asked Questions<br>Brocade provides the industry's leading Gen 6 Fibre Channel family of Storage Area Network (SAN) switches, including Brocade G610, G620, and G630 Switches.<br><br>Version: NA   File Size: 175 KB   Language: English | 07/08/2021 | NA | [ PDF ] | Create |
| Brocade Fabric Vision Technology Frequently Asked Questions<br>Version: NA   File Size: 207 KB   Language: English | 12/04/2018 | NA | [ PDF ] | Create |
| Brocade Network Advisor FAQ<br>Frequently Asked Questions for the Brocade® Network Advisor.<br><br>Version: NA   File Size: 231 KB   Language: English | 04/10/2018 | NA | [ PDF ] | Create |

## Infographic 2

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| 5 Things a Fibre Channel SAN Fabric Can Do for You<br>Version: NA   File Size: 186 KB   Language: English | 03/22/2020 | NA | [ PDF ] | Create |
| HCI: HYPE vs REALITY<br>Version: NA   File Size: 326 KB   Language: English | 11/05/2017 | NA | [ PDF ] | Create |

## Installation Guide 3

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade SANnav Management Portal Installation and Migration Guide<br>Version: NA   File Size: NA   Language: English | 06/22/2022 | NA | [ NA ] | Create |
| Fabric OS Software: Brocade Fabric Notifications – Installation Procedure for Linux<br>Version: NA   File Size: 176 KB   Language: English | 03/08/2022 | NA | [ PDF ] | Create |
| Brocade G630 Switch Hardware Installation Guide<br>Version: NA   File Size: NA   Language: English | 12/15/2021 | NA | [ NA ] | Create |

## PEIS & RoHS 1

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| RoHS Certificate of Compliance - Brocade G630 Switch<br>Version: NA   File Size: 102 KB   Language: English | 04/09/2018 | NA | [ PDF ] | Create |

## Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade G630 Switch Product Brief<br>Version: NA · File Size: 131 KB · Language: English | 10/07/2021 | NA | [ PDF ] | ⊕ Create |

## Recycling Instructions  1

### Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade G630 Switch Recycling Instructions<br>Version: NA · File Size: 193 KB · Language: English | 02/17/2021 | NA | [ PDF ] | ⊕ Create |

## Reference Manual  11  ⓘ

### Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade SANnav Management Portal REST API and Northbound Streaming Reference Manual<br>Version: NA · File Size: NA · Language: English | 06/22/2022 | NA | [ NA ] | ⊕ Create |
| Brocade Fabric OS Message Reference Manual, 9.1.x<br>Version: 9.1.x · File Size: NA · Language: English | 06/15/2022 | Fabric OS 9.1.x | [ NA ] | ⊕ Create |
| Brocade Fabric OS Command Reference Manual, 9.1.x<br>Version: 9.1.x · File Size: NA · Language: English | 06/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade Fabric OS REST API Reference Manual, 9.1.x<br>Version: 9.1.x · File Size: NA · Language: English | 06/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade Fabric OS MIB Reference, 9.1.x<br>Version: 9.1.x · File Size: NA · Language: English | 02/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade Fabric OS REST API Reference Manual, 9.0.x<br>Version: 9.0.x · File Size: 2.78 MB · Language: English | 06/30/2021 | Fabric OS 9.0.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS Command Reference Manual, 8.2.x<br>Version: 8.2.x · File Size: 5.62 MB · Language: English | 06/22/2021 | Fabric OS 8.2.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS MIB Reference Manual, 8.2.x<br>Version: 8.2.x · File Size: 1023 KB · Language: English | 04/30/2021 | Fabric OS 8.2.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS Command Reference Manual, 9.0.x<br>Version: 9.0.x · File Size: 5.04 MB · Language: English | 04/30/2021 | Fabric OS 9.0.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS MIB Reference Manual, 9.0.x<br>Version: 9.0.x · File Size: 978 KB · Language: English | 12/18/2020 | Fabric OS 9.0.x | [ PDF ] | ⊕ Create |
| Brocade SANnav Management Portal REST API Reference Manual, 2.0.0 | 10/26/2019 | SANnav 2.0.0 | [ PDF ] | ⊕ Create |

| | | | |
|---|---|---|---|
| Version: 2.0.0 | File Size: 216 KB | Language: English | Create |

## Solution Brief 8 ⓘ

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Security Incidents Will Happen<br>Version: NA • File Size: 683 KB • Language: English | 06/23/2022 | NA | [ PDF ] | Create |
| Safeguard your SAN with Brocade Gen 7<br>Version: NA • File Size: 998 KB • Language: English | 06/17/2022 | NA | [ PDF ] | Create |
| Brocade Trusted FOS Certificates<br>Version: NA • File Size: 78 KB • Language: English | 02/15/2022 | NA | [ PDF ] | Create |
| Beware of Counterfeit Brocade Licenses<br>Version: NA • File Size: 76 KB • Language: English | 11/30/2021 | NA | [ PDF ] | Create |
| Replace Brocade Network Advisor before Feb 2022<br>Version: NA • File Size: 307 KB • Language: English | 11/04/2021 | NA | [ PDF ] | Create |
| Brocade Support Link Solution Brief<br>Version: NA • File Size: 87 KB • Language: English | 03/03/2021 | NA | [ PDF ] | Create |
| The Autonomous SAN Solution Brief<br>Version: NA • File Size: 54 KB • Language: English | 09/01/2020 | NA | [ PDF ] | Create |
| Brocade and ATTO Modernize Digital Media and Entertainment with Gen 6 Fibre Channel Partner Brief<br>Version: NA • File Size: 342 KB • Language: English | 04/24/2017 | NA | [ PDF ] | Create |

## Technical Brief 1

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Target Credit Stall—An Investigation<br>Version: NA • File Size: 200 KB • Language: English | 03/24/2021 | NA | [ PDF ] | Create |

## Test Report 2

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric Technology with the Infinidat InfiniBox F-Series Array Validation Test Report, FOS 8.2.1<br>This document demonstrates the compatibility of the Infinidat InfiniBox F-Series FC storage array in a Brocade FC fabric containing Gen 5 and Gen 6 FC switches. This document provides a test report on the SFR qualification test plan executed on the Infinidat InfiniBox storage array. | 05/08/2019 | Fabric OS | [ PDF ] | Create |

|  | 7.73 MB |  | English |  |  |
| --- | --- | --- | --- | --- | --- |

| Brocade Fabric Technology with the Tegile T3100 Hybrid Flash Array Validation Test Report, FOS 7.4.1, 8.0.1, 8.1.0, 8.2.0, & 8.2.1 | 06/03/2017 | Fabric OS | [ PDF ] | ⊕ Create |
|---|---|---|---|---|

The goal of this document is to demonstrate the compatibility of the Tegile T3100 FC storage array in a Brocade FC fabric containing Gen 5 (16 Gb) and Gen 6 (32 Gb) FC switches. This document provides a test report on the SFR qualification test plan executed on the Tegile T3100 storage array.

| Version: | File Size: | Language: |
|---|---|---|
| NA | 1.18 MB | English |

## User Guide  28  ⓘ

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade SANnav Management Portal Flow Management User Guide<br>Version: NA / File Size: NA / Language: English | 07/18/2022 | NA | [ NA ] | ⊕ Create |
| Brocade SANnav Global View User Guide<br>Version: NA / File Size: NA / Language: English | 06/22/2022 | NA | [ NA ] | ⊕ Create |
| Brocade SANnav Management Portal User Guide<br>Version: NA / File Size: NA / Language: English | 06/22/2022 | NA | [ NA ] | ⊕ Create |
| Brocade Fabric OS Web Tools User Guide, 9.1.x<br>Version: 9.1.x / File Size: NA / Language: English | 06/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade Fabric OS Software Licensing User Guide, 9.1.x<br>Version: 9.1.x / File Size: NA / Language: English | 06/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade SAN Scalability Guidelines for Fabric OS 9.x<br>Version: 9.x / File Size: 787 KB / Language: English | 02/22/2022 | Fabric OS 9.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS Web Tools User Guide, 8.2.x<br>Version: 8.2.x / File Size: 11.21 MB / Language: English | 02/15/2022 | Fabric OS 8.2.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS MAPS User Guide, 9.1.x<br>Version: 9.1.x / File Size: NA / Language: English | 02/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade Fabric OS Software Upgrade Guide, 9.1.x<br>Version: 9.1.x / File Size: NA / Language: English | 02/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| Brocade EZSwitchSetup User Guide, 9.1.x<br>Version: 9.1.x / File Size: NA / Language: English | 02/15/2022 | FOS 9.1.x | [ NA ] | ⊕ Create |
| SAN Fabric Resiliency and Administration Best Practices User Guide<br>Version: NA / File Size: 1.04 MB / Language: English | 02/15/2022 | NA | [ PDF ] | ⊕ Create |
| Brocade Fabric OS MAPS User Guide, 9.0.x<br>Version: 9.0.x / File Size: 1.96 MB / Language: English | 05/25/2021 | Fabric OS 9.0.x | [ PDF ] | ⊕ Create |
| Brocade Fabric OS Web Tools User Guide, 9.0.x<br>Version: 9.0.x / File Size: 6.02 MB / Language: English | 05/04/2021 | Fabric OS 9.0.x | [ PDF ] | ⊕ Create |

Case 3:20-cv-00451-CEA-DCP   Document 154-18   Filed 07/22/22   Page 7 of 13   PageID #: 6746

| Document | Date | Version | Format | |
|---|---|---|---|---|
| Brocade Fabric OS Software Upgrade Guide, 9.0.x<br>Version: 9.0.x  File Size: 804 KB  Language: English | 04/30/2021 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade Fabric OS FCoE User Guide, 9.0.x<br>Version: 9.0.x  File Size: 998 KB  Language: English | 04/30/2021 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade Fabric OS Software Licensing User Guide, 9.0.x<br>Version: 9.0.x  File Size: 849 KB  Language: English | 04/30/2021 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade Fabric OS Flow Vision User Guide, 9.0.x<br>Version: 9.0.x  File Size: 1.83 MB  Language: English | 04/06/2021 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade Fabric OS Software Upgrade User Guide, 8.2.x<br>Version: 8.2.x  File Size: 323 KB  Language: English | 03/15/2021 | Fabric OS 8.2.x | [ PDF ] | Create |
| Brocade Flow Vision Configuration Guide, 8.2.x<br>Version: 8.2.x  File Size: 2.36 MB  Language: English | 02/12/2021 | Fabric OS 8.2.x | [ PDF ] | Create |
| Brocade Fabric OS Extension User Guide, 9.0.x<br>Version: 9.0.x  File Size: 2.47 MB  Language: English | 02/03/2021 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade Fabric OS Access Gateway User Guide, 8.2.x<br>Version: 8.2.x  File Size: 1.40 MB  Language: English | 10/16/2020 | Fabric OS 8.2.x | [ PDF ] | Create |
| Brocade Fabric OS Access Gateway User Guide, 9.0.x<br>Version: 9.0.x  File Size: 2.32 MB  Language: English | 08/17/2020 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade EZSwitchSetup User Guide, 9.0.x<br>Version: 9.0.x  File Size: 1.93 MB  Language: English | 08/17/2020 | Fabric OS 9.0.x | [ PDF ] | Create |
| Brocade Fabric OS Software Licensing User Guide, 8.2.x<br>Version: 8.2.x  File Size: 1.29 MB  Language: English | 06/03/2020 | Fabric OS 8.2.x | [ PDF ] | Create |
| Brocade Fabric OS MAPS User Guide, 8.2.x<br>Version: 8.2.x  File Size: 1.14 MB  Language: English | 03/26/2020 | Fabric OS 8.2.x | [ PDF ] | Create |
| Brocade SAN Scalability Guidelines for Fabric OS 8.X<br>Version: 8.X  File Size: 630 KB  Language: English | 03/12/2019 | Fabric OS 8.X | [ PDF ] | Create |
| Brocade Fabric OS BSI User Guide, 8.2.0x: Supporting FOS 8.2.0a2<br>Version: 8.2.0a2  File Size: 16.33 MB  Language: English | 01/18/2019 | Fabric OS 8.2.0a2 | [ ZIP ] | Create |
| Brocade Fabric OS FIPS Cryptographic Module 8.2.x User Guide<br>Brocade Fabric OS software uses the Brocade Fabric OS FIPS Cryptographic Module 8.2.x library to perform cryptographic functions. The module must be used in a FIPS-compliant operational environment along with the proper device configuration. This document provides the required conditions and configurations for a device to operate in a FIPS 140 ...<br><br>Version: 8.2.X  File Size: 551 KB  Language: English | 06/03/2017 | Fabric OS 8.2.x | [ PDF ] | Create |

White Papers 15

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| **Brocade Gen 7: Simple and Secure** <br> Version: NA    File Size: 1.70 MB    Language: English | 04/28/2022 | NA | [ PDF ] | ⊕ Create |
| **ESG: Modern SAN Management with Brocade SANnav** <br> Version: NA    File Size: 1.09 MB    Language: English | 04/15/2022 | NA | [ PDF ] | ⊕ Create |
| **ESG: VM Insight: The Critical Path to App-aware Infrastructure** <br> Version: NA    File Size: 216 KB    Language: English | 04/11/2022 | NA | [ PDF ] | ⊕ Create |
| **Mainframe Migration from Brocade Gen 5 to Gen 6/7 for FICON SAN Fabrics** <br> Version: NA    File Size: 1.41 MB    Language: English | 05/27/2021 | NA | [ PDF ] | ⊕ Create |
| **Brocade Gen 5 Has Reached End-of-Life** <br> Version: NA    File Size: 930 KB    Language: English | 04/28/2021 | NA | [ PDF ] | ⊕ Create |
| **Top Reasons to Upgrade to Gen 7** <br> Version: NA    File Size: 2.70 MB    Language: English | 02/24/2021 | NA | [ PDF ] | ⊕ Create |
| **IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure** <br> With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads. <br><br> Version: NA    File Size: 1.35 MB    Language: English | 10/01/2020 | NA | [ PDF ] | ⊕ Create |
| **IDC Analyst Q&A on vSphere7 with Broadcom** <br> Version: NA    File Size: 1.34 MB    Language: English | 10/01/2020 | NA | [ PDF ] | ⊕ Create |
| **Planning for the Transition to Production-Ready NVMe over Fabrics Deployments in the Enterprise** <br> Version: NA    File Size: 179 KB    Language: English | 04/17/2020 | NA | [ PDF ] | ⊕ Create |
| **NVMe over Fibre Channel Addresses the Accelerated Data Requirements of the Future** <br> Version: NA    File Size: 306 KB    Language: English | 08/07/2019 | NA | [ PDF ] | ⊕ Create |
| **Unleash the Power of NVMe with Fibre Channel** <br> Version: NA    File Size: 1.55 MB    Language: English | 06/28/2019 | NA | [ PDF ] | ⊕ Create |
| **ESG: The Performance Benefits of Fibre Channel Compared to iSCSI for All-flash Storage Arrays Supporting Enterprise Workloads** <br> Version: NA    File Size: 595 KB    Language: English | 07/24/2018 | NA | [ PDF ] | ⊕ Create |
| **Maximize the All-Flash Data Center with Brocade Gen 6 Fibre Channel White Paper** <br> Maximize All Flash DC with Brocade Gen 6-FC <br><br> Version: NA    File Size: 466 KB    Language: English | 04/10/2018 | NA | [ PDF ] | ⊕ Create |
| **Automating the Fibre Channel Data Center** <br> Leveraging Brocade's Automation Technology to Deliver a Modern Data | 04/10/2018 | NA | [ PDF ] | ⊕ Create |

| | | | | | |
|---|---|---|---|---|---|
| Center | | | | | |
| **Version:** NA | **File Size:** 525 KB | **Language:** English | | | |
| Benefits of Gen 6 Fibre Channel for the All-Flash Data Center<br>This document describes the benefits of Gen 6 Fibre Channel for the All-Flash Data Center | | | 04/10/2018 | NA | [ PDF ]  ⊕ Create |
| **Version:** NA | **File Size:** 723 KB | **Language:** English | | | |

## Previously Viewed



**Brocade G630 Switch** — Increase scalability, respond to dynamic demands, optimize space utilization

**Brocade G730 Switch** — Create high-scale fabrics in less rack space with the industry's highest-density 64G switch

**Brocade X7 Directors** — A faster, more intelligent, more resilient foundation for the on-demand data center



Top ⬆

Products   Solutions   Support and Services   Company   How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map



**BROADCOM®**   Products   Solutions   Support and Services   Company   How To Buy

Search

Products / Fibre Channel Networking / Switches / Brocade G630 Switch

Print   Share Page

# Brocade G630 Switch

Subscribe   Contact Sales   Request Info

Increase scalability, respond to dynamic demands, optimize space utilization

**Overview** | Specifications | Documentation | Optional Products

Purpose-built to meet the low-latency and high IOPS requirements of flash storage, this high-density switch is designed to tackle the growing requirements of large and dynamic environments. The Brocade® G630 is a high-density building block designed to support NVMe storage environments, demanding workloads and data center consolidation.

**Build a network that scales as fast as your business**
The Brocade G630 Switch delivers industry-leading 32G Fibre Channel performance across 128 ports in a 2U form factor. This switch enables organizations to increase scale with 33 percent more connectivity at double the speed with Brocade Gen 6 technology.

**Deliver leading-edge, low-latency NVMe performance with trusted reliability**
The Brocade G630 delivers seamless integration with the next generation of NVMe flash storage, without a disruptive rip-and-replace. With this switch, organizations can reap the benefit of running NVMe and SCSI concurrently on the same network to ramp up a gradual technology transition to NVMe performance.

**Automate for operational efficiency**
Power IT with simple and open automation to increase productivity. By automating daily repetitive tasks, IT organizations can improve efficiency and dramatically decrease the risk of operational mistakes.



   

**Lifecycle Status**
Active

**[PDF] Brocade G630 Switch Product Brief**

## Features

**Deliver unmatched scalability**
- "Pay as you grow" from 48 up to 128 32G ports with Ports on Demand (PoD)
- Scale efficiently with 33 percent more connectivity in a 2U form factor

**Achieve breakthrough performance**
- Maximize your investment in low-latency, high performance flash with a storage networking switch that supports critical business applications with 32G performance
- Integrate seamless NVMe-ready Fibre Channel while running NVMe and SCSI concurrently on the same network for transitioning to NVMe-based storage

**Simplify management and automation**
- Simplify end-to-end management of large scale environments by automating monitoring and diagnostics
- Unique integrated network sensors monitor NVMe workloads and enable granular visibility into both NVMe and SCSI IO performance for optimal network health

## Popular Resources

**Product Brief**
Brocade G630 Switch Product Brief

**White Papers**
IDC: Native NVMe/FC Support Provides a Performance Growth Path for Virtual Infrastructure
With the release of vSphere 7, VMware natively supports NVMe over Fibre Channel (NVMe/FC). This storage networking protocol is a key enabler for enterprises undergoing digital transformation that need higher storage performance for their mission-critical workloads.

**White Papers**
Automating the Fibre Channel Data Center
Leveraging Brocade's Automation Technology to Deliver a Modern Data Center

## White Papers
Brocade The Modernization of Storage Architectures White Paper

## Product Brief
Brocade Fabric OS Product Brief

## Previously Viewed



**Brocade G630 Switch**
Increase scalability, respond to dynamic demands, optimize space utilization

**Brocade G730 Switch**
Create high-scale fabrics in less rack space with the industry's highest-density 64G switch

**Brocade X7 Directors**
A faster, more intelligent, more resilient foundation for the on-demand data center

Top

Products  Solutions  Support and Services  Company  How To Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Site Map



# Brocade G630 Switch

Subscribe   Contact Sales   Request Info

Increase scalability, respond to dynamic demands, optimize space utilization

Overview | **Specifications** | Documentation | Optional Products

| Specification | Value |
|---|---|
| Lifecycle | Active |
| Access Gateway | Not available |
| Bandwidth | 4 Tb/s |
| Certified Maximum | Single fabric: 56 domains, 7 hops MPR fabric: 19 hops |
| Fibre Channel Performance | Fibre Channel: 4.25Gb/s line speed, full duplex; 8.5Gb/s line speed, full duplex; 14.025Gb/s line speed, full duplex; 28.05Gb/s line speed, full duplex; auto-sensing of 4, 8, 16, and 32G port speeds. Fibre Channel: 4.25Gb/s line speed, full duplex; 8.5Gb/s line speed, full duplex; 14.025Gb/s line speed, full duplex; 28.05Gb/s line speed, full duplex; auto-sensing of 4, 8, 16, and 32G port speeds. Auto-sensing of 4×32, 4×16, 4×8, 4×4G speeds on the QSFP ports with Brocade FOS v8.2.0. |
| FICON Support | Not available |
| Frame Based ISL Trunking | 256Gb/s frame-based trunk (optional) |
| Power Text | 942W, dual hot-swappable power supplies |
| Size (mm) | 440.0 (W) x 86.70 (H) x 609.60 (D) |
| Total Line Rate Ports | 48 to 128 @32G |

## Previously Viewed


**Brocade G630 Switch**
Increase scalability, respond to dynamic demands, optimize space utilization


**Brocade G730 Switch**
Create high-scale fabrics in less rack space with the industry's highest-density 64G switch


**Brocade X7 Directors**
A faster, more intelligent, more resilient foundation for the on-demand data center

Top ⬆



Case 3:20-cv-00451-CEA-DCP   Document 154-18   Filed 07/22/22   Page 13 of 13   PageID #: 6752

https://www.broadcom.com/products/fibre-channel-networking/switches/g630-switch   07/21/2022