# Exhibit 19 to the Olivia Weber Declaration



BROADCOM®    PRODUCTS   SOLUTIONS   SUPPORT   HOW TO BUY   COMPANY

LOGIN   ENGLISH
SEARCH

Products / Fibre Channel Networking / Switches / Brocade G630 Switch

Print    Share Page

# Brocade G630 Switch

FIND A PARTNER   REQUEST INFO

Increase scalability, respond to dynamic demands, optimize space utilization

**OVERVIEW**   SPECIFICATIONS   DOCUMENTATION   OPTIONAL PRODUCTS



Purpose-built to meet the low-latency and high IOPS requirements of flash storage, this high-density switch is designed to tackle the growing requirements of large and dynamic environments. The Brocade® G630 is a high-density building block designed to support NVMe storage environments, demanding workloads and data center consolidation.

**Build a network that scales as fast as your business**
The Brocade G630 Switch delivers industry-leading 32 Gb/s Fibre Channel performance across 128 ports in a 2U form factor. This switch enables organizations to increase scale with 33 percent more connectivity at double the speed with Brocade Gen 6 technology.

**Deliver leading-edge, low-latency NVMe performance with trusted reliability**
The Brocade G630 delivers seamless integration with the next generation of NVMe flash storage, without a disruptive rip-and-replace. With this switch, organizations can reap the benefit of running NVMe and SCSI concurrently on the same network to ramp up a gradual technology transition to NVMe performance.

**Automate for operational efficiency**
Power IT with simple and open automation to increase productivity. By automating daily repetitive tasks, IT organizations can improve efficiency and dramatically decrease the risk of operational mistakes.

 [PDF] Brocade G630 Switch Product Brief

## Features

**Deliver unmatched scalability**

- "Pay as you grow" from 48 up to 128 32 Gb/s ports with Ports on Demand (PoD)
- Scale efficiently with 33 percent more connectivity in a 2U form factor

**Achieve breakthrough performance**

- Maximize your investment in low-latency, high performance flash with a storage networking switch that supports critical business applications with 32 Gb/s performance
- Integrate seamless NVMe-ready Fibre Channel while running NVMe and SCSI concurrently on the same network for transitioning to NVMe-based storage

**Simplify management and automation**

- Simplify end-to-end management of large scale environments by automating monitoring and diagnostics
- Unique integrated network sensors monitor NVMe workloads and enable granular visibility into both NVMe and SCSI IO performance for optimal network health

## Lifecycle Status

Active

## Popular Resources

**PRODUCT BRIEF**
[PDF]Brocade G630 Switch Product Brief
This document describes the Brocade G630 Switch.

**WHITE PAPERS**
[PDF]Automating the Fibre Channel Data Center
Leveraging Brocade's Automation Technology to Deliver a Modern Data Center

**WHITE PAPERS**
[PDF]Brocade The Modernization of Storage Architectures White Paper

**PRODUCT BRIEF**

[PDF]Brocade Fabric OS Product Line Product Brief
Deployment of Fibre Channel is widespread in IT infrastructure for mission critical storage, enabling a breakthrough performance increased business agility and operational stability.

Case 3:20-cv-00451-CEA-DCP   Document 154-19   Filed 07/22/22   Page 2 of 3   PageID #: 6754
https://web.archive.org/web/20200815083709/https://www.broadcom.com/products/fibre-channel-networking/switches/g630-switch   07/21/2022

PREVIOUSLY VIEWED



PRODUCTS   SOLUTIONS   SUPPORT   HOW TO BUY   COMPANY

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Sitemap

