# Exhibit 20 to the Olivia Weber Declaration

LOGIN  ENGLISH

**BROADCOM**  PRODUCTS  SOLUTIONS  SUPPORT  HOW TO BUY  COMPANY   SEARCH

Products / Fibre Channel Networking / Switches / Brocade G630 Switch          Print   Share Page

# Brocade G630 Switch                                                          FIND A PARTNER   REQUEST INFO

Increase scalability, respond to dynamic demands, optimize space utilization

**OVERVIEW**   **SPECIFICATIONS**   **DOCUMENTATION**   **OPTIONAL PRODUCTS**

| Specification | Value |
|---|---|
| Lifecycle | Active |
| Bandwidth | 4 |
| Bandwidth UOM | Tb/s |
| Total Line Rate Ports | 48 to 128 @ 32 Gb/s |
| Power Text | 0.23 watts / Gb/s, dual hot-swappable power supplies |
| Frame Based ISL Trunking | 256 Gb/s frame-based trunk (optional) |
| Access Gateway | Not available |
| FICON Support | Not available |
| Size (mm) | 440.0 (W) x 86.70 (H) x 609.60 (D) |
| Certified Maximum | Single fabric: 56 domains, 7 hops MPR fabric: 19 hops |
| Fibre Channel Performance | Fibre Channel: 4.25 Gbps line speed, full duplex; 8.5 Gbps line speed, full duplex; 14.025 Gbps line speed, full duplex; 28.05 Gbps line speed, full duplex; auto-sensing of 4, 8, 16, and 32 Gbps port speeds. Fibre Channel: 4.25 Gbps line speed, full duplex; 8.5 Gbps line speed, full duplex; 14.025 Gbps line speed, full duplex; 28.05 Gbps line speed, full duplex; auto-sensing of 4, 8, 16, and 32 Gbps port speeds. Auto-sensing of 4×32, 4×16, 4×8, 4×4 Gbps speeds on the QSFP ports with Brocade FOS v8.2.0. |

**PREVIOUSLY VIEWED**

TOP

PRODUCTS  SOLUTIONS  SUPPORT  HOW TO BUY  COMPANY

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Sitemap



INTERNET ARCHIVE WayBackMachine https://www.broadcom.com/products/fibre-channel-networking/switches/g630-switch Go AUG AUG 15 2020 SEP 2018 2021
15 captures
13 Aug 2018 - 5 Jul 2022
About this capture

# Brocade G630 Switch

FIND A PARTNER REQUEST INFO

Increase scalability, respond to dynamic demands, optimize space utilization

OVERVIEW SPECIFICATIONS DOCUMENTATION OPTIONAL PRODUCTS

Expand All | Collapse All

## Administration Guide 2

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric OS Web Tools Administration Guide, 8.2.1x<br>Brocade Web Tools is an embedded GUI that enables administrators to monitor and manage single or small fabrics, switches, and ports. Web Tools is launched directly from a Web browser or from Brocade Network Advisor. This document contains the system requirements and features of Web Tools.<br>**Version:** 8.2.1x **File Size:** 4771 KB **Language:** English | 06/03/2017 | Fabric OS 8.2.1x | PDF | Create |
| Brocade Fabric OS Administration Guide, 8.2.x<br>**Version:** 8.2.1x **File Size:** 8381 KB **Language:** English | 06/03/2017 | Fabric OS 8.2x | PDF | Create |

## Article 2

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| ESG: The Silent Threat of Configuration Drift<br>**File Size:** 297 KB **Language:** English | 05/25/2019 | PDF | Create |
| ESG Storage Architecture Considerations: SAN and HCI paper<br>**File Size:** 206 KB **Language:** English | 07/25/2018 | PDF | Create |

## Compatibility Document 3

Current | Archive

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric OS 8.x Open Systems Compatibility Matrix<br>This document summarizes equipment known to be compatible with the Brocade FOS 8.x family.<br>**Version:** 8.x **File Size:** 308 KB **Language:** English | 05/15/2020 | Fabric OS 8.x | PDF | Create |
| Brocade Transceiver Support Matrix<br>Check this matrix to identify the transceivers supported for your Brocade products.<br>**File Size:** 142 KB **Language:** English | 03/22/2019 | | PDF | Create |

## FAQs (3)

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| Brocade Fabric Vision Technology Frequently Asked Questions<br>File Size: 207 KB   Language: English | 12/04/2018 | PDF | ⊕ Create |
| Brocade G610, G620, and G630 Switches Frequently Asked Questions<br>Brocade provides the industry's leading Gen 6 Fibre Channel family of Storage Area Network (SAN) switches, including Brocade G610, G620, and G630 Switches.<br>File Size: 274 KB   Language: English | 12/04/2018 | PDF | ⊕ Create |
| Brocade Network Advisor FAQ<br>Frequently Asked Questions for the Brocade® Network Advisor.<br>File Size: 231 KB   Language: English | 04/10/2018 | PDF | ⊕ Create |

## Infographic (2)

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| 5 Things a Fibre Channel SAN Fabric Can Do for You<br>File Size: 186 KB   Language: English | 03/22/2020 | PDF | ⊕ Create |
| HCI: HYPE vs REALITY<br>File Size: 326 KB   Language: English | 11/05/2017 | PDF | ⊕ Create |

## Installation Guide (1)

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| Brocade G630 Switch Hardware Installation Guide<br>This hardware installation guide contains procedures and safety requirements for installing the Brocade G630 Switch into a rack system or as a stand-alone device. Also provided are steps to initially configure the switch for operation, verify and monitor operation, replace switch FRUs, and install transceivers and cables.<br>File Size: 3860 KB   Language: English | 04/22/2019 | PDF | ⊕ Create |

## PEIS & RoHS (1)

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| RoHS Certificate of Compliance - Brocade G630 Switch<br>File Size: 102 KB   Language: English | 04/09/2018 | PDF | ⊕ Create |

## Product Brief (2)

Current



| Title | Date | Type | Alert |
|---|---|---|---|
| Brocade SANnav Management Portal and Global View Product Brief<br>**File Size:** 533 KB **Language:** English | 07/20/2020 | | Create |
| Brocade G630 Switch Product Brief<br>This document describes the Brocade G630 Switch.<br>**File Size:** 187 KB **Language:** English | 12/03/2018 | | Create |

Recycling Instructions 1

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| Brocade G630 WEEE - Recycling Instructions<br>**File Size:** **Language:** English | 04/09/2018 | | Create |

Reference Manual 2

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric OS MIB Reference Manual, 8.2.x<br>**File Size:** 760 KB **Language:** English | 09/12/2019 | | | Create |
| Brocade Fabric OS Command Reference, 8.2.0a<br>BSN<br>**Version:** 8.2.0a **File Size:** 5360 KB **Language:** English | 06/03/2017 | Fabric OS 8.2.0a | | Create |

Solution Brief 1

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| Brocade and ATTO Modernize Digital Media and Entertainment with Gen 6 Fibre Channel Partner Brief<br>**File Size:** 342 KB **Language:** English | 04/24/2017 | | Create |

Technical Brief 1

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| Target Credit Stall—An Investigation<br>**File Size:** 196 KB **Language:** English | 02/19/2020 | | Create |

Test Report 2

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric Technology with the Infinidat InfiniBox F-Series Array Validation Test Report, FOS 8.2.1<br>This document demonstrates the compatibility of the Infinidat InfiniBox F-Series FC | 05/08/2019 | Fabric OS | | Create |

Case 3:20-cv-00451-CEA-DCP Document 154-20 Filed 07/22/22 Page 5 of 8 PageID #: 6760

storage array in a Brocade FC fabric containing Gen 5 and Gen 6 FC switches. This document provides a test report on the SFR qualification test plan executed on the Infinidat InfiniBox storage array.

**File Size:** 7919 KB **Language:** English

| | | | | |
|---|---|---|---|---|
| Brocade Fabric Technology with the Tegile T3100 Hybrid Flash Array Validation Test Report, FOS 7.4.1, 8.0.1, 8.1.0, 8.2.0, & 8.2.1<br>The goal of this document is to demonstrate the compatibility of the Tegile T3100 FC storage array in a Brocade FC fabric containing Gen 5 (16 Gb) and Gen 6 (32 Gb) FC switches. This document provides a test report on the SFR qualification test plan executed on the Tegile T3100 storage array.<br>**File Size:** 1212 KB **Language:** English | 06/03/2017 | Fabric OS | | Create |

User Guide 6

Current

| Title | Date | OS | Type | Alert |
|---|---|---|---|---|
| Brocade Fabric OS Software Licensing User Guide, 8.2.x<br>**Version:** 8.2.x **File Size:** 794 KB **Language:** English | 06/03/2020 | Fabric OS 8.2.x | | Create |
| SAN Fabric Resiliency and Administration Best Practices User Guide<br>**File Size:** 519 KB **Language:** English | 04/30/2020 | | | Create |
| Brocade Fabric OS MAPS User Guide, 8.2.x<br>**Version:** 8.2.x **File Size:** 1164 KB **Language:** English | 03/26/2020 | Fabric OS 8.2.x | | Create |
| Brocade SAN Scalability Guidelines for Fabric OS 8.X<br>**Version:** 8.X **File Size:** 630 KB **Language:** English | 03/12/2019 | Fabric OS 8.X | | Create |
| Brocade Flow Vision Configuration Guide, 8.2.0<br>**Version:** 8.2.0a **File Size:** 1956 KB **Language:** English | 06/03/2017 | Fabric OS 8.2.0a | | Create |
| Brocade Fabric OS FIPS Cryptographic Module 8.2.x User Guide<br>Brocade Fabric OS software uses the Brocade Fabric OS FIPS Cryptographic Module 8.2.x library to perform cryptographic functions. The module must be used in a FIPS-compliant operational environment along with the proper device configuration. This document provides the required conditions and configurations for a device to operate in a FIPS 140 ...<br>**Version:** 8.2.x **File Size:** 551 KB **Language:** English | 06/03/2017 | Fabric OS 8.2.x | | Create |

White Papers 7

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| Planning for the Transition to Production-Ready NVMe over Fabrics Deployments in the Enterprise<br>**File Size:** 179 KB **Language:** English | 04/17/2020 | | Create |
| NVMe over Fibre Channel Addresses the Accelerated Data Requirements of the Future<br>**File Size:** 306 KB **Language:** English | 08/08/2019 | | Create |
| Unleash the Power of NVMe with Fibre Channel<br>**File Size:** 1587 KB **Language:** English | 06/28/2019 | | Create |
| ESG: The Performance Benefits of Fibre Channel Compared to iSCSI for All-flash Storage Arrays Supporting Enterprise Workloads<br>**File Size:** 595 KB **Language:** English | 07/24/2018 | | Create |

Case 3:20-cv-00451-CEA-DCP Document 154-20 Filed 07/22/22 Page 6 of 8 PageID #: 6761








| | | | |
|---|---|---|---|
| Maximize the All-Flash Data Center with Brocade Gen 6 Fibre Channel White Paper<br>Maximize All Flash DC with Brocade Gen 6-FC<br>**File Size:** 466 KB **Language:** English | 04/10/2018 | PDF | Create |
| Automating the Fibre Channel Data Center<br>Leveraging Brocade's Automation Technology to Deliver a Modern Data Center<br>**File Size:** 525 KB **Language:** English | 04/10/2018 | PDF | Create |
| Benefits of Gen 6 Fibre Channel for the All-Flash Data Center<br>This document describes the benefits of Gen 6 Fibre Channel for the All-Flash Data Center<br>**File Size:** 723 KB **Language:** English | 04/10/2018 | PDF | Create |

eBook 3

Current

| Title | Date | Type | Alert |
|---|---|---|---|
| NVMe over Fibre Channel for Dummies, 2nd Edition<br>**File Size:** 1907 KB **Language:** English | 01/17/2020 | PDF | Create |
| Networking Next-Gen Storage for Dummies Book<br>**File Size:** 2824 KB **Language:** English | 12/08/2019 | PDF | Create |
| SAN Automation for Dummies<br>This book is for storage administrators as well as for automation engineers who may need to collaborate with storage teams to automate storage-related activities.<br>**File Size:** 2500 KB **Language:** English | 04/09/2018 | PDF | Create |

PREVIOUSLY VIEWED

TOP

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

15 captures
13 Aug 2018 - 5 Jul 2022

https://www.broadcom.com/products/fibre-channel-networking/switches/g630-switch    Go    AUG **AUG 15 2020** SEP  2018 2021

# BROADCOM

PRODUCTS    SOLUTIONS    SUPPORT    HOW TO BUY    COMPANY

LOGIN    ENGLISH

SEARCH

## Brocade G630 Switch

FIND A PARTNER    REQUEST INFO

Increase scalability, respond to dynamic demands, optimize space utilization

OVERVIEW    SPECIFICATIONS    DOCUMENTATION    **OPTIONAL PRODUCTS**



**Brocade Transceiver Modules**

Optical Transceivers for the Highest-Performance Data Center Fabrics



**Brocade G610 Switch**

Affordable, flash-ready switch delivers enterprise availability



**Brocade SX6 Extension Blade**

Multi-protocol extension solution delivers business resiliency at scale

PREVIOUSLY VIEWED

PRODUCTS   SOLUTIONS   SUPPORT   HOW TO BUY   COMPANY

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Sitemap