Placeholder Page for Exhibit 22 Sought to Be Filed Under Seal