# Exhibit 23 to the Olivia Weber Declaration





MENU

BROADCOM'OADCOM'

Register Login

# Broadcom Support Portal

Enhance your skills through multiple self-service avenues by creating your Broadcom Account

## Complete your Registration

* First Name

Olivia

* Last Name

Weber

* Country

United States of America

Job Title

Select Job Title

* Password

•••••••••••••

* Confirm Password

•••••••••••••

Password matched

I accept the Terms of Use . Your privacy is important to us. Please see our Privacy Policy for more information.

Create Account

Top

Products

Solutions

Support and Services

Company

How to Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Site Map


Top



Olivia Weber <mabel1008robbins@gmail.com>

# Broadcom Registration Notice - Verification Code
1 message

**CustomerSupport@broadcom.com** <CustomerSupport@broadcom.com>     Thu, Jul 21, 2022 at 1:23 AM
To: Mabel1008Robbins@gmail.com



Thank you for registering with Broadcom. To continue, please enter the verification code on the registration screen.

Verification Code: 624644

Please note that this code can only be used once.

Thank you,

Broadcom Support Portal Admin

Note: Please do not reply to this email as this group is not monitored.

**SPAM NOTE:** To ensure delivery of these notifications, either update your corporate spam filter and/or add "selfregistration.no-reply@broadcom.com" to your address book. Please contact your e-mail administrator for details. Broadcom Inc. | 1320 Ridder Park Drive | San Jose, California | 95131 | United States | Voice: 408-433-8000 | Fax: 949-926-5203 Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



Connecting to

Sign-in with your Broadcom Inc. (Customer) account to access Support Portal ECX

Having trouble logging in? Click here to use our Chat Bot for assistance.

BROADCOM

This is the first time you are connecting to login.broadcom.com from this browser

Broadcom Inc. Customer Sign-In

Unable to sign in

Username

mabel1008robbins@gmail.com

Password

•••••••••••••

Remember me

Sign In

Need help signing in?

By signing in, you agree to our Terms of Use. Your privacy is important to us. Please see our Privacy Policy for more information.

PRODUCTS

SOLUTIONS

SUPPORT

COMPANY

HOW TO BUY

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy Policy    Cookie Policy    Data Processing and Data Transfers    Supplier Responsibility    Terms of Use    Sitemap