# Exhibit 24 to the Olivia Weber Declaration



## Find Solutions

### Product Communities
Collaborate with peers and industry experts on a variety of topics through our Product Communities

View All

### Technical Documentation
Access our comprehensive library of product guides, manuals, video tutorials, FAQs and much more

View All

### Knowledge
Search our knowledge base to quickly find answers to your questions and learn more about your products & services

View All

## Additional Resources



### Partner Portal
Access our Partner Portal where you'll find the latest in communications, sales & marketing tools, events & enablement that will help you deliver best-in-class solutions and maximize growth

Explore



### Education Portal
Access an extensive library of instructor and self-paced product training offerings through our Education Portal

Explore



### Virtual Agent
Receive fast and convenient support on a variety of common questions by chatting with our virtual agent

Chat Now



### Advanced Support
Explore our Advanced Support Offerings to help you get the most out of your products & services

Explore



### Still have questions?

Contact Us

Products   Solutions   Support and Services   Company   How to Buy

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.
Privacy   Supplier Responsibility   Terms of Use   Site Map

Case 3:20-cv-00451-CEA-DCP   Document 154-24   Filed 07/22/22   Page 2 of 2   PageID #: 6805

https://support.broadcom.com/web/ecx/home                                                                07/21/2022