# Exhibit 25 to the Olivia Weber Declaration

