# Exhibit 26 to the Olivia Weber Declaration




### CA Enterprise Software
Distributed, SaaS, and security solutions to plan, develop, test, secure, release, monitor, and manage enterprise digital services

VIEW MORE


### Mainframe Software
Mainframe software including automation, management, DevOps, and security

VIEW MORE


### Fibre Channel Networking
Brocade Fibre Channel technology-based directors and switches that deliver high-performance connectivity across the data center and globe

VIEW MORE


### Payment Security
Arcot payment security software for secure online transactions for digital banking and issuers

VIEW MORE


### Storage and Ethernet Connectivity
The broadest portfolio of highly reliable server storage products in the industry offers the connectivity, performance, and protection to support critical applications

VIEW MORE


### Symantec Security Software
Symantec integrated cyber defense solutions for comprehensive threat protection and compliance

VIEW MORE


### CA Legacy Bookshelves and PDFs
Provides links to CA product documentation for previous releases

VIEW MORE

PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

https://techdocs.broadcom.com/us/en/payment-security.html