# Exhibit 27 to the Olivia Weber Declaration

