# Exhibit 28 to the Olivia Weber Declaration



PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

OLIVIA WEBER    ENGLISH

  /  Fibre Channel Networking

# FIBRE CHANNEL NETWORKING



PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Sitemap