# Exhibit 29 to the Olivia Weber Declaration





# DIRECTORS

**BROWSE FOR YOUR PRODUCT**

### Brocade X7-8 Director
Gen 7 64G Fibre Channel director with eight vertical slots for large enterprise networks.

VIEW MORE

### Brocade X7-4 Director
Gen 7 64G Fibre Channel director with four horizontal slots for midsize networks.

VIEW MORE

### Brocade X6-8 Director
Gen 6 32G Fibre Channel director with eight vertical slots for large enterprise networks.

VIEW MORE

### Brocade X6-4 Director
Gen 6 32G Fibre Channel director with four horizontal slots for midsize networks.

VIEW MORE

### Brocade DCX 8510-8 Director
Gen 5 16G Fibre Channel director with eight vertical slots for large enterprise networks.

VIEW MORE

### Brocade DCX 8510-4 Director
Gen 5 16G Fibre Channel director with four horizontal slots for midsize networks.

VIEW MORE

### Director RoHS and Recycling Instructions
RoHS certificates of compliance and recycling instructions for Brocade directors.

VIEW MORE

PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Sitemap