# Exhibit 30 to the Olivia Weber Declaration

 

# BROCADE® X7-8 DIRECTOR HARDWARE INSTALLATION GUIDE

Search this product

### Introduction

This hardware installation guide contains procedures and safety requirements for installing your director into a r...

VIEW ALL

### Device Overview

This device includes several key product features:

VIEW ALL

### Preparing for the Installation

Perform these preliminary steps to ensure a successful installation.

VIEW ALL

### Mounting the Device

You can install the device in several ways.

VIEW ALL

### Initial Setup and Verification

Before connecting the device to the fabric, perform the following tasks to initially configure and set up the devi...

VIEW ALL

### Installing Transceivers and Ca...

This device supports only transceivers that are qualified for Brocade products.

VIEW ALL

### Monitoring the Device

The LEDs on the device indicate system activity and status. The power-on self-test (POST) performs diagnostic test...

VIEW ALL

### Port and Extension Blades

This section describes the port blades and extension blades that are supported in your device and includes port nu...

VIEW ALL

### Core Routing Blades

Core routing blades allow switching between the port blades.

VIEW ALL

### Control Processor Blades

The control processor (CP) blade contains the control plane for the device and hosts the Fabric OS that manages al...

VIEW ALL

### WWN Cards

The WWN cards store critical configuration data, such as WWN, IP addresses, part and serial numbers, and license l...

VIEW ALL

### Power Supply Assemblies

This section describes the power supply assemblies that are supported by your device.

VIEW ALL

### Fan Assemblies

Note these important details about fan assemblies.

VIEW ALL

### Blade Filler Panels

Cover all empty slots with blade filler panels. Failure to do so will adversely affect device cooling.

VIEW ALL

### Cable Management Comb

Use the cable management comb to organize and route cables attached to blade ports.

VIEW ALL

### Chassis Door

The chassis door must be installed to ensure that the device meets EMI and other regulatory certifications.

VIEW ALL

### Replacing the Chassis

Before replacing the chassis, you will need to remove all the blades and the FRUs, except the WWN cards, from the ...

VIEW ALL

### Technical Specifications

The following tables highlight the features and specifications for the director.

VIEW ALL

### Regulatory Statements

This section contains regulatory compliance statements for your device.

VIEW ALL

### Cautions and Danger Notices

This section contains translations of safety notices for your product.

VIEW ALL

Case 3:20-cv-00451-CEA-DCP   Document 154-30   Filed 07/22/22   Page 2 of 3   PageID #: 6817

https://techdocs.broadcom.com/us/en/fibre-channel-networking/directors/x7-8-director/1-0.html                                              07/21/2022

