# Exhibit 31 to the Olivia Weber Declaration


🏠 / Fibre Channel Networking / Fabric OS Software

# FABRIC OS SOFTWARE

BROWSE FOR YOUR PRODUCT

**Fabric OS Administration**
Administer Fibre Channel Services (FCS) features and configuration tasks using Fabric OS (FOS) software on Brocade platforms.
VIEW MORE ▶

**Fabric OS Commands**
Review the list of Fabric OS admin commands.
VIEW MORE ▶

**Fabric OS Web Tools**
Monitor and manage single or small fabrics, switches, and ports using an embedded graphical user interface.
VIEW MORE ▶

**Fabric OS REST API**
Manage Brocade switches using an application programming interface (API).
VIEW MORE ▶

**Fabric OS Features and Standards Support**
Review Fabric OS features for your product.
VIEW MORE ▶

**Fabric OS Software Licensing**
Obtain instructions to install software licenses.
VIEW MORE ▶

**Fabric OS Software Upgrade**
Prepare for, perform, and verify the upgrade or downgrade of Fabric OS firmware.
VIEW MORE ▶

**Fabric OS Access Gateway**
Connect additional devices to your fabric using Brocade Access Gateway.
VIEW MORE ▶

**Fabric OS MAPS**
Proactively monitor the health of your storage area network.
VIEW MORE ▶

**Fabric OS Messages**
Review list of Fabric OS system messages.
VIEW MORE ▶

**Fabric OS MIB**
Review MIB objects that are supported by Brocade Fabric OS software.
VIEW MORE ▶

**Fabric OS Extension**
Extend SAN connectivity over the WAN.
VIEW MORE ▶

**EZSwitchSetup**
Set up and manage a single-switch fabric with an easy-to-use graphical user interface.
VIEW MORE ▶

**Fabric OS FCoE**
Connect Fibre Channel over Ethernet (FCoE)-capable devices to FCoE-enabled ports to form a unified FC fabric.
VIEW MORE ▶

**Fabric OS FIPS Cryptographic Module**
Review the required conditions and configurations for a device to operate in a FIPS 140-3 compliant mode.
VIEW MORE ▶

PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Sitemap

Case 3:20-cv-00451-CEA-DCP    Document 154-31    Filed 07/22/22    Page 2 of 2    PageID #: 6820

https://techdocs.broadcom.com/us/en/fibre-channel-networking/fabric-os.html                                                        07/21/2022