# Exhibit 32 to the Olivia Weber Declaration






# BROCADE® FABRIC OS® SOFTWARE LICENSING USER GUIDE, 9.1.X

## Generating a License Key or Certificate

Last Updated June 20, 2022

Before you begin: Use the following procedure to generate and obtain a FOS license key or certificate:

1. Go to https://www.broadcom.com, and then select the **Log in** drop-down at the top-right of the web page.
2. Click **Log in** or **Register**. Once logged in, you are redirected to the Broadcom support portal.
3. Click **Brocade Products**. You are redirected to the **Brocade Products** page.
4. Click **Licensing**. You are redirected to the **Broadcom Licensing Portal** page.
5. Enter the transaction key, and click **Next** to continue.

Note: Re-host keys are generated only by the SANnav™ application and are used only on SANnav.

6. In the **Unit Information** field, enter the license ID (LID) that you obtained earlier. Click **Next** to continue.
7. Read the Broadcom End User License Agreement, and if you agree to the terms, select the **I have read and accept** checkbox.
8. Click **Generate** to generate the license.
   The license key is sent by email and can also be downloaded by selecting the blue license hyperlink from the Broadcom Licensing Portal UI.
9. If a license string is generated, save it to your local folder for future reference.
10. If an XML certificate file is generated, save it to the remote server, where it is retrieved for installing the license.

Next steps:

Next, you must install the license on the FOS device.

Content feedback and comments