# Exhibit 33 to the Olivia Weber Declaration

BROADCOM
PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY
OLIVIA WEBER  ENGLISH

/ Fibre Channel Networking / Fabric OS Software / Brocade® Fabric OS® Software Upgrade Guide, 9.1 / Introduction / Supported Hardware and Software

# BROCADE® FABRIC OS® SOFTWARE UPGRADE GUIDE, 9.1.X

Search this product

**TOPICS**

Introduction
- Supported Hardware and Software
- Contacting Technical Support for Your Brocade® Product
- Document Feedback

Obtaining Firmware
Obtaining Firmware
Obtaining Firmware
Obtaining Firmware
Obtaining Firmware
Obtaining Firmware
Obtaining Firmware
Obtaining Firmware
Obtaining Firmware

Upgrading and Downgrading Firmware

Testing Firmware

Revision History

Documentation Legal Notice

## Supported Hardware and Software

Last Updated July 14, 2022

The following hardware platforms are supported by Brocade® Fabric OS v9.1.x.

### Brocade Gen 7 (64G) Fixed-Port Switches

- Brocade G720 Switch
- Brocade G730 Switch

### Brocade Gen 7 (64G) Directors

For ease of reference, Brocade chassis-based storage systems are standardizing on the term *director*. The legacy term *backbone* can be used interchangeably with the term *director*.

- Brocade X7-4 Director
- Brocade X7-8 Director

### Brocade Gen 6 (32G) Fixed-Port Switches

- Brocade G610 Switch
- Brocade G620 Switch
- Brocade G630 Switch
- Brocade 7810 Extension Switch
- Brocade G648 Blade Server SAN I/O Module
- Brocade MXG610 Blade Server SAN I/O Module

### Brocade Gen 6 (32G) Directors

- Brocade X6-4 Director
- Brocade X6-8 Director

Content feedback and comments

PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

Copyright © 2005-2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy  Supplier Responsibility  Terms of Use  Sitemap

Case 3:20-cv-00451-CEA-DCP   Document 154-33   Filed 07/22/22   Page 2 of 2   PageID #: 6824

https://techdocs.broadcom.com/us/en/fibre-channel-networking/fabric-os/fabric-os-software-upgrade/9-1-x/Introduction_91x/Supported-Hardware-and-Software-SW-UPG.html   07/22/2022