# Exhibit 34 to the Olivia Weber Declaration



# How to get access to Product Documents or Software

Article ID: 193323 Updated On: 18-06-2020

## Products

Support Portal

## Issue/Introduction

How to get access to Product Documents or Software

## Resolution

**Please find the steps below based on your Support Division:**

**> For BSN Document Access:**

BROCADE

- If you are a **Basic User**, please login to Broadcom Support Portal following this link: https://support.broadcom.com/

Click on **Brocade Products**

Please upgrade your profile to Enterprise User by clicking the link given as in the above screenshot. Or you can directly access this Link

- If you are **Enterprise user without CUSTOMER** access privilege, you will be able to login as Enterprise user and can access Brocade Support page as below. However, at this moment you will be having only AP_GUEST access profile due to which lock icon is displayed on Downloads & Documentation application



Please click on Lock icon to upgrade your profile to CUSTOMER access privilege

- If you are **Enterprise user with CUSTOMER** access privilege, then you will be able to access docSAFE -> Downloads screen via Downloads & Documentation from below screen.

Downloads Screen

**> For Classic Broadcom/Semiconductors Documents Access:**

BROADCOM® SEMICONDUCTORS

The following Product Divisions falls under this Support:

| |
|---|
| ASIC Products Division |
| ASIC Products Singapore |
| Broadband Carrier Access (BCA) |
| Central Engineering |
| Compute & Connectivity (CCX) |
| Fiber Optics Products Division |
| Industrial Fiber Optics (IFPD) |
| IP & Licensing Division |
| Isolation Products Division (IPD) |
| Mobile Connectivity |
| Motion Control Product Division |
| Operations Engineering |
| Optoelectronic Products Division |
| Physical Layer (PLP) |
| Set Top Box And Cable Modem (STBCM) |
| Switching Products |
| Wireless Semiconductor Division |

Please login to Broadcom Support Portal following this link: https://support.broadcom.com/



Click on **Semiconductors**. Then you will be able to see below screen

Upon clicking on Product Downloads, you will be redirected to docSAFE -> Downloads for downloading the documents

If you are a **Basic User**, then you will be getting link to upgrade your profile upon clicking Product Downloads as below. Please upgrade your account to access the Downloads screen. Or you can upgrade your account using this Link

> For CA/Symantec Documents Access:

If you are unable to download a Product or getting an error message, please use the following methods to get support:

(a) Open a Case using the Customer Care Webform

(b) Use our Chatbot Broadcom-BOB. Select the product division and type "Chat with Agent" to chat with a live agent (only available Monday-Friday).

(c) Call us via phone - If you know your Site ID, please use it on our phone system to assist you quicker.

Attachments

Feedback



PRODUCTS  SOLUTIONS  SUPPORT  COMPANY  HOW TO BUY

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy Policy   Cookie Policy   Data Processing and Data Transfers   Supplier Responsibility   Terms of Use   Sitemap

Powered by wolken