**Exhibit 35 to the Olivia Weber Declaration**



# Customer Support Portal

June 2021



Case 3:20-cv-00451-CEA-DCP   Document 154-35   Filed 07/22/22   Page 2 of 21   PageID #: 6831

Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# myBroadcom Customer Support Portal (CSP)

CSP is the online platform for Brocade Technical Support customers and partners.



- Case Management
  - Case and asset management
  - Open, update, and track service requests
  - Export service request history and asset data



- Software Downloads and Licensing Tools
  - Firmware updates and new releases
  - Management applications
  - SAN Health® and BSL reports



- Knowledge Base
  - Intelligent search engine
  - Subscribe to articles and content channels
  - Rich analytics to improve content



- Web-Based Training (Education)
  - Hundreds of course titles that range from introductory to advanced
  - Wide range of products and technologies covered

2   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

BROADCOM

# Click Brocade Products to Access the Brocade Business Division Support Portal

**Broadcom Support Portal –** Broadcom has introduced a unified landing page to access support across its multiple business divisions. Click **Brocade Products** to access our 24x7x365 suite of Brocade support tools and resources. https://support.broadcom.com/



## Landing Page for All Support Divisions

### Quick Access Tile Cards

- **Mainframe Software** – CA Support landing page

- **Enterprise Software** – SaaS Support landing page

- **Symantec Enterprise Security** – Symantec Support landing page

- **Brocade Products – Brocade Support landing page**

- **Semiconductors** – Classic Broadcom landing page

- **Broadcom Payment Security** – CA Payment Security landing page

➢ **Navigation Bot Assistant?** – Chat bot to assist with navigating the site and basic FAQs by selecting **Brocade**.

3   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.





# Brocade Support Landing Page

**Subnavigation Bar** – Quick access to support tools from the top navigation bar.

**Knowledge Search** – Front and centered SearchUnify functionality to search our KB and Broadcom.com for documentation, configuration guides, and technical details.

## Tile Cards for Quick Access to Tools

1. **Case Management** – 24x7 Case Management system. Open, track, and update your support cases.

2. **Software Downloads** – Direct link to access software and release notes. Public documentation is located on Broadcom.com. See pages 18 and 19.

   **NOTE:** This content requires a valid registered account. It is available only to approved Brocade Direct Support (BDS and BSS) customers and authorized Brocade OEM support and qualification teams with valid entitlement on their products.

3. **Licensing** – Generate license keys, guides, and info.

4. **SAN Reports** – SAN environment reports page.

5. **Brocade Support Link** – New BSL reporting tool.

6. **Training & Education** – Access training, education, and certification courses for Brocade products.

**Other Resources** – Knowledge, Education, Brocade Global Support, TruFOS Certificates, Product End of Life, Warranty, Open Source Code, SAN Standards, Locating Brocade Content, and Brocade Software Matrix.

4   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# TOOLS & APPLICATIONS



Case 3:20-cv-00451-CEA-DCP   Document 154-35   Filed 07/22/22   Page 6 of 21   PageID #: 6835

Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Case Management

A primary tool and resource for external customers to report problems or request assistance from our 24x7x365 Technical Assistance Center. Open, track, and update your cases.

## 1 – Click Case Management

## 2 – Case Management Landing Page



6   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



**Search by Case ID**

**New Case Creation**

**Quick Filters & Assets**

**Status Filters**

**Existing Case Summary Page**

**Reply/Update Case**

**Pagination**

**Case Details & Comments**

BROADCOM

🔍 Search by Case ID

+ Create Case    0  FIRST CUSTOMER

| All Cases | Critical | My Cases | Pending Customer | My Registered Asset |

Filter    Reset Filter

Search Case 📊

Details    Comments

| Case Id | Severity | Status | Subject | Created On | Next Update Due | Case Con |
|---------|----------|--------|---------|------------|-----------------|----------|
| 2017529 | Low - P4 | Reviewing | TEST CAse | 22-August-2019 11:14:42 | | Luis Testda | Reply |
| 2009352 | Medium - P3 | Closed | test | 13-May-2019 13:20:59 | | demo user | Reply |
| 2004769 | Low - P4 | Closed | TEsting BSN ID logic for Secondary | 12-March-2019 09:24:54 | | demo user | Reply |
| 1732585 | Medium - P3 | Closed | Testing Case Creation. Thanks for your help. | 04-April-2017 09:03:36 | 04-April-2017 12:49:00 | demo user | Reply |
| 1714337 | Medium - P3 | Closed | Case creation is possible via the Asset Management... | 30-January-2017 11:19:47 | 31-January-2017 11:28:00 | demo user | Reply |
| 1700999 | Low - P4 | Closed | TEsting BSN ID logic for Secondary | 12-March-2019 09:24:54 | | demo user | Reply |
| 1700079 | Medium - P3 | Closed | Testing Case Creation. Thanks for your help. | 04-April-2017 09:03:36 | 04-April-2017 12:49:00 | demo user | Reply |
| 2004769 | Low - P4 | Closed | TEsting BSN ID logic for Secondary | 12-March-2019 09:24:54 | | Luis Testda | Reply |
| 1732585 | Medium - P3 | Closed | Testing Case Creation. Thanks for your help. | 04-April-2017 09:03:36 | 04-April-2017 12:49:00 | demo user | Reply |
| 1714337 | Medium - P3 | Closed | Case creation is possible via the Asset Management... | 30-January-2017 11:19:47 | 31-January-2017 11:28:00 | demo user | Reply |
| 1700999 | Low - P4 | Closed | TEsting BSN ID logic for Secondary | 12-March-2019 09:24:54 | | Luis Testda | Reply |
| 1700079 | Medium - P3 | Closed | Testing Case Creation. Thanks for your help. | 04-April-2017 09:03:36 | 04-April-2017 12:49:00 | demo user | Reply |

Items per page: 10    1 - 7 of 7    ‹ ›

Case ID :
1234567

Status :
Reviewing

Next Update Due :
18-March-2020 23:27

Last Updated :
17-March-2020 23:27

Contact Name :
Luis Testdazzo

Contact Phone :
4085551234

Contact Email :
tester@email.com

Priority :
Low - P4

Assigned TAC Agent :
John Agent

Serial Number :
FW123456789

Product Type :
-

BSN Id :
987654321

Asset :
EM-DCX-0001

Internal Case # :

Alternate Contact Details    +

No Alternative Contact Details

Description
TEST CASE

7   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

BROADCOM

# Case Management – Case Creation



**Case Creation**

**Submit**

**Search**

*Required Fields

BSN: | Only for BSN ID enabled accounts

Serial No.: | Serial number w/ valid entitlement
*Please type min 3 characters & click on search icon to filter Serial Number*

Case Category: * | Case category

Priority: * | Priority

Internal case Number:

0/250

Problem Summary:* | Brief summary of the problem. Up to 250 characters.

0/700

Problem Description:

Problem description allows up to 700 characters.
Ability to add more details and files is available after creating the case.

**Contact Details**

Contact Information:

First Name: **Basic**          Last Name: **Dazzo**          Email: **basic@dazzo.com**
Mobile No: -          Phone: **4085551234**

Alternate Email:          Alternate Phone:

☐ Do not Notify me on Case Updates

Keywords in Problem Summary and Problem Description are searched for in knowledge sources. New query after each word or group of words entered.

Search here 🔍

**Tips**: Search defaults to **AND** between words. Learn more about the syntax for advanced search (e.g. exact match, wildcards, etc) or how to personalize search.

🔽 Filter          Relevance ▾

Showing page 1of 3101 of 31005 results (0.977 s...

Documents/Software **Fabric OS v8....**

brocade.com/ Limitations and Restrictions: Scalability Fabric OS v8.2.0a for Brocade SAN Product Family Release Notes v3.0 Page 39 of 203 Limitations and Restrictions Scalability All scalability limits are subject to change. Limits may be increased once further testing has been

🔍 Search          Advanced Search          💡 Tips

8   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Software Downloads

A primary tool and resource for customers to access software downloads, release notes, and other documentation.

## 1 – Click Software Downloads



## 2 – Search Downloads



9   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Software Downloads (continued)

**Software Matrix [Here](#)**

## Searching for Brocade Content on the Customer Support Portal (CSP)

Brocade content that is nonpublic is located on the Broadcom Customer Support Portal (CSP) in docSAFE.
**URL:** [https://portal.broadcom.com/group/support/docsafe/downloads](https://portal.broadcom.com/group/support/docsafe/downloads)

Access to the content on the Broadcom CSP is available to end users who have purchased a Brocade Direct or Supplemental support maintenance contract. In addition, content is available to approved Brocade partners (through the Brocade Support Partner Policy) and to authorized OEM support personnel. Access requires all users to register with a valid support contract and obtain approval.

**FOS and SANnav Software**
• All supported versions of software are downloadable.

**Support Practices and Solutions**
• Guides explain how to troubleshoot products.

**Product-Specific Content**
• Technical reference manuals
• Open source code disclosures
• Release notes
• Software guides
• Technical specifications

**Advisories and Notices**
• Software advisories
• Technical Service Bulletins (TSBs)





10   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Software Downloads (continued)

Users can browse available downloads by using the Product Search decision tree on the left side or by searching using the keyword feature.



11   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Software Downloads (continued)

Users can browse available downloads by using the Product Search decision tree on the left side or by searching using the keyword feature.



12 | Broadcom Proprietary and Confidential. Copyright © 2021 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Case 3:20-cv-00451-CEA-DCP    Document 154-35    Filed 07/22/22    Page 13 of 21    PageID #: 6842



# Licensing Portal Home Page – End User

## End User Landing Page – Authorized/Approved Users Only



13   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# SAN Reports Home Page

## End User Landing Page – Authorized/Approved Users Only



Case 3:20-cv-00451-CEA-DCP   Document 154-35   Filed 07/22/22   Page 15 of 21   PageID #: 6844

# Brocade Support Link (BSL)

Integrated within the Brocade FOS, BSL leverages automation and secure data collection to provide customers with recommendations that help solve operational challenges.



15   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Brocade Support Link (BSL) – Report Request

Running BSL reports is very flexible. It can be a one-time report or can be scheduled on a daily or weekly basis.

For more information:
https://www.broadcom.com/support/fibre-channel-networking/support-link



16   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Education

The Brocade Education website contains our course catalog, fundamentals curriculum path, new course updates, FAQs, information on our product hardware videos, and more: https://www.broadcom.com/support/fibre-channel-networking/education.

## Search for a Course



## Click Open Curriculum



## Click the Link to Begin a Course



17   |   Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

BROADCOM

# Brocade Documentation Posting Locations

■ **Broadcom.com** https://www.broadcom.com/products/fibre-channel-networking
  – This site contains all user guides, reference manuals, white papers, eBooks, product briefs, administrative guides, compatibility guides, and case studies.
  – This content *does not* require a user to register and is available to everyone.

■ **Brocade Support** https://www.broadcom.com/support/fibre-channel-networking/support-documentation
  – This site contains Brocade product security advisories and End-of-Life (EOL), End-of-Availability (EOA), and End-of-Support (EOS) notices.
  – This content *does not* require a user to register and is available to everyone.

■ **Broadcom Customer Support Portal (CSP)** https://portal.broadcom.com/group/support/docsafe/downloads
  – This site contains supported Fabric OS® (FOS) software, supported SANnav™ Management software, Target Path  selection guides, and release notes.
  – This content *requires a valid registered account*. It is available only to approved Brocade Direct Support (BDS and  BSS) customers and authorized Brocade OEM support and qualification teams with valid entitlement on their  products.

■ **Brocade Assist Portal for OEMs (Varies per OEM)**
  – Customers who bought their Brocade solutions through an OEM must register with their OEM to gain access to the assist site.
  – This site is available to approved OEM authorized partners; a Brocade Support Partner Policy may be required.
  – This site *requires OEM users to have valid maintenance* on their Brocade products with their OEM.

  **For a full list of BSN content and how to find it, click here.**

Case 3:20-cv-00451-CEA-DCP   Document 154-35   Filed 07/22/22   Page 19 of 21   PageID #: 6848



# Documentation (continued)

## Searching for Brocade Content on Broadcom.com

This section outlines best practices for searching for and locating Brocade content on Broadcom.com.

Broadcom's public website for Brocade products is located at https://www.broadcom.com/products/fibre-channel-networking.
This location contains all public documents and marketing material for Brocade products.

Click any of the main product categories:

1. Directors
2. Blades
3. Switches
4. Extension
5. SAN I/O Modules
6. Software
7. Transceivers
8. Brocade Education



19    |    Broadcom Proprietary and Confidential.  Copyright © 2021 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



