# Exhibit 36 to the Olivia Weber Declaration

# Broadcom Support Portal 

## CONTENTS

**Welcome**

**Create a Profile**
   Profile Builder

**Pre-Login**

**Log In**

**Home**
   Navigation Panels

**My Profile**
   Request Site Access
   Set Notifications

**Common Tasks**
   Create a Case
   View My Entitlements
   Download Software
   Access the Download Manager
   Generate License Keys
   View Security Advisories

**Semiconductors & Brocade Storage Networking**
   Support Services and Tools

## Get Started with the Broadcom Support Portal

Welcome to the new Broadcom Support site—simplifying your support experience with a customized view of the information, products, and services relevant to you.

Complete the registration process or log in with your existing credentials the first time you visit the site.
For newly registering users: After you create your account, you will have access to services such as license keys, product downloads, and case management.

To help you navigate the new interface, take a moment to review some key areas of the site:

| FEATURE | DETAILS |
| --- | --- |
| Profile Builder | Enable services by building your profile. Profile Builder provides access to specific information based on your business entitlements.<br><br>After you build a profile, you can access services such as case management, product downloads, and license keys. |
| Pre-Login | Pre-Login is the public landing page for Broadcom Support, containing several resource portals for information and support. |
| Home | Home displays key widgets and statistics along with the status of each product entitlement. |
| My Profile | Use My Profile to modify your access and notification settings. |

# Broadcom Support Portal

## CONTENTS

**Welcome**

**Create a Profile**
Profile Builder

**Pre-Login**

**Log In**

**Home**
Navigation Panels

**My Profile**
Request Site Access
Set Notifications

**Common Tasks**
Create a Case
View My Entitlements
Download Software
Access the Download Manager
Generate License Keys
View Security Advisories

**Semiconductors & Brocade Storage Networking**
Support Services and Tools

## Create a Profile

New users: Click **Register** from the top-right corner of the Pre-Login page. Enter your information, verify your email address, and accept the terms of use.

Profile Builder will open to guide you through rest of the the registration process.

## Profile Builder

Profile Builder enables access to information and resources based on your business entitlements.

After you build a profile, you can access services such as case management, product downloads, and license keys.



1. Click **Yes, I want to Build my Profile** to access Profile Builder:

2. Select the checkbox for the appropriate product division(s) and complete the required form(s).

3. Enter your site ID and verify it by clicking **Verify**. A green check must display to proceed.

4. Click **Submit**.

Please allow up to 48 hours for your request to be processed.



# Broadcom Support Portal

**CONTENTS**

**Welcome**
**Create a Profile**
  Profile Builder
**Pre-Login**
**Log In**
**Home**
  Navigation Panels
**My Profile**
  Request Site Access
  Set Notifications
**Common Tasks**
  Create a Case
  View My Entitlements
  Download Software
  Access the Download Manager
  Generate License Keys
  View Security Advisories
**Semiconductors & Brocade Storage Networking**
  Support Services and Tools

## Pre-Login

The Pre-Login page contains several product and support resources. In order of appearance:

- **Product Communities:** Discussions, Blogs, and Upcoming Events. Click **View All** to be taken to the Broadcom Community site—designed by software division and organized by product.

- **Technical Documentation:** Technical support documentation enhanced with search capability. Click **View All** to be taken to the Tech Docs portal—designed by software division and organized by product.

- **Knowledge:** A self-service knowledge base of issues solved by the help desk. Click **View All** to be taken to the knowledge base search window.

- **Broadcom Software Partner Portal:** Click **Explore** to be taken to the Agile Operations and Mainframe Software portal for Broadcom partners.

- **Need Personalized Support?:** Click **Login** to access the Support Portal.

- **Education:** Click **Login** to open the Enterprise Software Academy.

- **Ask our Virtual Agent:** Click **Chat Now** to open a chat dialog with a virtual agent.

- **Contact Us:** Open the global support portal with access to global support numbers and request forms.

## Log In

1. Click **Login** from the top-right corner of the Pre-Login page.
2. Enter your username, password, and click **Sign In**.



# Broadcom Support Portal

**CONTENTS**

Welcome

Create a Profile
   Profile Builder

Pre-Login

Log In

Home
   Navigation Panels

My Profile
   Request Site Access
   Set Notifications

Common Tasks
   Create a Case
   View My Entitlements
   Download Software
   Access the Download Manager
   Generate License Keys
   View Security Advisories

Semiconductors &
Brocade Storage Networking
   Support Services and Tools

## Home

Home displays widgets and statistics along with the status of your product entitlements.
Below the **At A Glance** features are widgets for trending support documentation, community posts, and KB articles. To find an answer to a specific issue or question, click the info icon in the top-right corner of any widget.

**Tip:** Home is configured by service type. Use the icon drop-down menu in the top panel to switch between product families.

Search a variety of knowledge respositories from one easy location.

The top navigation panel contains Search, Alerts, Download Manager, Division drop-down menu, and Profile drop-down menu.

The left panel is where common tools and services are organized. This menu is always available and serves as easy access to important resources.

**Tip:** Use the top button flyout to expand the menu or hover over each icon to reveal each option's name.



Case 3:20-cv-00451-CEA-DCP   Document 154-36   Filed 07/22/22   Page 5 of 12   PageID #: 6855

# Broadcom Support Portal

**CONTENTS**

**Welcome**

**Create a Profile**
   Profile Builder

**Pre-Login**

**Log In**

**Home**
   Navigation Panels

**My Profile**
   Request Site Access
   Set Notifications

**Common Tasks**
   Create a Case
   View My Entitlements
   Download Software
   Access the Download Manager
   Generate License Keys
   View Security Advisories

**Semiconductors &
Brocade Storage Networking**
   Support Services and Tools

## Home: Left Navigation Panel



- **Home:** Return to Home.
- **My Entitlements:** View a comprehensive list of your entitlements. Hover over an entitlement to explore product details.
- **My Downloads:** Download entitlements and solutions organized by version.
- **My License Keys:** Access license keys, with links to license package downloads.
- **My Cases:** Jump to open support cases.
- **My Tools:** View registration requests, modify user permissions, access audit reports, and invite users. Access is restricted to the Site Administrator role.
- **Documentation:** Technical support documentation enhanced with search capability.
- **Security Advisories:** Obtain detailed information on security alerts organized by date.
- **Communities:** Access Broadcom Software discussions, blogs, and upcoming events.
- **Compatibility Matrix:** Browse the compatibilities of each product.
- **All Products:** View and search through a comprehensive list of all product offerings.
- **Contact Support:** Access a variety of support contact methods.

## Home: Top Navigation Panel



- **Search:** Search across the entire site.
- **Alerts (bell icon):** View notifications for your entitlements in a particular product line.
- **Download Manager (arrow icon):** View the status of pending and completed downloads. The Download Manager has been upgraded to a more fluid experience.
- **Division Drop-down Menu:** Switch between product families.
- **Profile Drop-down Menu:** Access links to My Profile, Request Site Access, and Notification Settings.

Case 3:20-cv-00451-CEA-DCP   Document 154-36   Filed 07/22/22   Page 6 of 12   PageID #: 6856

# Broadcom Support Portal

**CONTENTS**

Welcome

Create a Profile
   Profile Builder

Pre-Login

Log In

Home
   Navigation Panels

**My Profile**
   **Request Site Access**

   **Set Notifications**

Common Tasks
   Create a Case

   View My Entitlements

   Download Software

   Access the Download Manager

   Generate License Keys

   View Security Advisories

Semiconductors &
Brocade Storage Networking
   Support Services and Tools

## My Profile

Access your profile by clicking on your username in the top-right corner and selecting **My Profile**.

My Profile displays your basic user information as well as a link to the Profile Builder to update your services access.



## Request Site Access

1. Click on your username in the top-right corner and select **Request Site Access**.
2. Enter the appropriate site ID and click **Save**.



## Set Notifications

1. Click on your username in the top-right corner and select **Notification Settings**.
2. Click the appropriate switch icons to activate product notifications by alert type.



# Broadcom Support Portal – Common Tasks

**CONTENTS**

Welcome
Create a Profile
  Profile Builder
Pre-Login
Log In
Home
  Navigation Panels
My Profile
  Request Site Access
  Set Notifications
Common Tasks
  Create a Case
  View My Entitlements
  Download Software
  Access the Download Manager
  Generate License Keys
  View Security Advisories
Semiconductors &
Brocade Storage Networking
  Support Services and Tools

## Create a Case

Cases are opened and managed through the Broadcom Case Management tool.

There are three ways to launch the case management tool:

- Click **My Cases** from the left navigation panel. Wolken opens in a new tab.
- Click the **Case Overview** widget from the home page. Wolken opens in a new tab.
- Click the case icon from the My Entitlements portal.

**Note:** The Broadcom Case Management tool has not been changed as part of the broader Support Portal enhancements.

## View My Entitlements

There are two ways to view entitlements:

- Click **My Entitlements** from the left navigation panel.
- Click the **Contract Status** widget from the home page.

The Entitlements page contains buttons for viewing the following information:

- **Entitlement Details:** View status and start/end dates along with quick links to downloads, licensing, and cases.
- **Product Details:** Open the product landing page containing knowledge base articles, webinars, community posts, and technical documentation.

**Note:** By default, only your Active entitlements display. Uncheck the **Active** option to view all entitlements.



**Q:** What is an "entitlement"?
**A:** A product you have purchased.

# Broadcom Support Portal – Common Tasks

## CONTENTS

**Welcome**

**Create a Profile**
   Profile Builder

**Pre-Login**

**Log In**

**Home**
   Navigation Panels

**My Profile**
   Request Site Access
   Set Notifications

**Common Tasks**
   Create a Case
   View My Entitlements
   Download Software
   Access the Download Manager
   Generate License Keys
   View Security Advisories

**Semiconductors & Brocade Storage Networking**
   Support Services and Tools

## Download Software

1. Click **My Downloads** from the left navigation panel to open your available downloads.

2. Select the appropriate product to open the details view.

3. Select the specific release and click **Add** to add the specific software to the Download Manager.

4. Proceed to the Download Manager to complete the download process.



**Q: Where is my product?**
**A:** The My Downloads page is specific to the selected division. Click the division drop-down menu from the top navigation panel to select the appropriate division.

## Access the Download Manager

There are two ways to access the Download Manager:

- Click the **Download History** widget from the Home page.

- Click the arrow icon from the top navigation panel.



Find the appropriate product and select the preferred download method (HTTPS, SFTP, Token).



# Broadcom Support Portal – Common Tasks

## CONTENTS

Welcome
Create a Profile
   Profile Builder
Pre-Login
Log In
Home
   Navigation Panels
My Profile
   Request Site Access
   Set Notifications
**Common Tasks**
   Create a Case
   View My Entitlements
   Download Software
   Access the Download Manager
   Generate License Keys
   View Security Advisories
Semiconductors &
Brocade Storage Networking
   Support Services and Tools

## Generate License Keys

There are two ways to access license keys:

- Click **My Entitlements** from the left navigation panel and then click the appropriate entry to view the license key.

- Click **My License Keys** to access a variety of Agile Operations and Mainframe Software license key options.

**Note:** My License Keys is specific to the selected division.

## View Security Advisories

Click **Security Advisories** from the left navigation panel to open your available security advisories.



**Q: Where is my product?**
**A:** The Security Advisories page is specific to the selected division. Click the division drop-down menu from the top navigation panel to select the appropriate division.



Copyright © 2022 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries. All trademarks, trade names, service marks, and logos referenced herein belong to their respective companies. BRCM-Support-Portal-CS100 February 4, 2022

# Broadcom Support Portal

**CONTENTS**

Welcome

**Create a Profile**
   Profile Builder

**Pre-Login**

**Log In**

**Home**
   Navigation Panels

**My Profile**
   Request Site Access

   Set Notifications

**Common Tasks**
   Create a Case

   View My Entitlements

   Download Software

   Access the Download Manager

   Generate License Keys

   View Security Advisories

**Semiconductors &
Brocade Storage Networking**
   Support Services and Tools

## Semiconductors & Brocade Storage Networking

Access information, products, and services specific to non-software divisions using one of the following methods:

- From the Pre-Login page, click **Semiconductors** or **Brocade Storage Networking**.



- From the Home page, select **Semiconductors** or **Brocade Storage Networking** from the top navigation panel to be redirected back to the Pre-Login page. From there, click **Semiconductors** or **Brocade Storage Networking.**



# Broadcom Support Portal

**CONTENTS**

Welcome

**Create a Profile**
   Profile Builder

**Pre-Login**

Log In

Home
   Navigation Panels

**My Profile**
   Request Site Access
   Set Notifications

**Common Tasks**
   Create a Case
   View My Entitlements
   Download Software
   Access the Download Manager
   Generate License Keys
   View Security Advisories

**Semiconductors &**
**Brocade Storage Networking**
   Support Services and Tools

## Semiconductors – Support Services and Tools

This menu contains several product and support resources. In order of appearance:

- **Case Management:** Access case management. Open, track, or update a support case.
- **Product Downloads:** Find product documentation for Semiconductors.
- **Contact Support:** Contact Semiconductors support teams.

## Brocade Storage Networking – Support Services and Tools

This menu contains several product and support resources. In order of appearance:

- **Online Case Management:** Access case management. Open, track, or update a support case.
- **Software & Documentation:** Access software and release notes. Public documentation is on broadcom.com.
- **Knowledge Base:** Access documentation, configuration guides, and technical details.
- **Licensing Management:** Generate license keys, guides, and licensing information—including TrueFOS certificate generation.
- **Brocade Support Link:** Access BSL report configurations, scheduling deployment videos, and documentation—including ASC Gateway documentation and software downloads.
- **SAN Reports:** Obtain an accurate view of your SAN environment, time saving reports, enhanced change tracking, performance graphs, and topology diagrams.
- **Brocade G610 Registration:** Register lifetime warranty serial numbers.
- **Training & Education:** Access training, education, and certification courses for Brocade products.