# Placeholder Page for Exhibit 37 Sought to Be Filed Under Seal