# Exhibit 41 to the Olivia Weber Declaration



End User License Agreement

## Fabric OS
### Brocade Fabric Operating System and Feature Licenses and License Keys

THIS END USER LICENSE AGREEMENT ("Agreement") GOVERNS THE DOWNLOAD, INSTALLATION, USE, POSTING, DISTRIBUTING AND OTHERWISE MAKING AVAILABLE OF BROCADE'S FABRIC OPERATING SYSTEM ("FOS") SOFTWARE AND/ OR USE OF BROCADE FEATURE LICENSES AND LICENSE KEYS THAT ACTIVATE FOS OR FUNCTIONALITY WITHIN FOS, AND ACCOMPANYING DOCUMENTATION (collectively the "Software"). BY DOWNLOADING, INSTALLING, USING, POSTING, DISTRIBUTING OR OTHERWISE MAKING AVAILABLE THE SOFTWARE, OR BY PURCHASING, CONVERTING A TRANSACTION KEY INTO A LICENSE KEY, OR INSTALLING A LICENSE OR LICENSE KEY, YOU ARE AGREEING TO BE BOUND ON AN ONGOING BASIS BY THE TERMS AND CONDITIONS HEREIN, WHICH MAY BE UPDATED BY BROCADE FROM TIME TO TIME. IF AT ANY TIME YOU DO NOT AGREE TO ALL OF THE TERMS OF THIS AGREEMENT, PROMPTLY STOP USE OF THE SOFTWARE AND DESTROY ALL COPIES OF THE SOFTWARE IN YOUR POSSESSION OR CONTROL, AND CERTIFY IN WRITING TO BROCADE SUCH CESSATION OF USE AND DESTRUCTION.

**Single User License.** Subject to the terms and conditions of this Agreement and payment of the applicable license fees, Brocade Communications Systems LLC ("Brocade") and its suppliers grant to you ("End User") a non-exclusive, non-transferable, non-assignable, non-sub licensable license to use the Software in object code form (in the case of FOS) solely for the purpose of operating Brocade storage area networking switches in accordance with the section entitled "Restrictions" below. End User may make such backup copies of the Software as may be necessary for End User's lawful use, provided End User affixes to such copies all trademark, copyright, patent, and notices of other proprietary rights that appear on the original.

**FOS Licenses and License Keys.** FOS Licenses are used to activate FOS features or functionality in Brocade switches. FOS Licenses shall only be purchased from a Brocade authorized distributor or official OEM partner, and FOS License Keys shall only be obtained through Brocade's License Portal or an authorized OEM License Portal and shall only be used on Brocade switches purchased through authorized channels. FOS License Keys obtained from any other sources are not permitted to be used on any Brocade hardware products. FOS Licenses and License Keys shall not be resold, assigned, sub-licensed or otherwise transferred to a third party.

**Open Source Software.** Certain components of the Software may incorporate "open source" software. Open source software is subject to the applicable open source license (e.g., the GNU General Public License) and is not subject to this Agreement. To obtain a copy of the source code and applicable licensing terms for the open source software used by Brocade, please download the open source disclosure documents in the Broadcom Customer Support Portal (CSP). If you do not have a CSP account or are unable to login, please contact your support provider for this information.

**Restrictions.** FOS is designed for use with Brocade hardware products sold through authorized sales channels, and with hardware platforms that are currently supported by Brocade. End User acknowledges that use of the Software on hardware products that do not meet the above criteria, or which is inconsistent with the restrictions below, presents risks to the security and quality of Products and to the Software, for which Brocade disclaims all liability. Except as otherwise expressly provided in this Agreement or expressly authorized by Brocade, End User shall have no right, and End User specifically agrees not to, and not to permit third parties to: (i) modify, adapt, or create derivative works based upon the Software; (ii) copy, in whole or in part, decompile, translate, reverse engineer, disassemble or otherwise reduce the Software to human-readable form; (iii) install the Software on any products other than Brocade storage area networking switches purchased by End User through authorized channels for its own use or for resale expressly authorized by Brocade; (iv) install or use the Software on products in excess of the maximum number of Brocade storage area networking switches for which End User is licensed; (v) install the Software on any Brocade storage area networking switches that have reached End of Support as defined by Brocade, or refurbished devices, except with Brocade's prior written consent, (vi) use the Software on any devices not designated by Brocade for use with the Software (as notified through software release notes and other notices), (vii) download, or make available for use or download, any versions of the Software that have reached End of Support, as declared by Brocade, or (viii) sub-license or permit third parties to post or otherwise make available, or use the Software to provide support for Brocade products unless expressly authorized by Brocade.

**Upgrades and Additional Copies.** For purposes of this Agreement, "Software" shall also include any upgrades, updates, bug fixes or modified versions ("Upgrades") provided to End User by Brocade or an authorized distributor and for which End User had paid the applicable license fees, and any backup copies of the Software. Notwithstanding the foregoing, End User acknowledges and agrees that Brocade and its resellers and distributors shall have no obligation to provide any Upgrades. If Upgrades or additional copies of the Software are provided, End User acknowledges and agrees that it has no license or right to use such additional copies or Upgrades unless End User, at the time of acquiring such copy or Upgrade, already holds a valid license to the original Software for the applicable number of copies.

**No Support.** Brocade may, but is not required to, provide technical support for the Software.

**Security Notice.** Software may include security features that End User can use, along with other security tools, to implement increased security in End User's storage area network ("SAN"). However, use of the security features of the Software does not guarantee the security of End User's SAN or overall network. There are numerous factors that affect the security of a SAN, including, without limitation, correct installation and setup of the security features of Software and all related requirements, correctly configured security policies, selection of hardware and software (including network security tools), correct installation, configuration, and maintenance of the hardware and software, the interoperability of the various components of End User's SAN and End User's network, and a physically and electronically secure operating environment. In addition, Software may utilize digital certificates in connection with its access control features. Although digital certificates are a useful authentication security measure that improves overall security, they do not guarantee authenticity or security. In designing the security of End User's SAN, it is End User's responsibility to evaluate all of these factors to ensure End User's SAN meets End User's security requirements. End User's experience may vary based on these and other factors. End User's use of Software, including the digital certificates, is subject to and governed by the terms of this Agreement and to End User's compliance with the policies and procedures for the use of the security features of Software and digital certificates, which may be made available to End User by Brocade from time to time. If Brocade becomes aware of a breach of the security of its digital certificate infrastructure, Brocade reserves the right to re-issue digital certificates. In that event, End User will be required to submit new certificate signing requests and install reissued certificates across End User's SAN. End User should plan for any network disruption that this may cause. END USER ACKNOWLEDGES THAT END USER HAS ACCESS TO SUFFICIENT INFORMATION TO ENSURE THAT END USER CAN MAKE AN INFORMED DECISION AS TO THE EXTENT TO WHICH END USER CHOOSES TO RELY ON DIGITAL CERTIFICATES AND OTHER SECURITY FEATURES IN SOFTWARE ("SECURITY").

**Disclaimer of Warranty.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BROCADE PROVIDES THE SOFTWARE "AS IS" WITHOUT WARRANTY OF ANY KIND. BROCADE DOES NOT WARRANT THAT THE SOFTWARE IS ERROR FREE OR THAT END USER WILL BE ABLE TO OPERATE THE SOFTWARE WITHOUT PROBLEMS OR INTERRUPTIONS. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BROCADE AND ITS LICENSORS, SUPPLIERS, DISTRIBUTORS AND RESELLERS DISCLAIM ALL EXPRESS OR IMPLIED CONDITIONS, REPRESENTATIONS, AND WARRANTIES INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, AND SATISFACTORY QUALITY OR ARISING FROM A COURSE OF DEALING, USAGE, OR TRADE PRACTICE.

**Limitation of Liability.** IN NO EVENT WILL BROCADE OR ITS LICENSORS, SUPPLIERS, RESELLERS OR DISTRIBUTORS BE LIABLE FOR ANY LOST REVENUE, PROFIT, OR DATA, OR FOR SPECIAL, INDIRECT, CONSEQUENTIAL, INCIDENTAL, OR PUNITIVE DAMAGES HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE EVEN IF BROCADE OR ITS LICENSORS, SUPPLIERS, RESELLERS OR DISTRIBUTORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL BROCADE'S OR ITS LICENSORS', SUPPLIERS', RESELLERS' OR DISTRIBUTORS' TOTAL LIABILITY TO END USER, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EXCEED THE PRICE PAID BY END USER. THE FOREGOING LIMITATIONS SHALL APPLY EVEN IF THE ABOVE-STATED WARRANTY FAILS OF ITS ESSENTIAL PURPOSE. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW LIMITATION OR EXCLUSION OF CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO END USER.

**Proprietary Rights.** The Software, including all intellectual property rights therein, is and will remain the sole and exclusive property of Brocade or its licensors.

**Term and Termination.** This Agreement is effective until terminated. End User's license rights under this Agreement will terminate immediately without notice from Brocade if End User fails to comply with any provision of this Agreement. Upon termination, End User must stop using the Software and destroy all copies of Software and the corresponding license keys in its possession or control.

**Compliance with Law.** Each party agrees to comply with all applicable laws, rules and regulations in connection with its activities under this Agreement. Without limiting the foregoing, End User acknowledges and agrees that the Software, including technical data, is subject to United States export control laws, including the United States Export Administration Act and its associated regulations, and may be subject to export or import regulations in other countries. End User agrees to comply strictly with all such regulations and acknowledges that End User has the responsibility to obtain licenses to export, re-export, or import the Software.

**Restricted Rights.** The Software under this Agreement is commercial computer software as that term is described in 48 C.F.R. 252.227-7014(a)(1). If acquired by or on behalf of a civilian agency, the U.S. Government acquires this commercial computer software and/or commercial computer software documentation subject to the terms of this Agreement as specified in 48 C.F.R. 12.212 (Computer Software) and 12.211 (Technical Data) of the Federal Acquisition Regulations ("FAR") and its successors. If acquired by or on behalf of any agency within the Department of Defense ("DOD"), the U.S. Government acquires this commercial computer software and/or commercial computer software documentation subject to the terms of this Agreement as specified in 48 C.F.R. 227.7202-3 of the DOD FAR Supplement ("DFAR") and its successors.

**General.** This Agreement will bind and inure to the benefit of each party's successors and assigns, provided that End User may not assign or transfer this Agreement, in whole or in part, without Brocade's written consent. This Agreement shall be governed by and construed in accordance with the laws of the State of California, United States of America, as if performed wholly within the state and without giving effect to the principles of conflict of law. No failure of either party to exercise or

enforce any of its rights under this Agreement will act as a waiver of such rights. If any portion hereof is found to be void or unenforceable, the remaining provisions of this Agreement shall remain in full force and effect. This Agreement is the complete and exclusive agreement between the parties with respect to the subject matter hereof, superseding and replacing any and all prior agreements, communications, and understandings (both written and oral) regarding such subject matter.

Effective October 1, 2019

Copyright © 2020 Broadcom. All Rights Reserved. Broadcom, the pulse logo, Brocade, and the stylized B logo are among the trademarks of Broadcom in the United States, the EU, and/or other countries. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Broadcom reserves the right to make changes without further notice to any products or data herein to improve reliability, function, or design. Information furnished by Broadcom is believed to be accurate and reliable. However, Broadcom does not assume any liability arising out of the application or use of this information, nor the application or use of any product or circuit described herein, neither does it convey any license under its patent rights nor the rights of others.

The product described by this document may contain open source software covered by the GNU General Public License or other open source license agreements. To find out which open source software is included in Brocade products, to view the licensing terms applicable to the open source software, and to obtain a copy of the programming source code, please download the open source disclosure documents in the Broadcom Customer Support Portal (CSP). If you do not have a CSP account or are unable to log in, please contact your support provider for this information.

