# Exhibit 42 to the Olivia Weber Declaration



# Executives

Company / About Us / Executives

Print  Share Page

**About Us**
- Company History
- Customer Success
- **Executives**
- Industry Standards

Corporate Officers    Corporate Executives    **Division Executives**




### Alexis Björlin, Ph.D.
Senior Vice President and General Manager, Optical Systems Division


### Greg Fischer
Senior Vice President and General Manager, Broadband Carrier Access Products Division


### Mark Gonikberg
Senior Vice President and General Manager, Wireless Communications and Connectivity


### Art Gilliland
Senior Vice President and General Manager, Symantec Enterprise Division


### Lorenzo Longo
Senior Vice President and General Manager, Physical Layer Products Division


### Greg Lotko
Senior Vice President and General Manager, Mainframe Software Division


### Frank Ostojic
Senior Vice President and General Manager, ASIC Products Division


### Youngwoo Kwon, Ph.D.
Senior Vice President and General Manager, Wireless Semiconductor Division


### Rich Nelson
Senior Vice President and General Manager, Set-Top Box and Cable Modem Products Division


### Ed Redmond
Senior Vice President and General Manager, Compute and Connectivity Division


### Jack Rondoni
Senior Vice President and General Manager, Brocade Storage Networking Division


### Ram Velaga
Senior Vice President and General Manager, Switch Products Division


### Matt Cooke
Vice President and General Manager, Payment Security Division


### Sally Doherty, Ph.D.
Vice President and General Manager, PreAmp Components Division


### Patrick Henderson
Vice President and Co-General Manager, Mixed Signal ASICs Products Division


### Jeff Hoogenboom
Vice President and General Manager, Emulex Connectivity Division

### Hassan Hussain
Vice President and General Manager, Motion Control Products Division

### Francis Khor
Vice President and General Manager, Optoelectronic Products Division

Case 3:20-cv-00451-CEA-DCP    Document 154-42    Filed 07/22/22    Page 2 of 3    PageID #: 6920



**Serge Lucio**
Vice President and General Manager, Enterprise Software Division



**Gary Tay**
Vice President and General Manager, Isolation Products Division



**Mark Terrano, Esq.**
Vice President and General Manager, Intellectual Property and Licensing Division



**Jas Tremblay**
Vice President and General Manager, Data Center Solutions Group



**Myles Wakayama**
Vice President and Co-General Manager, Mixed Signal ASICs Products Division



**Martin Weigert**
Vice President and General Manager, Industrial Fiber Products Division



Top

---

**Products   Solutions   Support   Company   How To Buy**

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Privacy   Supplier Responsibility   Terms of Use   Sitemap

