Placeholder Page for Exhibit 43 Sought to Be Filed Under Seal