# Placeholder Page for Exhibit 44 Sought to Be Filed Under Seal