Placeholder Page for Exhibit 45 Sought to Be Filed Under Seal