Placeholder Page for Exhibit 46 Sought to Be Filed Under Seal