# Placeholder Page for Exhibit 47 Sought to Be Filed Under Seal