# Placeholder Page for Exhibit 48 Sought to Be Filed Under Seal