**Placeholder Page for Exhibit 49 Sought to Be Filed Under Seal**