# Exhibit 50 to the Olivia Weber Declaration

        


## Dale Hammond · 3rd

Territory Account Manager at Broadcom Limited

Fort Mill, South Carolina, United States ·

**Contact info**

500+ connections

🔒 Message      More

 Broadcom Limited

 Eastern Michigan University

## About

Always striving to deliver technolgy solutions for my customer that enable better business results!

## Activity

796 followers

 + Follow

**Dale hasn't posted lately**

Dale's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Territory Account Manager**
Broadcom Limited
Nov 2017 - Present · 4 yrs 9 mos

Charlotte, North Carolina Area



### Target Account Manager (D/C SAN)
Brocade Communication Systems Inc.
Jun 2000 - Present · 22 yrs 2 mos
Charlotte, North Carolina Area

Working with customers and business partners to build the worlds most reliable highest
performing networks.



### Enterprise Sales Executive
Silicon Graphics
Aug 1997 - Sep 1999 · 2 yrs 2 mos
Farmington Hills Michigan

Provided techology solutions and services that allowed tier #1 automotive suppliers to design and build products with improved time to market, increased safety and reliability, reduced manufacturing costs, and with fewer physical prototypes.

Solutions included, HPC, Data analytics, visulation, and computer simulation.



### Account Executive
AES
1990 - 1997 · 7 yrs

## Education



### Eastern Michigan University
B.S. Computer Assisted Industrial Technology, CAD/CADD Technology, Computer Science
1984 - 1987

## Licenses & certifications



### AWS Certified Cloud Practitioner
Amazon Web Services (AWS)
Issued Mar 2020 · Expires Mar 2023
Credential ID 19B2DP52GE1Q1XGJ

Show credential ↗

https://www.linkedin.com/in/dhammondclt/                                                   07/01/2022

## Skills

### Storage

Endorsed by Tim O'Neal and 11 others who are highly skilled at this

Endorsed by 3 colleagues at Broadcom Inc.

42 endorsements

---

### Storage Virtualization

Endorsed by Tim O'Neal and 2 others who are highly skilled at this

Endorsed by 3 colleagues at Broadcom Inc.

27 endorsements

---

### Data Center

Endorsed by Stan Lipski and 7 others who are highly skilled at this

Endorsed by 4 colleagues at Broadcom Inc.

22 endorsements

---

Show all 32 skills →

## Recommendations

**Received**   Given

### Mike Davidson
Regional Sales Executive at GlideFast
May 21, 2019, Mike worked with Dale on the same team

Dale is committed to his customers and his partners, and operates at the highest levels of ethics and business acumen. Extremely intelligent, tenacious, and professional, he is able to quickly ascertain the important aspects of every business opportunity, in order to best help his c ...see more

## Interests

**Companies**   Groups   Schools

https://www.linkedin.com/in/dhammondclt/
07/01/2022



**10X Consulting Group**
488 followers

+ Follow

**Eastern Michigan University**
138,593 followers

+ Follow

Show all 7 companies →

https://www.linkedin.com/in/dhammondclt/





## Dale Hammond

Territory Account Manager at Broadcom Limited

Followers                                                        796

🔒 Message



## Dale's Activity

**All activity**    Articles    Posts    Documents

---

Dale Hammond likes this                                    • • •

**Thomas Boardman** • 3rd+
Field Application Engineer at Broadcom Inc.
1mo • 🌐

I'm attending Connected by Broadcom Episode 10 - Arista Networks . Would you like to attend?

**Vijay Nagarajan** • 3rd+                          + Follow
Vice President, Wireless Connectivity Division at Broadcom Inc.
1mo • Edited • 🌐

Episode 10 of "Connected by Broadcom" Live with the Arista Networks leadership team. For the first time, we have three guests joining us together for a session.

...see more



CONNECTED BY
🔺 BROADCOM

**CONNECTED BY BROADCOM EPISODE 10:**



Thursday, June 2 | 9:00 a.m. PT

Hosted By:
**Vijay Nagarajan**
Vice President
Wireless Connectivity Division
Broadcom Inc.

Featuring:
**Jayshree Ullal**
President & CEO
Arista Networks

**Anshul Sadana**
COO
Arista Networks

**Andy Bechtolsheim**
Founder & CDO
Arista Networks

**Event ended**

### Connected by Broadcom Episode 10 - Arista Networks

🎥 Linkedin Live
964 attendees

👍 1

| 👍 Like | 💬 Comment | ↗ Share | ✈ Send |

Be the first to comment on this

---



**Dale Hammond** • 3rd+          **+ Follow**  •••
Territory Account Manager at Broadcom Limited
11mo • 🌐

Brocade and "the other guy's" GEN5 SAN Platforms are facing end of life /end of
support scenario's and need to be upgraded soon.

...see more



Make the smart
choice for your
data center

Choose Brocade® Gen 7
and reap the rewards of
the Autonomous SAN.

READ THE REASONS TO UPGRADE TODAY

👍 3

| 👍 Like | 💬 Comment | ↗ Share | ✈ Send |

https://www.linkedin.com/in/dhammondclt/                                                    07/01/2022

Be the first to comment on this

**Dale Hammond** commented on this                                    • • •

**Jack Consoli** • 3rd+                                              **+ Follow**
Field Application Engineer, Brocade Storage Networkin Division at Broadc...
1yr • 🌐

IBM RedBook sg248497



IBM Redbooks Silver Author was issued by IBM to Jack Consoli.
credly.com • 1 min read

🔵🟢 32                                                      11 comments

👍 Like          💬 Comment          ↪ Share          ✈ Send

Add a comment...                                              ☺   🖼

Most relevant ▼

**Dale Hammond** • 3rd+                                        11mo • • •
Territory Account Manager at Broadcom Limited

Great job Jack

Like  |  Reply

Load more comments

**Dale Hammond** likes this                                          • • •

Case 3:20-cv-00451-CEA-DCP   Document 154-50   Filed 07/22/22   Page 8 of 24   PageID #: 6936

**Jack Consoli** • 3rd+

Field Application Engineer, Brocade Storage Networkin Division at Broadc...
1yr • 🌐

+ Follow

IBM RedBook sg248497



IBM Redbooks Silver Author was issued by IBM to Jack Consoli.

credly.com • 1 min read



😊🌐 32                                                                    11 comments

👍 Like          💬 Comment          ↗ Share          ✈ Send

Add a comment...                                              😊   🖼

Most relevant ▼

Dale Hammond • 3rd+                                              11mo •••
Territory Account Manager at Broadcom Limited

Great job Jack

Like  |  Reply

Load more comments



Dale Hammond likes this                                              •••

A Cloud Guru | A Pluralsight Company                         + Follow
201,880 followers
1yr • Edited • 🌐

Exclusive Student Offer! Get access to the most effective, hands-on learning and save a
boatload. Students are eligible to save up to 47% on full access to our unlim  ...see more



EXCLUSIVE STUDENT OFFER

# Master the skills that will drive your career

A CLOUD GURU

Master the Skills That Will Drive Your Career | Exclusive Offer!

get.acloudguru.com • 1 min read

44

Like     Comment     Share     Send

Be the first to comment on this

**Dale Hammond** • 3rd+     + Follow   •••
Territory Account Manager at Broadcom Limited
1yr • 🌐

Get the SAN you've been waiting for and enjoy the benefits for less.     ...see more

BROCADE
A Broadcom Company

Case 3:20-cv-00451-CEA-DCP   Document 154-50   Filed 07/22/22   Page 10 of 24   PageID #: 6938



Your dream SAN doesn't have to be a pipe dream any more.

👍 4

👍 Like    💬 Comment    ↗ Share    ✈ Send

Be the first to comment on this

**Dale Hammond** · 3rd+

+ Follow    ···

Territory Account Manager at Broadcom Limited

1yr · 🌐

BROCADE ⧉
A **Broadcom** Company

**Chris loves a deal. Do you love a deal?**

We thought so.

👍 2

👍 Like    💬 Comment    ↗ Share    ✈ Send

Be the first to comment on this

**Dale Hammond** commented on this    ···

**Rick Balderrama** · 3rd+

+ Follow

1yr · 🌐

Dell EMC Connectrix B-Series 64 Gb/s enables a self-learning, self-optimizing, self-healing autonomous SAN. Learn more at this new Dell Technologies video, and visit the #Brocade booth at #DellTechWorld for technology demos and to learn mor ...see more



9                                                    2 comments • 17 shares

Like          Comment          Share          Send

Add a comment...

Most relevant ▾

Dale Hammond • 3rd+                                                    1y •••
Territory Account Manager at Broadcom Limited
Check out this short video highlighting Brocade GEN 7 autonomous SAN features and how these new capabilities provide actionable intelligence.

Like  |  Reply

Load more comments

Dale Hammond commented on this                                        •••

Jerri Hegwood • 3rd+                                              + Follow
Territory Account Manager, Brocade Storage Networking at Broadcom Lim...
1yr • Edited • Ⓢ

Great opportunity to add to your creditials!

Kathy Yakubik • 3rd+                                              + Follow
Sr. Manager, Field Marketing at Broadcom

Case 3:20-cv-00451-CEA-DCP   Document 154-50   Filed 07/22/22   Page 12 of 24   PageID #: 6940

Learn how you can advance your SAN skills and earn a free Brocade SAN Administrator certificate online. In this webcast, we will explain details about the exam, give some tips and tricks on how to study for it, discuss some of the ...see more



Webinar: Are you ready to become a SAN Administrator?

Join us April 29, 2021 @ 09:00 AM PT

👍 2                                           1 comment

👍 Like          💬 Comment          ➡ Share          ✈ Send

Add a comment...                                    ☺ 🖼

Most relevant ▼

**Dale Hammond** • 3rd+                                    1y •••
Territory Account Manager at Broadcom Limited

A great way to check the box on the 2021 resolution for professional development !

Like  |  Reply

Dale Hammond likes this                                    •••

**Insperity**
61,028 followers
1yr • 🌐                                              + Follow

Is your business overwhelmed by HR-related burdens? Considering outsourcing to a PEO but unsure where to begin? Start here.

📚 **Insperity**

⟫⟫ INSPERITY E-BOOK SERIES

**HR** 

📚 **Insperity**
HR that Makes a Difference"

WHAT CAN

https://www.linkedin.com/in/dhammondclt/                                                      07/01/2022




# A PEO DO FOR YOUR BUSINESS?

**GET YOUR FREE E-BOOK NOW**

Follow these simple steps for outsourcing your company's HR to a PEO

insperity.com • 1 min read

 131

3 comments • 3 shares

 Like　　 Comment　　 Share　　 Send

 Dale Hammond likes this

• • •

 **Mike Lisle, MEDP, CPM** • 3rd+
Operations consulting for small businesses and nonprofits | Economic dev...
1yr • Edited • 🌐

**+ Follow**

Proud of my son for reaching his 4th anniversary working for **Publix Super Markets**! He has learned so much from working and his self-confidence has grown tremendously as he's mastered new skills in his first job.
...see more





😃🔴🟢 308,970

12,998 comments · 2,251 shares

👍 Like          💬 Comment          ➡ Share          ✈ Send

---

Dale Hammond · 3rd+

Territory Account Manager at Broadcom Limited

1yr · 🌐

+ Follow   ···

Realize an Autonomous SAN with Brocade® Gen 7 Fibre Channel. Learn more in this Interactive G Guide. https://lnkd.in/gPx8GKf #SAN #Gen7 #AutonomousSAN



**Realize the dream of an autonomous SAN with Brocade® Gen 7**

Get the guide

🔵 6

1 share

👍 Like          💬 Comment          ➡ Share          ✈ Send

Be the first to comment on this

---

Dale Hammond likes this          ···

David Lytle · 3rd+

I am RETIRED so I'm "Living It Up" as the saying goes!

2yr · 🌐

+ Follow

Case 3:20-cv-00451-CEA-DCP   Document 154-50   Filed 07/22/22   Page 15 of 24   PageID #: 6943

It's Monday, time for a laugh, especially with the grim worldwide news about the Corona-virus.



👍❤️😮 132                                    21 comments · 1 share

👍 Like          💬 Comment          ➜ Share          ◢ Send

Dale Hammond likes this                                    • • •



BROCADE
A Broadcom Inc. Company

Automate Your Storage
to Accelerate Your Business



**Automate Your Storage**

Thomas Boardman on LinkedIn

👍 2                                                                      1 comment

👍 Like          💬 Comment          ➡ Share          ✈ Send

---

**Dale Hammond** • 3rd+                              **+ Follow**    • • •
Territory Account Manager at Broadcom Limited
4yr • 🌐

**Bethany Allee** • 3rd+                              **+ Follow**
Marketing Leader | RE Investor | Economic Empowerment Volunteer
4yr • 🌐

HCI claims to deliver IT staff productivity benefits, but in fact according to the 451
Research survey half of the respondents expect HCI will actually INCREASE staffing.

Applications    Storage

**HCI: Operational Simplicity Hype**
youtube.com

https://www.linkedin.com/in/dhammondclt/                                    07/01/2022

Be the first to react

 **Dale Hammond** · 3rd+                    **+ Follow**   •••
Territory Account Manager at Broadcom Limited
4yr · 🌐

Great news on Brocade education!

 **Bethany Allee** · 3rd+
Marketing Leader | RE Investor | Economic Empowerment Volunteer        **+ Follow**
4yr · 🌐

As part of the transition from Brocade to Broadcom, legacy Brocade SAN training
resources are now free. This is the same training resources that are heralded as the
best SAN education out there.                                    ...see more



BROCADE⊿
A Broadcom Limited Company

How to Access
Free Online SAN
Training

Webinar - February 27, 2018
at 9:00 AM PST

REGISTER NOW

👍 2

 Like           Comment           Share           Send

Be the first to comment on this

Show more results

## Interests

Companies

 **Broadcom Inc.**
314,593 followers

**+ Follow**

https://www.linkedin.com/in/dhammondclt/                                                    07/01/2022



**NVIDIA**
1,082,678 followers

( + Follow )

**Hitachi**
851,118 followers

( + Follow )

See all companies →

**Schools**

**Eastern Michigan University**
138,593 followers

( + Follow )

**Groups**

**Storage Experts**
36,062 members

**Storage: SAN, NAS, DAS, CAS, Cloud**
30,551 members

**Brocade Employees & Alumni (Brocadians)**
2,989 members

See all groups →

About    Accessibility    Help Center    Privacy & Terms ⌄    Ad Choices    Advertising
Business Services ⌄    Get the LinkedIn app    More

**Linked**in LinkedIn Corporation © 2022



Try Premium for free

Dale Hammond
Territory Account Manager at Broadcom Limited

More  🔒 Message



← **Skills**

All   Industry Knowledge   Tools & Technologies   Interpersonal Skil

**Storage**

Endorsed by Tim O'Neal and 11 others who are highly skilled at this

Endorsed by 3 colleagues at Broadcom Inc.

42 endorsements

**Storage Virtualization**

Endorsed by Tim O'Neal and 2 others who are highly skilled at this

Endorsed by 3 colleagues at Broadcom Inc.

27 endorsements

**Data Center**

Endorsed by Stan Lipski and 7 others who are highly skilled at this

Endorsed by 4 colleagues at Broadcom Inc.

22 endorsements

**Solution Selling**

20 endorsements

**Enterprise Storage**

18 endorsements

**Cloud Computing**

18 endorsements

https://www.linkedin.com/in/dhammondclt/

07/01/2022

## Virtualization

18 endorsements

## Channel Partners

14 endorsements

## Enterprise Software

12 endorsements

## Management

11 endorsements

## NAS

11 endorsements

## Storage Solutions

10 endorsements

## SAN

8 endorsements

## Storage Area Networks

7 endorsements

## SaaS

6 endorsements

## Managed Services

5 endorsements

## Salesforce.com

4 endorsements

https://www.linkedin.com/in/dhammondclt/



## Professional Services

👥 4 endorsements

## Sales Enablement

👥 3 endorsements

## Disaster Recovery

👥 3 endorsements

Show more results

**Linked** in

About

Community Guidelines

Privacy & Terms ⌄

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

Select Language

English (English) ⌄

LinkedIn Corporation © 2022

       
 **Dale Hammond**
Territory Account Manager at Broadcom Limited

More | 🔒 Message



← **Interests**

**Companies**   Groups   Schools

 **Broadcom Inc.**
314,594 followers

\+ Follow

 **NVIDIA**
1,082,687 followers

\+ Follow

 **Hitachi**
851,151 followers

\+ Follow

 **Eastern Michigan University**
138,593 followers

\+ Follow

 **Fibre Channel Industry Association (FCIA)**
428 followers

\+ Follow

 **10X Consulting Group**
488 followers

\+ Follow

https://www.linkedin.com/in/dhammondclt/
07/01/2022



About

Accessibility

Talent Solutions

Community Guidelines

Careers

Marketing Solutions

Privacy & Terms ⌄

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

Select Language

English (English) ▼

LinkedIn Corporation © 2022

https://www.linkedin.com/in/dhammondclt/                                                                                          07/01/2022