**Placeholder Page for Exhibit 51 Sought to Be Filed under Seal**