**Placeholder Page for Exhibit 52 Sought to Be Filed under Seal**