**Placeholder Page for Exhibit 54 Sought to Be Filed under Seal**