**Placeholder Page for Exhibit 55 Sought to Be Filed under Seal**