**Placeholder Page for Exhibit 56 Sought to Be Filed under Seal**