# Exhibit 59 to the Olivia Weber Declaration



| Secretary of State<br>**Statement of Information**<br>(Limited Liability Company) | **LLC-12** | 22-B70806<br>**FILED**<br>**In the office of the Secretary of State of the State of California**<br>**MAR 18, 2022** |
|---|---|---|

**IMPORTANT —** This form can be filed online at bizfile.sos.ca.gov.

Read instructions **before completing this form.**

**Filing Fee - $20.00**

**Copy Fees -** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC. If you registered in California using an alternate name, see instructions.)

BROCADE COMMUNICATIONS SYSTEMS LLC

| **2. 12-Digit Secretary of State Entity Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201807310415 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1320 Ridder Park Drive | San Jose | CA | 95131 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1320 Ridder Park Drive | San Jose | CA | 95131 |
| c. Street Address of **California** Office, if Item 4a is not in California Do not list a P.O. Box<br>1320 Ridder Park Drive | San Jose | **CA** | 95131 |

**5. Manager(s) or Member(s)**   If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an additional managers/members, enter the names(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Hock | E. | Tan | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1320 Ridder Park Drive | San Jose | CA | 95131 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

　**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

　**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA　　AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| Describe the type of business or services of the Limited Liability Company |
|---|
| Networking hardware and software |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes ☑ No |
|---|---|

**10.** By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 03/18/2022 | Hock E. Tan | Manager | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |



| | | |
|---|---|---|
| **Attachment to Statement of Information** (Limited Liability Company) | **LLC-12A Attachment** | 22-B70806 |

**A. Limited Liability Company Name**

BROCADE COMMUNICATIONS SYSTEMS LLC

This Space For Office Use Only

**B. 12-Digit Secretary of State File Number**

201807310415

**C. State or Place of Organization** (only if formed outside of California)

DELAWARE

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| John | E. | Rondoni | |

Entity Name:

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1320 Ridder Park Drive | San Jose | CA | 95131 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Charlie | B. | Kawwas | |

Entity Name:

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1320 Ridder Park Drive | San Jose | CA | 95131 |