# Exhibit 61 to the Olivia Weber Declaration

        



# Tom Krause · 3rd

**President, Broadcom Software Group**

Talks about #it, #leadership, #cybersecurity, #enterprisesoftware, and #digitaltransformation

San Jose, California, United States ·

**Contact info**

software.broadcom.com

4,662 followers · 500+ connections

+ Follow | Message | More

---

## People who follow Tom also follow

See all   


**Lakshmi Gayatri**
Senior Engineering...
3,031 followers
Follow


**Al Irizarry**
Delivering...
3,078 followers
Follow


Nir
Pro
3,21
Fo

---

## Featured

Image

Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 2 of 20   PageID #: 7293
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                                07/18/2022



**Opening Bell at Nasdaq - Nov. 8, 2021**

We had the opportunity to open Nasdaq on Monday, Nov. 8th to celebrate Broadcom Software Investor Day, which we held at Nasdaq MarketSite on Tuesday, Nov. 9th.

## Activity

4,662 followers

+ Follow

Tom Krause posted this • 2d

This week I announced my decision to resign as President of Broadcom Software Group to become CEO of the new Citrix-Tibco combination.

...show more

 1,809    185 comments • 12 shares

Tom Krause posted this • 2w

Though some may think of a #CFO as the executive who reports on what has already happened, the CFO is often the executive team's most importan ...show more



**In conversation: The CFO's critical role in innovation**
mckinsey.com • 11 min read

 221    4 comments • 13 shares

Tom Krause posted this • 3w

I've been on the road since we announced our proposed combination with VMware, speaking with employees, customers, partners, analysts and shareholder ...show more



**Broadcom and VMware**
broadcom.com • 1 min read

 674    3 comments • 53 shares

Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 3 of 20   PageID #: 7294

https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                07/18/2022

Tom Krause posted this • 1mo



**Google Cloud** has been a trusted partner in our #modernization journey at **Broadcom Software** and our team and customers are already seeing the benefits. ...show more

 450                                                                                                         6 comments • 31 shares

Show all activity →

## About

As President of Broadcom Software Group, my work is dedicated to accelerating innovation and moving businesses forward as a trusted software partner. Broadcom Software is building a comprehensive portfolio of industry-leading business-critical software that modernizes, optimizes, and protects the world's most complex hybrid IT environments. In overseeing Broadcom's six software divisions as well as software sales, customer support and software operations, I work with a team of more than 6,000 employees, manage $5 billion+ in revenue, and serve 80% of the Fortune 500 companies.

I previously served as Chief Financial Officer at Broadcom until December 2020, after joining the company as Vice President of Corporate Development in 2012. The core of my tenure at Broadcom has been devoted to elevating strategic and financial planning processes.

My career has been defined by this focus as a strategic leader. I've served as Vice President of Business Development at Techwell, which was acquired by Intersil in 2010. Additionally, as a financial consultant, I've represented various tech companies to improve their financial well-being. I have also held roles with Technology Crossover Ventures and Robertson Stephens. I received a B.A. in Economics from Princeton University.

## Experience



**President, Broadcom Software Group**
Broadcom Software · Full-time
Dec 2020 - Present · 1 yr 8 mos
San Francisco Bay Area

Broadcom Software: Business-critical software solutions that modernize, optimize, and protect the world's most complex hybrid environments.

In overseeing Broadcom's six software divisions as well as software sales, customer support and software operations, I work with a team of more than 6,000 employees, manage $5 billion+ in revenue, and serve 80% of the Fortune 500 companies

https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                07/18/2022


**Broadcom Inc.**
4 yrs 11 mos
San Jose, California, United States

- **Chief Financial Officer**
  Full-time
  Oct 2016 - Dec 2020 · 4 yrs 3 mos

  Broadcom Inc: A global technology leader in semiconductor and infrastructure software solutions.

  Responsible for overseeing all financial functions, mergers and acquisitions, information technology, human resources and investor relations

- **Acting Chief Financial Officer**
  Mar 2016 - Oct 2016 · 8 mos

- **VP Corporate Development**
  Feb 2016 - Oct 2016 · 9 mos


**VP Corporate Development**
Avago Technologies
Jan 2012 - Jan 2016 · 4 yrs 1 mo

Avago Technologies: Leading designer, developer, and global supplier of a broad range of analog and digital semiconductor connectivity solutions.


**Managing Partner**
Krause Consulting Group
2010 - 2012 · 2 yrs
Palo Alto, California, United States

Independent financial advisory firm for various technology companies.


**VP Business Development**
Techwell
2004 - 2010 · 6 yrs
San Jose, California, United States

Fabless semiconductor company that designed and sold mixed-signal video solutions for the security surveillance and automotive infotainme ...see more

Show all 9 experiences →

## Education

https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                              07/18/2022



Princeton University
Bachelor of Arts - BA, Economics
1996 - 2000

## Interests

**Companies**  Groups  Schools

Bank of America
2,195,164 followers
+ Follow

JPMorgan Chase & Co.
3,187,573 followers
+ Follow

Show all 22 companies →





Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 7 of 20   PageID #: 7298
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                      07/18/2022

happened, the CFO is often the executive team's most important enabler in terms of
#innovation.                                                              ...see more



In conversation: The CFO's critical role in innovation

mckinsey.com • 11 min read

221                                            4 comments • 13 shares

Like          Comment          Share          Send



Tom Krause celebrates this



Thomas Thorpe • 3rd+                                          + Follow
Vice President International Markets, Broadcom Software | Modernise. Opt...
3w • Edited • 🌐

Some thoughts on why customer engagement is so important!

#lifeatBroadcomSoftware #Symantec #customerengagement #broadcom

Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 8 of 20   PageID #: 7299
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                         07/18/2022



**Broadcom Software: The Return to Face to Face Customer Engagements**

symantec-enterprise-blogs.security.com • 1 min read



110      4 shares

👍 Like    💬 Comment    ↗ Share    ➤ Send

Be the first to comment on this



**Tom Krause** • 3rd+      + Follow   •••
President, Broadcom Software Group
3w • 🌐

I've been on the road since we announced our proposed combination with **VMware**, speaking with employees, customers, partners, analysts and shareholders about the compelling benefits we expect to deliver together. We have been listening c̶ ...see more



https://www.linkedin.com/in/tom-krause-39b5981a5/      07/18/2022

broadcom.com • 1 min read

❤️ 674                                          3 comments • 53 shares

👍 Like          💬 Comment          ↗ Share          ➤ Send

---

Tom Krause liked Simon Taylor's comment on this                              •••

Tom Krause • 3rd+                                                    + Follow
President, Broadcom Software Group
1mo • 🌐

**Google Cloud** has been a trusted partner in our **#modernization** journey at **Broadcom Software** and our team and customers are already seeing the benefits.

...see more



❤️ 450                                          6 comments • 31 shares

👍 Like          💬 Comment          ↗ Share          ➤ Send

[Add a comment...]                                                       😊 🖼️

> Simon Taylor • 3rd+                                            1mo •••
> CEO - Founder - HYCU, Inc.
>
> Terrific read!
>
> Like • 👍 3 | Reply

Load more comments

Tom Krause liked Kevin Boardman's comment on this

Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 10 of 20   PageID #: 7301
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                    07/18/2022



Tom Krause • 3rd+
President, Broadcom Software Group
1mo

+ Follow

Google Cloud has been a trusted partner in our #modernization journey at Broadcom Software and our team and customers are already seeing the benefits.

...see more

450    6 comments • 31 shares

Like    Comment    Share    Send

Add a comment...

Kevin Boardman (He/Him) • 3rd+    1mo
Account Director, Broadcom Software | Modernise. Optimise. Protect.

Great post Tom Krause, thanks for sharing.

Like • 2 | Reply

Load more comments



Tom Krause liked Nirav Mehta's comment on this

Tom Krause • 3rd+
President, Broadcom Software Group
1mo

+ Follow

Google Cloud has been a trusted partner in our #modernization journey at Broadcom Software and our team and customers are already seeing the benefits.

see more





Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 12 of 20   PageID #: 7303
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                            07/18/2022



450   6 comments · 31 shares

👍 Like   💬 Comment   ➡ Share   ✈ Send



Tom Krause likes this

Thomas Thorpe • 3rd+
Vice President International Markets, Broadcom Software | Modernise. Opt...
1mo • Edited • 🌐

\+ Follow

Great to have the GM's back in Europe this week! Greg Lotko Serge Lucio Rob Greer
We decided to walk to our meeting this morning ! #symantec #mainframe #agile
#netops #teamwork #lifeatBroadcomSoftware



Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 13 of 20   PageID #: 7304
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                     07/18/2022



https://www.linkedin.com/in/tom-krause-39b5981a5/ 07/18/2022



Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 15 of 20   PageID #: 7306

https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                                                                           07/18/2022

← **Experience**



**President, Broadcom Software Group**
Broadcom Software · Full-time
Dec 2020 - Present · 1 yr 8 mos
San Francisco Bay Area

Broadcom Software: Business-critical software solutions that modernize, optimize, and protect the world's most complex hybrid environments.

In overseeing Broadcom's six software divisions as well as software sales, customer support and software operations, I work with a team of more than 6,000 employees, manage $5 billion+ in revenue, and serve 80% of the Fortune 500 companies.



**Broadcom Inc.**
4 yrs 11 mos
San Jose, California, United States

- **Chief Financial Officer**
  Full-time
  Oct 2016 - Dec 2020 · 4 yrs 3 mos

  Broadcom Inc: A global technology leader in semiconductor and infrastructure software solutions.

  Responsible for overseeing all financial functions, mergers and acquisitions, information technology, human resources and investor relations

- **Acting Chief Financial Officer**
  Mar 2016 - Oct 2016 · 8 mos

- **VP Corporate Development**
  Feb 2016 - Oct 2016 · 9 mos



**VP Corporate Development**
Avago Technologies
Jan 2012 - Jan 2016 · 4 yrs 1 mo

Avago Technologies: Leading designer, developer, and global supplier of a broad range of analog and digital semiconductor connectivity solutions.



**Managing Partner**
Kraus Consulting Group
2010 - 2012 · 2 yrs

Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 16 of 20   PageID #: 7307
https://www.linkedin.com/in/tom-krause-39b5981a5/ 07/18/2022

2010 - 2012 · 2 yrs
Palo Alto, California, United States

Independent financial advisory firm for various technology companies.


**VP Business Development**
Techwell
2004 - 2010 · 6 yrs
San Jose, California, United States

Fabless semiconductor company that designed and sold mixed-signal video solutions for the security surveillance and automotive infotainment markets. Acquired by Intersil in 2010.


**Associate**
TCV
2002 - 2004 · 2 yrs
Palo Alto, California, United States

Leading venture capital firm providing capital to growth-stage, private, and public companies in the technology industry.


**Investment Banking Analyst**
Robertson Stephens
2000 - 2002 · 2 yrs
San Francisco

Wealth management firm striving to provide comprehensive and innovative investment strategies and wealth solutions to our clients through an intelligent digital platform.

Linked in

About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language
Community Guidelines | Careers | Marketing Solutions | | English (English)
Privacy & Terms | Ad Choices | Advertising | Manage your account and privacy Go to your Settings.
Sales Solutions | Mobile | Small Business
Safety Center

LinkedIn Corporation © 2022

Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 17 of 20   PageID #: 7308
https://www.linkedin.com/in/tom-krause-39b5981a5/                                        07/18/2022


Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 18 of 20   PageID #: 7309
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                          07/18/2022



Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 19 of 20   PageID #: 7310
https://www.linkedin.com/in/tom-krause-39b5981a5/ 07/18/2022



Case 3:20-cv-00451-CEA-DCP   Document 154-61   Filed 07/22/22   Page 20 of 20   PageID #: 7311
https://www.linkedin.com/in/tom-krause-39b5981a5/                                                                                                       07/18/2022