**Placeholder Page for Exhibit 62 Sought to Be Filed under Seal**