# Exhibit 63 to the Olivia Weber Declaration

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, DC 20549
## Form 10-K

(MARK ONE)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended November 4, 2018**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from        to**

| State or Other Jurisdiction of Incorporation or Organization | | Commission File Number | IRS Employer Identification No. |
|---|---|---|---|
| | # Broadcom Inc. | | |
| | **1320 Ridder Park Drive** | | |
| Delaware | San Jose, California | 001-38449 | 35-2617337 |
| | **(408) 433-8000** | | |

**Exact Name of Registrant as Specified in Its Charter Address of Principal Executive Offices**

**Registrant's telephone number, including area code**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.001 par value | The NASDAQ Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

*(Title of class)*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☑ | Accelerated filer ☐ | Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ | Emerging growth company ☐ |
|---|---|---|---|---|

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☑

State the aggregate market value of voting and non-voting common equity held by non-affiliates as of the last business day of the registrant's most recently completed second fiscal quarter: As of May 6, 2018, the aggregate market value of registrant's common stock held by non-affiliates (based upon the closing sale price of such shares on The Nasdaq Global Select Market on May 4, 2018, the last trading day prior to the registrant's fiscal quarter end) was approximately $97.8 billion.

As of November 30, 2018, the registrant had 407,270,901 shares of its common stock, $0.001 par value per share, outstanding.

**Documents Incorporated by Reference**

Information required in response to Part III of this Annual Report on Form 10-K is hereby incorporated by reference from the registrant's definitive Proxy Statement for its 2019 Annual Meeting of Stockholders. Except as expressly incorporated by reference, the registrant's Proxy Statement shall not be deemed to be a part of this Annual Report on Form 10-K. The registrant intends to file its definitive Proxy Statement within 120 days after its fiscal year ended November 4, 2018.

# PAGE(S) INTENTIONALLY OMITTED

Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

BROADCOM INC.

| By: | /s/ Hock E. Tan |
|---|---|
| Name: | Hock E. Tan |
| Title: | President and Chief Executive Officer |

Date: December 21, 2018

**POWER OF ATTORNEY**

Each person whose individual signature appears below hereby authorizes and appoints Hock E. Tan, Thomas H. Krause, Jr., Mark D. Brazeal and Kirsten M. Spears, and each of them, with full power of substitution and resubstitution and full power to act without the other, as his or her true and lawful attorney-in-fact and agent to act in his or her name, place and stead and to execute in the name and on behalf of each person, individually and in each capacity stated below, and to file any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing, ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his substitute or substitutes may lawfully do or cause to be done by virtue thereof.

121

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed by the following persons on behalf of the Registrant in the capacities indicated and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Hock E. Tan<br>Hock E. Tan | President and Chief Executive Officer and Director<br>(Principal Executive Officer) | December 21, 2018 |
| /s/ Thomas H. Krause, Jr.<br>Thomas H. Krause, Jr. | Chief Financial Officer<br>(Principal Financial Officer) | December 21, 2018 |
| /s/ Kirsten M. Spears<br>Kirsten M. Spears | Principal Accounting Officer | December 21, 2018 |
| /s/ Henry Samueli<br>Henry Samueli | Chairman of the Board of Directors | December 21, 2018 |
| /s/ Eddy W. Hartenstein<br>Eddy W. Hartenstein | Lead Independent Director | December 21, 2018 |
| /s/ Gayla J. Delly<br>Gayla J. Delly | Director | December 21, 2018 |
| /s/ James Diller Sr.<br>James Diller Sr. | Director | December 21, 2018 |
| /s/ Lewis C. Eggebrecht<br>Lewis C. Eggebrecht | Director | December 21, 2018 |
| Check Kian Low | Director | |
| /s/ Donald Macleod<br>Donald Macleod | Director | December 21, 2018 |
| /s/ Peter J. Marks<br>Peter J. Marks | Director | December 21, 2018 |

122

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, DC 20549
## Form 10-K

(MARK ONE)

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended November 3, 2019

OR

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from        to

# Broadcom Inc.

| | | | |
|---|---|---|---|
| **Delaware** | **1320 Ridder Park Drive** | **001-38449** | **35-2617337** |
| (State or Other Jurisdiction of Incorporation or Organization) | San Jose,   CA   95131-2313 | (Commission File Number) | (I.R.S. Employer Identification No.) |
| | **(408) 433-8000** | | |

(Exact Name of Registrant as Specified in Its Charter

Address of Principal Executive Offices

Registrant's Telephone Number, Including Area Code)

### Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, $0.001 par value | AVGO | The NASDAQ Global Select Market |
| 8.00% Mandatory Convertible Preferred Stock, Series A, $0.001 par value | AVGOP | The NASDAQ Global Select Market |

### Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.     Yes     No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.     Yes     No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes   No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes   No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer | Accelerated filer | Non-accelerated filer | Smaller reporting company | Emerging growth company |
|---|---|---|---|---|
| | | (Do not check if a smaller reporting company) | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).     Yes     No

The aggregate market value of voting and non-voting common equity held by non-affiliates as of  May 3, 2019, based upon the closing sale price of such shares on The Nasdaq Global Select Market on such date was approximately $122.7 billion.

As of November 29, 2019, the registrant had 397,792,289 shares of its common stock, $0.001 par value per share, outstanding.

**Documents Incorporated by Reference**

Information required in response to Part III of this Annual Report on Form 10-K is hereby incorporated by reference from the registrant's definitive Proxy Statement for its 2020 Annual Meeting of Stockholders. Except as expressly incorporated by reference, the registrant's Proxy Statement shall not be deemed to be a part of this Annual Report on Form 10-K. The registrant intends to file its definitive Proxy Statement within 120 days after its fiscal year ended November 3, 2019.

# PAGE(S) INTENTIONALLY OMITTED

Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

BROADCOM INC.

| By: | /s/ Hock E. Tan |
| --- | --- |
| Name: | Hock E. Tan |
| Title: | President and Chief Executive Officer |

Date: December 20, 2019

## POWER OF ATTORNEY

Each person whose individual signature appears below hereby authorizes and appoints Hock E. Tan, Thomas H. Krause, Jr., Mark D. Brazeal and Kirsten M. Spears, and each of them, with full power of substitution and resubstitution and full power to act without the other, as his or her true and lawful attorney-in-fact and agent to act in his or her name, place and stead and to execute in the name and on behalf of each person, individually and in each capacity stated below, and to file any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing, ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his substitute or substitutes may lawfully do or cause to be done by virtue thereof.

128

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed by the following persons on behalf of the Registrant in the capacities indicated and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Hock E. Tan<br>Hock E. Tan | President and Chief Executive Officer and Director<br>(Principal Executive Officer) | December 20, 2019 |
| /s/ Thomas H. Krause, Jr.<br>Thomas H. Krause, Jr. | Chief Financial Officer<br>(Principal Financial Officer) | December 20, 2019 |
| /s/ Kirsten M. Spears<br>Kirsten M. Spears | Principal Accounting Officer | December 20, 2019 |
| /s/ Henry Samueli<br>Henry Samueli | Chairman of the Board of Directors | December 20, 2019 |
| /s/ Eddy W. Hartenstein<br>Eddy W. Hartenstein | Lead Independent Director | December 20, 2019 |
| /s/ Diane M. Bryant<br>Diane M. Bryant | Director | December 20, 2019 |
| /s/ Gayla J. Delly<br>Gayla J. Delly | Director | December 20, 2019 |
| /s/ Check Kian Low<br>Check Kian Low | Director | December 20, 2019 |
| /s/ Peter J. Marks<br>Peter J. Marks | Director | December 20, 2019 |
| /s/ Justine F. Page<br>Justine F. Page | Director | December 20, 2019 |
| /s/ Harry L. You<br>Harry L. You | Director | December 20, 2019 |

129

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**
**Form 10-K**

(MARK ONE)

☑      **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

     **For the fiscal year ended November 1, 2020**

OR

☐      **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

     **For the transition period from     to**

# Broadcom Inc.

| Delaware | 1320 Ridder Park Drive | 001-38449 | 35-2617337 |
|---|---|---|---|
| **(State or Other Jurisdiction of Incorporation or Organization)** | **San Jose, CA 95131-2313** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |
| | **(408) 433-8000** | | |

**(Exact Name of Registrant as Specified in Its Charter**
**Address of Principal Executive Offices, Including Zip Code**
**Registrant's Telephone Number, Including Area Code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, $0.001 par value | AVGO | The NASDAQ Global Select Market |
| 8.00% Mandatory Convertible Preferred Stock, Series A, $0.001 par value | AVGOP | The NASDAQ Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☑    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☑    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer    ☑      Accelerated filer    ☐      Non-accelerated filer    ☐      Smaller reporting company    ☐      Emerging growth company    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐ No ☑

The aggregate market value of voting and non-voting common equity held by non-affiliates as of May 1, 2020, based upon the closing sale price of such shares on The Nasdaq Global Select Market on such date was approximately $101.8 billion.

As of November 27, 2020, there were 406,713,118 shares of our common stock outstanding.

**Documents Incorporated by Reference**

Information required in response to Part III of this Annual Report on Form 10-K is hereby incorporated by reference from the registrant's definitive Proxy Statement for its 2021 Annual Meeting of Stockholders. Except as expressly incorporated by reference, the registrant's Proxy Statement shall not be deemed to be a part of this Annual Report on Form 10-K. The registrant intends to file its definitive Proxy Statement within 120 days after its fiscal year ended November 1, 2020.

1

# PAGE(S) INTENTIONALLY OMITTED

Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

BROADCOM INC.

By: **/s/  Hock E. Tan**

**Name:**    **Hock E. Tan**
**Title:**     **President and Chief Executive Officer**

Date: December 18, 2020

## POWER OF ATTORNEY

Each person whose individual signature appears below hereby authorizes and appoints Hock E. Tan, Kirsten M. Spears and Mark D. Brazeal, and each of them, with full power of substitution and resubstitution and full power to act without the other, as his or her true and lawful attorney-in-fact and agent to act in his or her name, place and stead and to execute in the name and on behalf of each person, individually and in each capacity stated below, and to file any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing, ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his substitute or substitutes may lawfully do or cause to be done by virtue thereof.

118

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed by the following persons on behalf of the Registrant in the capacities indicated and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/  Hock E. Tan<br>**Hock E. Tan** | President and Chief Executive<br>Officer and Director<br>(Principal Executive Officer) | December 18, 2020 |
| **/s/ Kirsten M. Spears**<br>**Kirsten M. Spears** | Chief Financial Officer<br>(Principal Financial Officer and Principal Accounting Officer) | December 18, 2020 |
| **/s/ Henry Samueli**<br>**Henry Samueli** | Chairman of the Board of Directors | December 18, 2020 |
| **/s/  Eddy W. Hartenstein**<br>**Eddy W. Hartenstein** | Lead Independent Director | December 18, 2020 |
| **/s/  Diane M. Bryant**<br>**Diane M. Bryant** | Director | December 18, 2020 |
| **/s/  Gayla J. Delly**<br>**Gayla J. Delly** | Director | December 18, 2020 |
| **/s/ Raul F. Fernandez**<br>**Raul F. Fernandez** | Director | December 18, 2020 |
| **/s/ Check Kian Low**<br>**Check Kian Low** | Director | December 18, 2020 |
| **/s/ Justine F. Page**<br>**Justine F. Page** | Director | December 18, 2020 |
| **/s/ Harry L. You**<br>**Harry L. You** | Director | December 18, 2020 |