**Placeholder Page for Exhibit 65 Sought to Be Filed under Seal**