**Placeholder Page for Exhibit 66 Sought to Be Filed under Seal**