Placeholder Page for Exhibit 67 Sought to Be Filed under Seal