# Exhibit 68 to the Olivia Weber Declaration



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: **Brocade Communications Systems LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000536748 | Formation Locale: | DELAWARE |
| Filing Type: | Limited Liability Company - Foreign 12/21/2006 2:35 PM | Date Formed: Fiscal Year Close | 02/11/1999 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Manager Managed | | |

**Registered Agent Address**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN  37203-1312

**Principal Address**
1320 RIDDER PARK DR
SAN JOSE, CA  95131-2313

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/18/2022 | 2021 Annual Report | B1145-9618 |
| 01/27/2021 | 2020 Annual Report | B0974-0260 |
| 02/28/2020 | 2019 Annual Report | B0825-3717 |

Member Count Changed  From: 3  To: 1

| 01/20/2019 | 2018 Annual Report | B0642-5144 |
| 03/15/2018 | Conversion | B0510-4251 |

Filing Name Changed  From: BROCADE COMMUNICATIONS SYSTEMS, INC.  To: Brocade Communications Systems LLC
Principal Address 3 Changed  From: VIRGINIA A. MUTOZA  To: C/O BROADCOM
Shares of Stock Changed  From: 0  To: No value
Member Count Changed  From: 0  To: 3
Managed By Changed  From: No Value  To: Manager Managed

| 03/14/2018 | 2017 Annual Report | B0515-9103 |

Principal Address 1 Changed  From: 130 HOLGER WAY  To: 1320 RIDDER PARK DR
Principal Address 3 Changed  From: No value  To: VIRGINIA A. MUTOZA
Principal Postal Code Changed  From: 95134-1376  To: 95131-2313
Registered Agent Organization Name Changed  From: C T CORPORATION SYSTEM  To: CORPORATION SERVICE COMPANY

7/22/2022 5:38:04 AM

Page 1 of 2

Case 3:20-cv-00451-CEA-DCP   Document 154-68   Filed 07/22/22   Page 2 of 3   PageID #: 7331

# Filing Information

| Name: | **Brocade Communications Systems LLC** | |
|---|---|---|
| Registered Agent Physical Address 1 Changed  From: 300 MONTVUE RD  To: 2908 POSTON AVE | | |
| Registered Agent Physical City Changed  From: KNOXVILLE  To: NASHVILLE | | |
| Registered Agent Physical County Changed  From: KNOX COUNTY  To: DAVIDSON COUNTY | | |
| Registered Agent Physical Postal Code Changed  From: 37919-5546  To: 37203-1312 | | |
| 01/26/2018 | Registered Agent Change (by Agent) | *B0478-4994 |
| Registered Agent Physical Address 1 Changed  From: 800 S GAY ST  To: 300 MONTVUE RD | | |
| Registered Agent Physical Address 2 Changed  From: STE 2021  To: No Value | | |
| Registered Agent Physical Postal Code Changed  From: 37929-9710  To: 37919-5546 | | |
| 01/02/2017 | 2016 Annual Report | B0328-6074 |
| 12/21/2015 | 2015 Annual Report | B0179-0541 |
| 05/29/2015 | 2014 Annual Report | B0102-7715 |
| 03/20/2014 | 2013 Annual Report | A0224-0966 |
| 03/14/2013 | 2012 Annual Report | A0162-0120 |
| 04/24/2012 | 2011 Annual Report | A0120-0322 |
| Principal Postal Code Changed  From: 95134  To: 95134-1376 | | |
| 06/22/2011 | 2010 Annual Report | A0085-1595 |
| 06/02/2011 | Notice of Determination | A0076-2934 |
| 07/30/2010 | 2009 Annual Report | A0037-2904 |
| Principal Address 1 Changed  From: 1745 TECHNOLOGY  To: 130 Holger Way | | |
| Principal Postal Code Changed  From: 95110  To: 95134 | | |
| 06/03/2010 | Notice of Determination | A0027-1023 |
| 07/21/2009 | 2008 Annual Report | 6573-0847 |
| 06/03/2009 | Notice of Determination | ROLL 6550 |
| 04/07/2008 | 2007 Annual Report | 6290-0937 |
| 12/21/2006 | Initial Filing | 5903-1442 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|