# Exhibit 72 to the Olivia Weber Declaration - Unredacted Copy



# Broadcom Inc.
# Company Overview

**September 2019**



Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 2 of 20   PageID #: 7417

Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Safe Harbor Statement

This presentation contains forward-looking statements (including within the meaning of Section 21E of the United States Securities Exchange Act of 1934, as amended, and Section 27A of the United States Securities Act of 1933, as amended) concerning Broadcom. These statements include, but are not limited to, statements that address our expected future business and financial performance and other statements identified by words such as "will", "expect", "believe", "anticipate", "estimate", "should", "intend", "plan", "potential", "predict" "project", "aim", and similar words, phrases or expressions. These forward-looking statements are based on current expectations and beliefs of the management of Broadcom, as well as assumptions made by, and information currently available to, such management, current market trends and market conditions and involve risks and uncertainties, many of which are outside the Company's and management's control, and which may cause actual results to differ materially from those contained in forward-looking statements. Accordingly, you should not place undue reliance on such statements.

Particular uncertainties that could materially affect future results include risks associated with: any loss of our significant customers and fluctuations in the timing and volume of significant customer demand; our dependence on contract manufacturing and outsourced supply chain; global economic conditions and concerns; any acquisitions we may make, such as delays, challenges and expenses associated with receiving governmental and regulatory approvals and satisfying other closing conditions, and with integrating acquired companies with our existing businesses and our ability to achieve the benefits, growth prospects and synergies expected by such acquisitions, including our pending Symantec Corporation transaction; government regulations and trade restrictions; our ability to accurately estimate customers' demand and adjust our manufacturing and supply chain accordingly; our significant indebtedness and the need to generate sufficient cash flows to service and repay such debt; dependence on and risks associated with distributors of our products; dependence on senior management and our ability to attract and retain qualified personnel; international political and economic conditions; involvement in legal and administrative proceedings; our dependency on a limited number of suppliers; quarterly and annual fluctuations in operating results; cyclicality in the semiconductor industry or in our target markets; our competitive performance and ability to continue achieving design wins with our customers, as well as the timing of any design wins; prolonged disruptions of our or our contract manufacturers' manufacturing facilities or other significant operations; our ability to improve our manufacturing efficiency and quality; our dependence on outsourced service providers for certain key business services and their ability to execute to our requirements; our ability to maintain or improve gross margin; our ability to protect our intellectual property and the unpredictability of any associated litigation expenses; compatibility of our software products with operating environments, platforms or third-party products; our ability to enter into satisfactory software license agreements; sales to our government clients; availability of third party software used in our products; use of open source code sources in our products; any expenses or reputational damage associated with resolving customer product warranty and indemnification claims; our ability to sell to new types of customers and to keep pace with technological advances; market acceptance of the end products into which our products are designed; our ability to protect against a breach of security systems; changes in accounting standards; fluctuations in foreign exchange rates; the amount and frequency of our stock repurchases; our provisions for income taxes and overall cash tax costs, legislation that may impact our overall cash tax costs and our ability to maintain tax concessions in certain jurisdictions; and other events and trends on a national, regional and global scale, including those of a political, economic, business, competitive and regulatory nature.

Our filings with the SEC, which you may obtain for free at the SEC's website at https://www.sec.gov, discuss some of the important risk factors that may affect our business, results of operations and financial condition. Actual results may vary from the estimates provided. We undertake no intent or obligation to publicly update or revise any of the estimates and other forward-looking statements made in this presentation, whether as a result of new information, future events or otherwise, except as required by law.

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 3 of 20   PageID #: 7418

 Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Broadcom at a Glance

**FY18 net revenue of $20.9B***

**One of the industry's broadest IP portfolios with >21,000 patents**

**21 Category-Leading Semiconductor & Infrastructure Software Divisions**

**$3.8B investment in R&D in FY18**









\* FY18 Non-GAAP revenue of Broadcom.

3 | Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Heritage of Technology



Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 5 of 20   PageID #: 7420

4   |   Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Data Center: Infrastructure Software



Mainframe

Distributed

Packaged

Digital Platform

Hybrid Cloud

Mobile

Analytics & ML

Business Planning | Agile Management | Continuous Testing | API Lifecycle Management | Automation & Continuous Delivery | Security & Data Breach Prevention | AIOps Monitoring

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 6 of 20   PageID #: 7421

 | Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Data Center: Networking & Storage Connectivity



Server Connectivity

Networking

Storage

- Ethernet Connectivity (Switching, Controller, PHY)
- Custom ASICs
- Optical Components
- NVMe/SAS/SATA/PCIe Connectivity
- Fibre Channel SAN Switches & HBAs
- SSD/HDD Controller

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 7 of 20   PageID #: 7422

6   |   Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Broadband: End-to-End Solutions



Connected Devices — Customer Premise — Service Provider

DOCSIS
DSL
PON
P2P Ethernet

STB (Satellite, Cable, IPTV) | Wi-Fi Router | DSL/PON Gateways | Cable Modem/ DOCSIS | DSLAM/ PON OLT | CMTS

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 8 of 20   PageID #: 7423

7 | Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Wireless: Broad Connectivity Portfolio



**RF Front End**
2G/3G
4G (LTE/LTE A)
5G (NR, ENDC)

**Wi-Fi**
Wi-Fi 5 (802.11ac)
Wi-Fi 6 (802.11ax)

**Bluetooth**
Bluetooth 5

**GNSS**
BDS
Galileo
GLONASS
GPS
QZSS

**RF Front End Filters and Modules** | **Wi-Fi/Bluetooth Combo** | **GNSS Receiver** | **Touch Controller**

Case 3:20-cv-00451-CEA-DCP  Document 154-72  Filed 07/22/22  Page 9 of 20  PageID #: 7424

8 | Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Industrial: Automation & Networking



Industrial/Automotive Ethernet

Optical Sensing

Optical Isolation

Motion Control

LED Display

Fiber Optics

Industrial/Automotive Ethernet | Optocouplers | Fiber Optics | Motion Control Encoders | LED Solutions | Optical Sensors

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 10 of 20   PageID #: 7425

9  |  Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Fiscal Year 2019 Revenue Outlook by Segments

**Revenue by Segments**\*





**Semiconductor Solutions**
- Networking
- Broadband
- Enterprise Storage
- Wireless
- Industrial



**Infrastructure Software**
- Mainframe
- Enterprise
- Storage Area Networking (SAN)

\* Illustrative revenue split.

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 11 of 20   PageID #: 7426

10 | Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Annual Financial Data*



* FY14-15 represents Avago Technologies Limited historical results. FY16 represents combined full year Avago Technologies Limited results and contributions from acquired Broadcom Corporation business with effect from February 1, 2016. FY17 represents Broadcom Limited historical results. Broadcom Inc. is the successor to Broadcom Limited effective April 4, 2018. Non-GAAP results include acquisition-related revenue adjustments and exclude amortization of acquisition-related intangible assets, stock-based compensation expense, restructuring, impairment and disposal charges, acquisition-related costs, including integration costs, purchase accounting effect on inventory, litigation settlements, impairment on investment, debt-related costs, gain (loss) on extinguishment of debt, gain (loss) on acquisition-related assets, other non-recurring gains, income (loss) from discontinued operations and non-GAAP tax reconciling adjustments. Non-GAAP adjustment for diluted shares excludes the impact of stock-based compensation expense expected to be incurred in future periods and not yet recognized in the financial statements, which would otherwise be assumed to be used to repurchase shares under the GAAP treasury stock method. For those periods in which the impact of outstanding exchangeable limited partnership units in Broadcom Cayman LP were antidilutive on a GAAP basis, we have included those units in the non-GAAP diluted shares and related non-GAAP adjustment. Broadcom's fiscal year ends on or about October 31.

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 12 of 20   PageID #: 7427

 Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# Free Cash Flow Growth*



| Year | FCF |
|---|---|
| 2014 | $766 |
| 2015 | $1,725 |
| 2016 | $2,688 |
| 2017 | $5,482 |
| 2018 | $8,245 |

CAGR = 81%

\* FY14-15 represents Avago Technologies Limited historical results. FY16 represents combined full year Avago Technologies Limited results and contributions from acquired Broadcom Corporation business with effect from February 1, 2016. Broadcom Inc. is the successor to Broadcom Limited effective April 4, 2018. Free cash flow is cash from operations less capital expenditures. Free cash flow measures have limitations as they omit certain components of the overall cash flow statement and do not represent the residual cash flow available for discretionary expenditures. Investors should not consider presentation of free cash flow measures as implying that stockholders have any right to such cash. Broadcom's free cash flow may not be calculated in a manner comparable to similarly named measures used by other companies. Broadcom's fiscal year ends on or about October 31.

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 13 of 20   PageID #: 7428



# Return of Capital Program*



### Dividend

FY15: $1.55 (Q1 $0.35, Q2 $0.38, Q3 $0.40, Q4 $0.42)
FY16: $1.94 (Q1 $0.44, Q2 $0.49, Q3 $0.50, Q4 $0.51)
FY17: $4.08 (Q1 $1.02, Q2 $1.02, Q3 $1.02, Q4 $1.02)
FY18: $7.00 (Q1 $1.75, Q2 $1.75, Q3 $1.75, Q4 $1.75)
FY19: $10.60 (Q1 $2.65, Q2 $2.65, Q3 $2.65, Q4 $2.65)

### Stock Buyback Highlights

- $7.3B spent to repurchase 31.9M shares during fiscal year 2018
- $5.8B spent to repurchase and eliminate 22.4M shares as of the end of the third quarter for fiscal year 2019

### Capital Allocation Priorities

- Distribute 50% of prior FY FCF as cash dividends
- Focus the balance of FCF to deleveraging the balance sheet and funding future acquisitions
- Maintain investment grade credit rating

\* FY15 represents Avago Technologies Limited historical results.
FY16 represents combined historical results for Avago Technologies Limited and Broadcom Limited.
FY17 and FY18 through April 4, 2018 represents Broadcom Limited historical results and the remainder of FY18 represents historical results of Broadcom Inc. as successor to Broadcom Limited.
Broadcom's fiscal year ends on or about October 31.
Estimates as of September 12, 2019. Broadcom undertakes no intent or obligation to publicly update or revise any of these projections, whether as a result of new information, future events or otherwise except as required by law.

Case 3:20-cv-00451-CEA-DCP Document 154-72 Filed 07/22/22 Page 14 of 20 PageID #: 7429

# Corporate Leadership



**Hock E. Tan**
President & CEO



**Thomas Krause**
CFO



**Charlie Kawwas, Ph.D.**
SVP & CSO



**B.C. Ooi**
SVP, Global Operations



**Mark Brazeal**
Chief Legal Officer



**Yuan Xing Lee, Ph.D.**
VP, Central Engineering (R&D)



**Andy Nallappan**
VP & CIO, Global Information Technology



**Ivy Pong**
VP, Global Taxation



**Kirsten Spears**
VP, Corporate Controller & Principal Accounting Officer



**Debbie Streeter**
VP, Human Resources

Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Division Leadership

| | | | |
|---|---|---|---|
|  **Alexis Björlin, Ph.D.**<br>SVP & GM, Fiber Optics Products |  **Greg Fischer**<br>SVP & GM, Broadband Carrier Access Products |  **Mark Gonikberg**<br>SVP & GM, Wireless Communications and Connectivity |  **Bryan Ingram**<br>SVP & GM, Wireless Semiconductor |
|  **Lorenzo Longo**<br>SVP & GM, Physical Layer Products |  **Greg Lotko**<br>SVP & GM, Mainframe |  **Rich Nelson**<br>SVP & GM, Set-top Box/Cable Modem Products |  **Frank Ostojic**<br>SVP & GM, ASIC Products |
|  **Ashok Reddy**<br>SVP & GM, Enterprise Software |  **Ed Redmond**<br>SVP & GM, Compute and Connectivity |  **Jack Rondoni**<br>SVP & GM, Brocade Storage Networking |  **Ram Velaga**<br>SVP & GM, Switch Products |
|  **Matt Cooke**<br>VP & GM, Payment Security |  **Sally Doherty, Ph.D.**<br>VP & GM, PreAmp Components |  **Patrick Henderson**<br>VP & Co-GM, Mixed Signal ASICs Products |  **Jeff Hoogenboom**<br>VP & GM, Emulex Connectivity |
|  **Hassan Hussain**<br>VP & GM, Motion Control Products |  **Jeyhan Karaoguz, Ph.D.**<br>VP & GM, Intellectual Property |  **Francis Khor**<br>VP & GM, Optoelectronic Products |  **Gary Tay**<br>VP & GM, Isolation Products |
|  **Mark Terrano, Esq.**<br>VP & GM, Intellectual Property and Licensing |  **Jas Tremblay**<br>VP & GM, Data Center Solutions Group |  **Myles Wakayama**<br>VP & Co-GM, Mixed Signal ASICs Products |  **Martin Weigert**<br>VP & GM, Industrial Fiber Products |

15 | Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.



# Well Positioned for the Future



**Technology Leadership** in Semiconductor and Infrastructure Software Solutions

Extensive Portfolio of **Innovative** and **Differentiated** Products

Robust Business and Financial Models Driving **Diversified** and **Sustainable** Revenue

Case 3:20-cv-00451-CEA-DCP   Document 154-72   Filed 07/22/22   Page 17 of 20   PageID #: 7432

16   |   Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.







# Appendix



Copyright © 2019 Broadcom.  All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

# GAAP to Non-GAAP Reconciliation – Annual*

| ($ in millions) | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 |
|---|---|---|---|---|---|
| **Net Revenue on Non-GAAP Basis** | $ 4,307 | $ 6,905 | $ 13,292 | $ 17,665 | $ 20,862 |
| Acquisition-related purchase accounting revenue adjustment | 38 | 81 | 52 | 29 | 14 |
| **Net Revenue on GAAP Basis** | $ 4,269 | $ 6,824 | $ 13,240 | $ 17,636 | $ 20,848 |
| | | | | | |
| **Non-GAAP Gross Margin** | $ 2,421 | $ 4,184 | $ 8,046 | $ 11,137 | $ 13,931 |
| Acquisition-related purchase accounting revenue adjustment | 38 | 81 | 52 | 29 | 14 |
| SBC - COGS | 18 | 26 | 48 | 64 | 86 |
| Amortization of acquisition-related intangibles | 249 | 484 | 763 | 2,511 | 3,004 |
| Restructuring charges | 22 | 7 | 57 | 19 | 20 |
| Purchase accounting effect on inventory | 210 | 30 | 1,185 | 4 | 70 |
| Acquisition-related costs | 7 | 3 | 1 | 1 | 4 |
| **GAAP Gross Margin** | $ 1,877 | $ 3,553 | $ 5,940 | $ 8,509 | $ 10,733 |
| | | | | | |
| **Non-GAAP Operating Income** | $ 1,521 | $ 2,926 | $ 5,320 | $ 8,011 | $ 10,424 |
| SBC - R&D | 57 | 107 | 430 | 636 | 855 |
| SBC - SG&A | 78 | 99 | 186 | 220 | 286 |
| Amortization of acquisition-related intangibles | 197 | 249 | 1,873 | 1,764 | 541 |
| Acquisition-related costs | 67 | 71 | 138 | 97 | 176 |
| Restructuring, asset impairment and disposal charges | 140 | 137 | 996 | 161 | 219 |
| Litigation settlement | - | - | - | 122 | 14 |
| *Non-GAAP/GAAP Gross Margin Difference* | (544) | (631) | (2,106) | (2,628) | (3,198) |
| **GAAP Operating Income** | $ 438 | $ 1,632 | $ (409) | $ 2,383 | $ 5,135 |
| | | | | | |
| **Non-GAAP Net Income** | $ 1,343 | $ 2,613 | $ 4,672 | $ 7,255 | $ 9,391 |
| Other | - | 2 | - | - | - |
| Gain (loss) on acquisition-related assets | - | - | - | 23 | 3 |
| Loss on extinguishment of debt | - | (10) | (123) | (166) | - |
| Income (loss) from discontinued operations, net of income taxes | (46) | (27) | (112) | (6) | (19) |
| Non-GAAP tax reconciling adjustments | 49 | 80 | (420) | 307 | 8,662 |
| Debt-related costs impacting interest expense | - | - | (149) | (1) | (32) |
| Impairment on Investment | - | - | - | - | (106) |
| *Non-GAAP/GAAP Income from Operations Difference* | (1,083) | (1,294) | (5,729) | (5,628) | (5,289) |
| **GAAP Net Income** | $ 263 | $ 1,364 | $ (1,861) | $ 1,784 | $ 12,610 |
| | | | | | |
| **Non-GAAP diluted shares** | 274 | 291 | 408 | 453 | 451 |
| Non-GAAP adjustment | 7 | 10 | 25 | 32 | 20 |
| **GAAP diluted shares** | 267 | 281 | 383 | 421 | 431 |
| | | | | | |
| **Net cash provided by operating activities** | $ 1,175 | $ 2,318 | $ 3,411 | $ 6,551 | $ 8,880 |
| Purchases of property, plant and equipment | (409) | (593) | (723) | (1,069) | (635) |
| **Free cash flow** | $ 766 | $ 1,725 | $ 2,688 | $ 5,482 | $ 8,245 |

\* Results for the periods prior to Q2'18 represent Broadcom Limited historical results. Broadcom Inc. is the successor to Broadcom Limited effective April 4, 2018. Non-GAAP results include acquisition-related revenue adjustments and exclude amortization of acquisition-related intangible assets, stock-based compensation expense, restructuring, impairment and disposal charges, acquisition-related costs, including integration costs, purchase accounting effect on inventory, litigation settlements, impairment on investment, debt-related costs, gain (loss) on extinguishment of debt, gain (loss) on acquisition-related assets, other non-recurring gains, income (loss) from discontinued operations and non-GAAP tax reconciling adjustments. Non-GAAP adjustment for diluted shares excludes the impact of stock-based compensation expense expected to be incurred in future periods and not yet recognized in the financial statements, which would otherwise be assumed to be used to repurchase shares under the GAAP treasury stock method. For those periods in which the impact of outstanding exchangeable limited partnership units in Broadcom Cayman LP were antidilutive on a GAAP basis, we have included those units in the non-GAAP diluted shares and related non-GAAP adjustment. Broadcom's fiscal year ends on or about October 31.

19 | Copyright © 2019 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

Case 3:20-cv-00451-CEA-DCP Document 154-72 Filed 07/22/22 Page 20 of 20 PageID #: 7435