# Exhibit 73 to the Olivia Weber Declaration

         



# Vamsi Balimidi

Sr Manager at Broadcom (Brocade)

Sunnyvale, California, United States ·

**Contact info**

122 connections

 Message   More

Brocade

Utah State University

## Activity
123 followers

+ Follow

**Vamsi hasn't posted lately**
Vamsi's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Brocade**
21 yrs 10 mos

- **Sr Manager**
  Full-time
  Nov 2017 - Present · 4 yrs 9 mos
  San Jose, California, United States

- **Software Engineering Manager**
  Full-time

Dec 2013 - Nov 2017 · 4 yrs
San Jose, California, United States

- **Software Engineer**
  Oct 2000 - Dec 2013 · 13 yrs 3 mos

## Education


**Utah State University**
MS, Computer Science
1998 - 2000


**Jawaharlal Nehru Technological University**
1994 - 1998

## Interests

**Influencers**  Companies  Groups  Schools


**Bill Gates** in
Co-chair, Bill & Melinda Gates Foundation
35,780,183 followers

+ Follow