Placeholder Page for Exhibit 74 Sought to Be Filed under Seal