**Placeholder Page for Exhibit 75 Sought to Be Filed under Seal**