**Placeholder Page for Exhibit 79 Sought to Be Filed under Seal**