**Placeholder Page for Exhibit 82 Sought to Be Filed under Seal**