**Placeholder Page for Exhibit 84 Sought to Be Filed under Seal**