# Placeholder Page for Exhibits 200-221 Manually Filed and Sought to Be Filed Under Seal