**Placeholder Page for Exhibit A Sought
to Be Filed under Seal**