Exhibit B to the Declaration of Dr. Jeffrey D. Case In Support of Plaintiffs'
Evidentiary Supplement Pursuant to Docket 147

**Unredacted Copy**

| | |
|---|---|
| **Date:** | Wed, 9 Sep 2020 8:54:28 PM (UTC) |
| **Sent:** | Wed, 9 Sep 2020 8:53:44 PM (UTC) |
| **Subject:** | RE: Follow-up |
| **From:** | Martin Skagen <martin.skagen@broadcom.com> |
| **To:** | Jeff Case <jeff.case.mobile@gmail.com>; |
| **CC:** | John L. Wood <JWood@emlaw.com>; Philip Blum <philip.blum@broadcom.com>; |

Jeff / John,

The appropriate person is Phil Blum..

Martin

**From:** Jeff Case [mailto:jeff.case.mobile@gmail.com]
**Sent:** Wednesday, September 9, 2020 1:52 PM
**To:** Martin Skagen
**Cc:** John L. Wood
**Subject:** Follow-up

Hello Martin,

Thanks for your call today. As I have indicated in the past, our negotiations and relationships with Broadcom have not proceeded at a pace or direction to my liking. When you called, I was on the phone with my outside general counsel, John Wood, discussing how best to resolve these things. I have asked him (copied on this note) to work directly with your counsel going forward. He will be reaching out to your counsel, Simone Yew, to set up a call this week. If the appropriate counsel is not Simone Yew, please let us know. I would like to resolve this matter soon. Thank you. J

Case 3:20-cv-00451-CEA-DCP   Document 154-92   Filed 07/22/22   Page 2 of 2   PageID #: 8122
SNMP-0026173                                                                                                    Confidential