**Placeholder Page for Exhibit C Sought
to Be Filed under Seal**