**Placeholder Page for Exhibit 2
Sought to Be Filed under Seal**