**Placeholder Page for Exhibit 3
Sought to Be Filed under Seal**