# EXHIBIT B

## Broadcom Inc. (AVGO)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    Visitors trend 2W↓ 10W↑ 9M↑       Quote Lookup

**511.77** +2.77 (+0.54%)     509.60 -2.17 (-0.42%)
At close: 04:00PM EDT          After hours: 06:30PM EDT

**Summary** | Company Outlook | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

1D  5D  1M  6M  YTD  1Y  5Y  Max                    ⤢ Full screen

[Chart: intraday price showing 520.00, 514.00, 511.77, 509.00, 502.00 between 10 AM and 04 PM]

Trade prices are not sourced from all markets

### Chart Events
**Bullish** pattern detected
 Commodity Channel Index
🔒 View all chart patterns

### Performance Outlook
Short Term 2W - 6W ↑ 
Mid Term 6W - 9M ↓
Long Term 9M+ ↓ 

| | | | |
|---|---|---|---|
| Previous Close | 509.00 | Market Cap | 207.256B |
| Open | 509.54 | Beta (5Y Monthly) | 1.10 |
| Bid | 511.88 x 1100 | PE Ratio (TTM) | 25.35 |
| Ask | 510.72 x 800 | EPS (TTM) | 20.19 |
| Day's Range | 504.47 - 517.61 | Earnings Date | Aug 31, 2022 - Sep 05, 2022 |
| 52 Week Range | 462.66 - 677.76 | Forward Dividend & Yield | 16.40 (3.22%) |
| Volume | 2,739,134 | Ex-Dividend Date | Jun 21, 2022 |
| Avg. Volume | 2,447,639 | 1y Target Est | 671.52 |

**Fair Value**
XX.XX
**Near Fair Value**
8% Est. Return

**Related Research**
Analyst Report: Broadcom Inc. Broadcom--the combined entity of Broadcom and Avago--boasts a highly diverse product portfolio...
last month • Morningstar

🔒 View more

🔒 View details

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| SWKS | 106.94 | +2.70 | +2.59% |
| Skyworks Solutions, Inc. | | | |
| LRCX | 465.10 | +18.16 | +4.06% |
| Lam Research Corporation | | | |
| NXPI | 176.48 | +6.05 | +3.55% |
| NXP Semiconductors N.V. | | | |
| QCOM | 151.71 | +4.34 | +2.94% |
| QUALCOMM Incorporated | | | |
| MU | 63.30 | +0.90 | +1.44% |
| Micron Technology, Inc. | | | |

**Similar to AVGO**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| QCOM | 151.71 | +4.34 | +2.94% |
| QUALCOMM Incorporated | | | |
| TXN | 165.33 | +0.69 | +0.42% |
| Texas Instruments Incorporated | | | |
| MRVL | 53.68 | +1.60 | +3.07% |
| Marvell Technology, Inc. | | | |
| MU | 63.30 | +0.90 | +1.44% |
| Micron Technology, Inc. | | | |
| SWKS | 106.94 | +2.70 | +2.59% |
| Skyworks Solutions, Inc. | | | |

**Total ESG Risk score** ›
**22.4** Medium   33rd percentile

**Earnings** ›
○ Consensus EPS

All | News | Press Releases | Research Reports | SEC Filings

Zacks • 9 hours ago
**Can Broadcom Inc. (AVGO) Climb 35% to Reach the Level Wall Street Analysts Expect?**
The consensus price target hints at a 34.9% upside potential for Broadcom Inc. (AVGO). While empirical research shows that this...

Can Gildan (GIL) Climb 48% to Reach the Level Wall Street...
Zacks

How Much Upside is Left in Pebblebrook Hotel (PEB)? Wall...
Zacks

Ad • SmartAsset
**Best States to Retire: Here's Our List**
Taxes, cost of living, and even climate give some states an upper hand

[Ad: TYLENOL 8HR]





Zacks • 9 hours ago

### Here is What to Know Beyond Why Broadcom Inc. (AVGO) is a Trending Stock

Recently, Zacks.com users have been paying close attention to Broadcom Inc. (AVGO). This makes it worthwhile to examine what the...



Zacks • 11 hours ago

### July Rally May Indicate the Peak of U.S. Inflation: 5 Picks

We have narrowed our search to five U.S. corporate bigwigs with strong potential for the rest of 2022. These are: TSLA, UNH, CVX, XOM and...



Zacks • 11 hours ago

### NCR Stock Rallies 13% on Veritas Capital Takeover Report

If Veritas Capital succeeds in concluding a takeover deal for NCR, it is likely to be one of the biggest leveraged buyouts in recent history.

 **NCR stock soars just days after hitting 20-month low, in wake o...** MarketWatch

 **NCR (NCR) Moves 12.7% Higher: Will This Strength Last?** Zacks

Motley Fool • 12 hours ago

### 3 High-Yield Tech Stocks to Buy in July

With the Fourth of July in the rearview mirror, it's a perfect time to start scanning this bear market for quality stocks trading at discounts. Here are three mature blue-chip technology stocks that pay juicy dividend yields worthy of an income-focused portfolio. Verizon...



Ad • Dreamstyle Baths

### How Much Does A Walk-In Shower Actually Cost?

Get Your Dream Walk-In Shower Installed In As Little As 1 Day



Insider Monkey • yesterday

### Top 10 Semiconductor ETFs to Buy in 2022

In this piece we will take a look at the top ten semiconductor ETFs to buy in 2022. If you want to jump ahead to the top five ETFs in this lis...



Insider Monkey • yesterday

### Analysts are Slashing Price Targets of These 10 Semiconductor Stocks

In this article, we discuss 10 semiconductor stocks that analysts are slashing price targets of. If you want to skip our discussion on the...

 **Semiconductor equipment maker ASML profit rises on...** Reuters

 **Chip maker ASML beats on earnings, cuts revenue guidance** Yahoo Finance Video



Zacks • yesterday

### CACI Wins $80M Army Contract for Tactical Intelligence Support

CACI wins an $80-million contract from the U.S. Army's INSCOM and MIB to provide tactical intelligence and analytical expertise for the...

TipRanks • 2 days ago

### Congress deliberates a $52 billion semiconductor bill



Financials >

**Annual** Quarterly   Revenue   Earnings



**No Solar Tax. Not today, not tomorrow, not ever.**

SPONSORED BY SOLAR RIGHTS ALLIANCE   Learn More



 Beijing warns Pelosi's Taiwan visit will have 'severe negative...
The Hill

 Pelosi backs chips bill, says House could vote on measure next week
Reuters



Ad · Fisher Investments

**7 Ways to Retire Comfortably With $500k**

How long will your portfolio last in retirement? For those with a $500k portfolio, get this guide and ongoing insights.

Yahoo Finance Video • 5 days ago

**The CHIPS Act is 'intertwined with the president's larger fiscal agenda': Expert**

Daniel Clifton, head of Washington research at Strategas, joins Yahoo Finance Live to discuss the ongoing chip shortage and how U.S....



Data Disclaimer    Help    Suggestions
Do Not Sell My Personal Information
Privacy (Updated)    About Our Ads    Terms (Updated)    Sitemap

© 2022 Yahoo. All rights reserved.