# EXHIBIT C



*Current release: 5.9.1*



A composite image of images from locations that use the Net-SNMP package. **Click here for more information.**

**S**imple **N**etwork **M**anagement **P**rotocol (**SNMP**) is a widely used protocol for monitoring the health and welfare of network equipment (eg. routers), computer equipment and even devices like UPSs. Net-SNMP is a suite of applications used to implement **SNMP v1**, **SNMP v2c** and **SNMP v3** using both IPv4 and IPv6. The suite includes:

- Command-line applications to:
    - retrieve information from an SNMP-capable device, either using single requests (**snmpget**, **snmpgetnext**), or multiple requests (**snmpwalk**, **snmptable**, **snmpdelta**).
    - manipulate configuration information on an SNMP-capable device (**snmpset**).
    - retrieve a fixed collection of information from an SNMP-capable device (**snmpdf**, **snmpnetstat**, **snmpstatus**).
    - convert between numerical and textual forms of MIB OIDs, and display MIB content and structure (**snmptranslate**).
- A graphical MIB browser (**tkmib**), using Tk/perl.
- A daemon application for receiving SNMP notifications (**snmptrapd**). Selected notifications can be logged (to syslog, the NT Event Log, or a plain text file), forwarded to another SNMP management system, or passed to an external application.
- An extensible agent for responding to SNMP queries for management information (**snmpd**). This includes built-in support for a wide range of MIB information modules, and can be extended using dynamically loaded modules, external scripts and commands, and both the SNMP multiplexing (**SMUX**) and Agent Extensibility (**AgentX**) protocols.
- A library for developing new SNMP applications, with both C and perl APIs.

Net-SNMP is available for many Unix and Unix-like operating systems and also for Microsoft Windows. Note: Functionality can vary depending on the operating system. Please see the **README files** for information specific to your platform.

**The documentation section contains detailed information on command line tools, installation, configuration etc.**

**If you are new to Net-SNMP or SNMP in general, then a good place to start is the tutorial section.**

**The download section contains the source code and binaries for various platforms.**

Please see our **project development pages** located at Sourceforge as well.

Last modified: Saturday, 24-Aug-2019 22:24:13 UTC
For questions regarding web content and site functionality, please write to the **net-snmp-users mail list**.