# Exhibit 37 to the Olivia Weber Declaration- Unredacted Copy

| | | | | |
|---|---|---|---|---|
| Message | | | | |
| From: | csp.no-reply@broadcom.com [csp.no-reply@broadcom.com] | | | |
| Sent: | 6/30/2021 9:30:31 PM | | | |
| Subject: | Software(s) available for download | | | |



Dear User,

New Software(s) file is available for you to download.

| Category | Product | Type | File | Title |
|---|---|---|---|---|
| Others | Dell MXG610 | Software | v9.0.1a_EMB.zip | Fabric OS v9.0.1a E MB for Windows |

To access this file, please follow any method below:

1. Click on the link provided in the File column above. You will be prompted to enter your Broadcom CSP User ID/Password before being presented with download options.
    OR
2. Logon to https://portal.broadcom.com/group/support/home by using your Broadcom CSP User ID/Password. You can navigate to the portal to access any documents or software at any time. To view recently added files, use the "Recent Documents" quick link available from "Recent Activity".


Thank You,
Broadcom Technical Support

ABOUT Broadcom CSP docSAFE notifications

Please do not reply to this e-mail.

**SPAM NOTE:** To ensure delivery of these notifications, either update your corporate spam filter and/or add "csp.no-reply@broadcom.com" to your address book. Please contact your e-mail administrator for details.
Broadcom Inc. | 1320 Ridder Park Drive | San Jose, California | 95131 | United States | Voice: 408-433-8000 | Fax: 949-926-5203
Copyright © 2005-2021 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

OUTSIDE COUNSEL EYES ONLY                                                                                                        BROCADE00997084