# Exhibit 62 to the Olivia Weber Declaration - Unredacted Copy

| | |
|---|---|
| Message | |
| From: | Jennifer Sipes [jsipes@extremenetworks.com] |
| Sent: | 9/17/2018 6:41:36 PM |
| To: | Tyrene Partlow [tyrene.partlow@broadcom.com] |
| CC: | Simone Yew [simone.yew@broadcom.com] |
| Subject: | RE: SNMP license service agreement |

Hi,

Our engineering team told me that we need the license for SLX, and that it was part of the asset purchase.
Would you please provide more specifics about how Broadcom is using the software?
For which product in what capacity?

These TPPS licenses are part of the asset acquisition, so I'm not sure if it's an optional assignment.

Thanks

**From:** Tyrene Partlow [mailto:tyrene.partlow@broadcom.com]
**Sent:** Monday, August 27, 2018 3:53 PM
**To:** Jennifer Sipes <jsipes@extremenetworks.com>
**Cc:** Simone Yew <simone.yew@broadcom.com>
**Subject:** RE: SNMP license service agreement

Hi Jennifer,
Unless I am missing something, since Brocade is still using their product and SNMP is not willing to transfer a portion of the licenses, it looks like Extreme will need to purchase their own licenses.
Just let me know if there is any other information you need.
Thanks,

**Tyrene E. Partlow**
Sr. Contracts Manager
Broadcom Legal Department
1320 Ridder Park Dr, San Jose, CA 95131
tyrene.partlow@broadcom.com
T. +1.408.433.2080
C. +1.415.298.9635
F. +1.408.433.6340

This email, including any attachments, may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments.

**From:** Jennifer Sipes <jsipes@extremenetworks.com>
**Sent:** Monday, August 27, 2018 3:11 PM
**To:** Tyrene Partlow <tyrene.partlow@broadcom.com>
**Subject:** RE: SNMP license service agreement

Hi,
Can you let me know how we want to handle the below?

**From:** Jennifer Sipes
**Sent:** Thursday, August 23, 2018 12:33 PM

Confidential BROCADE00050645

**To:** 'Tyrene Partlow' <tyrene.partlow@broadcom.com>
**Subject:** FW: SNMP license service agreement

Hi Tyrene,
I need Broadcom's feed-back on the below.
SNMP won't sign partial assignments or split and assigns. It's all or nothing.
Will you please let me know your thoughts?


Thanks!


**From:** Sunil Chitnis
**Sent:** Thursday, August 23, 2018 12:21 PM
**To:** Jennifer Sipes <jsipes@extremenetworks.com>; Murtaza Bawahir <mbawahir@extremenetworks.com>
**Subject:** RE: SNMP license service agreement

All I am saying is we need to get license covered for these two platforms. I am presuming Extreme will need to pay for licenses used by it, in some form or other – either by sharing cost with Broadcom (StrataX) or alone.

Regards
Sunil


**From:** Jennifer Sipes
**Sent:** Thursday, August 23, 2018 12:18 PM
**To:** Sunil Chitnis <SCHITNIS@extremenetworks.com>; Murtaza Bawahir <mbawahir@extremenetworks.com>
**Subject:** RE: SNMP license service agreement

Thanks for the info, below.

What if SNMP wants to push back and won't do a split and assign?
Brocade needs to continue to use the software, as well.

Are we willing to pay for the license, if we have to?
The SNMP attorney is complaining about this arrangement.

Let me know what you think.

Thanks!

**From:** Sunil Chitnis
**Sent:** Thursday, August 23, 2018 12:08 PM
**To:** Jennifer Sipes <jsipes@extremenetworks.com>; Murtaza Bawahir <mbawahir@extremenetworks.com>
**Subject:** RE: SNMP license service agreement

Hi Jennifer,
   Both VDX and SLX platforms use SNMP Research's Emanate Lite as their embedded SNMP agent. Since FOS is now part of Broadcom, we will need to have a license agreement for these platforms.
Let us know if you have further questions.

Confidential

BROCADE00050646

Regards
Sunil

**From:** Jennifer Sipes
**Sent:** Thursday, August 23, 2018 9:31 AM
**To:** Sunil Chitnis <SCHITNIS@extremenetworks.com>; Murtaza Bawahir <mbawahir@extremenetworks.com>
**Subject:** FW: SNMP license service agreement

Hi Sunil and Murtaza,
I haven't heard back from you on the below.
Please let me know next steps.
Should I schedule a call with SNMP?

Thanks

**From:** Manjunath Gowda
**Sent:** Thursday, August 16, 2018 8:51 PM
**To:** Sridhar Pulikonda <spulikon@extremenetworks.com>; Jennifer Sipes <jsipes@extremenetworks.com>; Shivaprasad Nanjaiah <snanjaiah@extremenetworks.com>; Sucheta Godbole <SGODBOLE@extremenetworks.com>; Sanjay Khanna <skhanna@extremenetworks.com>
**Cc:** Tibor Fabry-Asztalos <TFABRYA@extremenetworks.com>; Shubharanjan Dasgupta <SDASGUPT@extremenetworks.com>; Mythil Raman <MRAMAN@extremenetworks.com>; Sunil Chitnis <SCHITNIS@extremenetworks.com>; Murtaza Bawahir <mbawahir@extremenetworks.com>
**Subject:** Re: SNMP license service agreement

Including Sunil and Murtaza...

Jennifer, please work with Sunil and Murtaza for SNMP. We use this SNMP for VDX and SLX product lines.

Thanks
Manju

Email sent from Outlook for iOS

**From:** Sridhar Pulikonda
**Sent:** Thursday, August 16, 2018 7:57:43 PM
**To:** Jennifer Sipes; Shivaprasad Nanjaiah; Manjunath Gowda; Sucheta Godbole; Sanjay Khanna
**Cc:** Tibor Fabry-Asztalos; Shubharanjan Dasgupta; Mythil Raman
**Subject:** RE: SNMP license service agreement

Hi Jennifer,

Products Session Director, Visibility manager and vTAP (Shiva's and Shubharanjan's teams) do not use this license. Not sure which products use this license. Someone in the mailing list can respond or give a pointer,

Reagrds,
-Sridhar

-----Original Message-----
From: Jennifer Sipes
Sent: Friday, August 17, 2018 4:21 AM
To: Sridhar Pulikonda <spulikon@extremenetworks.com>; Shivaprasad Nanjaiah <snanjaiah@extremenetworks.com>; Manjunath Gowda <MGOWDA@extremenetworks.com>; Sucheta Godbole <SGODBOLE@extremenetworks.com>;

Confidential
BROCADE00050647

Sanjay Khanna <skhanna@extremenetworks.com>
Cc: Tibor Fabry-Asztalos <TFABRYA@extremenetworks.com>; Shubharanjan Dasgupta <SDASGUPT@extremenetworks.com>; Mythil Raman <MRAMAN@extremenetworks.com>
Subject: RE: SNMP license service agreement

Hi,
I need help to wrap this one up.

1. Brocade wants the SNMP license partially assigned b/c they want to continue to use it

    With respect to the SNMP Research Agreement, on our end, we use SNMP Research's Emanate in "FOS" which is in all of our products. It's our SNMP agent.

2. SNMP is saying we can't share or partially assign the license.

I need to know if we care? And/or if it makes sense to just buy a new SNMP license?

Please identify 1 contact who can help resolve this matter.

Thank you!!

-----Original Message-----
From: Jennifer Sipes
Sent: Thursday, August 9, 2018 3:37 PM
To: Sridhar Pulikonda <spulikon@extremenetworks.com>; Shivaprasad Nanjaiah <snanjaiah@extremenetworks.com>; Manjunath Gowda <MGOWDA@extremenetworks.com>; Sucheta Godbole <SGODBOLE@extremenetworks.com>; Sanjay Khanna <skhanna@extremenetworks.com>
Cc: Tibor Fabry-Asztalos <TFABRYA@extremenetworks.com>; Shubharanjan Dasgupta <SDASGUPT@extremenetworks.com>; Mythil Raman <MRAMAN@extremenetworks.com>
Subject: SNMP license service agreement

Attached is the software service agreement and quote from SNMP.

Let me know if you need help from legal on this.

Thank you

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.