# Exhibit 65 to the Olivia Weber Declaration - Unredacted Copy

| | |
|---|---|
| Message | |
| From: | Jennifer Sipes [jsipes@extremenetworks.com] |
| Sent: | 9/28/2018 7:28:44 PM |
| To: | simone.yew@broadcom.com |
| Subject: | FW: FW: SNMP license service agreement |
| Attachments: | image001.png |

Hi Simone,
We need to get this resolved.
The licensor needs to understand for what Broadcom is using the SNMP license.
As far Extreme and SNMP know/understand, that license should have come over with the Brocade assets, in its entirety.

Thanks for your help.

Jennifer

**From:** Jeanne Milbrand [mailto:jeanne.milbrand@broadcom.com]
**Sent:** Wednesday, September 26, 2018 4:11 PM
**To:** Jennifer Sipes <jsipes@extremenetworks.com>
**Subject:** Re: FW: SNMP license service agreement

Hi Jennifer:

Thank you for reaching out on this one. I have not been involved on this project. Please contact Simone.

Best,
Jeanne


*Jeanne Milbrand*
Contracts Manager
Broadcom Legal Department
1320 Ridder Park Dr, San Jose, CA 95131


T. +1.408.433.7112

C. +1.408.455.1638

F. +1.408.433.6340

jeanne.milbrand@broadcom.com    www.broadcom.com

---

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

HIGHLY CONFIDENTIAL                                                                                                                           BROCADE01117411