# Exhibit 74 to the Olivia Weber Declaration - Unredacted Copy

| | |
|---|---|
| Date: | Fri, 26 Jul 2019 4:42:24 PM (UTC) |
| Sent: | Fri, 26 Jul 2019 4:41:57 PM (UTC) |
| Subject: | RE: Call arrangements |
| From: | Martin Skagen <martin.skagen@broadcom.com> |
| To: | Jeff Case <jeff.case.mobile@gmail.com>; |
| CC: | Jeff Case <case@private.snmp.com>; |

Hello Jeff,

I'm sorry to hear about your sister, I feel bad to drag you on a call but it looks like it works for you. I'll call you at 1pm Pacific.. Yes just the two of us, no lawyers ☺

Regards

Martin Skagen
VP Architecture & Technology, BSN
Broadcom Inc

**From:** Jeff Case [mailto:jeff.case.mobile@gmail.com]
**Sent:** Friday, July 26, 2019 9:00 AM
**To:** Martin Skagen
**Cc:** Jeff Case
**Subject:** Call arrangements

Hello Mr. Skagen

My name is Jeff Case. I am with SNMP Research.

Your name has been forwarded to me as a business contact for Brocade/Broadcom.

I am pleased to meet you. Please forgive me if we have met but I have forgotten.

I am ready and available to speak with you. I will be traveling by automobile today, Friday, from my home in Tennessee to Indiana to bury my sister tomorrow but I have time to speak with you today. You are a priority. By 1-2 PM Pacific/4-5 PM local, I believe I will be in a geographical area with good to excellent cell coverage. I welcome you to call me on my mobile number then ... which is 865-389-4995. Alternative arrangements can be made via email: jeff.case.mobile@gmail.com

I look forward to speaking with you later today. It is my understanding that this is a business-only call, i.e., no counsel on the call.

I look forward to working with you.

J
---------------------
Dr. Jeff Case
SNMP Research International, Inc
865-389-4995
case@private.snmp.com / jeff.case.mobile@gmail.com

SNMP-0025371                                                                                                         Confidential