# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Broadcom Inc. ) <br> Brocade Communications Systems LLC ) <br> Extreme Networks, Inc. ) <br> ) <br> Defendants. ) | Case No. 3:20-cv-451 <br><br> Jury Demanded |

### SNMP RESEARCH, INC AND SNMP RESEARCH INTERNATIONAL, INC.'S NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, SNMP Research, Inc And SNMP Research International, Inc. have manually filed the following documents which are Exhibits 200 through 221 to Plaintiffs' Evidentiary Supplement Pursuant to Docket 147.

These documents have not been filed electronically because they are Excel spreadsheet files which are not capable of being converted to PDF format in manner that will allow them to remain easily viewable and understandable due to their size.

Respectfully submitted this 22nd day of July, 2022

By: */s/Cheryl G. Rice*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
  & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
*jwood@emlaw.com*
*crice@emlaw.com*
*rnasrollahi@emlaw.com*

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
*mchu@irell.com*
*dnimmer@irell.com*
*mashley@irell.com*
*oweber@irell.com*

*Attorneys for Plaintiffs,*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*