# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** § § § <br> **Plaintiffs,** § § <br> v. § § § **Jury Trial Demanded** <br> **Broadcom Inc.** § <br> **Brocade Communications Systems LLC** § <br> **Extreme Networks, Inc.** § § <br> **Defendants.** § | |

## MOTION TO SEAL PREVIOUSLY FILED DOCUMENT

Come now Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively "Plaintiffs"), by and through counsel, and pursuant to Fed. R. Civ. P. 5.2 and Local Rule 26.2(b) of this Court, and this Court's Memorandum and Order Regarding Sealing Confidential Information [Doc. 11], request that this Court seal portions of Doc. 154 for the reasons indicated below.

On July 22, 2022 Plaintiffs filed Plaintiffs' Evidentiary Supplement Pursuant to Docket 147 ("Plaintiffs' Supplement") (Doc. 154). Plaintiffs' Supplement identifies a valuation related to the sale of Brocade's Data Center business to Extreme and the names of some Tennessee entities which were obtained from documents Defendants marked Outside Counsel Eyes Only and Highly Confidential pursuant to the protective order entered in this case (Doc. 93). Plaintiffs inadvertently failed to redact the information. Plaintiffs have conferred with Defendants and Defendants desire that the information be redacted. Thus, Defendants desire an opportunity to respond to a motion to seal with argument on why the information should be filed under seal.

Plaintiffs respectfully request that Document 154 be removed and replaced with the redacted version attached as Exhibit A. Plaintiffs will submit the unredacted version in a separate motion to seal with redacted information highlighted which Defendants can respond to within fourteen days.

**Respectfully submitted this 25th day of July, 2022.**

/s/      John L. Wood_____

John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
      & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for Plaintiffs*
*SNMP RESEARCH INTERNATIONAL, INC. and*
*SNMP RESEARCH, INC.*