IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., Plaintiffs, v.<br><br>Broadcom Inc.<br>Brocade Communications Systems LLC<br>Extreme Networks, Inc.<br><br>Defendants. | Case No. 3:20-cv-451<br><br>Jury Demanded |

**SNMP RESEARCH, INC AND SNMP RESEARCH INTERNATIONAL, INC.'S LISTING OF DOCUMENTS SUBMITTED IN CONJUNCTION WITH PLAINTIFFS' EVIDENTIARY SUPPLEMENT PURSUANT TO DOCKET 147**

Now come Plaintiffs, SNMP Research, Inc. and SNMP Research International, Inc. and provide the following list of documents that Plaintiffs have submitted electronically, manually and/or under seal in conjunction with Plaintiffs' Evidentiary Supplement Pursuant to Docket 147, as requested by the Court on July 22, 2022 in an email to all counsel.

I. **Electronically Filed Materials**

   A. **Not Under Seal**

   154. Plaintiffs' Evidentiary Supplement Pursuant to Docket 147[*].

   *Items relating to Declaration of Olivia Weber ("Weber Declaration"):*

   154-3     Exhibit 2

   154-4     Exhibit 3

   154-5     Exhibit 4

---

[*] Plaintiffs' Evidentiary Supplement Pursuant to Docket 147 was filed publicly. However, after filing, Plaintiffs recognized that certain facts drawn from materials that Defendants had designated as Confidential or Highly Confidential under the Protective Order entered by the Court in this matter were inadvertently included in the public filing without redaction. Plaintiffs have filed a Motion to Seal Previously Filed Document to address this issue with a proposed public redacted version of this filing attached. (Dkt. 161.)

| | |
|---|---|
| 154-6 | Exhibit 5 |
| 154-7 | Exhibit 6 |
| 154-8 | Exhibit 7 |
| 154-98 | Exhibit 8 |
| 154-9 | Exhibit 9 |
| 154-10 | Exhibit 10 |
| 154-11 | Exhibit 11 |
| 154-12 | Exhibit 12 |
| 154-13 | Exhibit 13 |
| 154-14 | Exhibit 14 |
| 154-15 | Exhibit 15 |
| 154-16 | Exhibit 16 |
| 154-17 | Exhibit 17 |
| 154-18 | Exhibit 18 |
| 154-19 | Exhibit 19 |
| 154-20 | Exhibit 20 |
| 154-21 | Exhibit 21 |
| 154-23 | Exhibit 23 |
| 154-24 | Exhibit 24 |
| 154-25 | Exhibit 25 |
| 154-26 | Exhibit 26 |
| 154-27 | Exhibit 27 |
| 154-28 | Exhibit 28 |
| 154-29 | Exhibit 29 |

| | | |
|---|---|---|
| 154-30 | Exhibit 30 | |
| 154-31 | Exhibit 31 | |
| 154-32 | Exhibit 32 | |
| 154-33 | Exhibit 33 | (Dkt. 154-33 contains a document that was inadvertently filed, and may be disregarded) |
| 154-34 | Exhibit 34 | (Exhibit cover page should be labeled Exhibit 33)[**] |
| 154-35 | Exhibit 35 | (Exhibit cover page should be labeled Exhibit 34) |
| 154-36 | Exhibit 36 | (Exhibit cover page should be labeled Exhibit 35) |
| 154-38 | Exhibit 38 | (Exhibit cover page should be labeled Exhibit 37) |
| 154-39 | Exhibit 39 | (Exhibit cover page should be labeled Exhibit 38) |
| 154-40 | Exhibit 40 | (Exhibit cover page should be labeled Exhibit 39) |
| 154-41 | Exhibit 41 | (Exhibit cover page should be labeled Exhibit 40)[***] |
| 154-42 | Exhibit 42 | |
| 154-50 | Exhibit 50 | |
| 154-53 | Exhibit 53 | |
| 154-57 | Exhibit 57 | |
| 154-58 | Exhibit 58 | |
| 154-59 | Exhibit 59 | |
| 154-60 | Exhibit 60 | |
| 154-61 | Exhibit 61 | |
| 154-63 | Exhibit 63 | |

---

[**] The labels and the cover pages for the exhibits from Dkt. 154-34 to Dkt. 154-41 (all of which are exhibits to the Weber Declaration) are off by one number. Similarly, the label and cover page for 154-37 (an unredacted copy of an exhibit to the Weber Declaration) should be labeled Exhibit 37.

[***] Paragraph 39 of the Weber Declaration states that "Exhibit 41 is a copy of the tab Division Executives on this page located at https://www.broadcom.com/company/about-us/executives," but that "Division Executives" document was inadvertently excluded from the filing. Accordingly, to access a copy of the "Division Executives" page, please click the URL cited in paragraph 39 (https://www.broadcom.com/company/about-us/executives).

| | |
|---|---|
| 154-68 | Exhibit 68 |
| 154-69 | Exhibit 69 |
| 154-70 | Exhibit 70 |
| 154-71 | Exhibit 71 |
| 154-72 | Exhibit 72 |
| 154-73 | Exhibit 73 |
| 154-76 | Exhibit 76 |
| 154-77 | Exhibit 77 |
| 154-78 | Exhibit 78 (Exhibit cover page should be labeled Exhibit 78) |
| 154-80 | Exhibit 80 |
| 154-81 | Exhibit 81 |
| 154-83 | Exhibit 83 |
| 154-85 | Exhibit 85 |
| 154-86 | Exhibit 86 |
| 154-87 | Exhibit 87 |

### *Items Relating to Declaration of Steven Waldbusser*

| | |
|---|---|
| 154-89 | Declaration of Steven Waldbusser |

### *Items Relating to Declaration of Michael J. Wallace ("Wallace Declaration"):*

| | |
|---|---|
| 154-95 | Exhibit 1 to Wallace Declaration |

### *Items Relating to Declaration of Dr. Jeffrey D. Case ("Case Declaration"):*

| | |
|---|---|
| 154-90 | Declaration of Dr. Jeffrey D. Case |
| 154-92 | Exhibit B to Case Declaration |

## B. Filed Under Seal

*Items Relating to Declaration of Olivia Weber:*

| | |
|---|---|
| 157 | Declaration of Olivia Weber |
| 157-01 | Exhibit 1 |
| 157-02 | Exhibit 22 |
| 157-03 | Exhibit 37     (Exhibit cover page should be labeled Exhibit 36) |
| 157-04 | Exhibit 43 |
| 157-05 | Exhibit 44 |
| 157-06 | Exhibit 45 |
| 157-07 | Exhibit 46 |
| 157-08 | Exhibit 47 |
| 157-09 | Exhibit 48 |
| 157-10 | Exhibit 49 |
| 157-11 | Exhibit 51 |
| 157-12 | Exhibit 52 |
| 157-13 | Exhibit 54 |
| 157-14 | Exhibit 55 |
| 157-15 | Exhibit 56 |
| 157-16 | Exhibit 62 |
| 157-17 | Exhibit 64 |
| 157-18 | Exhibit 65 |
| 157-19 | Exhibit 66 |
| 157-20 | Exhibit 67 |
| 157-21 | Exhibit 74 |

    157-22        Exhibit 75

    157-23        Exhibit 79

    157-24        Exhibit 82

    157-25        Exhibit 84

*Items Relating to Declaration of Michael J. Wallace:*

    157-26        Declaration of Michael J. Wallace

    157-27        Exhibit 2 to Wallace Declaration

    157-28        Exhibit 3 to Wallace Declaration

*Items Relating to Declaration of Dr. Jeffrey D. Case:*

    157-29        Exhibit A to Case Declaration

    157-30        Exhibit C to Case Declaration

**2.** **Manually Filed Materials**

*Items Relating to Declaration of Olivia Weber:*

Plaintiffs manually filed Exhibits 200 through 221 to the Weber Declaration, due to the size and format of the native files. Plaintiffs sought to submit all of these manually-filed materials under seal because they were designated Outside Counsel Eyes Only ("OCEO") by Defendants.

**3.** **Additional Note on the Documents**

Absent express permission from the Court, Plaintiffs have not submitted replacement exhibits for the Weber Declaration exhibits that have incorrect cover pages, identified above and located at Dkts. 154-34 through 154-41, Dkt. 154-78, and Dkt. 157-03. If the Court would like replacement exhibits and/or exhibit cover pages, as well as a printout of the Division Executives

6

webpage referenced above that was inadvertently omitted from this filing, Plaintiffs will provide them upon request.

Respectfully submitted this 26th day of July, 2022

By: */s/Cheryl G. Rice*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
  &amp; DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
*jwood@emlaw.com*
*crice@emlaw.com*
*rnasrollahi@emlaw.com*

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
*mchu@irell.com*
*dnimmer@irell.com*
*mashley@irell.com*
*oweber@irell.com*

*Attorneys for Plaintiffs,*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*