UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-451-CEA-DCP |
| BROADCOM INC. *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion to Seal Previously Filed Document [Doc. 161]. Plaintiffs state that on July 22, 2022, they filed their Evidentiary Supplement [Doc. 154], containing information that Defendants marked "Outside Counsel Eyes Only" and "Highly Confidential." Plaintiffs inadvertently failed to redact the information, and Defendants desire the information be redacted. Defendants intend on submitting an argument on why the information should be filed under seal. Plaintiffs request that [Doc. 154] be removed and replaced with [Doc. 161-1]. Plaintiffs state that they will submit the unredacted version in a separate motion to seal with the redacted information highlighted to which Defendants can respond.

Accordingly, the Court **GRANTS** Plaintiffs' Motion to Seal Previously Filed Document [**Doc. 161**]. The Court **DIRECTS** the Clerk's office to replace [Doc. 154] with [Doc. 161-1].

Plaintiffs **SHALL** file their unredacted version in a separate sealed motion to seal with the redacted information highlighted on or before **July 29, 2022.**

    **IT IS SO ORDERED.**

                                            ENTER:

                                            _/s/ Debra C. Poplin_
                                            Debra C. Poplin
                                            United States Magistrate Judge