# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------- x
                                                   :

SNMP RESEARCH, INC. and SNMP     :   Case No. 3:20-cv-00451-CEA
RESEARCH INTERNATIONAL, INC.,    :

                                                   :   U.S. District Judge Charles E. Atchley, Jr.

                          Plaintiffs,  :

                                          v.   :

BROADCOM INC.; BROCADE            :
COMMUNICATIONS SYSTEMS LLC; and  :
EXTREME NETWORKS, INC.,          :

                         Defendants.  :

------------------------------------------------------------- X

## **EXTREME NETWORKS, INC.'S MOTION TO COMPEL MEDIATION**

      Extreme Networks, Inc. ("Extreme") hereby respectfully moves this Court to issue an Order pursuant to the Court's inherent authority and/or Local Rule 16.4 compelling SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMPR") to participate in mediation with Extreme before a neutral third-party mediator.

      As set forth in the accompanying Memorandum of Law, Extreme seeks mediation with SNMPR before a neutral third-party mediator to be identified and agreed-upon by the parties, with the mediation to occur (i) on a mutually-agreeable date within three weeks after the Court enters its ruling on Extreme's pending Motion to Compel the Production of License Agreements from SNMPR (ECF No. 136) and (ii) if that timing is not possible based on mediator availability, then as soon thereafter as practicable.  While Extreme would be pleased to participate in the Federal

Mediation Program as set forth in Local Rule 16.4, Extreme respectfully believes that the parties would be well served if they were granted flexibility to choose a mediator outside of that program.

WHEREFORE, Extreme respectfully requests that this Court grant its motion to compel SNMPR to participate in mediation with Extreme and enter an Order as requested herein.

DATED: July 27, 2022
New York, New York

Respectfully Submitted,

*/s/ Leslie A. Demers*

John M. Neukom (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*