# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TENNESSEE

```
------------------------------------------------------- x
                                                        :
SNMP RESEARCH, INC. and SNMP                            :     Case No. 3:20-cv-00451-CEA
RESEARCH INTERNATIONAL, INC.,                           :
                                                        :     U.S. District Judge Charles E. Atchley, Jr.
                    Plaintiffs,                          :
                                                        :
              v.                                        :
                                                        :
BROADCOM INC.; BROCADE                                  :
COMMUNICATIONS SYSTEMS LLC; and                         :
EXTREME NETWORKS, INC.,                                 :
                                                        :
                    Defendants.                         :
                                                        :
------------------------------------------------------- X
```

## EXTREME NETWORKS, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Extreme Networks, Inc. ("Extreme"), by and through its counsel, pursuant to Federal Rule

of Procedure 5.2, Local Rule 26.2, and this Court's Memorandum and Order Regarding Sealing

Confidential Information (ECF No. 11) ("Sealing Order"), seeks leave of this Court to submit its

Memorandum of Law in Support of Its Motion to Compel Mediation (the "Memorandum of Law")

and the Declaration of Leslie A. Demers in Support of Extreme's Motion to Compel Mediation

(the "Declaration") in redacted form.

Extreme moves for leave to file (1) a redacted version of the Memorandum of Law and (2)

a redacted version of the Declaration because they contain pricing information belonging to

Plaintiffs on pages 3 and 5-6 of the Memorandum of Law and page 2 of the Declaration. Extreme

is not filing this motion because of an independent reason to request that the information be sealed,

but because Plaintiffs have sought to seal this information in the past (*see* ECF Nos. 2, 3, 50, 51-3), and the Court has previously granted those motions. (*See* ECF No. 89.)

Pursuant to Local Rule 26.2 and the Court's Sealing Order, Extreme is publicly filing a redacted version of the Memorandum of Law as Exhibit 1 to this motion, and a redacted version of the Declaration as Exhibit 2 to this motion. Additionally, as required by the Sealing Order, unredacted versions of the Memorandum of Law and the Declaration are being filed under seal with the portions of the documents proposed to be redacted highlighted. The undersigned certify that unredacted versions of the papers sought to be filed under seal are being served on counsel for Plaintiffs by email.

WHEREFORE, Extreme respectfully requests that this Court grant its motion and seal the redacted portions of the Memorandum of Law and the Declaration.

DATED:     July 27, 2022          Respectfully Submitted,
            New York, New York

*/s/ Leslie A. Demers*

John M. Neukom (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*