# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TENNESSEE

```
-------------------------------------------------------- x
                                         :
SNMP RESEARCH, INC. and SNMP             :      Case No. 3:20-cv-00451-CEA
RESEARCH INTERNATIONAL, INC.,            :
                                         :      U.S. District Judge Charles E. Atchley, Jr.
                    Plaintiffs,          :
                                         :
        v.                               :
                                         :
BROADCOM INC.; BROCADE                   :
COMMUNICATIONS SYSTEMS LLC; and          :
EXTREME NETWORKS, INC.,                  :
                                         :
                    Defendants.          :
                                         :
-------------------------------------------------------- X
```

## DECLARATION OF LESLIE A. DEMERS IN SUPPORT OF
## EXTREME NETWORKS, INC.'S MOTION TO COMPEL MEDIATION

I, Leslie A. Demers, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,
counsel of record for defendant Extreme Networks, Inc. ("Extreme") in this action. I am a member
of good standing of the State Bar of New York and have been admitted *pro hac vice* to this Court.
I have personal knowledge of the facts set forth in this Declaration and can and will testify thereto
under oath if called to do so.

2.      To date, Extreme has produced over 715,000 pages of documents and more than
120 million files of source code, while Plaintiffs have produced just over 29,000 pages of
documents and only a couple hundred thousand files of source code.

3.      Plaintiffs have not responded to Extreme's inquiries into their own discovery for
over two months.

4.     I understand that Extreme has produced documents in this case showing sales of accused products from 2018 to 2021 of fewer than 20,000 units.  (*See, e.g.*, EXTREME-00503993.)   Multiplying this number of units (20,000) times a single figure royalty such as ██ leads to ██████.

Executed on July 27, 2022 in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Leslie A. Demers
Leslie A. Demers