

FILED

JUL 27 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SNMP RESEARCH, INC., et al.

    Plaintiff,

v.                                        Case No. 30-20-cv-00451

BROADCOM INC., et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendants Broadcom Inc. and Brocade Communications Systems LLC moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    California

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 26, 2022

                                      */s/*
                          (Signature–hand signed)

Name: Julia Haines

Firm: Hueston Hennigan LLP

Address:

    523 W. 6th Street, Suite 400, Los Angeles, CA 90014

Email address: jhaines@hueston.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Julia L. Haines__, Bar No. __321607__

was duly admitted to practice in this Court on __July 22, 2021__
DATE

and __is active and in good standing__ as a member of the Bar of this Court.

Dated at Los Angeles, California

on __July 26, 2022__
Date

KIRY K. GRAY
Clerk of Court

By _Shea Bourgeois_, Deputy Clerk

G-52 (10/15)    CERTIFICATE OF GOOD STANDING