UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE


FILED
JUL 27 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SNMP RESEARCH, INC., et al.

    Plaintiff,

v.

BROADCOM INC., et al.

    Defendant.

Case No. 30-20-cv-00451

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendants Broadcom Inc. and Brocade Communications Systems LLC moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California

[✔] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the DISTRICT court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 26, 2022

_____
(Signature–hand signed)

Name: Winston Shi
Firm: Hueston Hennigan LLP
Address:

    523 W. 6th Street, Suite 400, Los Angeles, CA 90014

Email address: wshi@hueston.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that __Winston Ge Shi__, Bar No. __335796__ was duly admitted to practice in this Court on __August 18, 2021__, and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California on __July 26, 2022__



KIRY K. GRAY
Clerk of Court

By __Shea Bourgeois__, Deputy Clerk