# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

# AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

**BROADCOM INC. AND BROCADE COMMUNICATIONS SYSTEMS LLC'S LISTING OF DOCUMENTS SUBMITTED IN CONJUNCTION WITH EVIDENTIARY SUPPLEMENT**

Pursuant to the Court's email request dated July 22, 2022, Defendants Broadcom Inc. and Brocade Communications Systems LLC ("Defendants") submit the following list of documents that Defendants have submitted electronically and/or under seal in connection with Defendants' Evidentiary Supplement in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Complaint or, Alternatively, to Transfer Venue (Dkt. No. 156).

**I.    Electronically Filed Documents Not Under Seal**

| | |
|---|---|
| 156 | Evidentiary Supplemental in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Complaint, or Alternatively, to Transfer Venue |
| 156-1 | **Declaration of Alison Plessman** |
| 156-2 | **Declaration of Mark Brazeal** |
| 156-3 | Exhibit A |
| 156-4 | Exhibit B |
| 156-6 | Exhibit D |
| 156-7 | Exhibit E |
| 156-8 | **Declaration of Steve Gleason** |
| 156-9 | Exhibit A |
| 156-13 | **Declaration of Mark Skagen** |
| 156-15 | Exhibit B |
| 156-16 | Exhibit C |

**II.   Electronically Filed Documents Under Seal**

| | |
|---|---|
| 160 | Evidentiary Supplemental in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Complaint, or Alternatively, to Transfer Venue |

| | |
|---|---|
| 160-1 | **Declaration of Mark Brazeal** |
| 160-2 | Exhibit A |
| 160-3 | Exhibit B |
| 160-4 | Exhibit C |
| 160-5 | Exhibit D |
| 160-6 | Exhibit E |
| 160-7 | **Declaration of Steve Gleason** |
| 160-8 | Exhibit A |
| 160-9 | Exhibit B |
| 160-10 | Exhibit C |
| 160-11 | Exhibit D |
| 160-12 | **Declaration of Martin Skagen** |
| 160-13 | Exhibit A |
| 160-14 | Exhibit B |
| 160-15 | Exhibit C |
| 160-16 | Exhibit D |

Dated: July 28, 2022

HUESTON HENNIGAN LLP

By:     */s/ Alison Plessman*
       Alison Plessman
       Attorneys for Defendants
       Broadcom, Inc.
       Brocade Communications Systems LLC