UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., et al.

        Plaintiff,

v.

    Case No. 30-20-cv-00451

BROADCOM INC., et al.

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendants Broadcom Inc. and Brocade Communications Systems LLC moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

   California

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 26, 2022

_(Signature–hand signed)_

Name: Shannon Coit
Firm: Hueston Hennigan LLP
Address:
   523 W. 6th Street, Suite 400, Los Angeles, CA 90014

Email address: scoit@hueston.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Shannon M. Coit__, Bar No. __298694__

was duly admitted to practice in this Court on __February 2, 2015__
*DATE*

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __July 26, 2022__
*Date*

KIRY K. GRAY
Clerk of Court

By *Shea Bourgeois* (signature)

Shea Bourgeois, Deputy Clerk

