# In the United States District Court
# Eastern District of Tennessee

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § § |
| **Plaintiffs,** | § § |
| v. | § § § **Jury Trial Demanded** |
| **Broadcom Inc.**<br>**Brocade Communications Systems LLC**<br>**Extreme Networks, Inc.** | § § § § |
| **Defendants.** | § |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Come now Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively "Plaintiffs"), by and through counsel, and pursuant to Fed. R. Civ. P. 5.2 and Local Rule 26.2(b) of this Court, and this Court's Memorandum and Order Regarding Sealing Confidential Information [Doc. 11], as well as this Court's Order entered July 27, 2022 [Doc. 163], file this Motion to seek leave of this Court to submit Plaintiffs' Evidentiary Supplement Pursuant to Docket 147 ("Evidentiary Supplement"), [Dkt. 154] in redacted form.

Plaintiffs' Evidentiary Supplement identifies a valuation relating to the sale of Brocade's Data Center business to Defendant Extreme Networks, Inc. and the names of some Tennessee entities which were obtained from materials Defendants designated as Outside Counsel Eyes Only and Highly Confidential pursuant to the Protective Order entered in this case. Plaintiffs have conferred with Defendants, who have indicated their desire for the information to be redacted.

As required by the Memorandum and Order Regarding Sealing Confidential Information, the unredacted version of the Evidentiary Supplement referenced herein is provided as an exhibit to this

Motion with those portions of the Evidentiary Supplement which were filed in redacted form pending a ruling on this Motion highlighted.

  **Respectfully submitted this 28th day of July, 2022.**

            */s/*  *Cheryl G. Rice*_____

            John L. Wood, Esq. (BPR #027642)
            Cheryl G. Rice, Esq. (BPR #021145)
            Rameen J. Nasrollahi, Esq. (BPR #033458)
            EGERTON, McAFEE, ARMISTEAD
              & DAVIS, P.C.
            900 S. Gay Street, Suite 1400
            P.O. Box 2047
            Knoxville, TN 37902
            (865) 546-0500 (phone)
            (865) 525-5293 (facsimile)
            jwood@emlaw.com
            crice@emlaw.com
            rnasrollahi@emlaw.com

            Morgan Chu (CA Bar. No. 70446)
            David Nimmer (CA Bar. No. 97170)
            A. Matthew Ashley (CA Bar. No. 198235)
            Olivia L. Weber (CA Bar. No. 319918)
            IRELL & MANELLA LLP
            1800 Avenue of the Stars, Suite 900
            Los Angeles, California 90067-4276
            (310) 277-1010 (phone)
            (310) 203-7199 (facsimile)
            mchu@irell.com
            dnimmer@irell.com
            mashley@irell.com
            oweber@irell.com

            *Attorneys for Plaintiffs*
            *SNMP RESEARCH INTERNATIONAL, INC. and*
            *SNMP RESEARCH, INC.*

2207857v1

Case 3:20-cv-00451-CEA-DCP  Document 172  Filed 07/28/22  Page 2 of 2  PageID #: 9975