| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.<br><br>    Defendants. | Case No. 3:20-cv-00451 |

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

Please withdraw the special appearance of Salvatore Bonaccorso. on behalf of Defendants Broadcom Inc. and Brocade Communications Systems LLC. ("Broadcom") in the above-captioned action. Broadcom will continue to be represented by the law firm of Hueston Hennigan LLP.

Dated: August 5, 2022          HUESTON HENNIGAN LLP

                                           By:      */s/ Alison Plessman*
                                                           Alison Plessman
                                                           Attorneys for Defendants
                                                           Broadcom Inc.
                                                           Brocade Communications Systems LLC