# Exhibit 43 to the Olivia Weber Declaration - Unredacted Copy

Message (Digitally Signed)

**From:** ▓▓▓▓▓▓@broadcom.com]
**Sent:** 3/8/2019 5:18:57 PM
**To:** Jack Rondoni [jack.rondoni@broadcom.com]
**Subject:** Re: ▓▓▓▓▓▓
**Attachments:** smime.p7s

Do you have time for this today? or would you prefer Monday.

▓▓▓▓▓▓
Executive Administrative Assistant to
Jack Rondoni, GM, Brocade Storage Networks
a division of Broadcom Inc.
Office: +1.408.433.8703 | mobile: ▓▓▓▓▓▓
1320 Ridder Park Drive, MS 1.2E.202, San Jose, CA 95131


On Fri, Mar 8, 2019 at 3:56 AM Kevin Langan <kevin.langan@broadcom.com> wrote:
Can I get some time with Jack today to prep him for the dinner meeting on Monday. I am on a flight until 2:30 eastern then I am open.

Please let me know. Thx

Kevin C. Langan
Broadcom
AMFO Sales | Dell Technologies
Mobile: ▓▓▓▓▓▓
kevin.langan@broadcom.com


On Mar 5, 2019, at 7:36 AM, ▓▓▓▓▓▓@broadcom.com> wrote:

> Thursday, 12-1:30 or 3-6pm
> Friday, noon-2pm
>
> Sent from my iPhone
>
> On Mar 5, 2019, at 2:10 AM, Kevin Langan <kevin.langan@broadcom.com> wrote:
>
>> Checking back with you both on feedback to the below.
>>
>> ▓▓▓▓▓▓,

Case 3:20-cv-00451-CEA-DCP   Document 188-3   Filed 08/05/22   Page 2 of 8   PageID #: 10715
OUTSIDE COUNSEL EYES ONLY                                                      BROCADE00893112

Can we get a 30 minute time slot tis week with Jack and Ed to review the below?

**From:** Kevin Langan [mailto:kevin.langan@broadcom.com]
**Sent:** Thursday, February 28, 2019 6:27 PM
**To:** 'Edward Engler' <ed.engler@broadcom.com>; 'Jack Rondoni' <jack.rondoni@broadcom.com>
**Cc:** Carol Konnyu <carol.konnyu@broadcom.com>; Douglas Gibson <douglas.gibson@broadcom.com>
**Subject:** FW: ▮▮▮▮▮

Below please find the incentives that we have been working on for ▮▮▮▮.

Please review and provide feedback.

We will schedule a call as well to discuss.

Thanks



OUTSIDE COUNSEL EYES ONLY

BROCADE00893113



OUTSIDE COUNSEL EYES ONLY

BROCADE00893114

Carol

From: Carol Konnyu [mailto:carol.konnyu@broadcom.com]
Sent: Wednesday, February 27, 2019 11:08 PM
To: Kevin Langan <kevin.langan@broadcom.com>
Cc: Douglas Gibson <douglas.gibson@broadcom.com>
Subject: ███

Kevin,

I am waiting for PM and/or Jason to confirm the director ASP. I used ███ as a start to get a sense of revenue associated with the program.



OUTSIDE COUNSEL EYES ONLY

BROCADE00893115



**From:** Kevin Langan [mailto:kevin.langan@broadcom.com]
**Sent:** Wednesday, February 27, 2019 5:53 PM
**To:** Carol Konnyu <carol.konnyu@broadcom.com>
**Cc:** Douglas Gibson <douglas.gibson@broadcom.com>
**Subject:** RE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Looks good only thing missing is how much will it generate?

OUTSIDE COUNSEL EYES ONLY

BROCADE00893116

From: Carol Konnyu [mailto:carol.konnyu@broadcom.com]
Sent: Wednesday, February 27, 2019 8:48 PM
To: Kevin Langan <kevin.langan@broadcom.com>
Cc: Douglas Gibson <douglas.gibson@broadcom.com>
Subject: ▮

Kevin,

Below is the program summary for the internal call tomorrow. I am still fine tuning the below but wanted you to see the flow. My goal was to keep it short to allow time for discussion on the areas of investments. Once we have consensus on the Broadcom side, we can adjust the slides for ▮ (selling focus and will add the terms)

I will also update the overall and program revenue for tomorrow.



OUTSIDE COUNSEL EYES ONLY

BROCADE00893117



**Carol Konnyu**
Global Partner Marketing, BSN
1320 Ridder Park Dr | San Jose, CA 95131
+1.408.483.7229

OUTSIDE COUNSEL EYES ONLY
BROCADE00893118