# Exhibit 54 to the Olivia Weber Declaration - Unredacted Copy

Message

**From:** Scott Shimomura [scott.shimomura@broadcom.com]
**Sent:** 8/16/2018 6:23:13 PM
**To:** Jack Rondoni [jack.rondoni@broadcom.com]
**CC:** Douglas Gibson [douglas.gibson@broadcom.com]
**Subject:** RE: AOP Slides
**Attachments:** BSN Marketing AOP Overview4.pptx
**Importance:** High

Jack,

I have created a slide 1 overview. [redacted]

Also, I updated slides 10-11, but I still don't have a source to provide the costs and revenue numbers to complete the information. Neither Dennis nor Chad said they could provide the numbers.

Scott

**From:** Jack Rondoni [mailto:jack.rondoni@broadcom.com]
**Sent:** Saturday, August 11, 2018 11:26 AM
**To:** Scott Shimomura <scott.shimomura@broadcom.com>
**Cc:** Douglas Gibson <douglas.gibson@broadcom.com>
**Subject:** Re: AOP Slides

Scott,

Thanks. Went through the deck in detail.

Slide #1: [redacted]

Slide #2 - good, clear.

Slide # 3 - Doug - [redacted]

Slide # 4 - Doug - [redacted]

Slide #5, 6, 7, 8 - good clear.

Slide #9, #10 - [redacted]

Slide #11 - good, clear.

OUTSIDE COUNSEL EYES ONLY
BROCADE00894223

Thanks.

jack

On Thu, Aug 9, 2018 at 7:59 AM, Scott Shimomura <scott.shimomura@broadcom.com> wrote:

> Jack,
>
> Where are we at with this? Do you need me to make changes?
>
> Thanks,
>
> Scott
>
> **From:** Douglas Gibson [mailto:douglas.gibson@broadcom.com]
> **Sent:** Saturday, August 4, 2018 7:10 PM
> **To:** Jack Rondoni <jack.rondoni@broadcom.com>
> **Cc:** Scott Shimomura <scott.shimomura@broadcom.com>
> **Subject:** Re: AOP Slides
>
> Jack, Scott,
>
> Attached is an updated deck that contains the Marketing AOP summary slides for Americas and OEM Marketing. Please let me know if you have any questions.
>
> Doug
>
> **Douglas J. Gibson**
> Head of Global Partner / Americas Marketing and Strategic Alliances

OUTSIDE COUNSEL EYES ONLY

BROCADE00894224

Broadcom Inc. - Brocade Storage Networking Division
1320 Ridder Park Dr., San Jose, CA 95131
T. +1 408.433.8042  M. ███████

On Fri, Aug 3, 2018 at 5:19 PM, Scott Shimomura <scott.shimomura@broadcom.com> wrote:

Jack,

This is what I could get done in the 2 days I had this week. It's not entirely what you asked for...

Here's what is there:



Here's what's missing



I will be traveling on Sunday, but should be available tomorrow and at various points throughout next week.

OUTSIDE COUNSEL EYES ONLY

BROCADE00894225

Scott

OUTSIDE COUNSEL EYES ONLY
BROCADE00894226