In the United States District Court
Eastern District of Tennessee

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br>**Plaintiffs,**<br><br>v.<br><br>Broadcom Inc.<br>Brocade Communications Systems LLC<br>Extreme Networks, Inc.<br><br>**Defendants.** | § § § § § § § § § § § § § §  **Jury Trial Demanded** |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Come now Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively "Plaintiffs"), by and through counsel, and pursuant to Fed. R. Civ. P. 5.2 and Local Rule 26.2(b) of this Court, and this Court's Memorandum and Order Regarding Sealing Confidential Information [Doc. 11], file this Motion to seek leave of this Court to submit certain documents under seal and in redacted form as indicated below.

Plaintiffs' move for leave to file portions of the Declaration of John Wood in Support of SNMP Research, Inc.'s and SNMP Research International, Inc.'s Opposition to Extreme Networks, Inc.'s Motion to Compel Mediation ("Wood Declaration") in redacted form. Paragraph 16 of the Wood Declaration contains commercially sensitive, confidential pricing information which this Court has previously ruled may be filed under seal. (Dkt. 89, 132).

Plaintiffs' also move for leave to file Exhibit A to the Wood Declaration under seal because Defendant Extreme Networks, Inc. has marked this exhibit Highly Confidential.

**Respectfully submitted this 10th day of August, 2022.**

/s/ *John L. Wood*

John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
   & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com

*Attorneys for Plaintiffs*
*SNMP RESEARCH INTERNATIONAL, INC. and*
*SNMP RESEARCH, INC.*