UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



AUG 17 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SNMP RESEARCH, INC., et al.

    Plaintiff,

v.

BROADCOM INC., et al.

    Defendant.

Case No. 30-20-cv-00451

Receipt #300000245

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendants Broadcom Inc. and Brocade Communication Systems LLC moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2022

_____
(Signature–hand signed)

Name: Samantha Fidler
Firm: Hueston Hennigan LLP
Address:
    523 W. 6th Street, Suite 400, Los Angeles, CA 90014

Email address: sfidler@hueston.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____SAMANTHA FIDLER_____, Bar # _____5790407_____

was duly admitted to practice in the Court on

_____January 26, 2021_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    _____August 16, 2022_____
New York, New York

_____Ruby J. Krajick_____    By    _____s/ S. Gonzalez_____
Clerk of Court                            Deputy Clerk