UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., et al.

    Plaintiff,

v.

BROADCOM INC., et al.

    Defendant.

Case No. 30-20-cv-00451

Receipt # 300000285

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendants Broadcom Inc. and Brocade Communication Systems LLC moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 23, 2022

_____
(Signature–hand signed)

Name: Jonathan J. Haderlein
Firm: Hueston Hennigan LLP
Address:

    523 W. 6th Street, Suite 400, Los Angeles, CA 90014

Email address: jhaderlein@hueston.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Jonathan James Haderlein__, Bar No. __336644__

was duly admitted to practice in this Court on __April 21, 2021__
DATE

and __is active and in good standing__ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __August 23, 2022__
Date

KIRY K. GRAY
Clerk of Court

By __Shea Bourgeois__, Deputy Clerk