UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-451-CEA-DCP |
| BROADCOM INC. *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion for Leave to File Documents Under Seal [Doc. 178] and the Amended Motion for Leave to File Previously Filed Documents Under Seal ("Amended Motion") [Doc. 180], filed by Broadcom, Inc., ("Broadcom") and Brocade Communications Systems, LLC ("Brocade") (collectively, "Defendants"). In light of Defendants' Amended Motion, the Court **DENIES AS MOOT** Defendants' Motion for Leave to File Documents Under Seal [**Doc. 178**].

Defendants request that the Court remove [Doc. 156-13] because they inadvertently filed an unredacted version of the Declaration of Martin Skagen ("Skagen Declaration") in Support of their Evidentiary Supplement. They explain that they moved for leave to conditionally file portions of the Skagen Declaration under seal, and as previously stated, [*see* Doc. 158 p. 4], portions of paragraphs 2 and 5 of the Skagen Declaration relate to the license agreement with Plaintiffs. Defendants request that the Court remove [Doc. 156-13] and replace it with [Doc. 180-

1].  For the same reasons, Defendants request that the Court remove [Doc. 177] and replace it with [Doc. 180-2].

For good cause shown and because the Court has previously placed the license agreement under seal, the Court **GRANTS** the Amended Motion for Leave to File Previously Filed Documents Under Seal [**Doc. 180**].  The Court **DIRECTS** the Clerk to remove [**Doc. 156-13**] and replace it with [**Doc. 180-1**] and to remove [**Doc. 177**] and replace it with [**Doc. 180-2**].  Further, [**Doc. 179**], the unredacted copy of Skagen's Declaration, and [**Doc. 179-1**], the unredacted copy of Defendants' opposition to Plaintiffs' Motion to Compel, **SHALL REMAIN SEALED.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge