# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § § | **Case No. 3:20-cv-00451-CEA-DCP** |
| **Plaintiffs,** | § § | |
| v. | § § | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | § § § § § | |
| **Defendants.** | § § | |

## AMENDED JOINT NOTICE REGARDING MEDIATION

Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. and Defendants Extreme Networks, Inc., Broadcom Inc., and Brocade Communications Systems LLC submit this notice pursuant to the Court's October 19, 2022 Order regarding mediation. Dkt. 213. The Court ordered the parties to file an amended notice of their choice of mediator and the date set for mediation. The parties have decided to mediate before Hon. Jay Gandhi, Ret., and the mediation is set to begin on January 19, 2023 in Tennessee.

Respectfully submitted this 24th day of October, 2022.

| | |
|---|---|
| */s/ John. L. Wood* | */s/ Alison Plessman* |
| John L. Wood, Esq. (BPR #027642) | Alison Plessman (CA Bar No.250631) |
| Cheryl G. Rice, Esq. (BPR #021145) | HUESTON HENNIGAN LLP |
| Rameen J. Nasrollahi, Esq. (BPR #033458) | |
| EGERTON, McAFEE, ARMISTEAD | *Attorneys for Defendants* |
|    & DAVIS, P.C. | *Broadcom, Inc.* |
| 900 S. Gay Street, Suite 1400 | *Brocade Communications Systems LLC* |
| P.O. Box 2047 | |
| Knoxville, TN 37902 | |
| (865) 546-0500 (phone) | */s/ John M. Neukom* |
| (865) 525-5293 (facsimile) | John M. Neukom (CA Bar No. 275887*)* |
| jwood@emlaw.com | DEBEVOISE & PLIMPTON LLP |
| crice@emlaw.com | 650 California Street |
| rnasrollahi@emlaw.com | San Francisco, California 94108 |
| | jneukom@debevoise.com (415) 738-5700 |
| Morgan Chu (CA Bar. No. 70446) | |
| David Nimmer (CA Bar. No. 97170) | Leslie A. Demers (NY Bar No. 5261904) |
| A. Matthew Ashley (CA Bar. No. 198235) | One Manhattan West |
| Olivia L. Weber (CA Bar. No. 319918) | New York, New York 10001 |
| IRELL & MANELLA LLP | (212) 735-3000 |
| 1800 Avenue of the Stars, Suite 900 | leslie.demers@skadden.com |
| Los Angeles, California 90067-4276 | |
| (310) 277-1010 (phone) | *Attorneys for Defendant Extreme Networks, Inc.* |
| (310) 203-7199 (facsimile) | |
| mchu@irell.com | |
| dnimmer@irell.com | |
| mashley@irell.com | |
| oweber@irell.com | |
| *Attorneys for Plaintiffs* | |
| *SNMP RESEARCH INTERNATIONAL, INC. and* | |
| *SNMP RESEARCH, INC.* | |