# Exhibit D to the Declaration of Olivia Weber

<span style="color:red">Placeholder Cover Page for Unredacted Copy Sought to be Filed Under Seal</span>