# Exhibit P to the Declaration of Olivia Weber

Placeholder Cover Page for Unredacted Copy Sought to be Filed Under Seal