UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



NOV 28 2022

Clerk, U. S. District Court
Eastern District of Tennessee

SNMP RESEARCH, INC., et al.

    Plaintiff,

v.

BROADCOM INC., et al.

    Defendant.

Case No. 3:20-CV-00451  At Knoxville

Receipt # 300000818

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Defendants Broadcom Inc. and Brocade Communication Systems LLC,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. LR. 83.5(6)(1). FILING FEE= $90.00

☒     I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

☒     **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

Pursuant to E.D. Tenn. LR. 83.5(b)(l)(C). **NO FILING FEE REQUIRED.**

☐     An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 22, 2022

                 _David H. Herrington_

                 (Signature-hand signed)

Name: David H. Herrington

Firm:   Cleary Gottlieb Steen & Hamilton LLP

Address:  One Liberty Plaza, New York, NY 10006

Email address: dherrington@cgsh.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

DAVID  H.  HERRINGTON , Bar #  DH8146

was duly admitted to practice in the Court on

March 30, 1993

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    November 22, 2022
New York, New York

Ruby J. Krajick
Clerk of Court

By

s/ A. Eames
Deputy Clerk