UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.<br><br>    Defendants. | Case No. 3:20-cv-00451 |

# **NOTICE OF APPEARANCE FOR DAVID H. HERRINGTON**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David H. Herrington of Cleary Gottlieb Steen & Hamilton LLP hereby enters his special appearance[1] as counsel of record for Defendants Broadcom Inc. and Brocade Communications Systems LLC. Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

    David H. Herrington
    dherrington@cgsh.com
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    Telephone: 212-225-2266
    Facsimile: 212-225-3999

Dated: November 30, 2022

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *David Herrington* (signature)

David H. Herrington (admitted *pro hac vice*)

Attorney for Defendants Broadcom Inc. and Brocade Communication Systems LLC

---

[1] The attorney has specified this as a special notice of appearance to make clear that no defenses are waived, including any defense of lack of personal jurisdiction, by the filing of this notice.

- 2 -

Case 3:20-cv-00451-CEA-DCP   Document 221   Filed 11/30/22   Page 2 of 2   PageID #: 11587