# EXHIBIT A

## LICENSE AGREEMENT
## AS AMENDED

**PLACEHOLDER PAGE FOR DOCUMENT
SOUGHT TO BE FILED UNDER SEAL**