# **COLLECTIVE**

# **EXHIBIT B**

REGISTRATION CERTIFICATES

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on Janury 25, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 15** registered under number **TXu 1-706-718**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



**Certificate of Registration**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TXu 1-706-718

**Effective date of registration:**

January 25, 2011

---

## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 15

## Completion/Publication

**Year of Completion:** 1998

## Author

- **Author:** SNMP Research, Inc
  **Author Created:** text, compilation, editing, computer program, artwork

  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** SNMP Research International, Inc
  **Author Created:** text, compilation, editing, computer program, artwork

  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

Name: Jeffrey Dean Case

Email: caseopyia@private.snmp.com

Telephone: 865-573-1434

Address: 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716 United States

## Certification

Name: Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

Date: January 18, 2011

Correspondence: Yes

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 4 of 33   PageID #: 11676

Registration #:    TXU001706718

Service Request #:  1-550275701

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716  United States

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on July 20, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 15.2** registered under number **TXu 1-722-248**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-772-248**

**Effective date of registration:**

July 20, 2011

## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 15.2

## Completion/Publication

**Year of Completion:** 1999

## Author

- **Author:** SNMP Research, Inc

  **Author Created:** text, compilation, editing, computer program, artwork

  **Work made for hire:** Yes

  **Domiciled in:** United States

- **Author:** SNMP Research International, Inc

  **Author Created:** text, compilation, editing, computer program, artwork

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-550275701    2011

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 7 of 33   PageID #: 11679

Organization Name: SNMP Research, Inc

**Name:** Jeffrey Dean Case

**Email:** casecopy@private.snmp.com          **Telephone:** 865-573-1434

**Address:** 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716  United States

## Certification

**Name:** Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

**Date:** January 18, 2011

**Correspondence:** Yes

**Registration #:** TXU001772248
**Service Request #:** 1-550276323

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716 United States

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on July 20, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 15.3** registered under number **TXu 1-772-250**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By:     Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-772-250**

**Effective date of registration:**

July 20, 2011

## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 15.3

## Completion/Publication

**Year of Completion:** 2001

## Author

■ **Author:** SNMP Research, Inc

**Author Created:** text, compilation, editing, computer program, artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-550276323     2011

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

**Organization Name:** SNMP Research, Inc

**Name:** Jeffrey Dean Case

**Email:** casecopy@private.snmp.com          **Telephone:** 865-573-1434

**Address:** 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716 United States

## Certification

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 11 of 33   PageID #: 11683

**Name:** Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

**Date:** January 18, 2011

---

**Correspondence:** Yes

**Registration #:** TXU001772250

**Service Request #:** 1-550276379

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716  United States


**THIS IS TO CERTIFY** that on February 3, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 15.4** registered under number **TXu 1-738-956**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By:   Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-738-956**

**Effective date of registration:**

February 3, 2011

## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 15.4

## Completion/Publication

**Year of Completion:** 2002

## Author

- **Author:** SNMP Research, Inc
- **Author Created:** text, compilation, editing, computer program, artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-550276379    2011

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

**Name:** Jeffrey Dean Case

**Email:** casecopy@private.snmp.com          **Telephone:** 865-573-1434

**Address:** 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716  United States

## Certification

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 15 of 33   PageID #: 11687

**Name:**  Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research,
Inc.

**Date:**  February 3, 2011

_____

**Registration #:** TXU001738956

**Service Request #:** 1-559045892

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716  United States

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on February 3, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 16** registered under number **TXu 1-707-158**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By:    Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-707-158

**Effective date of registration:**

February 3, 2011

## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 16

## Completion/Publication

**Year of Completion:** 2003

## Author

- **Author:** SNMP Research, Inc
  **Author Created:** text, compilation, editing, computer program, artwork

  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Harrie Hazewinkel, dba  Harie Hazewinkel doing business as Independent Consultant
  **Author Created:** text, editing, computer program

  **Work made for hire:** Yes
  **Citizen of:** Netherlands          **Domiciled in:** Italy

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-559045892     2011

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 19 of 33   PageID #: 11691

Organization Name:  SNMP Research, Inc

Name:  Jeffrey Dean Case

Email:  casecopy@private.snmp.com                    Telephone:  865-573-1434

Address:  3001 Kimberlin Heights Road

Knoxville, TN 37920-9716  United States

## Certification

Name:  Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

Date:  February 3, 2011

Registration #:    TXU001707158

Service Request #:   1-559046029

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716  United States



*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on February 3, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 16.2** registered under number **TXu 1-738-954**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By:  Jarletta Walls
     Supervisory Copyright Specialist
     Records Research and Certification Section
     Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-738-954**

**Effective date of
registration:**

February 3, 2011

---

## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 16.2

## Completion/Publication

**Year of Completion:** 2006

## Author

- **Author:** SNMP Research, Inc

   **Author Created:** text, compilation, editing, computer program, artwork

   **Work made for hire:** Yes

   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-559046029　　2011

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

**Organization Name:** SNMP Research, Inc

**Name:** Jeffrey Dean Case

**Email:** casecopy@private.snmp.com　　　　**Telephone:** 865-573-1434

**Address:** 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716　United States

## Certification

Page 1 of 2

**Name:** Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

**Date:** February 3, 2011

Registration #: TXU001738954
Service Request #: 1-559046274

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716 United States

**THIS IS TO CERTIFY** that on February 3, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 17** registered under number **TXu 1-707-157**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-707-157

**Effective date of registration:**

February 3, 2011



## Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 17

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** SNMP Research, Inc

  **Author Created:** text, compilation, editing, computer program, artwork

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-559046274    2011

**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

**Organization Name:** SNMP Research, Inc

**Name:** Jeffrey Dean Case

**Email:** casecopy@private.snmp.com          **Telephone:** 865-573-1434

**Address:** 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716  United States

## Certification

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 27 of 33   PageID #: 11699

**Name:** Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

**Date:** February 3, 2011

Registration #:   TXU001707157


Service Request #:   1-559046369


SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716  United States

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on February 3, 2011 a claim to copyright a work identified as **NETMON, ASSOCIATED APPLICATIONS, AND LIBRARIES VERSION 17.2** registered under number **TXu 1-738-958**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 22, 2016.

Maria A. Pallante
Register of Copyrights

By:  Jarletta Walls
     Supervisory Copyright Specialist
     Records Research and Certification Section
     Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-738-958**

**Effective date of registration:**

February 3, 2011

# Title

**Title of Work:** NETMON, Associated Applications, and Libraries Version 17.2

# Completion/Publication

**Year of Completion:** 2010

# Author

**Author:** SNMP Research, Inc

**Author Created:** text, compilation, editing, computer program, artwork

**Work made for hire:** Yes

**Domiciled in:** United States

# Copyright claimant

**Copyright Claimant:** SNMP Research, Inc

3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States

**Transfer Statement:** By written agreement

# Limitation of copyright claim

**Material excluded from this claim:** Pre-existing third party computer code and documentation

**Previous registration and year:** 1-559046369     2011

**New material included in claim:** text, compilation, editing, computer program, artwork

# Rights and Permissions

**Organization Name:** SNMP Research, Inc

**Name:** Jeffrey Dean Case

**Email:** casecopy@private.snmp.com                    **Telephone:** 865-573-1434

**Address:** 3001 Kimberlin Heights Road

Knoxville, TN 37920-9716 United States

# Certification

Case 3:20-cv-00451-CEA-DCP   Document 222-4   Filed 12/02/22   Page 31 of 33   PageID #: 11703

**Name:** Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.

**Date:** February 3, 2011

---

**Copyright Office notes:** Regarding previous registration: number given is a service request number; C.O. records show a previous registration under TXu001707157.

**Registration #:** TXU001738958

**Service Request #:** 1-559046446

SNMP Research, Inc
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716  United States