# <u>EXHIBIT C</u>

2001 EXTREME AGREEMENT

**PLACEHOLDER PAGE FOR DOCUMENT SOUGHT TO BE FILED UNDER SEAL**