# COLLECTIVE EXHIBIT D

Extreme Royalty Reports

**PLACEHOLDER PAGE FOR DOCUMENT SOUGHT TO BE FILED UNDER SEAL**