# EXHIBIT E

September 19, 2015 and
September 28, 2015 Emails

**PLACEHOLDER PAGE FOR DOCUMENT
SOUGHT TO BE FILED UNDER SEAL**