# EXHIBIT F

## November 20, 2015 Email String (with chart)

**PLACEHOLDER PAGE FOR DOCUMENT SOUGHT TO BE FILED UNDER SEAL**