# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451  **Date:** December 20, 2022

SNMP Research Inc. **v.** Broadcom, et al.,

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | Kara Nagorny | Ashley Arnold |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| Matthew Ashley<br>Olivia Weber<br>John Wood | Leslie Demers<br>Allison Plessman<br>John Neukom<br>Eliza Edlich | |

**Proceedings:**

The Court held a discovery conference in this matter. The Court heard argument from counsel. The Court's ruling will be contained within the order to follow.

**Dates set at this hearing:**
☐ Jury Trial ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 9:30 **to** 11:25

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ _ _