IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-cv-00451-CEA-DCP |

---

**EXTREME NETWORKS, INC.'S MOTION FOR LIMITED RECONSIDERATION AND TO MODIFY A SINGLE SENTENCE OF THE DECEMBER 22, 2022 ORDER REGARDING DISCOVERY**

Pursuant to this Court's inherent authority to modify its interlocutory orders, Extreme Networks, Inc. ("Extreme") respectfully requests that the Court reconsider and modify a single sentence of the Order dated December 22, 2022 (ECF No. 229, the "December Order"), which, in pertinent part, rules that "the Court has previously ordered Extreme to produce . . . information" relating to "unidentified products" in an Order dated April 22, 2022 (ECF No. 131, the "April Order"). (ECF No. 229 at 2.)

As set forth in detail in the accompanying Memorandum of Law, the portion of the December Order for which Extreme seeks reconsideration and modification rests on a clearly erroneous interpretation of the April Order and threatens Extreme with potential discovery

obligations that are manifestly unjust because they are far in excess of the allowable scope of discovery under the Federal Rules of Civil Procedure and other applicable law.

WHEREFORE, Extreme requests that the December Order be reconsidered and modified to remove the ruling that "the Court has previously ordered Extreme to produce [information related to unidentified products] as explained in its Memorandum and Order [Doc. 131 pp. 8-9]," (ECF No. 229 at 2).

| | | |
|---|---|---|
| DATED: | January 5, 2023<br>New York, New York | Respectfully Submitted,<br><br>*/s/ Leslie A. Demers*<br><br>John M. Neukom (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>650 California Street<br>San Francisco, California 94108<br>jneukom@debevoise.com<br>(415) 738-5700<br><br>Leslie A. Demers (*admitted pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>leslie.demers@skadden.com<br>(212) 735-3000<br><br>*Attorneys for Extreme Networks, Inc.* |