IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | : : : | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | : : | |
| v. | : : | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., | : : : : | |
| Defendants. | : : | |
| ------------------------------------------------------------ X | | |

## **[PROPOSED] ORDER**

THIS MATTER having been brought before the Court upon Extreme Networks, Inc.'s ("Extreme's") Motion for Limited Reconsideration and to Modify a Single Sentence of the December 22, 2022 Order Regarding Discovery, the Court hereby ORDERS as follows:

- Pursuant to this Court's inherent authority to modify its interlocutory orders, the Court's Order dated December 22, 2022 (ECF No. 229) is hereby modified as follows:

    o The following sentence on page two (2) of the Court's order shall be STRICKEN: "Moreover, the Court has previously ordered Extreme to produce this information as explained in its Memorandum and Order [Doc. 131 pp. 8-9]."

SO ORDERED.

DATED this ___ day of _____, 2023

                                                                  _____
                                                                  Hon. Debra C. Poplin
                                                                  United States Magistrate Judge