UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH INC. & SNMP RESEARCH INTERNATIONAL INC., | ) ) ) | Case No. 3:20-cv-451 |
| *Plaintiffs*, | ) ) | Judge Atchley |
| v. | ) ) | Magistrate Judge Poplin |
| BROADCOM INC., BROCADE COMMUNICATIONS SYSTEMS LLC, & EXTREME NETWORKS INC., | ) ) ) ) ) | |
| *Defendants*. | ) | |

## ORDER

On September 26, 2022, the Court ordered the parties to participate in mediation. [Doc. 206]. Among other things, the Order required the parties "to file a joint report no later than **three days following completion of each mediation conference** as to whether some or all of their claims have been settled." [*Id.*]. The Order further required the parties to "remind the mediator of the obligation to file a Mediation Report within **seven days** of the conclusion of each mediation conference, as set forth in Local Rule 16.4(m)." [*Id.*]. After the Court extended the mediation deadline, the parties reported that the mediation would be conducted beginning January 19, 2023.

To date, no status report has been filed regarding the January 19, 2023, mediation. Accordingly, the parties are **ORDERED** to file a status report on or before **February 6, 2023**, stating whether some or all of their claims have been settled.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE

1