# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,**<br><br>**Defendants.** | Case No. 3:20-cv-00451-CEA-DCP<br><br><br><br>**Jury Demand** |

## JOINT REPORT OF FIRST MEDIATION CONFERENCE

COME NOW Plaintiffs SNMP Research, Inc. ("SNMP Research") and SNMP Research International, Inc. ("SNMP Research International") (collectively, "Plaintiffs") and Defendants Extreme Networks, Inc. ("Extreme"), Broadcom Inc., and Brocade Communications Systems LLC (collectively, "Broadcom/Brocade") by the undersigned counsel and submit this joint report of the parties' first mediation conference pursuant to the Court's September 26, 2022 Order [Doc. 206] (the "September 26, 2022 Order").

The parties hereby report to the Court as follows:

The parties agreed upon a mediator, the Hon J. Gandhi, and conducted their first two days of mediation on January 19 and 20, 2023, in person in Nashville, Tennessee. After two full days of mediation, the parties were unable to resolve any of the claims in this matter. The parties further report that they conducted, remotely, three additional days of mediation on January 24-26. Plaintiffs and Broadcom/Brocade continued to mediate through January 30. Plaintiffs were able to reach a settlement with Broadcom/Brocade that still needs to be documented. No settlement

was reached with Extreme. The parties' mediation is now complete. The Court may contact Judge Gandhi for additional information if desired (contact information listed on JAMS' website, https://www.jamsadr.com/gandhi/, and can be provided by the parties).

Respectfully submitted this 1st day of February 2023.

*/s/ Cheryl G. Rice*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
 & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com
oweber@irell.com
*Attorneys for Plaintiffs*
*SNMP RESEARCH INTERNATIONAL, INC. and*
*SNMP RESEARCH, INC.*

*/s/ Alison Plessman*
Alison Plessman (CA Bar No.250631)
HUESTON HENNIGAN LLP
*Attorneys for Defendants*
*Broadcom, Inc.*
*Brocade Communications Systems LLC*

*/s/ John M. Neukom*
John M. Neukom (CA Bar No. 275887*)*
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com (415) 738-5700

Leslie A. Demers (NY Bar No. 5261904)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
leslie.demers@skadden.com

*Attorneys for Defendant Extreme Networks, Inc.*

2292786v4