UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc. et al.

    Plaintiff,

v.

Broadcom Inc. et al.

    Defendant.

Receipt # 300001287

Case No. 3:20-cv-00451

FILED
FEB 23 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Extreme Networks, Inc.

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California and Texas

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the DISTRICT court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 14, 2023

_____
(Signature–hand signed)

Name: Barbara Barath
Firm: Debevoise & Plimpton LLP
Address: 650 California Street, San Francisco, California 94108

Email address: bnbarath@debevoise.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Barbara Nora Barath

Bar Number 268146

was duly admitted to practice in this Court on April 12, 2010, and is in good standing as a member of the bar of this Court.



Signed on February 16, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court