# EXHIBIT C

# 2001 EXTREME AGREEMENT

**PLACEHOLDER PAGE FOR DOCUMENT SOUGHT TO BE FILED UNDER SEAL**