# EXHIBIT E

## November 20, 2015 Email

**PLACEHOLDER PAGE FOR DOCUMENT SOUGHT TO BE FILED UNDER SEAL**