UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



FILED
MAR 07 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SNMP Research, Inc., et al.

    Plaintiff,

v.

Broadcom Inc., et al.

    Defendant.

Case No. 3:20-cv-00451-CEA-DCP

Receipt # 300001362

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Extreme Networks, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02/24/2023

_____
(Signature–hand signed)

Name: Anthony P. Biondo
Firm: Skadden, Arps, Slate, Meagher & Flom LLP
Address:
    One Manhattan West, New York, New York 10001

Email address: anthony.biondo@skadden.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ANTHONY  PETER  BIONDO_____, Bar # _____AB0235_____

was duly admitted to practice in the Court on

_____January 16, 2018_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  _____February 23, 2023_____
New York, New York

_____Ruby J. Krajick_____    By    _____s/ S. Gonzalez_____
Clerk of Court                                Deputy Clerk