UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE


FILED
MAR 07 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SNMP Research, Inc., et al.

    Plaintiff,

v.

Broadcom Inc., et al.

    Defendant.

Case No. 3:20-cv-00451-CEA-DCP

Receipt # 300001362

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Extreme Networks, Inc. ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  New York

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2·24·2023 _____
(Signature–hand signed)

Name: Christopher J. Coulson
Firm: Skadden, Arps, Slate, Meagher & Flom LLP
Address:

  One Manhattan West, New York, New York 10001

Email address: chris.coulson@skadden.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__CHRISTOPHER JUSTIN COULSON__, Bar # __CC3448__

was duly admitted to practice in the Court on

__April 11, 2014__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __February 23, 2023__
New York, New York

__Ruby J. Krajick__   By   __s/ S. Gonzalez__
Clerk of Court              Deputy Clerk