UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**FILED** MAR 07 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Receipt # 300001362

SNMP Research, Inc., et al.

    Plaintiff,

v.

Broadcom Inc., et al.

    Defendant.

Case No. 3:20-cv-00451-CEA-DCP

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Extreme Networks, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    New York

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/24/2023

_____
(Signature–hand signed)

Name: Ryan P. Bisaillon
Firm: Skadden, Arps, Slate, Meagher & Flom LLP
Address:

    One Manhattan West, New York, New York 10001

Email address: ryan.bisaillon@skadden.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, **Brenna B. Mahoney**, Clerk of this Court,

certify that **Ryan Bisaillon**, Bar # **5784764**,

was duly admitted to practice in this Court on **01/21/2022**, and is in good standing as a member of the Bar of this Court.

Dated at **Central Islip** on **02/22/2023**
(Location) (Date)

Brenna B. Mahoney
*CLERK OF COURT*

*Kristiny Santana*
Kristiny Santana, *DEPUTY CLERK*