Barbara Barath
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108

FILED
MAR 13 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## Notice of Electronic Filing

The following transaction was entered on 2/23/2023 at 4:20 PM EST and filed on 2/23/2023
**Case Name:** SNMP Research, Inc. et al v. Broadcom Inc. et al
**Case Number:** 3:20-cv-00451-CEA-DCP
**Filer:**
**Document Number:** 240(No document attached)

**Docket Text:**
ORDER granting [239] Motion for Leave to Appear Pro Hac Vice. You MUST register as an E-Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. Signed by Magistrate Judge Debra C. Poplin on 2/23/2023. (This entry constitutes the complete Order of the Court.) (AGA)

