EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

3:20-cv-451
Doc. 241 + 242

RECEIVED
MAR 14 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

neopost
02/28/2023
US POSTAGE $00.80⁰
FIRST-CLASS MAIL
ZIP 37402
041L11216606

Barbara Barath
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108

NIXIE      958  DE 1        0003/10/23
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 37402225984        *1647-05678-28-46

Case 3:20-cv-00451-CEA-DCP   Document 255   Filed 03/14/23   Page 1 of 1   PageID #: 12553