# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-cv-00451-CEA-DCP ) |
| BROADCOM INC., BROCADE COMMUNICATIONS SYSTEMS LLC and EXTREME NETWORKS, INC. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Come now J. Chadwick Hatmaker and Kaitlyn E. Hutcherson and file this Notice of Appearance as co-counsel on behalf of Extreme Networks, Inc. Please enter said appearance into the record in the above-referenced case and provide copies of all pleadings, notices, orders and other documents to counsel at the email addresses listed in their signature block.

Respectfully submitted this 16th day of March, 2023.

**WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PPLC**

s/ *J. Chadwick Hatmaker*
J. Chadwick Hatmaker, BPR# 018693
Kaitlyn E. Hutcherson, BPR# 035188

Post Office Box 900
Knoxville, Tennessee 37901-0900
Tel: (865) 215-1000
Fax: (865) 215-1001
chatmaker@wmbac.com
khutcherson@wmbac.com

*Attorneys for Defendant Extreme Networks, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on March 16, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

       s/ *J. Chadwick Hatmaker*
       J. Chadwick Hatmaker, BPR 018693

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000