IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM INC.,<br>BROCADE COMMUNICATIONS SYSTEMS LLC<br>and EXTREME NETWORKS, INC.<br><br>Defendants. | No. 3:20-cv-00451-CEA-DCP |

## NOTICE OF APPEARANCE

Comes now Kaitlyn E. Hutcherson and files this Notice of Appearance as co-counsel on behalf of Extreme Networks, Inc. Please enter said appearance into the record in the above-referenced case and provide copies of all pleadings, notices, orders and other documents to counsel at the email address listed in the signature block.

Respectfully submitted this 16th day of March, 2023.

                                                **WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PPLC**

                                                *s/ Kaitlyn E. Hutcherson*
                                                J. Chadwick Hatmaker, BPR# 018693
                                                Kaitlyn E. Hutcherson, BPR# 035188

                                                Post Office Box 900
                                                Knoxville, Tennessee 37901-0900
                                                Tel: (865) 215-1000
                                                Fax: (865) 215-1001
                                                chatmaker@wmbac.com
                                                khutcherson@wmbac.com

                                                *Attorneys for Defendant Extreme Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/    Kaitlyn E. Hutcherson*
Kaitlyn E. Hutcherson, BPR# 035188

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000