IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,

    Plaintiffs,

v.

BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.,

    Defendants.

Case No. 3:20-cv-00451-CEA-DCP

U.S. District Judge Charles E. Atchley

---

## DEFENDANT EXTREME NETWORKS, INC.'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Extreme Networks, Inc. ("Extreme") respectfully moves this Court to dismiss certain claims of Plaintiffs SNMP Research, Inc. and SNMP International, Inc.'s (collectively, "SNMPR") Amended Complaint (ECF No. 244) (the "FAC"), pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Extreme states as follows:

1. Any claims in the FAC for copyright infringement damages that are predicated on acts that occurred more than three years before SNMPR filed suit (*i.e.*, before October 26, 2017) must be dismissed for failure to state a claim upon which relief may be granted;

2. Any claims in the FAC for breach of Section 16 of the license agreement between Extreme and SNMPR dated October 22, 2001 (the "Legacy Agreement") must be dismissed for failure to state a claim upon which relief may be granted;

3. Any claims in the FAC seeking the 1.5% rate, compounded monthly, listed in Section 24 of the Legacy Agreement must be dismissed for failure to state a claim upon which

relief may be granted because that rate is usurious under Tennessee law (*see* Tenn. Code Ann. §§ 47-14-103(2), 47-14-110) and unenforceable as against public policy;

    4. The claim for fraud in the FAC must be dismissed for failure to state a claim upon which relief may be granted because it is barred by the economic loss doctrine;

    5. In further support of this motion, Extreme submits and relies upon the following documents filed contemporaneously herewith:

    (a) Extreme's accompanying Memorandum of Law; and

    (b) the Declaration of Leslie A. Demers and accompanying exhibits; and

    6. Extreme requests oral argument on this motion at the Court's earliest convenience.

## **CERTIFICATION**

In accordance with the Court's Order (ECF No. 10), Extreme hereby certifies that on March 15, 2023, the parties met and conferred to determine whether an amendment could cure what Defendants believe is a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment.

DATED:     March 16, 2023
           New York, New York

                                            Respectfully Submitted,

                                            */s/ Leslie A. Demers*

J. Chadwick Hatmaker, BPR# 018693           John M. Neukom (*admitted pro hac vice*)
Kaitlyn E. Hutcherson, BPR# 035188          Barbara N. Barath (*admitted pro hac vice*)
WOOLFE, MCLANE, BRIGHT,                     DEBEVOISE & PLIMPTON LLP
  ALLEN & CARPENTER, PLLC                   650 California Street
Post Office Box 900                         San Francisco, California 94108
Knoxville, Tennessee 37901-0900             jneukom@debevoise.com
Tel: (865) 215-1000                         bnbarath@debevoise.com
Fax: (865) 215-1001                         (415) 738-5700
chatmaker@wmbac.com
khutcherson@wmbac.com                       Leslie A. Demers (*admitted pro hac vice*)
                                            Chris J. Coulson (*admitted pro hac vice*)
                                            Anthony P. Biondo (*admitted pro hac vice*)
                                            Ryan P. Bisaillon (*admitted pro hac vice*)
                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
                                            One Manhattan West
                                            New York, New York 10001
                                            leslie.demers@skadden.com
                                            chris.coulson@skadden.com
                                            anthony.biondo@skadden.com
                                            ryan.bisaillon@skadden.com
                                            (212) 735-3000

                                            *Attorneys for Extreme Networks, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that Extreme Networks, Inc.'s Motion to Dismiss the Amended Complaint, is being served on all counsel of record in the above-captioned litigation via electronic filing and email on this 16th day of March, 2023.

                  */s/ Leslie A. Demers*