IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

-------------------------------------------------------------- x
                                                               :
SNMP RESEARCH, INC. and SNMP                                   :    Case No. 3:20-cv-00451-CEA-DCP
RESEARCH INTERNATIONAL, INC.,                                  :
                                                               :    U.S. District Judge Charles E. Atchley
                              Plaintiffs,                      :
                                                               :
                    v.                                         :
                                                               :
BROADCOM INC.; BROCADE                                         :
COMMUNICATIONS SYSTEMS LLC; and                                :
EXTREME NETWORKS, INC.,                                        :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- x

# DECLARATION OF LESLIE A. DEMERS
# IN SUPPORT OF EXTREME NETWORKS, INC.'S
# MOTION TO DISMISS THE AMENDED COMPLAINT

I, Leslie A. Demers, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for defendant Extreme Networks, Inc. ("Extreme") in this action. I am a member of good standing of the State Bar of New York and have been admitted *pro hac vice* to this Court. I have personal knowledge of the facts set forth in this Declaration and can and will testify thereto under oath if called to do so.

2. I submit this declaration to transmit to the Court the attached exhibits in support of Extreme's Motion to Dismiss the Amended Complaint.

3. Attached as **Exhibit 1** is a true and correct excerpt of a screenshot of the Tennessee Department of Financial Institutions' "Historical Listing of Formula Rates" webpage captured on March 16, 2023, available at https://www.tn.gov/tdfi/tdfi-how-do-i/info/formula-rate/formula-rate-history.html.

4.     Attached as **Exhibit 2** is a true and correct excerpt of a License Agreement by and between Extreme and SNMP Research International, Inc., showing a Software Service Agreement dated October 16, 2001 that was attached to the License Agreement. The full document was produced by Extreme bearing Bates numbers EXTREME-00698985 to EXTREME-00699005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2023 in New York, New York.

*/s/ Leslie A. Demers*
Leslie A. Demers