# Exhibit 1



Search Financial Institutions

☰ Section

# Historical Listing of Formula Rates

As Determined Pursuant to T.C.A. §47-14-105

| Effective Date | Bank Prime Loan Rate | Formula Rate |
|---|---|---|
| 3/14/2023 | 7.75 | 11.75 |
| 3/7/2023 | 7.75 | 11.75 |
| 2/28/2023 | 7.75 | 11.75 |
| 2/22/2023 | 7.75 | 11.75 |
| 2/14/2023 | 7.75 | 11.75 |
| 2/7/2023 | 7.60 | 11.60 |
| 1/31/2023 | 7.5 | 11.50 |
| 1/24/2023 | 7.5 | 11.50 |
| 1/18/2023 | 7.5 | 11.50 |
| 1/10/2023 | 7.5 | 11.50 |
| 1/4/2023 | 7.5 | 11.50 |
| 12/28/2022 | 7.50 | 11.50 |
| 12/20/2022 | 7.20 | 11.20 |
| 12/13/2022 | 7.00 | 11.00 |
| 12/6/2022 | 7.00 | 11.00 |
| 11/29/2022 | 7.00 | 11.00 |
| 11/22/2022 | 7.00 | 11.00 |
| 11/15/2022 | 7.00 | 11.00 |
| 11/8/2022 | 6.55 | 10.55 |
| 11/1/2022 | 6.25 | 10.25 |

| Date | Rate 1 | Rate 2 |
|---|---|---|
| 7/15/2003 | 4.04 | 8.04 |
| 7/8/2003 | 4.25 | 8.25 |
| 11/19/2002 | 4.75 | 8.75 |
| 12/27/2001 | 4.96 | 8.96 |
| 12/18/2001 | 5.00 | 9.00 |
| 11/20/2001 | 5.43 | 9.43 |
| 11/14/2001 | 5.50 | 9.50 |
| 10/16/2001 | 5.93 | 9.93 |
| 10/10/2001 | 6.00 | 10.00 |
| 10/2/2001 | 6.36 | 10.36 |
| 9/25/2001 | 6.50 | 10.50 |
| 9/5/2001 | 6.71 | 10.71 |
| 8/28/2001 | 6.75 | 10.75 |
| 7/10/2001 | 7.00 | 11.00 |
| 5/30/2001 | 7.43 | 11.43 |
| 5/22/2001 | 7.50 | 11.50 |
| 5/1/2001 | 8.00 | 12.00 |
| 4/3/2001 | 8.43 | 12.43 |
| 3/27/2001 | 8.50 | 12.50 |
| 2/13/2001 | 9.00 | 13.00 |
| 1/17/2001 | 9.50 | 13.50 |
| 5/31/2000 | 9.07 | 13.07 |
| 5/23/2000 | 9.00 | 13.00 |
| 4/4/2000 | 8.79 | 12.79 |
| 3/28/2000 | 8.75 | 12.75 |
| 2/15/2000 | 8.5 | 12.5 |
| 11/30/1999 | 8.29 | 12.29 |
| 11/23/1999 | 8.25 | 12.25 |
| 9/8/1999 | 8.04 | 12.04 |
| 8/31/1999 | 8.00 | 12.00 |
| 7/13/1999 | 7.75 | 11.75 |
| 11/30/1998 | 7.96 | 11.96 |
| 11/23/1998 | 8.00 | 12.00 |
| 11/2/1998 | 8.04 | 12.04 |
| 10/26/1998 | 8.25 | 12.25 |
| 10/13/1998 | 8.46 | 12.46 |
| 10/5/1998 | 8.50 | 12.50 |
| 4/7/1997 | 8.25 | 12.25 |
| 3/10/1997 | 8.25 | 12.25 |
| 2/12/1996 | 8.50 | 12.50 |
| 1/2/1996 | 8.71 | 12.71 |
| 12/26/1995 | 8.75 | 12.75 |
| 7/24/1995 | 8.79 | 12.79 |
| 7/17/1995 | 9.00 | 13.00 |
| 2/13/1995 | 8.57 | 12.57 |
| 2/6/1995 | 8.50 | 12.50 |
| 11/28/1994 | 7.96 | 11.96 |
| 11/21/1994 | 7.75 | 11.75 |
| 8/29/1994 | 7.39 | 11.39 |
| 8/22/1994 | 7.25 | 11.25 |
| 5/31/1994 | 6.89 | 10.89 |

| Date | Rate | Ceiling |
|---|---|---|
| 5/23/1994 | 6.75 | 10.75 |
| 5/2/1994 | 6.39 | 10.39 |
| 4/25/1994 | 6.25 | 10.25 |
| 4/4/1994 | 6.00 | 10.00 |
| 7/13/1992 | 6.5 | 10.5 |
| 12/24/1991 | 7.5 | 11.5 |
| 11/19/1991 | 8.00 | 12.00 |
| 11/7/1991 | 8.00 | 12.00 |
| 9/24/1991 | 8.50 | 12.50 |
| 5/14/1991 | 8.93 | 12.93 |
| 5/7/1991 | 9.00 | 13.00 |
| 2/20/1991 | 9.29 | 13.29 |
| 2/12/1991 | 9.50 | 13.50 |
| 1/15/1991 | 9.93 | 13.93 |
| 1/8/1991 | 10.00 | 14.00 |
| 1/22/1991 | 10.29 | 14.29 |
| 1/16/1990 | 10.50 | 14.50 |
| 8/14/1989 | 10.79 | 14.79 |
| 8/7/1989 | 11.00 | 15.00 |
| 6/19/1989 | 11.29 | 15.29 |
| 6/12/1989 | | |

## Social Media



## Contact Us

## Interest Rates

## Legal

## Quick Links

**Department of Financial Institutions**

Greg Gonzales

*312 Rosa L. Parks Avenue, 13th Floor*
*Nashville, TN 37243*
*(615) 741-2236*

[TDFI.Contact@tn.gov](mailto:TDFI.Contact@tn.gov)



Flag Status: Full Staff    Chat

Help    Translate    Font Size

