```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
```

------------------------------------------------------------ x
                                                 :

SNMP RESEARCH, INC. and SNMP         :    Case No. 3:20-cv-00451-CEA-DCP
RESEARCH INTERNATIONAL, INC.,     :
                                                 :    U.S. District Judge Charles E. Atchley
                Plaintiffs,             :
                                               :
                      v.                      :
                                               :
BROADCOM INC.; BROCADE               :
COMMUNICATIONS SYSTEMS LLC; and  :
EXTREME NETWORKS, INC.,               :
                                               :
                Defendants.           :
------------------------------------------------------------ x

### EXTREME NETWORKS, INC.'S MOTION FOR LEAVE
### TO FILE DOCUMENTS UNDER SEAL

       Extreme Networks, Inc. ("Extreme"), by and through its counsel, pursuant to Federal Rule of Procedure 5.2, Local Rule 26.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information (ECF No. 11) ("Sealing Order"), seeks leave of this Court to submit its Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint (the "Memorandum of Law") in redacted form, and to file Exhibit 2 to the Declaration of Leslie A. Demers in Support of Extreme's Motion to Dismiss the Amended Complaint ("Exhibit 2 to the Demers Declaration") under seal.

       Extreme moves for leave to file a redacted version of the Memorandum of Law because pages i, 1-4, 10-19, and 23-24 of the Memorandum of Law contain information that Plaintiffs have maintained is confidential, including: (1) quotations from a license agreement that Plaintiffs have filed entirely under seal; (2) information pertaining to Plaintiffs' pricing; and (3) information reflecting financial elements of Plaintiffs' licensing terms.

Extreme moves to file Exhibit 2 to the Demers Declaration, excerpts of the Software Service Agreement dated October 16, 2001 by and between Extreme and Plaintiffs, under seal in its entirety because the excerpted portions of this agreement reflected in Exhibit 2 disclose Plaintiffs' licensing terms and conditions, and consist of information that is substantially similar to information that Plaintiffs have maintained to be confidential and have sought to seal in the past.

Extreme is not filing this Motion because of an independent reason to request that the information be sealed, and Extreme is mindful of the Court's guidance that "[t]he parties are strongly encouraged to be very selective in the information they seek to seal." (ECF No. 81 at 3.) Extreme is filing this Motion in an abundance of caution because Plaintiffs have sought to seal the same and similar agreements and related information in the past (*see* ECF Nos. 2, 3, 50, 51-3, 223, 224-2, 245), and the Court has previously granted those motions. (*See* ECF Nos. 89, 227, 247).

Pursuant to Local Rule 26.2 and the Court's Sealing Order, Extreme is publicly filing a redacted version of the Memorandum of Law as Exhibit A to this Motion, and a fully redacted version of Exhibit 2 to the Demers Declaration as Exhibit B to this Motion. Additionally, as required by the Sealing Order, unredacted versions of the Memorandum of Law and Exhibit 2 to the Demers Declaration are being filed under seal, with the portions of the Memorandum of Law proposed to be redacted highlighted. The undersigned certify that unredacted versions of the papers sought to be filed under seal are being served on counsel for Plaintiffs by email.

WHEREFORE, Extreme respectfully requests that this Court grant its motion and seal the redacted portions of the Memorandum of Law.

DATED:	March 16, 2023
	New York, New York

										Respectfully Submitted,

J. Chadwick Hatmaker, BPR# 018693				/s/ Leslie A. Demers
Kaitlyn E. Hutcherson, BPR# 035188
WOOLFE, MCLANE, BRIGHT,					John M. Neukom (*admitted pro hac vice*)
  ALLEN & CARPENTER, PLLC				Barbara N. Barath (*admitted pro hac vice*)
Post Office Box 900						DEBEVOISE & PLIMPTON LLP
Knoxville, Tennessee 37901-0900				650 California Street
Tel: (865) 215-1000						San Francisco, California 94108
Fax: (865) 215-1001						jneukom@debevoise.com
chatmaker@wmbac.com						bnbarath@debevoise.com
khutcherson@wmbac.com					(415) 738-5700

										Leslie A. Demers (*admitted pro hac vice*)
										Chris J. Coulson (*admitted pro hac vice*)
										Anthony P. Biondo (*admitted pro hac vice*)
										Ryan P. Bisaillon (*admitted pro hac vice*)
										SKADDEN, ARPS, SLATE,
										  MEAGHER & FLOM LLP
										One Manhattan West
										New York, New York 10001
										leslie.demers@skadden.com
										chris.coulson@skadden.com
										anthony.biondo@skadden.com
										ryan.bisaillon@skadden.com
										(212) 735-3000

										*Attorneys for Extreme Networks, Inc.*