# Exhibit 7


SNMP-0018344



# Selecting Publication Status



SNMP-0018344

Case 3:20-cv-00451-CEA-DCP   Document 263-10   Filed 03/20/23   Page 4 of 4   PageID #: 12767