# Exhibit 9

# Placeholder Page for Document Sought to Be Filed Under Seal