# Exhibit C

# Exhibit 3

## Placeholder Page for Document Sought to Be Filed Under Seal