# Exhibit D

# Exhibit 9

**<u>Placeholder Page for Document Sought to Be Filed Under Seal</u>**