# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § | **Case No. 3:20-cv-00451-CEA-DCP** |
| **Plaintiffs,** | § § | |
| v. | § § | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | § § § § § | |
| **Defendants.** | § § | |

## NOTICE OF SETTLEMENT

In this cause, came the Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively "SNMP") and Defendants Broadcom Inc. and Brocade Communications Systems LLC (collectively "Broadcom Defendants"), by and through their respective attorneys, and announced to the Court that all matters in controversy between SNMP and the Broadcom Defendants in the above-styled action have been compromised and settled. By agreement of SNMP and the Broadcom Defendants, Notice is hereby given that the parties' Agreed Order of Dismissal, which is attached hereto as an exhibit, is submitted for the Court's consideration.

**Respectfully submitted this the 27th day of March, 2023.**

| | |
|---|---|
| /s/ Cheryl G. Rice<br>John L. Wood, Esq. (BPR #027642)<br>Cheryl G. Rice, Esq. (BPR #021145)<br>Rameen J. Nasrollahi, Esq. (BPR #033458)<br>EGERTON, McAFEE, ARMISTEAD<br>    & DAVIS, P.C.<br>900 S. Gay Street, Suite 1400<br>P.O. Box 2047<br>Knoxville, TN 37902<br>(865) 546-0500 (phone)<br>(865) 525-5293 (facsimile)<br>jwood@emlaw.com<br>crice@emlaw.com<br>rnasrollahi@emlaw.com<br><br>Morgan Chu (CA Bar. No. 70446)<br>David Nimmer (CA Bar. No. 97170)<br>A. Matthew Ashley (CA Bar. No. 198235)<br>Olivia L. Weber (CA Bar. No. 319918)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>(310) 277-1010 (phone)<br>(310) 203-7199 (facsimile)<br>mchu@irell.com<br>dnimmer@irell.com<br>mashley@irell.com<br>oweber@irell.com<br><br>*Attorneys for Plaintiffs*<br>*SNMP RESEARCH INTERNATIONAL, INC. and*<br>*SNMP RESEARCH, INC.* | /s/ Alison Plessman<br>Alison Plessman (CA Bar No.250631)<br>HUESTON HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, California 90014<br>(213) 788-4340 (phone)<br>(888) 775-0898 (facsimile)<br>splessman@heuston.com<br><br>*Attorney for Defendants*<br>*Broadcom, Inc.*<br>*Brocade Communications Systems LLC* |