# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § | **Case No. 3:20-cv-00451-CEA-DCP** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Jury Demand** |
| | § | |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## AGREED ORDER OF DISMISSAL OF DEFENDANTS
## BROADCOM INC. AND BROCADE COMMUNICATIONS SYSTEMS LLC

THIS CAUSE came before the Court on the Notice of Settlement submitted by Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively "Plaintiffs"), and Defendants Broadcom Inc. and Broadcom Communications Systems LLC (collectively "Broadcom Defendants") seeking entry of an Agreed Order dismissing all pending claims against the Broadcom Defendants in this matter.

And it appearing to the Court, upon a review of the record in this matter and consideration of the Notice of Settlement located at Dkt. No. 266 that all matters in controversy between Plaintiffs and the Broadcom Defendants in this action have been compromised and settled, dismissal of Plaintiffs' claims against the Broadcom Defendants is proper. Therefore, it is **ORDERED** that Plaintiffs' claims against Defendants Broadcom Inc. and Brocade Communications Systems LLC shall be and hereby are **DISMISSED WITH PREJUDICE**.

- 1 -

2329381v1

**IT IS SO ORDERED.**

ENTER:

_____
Charles E. Atchley, Jr.
United States District Judge

11184952
2329381v1