# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br> vs. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-cv-00451-CEA-DCP |

## DEFENDANTS BROADCOM INC. AND BROCADE COMMUNICATIONS SYSTEMS LLC'S NOTICE OF WITHDRAWAL OF JOINT MOTION TO DISMISS AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendants Broadcom Inc. and Brocade Communications Systems LLC (together, the "Broadcom Defendants") hereby withdraw their Joint Motion to Dismiss Plaintiffs' Amended Complaint (the "Motion"). (ECF No. 261.) On March 27, 2023, Plaintiffs filed a Notice of Settlement and proposed Agreed Order of Dismissal of Defendants Broadcom Inc. and Brocade Communications Systems LLC, seeking dismissal with prejudice of their causes of action against the Broadcom Defendants. (ECF No. 266.) Therefore, no issues in the Motion remain for the Court to resolve.

Dated: March 27, 2023             HUESTON HENNIGAN LLP

By:   */s/ Alison L. Plessman*
      Alison L. Plessman
      Attorneys for Defendants
      Broadcom Inc. and Brocade
      Communications Systems LLC