UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-451-CEA-DCP |
| BROADCOM INC. *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion for Leave to File Documents Under Seal [Doc. 259], filed by Extreme Networks, Inc. ("Extreme"). Specifically, Extreme seeks to seal its Memorandum of Law in Support of Extreme's Motion to Dismiss the Amended Complaint [Doc. 260] and Exhibit 2 to the Declaration of Leslie Demers ("Memorandum") [Doc. 260-1]. Extreme moves to file these documents under seal based on Plaintiffs' confidential designations. Extreme has filed a redacted version of its Memorandum as [Docs. 258-1 and 259-1].

Plaintiffs responded to the motion [Doc. 269]. Plaintiffs state that quotations from the License Agreements no longer need to be redacted from Extreme's Memorandum. Plaintiffs state that all redactions should be removed except the redactions that Plaintiffs have set forth in their response [See Doc. 269 p. 3]. Plaintiffs request that Exhibit 2 [Doc. 260-1] remain under seal "to protect commercially sensitive financial elements of Plaintiffs' agreements with customers, including commercially sensitive negotiated terms and conditions and pricing" [Doc. 269 p. 4].

In order to maintain an orderly docket and given that Plaintiffs state that not all the redactions are necessary, the Court **DENIES WITHOUT PREJUDICE** Extreme's motion [**Doc. 259**].  Pursuant to ECF Rule 12.2, the Clerk **DIRECTS** the Clerk's Office to **DELETE** [**Docs. 260 and 260-1**] in their entirety because the highlighted portions contained in the Memorandum [Doc. 260] will no longer be consistent with the redactions.  The Court also **STRIKES** Defendant's Motion to Dismiss [**Doc. 258**] and the exhibits thereto [Doc. 258-1 – 258-5] for the same reason.

The parties **SHALL** work together to re-file a redacted version of Defendant's Memorandum consistent with Plaintiffs' proposed redactions [*See* Doc. 269 p. 3].  The parties **SHALL** also file a joint motion to seal the Memorandum and Exhibit 2 to the Declaration of Leslie A. Demers in accordance with the Memorandum and Order Regarding Sealing Confidential Information [Doc. 11].  The parties **SHALL** refile these documents on or before **April 4, 2023**.

    **IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge