Redacted Copy

# Exhibit C

**Source Code Excerpt Submitted with the Copyright Registration Application for NETMON, Associated Applications, and Libraries Version 15**

# NETMON, Associated Applications, and Libraries Version 15

**Copyright © 1998 SNMP Research, Inc.**

This is an unpublished work subject to a confidentiality agreement and is protected by copyright and trade secret law. Unauthorized copying, redistribution or other use of this work is prohibited. The above notice of copyright does not indicate any actual or intended publication.

Pages 3-130 redacted