IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---------------------------------------------------------- x
                                                      :

SNMP RESEARCH, INC. and SNMP
RESEARCH INTERNATIONAL, INC.,

                        Case No. 3:20-cv-00451-CEA-DCP

                Plaintiffs,

                        U.S. District Judge Charles E. Atchley

                  v.

BROADCOM INC.; BROCADE
COMMUNICATIONS SYSTEMS LLC; and
EXTREME NETWORKS, INC.,

                Defendants.

---------------------------------------------------------- x

## DEFENDANT EXTREME NETWORKS, INC.'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

        Defendant Extreme Networks, Inc. ("Extreme") respectfully moves this Court to dismiss certain claims of Plaintiffs SNMP Research, Inc. and SNMP International, Inc.'s (collectively, "SNMPR") Amended Complaint (ECF No. 244) (the "FAC"), pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Extreme states as follows:

        1.      Any claims in the FAC for copyright infringement damages that are predicated on acts that occurred more than three years before SNMPR filed suit (*i.e.*, before October 26, 2017) must be dismissed for failure to state a claim upon which relief may be granted;

        2.      Any claims in the FAC for breach of Section 16 of the license agreement between Extreme and SNMPR dated October 22, 2001 (the "Legacy Agreement") must be dismissed for failure to state a claim upon which relief may be granted;

        3.      Any claims in the FAC seeking the 1.5% rate, compounded monthly, listed in Section 24 of the Legacy Agreement must be dismissed for failure to state a claim upon which

relief may be granted because that rate is usurious under Tennessee law (*see* Tenn. Code Ann. §§ 47-14-103(2), 47-14-110) and unenforceable as against public policy;

    4. The claim for fraud in the FAC must be dismissed for failure to state a claim upon which relief may be granted because it is barred by the economic loss doctrine;

    5. In further support of this motion, Extreme submits and relies upon the following documents filed contemporaneously herewith:

    (a) Extreme's accompanying Memorandum of Law; and

    (b) the Declaration of Leslie A. Demers and accompanying exhibits; and

    6. Extreme requests oral argument on this motion at the Court's earliest convenience.

## **CERTIFICATION**

In accordance with the Court's Order (ECF No. 10), Extreme hereby certifies that on March 15, 2023, the parties met and conferred to determine whether an amendment could cure what Defendants believe is a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment.

2

Case 3:20-cv-00451-CEA-DCP   Document 275   Filed 04/04/23   Page 2 of 4   PageID #: 13159

DATED: March 16, 2023
New York, New York

                                        Respectfully Submitted,

                                        */s/ Leslie A. Demers*

| | |
|---|---|
| J. Chadwick Hatmaker, BPR# 018693 | John M. Neukom (*admitted pro hac vice*) |
| Kaitlyn E. Hutcherson, BPR# 035188 | Barbara N. Barath (*admitted pro hac vice*) |
| WOOLFE, MCLANE, BRIGHT, | DEBEVOISE & PLIMPTON LLP |
|   ALLEN & CARPENTER, PLLC | 650 California Street |
| Post Office Box 900 | San Francisco, California 94108 |
| Knoxville, Tennessee 37901-0900 | jneukom@debevoise.com |
| Tel: (865) 215-1000 | bnbarath@debevoise.com |
| Fax: (865) 215-1001 | (415) 738-5700 |
| chatmaker@wmbac.com | |
| khutcherson@wmbac.com | Leslie A. Demers (*admitted pro hac vice*) |
| | Chris J. Coulson (*admitted pro hac vice*) |
| | Anthony P. Biondo (*admitted pro hac vice*) |
| | Ryan P. Bisaillon (*admitted pro hac vice*) |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| | One Manhattan West |
| | New York, New York 10001 |
| | leslie.demers@skadden.com |
| | chris.coulson@skadden.com |
| | anthony.biondo@skadden.com |
| | ryan.bisaillon@skadden.com |
| | (212) 735-3000 |
| | |
| | *Attorneys for Extreme Networks, Inc.* |

**CERTIFICATE OF SERVICE**

   I hereby certify that Extreme Networks, Inc.'s Motion to Dismiss the Amended Complaint, is being served on all counsel of record in the above-captioned litigation via electronic filing and email on this 16th day of March, 2023.

                    */s/ Leslie A. Demers*