**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., Plaintiffs, v. BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., Defendants. | Case No. 3:20-cv-00451-CEA-DCP<br>U.S. District Judge Charles E. Atchley |

**[PROPOSED] ORDER**

Before this Court is Extreme Networks, Inc.'s Motion to Dismiss the Amended Complaint (the "Motion"). Having considered the parties' briefs, all supporting documents and pleadings of record, and oral argument of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that the following claims from the Amended Complaint be DISMISSED WITH PREJUDICE for the reasons set forth in Extreme Networks, Inc.'s Memorandum of Law in support of the Motion: (1) claims for copyright infringement damages based on purported acts more than three years before the filing of this lawsuit; (2) breach of contract claims seeking entitlement to "all amounts received" by Extreme; (3) claims based on the 1.5 % monthly rate listed in the Legacy Agreement; and (4) the claim for fraud.

IT IS SO ORDERED this ____________ day of ______________________________, 20___.

______________________________________________
THE HONORABLE CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE