# Exhibit B

# Exhibit 2

## Placeholder Page for Document Sought to Be Filed Under Seal