IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------ x
                                                             :
SNMP RESEARCH, INC. and SNMP                                 :   Case No. 3:20-cv-00451-CEA
RESEARCH INTERNATIONAL, INC.,                                :
                                                             :   U.S. District Judge Charles E. Atchley, Jr.
                             Plaintiffs,                     :
                                                             :
              v.                                             :
                                                             :
BROADCOM INC.; BROCADE                                       :
COMMUNICATIONS SYSTEMS LLC; and                              :
EXTREME NETWORKS, INC.,                                      :
                                                             :
                             Defendants.                     :
                                                             :
------------------------------------------------------------ X

## EXTREME NETWORKS, INC.'S MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Extreme Networks, Inc. ("Extreme"), by and through its counsel, pursuant to Federal Rule of Procedure 5.2, Local Rule 26.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information (ECF No. 11) ("Sealing Order"), seeks leave of this Court to submit its Reply Memorandum in Further Support of its Motion to Refer Questions to the Register of Copyrights (the "Reply Memorandum") in redacted form as set forth herein.

Extreme moves for leave to file a redacted version of the Reply Memorandum because pages 1, 9, 13, 15, and 18 of the Reply Memorandum contain information that Plaintiffs have previously maintained is confidential, including Plaintiffs' commercially sensitive financial information and the identity of Plaintiffs' customers who are not parties to this action. (*See* Plaintiffs' Response to Extreme's Motion for Leave to File Documents Under Seal Attached to Motion to Refer to Register of Copyrights, ECF No. 271 at 3-4.)

Extreme is not filing this Motion because of an independent reason to request that the information be sealed, and Extreme is mindful of the Court's guidance that "[t]he parties are strongly encouraged to be very selective in the information they seek to seal." (ECF No. 81 at 3.) Extreme is filing this Motion because Plaintiffs have sought to seal the same and similar information in the past (*see* ECF Nos. 2, 3, 50, 51-3, 223, 224-2, 245, 276), and the Court has previously granted those motions. (*See* ECF Nos. 89, 227, 247, 279.)

Pursuant to Local Rule 26.2 and the Court's Sealing Order, Extreme is publicly filing a redacted version of the Reply Memorandum as Exhibit A to this Motion. Additionally, as required by the Sealing Order, an unredacted version of the Reply Memorandum is being filed under seal with the portions of the Reply Memorandum proposed to be redacted highlighted. The undersigned certifies that unredacted versions of the papers sought to be filed under seal are being served on counsel for Plaintiffs by email.

WHEREFORE, Extreme respectfully requests that this Court grant its motion and seal the redacted portions of the Reply Memorandum.

DATED:    April 10, 2023
                New York, New York

Respectfully Submitted,

*/s/ Leslie A. Demers*

| | |
|---|---|
| J. Chadwick Hatmaker, BPR# 018693 | John M. Neukom (*admitted pro hac vice*) |
| Kaitlyn E. Hutcherson, BPR# 035188 | Barbara N. Barath (*admitted pro hac vice*) |
| WOOLFE, MCLANE, BRIGHT, | DEBEVOISE & PLIMPTON LLP |
|   ALLEN & CARPENTER, PLLC | 650 California Street |
| Post Office Box 900 | San Francisco, California 94108 |
| Knoxville, Tennessee 37901-0900 | jneukom@debevoise.com |
| Tel: (865) 215-1000 | bnbarath@debevoise.com |
| Fax: (865) 215-1001 | (415) 738-5700 |
| chatmaker@wmbac.com | |
| khutcherson@wmbac.com | Leslie A. Demers (*admitted pro hac vice*) |
| | Chris J. Coulson (*admitted pro hac vice*) |

Anthony P. Biondo (*admitted pro hac vice*)
Ryan P. Bisaillon (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
chris.coulson@skadden.com
anthony.biondo@skadden.com
ryan.bisaillon@skadden.com
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*