IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---------------------------------------------------------- x
: 
SNMP RESEARCH, INC. and SNMP : Case No. 3:20-cv-00451-CEA-DCP
RESEARCH INTERNATIONAL, INC., :
: U.S. District Judge Charles E. Atchley
Plaintiffs, :
:
v. :
:
BROADCOM INC.; BROCADE :
COMMUNICATIONS SYSTEMS LLC; and :
EXTREME NETWORKS, INC., :
:
Defendants. :
---------------------------------------------------------- x

# JOINT MOTION FOR LEAVE
# TO FILE DOCUMENTS UNDER SEAL

Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") and Defendant Extreme Networks, Inc. ("Extreme," collectively, "the parties"), by and through their counsel, pursuant to Federal Rule of Procedure 5.2, Local Rule 26.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information (ECF No. 11) ("Sealing Order"), jointly seek leave of this Court to submit Extreme's Reply Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint (the "Reply Memorandum") in redacted form as set forth herein.

The parties[1] move jointly for leave to file a redacted version of the Reply Memorandum because pages i, 1, 2, 16-20, and 22 of the Reply Memorandum contain financial and pricing information that Plaintiffs have maintained is commercially sensitive and should remain

---

[1] Extreme does not have an independent reason to request that the Reply Memorandum be sealed, but joins in the instant request insofar as Plaintiffs have maintained that the Reply Memorandum contains commercially sensitive information.

confidential, including pricing terms and conditions negotiated between Plaintiffs and Plaintiffs' customers.

The parties continue to be mindful of the Court's instruction to be "very selective in the information they seek to seal." (ECF No. 81 at 3.) Here, Plaintiffs have sought to seal the same and similar agreements and related information in the past (*see* ECF Nos. 2, 3, 50, 51-3, 223, 224-2, 245, 276), and the Court has previously granted those motions. (*See* ECF Nos. 89, 227, 247, 279.)

Pursuant to Local Rule 26.2 and the Court's Sealing Order, the parties are publicly filing a redacted version of the Reply Memorandum as Exhibit A to this Motion. Additionally, as required by the Sealing Order, an unredacted version of the Reply Memorandum is being filed under seal, with the portions of the Reply Memorandum proposed to be redacted highlighted.

WHEREFORE, the parties respectfully request that the Court grant this Motion and seal the redacted portions of the Reply Memorandum.

DATED:    April 13, 2023
                New York, New York    Respectfully Submitted,

| */s/ John L. Wood* | */s/ Leslie A. Demers* |
|---|---|
| John L. Wood, Esq. (BPR #027642) | J. Chadwick Hatmaker, BPR# 018693 |
| Cheryl G. Rice, Esq. (BPR #021145) | Kaitlyn E. Hutcherson, BPR# 035188 |
| Rameen J. Nasrollahi, Esq. (BPR #033458) | WOOLFE, MCLANE, BRIGHT, |
| EGERTON, McAFEE, ARMISTEAD & |   ALLEN & CARPENTER, PLLC |
| DAVIS, P.C. | Post Office Box 900 |
| 900 S. Gay Street, Suite 1400 | Knoxville, Tennessee 37901-0900 |
| P.O. Box 2047 | Tel: (865) 215-1000 |
| Knoxville, TN 37902 | Fax: (865) 215-1001 |
| (865) 546-0500 (phone) | chatmaker@wmbac.com |
| (865) 525-5293 (facsimile) | khutcherson@wmbac.com |

jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
Olivia Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*

John M. Neukom (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
bnbarath@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
Chris J. Coulson (*admitted pro hac vice*)
Anthony P. Biondo (*admitted pro hac vice*)
Ryan P. Bisaillon (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
chris.coulson@skadden.com
anthony.biondo@skadden.com
ryan.bisaillon@skadden.com
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*