# Exhibit 2

COMPENDIUM II

COMPENDIUM

OF

COPYRIGHT OFFICE PRACTICES

Under the Copyright Law Which
Became Fully Effective on
January 1, 1978, Including
Title 17 of the United States
Code and Amendments Thereto

COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
WASHINGTON, D. C. 20559

1984

Case 3:20-cv-00451-CEA-DCP   Document 293-4   Filed 04/14/23   Page 2 of 3   PageID #: 13704

| | | |
|---|---|---|
| 320 | | Machine-readable works. |
| | 320.01 | Literary works embodied in machine-readable form. |
| 321 | | Computer programs. |
| | 321.01 | Source code. |
| | 321.02 | Object code. |
| | 321.03 | Relationship between source code and object code. |
| 322 | | Copyrightable subject matter. |
| 323 | | Derivative computer programs. |
| | 323.01 | Registrability of a derivative computer program. |
| 324 | | Deposit for registration: identifying material. |
| | 324.01 | Title on identifying material. |
| | 324.02 | Notice on identifying material. |
| | 324.03 | Source code as best deposit. |
| | 324.04 | Rule of doubt. |
| | 324.05 | Special relief. |
| | 324.06 | Specific deposit examples. |
| 325 | | Completing the application form. |
| | 325.01 | Asserting a claim in a derivative computer program. |
| | 325.02 | Nature of authorship and extent of claim. |
| 326 | | Glossary of terms. |
| 327 | | Instructional booklets, flowcharts, and the like. |
| 328 | | Automated data bases. |

[1984]