# Exhibit 7


Case 3:20-cv-00451-CEA-DCP   Document 293-9   Filed 04/14/23   Page 2 of 4   PageID #: 13723

SNMP-0018344



Case 3:20-cv-00451-CEA-DCP   Document 293-9   Filed 04/14/23   Page 3 of 4   PageID #: 13724

SNMP-0018355



SNMP-0018344

Case 3:20-cv-00451-CEA-DCP   Document 293-9   Filed 04/14/23   Page 4 of 4   PageID #: 13725