# Exhibit 8



# UNITED STATES COPYRIGHT OFFICE
# Form CO · Instructions

## Use this form to register a

- Literary work
- Visual arts work
- Performing arts work
- Motion picture or other audiovisual work
- Sound recording
- Single serial issue

## Before you register your work

Review the appropriate circulars on the Copyright Office website, www.copyright.gov, for detailed information about how to register particular types of works and the requirements for what copy or copies of your work to send. Also, consider using the electronic Copyright Office (eCO) for faster service and a lower filing fee.

## What may be included

The following may be included in one registration on Form CO:

- **Unpublished works:** works by the same author(s) and owned by the same copyright claimant(s), organized in a collection under a collection title.
- **Published works:** works published in a single unit of publication and owned by the same copyright claimant.

## What to send

1 Completed and signed application
2 $50 filing fee payable to *Register of Copyrights*
3 Deposit—the required copy or copies of your work
   - *Unpublished works:* one complete copy.
   - *Published works:* generally, two complete copies of the "best edition." There are exceptions for certain types of works. See Circular 1, *Copyright Basics*, for details.

To avoid damage to your deposit from Library security measures, please package the following items in boxes rather than envelopes for mailing to the Copyright Office:
- electronic media such as audiocassettes, videocassettes, CDs, and DVDs
- microform
- photographs
- slick advertisements and color photocopies

Also please note that CDs packaged in standard full-sized jewel boxes are more likely to survive the mail irradiation process than those packaged in slim-line cases.

Send all three elements in the same envelope or package to:

Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-****

Use the appropriate four-digit zip code extension to expedite the processing of your claim. In place of ****, use the following:

Literary work: -6222
Visual arts work: -6211
Performing arts work: -6233
Motion picture/AV work: -6238
Sound recording: -6237
Serial issue: -6226

## How to use this 2D barcode form

- Complete this form online and then print it out. Do not attempt to print out a blank form. (Form CO is available only online.)
- Print out a second copy for your records. Do not save the form online.
- *Never alter the form by hand after you print it out.* The information you enter is stored in the barcodes on the form. If you submit a hand altered form, you will be charged the higher fee for paper filing.
- If you want to make more than one registration with similar information, keep the form open after you print it; then make the necessary changes and print that version. Repeat as needed. Once you close the form, all the information entered will be lost.
- Both single- and double-sided printing is acceptable.
- *Important printer information:* To achieve best results, use a laser printer. Inkjet printer copies require enlarging if you use the shrink-to-fit-page option. Dot-matrix printer copies are not acceptable.

Case 3:20-cv-00451-CEA-DCP   Document 293-10   Filed 04/14/23   Page 2 of 6   PageID #: 13727

SNMP-0018400

# Line-by-line Instructions     *indicates required fields.     **indicates required alternate fields (one of two required).

## Section 1 - Work Being Registered

**1A*** *Type of work being registered* · Check the appropriate box. If your work contains more than one type of authorship, choose the type for the predominant authorship in the work.

**1B*** *Title of work* · Give only one title in this space. To enter an additional title(s), such as titles of individual works in an unpublished collection or works owned by the same claimant in a single unit of publication, click the "additional title" button. Repeat as needed, up to a maximum of 50 titles. (For a registration with more than 50 titles, file electronically or request the appropriate paper application with continuation sheets by mail. See also 1D and 1I below. Give the complete title exactly as it appears on the copy. If there is no title on the copy, give an identifying phrase to serve as the title or state "untitled." Use standard title capitalization without quotation marks; for example, The Old Man and the Sea.

**1C** *Serial issue* · For serials only, give the required information. **NOTE:** For copyright registration purposes, a serial is a work issued or intended to be issued in successive parts bearing numerical or chronological designations and intended to be continued indefinitely. The classification "serial" includes periodicals, newspapers, magazines, bulletins, newsletters, annuals, journals, proceedings of societies, and other similar works. Enter the ISSN (International Standard Serial Number) without dashes. The Copyright Office does not assign these numbers. For information on obtaining an ISSN, go to *www.loc.gov/issn/*.

**1D** *Previous or alternative title* · If the work is known by another title, give that title here.

**1E*** *Year of completion* · Give the year in which creation of *the work you are submitting* was completed. Do not give a year for earlier or later versions. If the work has been published, the year of completion cannot be later than the year of first publication.

**1F–1H** *Date of publication* · Give the complete date, in mm/dd/yyyy format, on which the work was first published. Do not give a date that is in the future. **NOTE:** Leave this line blank if the work is unpublished. "Publication" is the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership or by rental, lease, or lending. The offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display constitutes publication. A public performance or display of a work does not of itself constitute publication. 17 U.S.C. § 101.

**1G.** *ISBN* · Give the International Standard Book Number (ISBN), if one has been assigned to this work, without dashes. The Copyright Office does not assign these numbers. For information on obtaining an ISBN, contact R.R. Bowker at *www.bowker.com*.

**1H** *Nation of publication* · Give the nation where the work was first published. Check "United States" in any of the following circumstances: (1) if the work was first published in the United States; (2) if the work was first published simultaneously in the United States and another country; or (3) if the work was first published in another country that is not a "treaty party," and published in the United States within 30 days of first publication. A treaty party is a country other than the United States that is a party to an international copyright agreement. Almost all countries of the world are currently treaty parties. See Circular 38a, *International Copyright Relations of the United States*, for more information. **NOTE:** Leave this line blank if the work is unpublished.

**1I** *Published as a contribution in a larger work entitled* · If this work has been published as part of a larger work, enter the title of that larger work in this space. Examples of a work published as part of a larger work include a song on a CD, an article in a magazine, and a poem in an anthology. If the larger work includes a volume, number, and/or issue date, add that information on the lines provided.

## Section 2 - Author Information

**2A**** *Personal name* · Complete line 2A *or* line 2B but not both. The individual who actually created the work is the author except in the case of a "work made for hire," as explained below at 2G. Complete line 2A if the author is an individual. Give the fullest form of the name and skip line 2B.

**2B**** *Organization name* · Complete line 2A *or* line 2B but not both. Complete line 2B only if the work is made for hire and a corporation or organization is the author. "Work made for hire" is explained below at 2G. Give the fullest form of the corporate or organizational name.

**2C** *Doing business as* · You may give the name under which an author does business (doing business as; trading as; sole owner of; also known as).

**2D** *Year of birth* · Give the year the author was born. The year of birth is optional but is very useful as a form of author identification. Many authors have the same name. **NOTE:** If the year of birth is provided, it will be made part of the online public records produced by the Copyright Office and accessible on the Internet. This information cannot be removed later from those public records.

**2E** *Year of death* · This information is required if the author is deceased.

**2F** *Citizenship/domicile* · Check to indicate U.S. citizenship. If the author is a citizen of another country, enter the name of this nation. Alternatively, identify the nation where the author is domiciled (resides permanently).

**2G** *Author's contribution is* · If this line is applicable, check only one box.

- *Made for hire* · Check this box only if the work was made for hire. This means that:

    1. the work, or an author's contribution to the work, is prepared by an employee as a regular part of his or her employment, or

2. a work is specially ordered or commissioned in certain instances: for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, providing the parties agree in writing that the contribution shall be considered a work made for hire. **NOTE:** In this case, name the employer as the author in line 2A or 2B. The employee should not be given. See Circular 9, *Works Made for Hire Under the 1976 Copyright Act*, for more information.

- *Anonymous* · Check this box if no natural person is named as author on copies of the work and the work is not made for hire. In this case, at line 2A, you should either (1) give the author's legal name or (2) state "anonymous" in the "first name" field. Do not leave line 2A blank. If the name is given in line 2A, it will be made part of the online public records produced by the Copyright Office and accessible on the Internet. This information cannot be removed later from those public records.

- *Pseudonymous* · Check this box if the author is identified on copies of the work only under a fictitious name and the work is not made for hire. In this case, check the box and give the pseudonym on the associated line. At line 2A, you should either (1) give the author's legal name or (2) state "pseudonymous" in the "first name" field. Do not leave line 2A blank. If the name is given in line 2A, it will be made part of the online public records produced by the Copyright Office and accessible on the Internet. This information cannot be removed later from those public records.

**2H*** *This author created* · Check the appropriate box(es) that describe this author's contribution to this work. Give a brief statement on the line after "other" only if it is necessary to give a more specific description of the authorship or if none of the check boxes applies. Examples of other authorship statements are choreography, musical arrangement, translation, dramatization, or fictionalization. **NOTE:** Do not give any of the following terms: idea, process, procedure, system, method of operation, concept, principle, discovery, title, or name. These terms refer to elements not subject to copyright. For information on compilations, see the instructions for line 4C.

For a single serial issue, the preferred description of the authorship is usually "collective work." Give this statement at the "other" line. This indicates that the claim is in the collective work as a whole and may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant.

> *For sound recordings and musical works:* Sound recordings and musical works are separate works. To register a claim in both, the copyright claimant(s)/owner(s) must be the same. This requirement generally means the author(s) must be the same. The author of a sound recording is the performer or producer, and the authorship is "sound recording/performance." The author of a musical work—a song, for example—is the composer or song writer and the authorship is "music" or "music and lyrics." See Circular 56A, *Copyright Registration of Musical Compositions and Sound Recordings*, for more information.

*Additional authors* · To add another author, click the "additional author" button. Repeat as needed.

## Section 3 - Copyright Claimant Information

**3A**** *Personal name* · Complete line 3A *or* line 3B but not both. Complete line 3A if the claimant is an individual. The copyright claimant (owner) is either the author of the work or the person or organization to whom the copyright has been transferred by an author or other authorized copyright owner. Give the fullest form of the name and skip line 3B.

**3B**** *Organization name* · Complete line 3A *or* line 3B but not both. Complete line 3B if the claimant is a corporation or organization. The copyright claimant (owner) is either the author of the work or the person or organization to whom the copyright has been transferred by an author or other authorized copyright owner. Give the fullest form of the corporate or organizational name.

**3C** *Doing business as* · You may give the name under which a claimant does business (doing business as; trading as; sole owner of; also known as).

**3C** *Address, email, and phone* · Give this information in the lines provided. **NOTE:** The claimant postal address will be made part of the online public records produced by the Copyright Office and accessible on the Internet. This information cannot be removed later from those public records. The email address and phone number will not appear in the public record unless also included in section 5, Rights and Permissions Contact. Be sure to review section 5 accordingly.

**3E** *Copyright ownership acquired by* · If the claimant is the author of the work, skip this line. Transfer information is required if this claimant is not an author but has obtained ownership of the copyright from the author or another owner. In this case, check the appropriate box to indicate how ownership was acquired. **NOTE:** "Written agreement" includes a transfer by assignment or by contract. "Will or inheritance" applies only if the person from whom copyright was transferred is deceased. If necessary, check "other" and give a brief statement indicating how copyright was transferred.

*Additional claimants* · To add another claimant, click the "additional claimant" button. Repeat as needed.

## Section 4 - Limitation of Copyright Claim

**NOTE:** Skip this section unless this work contains or is based on previously registered or previously published material, material in the public domain, or material not owned by this claimant. The purpose of section 4 is to exclude such material from the claim and identify the new material upon which the present claim is based.

**4A** *Material excluded from this claim* · Check the appropriate box or boxes to exclude any previously registered or previously published material, material in the public domain, or material not owned by this claimant. "Text" may include fiction or nonfiction text, computer program code, lyrics, poetry, or scripts. "Artwork"

Case 3:20-cv-00451-CEA-DCP   Document 293-10   Filed 04/14/23   Page 4 of 6   PageID #: 13729

SNMP-0018402

may include two- or three-dimensional artwork, technical drawings, or photographs. "Audiovisual work" may include video clips, motion picture footage, or a series of images on a CD-ROM. (See the shaded box at the bottom of page 4 for specific examples.) Give a brief statement on the line after "other" only if it is necessary to give a more specific description of the material excluded from this claim or if none of the check boxes applies. **NOTE:** To use someone else's material in your work lawfully, you must have permission from the copyright owner of that material.

**4B** *Previous registration* · If the work for which you are now seeking registration, or an earlier version of it, has been registered, give the registration number and the year of registration. If there have been multiple registrations, you may give information regarding the last two.

> *Special situation* · If you are registering the first published edition of a work that is identical to a previously registered unpublished version (contains no new material not already registered), check the "other" box in line 4A and state "First publication of work registered as unpublished." In this case, skip line 4C.

**4C** *New material included in this claim* · Check the appropriate box or boxes to identify the new material you are claiming in this registration. (See the shaded box at the bottom of this paage for specific examples.) Give a brief statement on the line after "other" only if it is necessary to give a more specific description of the new material included in this claim or if none of the check boxes applies. **NOTE:** "Compilation" is a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship. A claim in "compilation" does not include the material that has been compiled. If that material should also be included in the claim, check the appropriate additional boxes.

### Section 5 - Rights and Permissions

This is the person to contact to obtain permission to use this work. If this is the same as the first copyright claimant, simply check the box. **NOTE:** All the information given in section 5, including name, postal address, email address, and phone number, will be made part of the online public records produced by the Copyright Office and accessible on the Internet. This information cannot be removed later from those public records.

### Section 6 - Correspondence Contact *

This is the person the Copyright Office should contact with any questions about this application. If this is the same as the first copyright claimant or the rights and permissions contact, simply check the appropriate box. (Information given only in this space will not appear in the online public record.)

### Section 7 - Mail Certificate To *

This is the person to whom the registration certificate should be mailed. If this is the same as the first copyright claimant, the rights and permissions contact, or the correspondence contact, simply check the appropriate box. (Information given only in this space will not appear in the online public record.)

### Section 8 - Certification

**8A✱** *Handwritten signature* · After you print out the completed application, be sure to sign it at this space.

**8B✱** *Printed name* · Enter the name of the person who will sign the form.

**8C✱** *Date signed* · Choose "today's date" or "write date by hand." In the latter case, be sure to date the application by hand when you sign it. **NOTE:** If this application gives a date of publication, do not certify using a date prior to the publication date.

**8D** *Deposit account* · Leave this line blank unless you have a Copyright Office deposit account and are charging the filing fee to that account.

**8E** *Applicant's internal tracking number* · Enter your own internal tracking number, if any.

### Section 4 — Examples

| Your work | How to complete line 4a (excluded material) | How to complete line 4c (new, additional, or revised material) |
|---|---|---|
| New arrangement of a public domain song | Check the "text" and "music" boxes. | State "new arrangement" at the "other" line. |
| Revised version of a previously published book | Check the "text" box. | Check the "text" box. |
| English translation of a Spanish novel | Check the "text" box. | State "English translation" at the "other" line. |
| Movie based on a previously registered screenplay | Check the "text" box. | State "All other cinematographic material" at the "other" line. |

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov
FORM CO   REV: 08/2009

Case 3:20-cv-00451-CEA-DCP   Document 293-10   Filed 04/14/23   Page 5 of 6   PageID #: 13730

SNMP-0018403

UNITED STATES COPYRIGHT OFFICE
**Form CO · Instructions**

### Use this form to register a

- Literary work
- Visual arts work
- Performing arts work
- Motion picture or other audiovisual work
- Sound recording
- Single serial issue

### Before you register your work

Review the appropriate circulars on the Copyright Office website, www.copyright.gov, for detailed information about how to register particular types of works and the requirements for what copy or copies of your work to send. Also, consider using the electronic Copyright Office (eCO) for faster service and a lower filing fee.

### What may be included

The following may be included in one registration on Form CO:

- **Unpublished works:** works by the same author(s) and owned by the same copyright claimant(s), organized in a collection under a collection title.
- **Published works:** works published in a single unit of publication and owned by the same copyright claimant.

### What to send

1. Completed and signed application
2. $50 filing fee payable to *Register of Copyrights*
3. Deposit—the required copy or copies of your work
   - **Unpublished works:** one complete copy.
   - **Published works:** generally, two complete copies of the "best edition." There are exceptions for certain types of works. See Circular 1, *Copyright Basics*, for details.

To avoid damage to your deposit from Library security measures, please package the following items in boxes rather than envelopes for mailing to the Copyright Office:

- electronic media such as audiocassettes, videocassettes, CDs, and DVDs
- microform
- photographs
- slick advertisements and color photocopies

Also please note that CDs packaged in standard full-sized jewel boxes are more likely to survive the mail irradiation process than those packaged in slim-line cases.

Send all three elements in the same envelope or package to:

Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-****

Use the appropriate four-digit zip code extension to expedite the processing of your claim. In place of ****, use the following:

Literary work: -6222
Visual arts work: -6211
Performing arts work: -6233
Motion picture/AV work: -6238
Sound recording: -6237
Serial issue: -6226

### How to use this 2D barcode form

- Complete this form online and then print it out. Do not attempt to print out a blank form. (Form CO is available only online.)
- Print out a second copy for your records. Do not save the form online.
- **Never alter the form by hand after you print it out.** The information you enter is stored in the barcodes on the form. If you submit a hand altered form, you will be charged the higher fee for paper filing.
- If you want to make more than one registration with similar information, keep the form open after you print it; then make the necessary changes and print that version. Repeat as needed. Once you close the form, all the information entered will be lost.
- Both single- and double-sided printing is acceptable.
- **Important printer information:** To achieve best results, use a laser printer. Inkjet printer copies require enlarging if you use the shrink-to-fit-page option. Dot-matrix printer copies are not acceptable.

SNMP-0018400