# Exhibit 9

# Redacted Version of Document Filed Under Seal

| Date: | Thu, 17 Feb 2011 8:58:33 PM (UTC) |
|---|---|
| Subject: | RE: 1-561903733 SNMP Research Collection: Source Code and Documentation Version 16.2 |
| From: | Sansom, Jacqueline <jsan@loc.gov> |
| To: | 'Jeff Case' <case@private.snmp.com>; |

Thank you so much. I've just approved all of your registrations.

Jackie Sansom

-----Original Message-----
From: Jeff Case [mailto:case@private.snmp.com]
Sent: Thursday, February 17, 2011 2:52 PM
To: Sansom, Jacqueline
Cc: marycopy@private.snmp.com; casecopy@private.snmp.com
Subject: Re: 1-561903733 SNMP Research Collection: Source Code and Documentation Version 16.2


good afternoon

we had a three way conversation last week including you, my wife, mary, and myself about problems with the deposits accompanying her eight pending copyright applications

we believe we have now fully executed our action items as a result of that conversation -- i have helped her to prepare and upload additional files to supplement her initial deposit ... those files include the
(previously) missing first 25 pages and last 25 pages of the computer program

they have now been uploaded in order to address the defects you identified and we discussed (the edits/changes/revisions are distributed throughout the work)

i have just received acknowledgement of receipt of the eighth of eight supplemental files i uploaded earlier this afternoon corresponding to the eight open cases ... there were eight pending deposits that had the same problem and were addressed in the same way

the case numbers are as follows:

```
1-561741311   Version 15      Special Handling Requested
1-561770430   Version 15.2
1-561770562   Version 15.3
1-561770588   Version 15.5
1-561770624   Version 16      Special Handling Requested
1-561903733   Version 16.2
1-561903759   Version 17      Special Handling Requested
1-561903785   Version 17.2
```

i believe we have it right now, consistent with your tutoring (thank you)

please let us know if this looks right to you now or if we need to do something more or differently

the best way to reach me is by email reply or cell phone: ▮▮▮▮▮▮▮

thank you for your assistance

best regards,
jdc

SNMP-0018440                                                                                          Confidential

—
Dr. Jeffrey D. Case


On Wed, 9 Feb 2011, Sansom, Jacqueline wrote:

> Dear Mary Case:
>
>
>
> We are delaying registration because it appears that we did not receive the complete deposit for this computer program.
>
>
>
> The deposit requirement for a computer program is the first and last 25 pages of source code, or, if the program is 50 pages or less, the entire source code.
>
>
>
> We received less than 50 pages of the source code, and it is not clear that the pages deposited represent the computer program you would like to register.
>
>
>
> To upload the appropriate source code, please *Log into your account at https://eco.copyright.gov/eService_enu/.
>
> *In the list of open cases, click on your case number (1-_) .
>
> *Click on the "upload deposit" button. This will open a window for you to select and attach your file(s). NOTE: This is a pop-up window, so you will need to disable any pop-up blockers in your browser before attempting to upload.
>
>
>
> If you have any trouble uploading, please call our Technology Office helpdesk at (202) 707-3002. After your upload is complete, please reply to this message so we will know to check for your new files. If the situation is otherwise (for example, if you are planning to mail a copy of your work rather than uploading), please let us know and we will advise you further.
>
>
>
> In addition, it appears that the manual consists of 94,010 pages and the entire manual was not uploaded. If you are unable to submit a copy of the complete manual you may wish to submit a written request for special relief. In your request, explain why you are unable to provide a copy of the original publication. Special relief may be granted for specific reasons such as, but not limited to, rarity, unavailability, financial burden, confidentiality, fragility, size or weight.
>
>
>
> Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.
>

SNMP-0018441

Confidential

>
>
> This is a duplicate email of a message sent through our new automated registration system because we are corresponding by email only and want to be sure you received our correspondence. If you received two emails, please respond to the first email containing the ID thread. If you did not receive an earlier email, please reply to this email.
>
>
>
> You may also call me and if I do not answer, please leave a message on my voicemail, giving your telephone number and a good time to reach you at that number or authorize any necessary changes.
>
>
>
> Sincerely,
>
> Jacqueline S. Sansom
>
> Registration Specialist
>
> Literary Division
>
> U.S. Copyright Office
>
> tel: (202) 707-6145
>
>
>
>

SNMP-0018442

Confidential