IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,

Plaintiffs,

v.

BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC.,

Defendants.

---

Case No. 3:20-cv-00451-CEA

U.S. District Judge Charles E. Atchley, Jr.

## JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") and Defendant Extreme Networks, Inc. ("Extreme," collectively, "the parties"), by and through their counsel, pursuant to Federal Rule of Procedure 5.2, Local Rule 26.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information (ECF No. 11) ("Sealing Order"), and this Court's April 12, 2023 Order (ECF No. 288), seek leave of this Court to submit Extreme's Reply Memorandum in Further Support of its Motion to Refer Questions to the Register of Copyrights (the "Reply Memorandum") in redacted form as set forth herein.

The parties[1] jointly move for leave to file a redacted version of the Reply Memorandum because pages 1, 9, 13, 15, and 18 of the Reply Memorandum contain information that Plaintiffs

---

[1] As set forth in Extreme's prior Motion for Leave (ECF No. 286), Extreme does not have an independent reason to request sealing of the material sought to be sealed herein, but joins in the instant request

*(cont'd)*

have previously maintained is confidential, including Plaintiffs' commercially sensitive financial information and the identity of Plaintiffs' customers who are not parties to this action. Plaintiffs seek to redact this information in order to protect its business interests and Plaintiffs' relationships with its customers, as well as to protect certain proprietary and commercially sensitive financial information about Plaintiffs from public disclosure. The parties are mindful of the Court's instruction to be "very selective in the information they seek to seal" (ECF No. 81 at 3); here, Plaintiffs have sought to seal the same and similar information in the past (*see* ECF Nos. 2, 3, 50, 51-3, 223, 224-2, 245, 276), and the Court has previously granted those motions. (*See* ECF Nos. 89, 227, 247, 279.)

Pursuant to Local Rule 26.2 and the Court's Sealing Order, the parties are publicly filing a redacted version of the Reply Memorandum as Exhibit A to this Motion. Additionally, as required by the Sealing Order, an unredacted version of the Reply Memorandum is being filed under seal with the portions of the Reply Memorandum proposed to be redacted highlighted.

WHEREFORE, the parties respectfully request that this Court grant this Motion and seal the redacted portions of the Reply Memorandum.

DATED:     April 17, 2023
           New York, New York          Respectfully submitted,


*/s/ John L. Wood*                     */s/ Leslie A. Demers*

John L. Wood, Esq. (BPR #027642)       J. Chadwick Hatmaker, BPR# 018693
Cheryl G. Rice, Esq. (BPR #021145)     Kaitlyn E. Hutcherson, BPR# 035188
Rameen J. Nasrollahi, Esq. (BPR #033458)  WOOLFE, MCLANE, BRIGHT,
                                          ALLEN & CARPENTER, PLLC

---

insofar as Plaintiffs have maintained that the material sought to be sealed contains commercially sensitive information regarding Plaintiffs and Plaintiffs' customers.

| | |
|---|---|
| EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.<br>900 S. Gay Street, Suite 1400<br>P.O. Box 2047<br>Knoxville, TN 37902<br>(865) 546-0500 (phone)<br>(865) 525-5293 (facsimile)<br>jwood@emlaw.com<br>crice@emlaw.com<br>rnasrollahi@emlaw.com<br><br>A. Matthew Ashley (CA Bar. No. 198235)<br>Morgan Chu (CA Bar. No. 70446)<br>David Nimmer (CA Bar. No. 97170)<br>Olivia Weber (CA Bar. No. 319918)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>(310) 277-1010 (phone)<br>(310) 203-7199 (facsimile)<br>mchu@irell.com<br>dnimmer@irell.com<br>mashley@irell.com<br><br>*Attorneys for Plaintiffs*<br>*SNMP Research International, Inc.*<br>*SNMP Research, Inc.* | Post Office Box 900<br>Knoxville, Tennessee 37901-0900<br>Tel: (865) 215-1000<br>Fax: (865) 215-1001<br>chatmaker@wmbac.com<br>khutcherson@wmbac.com<br><br>John M. Neukom (*admitted pro hac vice*)<br>Barbara N. Barath (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>650 California Street<br>San Francisco, California 94108<br>jneukom@debevoise.com<br>bnbarath@debevoise.com<br>(415) 738-5700<br><br>Leslie A. Demers (*admitted pro hac vice*)<br>Chris J. Coulson (*admitted pro hac vice*)<br>Anthony P. Biondo (*admitted pro hac vice*)<br>Ryan P. Bisaillon (*admitted pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>leslie.demers@skadden.com<br>chris.coulson@skadden.com<br>anthony.biondo@skadden.com<br>ryan.bisaillon@skadden.com<br>(212) 735-3000<br><br>*Attorneys for Extreme Networks, Inc.* |