# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM Chambers

**Case #:** 3:20-cv-451  **Date:** May 3, 2023

SNMP Research  **v.**  Extreme Networks, Inc.

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:** Rachel Stone
**Court Reporter:** Kara Nagorny
**Law Clerk:** Ashley Arnold

**Attorney(s) for Plaintiff:**
Olivia Weber
Cheryl Rice

**Attorney(s) for Defendant:**
Barbara Barath
John Neukon
Leslie Demers
Chad Hatmaker

**Additional Attorney(s) Present:**

**Proceedings:**

The Court held a telephonic discovery conference in this matter. Argument heard by counsel. The Court ruled that in light of Plaintiffs' different, albeit related, companies, the fact that they have not acted as a single entity during discovery, and the different causes of action alleged in the Amended Complaint, the Court will not treat them as a single entity for purposes of Rule 33. In making this decision, the Court has considered the proportionality of such discovery and finds it to be reasonable under the circumstances of this case.   Order entered.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 10:00  **to** 10:40

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_