IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:20-cv-00451-CEA-DCP |
| BROADCOM INC., BROCADE COMMUNICATIONS SYSTEMS LLC and EXTREME NETWORKS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL OF RECORD

Come now Defendant Extreme Networks, Inc. ("Extreme Networks"), counsel J. Chadwick Hatmaker, Kaitlyn E. Hutcherson and the law firm Woolf, McClane, Bright, Allen & Carpenter, PLLC ("Woolf McClane") pursuant to E.D. TN. LR 83.4(f), and respectfully request that this Court permit them to withdraw from the representation of Extreme Networks in this cause. Mr. Hatmaker, Ms. Hutcherson and Woolf McClane submit that their withdrawal from representation of Extreme Networks is proper since Extreme Networks has retained Charles B. Lee, Jessica Malloy-Thorpe, Jordan Scott and the law firm of Miller & Martin PLLC to represent it in this matter, along with Leslie Demers, Barbara Barath and Jay Neukom and no longer requires the services of Woolf, McClane. Furthermore, Movants submit that allowing Mr. Hatmaker, Ms. Hutcherson and Woolf, McClane to withdraw would not delay the trial of this matter, which is currently scheduled for October 22, 2024. A proposed Order granting Movants' Motion and substituting Charles B. Lee, Jessica Malloy-Thorpe, Jordan Scott and Miller & Martin PLLC as counsel of record for Extreme Networks is attached hereto for the Court's consideration.

WHEREFORE, for good cause shown, Movants respectfully request that this Court grant their Motion to Withdraw and substitute Charles B. Lee, Jessica Malloy-Thorpe, Jordan Scott and the law firm of Miller & Martin PLLC for J. Chadwick Hatmaker, Kaitlyn Hutcherson and the law firm of Woolf McClane as counsel of record for Extreme Network in this matter and that Mr. Hatmaker, Ms. Hutcherson and Woolf McClane be discharged from all further responsibilities in this matter.

Respectfully submitted this 26th day of May, 2023.

>WOOLF, McCLANE, BRIGHT,
>  ALLEN & CARPENTER, PLLC
>
>
>s/ *J. Chadwick Hatmaker*, Esq.
>　　*J. Chadwick Hatmaker*, Esq., BPR 018693
>
>Post Office Box 900
>Knoxville, Tennessee 37901-0900
>(865) 215-1000
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, a copy of the foregoing Motion to Withdraw and to Substitute Counsel of Record was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

>s/ *J. Chadwick Hatmaker*, Esq.
>　　*J. Chadwick Hatmaker*, Esq., BPR 018693
>
>WOOLF, McCLANE, BRIGHT,
>  ALLEN & CARPENTER, PLLC
>Post Office Box 900
>Knoxville, Tennessee 37901-0900