IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BROADCOM INC., BROCADE COMMUNICATIONS SYSTEMS LLC and EXTREME NETWORKS, INC. <br><br>Defendants. | ) ) ) ) ) ) ) No. 3:20-cv-00451-CEA-DCP ) ) ) ) ) ) ) |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTING COUNSEL OF RECORD

Defendant Extreme Networks, Inc, ("Extreme Networks") J. Chadwick Hatmaker, Kaitlyn E. Hutcherson and the law firm of Woolf, McClane, Bright, Allen & Carpenter, PLLC ("Woolf McClane") have filed a Motion pursuant to Local Rule 83.4(f) for Mr. Hatmaker, Ms. Hutcherson and Woolf McClane to be allowed to withdraw as counsel of record for Defendant Extreme Networks in this matter and to substitute Charles B. Lee, Jessica Malloy-Thorpe, and Jordan Scott and the law firm of Miller & Martin PLLC as counsel of record for Extreme Networks. For good cause shown, it is hereby ORDERED that the Motion to Withdraw is granted and Mr. Hatmaker, Ms. Hutcherson and Woolf McClane are discharged from all further responsibility in this matter. It is further ORDERED that Charles B. Lee, Jessica Malloy-Thorpe, and Jordan Scott and the law firm of Miller & Martin PLLC are substituted as counsel of record for Extreme Networks.

ENTER:

_____
JUDGE