UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC. <br><br> Defendants. | Case No. 3:20-cv-00451 |

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

Please withdraw the special appearance of Salvatore Bonaccorso. on behalf of Defendants Broadcom Inc. and Brocade Communications Systems LLC. ("Broadcom") in the above-captioned action. Broadcom will continue to be represented by the law firm of Hueston Hennigan LLP. Dated: June 12, 2023

HUESTON HENNIGAN LLP

By: */s/ Eunice Leong*
Eunice Leong
Attorneys for Defendants
Broadcom Inc.
Brocade Communications Systems LLC