UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., et. al.

    Plaintiff,

v.

BROADCOM INC., et. al

    Defendant.

Case No. 3:20-cv-451-CEA-DCP

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Extreme Networks, Inc.** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**Califonia, District of Columbia**

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/20/2023

_____
(Signature–hand signed)

Name: Saurabh Prabhakar, Esq.

Firm: Debevoise & Plimpton LLP

Address:
    650 California Street, San Francisco, CA 94108

Email address: sprabhakar@debevoise.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.