# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Saurabh Prabhakar

Bar Number 300891

was duly admitted to practice in this Court on, October 26, 2017, and is in good standing as a member of the bar of this Court.



Signed on June 16, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court