UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc. et al.

    Plaintiff,

v.

Broadcom Inc. et al.

    Defendant.

Case No. 3:20-cv-00451

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Extreme Networks, Inc.** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**California**

[✔] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the DISTRICT court is attached.

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 8, 2023

_____
(Signature–hand signed)

Name: Abraham Tabaie
Firm: Debevoise & Plimpton LLP
Address:
650 California Street, Floor 31, San Francisco, California, 94108

Email address: atabaie@debevoise.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.