# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Abraham A. Tabaie

Bar Number 260727

was duly admitted to practice in this Court on June 19, 2023 and
is in good standing as a member of the bar of this Court.



Signed on August 4, 2023 by

Mark B. Busby