# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Alicia Ginsberg

Bar Number 334804

was duly admitted to practice in this Court on March 25, 2021,
and is in good standing as a member of the bar of this Court.



Signed on August 2, 2023 by

Mark B. Busby, Clerk of Court