IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) No. 3:20-cv-00451-CEA-DCP ) |
| **BROADCOM INC., BROCADE COMMUNICATIONS SYSTEMS LLC, and EXTREME NETWORKS, INC.** | ) ) ) ) ) |
| **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.4(f) of the Local Court Rules, Anthony P. Biondo, Christopher J. Coulson, Jordan A. Feirman, and Ryan P. Bisaillon, of Skadden, Arps, Slate, Meagher & Flom LLP hereby give notice of their withdrawal as counsel for Defendant Extreme Networks, Inc.

Attorneys Barbara N. Barath, Abraham Tabaie, Alicia J. Ginsberg, John Neukom, and Saurabh Prabhakar and the law firm of Debevoise & Plimpton LLP along with Leslie A. Demers and Skadden, Arps, Slate, Meagher & Flom LLP, and Charles B. Lee, Jessica Malloy-Thorpe, Jordan Scott, and the law firm Miller & Martin PLLC remain as counsel of record for Defendant Extreme Networks, Inc. The undersigned represent to the Court that the relief sought herein will not prejudice any of the parties to this lawsuit.

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

By: /s/ Saurabh Prabhakar (w/ permission)
Barbara N. Barath, (*pro hac vice*)
CA BPR No. 268146
bnbarath@debevoise.com
John Neukom, (*pro hac vice*)
CA BPR No. 275887
jneukom@debevoise.com
Abraham Tabaie, (*pro hac vice*)
CA BPR No. 260727
atabaie@debevoise.com
Alicia J. Ginsberg, (*pro hac vice*)
CA BPR No. 334804
aginsberg@debevoise.com
Saurabh Prabhakar, (*pro hac vice*)
CA BPR No. 300891
sprabhakar@debevoise.com
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628

**and**

**MILLER & MARTIN PLLC**

By: /s/ Charles B. Lee
Charles B. Lee, TN BPR No. 011570
chuck.lee@millermartin.com
Jessica Malloy-Thorpe, TN BPR No. 035234
jessica.malloy-thorpe@millermartin.com
Jordan Scott, TN BPR No. 037795
jordan.scott@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

**and**

(*Additional signatures on the following page*)

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**

By: /s/ Leslie A. Demers (w/ permission)
Leslie A. Demers, (*pro hac vice*)
NY Bar No. 5261904
leslie.demers@skadden.com

By: /s/ Anthony P. Biondo (w/ permission)
Anthony P. Biondo, (*pro hac vice*)
NY BPR No. AB0235
anthony.biondo@skadden.com
Christopher J. Coulson, (*pro hac vice*)
NY BPR No. CC3448
chris.coulson@skadden.com
Jordan A. Feirman, (*pro hac vice*)
NY BPR No. JF4249
jordan.feirman@skadden.com
Ryan P. Bisaillon, (*pro hac vice*)
NY BPR No. 5784764
ryan.bisaillon@skadden.com
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3067
Facsimile: (212) 735-2000

3

## **CERTIFICATE OF SERVICE**

       I hereby certify that on <u>August 22, 2023</u> a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, facsimile, or hand delivery. Parties may access this filing through the Court's electronic filing system.

                                                    By: /s/ Charles B. Lee