# Exhibit A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-cv-00451-CEA-DCP <br><br> U.S. District Judge Charles E. Atchley, Jr. <br> U.S. Magistrate Judge Debra C. Poplin |

## EXTREME NETWORKS, INC.'S SUPPLEMENTAL PRIVILEGE LOG
### July 28, 2023

**CONFIDENTIAL**

| Document No. | Family Date | Redacted | Privilege Type | From | To | CC | BCC | Description | Prod Begin Bates | Prod End Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 507 | 8/8/2019 | Yes | Attorney Client; Common Interest | Liz Scandizzo (lscandizzo@extremenetworks.com) | Tara Flanagan (tflanagan@extremenetworks.com) | Peter Lam (plam@extremenetworks.com) | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00697320 | EXTREME-00697325 |
| 508 | 8/22/2019 | Yes | Attorney Client; Common Interest | | Peter Lam (plam@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00697371 | EXTREME-00697376 |
| 509 | 8/22/2019 | Yes | Attorney Client; Common Interest | | Peter Lam (plam@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00697422 | EXTREME-00697427 |
| 510 | 8/22/2019 | Yes | Attorney Client; Common Interest | | Peter Lam (plam@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00697473 | EXTREME-00697478 |
| 511 | 8/22/2019 | Yes | Attorney Client; Common Interest | | Peter Lam (plam@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00697524 | EXTREME-00697529 |
| 512 | 8/22/2019 | Yes | Attorney Client; Common Interest | | Peter Lam (plam@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com) | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00697575 | EXTREME-00697580 |
| 530 | 11/18/2017 | Yes | Attorney Client; Common Interest | Christopher Remlin (cremlin@extremenetworks.com) | Manjunath Gowda (mgowda@extremenetworks.com) | Tibor Fabry-Asztalos (tfabrya@extremenetworks.com) | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00698298 | EXTREME-00698304 |
| 689 | 6/13/2018 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Mary Chay (mchay@brocade.com); Diana Newell (dnewell@extremenetworks.com); James MacFarlane (jmacfarl@extremenetworks.com); Richard Hammel (rhammel@extremenetworks.com) | Greg Bibbes (gbibbes@extremenetworks.com); Jack Lyon (jalyon@extremenetworks.com) | | Email providing legal analysis regarding contract terms and contract negotiations. (Mary Chay was an employee of Extreme Networks at the time of this email) | EXTREME-00704911 | EXTREME-00704913 |

CONFIDENTIAL

| Document No. | Family Date | Redacted | Privilege Type | From | To | CC | BCC | Description | Prod Begin Bates | Prod End Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 696 | 5/22/2019 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Mary Chay (mchay@brocade.com); Diana Newell (dnewell@extremenetworks.com); James MacFarlane (jmacfarl@extremenetworks.com); Richard Hammel (rhammel@extremenetworks.com) | Inactive-Gregory Bibbes (gbibbes@extremenetworks.com); Jack Lyon (jalyon@extremenetworks.com) | | Email providing legal analysis regarding contract terms and contract negotiations. (Mary Chay was an employee of Extreme Networks at the time of this email) | EXTREME-00704952 | EXTREME-00704954 |
| 777 | 10/11/2017 | Yes | Common Interest | Larry Fitterer (lfittere@brocade.com) | Linda Chan (lichan@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain containing common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts. | EXTREME-00706892 | EXTREME-00706896 |
| 819 | 11/6/2017 | Yes | Attorney Client; Common Interest | Jennifer Sipes (jsipes@extremenetworks.com) | Linda Chan (lichan@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00708020 | EXTREME-00708024 |
| 820 | 11/6/2017 | Yes | Attorney Client; Common Interest | Linda Chan (lichan@extremenetworks.com) | Christopher Remlin (cremlin@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00708025 | EXTREME-00708030 |
| 839 | 11/20/2017 | Yes | Attorney Client; Common Interest | | Christopher Remlin (cremlin@extremenetworks.com); Linda Chan (lichan@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00709302 | EXTREME-00709307 |

CONFIDENTIAL