# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:20-cv-00451-CEA-DCP |
| Broadcom Inc. | ) | |
| Brocade Communications Systems LLC | ) | Jury Demanded |
| Extreme Networks, Inc. | ) ) | |
| Defendants. | ) ) | |

## SNMP RESEARCH, INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S BRIEF PROVIDING SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT EXTREME NETWORKS, INC.'S <u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>

NOW COME Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMP") by and through counsel and, pursuant to Local Rule 7.1(d), do submit this brief for the purposes of calling the attention of the Court to supplemental authority germane to its Opposition to Defendant Extreme Networks, Inc.'s ("Extreme") Motion to Dismiss the Amended Complaint.

1.      On March 16, 2023, Defendant Extreme filed is Motion to Dismiss the Amended Complaint and supporting Memorandum [Dkts. 275, 277] (collectively, the "Motion").  On April 6, 2023, SNMP filed its Opposition to Extreme's Motion [Dkt. 283].  On April 13, 2023, Extreme filed its Reply in support of its Motion [Dkt. 291].  Extreme's Motion argued that SNMP's fraud claim is barred by the economic loss doctrine, which was the sole basis for Extreme's Motion as to the fraud claim.  *See,* Dkt. 275 at 2 ¶ 4, and Dkt. 277 at 20-23.  SNMP's opposition brief noted that the issue of whether the economic loss doctrine applies outside of the

7400734.4

products liability context was under review by the Tennessee Supreme Court, and that this Court should await the decision by the Tennessee Supreme Court before ruling on this issue. Dkt. 283, at 23-25.

2.  On September 28, 2023, after the parties' briefing on Extreme's Motion to Dismiss was complete, the Tennessee Supreme Court issued an opinion in the case of *Commercial Painting Company Inc. v. The Weitz Company, LLC et al.*, case No. W2019-02089-SC-R11-CV, --- S.W. 3d ---, 2023 WL 6304838 (September 28, 2023). A true and correct copy of the Tennessee Supreme Court's Opinion in the *Commercial Painting v. Weitz* case is attached hereto as Exhibit A (the "Opinion"). In pertinent part, the Opinion holds: "We hold the economic loss doctrine only applies in products liability cases and should not be extended to other claims." *Id.* at 18; *see also id.* at 1 ("We hold the economic loss doctrine only applies in products liability cases and should not be extended to other claims."). The Opinion reverses the Tennessee Court of Appeals opinion that Extreme's Motion relied upon in attacking the fraud claim. *Id.* at 18; *see* Dkt. 277, at 20; Dkt. 291 (Extreme Reply brief) at 23-24.

3.  SNMP respectfully submits that because its fraud claim arises under Tennessee law, the Opinion is legal precedent directly relevant to this Court's determination of Extreme's Motion to Dismiss as it relates to SNMP's fraud claim.

Respectfully submitted this 12th day of October, 2023,

By: */s/Cheryl G.Rice*_____

John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
   & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
*jwood@emlaw.com*
*crice@emlaw.com*
*rnasrollahi@emlaw.com*


Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No. 198235)
Olivia L. Weber (CA Bar. No. 319918)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
*mchu@irell.com*
*dnimmer@irell.com*
*mashley@irell.com*
*oweber@irell.com*

Attorneys for Plaintiffs,
SNMP Research International, Inc.
SNMP Research, Inc.

3

7400734.4