# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451  **Date:** November 1, 2023

SNMP Research, Inc.  **v.**  Extreme Networks, Inc.

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | Terri Grandchamp | Ashley Arnold |

| **Attorney(s) for Plaintiff:** | **Attorney(s) for Defendant:** | **Additional Attorney(s) Present:** |
|---|---|---|
| John Wood<br>Olivia Weber | John Neukom<br>Saurabh Prabhakar<br>Charles Lee<br>Alison Plessman | |

**Proceedings:**

The Court held a discovery conference in this matter. The Court heard from the parties regarding privilege issues and document production. The Court ordered the parties to submit post-hearing briefs. Order to follow.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 1:30  **to** 4:05

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 320cv451 _ 20231101_ 132901