EXCERPTED

# Exhibit 9

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

```
------------------------------------------------------------- x
                                                              :
SNMP RESEARCH, INC. and SNMP                                  :   Case No. 3:20-cv-00451-CEA-DCP
RESEARCH INTERNATIONAL, INC.,                                 :
                                                              :   U.S. District Judge Charles E. Atchley, Jr.
                    Plaintiffs,                               :   U.S. Magistrate Judge Debra C. Poplin
                                                              :
            v.                                                :
                                                              :
BROADCOM INC.; BROCADE                                        :
COMMUNICATIONS SYSTEMS LLC; and                               :
EXTREME NETWORKS, INC.,                                       :
                                                              :
                    Defendants.                               :
                                                              :
------------------------------------------------------------- X
```

## EXTREME NETWORKS, INC.'S PRIVILEGE LOG
### September 8, 2023

**CONFIDENTIAL**

**SNMP Research, Inc. et al v. Broadcom Inc et al., 3:20-cv-00451**
**Defendant Extreme Networks, Inc.'s Privilege and Redaction Log**
**September 8, 2023**

| Document No. | Family Date | Redacted | Privilege Type | From | To | CC | BCC | Description | Prod Begin Bates | Prod End Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/13/2017 | No | Attorney Client | Stuart Smolen (ssmolen@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com); Maria Nikolayeva (mnikolayeva@extremenetworks.com) | | | Calendar invite with attachment(s) requesting the legal advice of counsel regarding a transaction. | | |
| 2 | 3/23/2017 | No | Attorney Client | Annie Lam (alam@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | Gina Christopher (gchristopher@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com) | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 3 | 3/26/2017 | No | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Feiger, Joshua A (joshua.feiger@skadden.com) | Norman Rice (nrice@extremenetworks.com); Ivey, Thomas J (thomas.ivey@skadden.com); Forbes, Steven H (steve.forbes@skadden.com); Drew Davies (ddavies@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 4 | 3/26/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 5 | 3/26/2017 | No | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Forbes, Steven H (steve.forbes@skadden.com); Norman Rice (nrice@extremenetworks.com) | Feiger, Joshua A (joshua.feiger@skadden.com); Drew Davies (ddavies@extremenetworks.com); Ivey, Thomas J (thomas.ivey@skadden.com); Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain requesting the legal advice of counsel regarding contract negotiations. | | |
| 6 | 3/26/2017 | No | Attorney Client | Feiger, Joshua A (joshua.feiger@skadden.com) | Katy Motiey (kmotiey@extremenetworks.com) | Norman Rice (nrice@extremenetworks.com); Ivey, Thomas J (thomas.ivey@skadden.com); Forbes, Steven H (steve.forbes@skadden.com); Drew Davies (ddavies@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 7 | 3/26/2017 | No | Attorney Client | Stuart Smolen (ssmolen@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 8 | 3/26/2017 | No | Attorney Client | Norman Rice (nrice@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com); Feiger, Joshua A (joshua.feiger@skadden.com) | Ivey, Thomas J (thomas.ivey@skadden.com); Forbes, Steven H (steve.forbes@skadden.com); Drew Davies (ddavies@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 9 | 3/26/2017 | No | Attorney Client | Norman Rice (nrice@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com); Feiger, Joshua A (joshua.feiger@skadden.com) | Ivey, Thomas J (thomas.ivey@skadden.com); Forbes, Steven H (steve.forbes@skadden.com); Drew Davies (ddavies@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 10 | 4/14/2017 | No | Attorney Client | Feiger, Joshua A (joshua.feiger@skadden.com) | Tuesley, Malcolm (malcolm.tuesley@skadden.com); Kabealo, John P (john.kabealo@skadden.com); Forbes, Steven H (steve.forbes@skadden.com); Stuart Smolen (ssmolen@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com); Gina Christopher (gchristopher@extremenetworks.com) | | | Calendar invite providing legal advice regarding a transaction. | | |
| 11 | 4/14/2017 | No | Attorney Client | Feiger, Joshua A (joshua.feiger@skadden.com) | Feiger, Joshua A (joshua.feiger@skadden.com); Forbes, Steven H (steve.forbes@skadden.com); Gina Christopher (gchristopher@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com); Kabealo, John P (john.kabealo@skadden.com); Stuart Smolen (ssmolen@extremenetworks.com); Tuesley, Malcolm (malcolm.tuesley@skadden.com) | | | Calendar invite providing legal advice regarding a transaction. | | |
| 12 | 4/24/2017 | No | Attorney Client | Stuart Smolen (ssmolen@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com); Liz Scandizzo (lscandizzo@extremenetworks.com); Maria Nikolayeva (mnikolayeva@extremenetworks.com) | | | Calendar invite with attachment(s) discussing legal advice regarding a transaction. | | |
| 13 | 4/27/2017 | No | Attorney Client | Liz Scandizzo (lscandizzo@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | Email chain with attachment(s) requesting the legal advice of counsel regarding a transaction. | | |
| 14 | 4/27/2017 | No | Attorney Client | | Liz Scandizzo (lscandizzo@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | Email chain with attachment(s) requesting the legal advice of counsel regarding a transaction. | | |
| 15 | 4/27/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com); Liz Scandizzo (lscandizzo@extremenetworks.com) | | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding a transaction. | | |
| 16 | 5/4/2017 | No | Attorney Client | Liz Scandizzo (lscandizzo@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | Email with attachment(s) providing information necessary for the rendering of legal advice related to a transaction. | | |
| 17 | 5/4/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Liz Scandizzo (lscandizzo@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding a transaction. | | |
| 18 | 5/5/2017 | No | Attorney Client | Gina Christopher (gchristopher@extremenetworks.com) | Raffiq Rajabali (rrajabali@extremenetworks.com) | Brian O'Connor (broconnor@extremenetworks.com); Phil Swain (pswain@extremenetworks.com); Michele Anderson (manderson@extremenetworks.com); Michele Anderson (manderson@extremenetworks.com); Erik Gomer (egomer@extremenetworks.com); Dan Adam (dadam@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com); Phil Swain (pswain@extremenetworks.com); Jeff Creasy (jcreasy@extremenetworks.com); Michael Swierk (mswierk@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com); Laura Weilert (lweilert@extremenetworks.com); Kathryn Darbyshire (kdarbyshire@extremenetworks.com); Don Smith (donsmith@extremenetworks.com); Thomas Borrel (tborrel@extremenetworks.com); Brian O'Connor (broconnor@extremenetworks.com) | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 19 | 5/11/2017 | No | Attorney Client | Liz Scandizzo (lscandizzo@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com) | | | Email with attachment(s) requesting the legal advice of counsel regarding a transaction. | | |
| 20 | 5/11/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Liz Scandizzo (lscandizzo@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com) | | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding a transaction. | | |
| 21 | 5/18/2017 | No | Attorney Client | Liz Scandizzo (lscandizzo@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com) | | | Email with attachment(s) requesting the legal advice of counsel regarding a transaction. | | |
| 22 | 5/18/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding a transaction. | | |
| 23 | 5/25/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Liz Scandizzo (lscandizzo@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com) | | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding a transaction. | | |
| 24 | 5/25/2017 | No | Attorney Client | Liz Scandizzo (lscandizzo@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com); Stuart Smolen (ssmolen@extremenetworks.com) | | | Email with attachment(s) requesting the legal advice of counsel regarding a transaction. | | |
| 25 | 5/26/2017 | No | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Stuart Smolen (ssmolen@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |
| 26 | 5/26/2017 | No | Attorney Client | Stuart Smolen (ssmolen@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | | |

**SNMP Research, Inc. et al v. Broadcom Inc et al., 3:20-cv-00451**
**Defendant Extreme Networks, Inc.'s Privilege and Redaction Log**
**September 8, 2023**

| Document No. | Family Date | Redacted | Privilege Type | From | To | CC | BCC | Description | Prod Begin Bates | Prod End Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 771 | 9/6/2017 | Yes | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00706817 | EXTREME-00706818 |
| 772 | 9/15/2017 | Yes | Attorney Client | | Katy Motiey (kmotiey@extremenetworks.com) | | | Email chain requesting the legal advice of counsel regarding contract negotiations. | EXTREME-00706823 | EXTREME-00706824 |
| 773 | 9/15/2017 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain requesting the legal advice of counsel regarding contract negotiations. | EXTREME-00706825 | EXTREME-00706826 |
| 774 | 9/25/2017 | Yes | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Linda Chan (lichan@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00706835 | EXTREME-00706836 |
| 775 | 9/25/2017 | Yes | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Christopher Remlin (cremlin@extremenetworks.com) | | | Email chain with attachment(s) providing legal advice regarding contract negotiations. | EXTREME-00706864 | EXTREME-00706865 |
| 776 | 9/25/2017 | Yes | Attorney Client; Common Interest | Jennifer Sipes (jsipes@extremenetworks.com) | Christopher Remlin (cremlin@extremenetworks.com) | Linda Chan (lichan@extremenetworks.com) | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | EXTREME-00706867 | EXTREME-00706869 |
| 777 | 10/11/2017 | Yes | Common Interest | Larry Fitterer (lfittere@brocade.com) | Linda Chan (lichan@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain containing common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts. | EXTREME-00706892 | EXTREME-00706896 |
| 778 | 10/13/2017 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Raffiq Rajabali (rrajabali@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00706946 | EXTREME-00706948 |
| 779 | 10/13/2017 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Raffiq Rajabali (rrajabali@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00706949 | EXTREME-00706952 |
| 780 | 10/13/2017 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com); Raffiq Rajabali (rrajabali@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00706953 | EXTREME-00706956 |
| 781 | 10/13/2017 | Yes | Attorney Client | Raffiq Rajabali (rrajabali@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00706957 | EXTREME-00706960 |
| 782 | 10/18/2017 | Yes | Attorney Client | Mark Sheft (msheft@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | Gina Christopher (gchristopher@extremenetworks.com) | | Email with attachment(s) providing legal advice regarding contract negotiations. | EXTREME-00706961 | EXTREME-00706961 |
| 783 | 10/18/2017 | Yes | Attorney Client; Work Product | | | | | Document providing information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707041 | EXTREME-00707068 |
| 784 | 10/18/2017 | Yes | Attorney Client | Mark Sheft (msheft@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain with attachment(s) providing legal advice regarding contract negotiations. | EXTREME-00707069 | EXTREME-00707071 |
| 785 | 10/18/2017 | Yes | Attorney Client; Work Product | | | | | Document providing information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707151 | EXTREME-00707178 |
| 786 | 10/19/2017 | Yes | Attorney Client | Katy Motiey (kmotiey@extremenetworks.com) | Kevin Gray (kgray@extremenetworks.com); Gina Christopher (gchristopher@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | Email chain with attachment(s) providing legal advice regarding contract negotiations. | EXTREME-00707179 | EXTREME-00707182 |
| 787 | 10/19/2017 | Yes | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Linda Chan (lichan@extremenetworks.com) | | | Email chain with attachment(s) providing legal advice regarding contract negotiations. | EXTREME-00707196 | EXTREME-00707200 |
| 788 | 10/19/2017 | Yes | Attorney Client | Gina Christopher (gchristopher@extremenetworks.com) | Kevin Gray (kgray@extremenetworks.com); Jennifer Sipes (jsipes@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com) | | Email with attachment(s) providing legal advice regarding contract negotiations. | EXTREME-00707246 | EXTREME-00707246 |
| 789 | 10/20/2017 | Yes | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Feiger, Joshua A (joshua.feiger@skadden.com) | Pinto, Ashlee A (ashlee.pinto@skadden.com) | | Email chain with attachment(s) providing information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707274 | EXTREME-00707274 |
| 790 | 10/20/2017 | Yes | Attorney Client | | | | | Spreadsheet providing information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707275 | EXTREME-00707275 |
| 791 | 10/20/2017 | Yes | Attorney Client | | | | | Spreadsheet providing information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707276 | EXTREME-00707276 |
| 792 | 10/23/2017 | Yes | Attorney Client | | Feiger, Joshua A (joshua.feiger@skadden.com) | | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00707378 | EXTREME-00707380 |
| 793 | 10/23/2017 | Yes | Attorney Client; Work Product | | | | | Document reflecting the legal advice of counsel regarding litigation or potential litigation. | EXTREME-00707381 | EXTREME-00707393 |
| 794 | 10/25/2017 | Yes | Attorney Client | | | | | Document reflecting the legal advice of counsel regarding contract negotiations. | EXTREME-00707394 | EXTREME-00707406 |
| 795 | 10/25/2017 | Yes | Attorney Client | | | | | Document reflecting the legal advice of counsel regarding contract negotiations. | EXTREME-00707408 | EXTREME-00707420 |
| 796 | 10/25/2017 | Yes | Attorney Client | Jennifer Sipes (jsipes@extremenetworks.com) | Kevin Gray (kgray@extremenetworks.com) | Katy Motiey (kmotiey@extremenetworks.com) | | Email chain with attachment(s) requesting information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707421 | EXTREME-00707423 |
| 797 | 10/25/2017 | Yes | Attorney Client | Feiger, Joshua A (joshua.feiger@skadden.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain with attachment(s) requesting information necessary for the rendering of legal advice related to contract negotiations. | EXTREME-00707454 | EXTREME-00707454 |
| 798 | 10/26/2017 | Yes | Attorney Client | Pinto, Ashlee A (ashlee.pinto@skadden.com) | Jennifer Sipes (jsipes@extremenetworks.com) | Feiger, Joshua A (joshua.feiger@skadden.com); Gina Christopher (gchristopher@extremenetworks.com) | | Email chain with attachment(s) requesting and providing legal advice of counsel regarding contract negotiations. | EXTREME-00707487 | EXTREME-00707489 |

**SNMP Research, Inc. et al v. Broadcom Inc et al., 3:20-cv-00451**
**Defendant Extreme Networks, Inc.'s Privilege and Redaction Log**
**September 8, 2023**

| Document No. | Family Date | Redacted | Privilege Type | From | To | CC | BCC | Description | Prod Begin Bates | Prod End Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 1325 | 9/20/2018 | | Attorney Client; Common Interest | Jennifer Sipes (jsipes@extremenetworks.com) | Tyrene Paltrow (tyrene.paltrow@broadcom.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts following Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | | |
| 1326 | 9/20/2018 | | Attorney Client; Common Interest | Jennifer Sipes (jsipes@extremenetworks.com) | Tyrene Paltrow (tyrene.paltrow@broadcom.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts following Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | | |
| 1327 | 9/28/2018 | | Attorney Client; Common Interest | Jennifer Sipes (jsipes@extremenetworks.com) | simone.yew@broadcom.com | Greb Bibbes gbibbes@extremenetworks.com | | Email chain containing common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts following Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts. | | |
| 1328 | 8/23/2018 | | Attorney Client; Common Interest | Jennifer Sipes (jsipes@extremenetworks.com) | Tyrene Paltrow (tyrene.paltrow@broadcom.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts following Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | | |
| 1329 | 9/26/2018 | | Attorney Client; Common Interest | Jeanne Milbrand (jeanne.milbrand@broadcom.com) | Jennifer Sipes (jsipes@extremenetworks.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts following Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications within Extreme related to Brocade's contracts. | | |
| 1330 | 9/25/2017 | Yes | Attorney Client; Common Interest | Linda Chan (lichan@extremenetworks.com) | Jennifer Sipes (jsipes@extremenetworks.com); Larry Fitterer (lfittere@brocade.com) | | | Email chain containing (1) common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts following Extreme's acquisition of Brocade's data center networking business and legal advice related to the contracts, and (2) attorney-client privileged communications of Extreme related to Brocade's contracts. | EXTREME-00691563 | EXTREME-00691564 |
| 1331 | 6/15/2018 | | Attorney Client; Work Product | Michael Fitzgerald (mfitzgerald@extremenetworks.com) | Augun, Barbara (Barbara) (baugun@avaya.com) | | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |
| 1332 | 7/25/2017 | | Attorney Client; Work Product | Regan, Daniel (Dan) (danielre@avaya.com) | Michael Goddard (mgoddard@extremenetworks.com); Michael Fitzgerald (mfitzgerald@extremenetworks.com); Andrew Chillar (achillar@extremenetworks.com); Carl Keene (ckeene@extremenetworks.com); Dale Nash (dnash@extremenetworks.com); Bjorn Haas (bhaas@extremenetworks.com) | Bolyard, Virginia M (Ginny) (vbolyard@avaya.com); Hamilton III, Richard (Richard) (rhamiltoniii@avaya.com); Fisico, Debra D (Debbie) (dfisico@avaya.com) | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |
| 1333 | 7/21/2017 | | Attorney Client; Work Product | Regan, Daniel (Dan) (danielre@avaya.com) | Michael Fitzgerald (mfitzgerald@extremenetworks.com); Alexandros Moisiadis (amoisiadis@extremenetworks.com); Dale Nash (dnash@extremenetworks.com); Jayanthi Srinivasan (jasrinivasan@extremenetworks.com); Michael Goddard (mgoddard@extremenetworks.com); Weldon Roy (royw@extremenetworks.com) | Hamilton III, Richard (Richard) (rhamiltoniii@avaya.com); Bolyard, Virginia M (Ginny) (vbolyard@avaya.com); Fisico, Debra D (Debbie) (dfisico@avaya.com) | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |
| 1334 | 7/21/2017 | | Attorney Client; Work Product | Regan, Daniel (Dan) (danielre@avaya.com) | Dragan, Florin (Florin) (fdragan@luxoft.com) | Iorga, Ovidiu (Ovidiu) (oiorga@luxoft.com); Hamilton III, Richard (Richard) (rhamiltoniii@avaya.com); Bolyard, Virginia M (Ginny) (vbolyard@avaya.com); Fisico, Debra D (Debbie) (dfisico@avaya.com); Weldon Roy (royw@extremenetworks.com); Michael Fitzgerald (mfitzgerald@extremenetworks.com); Alexandros Moisiadis (amoisiadis@extremenetworks.com); Dale Nash (dnash@extremenetworks.com); Michael Goddard (mgoddard@extremenetworks.com) | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |
| 1335 | 7/20/2017 | | Attorney Client; Work Product | Michael Goddard (mgoddard@extremenetworks.com) | Michael Fitzgerald (mfitzgerald@extremenetworks.com); Regan, Daniel (Dan) (danielre@avaya.com); Andrew Chillar (achillar@extremenetworks.com); Carl Keene (ckeene@extremenetworks.com); Dale Nash (dnash@extremenetworks.com); Bjorn Haas (bhaas@extremenetworks.com) | Bolyard, Virginia M (Ginny) (vbolyard@avaya.com); Hamilton III, Richard (Richard) (rhamiltoniii@avaya.com); Fisico, Debra D (Debbie) (dfisico@avaya.com); Michael Goddard (mgoddard@extremenetworks.com) | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |
| 1336 | 7/18/2017 | | Attorney Client; Work Product | Andrew Chillar (achillar@extremenetworks.com) | Michael Goddard (mgoddard@extremenetworks.com); Carl Keene (ckeene@extremenetworks.com); Dale Nash (dnash@extremenetworks.com); Michael Fitzgerald (mfitzgerald@extremenetworks.com); Bjorn Haas (bhaas@extremenetworks.com) | Regan, Daniel (Dan) (danielre@avaya.com) | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |
| 1337 | 7/18/2017 | | Attorney Client; Work Product | Michael Goddard (mgoddard@extremenetworks.com) | Carl Keene (ckeene@extremenetworks.com); Dale Nash (dnash@extremenetworks.com); Michael Fitzgerald (mfitzgerald@extremenetworks.com); Bjorn Haas (bhaas@extremenetworks.com); Andrew Chillar (achillar@extremenetworks.com) | Michael Goddard (mgoddard@extremenetworks.com); Regan, Daniel (Dan) (danielre@avaya.com) | | Email chain reflecting attorney mental impressions and thoughts, and the request for and conveyance of legal advice related to litigation and settlement thereof and actions taken to implement the advice. | | |