# Exhibit 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): **January 19, 2017**

# AVAYA INC.
(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-15951** | **22-3713430** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **4655 Great America Parkway Santa Clara, California** | **95054** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(908) 953-6000**
**N/A**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Case 3:20-cv-00451-CEA-DCP Document 334-11 Filed 11/15/23 Page 2 of 15 PageID #: 14691

**Item 1.01 Entry into a Material Definitive Agreement.**

On January 19, 2017, Avaya Canada Corp., as Canadian borrower, Avaya UK, as U.K. borrower, Avaya International Sales Limited, as Irish borrower, Avaya Deutschland GmbH and Avaya GmbH & Co. KG, as German borrowers, Avaya UK Holdings Limited, as U.K. guarantor, Avaya Holdings Limited, as Irish guarantor, Avaya Germany GmbH, Tenovis Telecom Frankfurt GmbH & Co. KG, and Avaya Verwaltungs GmbH, as German guarantors, the Subsidiary Guarantors, as guarantors, Citibank, N.A., as administrative agent (in such capacity, the "Foreign ABL Agent"), Citibank N.A., Canadian Branch, as Canadian swing line lender, Citibank N.A., London, as European swing line lender, and the lenders that are parties thereto from time to time under the revolving credit facility (together with the Foreign ABL Agent, the "Foreign ABL Lenders") completed the execution and delivery of a Forbearance Agreement (the "Forbearance Agreement") pursuant to which, among other things, the Foreign ABL Lenders agreed to forbear from exercising certain rights as a result of the occurrence of certain events of default under the revolving credit facility (the "Foreign ABL Agreement") of Avaya Inc. (the "Company"). The events of default for which the Foreign ABL Lenders agreed to forbear relate to the Company and certain of its affiliates filing voluntary petitions for relief under the Bankruptcy Code. The Forbearance Agreement also provides for, among other things, entry into a payoff letter which contemplates that all loans and other obligations that are accrued and payable under the Foreign ABL Agreement and the corresponding loan documents have been paid in full within 8 (eight) business days after January 19, 2017.

On January 19, 2017 (the "Petition Date"), contemporaneously with the Bankruptcy Petitions, as described under Item 1.03 of this Current Report on Form 8-K, the Debtors filed the Debtors' Motion Seeking Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 364(C)(1), 364(C)(2), 364(C)(3), and 364(D)(1),(B) Use Cash Collateral, (C) Grant Adequate Protection; (II) Scheduling a Final Hearing, and (III) Granting Related Relief, requesting relief to repay approximately $50 million in outstanding principal and cash collateralize approximately $22.9 million in letters of credit issued and outstanding under the Foreign ABL Agreement upon entry of the Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 364(C)(1), 364(C)(2), 364(C)(3), and 364(D)(1),(B) Use Cash Collateral, (C) Grant Adequate Protection; (II) Scheduling a Final Hearing, and (III) Granting Related Relief.

The foregoing description of the Forbearance Agreement does not purport to be comprehensive and is qualified in its entirety by reference to the full text of the Forbearance Agreement, which is filed as Exhibit 10.1 to this Current Report on Form 8-K and incorporated by reference herein.

**Item 1.03 Bankruptcy or Receivership.**

On the Petition Date, the Company, together with certain of its affiliates, namely Avaya CALA Inc., Avaya EMEA Ltd., Avaya Federal Solutions, Inc., Avaya Holdings Corp., Avaya Holdings LLC, Avaya Holdings Two, LLC, Avaya Integrated Cabinet Solutions Inc., Avaya Management Services Inc., Avaya Services Inc., Avaya World Services Inc., Octel Communications LLC, Sierra Asia Pacific Inc., Sierra Communication International LLC, Technology Corporation of America, Inc., Ubiquity Software Corporation, VPNet Technologies, Inc., and Zang, Inc., (collectively, the "Debtors") filed voluntary petitions (the "Bankruptcy Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors have filed a motion with the Bankruptcy Court seeking joint administration of their chapter 11 cases (the "Chapter 11 Cases") under the caption *In re Avaya Inc.* , et al., Case No. 17-10088 (Bankr. S.D.N.Y.). The Debtors will continue to operate its businesses as "debtors-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court.

**Item 2.04 Triggering Events That Accelerate or Increase a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement.**

The filing of the Bankruptcy Petitions, as described under Item 1.03 of this Current Report on Form 8-K, constituted an event of default that accelerated the payment of the Company's obligations including revolving

**Item 9.01 Financial Statements and Exhibits.**

**(d) Exhibits**

| Exhibit | Exhibit Name |
|---|---|
| 10.1 | Forbearance Agreement dated January 19, 2017 |
| 99.1 | Press Release dated January 19, 2017 |
| 99.2 | PBGC Proposal dated December 16, 2016 |
| 99.3 | Update on Contact Center M&A Process dated December 8, 2016 |
| 99.4 | Project Arrowhead Cleansing Materials dated December 2016 |
| 99.5 | Project Arrowhead Cleaning Materials Supplemental RemainCo Materials dated December 2016 |
| 99.6 | Project Arrowhead Restructuring Term Sheet dated December 20, 2016 |
| 99.7 | Project Arrowhead - Ad Hoc First Lien Group - Restructuring Term Sheet dated December 30, 2016 |
| 99.8 | Project Arrowhead - Ad Hoc First Lien Group - Backup Term Sheet dated December 30, 2016 |
| 99.9 | Project Arrowhead - Ad Hoc Crossover Group - Restructuring Term Sheet dated January 10, 2017 |
| 99.10 | Project Arrowhead - DIP Summary dated January 18, 2017 |

AVAYA

Avaya Confidential and Privileged – Prepared at the Direction of Counsel

Subject to NDA

**EXHIBIT 99.3**

DRAFT

# Project Arrowhead

## Update on Contact Center M&A Process

[December 2016]

AVAYA

© 2016 Avaya Inc. All rights reserved.

AVAYA
Overview of Interdependencies with RemainCo
AVAYA
© 2016 Avaya Inc. All rights reserved.
12

# OVERVIEW OF INTERDEPENDENCIES WITH REMAINCO

## Products, Services and Intellectual Property

| | | Avaya (Today) | CC Co (Day 1) | RemainCo (Day 1) |
|---|---|---|---|---|
| PRODUCTS | Enterprise = | Call Routing = Avaya Aura Call Center Elite + | Will Own | |
| | | IP Telephony = Avaya Aura Communications Manager | | Will License to CC Co (for a fee) for Contact Center Solution Enablement |
| | Midmarket = | Call Routing = Avaya Aura IP Office Contact Center & Avaya Contact Center Select + | Will Own | |
| | | IP Telephony = Avaya IP Office | | Will License to CC Co (for a fee) for Contact Center Solution Enablement |
| | Emerging Technologies | Breeze Application Development Platform | Will Own & Will License to Remain Co | |
| | | Communications Platform as a Service | Will Own & May License to Remain Co | |
| SERVICES | | Avaya Private Cloud Services (APCS) | Will Own APCS Business (UC, CC & Networking) | Will Provide Required UC and Networking Support Under TSA Agreement |
| | | Professional Services (Deploy & Consulting) | Will Own CC-related Services Business | Will Own Non CC-related Services Business |
| | | Emerging Products and Technologies Applications Development Team | Will Own Emerging Technologies Applications Development Team | |
| IP | | CC-specific Patents (~ 350 US Granted and ~250 non-US Patents and Applications) | Will Own & will License Relevant Patents to RemainCo | |
| | | Other Patents Relevant to CC | | Will License to CC Co for Contact Center Solution Enablement, Including Those Marked for Sale |

= Avaya Call Routing software is currently reliant on Avaya IP Telephony software

AVAYA

© 2016 Avaya Inc. All rights reserved.

OVERVIEW OF INTERDEPENDENCIES WITH REMAINCO (CONT'D)
Customers, Partners and Go-To-Market
CUSTOMERS & PARTNERS
Customer and Partner Contracts Are Currently a Mix of CC Co and RemainCo Elements
• Co-mingled Agreements Will be Replicated / Partially Assigned (Majority of Contracts)
• CC-specific Contracts Will be Assigned to CC Co (Minority of Contracts)
• Assignments Accomplished Under Terms of Assignment and Notice Provisions
• Standard Terms Allow for Assignment of Contracts in Event of Acquisition
GO-TO-MARKET
Avaya (Today)
CC Co (Day 1)
Split = Sales Coverage Gaps for Both Companies on Day 1
RemainCo (Day 1)
- Accounts
- Geographies
Mutually Beneficial Arrangements and Cooperative Relationships Will be Put in Place to Ensure Customer Continuity and Opportunity Development, Based on the Following Guiding Principles (and Established in TSA)
Both Companies Will Seek to Extract More Value from Services and Maintenance
Any Mutual Representation Should Not Distort the Profit Profile of Either Company and Should Not Generate Conflicts or Account / Opportunity Leakage
AVAYA
© 2016 Avaya Inc. All rights reserved.
15



Avaya Confidential and Privileged – Prepared at the Direction of Counsel
Subject to NDA

EXHIBIT 99.4

DRAFT

# PROJECT ARROWHEAD CLEANSING MATERIALS

## [DECEMBER 2016]

AVAYA

© 2016 Avaya Inc. All rights reserved.

Confidential - DRAFT Cleansing Materials - Subject to NDA

# ARROWHEAD CLEANSING MATERIALS
## TABLE OF CONTENTS

1. Business Overview and Latest Financial Outlook
2. SaleCo and RemainCo Summary Overview
3. Pension Overview
4. Domestic vs. Foreign Legal Entity Overview
5. Appendix

AVAYA

© 2016 Avaya Inc. All rights reserved.

3

Confidential - DRAFT Cleansing Materials - Subject to NDA

# Business Overview and Latest Financial Outlook

AVAYA © 2016 Avaya Inc. All rights reserved.

4

Confidential - DRAFT Cleansing Materials - Subject to NDA

# AVAYA SNAPSHOT

## What Avaya Is Today

- $3.7B FY 2016 revenue driven by:
  - Large, leading Unified Communications ("UC")
  - Large, leading and growing Contact Center ("CC")
  - Differentiated Avaya Private Cloud Solutions ("APCS") and Fabric Networking
- Broad footprint:
  - Broad Enterprise/Service Provider Customer Base: 300K+
  - Broad Partner Ecosystem: 7,000+
  - Significant investor in R&D: 5,359 patents[2]
- Innovation leader beyond UC / CC
  - Zang: a new wholly-owned company focused on Cloud-based Communication Platform as a Service
  - 1,000+ security/ wireless fabric customers
  - 300+ instances / 100+ snap-ins for work flow automation (Breeze)

## Business Mix[1]

FY 2016 Revenue: $3.7B
Unified Communications 58%
Contact Center 27%
Networking 7%
APCS 8%

#1 in Contact Center

#2 in Unified Communications

Notes:
Segmentation subject to ongoing management review and revision.
1. UC, CC and Networking revenue include product, maintenance and APS revenues; UC in above chart includes GSMB and Other Services.
2. Avaya Management as of 9/30/16.
*Source: Avaya Management; Gartner, Infonetics, Wainhouse, MZA*

AVAYA

© 2016 Avaya Inc. All rights reserved.

Confidential - DRAFT Cleansing Materials - Subject to NDA

# SaleCo and RemainCo Summary Overview

© 2016 Avaya Inc. All rights reserved.

14

# FINANCIAL OUTLOOK POST-DISAGGREGATION

**Following the sale of CC, APCS, Emerging Technologies (i.e., SaleCo) and Networking segments, Avaya's RemainCo business will comprise the Company's UC and GSMB segments.**

| SaleCo. | Proj. 2017 | Proj. 2018 | Proj. 2019 | Proj. 2020 | '17-'20 CAGR |
|---|---|---|---|---|---|
| **Total Revenue** | 1,357 | 1,420 | 1,506 | 1,600 | 6% |
| **Gross Margin** | 867 | 906 | 958 | 1,012 | 5% |
| *GM %* | *64%* | *64%* | *64%* | *63%* | |
| **Adjusted EBITDA** | 483 | 502 | 529 | 555 | 5% |
| *Adj. EBITDA %* | *36%* | *35%* | *35%* | *35%* | |

**SaleCo projection model** was developed by the Company in September / October 2016 in conjunction with its M&A advisors. The following key considerations should be observed:

- Represents combined standalone financials for Company's CC and APCS business segments
- As of November 2016 and remains subject to further revision
- In-court restructuring process is not contemplated

| RemainCo.[1] | Proj. 2017 | Proj. 2018 | Proj. 2019 | Proj. 2020 | Proj. 2021 | '17-'21 CAGR |
|---|---|---|---|---|---|---|
| **Total Revenue** | 1,774 | 1,600 | 1,484 | 1,393 | 1,355 | (7%) |
| **Gross Margin** | 1,101 | 1,033 | 965 | 922 | 912 | (5%) |
| *GM %* | *62%* | *65%* | *65%* | *66%* | *67%* | |
| **Adjusted EBITDA** | 444 | 516 | 511 | 484 | 497 | 3% |
| *Adj. EBITDA %* | *25%* | *32%* | *34%* | *35%* | *37%* | |

**RemainCo projection model** was developed by the Company in November 2016 based on the following critical assumptions and subject to ongoing management review / revision:

- Consummation of M&A transactions for CC, APCS and Networking segments
- Divested SaleCo carved-out of wholeco financials based on preliminary analysis as of November 2016
- In-court restructuring process
- Post-disaggregation, RemainCo accelerates its cost reductions as it sheds costs of complexity that are considered to be unyielding under the existing 'wholeco' business, as well costs supporting the SaleCo TSA (subsequent to TSA expiration)

Note:
Forecasts subject to ongoing management review and revision. SaleCo financials reflect M&A standalone version shown to bidders in November.
1. RemainCo Adj. EBITDA excludes TSA-related ICE

AVAYA

© 2016 Avaya Inc. All rights reserved.

# REMAINCO SNAPSHOT

## RemainCo Overview / Strategy

- RemainCo (Avaya Communication & Services or "AC&S") with $2.1B FY 2016 revenue:
  - Leading UC products include Aura, IP Office, Endpoints
  - Large Maintenance revenue base
- Positioned for long-term revenue stability, driven by growing contribution from NextGen products and services to offset ongoing Heritage product erosion
- Upside potential from initiatives including:
  - Go-to-market ("GTM") optimization including focus on direct channel sales
  - New NextGen product launches
  - Maintenance / Professional Services initiatives including direct channel focus and new service offerings
  - Cloud / subscription services
- RemainCo leadership to comprise experienced members of Avaya management team having delivered 5 consecutive years of restructuring results
- Key cost areas and levers have been identified
- Expected "Day 1" headcount of ~6K employees

## Business Mix[1]

FY 2016 Revenue: $2.1B
APS 5%
Other Svcs 2%
Maintenance 40%
Product 53%
#2 in Unified Communications

Notes:
Segmentation remains subject to management review and revision.
1. Above chart includes GSMB and Other Services.
*Source: Avaya Management; Gartner, Infonetics, Wainhouse, MZA*

© 2016 Avaya Inc. All rights reserved.