# Exhibit 13

SRF 16662    Avaya Inc. & Avaya International Sales Limited



To:

Luxoft Global Operations GmbH
GUBELSTRASSE 24
Zug 6300
Switzerland

June 14, 2017

Dear Sirs and Madams:

### Notice of Duplication of Agreement and Consent to Assignment

We are pleased to give you notice that the United States Bankruptcy Court for the Southern District of New York has issued an order (the "**Sale Order**") approving the sale of Avaya Inc.'s Networking Business to Extreme Networks, Inc., a public company listed on Nasdaq (EXTR) ("**Extreme**"), pursuant to a purchase agreement (the "**Purchase Agreement**") entered into by Avaya Inc. ("**Avaya**") and Extreme on March 7, 2017. The closing of the sale is expected to occur on July 1, 2017 (the "**Closing**"). A copy of the Sale Order is available at https://cases.primeclerk.com/avaya/Home-DocketInfo.

This letter will serve as notice that in connection with the sale, Avaya will be duplicating each agreement between Avaya and you in its entirety and assigning each duplicated contract with you that is applicable to the Networking Business, as referred to in the attached Agreement Schedule to this notice (each, a "**Contract**"), to Extreme (or an affiliate of Extreme, which Extreme may designate at its discretion). The agreement(s) shall otherwise remain in full force and effect with Avaya with respect to any rights and obligations of the parties relating to products and services other than those relating to the Networking Business. The assignment of each Contract will be effective as of the Closing.

Pursuant to the Purchase Agreement, Extreme has agreed to assume, among other things, with effect from Closing, liabilities arising from or in connection with the performance of each Contract after Closing (other than liabilities relating to pre-Closing matters) including payment obligations for products and services delivered after Closing (collectively, the "**Assumed Liabilities**"). Accordingly, Extreme will not assume any liability arising from or in connection with the Networking Business other than the Assumed Liabilities, while Avaya will no longer be liable for the Assumed Liabilities.

Your continued performance under each Contract, or acceptance by you or by any of your affiliates of Extreme's or its affiliate's purchase order will constitute consent to the duplication and assignment to Extreme of each Contract and assumption by Extreme of Avaya's rights and obligations under each Contract, as set forth herein and in the Purchase Agreement, and we and Extreme shall rely upon such consent and acceptance. That said, in the interest of time, we would appreciate you countersigning and returning this letter at your earliest convenience.

Extreme will provide you with further written notice of Closing after the date of Closing or as soon as reasonably practicable thereafter. If applicable, such notice shall identify Extreme's designated affiliate.

Please be advised that for a certain amount of time after Closing, Avaya and its affiliates will continue to issue and process purchase orders and invoices under the Contract(s) in its own name but on behalf of Extreme. Extreme has agreed to assume all obligations and liabilities arising from or in connection with such purchase orders in accordance with the Purchase Agreement.

OUTSIDE COUNSEL EYES ONLY                                                                                        EXTREME-01383707

If you have any questions or concerns at any point during this process, please do not hesitate to contact Avaya at avayasourcing@avaya.com.

Best Regards,

Avaya Inc.

On copy notice:

We hereby acknowledge receipt of the above Notice of Duplication of Agreement and Consent to Assignment and consent, conditional on Closing, to the assumption by Extreme of and the release of Avaya from the rights and obligations of Avaya under each Contract, as set forth herein, and the Assumed Liabilities.

We hereby waive any restrictions under any Contract on the assignment of any Contract and the assumption by Extreme (or its designated affiliate) of the rights and obligations of Avaya under the Contract, as set forth herein.

**Signed** for and on behalf of Luxoft Global Operations GmbH

*Luxoft Global Operations GmbH*
Company Name

By: _____
Authorized Signatory

*Elena Gouglinova*
Name

*Managing Director*
Title

*27.06.2017*
Date

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383708

# Agreement Schedule

| Avaya Entity | Counterparty | Contract Description |
|---|---|---|
| Avaya Inc. & Avaya International Sales Limited | Luxoft Global Operations GmbH | Master Services Agreement, dated as of January 1st, 2014 as amended and the related Amended and Restated Addendum to Master Services Agreement, dated September 1st, 2014. |

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383709

***CUST Avaya 1650 SRF 16662 SVC: SD MMLID: 3513892 TRACK ID: SUPP_0023
Luxoft Global Operations GmbH
GUBELSTRASSE 24
Zug 6300
Switzerland

Case 3:20-cv-00451-CEA-DCP   Document 334-14   Filed 11/15/23   Page 5 of 5   PageID #: 14735
OUTSIDE COUNSEL EYES ONLY
EXTREME-01383710