# Exhibit 14

# TRANSITION SERVICES AND LIMITED AGENCY AGREEMENT

This TRANSITION SERVICES AND LIMITED AGENCY AGREEMENT is dated as of July 14, 2017 (this "**Agreement**"), and is by and between AVAYA INC., a Delaware corporation ("**Avaya**"), and EXTREME NETWORKS, INC., a Delaware corporation ("**Purchaser**"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Purchase Agreement (as defined below).

WHEREAS, on January 19, 2017, Avaya, together with certain of its subsidiaries, filed voluntary petitions for relief (the "**Bankruptcy Case**") under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**");

WHEREAS, Purchaser and Avaya have entered into that certain Asset Purchase Agreement, dated March 7, 2017 (the "**Purchase Agreement**"), pursuant to which Avaya has agreed to, and to cause the applicable Sellers to, sell, transfer, assign and deliver to Purchaser, and Purchaser has agreed to purchase, acquire and accept from the applicable Sellers all of their right, title and interest in and to the Transferred Assets and to assume the Assumed Liabilities, all upon the terms and subject to the conditions set forth in the Purchase Agreement; and

WHEREAS, to facilitate the transactions contemplated by the Purchase Agreement, Avaya and Purchaser deem it to be appropriate and in their mutual best interests that Avaya and its subsidiaries provide certain services to Purchaser and its subsidiaries and that Purchaser and its subsidiaries provide certain services to Avaya and its subsidiaries, in each case pursuant to the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the premises and the mutual agreements and covenants set forth in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties hereby agree as follows.

ARTICLE I
SERVICES

Section 1.1   Description of Services.

(a)   On the terms and conditions of this Agreement, (i) Avaya shall provide, or cause to be provided by its applicable subsidiary, on a non-exclusive basis, the transition services set forth in Exhibit A hereto (collectively, the "**Seller Transition Services**"), to Purchaser or its applicable subsidiary and (ii) Purchaser shall provide, or cause to be provided by its applicable subsidiaries, on a non-exclusive basis, the transition services set forth in Exhibit B hereto (collectively, the "**Purchaser Transition Services**" and together with the Seller Transition Services, the "**Transition Services**"), to Avaya or its applicable subsidiary following the Closing. The Transition Services shall be limited to those services described in Exhibit A and Exhibit B unless specifically supplemented pursuant to Section 1.2 or modified by amendment in accordance with Section 7.12. It is understood that (i) the Seller Transition Services to be provided to Purchaser (or its applicable subsidiary) under this Agreement shall only be provided

for the purpose of conducting the Business substantially as conducted in the twelve months prior to the Closing (the "**Lookback Period**") and (ii) the Purchaser Transition Services to be provided to Avaya (or its applicable subsidiary) under this Agreement shall only be provided for the purpose of conducting Avaya's businesses other than the Business (the "**Retained Business**") as conducted in the Lookback Period.

(b) The parties acknowledge and agree that (i) a party (in its capacity as a provider of Transition Services, the "**Providing Party**") may satisfy its obligations hereunder to provide Transition Services to the other party (such other party, the "**Receiving Party**") by causing one or more of its subsidiaries to provide or procure such Transition Services (in which case, such subsidiaries shall be included in the definition of "Providing Party" for all purposes hereof in respect of such Transition Services), which subsidiaries such Providing Party may change in its discretion from time to time and (ii) subject to a Providing Party's compliance with its obligations under this Agreement (including Section 1.5), a Providing Party or any of its subsidiaries may be providing similar services, and/or services that involve the same resources as those used to provide the Transition Services, to its internal organizations, other subsidiaries and/or Third Parties (as defined below). If the provision of any Transition Service would violate any Law applicable to the Providing Party, the Providing Party shall notify the Receiving Party and the Providing Party may modify any or all of the Transition Services to the extent reasonably necessary so that the provision of such Transition Services would not violate any Law applicable to the Providing Party.

Section 1.2 Additional Services.

(a) If Purchaser reasonably determines that additional services that (i) had been provided to the Business prior to the Closing but are not set forth in Exhibit A, (ii) are necessary to conduct the Business substantially as conducted during the Lookback Period, other than any services of the types listed on Exhibit D, and (iii) neither Purchaser nor any of its subsidiaries are reasonably able to provide or otherwise reasonably obtain such services (each such service, an "**Additional Seller Service**"), then Purchaser may, by written notice to Avaya, request that Avaya provide (or cause to be provided pursuant to Section 1.7(b)) such Additional Seller Service. Upon receipt of such request by Avaya, Avaya shall consider any such request for Additional Seller Services in good faith and the parties will mutually discuss such request, including duration, service levels, resource requirements and additional associated Fees, it being understood that Avaya may no longer have the resources or personnel to provide such Additional Seller Service. If the parties agree to the provision of such Additional Seller Service, the parties shall effect an amendment to Exhibit A setting forth the Additional Seller Service, the terms and conditions for the provision of such Additional Seller Service and the Fees payable by Purchaser for such Additional Seller Service, and such Additional Seller Service shall, as of such amendment to Exhibit A, be deemed "Seller Transition Services" for the purposes of this Agreement. To the extent reasonably practicable, the Additional Seller Services shall be priced using a consistent pricing methodology with that used in pricing of other Seller Transition Services.

(b) If Avaya reasonably determines that additional services had been provided to the Retained Business prior to the Closing but not set forth in Exhibit B are necessary to conduct the Retained Business substantially as conducted during the Lookback Period, other than

2
US-DOCS\77191498.18
Case 3:20-cv-00451-CEA-DCP   Document 334-15   Filed 11/15/23   Page 3 of 12   PageID #: 14738

OUTSIDE COUNSEL EYES ONLY                                                                                              EXTREME-01383509

behalf of the party waiving compliance. No course of dealing between the parties or any of their subsidiaries or Representatives shall be effective to amend or waive any provision of this Agreement.

Section 7.13 <u>Conflicts</u>. In the case of conflict between the terms and conditions of this Agreement and the Purchase Agreement, the Purchase Agreement shall control.

Section 7.14 <u>Joint Drafting</u>. The parties hereto have been represented by counsel in the negotiations and preparation of this Agreement; therefore, this Agreement will be deemed to be drafted by each of the parties hereto, and no rule of construction will be invoked respecting the authorship of this Agreement.

[SIGNATURE PAGE FOLLOWS]

OUTSIDE COUNSEL EYES ONLY                                                                          EXTREME-01383536

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first written above.

                                         AVAYA INC.

                                         By: _____
                                         Name: Laurent Philonenko
                                         Title: Senior Vice President, Corporate Strategy and Development - Chief Technology Officer

OUTSIDE COUNSEL EYES ONLY
EXTREME-01383537

EXTREME NETWORKS, INC.

By: _____
Name: Katy Motiey
Title: EVP, Chief Administrative Officer –
HR, General Counsel & Corporate Secretary

[SIGNATURE PAGE TO TRANSITION SERVICES AGREEMENT]

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383538

# Section 8: IT
## A. Service Schedule

The costs and services set forth in this Section 8 are allocated based on the following assumptions:
- Purchaser shall pay monthly costs that cover direct costs for using Avaya infrastructure, applications, and services until migration is completed per each service set forth in this Section 8.
- Access to third party applications, programs, or services is subject to third party consent, if required, and the terms of Section 1.4 of the TSA.
- Avaya will provide necessary operational and financial separation, metrics and reporting by the Closing Date (Day 1) for Avaya to run and report on the Business to Purchaser in a manner consistent with the manner in which the Business was run and reported on as of the date of the Purchase Agreement.

| Function | Identifier | Detailed Requirements | Notes | Recipient | Provider | Duration | Monthly Cost |
|---|---|---|---|---|---|---|---|
| Infrastructure - Datacenter Facilities | IT.1 | • Providing services for Purchaser at IT owned and managed data centers - cost includes lease cost and consumables (power, cooling, etc.)<br>• 5 total data centers but 4 are active facilities:<br>• US1 Cincinnati Bell (Lebanon, Ohio), EMEA1 Telehouse (Frankfurt, Germany), APAC AT&T (Singapore), Digital realty (Carrollton, Texas)<br>Day 1:<br>• TSA until Purchaser final system solution | 99.9% system availability | Purchaser | Avaya | 12 months | $ 28,688 |
| Infrastructure - Operations and Support | IT.2 | • All support resources are shared between Purchaser and Avaya (Labor for support). The foregoing will not limit Avaya's obligations to provide labor to support the Transition Services set forth herein.<br>• Support labor covers data center, network, systems, database, SAP Basis, operations monitoring, change management, trouble resolution, job scheduling, and STARS.<br>• Only includes infrastructure supported by IT.<br>Day 1:<br>• No Day 1 changes provide support back to | | Purchaser | Avaya | 12 months | $ 68,967 |

**Transition Services Agreement (TSA)**

| Function | Identifier | Detailed Requirements | Notes | Recipient | Provider | Duration | Monthly Cost |
|---|---|---|---|---|---|---|---|
| | | Purchaser through a TSA.<br>• Purchaser able to initiate tickets via Purchaser help desk via authorized individuals who have system access to initiate and route tickets to the proper IT teams or field services within Purchaser. | | | | | |
| Infrastructure - Computing Environment | IT.3 | • Provide hardware maintenance services under existing hardware maintenance contracts (servers, storage, network components) | | Purchaser | Avaya | 12 months | $ 17,005 |
| Infrastructure Software - Computing Software, System Mgmt., VMWare Virtualization | IT.4 | • Provide software maintenance services under existing software maintenance contracts (Operations, database, VMware, operating systems, network software) | | Purchaser | Avaya | 12 months | $ 47,960 |
| Shared Service - Print Services | IT.5 | • Provide print services for Avaya<br>• Includes HP leases for global print services - all the printers and ink, and paper is purchased internally.<br>• Includes additional leases for outside of US<br>Day 1:<br>• TSA print services on Day 1. | | Purchaser | Avaya | 12 months | $ 3,150 |
| Shared Service - Help Desk | IT.6 | • Avaya will continue to manage Help Desk support relating to requests for the Business.<br>Day 1:<br>• If Purchaser would like separate ACD, voice portal and chat routing, would need to estimate that cost and time | | Purchaser | Avaya | 12 months | None |

US-DOCS\78259466.28

OUTSIDE COUNSEL EYES ONLY

Case 3:20-cv-00451-CEA-DCP   Document 334-15   Filed 11/15/23   Page 8 of 12   PageID #: 14743

EXTREME-01383556

## Transition Services Agreement (TSA)

| Function | Identifier | Detailed Requirements | Notes | Recipient | Provider | Duration | Monthly Cost |
|---|---|---|---|---|---|---|---|
| Shared Service - Field Services Operations Support | IT.7 | • The Transferred Employees will co-manage and use the same set of tools to manage both Avaya and Business requests. | | Purchaser | Avaya | 12 months | $ 17,880 |
| Infrastructure - Exchange Email, Spam, Directory Services, Archiving | IT.9 | • Email Maintenance contracts (Exchange, Spam, Directory Services, Archiving)<br>• Service Accounts determined by Avaya will be forwarded to ensure uninterrupted business workflow<br>Notes:<br>• Email boxes used by tools for Purchaser and Avaya customers will not be changed on Day 1 as this requires new development.<br>Day 1:<br>• Transferred Employees move to Purchaser email system<br>• Transferred Employees' former Avaya email addresses will be set up with a bounce back email with new Purchaser email information.<br>• Purchaser users will be contained within their own Purchaser email domain.<br>• MDM support to be reviewed.<br>• Manual forwarding of common email addresses required<br>• •Provide 90 days of pre-Closing user emails (where available) of Transferred Employees for migration to the Purchaser email platform<br>• Transferred Employees will have access to read their avaya.com email accounts and archived email. There will be no ability to send email from these user mailboxes. After 30 days Avaya will review the usage before Avaya disconnects @avaya email, and their Avaya handle will be enabled to point at their @extremenetworks.com | | Purchaser | Avaya | 12 months | $ 6,909 |

18

US-DOCS\78259466.28

Case 3:20-cv-00451-CEA-DCP   Document 334-15   Filed 11/15/23   Page 9 of 12   PageID #: 14744

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383557

| Function | Identifier | Detailed Requirements | Notes | Recipient | Provider | Duration | Monthly Cost |
|---|---|---|---|---|---|---|---|
| | | regarding Agile access<br>- | | | | | for Agile |
| Applications - Corporate - Finance, Procurement & Payments | IT.20 | • Access, maintenance, and support of all Business related core finance, procurement & payments applications, data warehouses and reports, including but not limited to:<br>- AIA (Avaya Intelligence Analytics) is a data warehouse; Essbase/SAP is used for financial management reporting<br>- Government uses CostPoint; Vistex is used for partner compensation<br>- TBC is used for treasury management<br>- MJE (Manual Journal Entry) tool; SAP<br>- Coupa: a cloud-based provider integrated into SAP (AP)<br>- Fieldglass for time & material<br>- EDW and BW are two data warehouse application for reporting<br>- InvoiceGate workflow management for invoices | | Purchaser | Avaya | 12 months | $12,967 |
| Applications - Corporate – HR | IT.21 | • Access to all Business related SAP and service support systems, data warehouses and reports, including but not limited to:<br>- HR and Payroll - n/a - all data to be transferred pre Day 1. As part of data transfer, Avaya will provide the last 3 years of Callidus attainment reporting for all Transferred Employees. Transferred Employees will be | | Purchaser | Avaya | 12 months | $8,304 |

25

**Transition Services Agreement (TSA)**

| Function | Identifier | Detailed Requirements | Notes | Recipient | Provider | Duration | Monthly Cost |
|---|---|---|---|---|---|---|---|
| | | supported by the Purchasers payroll services Day 1.<br>• Access will continue to be granted to key Avaya QTC applications e.g. SFDC, A1S, SAP, Siebel, eProject etc to Transferred Employees in order to perform their roles on an as needed basis<br>Day 1:<br>• Avaya will act as Purchaser's agent for the Business by processing orders, delivering product and invoicing on behalf of Purchaser | | | | | |
| Applications - Corporate - Corporate (Other) | IT.22 | • Access, Maintenance, and Support of all Business related Corporate Applications, data warehouses and reports, including but not limited to:<br>- Serengeti/Apptus and Oracle GCP for legal<br>- Fusion for real estate management<br>- EASE is used by M&A<br>- SAP GRC is used to provide access control to the users.<br>- HPSM is an IT asset management tool.<br>- SAP PPM is used for portfolio management.<br>- SAP Fiori is used for internal time reporting.<br>- Cadency Comp is used for SOX compliance management<br>- FUSION(Big center) is used for facilities management system<br>- | | Purchaser | Avaya | 12 months | $1,779 |
| Data Transfer | IT 23 | • Avaya will provide data (including historical data) from its systems for Purchaser to map into Purchaser's systems. For example: Avaya will provide data from its SAP instances and Purchaser will map the data into its Oracle instance. Avaya is responsible for providing definitions (data dictionary / data structure) of its data for all data to be converted. Avaya will | | Purchaser | Avaya | 12 months | No cost to Purchaser unless consulting services are elected. |

26

| Function | Identifier | Detailed Requirements | Notes | Recipient | Provider | Duration | Monthly Cost |
|---|---|---|---|---|---|---|---|
| | | also provide walk-throughs of relevant application code, configuration, available technical and functional documentation and Business specific custom code and logic relevant to the IT systems used in the Business' "opportunity to cash" transactions including Business licensing systems. Avaya's business and IT team members will be made available for Purchaser to ask data and systems related questions relative to the Business. Avaya and Purchaser will collectively determine mutually agreeable formats to provide / receive required data.<br><br>• In addition to the foregoing, at Purchaser's election, Avaya will make available consulting services resources at an amount to be agreed in order to further assist Purchaser (e.g. if Purchaser requires dedicated consulting work over and above the walk-throughs described, etc.).<br><br>• Migrate SaaS configuration from Avaya instance to Purchaser instance if Avaya, Purchaser and the associated 3rd party are in agreement (example is Kinaxis), including agreement as to fee arrangements and responsibilities. | | | | | |
| Processing Orders from New Customers | IT.24 | • Avaya IT will process orders from Purchaser customers that are not already Avaya customer only under the following conditions:<br>• The customer agreements are on the same terms and conditions as the Avaya Direct Customer Standard Terms and Conditions Template Agreement prior to the Closing.<br>• Avaya shall not be obligated to process more than 20 new customer orders per quarter. | For avoidance of doubt it is acknowledged that the definition of customer excludes partners, resellers and distributors. | Purchaser | Avaya | 12 months | $75/hour |

27