# Exhibit 17

Extreme Inc.

# BoSS/VoSS Luxoft Software Development

## DD/DC Statement of Work (SOW)
October 2017 – December 2017

| | |
|---:|:---|
| Extreme Vice President Engineering: | Mirza Arifovic |
| Extreme Project Manager: | Thomas Carmichael |
| Extreme Sr Director Development: | Dale Nash |
| Extreme Director QA: | Mark Conroy |
| Extreme Purchasing: | Bob Mitri |

This is a Defined Deliverable/Defined Cost (DD/DC) project.

OUTSIDE COUNSEL EYES ONLY                                           EXTREME-00881653

## Revision History

| Date | Version | Description | Author |
|---|---|---|---|
| Change Date | Version | Describe what was changed, added or deleted. | Who made the changes. |
| 10/15/2017 | V1.01 | October – December SOW 2017 | Thomas Carmichael |
| 10/31/2017 | V1.02 | Nulktipole changes updated | Thomas Carmichael |

## Schedule A
## Statement of Work
## Defined Deliverables Defined Cost for
## Extreme Stackables(BoSS) & VoSS Programs

This Statement of Work "SOW" is effective as of October 1, 2017 ("SOW Effective Date") by Extreme Inc. ("Extreme") and Luxoft Global Operations GmbH. ("Luxoft" or "Supplier") pursuant to the Master Services Agreement executed by Extreme Inc., Extreme International Sales Limited, Extreme UK, and Luxoft Global Operations GmbH with an Effective Date of January 1, 2014 (the "Agreement") into which this SOW is incorporated.

Capitalized terms in this SOW have the meaning set for in the Agreement unless specified otherwise in this SOW. Certain terms and acronyms used in this SOW are set forth in Attachment 1 (Glossary) to this SOW.

### A. Period of Performance
The period of performance for this SOW is October 1st 2017 to December 31st 2017

### 1. Personnel and Management Structure

| Role / Title | Name | Business Phone | E-mail |
|---|---|---|---|
| Extreme Project Manager | Tom Carmichael | 1-603 952-5574 | tcarmich@extremenetworks.com |
| Extreme Purchasing Manager | Bob Mitri | 1-408-579-2902 | bmitri@extremenetworks.com |
| SUPPLIER Project Contact | Doru Mardare | 40 (21) 3714401 | DMardare@luxoft.com |
| Extreme Dir SW engineering (BoSS) | Amar Bagul | 1-603-952-6266 | abagul@extremenetworks.com |
| Extreme Sr Dir SW Engineering (Voss) | Dale Nash | 1-603-952-6276 | denash@extremenetworks.com |
| Extreme Dir of QA Engineering (VoSS) | Mark Conroy | 1-603-952-6315 | mconroy@extremenetworks.com |
| Extreme Sr Dir of QA Engineering (EXoS) | Chris Remline | 1-603-490-8911 | cremlin@extremenetworks.com |
| Extreme VP Engineering | Mirza Arifovic | 1-603-952-6324 | marifovic@extremenetworks.com |

### 2. Introduction

This is a Defined Deliverable/Defined Cost (DD/DC) Project

Luxoft has provided SW engineering support to VOSS/BOSS portfolio since 2000 in the roles of software development, product verification and customer support. The Luxoft team has operated as an extension to Extreme's research and development (R&D) organization for Extreme's Stackable portfolio and hence there has been a very close working relationship between the Extreme team in Salem and the Luxoft team in Romania.

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 3 of 15   PageID #: 14778
OUTSIDE COUNSEL EYES ONLY
EXTREME-00881654

The primary deliverable are the VOSS 7.0, BoSS SW Sustaining and EXoS releases

These deliverables are discussed as part of this SOW. The Developer team will handle all the associated responsibilities and maintenance issues with minimal Extreme support, interacting with the Extreme support team in an efficient and timely manner.

## 3. Scope of Services

This SOW covers Services provided by Luxoft for all products in Extreme's VOSS, BOSS and EXoX portfolio. The Services to be provided by Luxoft include software development, product verification, project management, and sustaining support for the portfolio's as further defined in this SOW. The Luxoft team will be involved in all stages of the product lifecycle for the VOSS and BOSS portfolio as further defined in this SOW. This SOW does not include hardware development, hardware support, and manufacturing services by Luxoft.

### A. Environment and Service Provider Deliver Centers

The great majority of the Services to be provided by Luxoft shall be performed in Luxoft Professional Romania S.R.L. offices in Bucharest, Romania. A relatively small portion of the work may be carried out by Luxoft resources in the Extreme offices in Bangalore or Salem. These may be short duration assignments where Luxoft personnel travel to North America or India and the travel costs for such assignments are to be covered in a separate PO and pre-approved in accordance with the requirements in the Agreement.

Luxoft shall maintain a development and test environment that mirrors what exists in the Extreme offices in Salem and Bangalore. Luxoft will be provided access to the Extreme environments and Extreme will have access to the Luxoft environment. Extreme in Salem has set up a Clear Case multisite environment with Luxoft in Romania and Luxoft will be able to remotely access Extreme's environment and work in North America from Romania. Luxoft can also access Extreme's test beds in Salem Bangalore, especially, the automation beds.

### B. Development / Implementation Strategies

The project leads and key project management functions for Extreme are in North America and India, the corresponding Luxoft leads are in Luxoft Professional Romania S.R.L. This applies to all roles such as software development and support, QA/PV, and sustaining support to the Extreme products.

All members of the Luxoft development team are required to follow the Extreme development best practices, which include design documentation, unit/integration testing, and code inspection, and the same tools will be used by both Extreme and Luxoft personnel for these activities.

### C. Testing and Validation

Identical PV best practices will be followed by Luxoft and Extreme and the same tools will be used (such as Quality Centre and Clear Quest). Luxoft is required to meet Extreme quality standards for each product Deliverable.

### D. Project Organization, Management and Quality Assurance

Luxoft will perform the Services and provide the Deliverables in accordance with the project schedule and project plan set forth in EPIX Program Center:

http://eng.extremenetworks.com/Eng/ProgramManagement/

The design components provided by Luxoft will follow the Extreme quality process for which more detail can be seen at this site:

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 4 of 15   PageID #: 14779
OUTSIDE COUNSEL EYES ONLY
EXTREME-00881655

In response to the Extreme provided project schedule and project plan, Luxoft will in turn provide their bottoms up schedules for the services and Deliverables to the Extreme leadership team for review and approval. Once agreement on the schedules has been reached, these plans will be stored on the Engineering SharePoint site at this location.

A formal weekly review of progress against the schedule for Services and Deliverables will be conducted by Extreme's Mirza Arifovic or his designee and the appropriate project leads from each party to ensure the progress against the schedule for the Services and each Deliverable is acceptable. Luxoft will provide a remediation plan for any Services or Deliverables that are not meeting their applicable agreed to schedule. The charts covering these reviews are also stored on this same SharePoint site.

### E. Other Issues

a. Lab – It is very important that Luxoft's lab facility be adequately supported with enough reliable power to accommodate all the Services and Deliverable to be provided under this SOW, including the development and testing of all Stackable products under this SOW. The Luxoft lab must have sufficient heating and cooling to keep the equipment in the lab operating in the recommended operating environment, and that there is enough space to accommodate all Extreme projects as they are planned.

## 4. Service Level Agreements (SLAs)

The quality of the Services and Deliverables from the Supplier will be assessed using the following SLAs

| Services/Deliverable/Milestone | Acceptance Criteria |
|---|---|
| Functional Spec, Design Documents, Test Plans | Reviewed and approved by the appropriate Extreme subject matter expert and by the Extreme design or project lead for the applicable project. |
| Source Code | All new code must be reviewed using the Extreme's code review tool and all defects addressed to the satisfaction of Extreme. |
| Features | The average PV first pass rate for each release of a feature should exceed 80% as shown by the Extreme First Run Pass Metric as measured via Extreme Data Warehouse |
| Work Item (WI) Resolution | All WIs found during PV testing that the Extreme specifies as requiring resolution must be resolved and approved by PV. |
| Sustaining WI Fix Rate | It is expected that the Luxoft sustaining team fix at least 0.75 Work Items per week per personnel. This includes both customer found defects and internally found defects. |

## 5. Deliverables and Milestones

The Deliverables are all outlined in the Phase Review Assurance Criteria (PRAC) for the EGSP methodology and as determined by the IPT at the beginning of each project. In general, all VOSS/BOSS projects follow the same methodology and set of Services and Deliverables. The timing of each is determined by the Extreme team and committed to by the Commit BDP.

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 5 of 15   PageID #: 14780
OUTSIDE COUNSEL EYES ONLY
EXTREME-00881656

The timing and content of Supplier Services and Deliverables shall be jointly agreed by Supplier and Extreme in accordance with the EGSP methodology and per the table below.

Engineering SharePoint

The Deliverables for the programs which are currently under way with Milestones within the current quarter are committed for delivery within the scope of the current Purchase Order.

| Product | Project | Milestone | Forecast Date | Dollars |
|---|---|---|---|---|
| | | | Oct-17 | |
| BoSS Sustaining | All Releases | Customer specific Support and Patches | Oct-17 | $80,000 |
| VoSS | All release | SW Development & Bug Fix and Automation Test | Oct-17 | $148,000 |
| VoSS | All Release | Test Plan development, execution and Automation | Oct-17 | $112,000 |
| EXoS | ALL Releases | Test Plan development, execution and Automation | Oct-17 | $10,909 |
| | | | Nov-17 | |
| BoSS Sustaining | All Releases | Customer specific Support and Patches | Nov-17 | $80,000 |
| VoSS | All Release | Bug Fix and Automation Test | Nov-17 | $148,000 |
| VoSS | All Release | Test Plan development, execution and Automation | Nov-17 | $112,000 |
| ExoSS | All Release | Solutions Test Plan development, execution and Automation | Nov-17 | $20,000 |
| | | | Dec-17 | |
| BoSS Sustaining | All Releases | Customer specific Support and Patches | Dec-17 | $80,000 |
| VoSS | All Releases | SW Development & Bug Fix and Automation Test | Dec-17 | $148,000 |
| VoSS | All Releases | Test Plan development, execution and Automation | Dec-17 | $112,000 |
| ExoSS | All Releases | Solutions Test Plan development, execution and Automation | Dec-17 | $20,000 |

## 6. Guidelines for Deliverables

All documentation and all code comments must be in English and should align with the defined guidelines.

- All the new program files should contain headers and the code must be well commented to make the design and implementation easily understandable.

Extreme Confidential                                                                                                                                          Page 5 of 14

Case 3:20-cv-00451-CEA-DCP    Document 334-18    Filed 11/15/23    Page 6 of 15    PageID #: 14781
OUTSIDE COUNSEL EYES ONLY                                                                                                                           EXTREME-00881657

• All ISO audit processes will be followed as per Extreme requirements

A. <u>Deliveries per Milestones Checklist</u>

The deliveries per Milestones will be as per below schedules

| Delivery Milestones | Deliverables |
|---|---|
| 1. Design Complete | • Approved Compliance Matrix<br>• Approved FS HLD and DD documents<br>• See SOW Schedule 3 |
| 2. Design Code Complete / Feature Verification Start | • Code submitted.<br>• UTP approved<br>• Unit Test Plan 100% executed<br>• Unit Test 95% pass rate<br>• BFIT 100% pass rate relative to Extreme baseline BFIT<br>• Zero S1 or S2 UT WI's<br>• Zero gating feature test start WI's<br>• Support early engagement<br>• See SOW Schedule 4 |
| 3. LA Release | • Feature test plans reviewed and approved<br>• System test plans reviewed and approved<br>• Customer Documents reviewed and final approvals<br>• Zero S1 or S2 WI's No gating WI's<br>• Less than 2 % of total created WI's remain open<br>• See SOW Schedule 5 |

Note: The activities mentioned above are related only to the features within scope of this SoW.

Project Milestones due dates are subject to change due to unforeseen business requirements at any time. New due dates for the Project Milestones will be defined with mutual agreement from the Extreme and Supplier Program Managers.

Supplier shall meet the published Milestones. If it is determined that any of the Milestones cannot be met, advanced warning shall be raised to the Extreme Program Managers as soon as this determination is made. Appropriate plans must also be provided to address the Milestone issue.

Supplier will be exempted from meeting Milestones due to Extreme's failure to fulfill its requirements with such Milestone as documented and agreed to by Extreme.

Extreme shall, in its reasonable discretion determine which Project Milestones have been met and which ones have not, and will communicate its determination to Supplier. Extreme shall only be required to pay for accepted Project Milestones.

In the event a Milestone is not accepted, Extreme and Supplier will mutually review and adjust any subsequent dependent Milestones and agree to a new adjusted Milestone target.

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 7 of 15   PageID #: 14782
OUTSIDE COUNSEL EYES ONLY                                                                                    EXTREME-00881658

Milestones/Deliverables are tracked and reviewed on a regular basis by the Extreme project leads.

**Acceptance**: Upon acceptance by Extreme of a Project Milestone in Extreme's reasonable discretion, Luxoft shall have the right to invoice Extreme for the Project Milestone. Extreme shall have the right in its reasonable discretion to reject a Milestone, in whole or in part, and shall provide Luxoft with a written description (email acceptable) supporting the basis for Extreme's rejection of the Milestone. Luxoft shall have the right to remedy any rejected Milestone and Extreme shall only be obligated to pay an invoice for a Milestone that has been accepted by Extreme.

Project Milestones due dates are subject to change due to unforeseen business requirements at any time. New due dates for the Project Milestones will be defined with mutual agreement between Extreme and Supplier primes.

Supplier shall meet the published Milestones. If it is determined that any of the Milestones cannot be met, advanced warning shall be raised to the Extreme Lead as soon as this determination is made. Appropriate plans must also be provided to address the Milestone issue.

Supplier will be exempted from meeting Milestones due to Extreme's failure to fulfill its requirements with such Milestone as documented and agreed to by Extreme.

Extreme shall, in its sole reasonable discretion determine which Project Milestones have been met and which ones have not, and will communicate its determination to Supplier. Extreme shall only be required to pay for accepted Project Milestones.

In the event a Milestone is not accepted, Extreme and Supplier will mutually review and adjust any subsequent dependent Milestones and agree to a new adjusted Milestone target.

### B. Dependencies to Milestones

- FV & SV test plans available for Luxoft review, update and approval two weeks prior to final approval target date
- Unit Test Plans to be available for Extreme Review, update and approval two weeks prior to final approval target date
- All Unit Test plans, Feature Test plans and SV test plans must be approved prior to Test start by Extreme and Luxoft.
- Luxoft responsible for executing and passing BFIT related to scope features prior to code submission for DCC
- Luxoft responsible for BFIT Sanity execution prior to submits
- Extreme Architect will consult on all aspects of project.
  - Guide design & integration with VOSS platform, all features, and any other features (existing or new)
  - Consult and review all specs/docs .i.e.: IDCEs, CM, DEs, FS/HLDs, UTPs, FVTPs, SVTPs, BTT, TSTT, and Customer Documents
- Extreme SMEs available for code and Test Plan reviews
- All WIs will be documented with the details related to the executed TC describing the setup, steps executed until the occurrence of the problem and expected results.

### C. Assumptions and Extreme Support

- Luxoft will supply a suitable development workstation for each engineer on the project team.
- If new project specific equipment and/or software tools/licenses are required, they will be provided by Extreme. In case Luxoft purchases items offshore as per Extreme's request, the cost of such equipment and/or software tools/licenses is compensated by Extreme on top of Fixed Cost specified in this SOW.

**Extreme Confidential**                                                                                                     Page **7** of **14**

Case 3:20-cv-00451-CEA-DCP    Document 334-18    Filed 11/15/23    Page 8 of 15    PageID #: 14783
OUTSIDE COUNSEL EYES ONLY                                                                                EXTREME-00881659

- The Extreme specific equipment and/or software required for the project is to be provided to Luxoft by Extreme in accordance with needs and requirements of the project.
- Extreme shall provide access to all the equipment required for the project located in Extreme lab in accordance with the Extreme security policy.
- The spares and maintenance cost for equipment supplied by Extreme shall be paid by Extreme.
- Luxoft shall provide standard software to perform software development and testing activities including operating systems, software quality tools, and other standard software required for the project, which is not project specific and does not represent a part of the product. The operating systems on the workstations shall be compliant with the OS specifications provided by Extreme.
- Extreme will provide access to required applications and tools located in the Extreme's Intranet in accordance with project needs and requirements. The list of existing tools and services can be enlarged or reduced depending on the project needs.
- Extreme to provide code base access to VSP and necessary documentation and manuals for VSP platforms.
- Extreme to provide necessary infrastructure access (VSP test beds at Billerica) for the development and testing purpose
- Extreme will be providing the release engineering support
- Extreme SME support for code and design document review and approval
- Luxoft support for Feature Test and System Test execution
- Luxoft support for customer documentation feature review and approval
- Luxoft support for BTT and TSTT training documentation and presentation

## 7. Defined Cost

The total costs for this SOW are:-

| Total of all Milestones (upon acceptance) | $1,070,909 |
| Additional Project Specific Expenses e.g. additional equipment, T&L | Funded by separate expense PO. |

Payment Schedule

The fees for the Services and Deliverables provided pursuant to this SOW shall not exceed the amount specified in this SOW and the associated purchase orders.

The Extreme Lead responsible for the project reviews all Milestones delivered on their project monthly and either approves or rejects parts or all invoices submitted by Supplier.

Where Milestones or SLAs are not achieved, the Supplier will submit a corrective action plan to be agreed with Extreme. This plan will include both corrective action and an assessment of the impact on Future Deliverables.

Once the corrective action plan is implemented to Extreme's satisfaction any payments withheld can be invoiced upon acceptance by Extreme.

IN WITNESS WHEREOF, the parties cause this SOW to be executed by their duly authorized

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 9 of 15   PageID #: 14784

OUTSIDE COUNSEL EYES ONLY

EXTREME-00881660

representatives on the dates specified below.

| EXTREME INC. | Luxoft Global Operations GmbH |
|---|---|
| Signature _[signature]_ | _[signature]_ |
| Name Mirza Arifovic | Name Elena Goryunova |
| Title VP Engineering | Title Managing Director |
| Date November 17, 2017 | Date 13.11.2017 |

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 10 of 15   PageID #: 14785

OUTSIDE COUNSEL EYES ONLY

EXTREME-00881661

## Attachment 1

### Glossary

| | |
|---|---|
| DD/DC | Defined Deliverable/Defined Cost |
| SOW | Statement of Work |
| MSA | Master Services Agreement |
| BDP | Business Decision Point (term defined in EPIX) |
| PA | Proposal Accepted milestone (term defined in EPIX) |
| CA | Concept Accepted milestone (term defined in EPIX) |
| CO | Commit milestone (term defined in EPIX) |
| IB | Initiate Beta milestone (term defined in EPIX) |
| LA | Launch Accepted milestone (term defined in EPIX) |
| PMT | Portfolio Management Team (term defined in EPIX) |
| IPT | Integrated Project Team (term defined in EPIX) |
| CAT | Code Architecture Team (term defined in Stackable team) |
| EGSP | Extreme Global Solution Process |
| WI | Work Item (term defined in JIRA tool) |
| PV | Product Verification (organization within development team) |
| PRAC | Phase Review Assurance Criteria – a list of deliverables required at each phase of the project |
| DP0 | Design Phase 0 – requirements phase |
| DP1 | Design Phase 1 – planning phase |
| DP2 | Design Phase 2 – implementation phase |
| DP3 | Design Phase 3 – Design Testing phase |
| STP1 | System Testing Phase 1 – System Testing phase |
| STP2 | System Testing Phase 2 – Regression testing |
| STP3 | System Testing Phase 3 – Soak testing |

**SOW SCHEDULE 1A: ACCEPTANCE AND TESTING PROCEDURES**

(A) conformance of the Deliverable with the requirements provided by Extreme; and
(B) Delivery of the Deliverable in accordance with the delivery schedule provided by Extreme.

I. Supplier shall provide the listed Deliverables as well as related engineering assignments within their skill area in a timely manner with a quality of work and documentation consistent with Extreme's performance requirements.

II. *Extreme will inspect Deliverables promptly after receipt. In the event Extreme rejects the Deliverable, Extreme will provide Supplier written notice of such rejection within five (5) days after receipt. Rejection notices will include reasons for the rejection. Within five (5) business days of receipt of an Extreme rejection notice, Supplier will redeliver the Deliverable meeting the Acceptance Criteria at Supplier' expense. At Extreme's sole discretion, Extreme may withhold payment for Deliverables and any related milestones until such work performed on schedule or in the event of a rejected Deliverable, until the work is re-performed with quality of work and documentation consistent with Extreme's performance requirements.*

III. In the event Extreme rejects three (3) successive Deliverables due to poor performance or quality by Supplier over any thirty (30) calendar day period, Supplier shall refund or credit Extreme for the expenses billed to Extreme for the related scope of work during this period.

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 11 of 15   PageID #: 14786
OUTSIDE COUNSEL EYES ONLY
EXTREME-00881662

IV. Should Extreme determine that a specific Supplier resource (whether engineering or administrative) is not meeting Extreme requirements or delivery schedules, which may be evidenced by Extreme's repeated rejection of Supplier Deliverables, Extreme will notify the Supplier Project Manager and that specific Supplier resource shall be removed from the assignment within fourteen (14) business days or on a timetable agreed by both Supplier and Extreme

OUTSIDE COUNSEL EYES ONLY

EXTREME-00881663

**SOW SCHEDULE 1B: IPR and Third party Licensed software process to be followed**

I. **List of Background IPR (including any Third Party Property as part of either Supplier's or Extreme's Background IPR):**

| Supplier's Background IPR Incorporated in Deliverable or Used During Development | Third Party Property Included in Background IPR by Supplier | Extreme's Background IPR Incorporated in Deliverable or Used During Development | Third Party Property Included in Background IPR by Extreme |
|---|---|---|---|
| None | None | TBD- | TBD |
| | | | |
| | | | |

Below section outlines the process to be followed if Supplier is planning to introduce or modify any Third party licensed software.

II. **Process by which Supplier Shall obtain approval for Third Party Licensed Software and Comply with license(s) for Third Party Licensed Software the Supplier develops or the Supplier wants to use or modify**
  A. Supplier shall have developers trained to use the Black Duck Code Center for maintaining an up to date list of the open source software (OSS), commercial, and freeware software ("Third Party Software") components used in the product and their license information.
  B. Supplier shall submit requests to use and distribute Third Party Software components using the Black Duck Code Center tool.
  C. Supplier shall deliver all OSS source code that forms part of the product to the Extreme source code repository including the Corresponding Source Code. The Corresponding Source Code means the preferred form of the code for making modifications to it. For an executable, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the executable. However, as a special exception, the source code distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.
  D. If the Black Duck Code Center request is approved, the Supplier's developers will acknowledge the terms and conditions provided by the approver prior to use.
  E. Supplier will speak to the Extreme Project Manager and wait for a green checkmark status on all submitted components prior to using Black Duck Code Center's report (License/Copyright report) to generate the list of OSS license and notices ("Third Party Notice") that must be provided in the product(as a separate document) as condition of redistribution. The Third Party Notice includes for each authorized OSS component, the applicable copyright notice(s), license name, license version, license text and license url for that project. The Supplier reviews the report output to ensure it is correct.
  F. Supplier will work with the Extreme Project Manager and forward the Third Party Notice to osscompliance@extremeNetworks.com along with a short note including the following information: a) brand name of the product, release #, GA date, and a confirmation whether or not the corresponding source code is included in the product distribution. The Third Party Notice(s) are posted on the support.ExtremeNetworks.com/Copyright or successor site.
  G. The Supplier will work with the Extreme Project Manager and ensure the Third Party Notice is included in the product.
  H. The Supplier ensures any third party components added during to Beta trials have been submitted and approved.

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 13 of 15   PageID #: 14788

OUTSIDE COUNSEL EYES ONLY     EXTREME-00881664

I. If a Linux blanket authorization was approved, the Supplier will work with the Extreme Project Manager to verify the original Linux source code and Corresponding Source Code is posted on PLDs (adjacent to the product download link) or via the product's CD/DVD.
J. The Supplier works with the Extreme Project Manager and GSO, to post on support.extremenetworks.com/Copyright site a Notice document that has the applicable flow down terms for any inbound commercial or freeware agreement that requires Extreme to flow down terms to the Extreme customer. Examples include the terms for any commercial/freeware agreements with specific EULA flow down terms or copyright notice provisions.
K. The Supplier works with the Extreme Project Manager and confirms all applicable 3rd Party Notice docs including any additional license terms for Linux OSS components, any Notice docs required for commercial/freeware pass thru terms are sent to osscompliance@extremenetworks.com along w/the name of the GA product, release #, and GA date.

## SOW SCHEDULE 2: PAYMENTS

| Milestones | Date | Amount |
|---|---|---|
| October Milestone | October 30, 2017 | $ 350,909 |
| November Milestone | November 30, 2017 | $ 360,000 |
| December Milestone | December 31, 2017 | $ 360,000 |

## SOW SCHEDULE 3: TEST PLAN COMPLETE

| Design Complete | Actual |
|---|---|
| Feature Test Plans reviewed/approved in SharePoint | |
| Compliance Matrix reviewed and approve in SharePoint | |

## SOW SCHEDULE 4: CODE COMPLETE / FV START CRITERIA

| Code Complete Criteria (Required) | Actual |
|---|---|
| FS/HLD Design Docs reviewed/approved | |
| Compliance Matrix reviewed and approve in SharePoint | |
| Unit Test Plans reviewed/approved | |
| Unit Test Plan execution 100% | |
| Unit Test Plan pass rate 95% | |
| Unit Test Plan results posted in QC or UTP | |
| All Open Source code identified | |
| Any IP identified | |
| Any enycrption | |
| No blocking issues | |
| Open issues have WIs written | |
| Merge out from devint latest (pickup latest fixes from previous release) | |
| Sanity, BFIT and CFIT results comparable to devint | |
| Hand off doc to PV | |

Case 3:20-cv-00451-CEA-DCP    Document 334-18    Filed 11/15/23    Page 14 of 15    PageID #: 14789
OUTSIDE COUNSEL EYES ONLY
EXTREME-00881665

## SOW SCHEDULE 5: RELEASE LA CRITERIA

**FV Test Start**

| | |
|---|---|
| FV Test Plans reviewed/approved in SharePoint | |
| Regression Test Plans reviewed/approved in SharePoint | |
| Baseline CFIT pass rate 100% | |
| BTT scheduled | |
| No UT S1/S2 WIs | |

**Extreme Confidential**

Case 3:20-cv-00451-CEA-DCP   Document 334-18   Filed 11/15/23   Page 15 of 15   PageID #: 14790

OUTSIDE COUNSEL EYES ONLY

EXTREME-00881666