# Exhibit 18

| From: | Michael Fitzgerald [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0A842F625F8C4D8B8C9791018029251F-MICHAEL FIT] |
|---|---|
| Sent: | 6/15/2018 9:12:08 AM |
| To: | Augun, Barbara (Barbara) [baugun@avaya.com] |
| Subject: | RE: Possible SNMPRI content in Bangalore |

Barbara

The message is appropriate.

Line to Extreme support is https://www.extremenetworks.com/support/.

I don't know how Avaya is managing POD customers- recommend you check with Bob Fizzard or someone from his team.

Mike

**From:** Augun, Barbara (Barbara) [mailto:baugun@avaya.com]
**Sent:** Friday, June 15, 2018 11:53 AM
**To:** Michael Fitzgerald <mfitzgerald@extremenetworks.com>
**Subject:** RE: Possible SNMPRI content in Bangalore

Thank you!

On the support@avaya.com download pages for all the networking products, is the following message appropriate?

Avaya is no longer distributing this product software, effective May 31, 2018. Please contact Extreme Networks.

Is there a link to Extreme tech support or download center that we should add?

One other thought, for those Avaya managed services customers and PODFX customers where Avaya is servicing the networking products, do those end customers still go to Extreme for any downloads needed, or does Avaya provide the downloads as part of the services / OEM agreements/

Thanks,
Barb

**From:** Michael Fitzgerald [mailto:mfitzgerald@extremenetworks.com]
**Sent:** Friday, June 15, 2018 8:36 AM
**To:** Augun, Barbara (Barbara) <baugun@avaya.com>
**Cc:** Sunil H Ramu <suramu@extremenetworks.com>; Michael Fitzgerald <mfitzgerald@extremenetworks.com>
**Subject:** FW: Possible SNMPRI content in Bangalore

Correcting Barbara's email.
Mike

**From:** Sunil H Ramu
**Sent:** Friday, June 15, 2018 10:41 AM

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                                      EXTREME-01079442

**To:** Burgess, Barbara A (Barbara Ann)
**Cc:** Michael Fitzgerald <mfitzgerald@extremenetworks.com>
**Subject:** FW: Possible SNMPRI content in Bangalore

---

**From:** Regan, Daniel (Dan) [mailto:danielre@avaya.com]
**Sent:** Wednesday, January 17, 2018 9:15 PM
**To:** Michael Fitzgerald <mfitzgerald@extremenetworks.com>; Sunil H Ramu <suramu@extremenetworks.com>
**Cc:** Burgess, Barbara A (Barbara Ann) <bburgess@avaya.com>; Sandesh Singh <ssingh@extremenetworks.com>; Madhusudhan Kalale Srinivasan <mkalalesrinivasan@extremenetworks.com>; Hamilton III, Richard (Richard) <rhamiltoniii@avaya.com>; Bolyard, Virginia M (Ginny) <vbolyard@avaya.com>; Robert Reason <rreason@extremenetworks.com>
**Subject:** RE: Possible SNMPRI content in Bangalore

> Redacted

Dan

> Redacted

---

**From:** Michael Fitzgerald [mailto:mfitzgerald@extremenetworks.com]
**Sent:** Tuesday, January 16, 2018 5:34 PM
**To:** Regan, Daniel (Dan); Sunil H Ramu
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny); Michael Fitzgerald; Robert Reason
**Subject:** RE: Possible SNMPRI content in Bangalore

Dan, Bob and team

> Redacted

Mike

---

**From:** Regan, Daniel (Dan) [mailto:danielre@avaya.com]
**Sent:** Wednesday, January 10, 2018 2:31 PM
**To:** Sunil H Ramu <suramu@extremenetworks.com>
**Cc:** Burgess, Barbara A (Barbara Ann) <bburgess@avaya.com>; Sandesh Singh <ssingh@extremenetworks.com>; Michael Fitzgerald <mfitzgerald@extremenetworks.com>; Madhusudhan Kalale Srinivasan <mkalalesrinivasan@extremenetworks.com>; Hamilton III, Richard (Richard) <rhamiltoniii@avaya.com>; Bolyard, Virginia M (Ginny) <vbolyard@avaya.com>
**Subject:** RE: Possible SNMPRI content in Bangalore

Case 3:20-cv-00451-CEA-DCP   Document 334-19   Filed 11/15/23   Page 3 of 7   PageID #: 14793
HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                    EXTREME-01079443

> **Redacted**

Dan

**From:** Regan, Daniel (Dan)
**Sent:** Monday, January 8, 2018 10:49 AM
**To:** 'Sunil H Ramu'
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny)
**Subject:** RE: Possible SNMPRI content in Bangalore

> **Redacted**

**From:** Sunil H Ramu [mailto:suramu@extremenetworks.com]
**Sent:** Monday, January 8, 2018 9:09 AM
**To:** Regan, Daniel (Dan)
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny); Sunil H Ramu
**Subject:** Re: Possible SNMPRI content in Bangalore

Hi Mike,

> **Redacted**

Thanks,

Sunil Ramu

**From:** Regan, Daniel (Dan) <danielre@avaya.com>
**Sent:** Monday, January 8, 2018 6:38 PM
**To:** Sunil H Ramu
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny)
**Subject:** RE: Possible SNMPRI content in Bangalore

> **Redacted**

**From:** Sunil H Ramu [mailto:suramu@extremenetworks.com]
**Sent:** Monday, January 8, 2018 7:46 AM
**To:** Regan, Daniel (Dan)
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny)
**Subject:** Re: Possible SNMPRI content in Bangalore

Hi Dan,

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                                    EXTREME-01079444

> **Redacted**

Thanks,
Sunil Ramu

---

**From:** Regan, Daniel (Dan) <danielre@avaya.com>
**Sent:** Monday, January 8, 2018 5:58 PM
**To:** Sunil H Ramu
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny)
**Subject:** RE: Possible SNMPRI content in Bangalore

> **Redacted**

---

**From:** Sunil H Ramu [mailto:suramu@extremenetworks.com]
**Sent:** Monday, January 8, 2018 7:25 AM
**To:** Regan, Daniel (Dan)
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny); Sunil H Ramu
**Subject:** Re: Possible SNMPRI content in Bangalore

Hi Dan,

> **Redacted**

Thanks,
Sunil Ramu

---

**From:** Regan, Daniel (Dan) <danielre@avaya.com>
**Sent:** Monday, January 8, 2018 5:31 PM
**To:** Sunil H Ramu
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny)
**Subject:** RE: Possible SNMPRI content in Bangalore

Sandesh,

> **Redacted**
>
> **Redacted**                                                                 Thanks!

Dan

**From:** Sunil H Ramu [mailto:suramu@extremenetworks.com]
**Sent:** Friday, January 5, 2018 11:31 AM
**To:** Regan, Daniel (Dan)
**Cc:** Burgess, Barbara A (Barbara Ann); Sandesh Singh; Michael Fitzgerald; Madhusudhan Kalale Srinivasan; Sunil H Ramu
**Subject:** Re: Possible SNMPRI content in Bangalore

Hi Dan

The edntools account in Bangalore is managed by us.

The tar files were created recently by Barbara and contain the GA release files that were posted to the Avaya Support download Website. The GA release files belong to Data Networking (DN) and have to be moved to Extreme. Sandesh Singh is managing the transfer of the data from Avaya to Extreme.

I requested Barbara to copy the files to /opt/soe/lb/ntec_es_4/sandbox1/edntools/dn_ftp_files.

Back in Jan-Feb 2017, as ongoing work related to the SNMP Research litigation and actions, we removed/deleted legacy software images from our Support site and Akamai server.

I am copying Michael F/Sandesh/Barbara on this email.

Thanks & Regards,
Sunil Ramu

**From:** Regan, Daniel (Dan) <danielre@avaya.com>
**Sent:** Friday, January 5, 2018 8:10 PM
**To:** Sunil H Ramu
**Subject:** Possible SNMPRI content in Bangalore

Sunil,

Do you know who manages the edntools account in Bangalore. There are some newly created .tar files that have been flagged for containing the SNMP Research copyright:

/opt/soe/lb/ntec_es_4/sandbox1/edntools/dn_ftp_files/SAFE/NWDivest_SAFE_Set1.tar
/opt/soe/lb/ntec_es_4/sandbox1/edntools/dn_ftp_files/SAFE/NWDivest_SAFE_Set3a.tar
/opt/soe/lb/ntec_es_4/sandbox1/edntools/dn_ftp_files/SAFE/NWDivest_SAFE_Set4.tar
/opt/soe/lb/ntec_es_4/sandbox1/edntools/dn_ftp_files/SAFE/NWDivest_SAFE_Set5b.tar
/opt/soe/lb/ntec_es_4/sandbox1/edntools/dn_ftp_files/supportCSS_nortel.tar

We'll need to resolve this before data for /opt/soe/lb/ntec_es_4/sandbox1 can start to be transferred. Thanks!

Dan

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                              EXTREME-01079446

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.