# Exhibit 19

| From: | Andrew Chillar [achillar@extremenetworks.com] |
|---|---|
| Sent: | 7/18/2017 1:20:44 PM |
| To: | Michael Goddard [mgoddard@extremenetworks.com]; Carl Keene [ckeene@extremenetworks.com]; Dale Nash [dnash@extremenetworks.com]; Michael Fitzgerald [mfitzgerald@extremenetworks.com]; Bjorn Haas [bhaas@extremenetworks.com] |
| CC: | Regan, Daniel (Dan) [danielre@avaya.com] |
| Subject: | RE: Subject: URGENT : Important: SNMPRI data in Networking repositories |

Ok, those are just build file stuff and even then were only used for old vsp9k build. I guess we can keep /vob/mpp and delete those directories mentioned.

Andrew

**From:** Michael Goddard [mailto:mgoddard@extremenetworks.com]
**Sent:** Tuesday, July 18, 2017 4:13 PM
**To:** Andrew Chillar <achillar@extremenetworks.com>; Carl Keene <ckeene@extremenetworks.com>; Dale Nash <dnash@extremenetworks.com>; Michael Fitzgerald <mfitzgerald@extremenetworks.com>; Bjorn Haas <bhaas@extremenetworks.com>
**Cc:** Regan, Daniel (Dan) <danielre@avaya.com>
**Subject:** RE: Subject: URGENT : Important: SNMPRI data in Networking repositories

The only thing I was able to find are the references here:

```
image_rules.mk:bld-image-DIR:=/vob/mpp/bld-image
image_rules.mk:nd834x-image-DIR:=/vob/mpp/nd834x-image
image_rules.mk:nd854x-image-DIR:=/vob/mpp/nd854x-image
image_setup.mk: /vob/mpp/portsdir \
rules_appfs.mk:APPFS_DIR=$(TOPDIR)/../mpp/appfs/$(iarch)-$(cname)-appfs
```

**From:** Andrew Chillar [mailto:achillar@extremenetworks.com]
**Sent:** Tuesday, July 18, 2017 4:09 PM
**To:** Michael Goddard; Carl Keene; Dale Nash; Michael Fitzgerald; Bjorn Haas
**Cc:** Michael Goddard; Regan, Daniel (Dan)
**Subject:** RE: Subject: URGENT : Important: SNMPRI data in Networking repositories

What parts of voss still reference /vob/mpp? These ones mentioned in the spreadsheet are not used and should be able to be removed:

| | | | | |
|---|---|---|---|---|
| /vob/mpp | /vob/mpp/./bld-image/net-misc/sri-snmp | 3 | 44 | everything should go? |
| /vob/mpp | /vob/mpp/lost+found | 6 | 751 | Surgical removal required |
| /vob/mpp | /vob/mpp/./mse-image/net-misc/sri-snmp | 3 | 42 | everything should go? |
| /vob/mpp | /vob/mpp/./ports/net-misc/sri-snmp | 3 | 120 | everything should go? |

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)    EXTREME-01076335

Andrew

**From:** Michael Goddard [mailto:mgoddard@extremenetworks.com]
**Sent:** Tuesday, July 18, 2017 3:51 PM
**To:** Carl Keene <ckeene@extremenetworks.com>; Dale Nash <dnash@extremenetworks.com>; Michael Fitzgerald <mfitzgerald@extremenetworks.com>; Bjorn Haas <bhaas@extremenetworks.com>; Andrew Chillar <achillar@extremenetworks.com>
**Cc:** Michael Goddard <mgoddard@extremenetworks.com>; Regan, Daniel (Dan) <danielre@avaya.com>
**Subject:** Re: Subject: URGENT : Important: SNMPRI data in Networking repositories


Follow-up regarding the VOSS aspect of this …. The "/vob/mpp" and the "/vob/vega_isc" VOBs. The latter I'm not even sure we need any longer. Someone has to confirm.

The '/vob/mpp' VB does seem to still be referenced - do we need it, and if so, can the SNMPR files in question be deleted?


Thanks!



From: Fitzgerald, Michael (Michael)
Sent: Friday, July 14, 2017 3:37 PM
To: Goddard, Michael (Mike); Regan, Daniel (Dan); Dragan, Florin (Florin) **CTR**; Keene, Carl (Carl); Nash, Dale E (Dale)
Cc: Roy, Weldon (Weldon) **CTR**; Fitzgerald, Michael (Michael)
Subject: URGENT : Important: SNMPRI data in Networking repositories

Carl (Dale)

Regarding VOB vega_isc:

Issue in this discussion is SNMP Research; VOB files which were flagged as having SNMPR copyright. None of the SNMPR technology can go to Extreme.

Can this VOB be deleted, or specific files identified (see below)?

This is urgent so we avoid any IPR issues. Default needs to be delete unless someone can clear these files as ok.

Thanks
Mike


| /vob/vega_isc | /vob/vega_isc/apps/fa/include/fadefs.h |
| | /vob/vega_isc/apps/fa/include/faport.h |
| | /vob/vega_isc/apps/fa/include/fasupp.h |
| | /vob/vega_isc/apps/fa/include/fatype.h |
| | /vob/vega_isc/apps/fa/include/faundefs.h |
| | /vob/vega_isc/apps/fa/lib/faoid.c |
| | /vob/vega_isc/apps/fa/lib/x_fa.c |
| | /vob/vega_isc/apps/fa/lib/y_fa.c |

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                    EXTREME-01076336

From: Goddard, Michael (Mike)
Sent: Friday, July 14, 2017 2:00 PM
To: Regan, Daniel (Dan); Dragan, Florin (Florin) **CTR**
Cc: Roy, Weldon (Weldon) **CTR**; Fitzgerald, Michael (Michael); Moisiadis, Alexandros (Alexandros); Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie); Ramu, Sunil H (Sunil H); Ramachandran, Vikram (Vikram); Marble, Kathleen A (Kathy); Keene, Carl (Carl); Emond, Donald (Don); Doong, Janet (Janet)
Subject: RE: Important: SNMPRI data in Networking repositories


OK, we'll need someone from design to take a look at the attached spreadsheet and confirm none of the code under the dirs. proposed to be deleted is actually required by any of the Networking projects.

The 3 VOBs in question are "/vob/mpp" , "/vob/uwlan_base and "/vob/vega_isc"

Copying a few others.

Thanks!

From: Regan, Daniel (Dan)
Sent: Friday, July 14, 2017 1:52 PM
To: Dragan, Florin (Florin) **CTR**
Cc: Roy, Weldon (Weldon) **CTR**; Fitzgerald, Michael (Michael); Moisiadis, Alexandros (Alexandros); Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie); Ramu, Sunil H (Sunil H); Goddard, Michael (Mike)
Subject: RE: Important: SNMPRI data in Networking repositories

Thanks Florin,

I'm attaching the spreadsheet again (no changes since last email), and I'm adding Sunil Ramu (uwlan_base) and Mike Goddard (mpp + vega_isc) for their input.

Mike/Sunil, if you refer to the analysis tab, you'll see that we're thinking that removal of a few key directories within these VOBs should resolve this action. We just need confirmation that it's ok to remove the directories in their entirety. If the other data in these directories is not related to SNMPRI, and it needs to stay, then we'll focus on only the files with positive hits in the scan. (Refer to the snmp_copyright_hits tab for the specific files). Thanks!

Dan

From: Dragan, Florin [mailto:FDragan@luxoft.com]
Sent: Friday, July 14, 2017 1:37 PM
To: Regan, Daniel (Dan)

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                                    EXTREME-01076337

Cc: Roy, Weldon (Weldon) **CTR**; Fitzgerald, Michael (Michael); Moisiadis, Alexandros (Alexandros); Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie)
Subject: Re: Important: SNMPRI data in Networking repositories

The most hits are in /vobs/common/src/apps - 2857 . This VOB contains almost all BOSS feature code and we'll have to remove the elements, not the VOB.

I'm working with the team on the other VOBs. By Monday we'll know where is safe to remove the VOB and where we should do cleartool rmelem.

I don't know who maintains /vob/mpp , /vob/uwlan_base and /vob/vega_isc . We'll not be able to recommend any actions for these.

Thank you,
Florin

On 07/14/2017 05:46 PM, Regan, Daniel (Dan) wrote:
The cleanup is performed with the seldom-used "rmelement" command. This completely/permanently removes the element (and all of its history). We don't use it often because it's a permanent operation that can only be recovered by restoring from backup.

Dan

From: Roy, Weldon (Weldon) **CTR**
Sent: Friday, July 14, 2017 10:44 AM
To: Regan, Daniel (Dan); Fitzgerald, Michael (Michael); Dragan, Florin (Florin) **CTR**
Cc: Moisiadis, Alexandros (Alexandros); Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie)
Subject: RE: Important: SNMPRI data in Networking repositories

Because of the nature of ClearCase in that it keeps a history of the code changes, what is the procedure to also remove the history of these files?

Weldon

From: Regan, Daniel (Dan)
Sent: Friday, July 14, 2017 7:39 AM
To: Fitzgerald, Michael (Michael); Dragan, Florin (Florin) **CTR**
Cc: Moisiadis, Alexandros (Alexandros); Roy, Weldon (Weldon) **CTR**; Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie)
Subject: RE: Important: SNMPRI data in Networking repositories

I've completed a similar analysis, and I've added this as a tab to the attached file.

In some cases, I recommend that we remove entire directories, and in other cases, I recommend a "surgical removal" – where we remove _only_ the files identified in the search. The basis for these recommendations are:
Name of the directory
Does it suggest that it contains all SNMPRI data?
Number of elements in the directory (this includes files *and* directories)
If the number of files with the SNMPRI copyright is a small percentage, I've recommended a surgical cut

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                                  EXTREME-01076338

Obviously, these are just recommendations based on the data – with no understanding of what these directories actually contain.

From: Fitzgerald, Michael (Michael)
Sent: Friday, July 14, 2017 10:26 AM
To: Regan, Daniel (Dan); Dragan, Florin (Florin) **CTR**
Cc: Moisiadis, Alexandros (Alexandros); Roy, Weldon (Weldon) **CTR**; Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie); Fitzgerald, Michael (Michael)
Subject: RE: Important: SNMPRI data in Networking repositories

Florin and R&D team;

Please advise whether Dan's recommendation to remove either the VOBs or the common directories which contain the referenced strings is viable.

In all other cases, we've been able to trace the SNMPRI data to a single parent directory, and we've removed that directory (and all subdirectories beneath it). Ideally we'd be able to do the same here. For example, in /vobs/falcon1, all of the files are under the /vobs/falcon1/src/apps directory. I don't know if it would be appropriate to remove everything under this directory or not. That would be the simplest solution, but if there's other non-SNMPRI data within this directory tree, then we'd need to target more directly. Thanks!

Summary of the VOBs and common trees under VOBs which contain all of the identified files is below.

Please advise; what is best course to delete the identified files? Can either the VOB or the common tree directories be deleted?

Mike



From: Regan, Daniel (Dan)
Sent: Friday, July 14, 2017 8:09 AM
To: Dragan, Florin (Florin) **CTR**
Cc: Moisiadis, Alexandros (Alexandros); Fitzgerald, Michael (Michael); Roy, Weldon (Weldon) **CTR**; Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale); Bolyard, Virginia M (Ginny); Fisico, Debra D (Debbie)
Subject: RE: Important: SNMPRI data in Networking repositories

Florin,

Thanks for the search. I've run one of my own (attached). 😊

This file shows all of the elements containing the SNMP copyright within the VOBs that are in scope to transfer. Note that this will appear to be "missing" some that you reported. For example, all of the elements you found under /vobs/common/src/build are not actually in that VOB. Rather, this VOB contains a symbolic link to /vobs/common/src/3rd-party (where the files in question really live):

danielre@arc-071: ls -ld /vobs/common/src/build/root/src/lib/3rd-party
lrwxrwxrwx 1 ccvob01 ccpdsgrp 21 Jun 29  1999 /vobs/common/src/build/root/src/lib/3rd-party -> ../../../../3rd-party
danielre@arc-071:

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                              EXTREME-01076339

Here's a brief summary of the number of files found to contain the copyright within each VOB:

/vob/mpp - 15
/vobs/common/src/3rd-party - 61
/vobs/common/src/3rdparty-openip - 61
/vobs/common/src/apps - 2857
/vobs/edn_com1 - 29
/vobs/edn_partner01 - 871
/vobs/falcon1 - 69
/vobs/flagship - 49
/vobs/hornet - 19
/vobs/minime - 52
/vobs/tiger - 22
/vob/uwlan_base - 128
/vob/vega_isc - 8

A few files are listed multiple times within the spreadsheet. Duplicates can be ignored. (It's a byproduct of how the data is collected.) In all other cases, we've been able to trace the SNMPRI data to a single parent directory, and we've removed that directory (and all subdirectories beneath it). Ideally we'd be able to do the same here. For example, in /vobs/falcon1, all of the files are under the /vobs/falcon1/src/apps directory. I don't know if it would be appropriate to remove everything under this directory or not. That would be the simplest solution, but if there's other non-SNMPRI data within this directory tree, then we'd need to target more directly. Thanks!

Dan

From: Dragan, Florin [mailto:FDragan@luxoft.com]
Sent: Thursday, July 13, 2017 3:38 PM
To: Regan, Daniel (Dan)
Cc: Moisiadis, Alexandros (Alexandros); Fitzgerald, Michael (Michael); Roy, Weldon (Weldon) **CTR**; Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale)
Subject: Re: Important: SNMPRI data in Networking repositories

Hi Dan,

I'm not sure who did the SNMP report for ClearCase files for BOSS back in December.

I see hits on the five search items, but the identified code is not SNMPRI engine code. Probably this why they were marked with NO.

I ran a search on "snmp research" through all VOBs mounted on Luxoft BOSS build servers. The results are attached.

I identified two scenarios.

1. The hits are in old code from unsupported platforms like /vobs/minime , /vobs/falcon1 , /vobs/tiger . Deleting the VOBs would solve the problem. Is it OK to do that and lose older Nortel code?
2. Unused BOSS applications code which call SNMPRI APIs or use SNMPRI data types.
   For this scenario is it sufficient to delete the files ? The versioned file history will be kept and can be accessed by setting an older baseline.
   Can a ClearCase administrator remove these elements and their history?

Thanks,
Florin

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)    EXTREME-01076340

On 07/13/2017 07:31 PM, Regan, Daniel (Dan) wrote:
Any insight into who completed the initial review, and how these were missed?

From: Regan, Daniel (Dan)
Sent: Wednesday, July 12, 2017 3:49 PM
To: Dragan, Florin (Florin) **CTR**; Moisiadis, Alexandros (Alexandros)
Cc: Fitzgerald, Michael (Michael); Roy, Weldon (Weldon) **CTR**; Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale)
Subject: RE: Important: SNMPRI data in Networking repositories

Thanks for confirming that these can be removed. Do we know how these came to be marked as not being SNMPRI in the first place? It creates concern that there could be other SNMPRI IP that was wrongly designated as not being SNMPRI data.

Dan

From: Dragan, Florin [mailto:FDragan@luxoft.com]
Sent: Wednesday, July 12, 2017 2:08 PM
To: Moisiadis, Alexandros (Alexandros); Regan, Daniel (Dan)
Cc: Fitzgerald, Michael (Michael); Roy, Weldon (Weldon) **CTR**; Iorga, Ovidiu (Ovidiu) **CTR**; Hamilton III, Richard (Richard); Nash, Dale E (Dale)
Subject: Re: Important: SNMPRI data in Networking repositories

Hi Alex, Dan,

The hits under /vobs/flagship/src/3rd-party/sr_snmp15 are from Imakefile and Makefile files which don't contain SNMPRI C code and aren't used by the build system.
We can remove the entire sr_snmp15 directory.

Thanks,
Florin

On 07/12/2017 08:01 PM, Moisiadis, Alexandros (Alexandros) wrote:
Weldon, Ovidiu and Florin,

Dan's search for SNMPRI content in our BOSS code that we need to bring over to Extreme is indicating positive hits. I assume people in your team(s) are working to ensure that the Baystack/stackable/BOSS code is clear of SNMPRI content. Can you please check whether we are talking about the corrected code streams we had cleared sometime back? Do we still have a problem?

Thanks,
Alex

====================
==================
Alexandros Moisiadis
Avaya Inc.
600 Technology Park Drive
Billerica, MA, 01821
Phone: (978)-671-3506
Fax:    (978)-670-8153
Email: amoisi1@avaya.com

Case 3:20-cv-00451-CEA-DCP   Document 334-20   Filed 11/15/23   Page 8 of 12   PageID #: 14805
HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                    EXTREME-01076341

====================

From: Regan, Daniel (Dan)
Sent: Wednesday, July 12, 2017 12:48 PM
To: Fitzgerald, Michael (Michael); Moisiadis, Alexandros (Alexandros)
Cc: Hamilton III, Richard (Richard); Nash, Dale E (Dale)
Subject: RE: Important: SNMPRI data in Networking repositories

The files in question are in /vobs/flagship. These can be accessed with a default config spec (/main/LATEST). A similar directory tree has already been removed -> /vobs/falcon1/src/3rd-party/sr_snmp15. (This is the path referred to in the email chain below.)

```
danielre@sc-021: pwd
/vobs/flagship/src/3rd-party/sr_snmp15
danielre@sc-021:
danielre@sc-021: find . -type f
./src/seclib/mibtable/Imakefile
./src/seclib/mibtable/Makev1c3.vxworks
./src/seclib/Imakefile
./src/seclib/Makev1c3.vxworks
./src/seclib/Makev1c3full.vxworks
./src/snmpd/lib/Imakefile
./src/snmpd/lib/Makev1c3.vxworks
./src/snmpd/mibs/coex/Imakefile
./src/snmpd/mibs/coex/Makev1c3.vxworks
./src/snmpd/mibs/snmpv2s/Imakefile
./src/snmpd/mibs/snmpv3/Imakefile
./src/snmpd/mibs/snmpv3/Makev1c3.vxworks
./src/snmpd/mibs/Imakefile
./src/snmpd/Imakefile
./src/Imakefile
./src/Makev1c3.vxworks
./Imakefile
danielre@sc-021:
danielre@sc-021: find . -type f -exec grep -l 'Copyright (C) 1992-1998 by SNMP Research, Incorporated' {} \;
./src/seclib/mibtable/Makev1c3.vxworks
./src/seclib/Makev1c3.vxworks
./src/seclib/Makev1c3full.vxworks
./src/snmpd/lib/Makev1c3.vxworks
./src/snmpd/mibs/snmpv3/Makev1c3.vxworks
./src/Makev1c3.vxworks
danielre@sc-021:
```

From: Fitzgerald, Michael (Michael)
Sent: Wednesday, July 12, 2017 12:00 PM
To: Moisiadis, Alexandros (Alexandros)
Cc: Hamilton III, Richard (Richard); Fitzgerald, Michael (Michael); Regan, Daniel (Dan); Nash, Dale E (Dale)
Subject: Important: SNMPRI data in Networking repositories

Alex

Can you please review the highlighted text below related to a Clearcase VOB that was cleared as 'free from SNMPR' software but which found to have SNMPRI IP in it?

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)

Please review and comment whether/why the VOB is cleared or whether this is SNMPR IP and needs to be deleted.

Thanks
Mike

-----Original Message-----
From: Hamilton III, Richard (Richard)
Sent: Wednesday, July 12, 2017 11:37 AM
To: Fitzgerald, Michael (Michael)
Cc: Regan, Daniel (Dan)
Subject: FW: SNMPRI data in Networking repositories

Mike -

Would you mind taking a look at the email below? A file that was flagged as SNMPRI-containing and reviewed by your team appears to have been improperly cleared. Would you please have whoever did this review take a look and help us understand why this file was cleared for transfer to Extreme? I'm trying to prevent any leaking. Dan is holding off on deleting the file so we can quickly investigate.

Thank you,
Richard

Richard Hamilton III | Legal Director – Labor, Employment & Litigation | AVAYA INC. | 350 Mt Kemble Avenue | Morristown, NJ 07960 | Voice: 908-953-2096 | rhamiltoniii@avaya.com | CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

_____
From: Regan, Daniel (Dan)
Sent: Friday, July 07, 2017 5:37 PM
To: Hamilton III, Richard (Richard); Bolyard, Virginia M (Ginny)
Subject: SNMPRI data in Networking repositories

Richard,

FYI - I made a surprising discovery today. I found SNMPRI IP with a ClearCase VOB that R&D declared to be "free" of SNMPRI data. (The files were identified by our scans, but marked as false positive by R&D.) The VOB in question in /vobs/falcon1, and the data in this VOB is imported into two different Subversion repositories (baystack & wlan8100 projects). We're working to proactively remove the SNMPRI data.

There's little question that it's SNMPRI data. For example:

ccvob01@sc-020: pwd
/vobs/falcon1/src/3rd-party/sr_snmp15
ccvob01@sc-020:
ccvob01@sc-020: head -5 ./src/snmpd/lib/Makev1c3.vxworks

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                               EXTREME-01076343

```
#
#
# Copyright (C) 1992-1998 by SNMP Research, Incorporated.
#
ccvob01@sc-020:
```

For the ClearCase VOB, this is significant because the VOB was cleared for transfer based on the "clean" audit by R&D. For the subversion repositories, these are on the short list of repositories that will _not_ be transferred until R&D completes the audit. At this time, there are 4 Networking repositories that are pending audit:
- adsreleng - the team has determined that they do not require to transfer this repository, and they are not planning to complete the audit
- baystack - we'll remove the newly identified SNMPRI data, and R&D has identified this as a key repository. They will have to complete the audit before it will be cleared for transfer
- uwlan - they may choose to leave this one behind
- uwlan8100 - we'll remove the newly found SNMPRI data, but they may choose to leave this one behind.

We're doing our best to make sure that no SNMPRI data makes it to Extreme, but we're relying on the R&D teams to definitively identify what is/isn't SNMPRI data, and we're limited by their accuracy.

Dan


Note: email changing to mfitzgerald@extremenetworks.com as of July 15, 2017.
Mike Fitzgerald | Product Management, Unitied Access, Avaya Networking| Avaya | 600 Technology Park Drive | Billerica, MA 01821
978-671-3201 | mifitzge@avaya.com



[ Please consider the environment before printing this email ]


_____

This e-mail and any attachment(s) are intended only for the recipient(s) named above and others who have been specifically authorized to receive them. They may contain confidential information. If you are not the intended recipient, please do not read this email or its attachment(s). Furthermore, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and then delete this e-mail and any attachment(s) or copies thereof from your system. Thank you.

_____

This e-mail and any attachment(s) are intended only for the recipient(s) named above and others who have been specifically authorized to receive them. They may contain confidential information. If you are not the intended recipient, please do not read this email or its attachment(s). Furthermore, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and then delete this e-mail and any attachment(s) or copies thereof from your system. Thank you.

_____

This e-mail and any attachment(s) are intended only for the recipient(s) named above and others who have been specifically authorized to receive them. They may contain confidential information. If you are not the intended recipient, please do not read this email or its attachment(s). Furthermore, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and then delete this e-mail and any attachment(s) or copies thereof from your system. Thank you.

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                        EXTREME-01076345