EXCERPTED

# Exhibit 1



# AVAYA NETWORKING
# JULY 2016

© 2016 Avaya Inc. All rights reserved.

# DISCLAIMER

This presentation is being made available to you to discuss various potential transactions and may not be used for any other purpose. The contents of this Presentation are confidential and proprietary to Avaya. This Presentation may not be photocopied, reproduced, or distributed to others at any time without the prior written consent of Avaya. Neither Avaya nor any of its representatives has made or makes any representation or warranty, express or implied, as to the accuracy or completeness of the information contained herein. This Presentation includes certain projections and forward looking statements that reflect various assumptions of management concerning the future performance of Avaya, which assumptions may or may not prove to be correct. Actual results may vary. This Presentation may not be relied upon by any party as the basis for any contract or commitment between the parties.

Unique ID: 3987

© 2016 Avaya Inc. All rights reserved.

2



# Introduction to Avaya

Avaya – Confidential & Proprietary. Use pursuant to your signed agreement or Avaya Policy

Case 3:20-cv-00451-CEA-DCP   Document 334-27   Filed 11/15/23   Page 4 of 14   PageID #: 14841

3

# AVAYA SNAPSHOT

## What Is Avaya Today

- $4B FY'15 revenue from 3 distinct businesses:
  - Large, leading Unified Communications
  - Large, leading and growing Contact Center
  - Differentiated and growing Fabric Networking
- Broad footprint:
  - Broad Enterprise/Service Provider Customer Base: 300K+
  - Broad Partner Ecosystem: 6,000+
  - Heavy investor in R&D: ~5,545 patents
- Innovation leader beyond UC / CC
  - Zang: a new company focused on Cloud-based Communication Platform as a Service
  - 1,000+ security/ wireless fabric customers
  - 300+ instances / 100+ snap-ins for work flow automation (Breeze)

## Business Mix

**FY'15 Revenue: $4.1B**



- Unified Communications 62%
- Contact Center 23%
- APCS 7%
- Networking 7%

**Broad portfolio of security based networking fabrics for datacenter and campus**

Source: Avaya Management; Gartner, Infonetics, Wainhouse, MZA

Unique ID: 3987 © 2016 Avaya Inc. All rights reserved. 4
Case 3:20-cv-00451-CEA-DCP  Document 334-27  Filed 11/15/23  Page 5 of 14  PageID #: 14842

# AVAYA NETWORKING OVERVIEW

## Business Overview

- **Broad networking portfolio from data center to wireless edge**
    - SDN Orchestration Software
    - Data Center, Campus and Edge Switch Portfolio
    - Wireless LAN Access Point Portfolio
    - POD Fx: Unified Communications Converged System
- **Innovative simple & secure fabric technology to secure IoT networks**
    - Hyper-Segmentation
    - Stealth Topology
    - Elastic Scale
- **New software products to secure IoT deployments**
    - SDN Fx Healthcare
    - Cloud Orchestration
    - White Box Offering for Data Center and Solutions Providers
- **Strong Customer Momentum**
    - 600+ Secure Fabric customers
    - Significant growth in WLAN
    - Strong adoption in Healthcare, Education, Government, Hospitality and Manufacturing

Note: Core Other includes pluggables, accessories, miscellaneous management software, etc.

## Networking Financial Detail

- ✓ $299M Total Revenue (FY15)
- ✓ ~80% product, 20% services
- ✓ ~50%+ Direct Gross Margin (55% if tier 4 counted in R&D not OCOGS)
- ✓ ~75% Y/Y strategic product revenue growth (FY14-FY15)
- ✓ $34M (FY15) Direct Contribution Margin
- ✓ NPS: 64



Product Revenue (FY15)
- 112.9 Access Switching
- 5.1 Access Other
- 11.1 WLAN
- 69.1 Core Switching
- 22.4 Core Other
- 12.5 Pod Fx

Millions of USD

## Leading Blue Chip Customers

    
      
      
      


Unique ID: 3987 © 2016 Avaya Inc. All rights reserved.

# NETWORKING IS A SEPARABLE BUSINESS

| Area | What Buyer Will Receive | Plan Forward |
|---|---|---|
| Financials | • Detailed direct and indirect costs | • Diligence |
| Technology | • Technology well delineated. | • Licensing / source code of necessary components |
| Engineering & Product Management | • Precise definition of teams | • Would travel to NewCo |
| Support | • Precise definition of teams | • Would travel to NewCo |
| G&A | • Assuming most of G&A stays with Avaya and that NewCo builds minimal infrastructure | • TSA needed initially |
| Sales & Marketing | • Overlay teams identified<br>• Identifying cost of generalist support | • Overlay would travel to NewCo<br>• Generalists to be discussed |
| Leadership | • For discussion | |

Unique ID: 3987   © 2016 Avaya Inc. All rights reserved.   16

Case 3:20-cv-00451-CEA-DCP   Document 334-27   Filed 11/15/23   Page 7 of 14   PageID #: 14844



# Avaya Networking Operations

Case 3:20-cv-00451-CEA-DCP   Document 334-27   Filed 11/15/23   Page 8 of 14   PageID #: 14845

# SALES / SALES ENGINEER / PARTNER SPECIALISTS

## 165 Sales / Sales Support Members



**Canada (9)**
Sales Specialists = 3
Sales Engineers = 6

**Germany (15)**
Sales Specialists = 9
Sales Engineers = 6

**Korea (3)**
Sales Specialists = 1
Sales Engineers = 2

**Japan (4)**
Sales Specialists = 1
Sales Engineers = 3

**US (65)**
Sales Specialists = 29
Sales Engineers = 22
Partners Specialists = 8
Solution Specialists = 6

**Europe (27)**
Sales Specialists = 8
Sales Engineers = 12
Partners Specialists = 1
Solution Specialists = 6

**Middle East (13)**
Sales Specialists = 7
Sales Engineers = 6

**HK/Macau (2)**
Sales Specialists = 1
Sales Engineers = 1

**ASEAN (6)**
Sales Specialists = 3
Sales Engineers = 3

**LATAM (12)**
Sales Specialists = 6
Sales Engineers = 5
Partners Specialists = 1

**ANZ (4)**
Sales Specialists = 1
Sales Engineers = 3

**Other Locations (5)**
Sales Specialists = 1
Sales Engineers = 4

### Total

| Type | Size |
| --- | --- |
| Sales Specialists | 70 |
| Sales Engineers | 73 |
| Partner Specialists | 10 |
| Solution Specialists | 12 |

Note: As of June 2016

Unique ID: 3987    AVAYA Engage The Power of We™    Case 3:20-cv-00451-CEA-DCP   Document 334-27   Filed 11/15/23   Page 9 of 14   PageID #: 14846    © 2016 Avaya Inc. All rights reserved.    18

# EMPLOYEES AND FACILITIES

## 320 Employees; 3 Primary Locations



**Santa Clara, CA** — 53 Employees
**Billerica, MA** — 107 Employees
**Bangalore** — 145 Employees

**Virtual Offices (15)**

| Location | Size |
|---|---|
| Ontario, Canada | 7 |
| Colorado | 3 |
| New Jersey | 1 |
| Texas | 1 |
| Washington | 1 |
| Australia | 1 |
| Switzerland | 1 |

Note: Expected headcount as of October 2016

Unique ID: 3987 — AVAYA Engage The Power of We™ — © 2016 Avaya Inc. All rights reserved. — 19

# NETWORKING PATENT PORTFOLIO

▶ Avaya has a large portfolio with strong support globally across the major markets in the U.S., EMEA and APAC.

▶ The Networking patent portfolio has an average life remaining of 9 years with a strong pipeline of pending applications. This range of average life illustrates a mature technology.

▶ Avaya patents are cited at a high rate by competitor's patents showing the value of Avaya innovation in the industry.

## Product Line Patent Snapshot

| Product Line | Number of U.S. Patents | Overview of Technology |
|---|---|---|
| Wireless Endpoint/WLAN | 269 | Includes air-interface, access points and controllers |
| Packet Flow Acceleration | 91 | Techniques to speed packet processing in node |
| Routing Enhancements | 47 | Variety of path selection enhancements |
| Traffic Measurement/Reporting; VPN; Multi-Link Trunking; Shortest Path Bridging; Stackable Switch; Other. | 256 | Improvements to measurement techniques; VPN features and functions; MLT, SMLT and RSMLT; Shortest Path Bridging Techniques; and Stackable Switch Design. |
| Total | 663 | |

Unique ID: 3987  AVAYA Engage The Power of We™  © 2016 Avaya Inc. All rights reserved.  20



# Avaya Networking Value Proposition

Case 3:20-cv-00451-CEA-DCP   Document 334-27   Filed 11/15/23   Page 12 of 14   PageID #: 14849

# WHAT WE SELL

| Product/Solution | Current offer | New Software Offers |
|---|---|---|
| **Fabric Networking** | Edge, campus, and data center switches | Software for private label hardware |
| **Mobility** | On Prem, Fabric Enabled APs, Identity and App Awareness | Business Analytics and Cloud Orchestration |
| **Network Cloud Orchestration** | Server based unified management & SDN | Software and cloud delivery |
| **SDN Secure Perimeter** | SDN proxy node | Secure remote client |
| **Pod Fx** | Full stack integrated Pod | SDP integration |

Case 3:20-cv-00451-CEA-DCP   Document 334-27   Filed 11/15/23   Page 13 of 14   PageID #: 14850

