# Exhibit 2



# Arrowhead – Nov 2016

Case 3:20-cv-00451-CEA-DCP   Document 334-28   Filed 11/15/23   Page 2 of 7   PageID # 14853



# Arrowhead Networking Timeline Engagement

**Summary:**

- Discovery and due diligence in flight
- Financial diligence and modeling continues – further validation required
- Currently a limited team under the tent
- Continued assessment of funding vehicles

**Initial sale inquiry to Goldman Sachs NDA executed Jun 13**

Initial Arrowhead Management Presentation and discovery call July 8

Engineering Initial Discovery Diligence Call with Eric Broockman July15

Finance Diligence Call with Arrowhead Mgmt Aug10

Submitted Indication of Interest document Aug 15

Access granted to Arrowhead Dataroom Sep3

CTO Meeting cont'd Eng Diligence Sep7

CEO/CEO Meeting Sep14

Goldman Process Update Meeting Sep20

Receive draft TSA and TSA schedules Sep26

Internal Mgmt Arrowhead Sync Oct4

Goldman hosted Arrowhead Mgmt Meeting- NYC Oct5

Arrowhead Mgmt Sync call Oct20

Arrowhead Financial Model Clarifying & Review Nov 3

Exec Financial Model Review & Receipt of Jefferies Financing Confidence Letter Nov9

K&E Update Call Nov11

Arrowhead Board Meeting: Review of Bids Nov15

June'16 July'16 Aug'16 Sep'16 Oct'16 Nov'16 Dec'16

Receipt of Qualifying IoI Process letter and Financials Aug4

Initiation of Questions/Diligence Tracker list for ALL Functional Areas Aug22

Jefferies Sync Deal/Intel Review Aug31

Moelis Call on Diligence process Sep1

Receive Arrowhead draft APA Sep13

Francisco Partners Mgmt Discovery Meeting Sep21

K&E Call – Creditor Risk Assessment, Insolvency Concern and Understanding Oct17

Moelis Mgmt Discovery Meeting Oct19

CEO/CEO Meeting Oct 19

Arrowhead PwC Audit Timeline Discussion Oct25

Arrowhead Engineering Due Diligence On-Site Meeting RDU Oct 27

Moelis Restructuring Intel Discussion Nov2

Site Visit – Billerica Facility: Eng Follow-up discussion Nov2

R&D Product Rationalization Review Nov8

**Nov 11**
**Submittal of Non Binding LOI Delivered to GS**
**Cash at Close: $80M less adjustments**

©2016 Extreme Networks, Inc. All rights reserved

# Arrowhead Background

- Significant debt profile ($6.1B) driving breakup and sale of businesses
  - $600M maturity date October 2017
- 3 businesses under umbrella
  - Unified Communications & Collaboration (remainCo)
  - Contact Center (~$2B-$3.5B Enterprise value)
  - Networking Business (~80M-$100M Enterprise value)
- Goldman Sachs running sale process of CC / Networking Business
- Restructuring team: Centerview, Lazard, PJT, Moelis
- Creditors:
  - 1st Lein loans and bonds ($4.67B): GSO lead with holders Appollo, Davidson Kemper, Guggenheim
  - 2nd Lein bonds ($1.38B) 2021 Maturity: Franklin Resources
- Sale of CC before December FY16 Audit to avoid Going Concern
- Audit for Networking Business:
  - KPMG delivers FY'15-FY'16 standalone financials to PwC Nov-Dec16'
  - PwC delivers Audited Financials March2017

Case 3:20-cv-00451-CEA-DCP   Document 334-28   Filed 11/15/23   Page 4 of 7   PageID #: 14855

3   ©2016 Extreme Networks, Inc. All rights reserved

# Arrowhead Networking Business: Value Proposition

**Enterprise Campus & Datacenter Networking**

- **Broad networking portfolio: DC to wireless edge**
  - DC, Campus and Edge Switching
  - Wireless LAN Access (Equity relationship w/ Xirrus)
- **Simple & Secure Fabric Technology to secure IOT Networks**
  - Hyper Segmentation: End-to-End IOT Scale
  - Stealth Topology: invisible transport & network control (Federal/Security focused Customers)
  - Elastic Scale: Automated network Expansion/Contraction
- **Software Products - Innovation**
  - Disaggregated Network OS for Private Label Hardware to Solution Providers
  - Verticalized SDN Solution for Healthcare
  - Cloud Orchestration – Management Software



800+ Fabric Customers

**Core Verticals**
Healthcare
Education
Government
Hospitality
Manufacturing

Case 3:20-cv-00451-CEA-DCP   Document 334-28   Filed 11/15/23   Page 5 of 7   PageID #: 14856

 ©2016 Extreme Networks, Inc. All rights reserved

# Deal Structure Overview



- Purchase Networking Business subsidiary of Arrowhead
- Purchase Price
  - Purchase Price: $80,000,000, subject to adjustment for net working capital and deferred revenue including agreed upon target balance of inventory in the channel ("Sell In" transition)
  - Includes acquisition of equity holding in Xirrus

- Financing
  - Commercially reasonable efforts to obtain financing (Confidence Letter received from Jefferies)

- Execution of Agreement and Closing
  - Target Execution of Agreement on or about Mid January 2017
  - Closing Contingent on completion of Standalone Audit of Arrowhead Networking Business expected March 2017

Case 3:20-cv-00451-CEA-DCP   Document 334-28   Filed 11/15/23   Page 6 of 7   PageID #: 14857

©2016 Extreme Networks, Inc.  All rights reserved



Thank You

