UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., et. al.

    Plaintiff,

v.

BROADCOM INC., et. al.

    Defendant.

Case No. 3:20-cv-451-CEA-DCP

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for   EXTREME NETWORKS, INC.  , moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York, District of Columbia

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u>).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November **29**, 2023

*(Signature–hand signed)*

Name: Sy Damle, Esq.

Firm: Latham & Watkins, LLP

Address: 555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

Email address: sy.damle@lw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.