# EXHIBIT A

John M. Neukom
Barbara N. Barath
Saurabh Prabhakar
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700

Leslie A. Demers
Chris J. Coulson
Anthony P. Biondo
Ryan P. Bisaillon
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

*Attorneys for Extreme Networks, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

------------------------------------------------------------ x
:
SNMP RESEARCH, INC. and SNMP RE- : Case No. 3:20-cv-00451-JRG-DCP
SEARCH INTERNATIONAL, INC., :
: **EXTREME NETWORKS, INC.'S**
Plaintiffs, : **FIFTH SUPPLEMENTAL RE-**
: **SPONSES AND OBJECTIONS TO**
v. : **SNMP RESEARCH, INC.'S FIRST**
: **SET OF REQUESTS FOR ADMIS-**
EXTREME NETWORKS, INC., : **SION**
:
Defendant. :
:
------------------------------------------------------------ x

    Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, defendant Extreme Networks, Inc. ("Extreme"), by and through its undersigned counsel, hereby supplements its Responses and Objections to SNMP Research, Inc.'s (together with SNMP Research International, Inc., "SNMPR" or "Plaintiffs") First Set of Requests for Admission to Extreme Networks, Inc., dated December 26, 2020 (the "Requests"), as follows:

## INTRODUCTION

1. Discovery is still open in this litigation. Extreme reserves the right to supplement or amend its responses set forth below should additional responsive or relevant information or documents be discovered as discovery proceeds.

## RESPONSES AND OBJECTIONS

Extreme's responses and objections to the Requests are set forth below.

**REQUEST FOR ADMISSION NO. 1:**

Admit You received SNMP Research Software.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Extreme objects to the definition of "You," "Your," and "Extreme," as overly broad. Extreme will construe "You" to mean only "Extreme Networks, Inc.," the named defendant in this case. Subject to and without waiving this objection, Extreme responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit You received Version 16.2.0.9 of SNMP Research Software.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Extreme objects to the definition of "You," "Your," and "Extreme," as overly broad. Extreme will construe "You" to mean only "Extreme Networks, Inc.," the named defendant in this case. Subject to and without waiving this objection, Extreme responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Admit You inserted, added, or otherwise incorporated SNMP Research Software in Your Products.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Denied.

**REQUEST FOR ADMISSION NO. 36:**

Admit that Extreme distributes Products containing SNMP Research Software to an area encompassing all or part of the East Grand Division of Tennessee.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Denied.

**REQUEST FOR ADMISSION NO. 37:**

Admit that Extreme advertises or markets Products containing SNMP Research Software nationwide.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Denied.

**REQUEST FOR ADMISSION NO. 44:**

Admit that You are relying, either in whole or in part, on the License Agreement as part of Your defense of this action.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Extreme objects to the definition of "You," "Your," and "Extreme," as overly broad. Extreme will construe "You" to mean only "Extreme Networks, Inc.," the named defendant in this case. Extreme objects to the phrases "are relying, either in whole or in part," and "part of Your defense of this action" as vague and ambiguous. Extreme will construe "relying, either in whole or in part, on the License Agreement as part of Your defense" to mean that "using the License Agreement for the purposes of conducting Your defense." Subject to and without waiving these objections, Extreme responds as follows:

Admitted.

**REQUEST FOR ADMISSION NO. 45:**

Admit that You are not relying, either in whole or in part, on the License Agreement as part of Your defense of this action.

**FIFTH SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Extreme objects to the definition of "You," "Your," and "Extreme," as overly broad. Extreme will construe "You" to mean only "Extreme Networks, Inc.," the named defendant in this case. Extreme objects to the phrases "are relying, either in whole or in part," and "part of Your defense of this action" as vague and ambiguous. Extreme will construe "relying, either in whole or in part, on the License Agreement as part of Your defense" to mean that Extreme is "using the License Agreement for the purposes of conducting its defense." Subject to and without waiving these objections, Extreme responds as follows:

Denied.

Dated: July 21, 2023

                                                            */s/ John M. Neukom*

| | |
|---|---|
| Charles B. Lee, BPR# 011570 | John M. Neukom (*admitted pro hac vice*) |
| Jessica Malloy-Thorpe, BPR# 035234 | Barbara N. Barath (*admitted pro hac vice*) |
| Jordan B. Scott, BPR# 037795 | Saurabh Prabhakar (*admitted pro hac vice*) |
| MILLER & MARTIN, PLLC | DEBEVOISE & PLIMPTON LLP |
| 832 Georgia Avenue | 650 California Street |
| 1200 Volunteer Building | San Francisco, California 94108 |
| Chattanooga, Tennessee 37402 | jneukom@debevoise.com |
| Tel: (423) 756-6600 | bnbarath@debevoise.com |
| Fax: (423) 785-8293 | (415) 738-5700 |
| clee@millermartin.com | |
| jessica.malloy-thorpe@millermartin.com | Leslie A. Demers (*admitted pro hac vice*) |
| jordan.scott@millermartin.com | Chris J. Coulson (*admitted pro hac vice*) |
| | Anthony P. Biondo (*admitted pro hac vice*) |
| | Ryan P. Bisaillon (*admitted pro hac vice*) |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| | One Manhattan West |
| | New York, New York 10001 |
| | leslie.demers@skadden.com |
| | chris.coulson@skadden.com |
| | anthony.biondo@skadden.com |
| | ryan.bisaillon@skadden.com |
| | (212) 735-3000 |

*Attorneys for Extreme Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Extreme Networks Inc.'s Fifth Supplemental Responses and Objections to SNMP Research, Inc.'s First Set of Requests for Admission was served via email on this 21st day of July, 2023 upon counsel of record for Plaintiffs.

/s/ Saurabh Prabhakar
Saurabh Prabhakar