# EXHIBIT B

| From: | Frick, Kevin [/O=EXTREME/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KFRICK] |
|---|---|
| Sent: | 9/15/2014 8:05:40 AM |
| To: | Shah, Mini [ishah@extremenetworks.com] |
| Subject: | RE: SNMP agent code -- Royalty information needed |

The rebranding of EXOS as a rebadged product is an interesting question. This is a reasonable issue to investigate with all our software licenses.

-----Original Message-----
From: Shah, Mini
Sent: Monday, September 15, 2014 11:01 AM
To: Frick, Kevin
Subject: RE: SNMP agent code -- Royalty information needed

The payment we make is 5K USD a year, which is the yearly support fee. (we paid it a couple of weeks ago.). I will transfer it to you, for the next year.

> **Redacted**

We should also look at potential Royalties with the new rebranding for Aviat.

Rgds,
Mini

-----Original Message-----
From: Frick, Kevin
Sent: Monday, September 15, 2014 8:17 PM
To: Shah, Mini
Subject: RE: SNMP agent code -- Royalty information needed

I assume Extreme has opted for the Royalty-Free option and paid the $115K? Is there a yearly support-fee that we pay? Meenakumar indicated that a payment was made about a month ago?

-----Original Message-----
From: Shah, Mini
Sent: Monday, September 15, 2014 6:18 AM
To: Karczewski, Gerald; Frick, Kevin
Cc: Applegate, Diane; Page, David
Subject: RE: SNMP agent code -- Royalty information needed

Hi Gerry, Kevin,

> **Redacted**

Rgds,
Mini

-----Original Message-----
From: Shah, Mini
Sent: Friday, September 12, 2014 7:13 AM
To: Karczewski, Gerald; Hammers, Dave; Tippens, Mark; Frick, Kevin
Cc: Applegate, Diane; Page, David
Subject: RE: SNMP agent code -- Royalty information needed

+Kevin

-----Original Message-----
From: Karczewski, Gerald
Sent: Friday, September 12, 2014 5:46 AM
To: Hammers, Dave; Tippens, Mark
Cc: Applegate, Diane; Page, David; Shah, Mini
Subject: FW: SNMP agent code -- Royalty information needed

CONFIDENTIAL COMMUNICATION

> **Redacted**

> **Redacted**

Best regards,

Gerry Karczewski
Senior Corporate Counsel
Extreme Networks, Inc.
Direct Office: (408) 579-3135
Fax: (408) 579-3029
145 Rio Robles
San Jose, Ca 95134
gkarczewski@extremenetworks.com


This email and any/all attachments may contain confidential and proprietary material and may be privileged pursuant to applicable California, Federal and other applicable laws in applicable jurisdictions. This email is to be used solely by the intended recipient. Any review, use, disclosure, distribution, or copying of this communication is prohibited unless approved by or on behalf of the intended recipient. If you have received this message in error, please immediately notify the sender and destroy this email, any/all attachments, and all copies whether electronic or printed.

-----Original Message-----
From: Applegate, Diane
Sent: Thursday, September 11, 2014 3:03 PM
To: Karczewski, Gerald; Shah, Mini; Page, David
Cc: Sozzi, Christopher
Subject: RE: SNMP agent code -- Royalty information needed

> **Redacted**

Thanks
Diane

-----Original Message-----
From: Karczewski, Gerald
Sent: Thursday, September 11, 2014 2:29 PM
To: Shah, Mini; Page, David; Applegate, Diane
Cc: Sozzi, Christopher
Subject: RE: SNMP agent code -- Royalty information needed

CONFIDENTIAL COMMUNICATION

> **Redacted**

Best regards,

Gerry Karczewski
Senior Corporate Counsel
Extreme Networks, Inc.
Direct Office: (408) 579-3135
Fax: (408) 579-3029
145 Rio Robles
San Jose, Ca 95134
gkarczewski@extremenetworks.com


This email and any/all attachments may contain confidential and proprietary material and may be privileged pursuant to applicable California, Federal and other applicable laws in applicable jurisdictions. This email is to be used solely by the intended recipient. Any review, use, disclosure, distribution, or copying of this communication is prohibited unless approved by or on behalf of the intended recipient. If you have received this message in error, please immediately notify the sender and destroy this email, any/all attachments, and all copies whether electronic or printed.

```
-----Original Message-----
From: Shah, Mini
Sent: Wednesday, September 10, 2014 7:28 PM
To: Karczewski, Gerald
Subject: FW: Royalty information needed
```

Hi Gerry,

> **Redacted**

Thanks,
Mini

```
-----Original Message-----
From: Steve Blizzard [mailto:blizzard@snmp.com]
Sent: Thursday, September 11, 2014 12:39 AM
To: Shah, Mini
Cc: sales@snmp.com; royalty@snmp.com
Subject: Royalty information needed
```

Hi Mini,

You and I have corresponded in the past.  I am the account manager at SNMP Research that works with Extreme Networks.

We have a license agreement in place that dates back to 22 October, 2001 for our EMANATE source with EPIC product that has been used for the Extreme Networks Network Switch project.  This license has a provision for royalties to be paid for every binary copy of the software that is created for your product.

Over the years a number of royalties were reported.  Here is the information back to 2007:

| Year | Royalties reported and paid |
|---|---|
| 2007 | 130 |
| 2008 | 219 |
| 2009 | 51 |
| 2010 | 8 |
| 2011 | 11 |

For 20112, 2013, and 2014, royalties have been reported at zero quantity.

Has the Network Switch product been discontinued?  Or have the royalty reports gone to zero because of personnel changes or lack of tracking?

If there is someone else at Extreme Networks that I should be contacting, please let me know.

Best regards,

Steve

```
---------------------------------------------------------------
  Steve Blizzard              email:   blizzard@snmp.com
  SNMP Research               voice:   +1 865 579-3311
  3001 Kimberlin Heights Road   fax:   +1 865 579-6565
  Knoxville, TN  37920-9716  USA      http://www.snmp.com
---------------------------------------------------------------
    Get Network Management Right - Safe and Secure with SNMPv3
       Block the Intruders with Encryption and Authentication
```

HIGHLY CONFIDENTIAL                                                                        EXTREME-01082030