# EXHIBIT C

From: Frick, Kevin [/O=EXTREME/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KFRICK]
Sent: 9/15/2014 6:02:59 AM
To: Richardson, Lance [lrichardson@extremenetworks.com]
Subject: Re: SNMP agent code -- Royalty information needed

Why do you suspect this?

Cheers,
Kevin

> On Sep 15, 2014, at 7:38 AM, "Richardson, Lance" <lrichardson@extremenetworks.com> wrote:
>
> Is this Salem trying to stir up trouble? (EOS uses the SNMP Research stack as well.)
> _____
> From: Vaikundam, Meenakumar
> Sent: Monday, September 15, 2014 4:35 AM
> To: Frick, Kevin; Richardson, Lance
> Subject: FW:  SNMP agent code -- Royalty information needed
>
> Hi Kevin/Lance,
>
> It is pay-and-use every year and it is automatically renewed. Looks like, its renewed earlier this month.
>
> Thanks,
> Meenakumar.
>
> -----Original Message-----
> From: Shah, Mini
> Sent: Monday, September 15, 2014 2:01 PM
> To: Vaikundam, Meenakumar
> Subject: RE: SNMP agent code -- Royalty information needed
>
>
> The license for Emanate was renewed earlier this month and is automatically renewed each year.
>
>
> -----Original Message-----
> From: Vaikundam, Meenakumar
> Sent: Monday, September 15, 2014 1:59 PM
> To: Shah, Mini
> Subject: FW: SNMP agent code -- Royalty information needed
>
> Hi Mini,
>
> I heard from my team that we pay and use the emanate SNMP code. Do you know when we are due for next ?
>
> Thanks,
> Meenakumar.
>
> -----Original Message-----
> From: Frick, Kevin
> Sent: Saturday, September 13, 2014 12:42 AM
> To: Vaikundam, Meenakumar; Richardson, Lance
> Subject: FW: SNMP agent code -- Royalty information needed
>
> Is this SNMP Research code embedded in EXOS? If so, what are the license terms.
>
> -----Original Message-----
> From: Shah, Mini
> Sent: Thursday, September 11, 2014 9:50 PM
> To: Karczewski, Gerald; Hammers, Dave; Tippens, Mark; Frick, Kevin
> Cc: Applegate, Diane; Page, David
> Subject: RE: SNMP agent code -- Royalty information needed
>
> +Kevin
>
> -----Original Message-----
> From: Karczewski, Gerald
> Sent: Friday, September 12, 2014 5:46 AM
> To: Hammers, Dave; Tippens, Mark

> Cc: Applegate, Diane; Page, David; Shah, Mini
> Subject: FW: SNMP agent code -- Royalty information needed
>
> CONFIDENTIAL COMMUNICATION

> [Redacted]

> Best regards,
>
> Gerry Karczewski
> Senior Corporate Counsel
> Extreme Networks, Inc.
> Direct Office:  (408) 579-3135
> Fax:  (408) 579-3029
> 145 Rio Robles
> San Jose, Ca 95134
> gkarczewski@extremenetworks.com
>
>
>
> This email and any/all attachments may contain confidential and proprietary material and may be privileged pursuant to applicable California, Federal and other applicable laws in applicable jurisdictions.  This email is to be used solely by the intended recipient.  Any review, use, disclosure, distribution, or copying of this communication is prohibited unless approved by or on behalf of the intended recipient.  If you have received this message in error, please immediately notify the sender and destroy this email, any/all attachments, and all copies whether electronic or printed.
>
>
> -----Original Message-----
> From: Applegate, Diane
> Sent: Thursday, September 11, 2014 3:03 PM
> To: Karczewski, Gerald; Shah, Mini; Page, David
> Cc: Sozzi, Christopher
> Subject: RE: SNMP agent code -- Royalty information needed

> [Redacted]

>
> Thanks
> Diane
>
> -----Original Message-----
> From: Karczewski, Gerald
> Sent: Thursday, September 11, 2014 2:29 PM
> To: Shah, Mini; Page, David; Applegate, Diane
> Cc: Sozzi, Christopher
> Subject: RE: SNMP agent code -- Royalty information needed
>
> CONFIDENTIAL COMMUNICATION

> [Redacted]

> Best regards,
>
> Gerry Karczewski
> Senior Corporate Counsel
> Extreme Networks, Inc.
> Direct Office:  (408) 579-3135
> Fax:  (408) 579-3029
> 145 Rio Robles
> San Jose, Ca 95134
> gkarczewski@extremenetworks.com
>
>
>

HIGHLY CONFIDENTIAL
EXTREME-01082023

> This email and any/all attachments may contain confidential and proprietary material and may be
> privileged pursuant to applicable California, Federal and other applicable laws in applicable
> jurisdictions. This email is to be used solely by the intended recipient. Any review, use, disclosure,
> distribution, or copying of this communication is prohibited unless approved by or on behalf of the
> intended recipient. If you have received this message in error, please immediately notify the sender and
> destroy this email, any/all attachments, and all copies whether electronic or printed.
>
>
> -----Original Message-----
> From: Shah, Mini
> Sent: Wednesday, September 10, 2014 7:28 PM
> To: Karczewski, Gerald
> Subject: FW: Royalty information needed
>
> Hi Gerry,

**Redacted**

> Thanks,
> Mini
>
> -----Original Message-----
> From: Steve Blizzard [mailto:blizzard@snmp.com]
> Sent: Thursday, September 11, 2014 12:39 AM
> To: Shah, Mini
> Cc: sales@snmp.com; royalty@snmp.com
> Subject: Royalty information needed
>
>
> Hi Mini,
>
> You and I have corresponded in the past. I am the account manager at SNMP Research that works with Extreme Networks.
>
> We have a license agreement in place that dates back to 22 October, 2001 for our EMANATE source with EPIC product that has been used for the Extreme Networks Network Switch project. This license has a provision for royalties to be paid for every binary copy of the software that is created for your product.
>
> Over the years a number of royalties were reported. Here is the information back to 2007:
>
> Year     Royalties reported and paid
>
> 2007     130
> 2008     219
> 2009      51
> 2010       8
> 2011      11
>
> For 20112, 2013, and 2014, royalties have been reported at zero quantity.
>
> Has the Network Switch product been discontinued? Or have the royalty reports gone to zero because of personnel changes or lack of tracking?
>
> If there is someone else at Extreme Networks that I should be contacting, please let me know.
>
> Best regards,
>
> Steve
>
>
> ---------------------------------------------------------------
>  Steve Blizzard                    email:   blizzard@snmp.com
>  SNMP Research                     voice:   +1 865 579-3311
>  3001 Kimberlin Heights Road        fax:    +1 865 579-6565
>  Knoxville, TN 37920-9716 USA      http://www.snmp.com
> ---------------------------------------------------------------
>   Get Network Management Right - Safe and Secure with SNMPv3
>      Block the Intruders with Encryption and Authentication
>
>
>

HIGHLY CONFIDENTIAL

EXTREME-01082024