# EXHIBIT E

| From: | Manjunath Gowda [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4EEDEB914C8C4915B6F4A600CCC510E0-MANJUNATH G] |
|---|---|
| Sent: | 4/3/2019 6:38:43 AM |
| To: | Eric Broockman [ebroockman@extremenetworks.com] |
| Subject: | Fwd: Windriver Engineering Licenses for BOSS and EOS |
| Attachments: | WRS_contracts_2010v1.ppt |

FYI. The mainly VXworks is used for BOSS and VOSS. It is more of BOSS as it used Vxworks now while VOSS uses it files but mainly bought out the rights.

Regarding VDX, it only uses for SNMP, it was completely bought out during Brocade days and we do not pay support as we do not need it.

Thanks
Manju

Email sent from Outlook for iOS

**From:** Carl Keene <ckeene@extremenetworks.com>
**Sent:** Friday, March 22, 2019 8:21 AM
**To:** Manjunath Gowda; Amar Bagul
**Cc:** Tamiji Homma
**Subject:** RE: Windriver Engineering Licenses for BOSS and EOS


**Background to help understand my answer** – I have attached a presentation from 2010. In 2010 my team had completed transitioning Vxworks to Linux for the VSP9000 product as part of Nortel --- The VSP9000 was the first product of what we now consider to be the VOSS code base portfolio. The linux version at that time was the WindRiver PNE-LE as we were very tight collaborating with WindRiver as Nortel and had special arrangements for collaboration. The VSP9000 initial linux images utilized v2lin and had lots of Vxworks internals still present which were not an issue as we were licensed from WindRiver for all of it **"all you can eat licensing"** either way per developer seats.

When we became Avaya WindRiver did not honor the legacy contracts we had with Nortel and requested many millions $ in licensing fees to move forward... outraged at this we put together a task team to remove WindRiver from the VSP code base and move to Mentor Embedded tools / more open source – this was a large and difficult task because in addition to the WindRiver Linux the code base includedVxWorks OS header files, the Vxworks IP Stack and various apps along with the fact that the SNMP epilogue code was purchased by WindRiver. We worked tirelessly for a long while – adding Tammy ( who did lots of that heavy lifting )

At Avaya after about a year we got the Mentor Embedded/Open source Linux working for VSP9000 and were closing in on removal of the WindRiver code – at that time I estimated something like 6 more months using a significant number of our best resources ( like 10+ ) to completely remove everything including the IP stack and all traces of vxworks header files.

In an interesting turn of events I was able to negotiate with WindRiver a perpetual buy out of all files we had remaining in our code base for VSP9000 and any derived works of that code moving forward – the contract literally had every file name and header attached. All for something like 30K - I basically said take 30K or nothing as we were in progress to remove every last file - so they took the 30K.

I reached out several times to the Extreme Legal team **Redacted**

**Redacted**

Answer --- VOSS has many header files, IP stack code, SNMP code, and some helper apps that were purchased in a buy out from Windriver during the Avaya years.
I do not have a copy of the license any more as this was a very long time ago -- it should be on file with Legal.

Carl


**From:** Manjunath Gowda
**Sent:** Thursday, March 21, 2019 5:53 PM
**To:** Amar Bagul <abagul@extremenetworks.com>; Carl Keene <ckeene@extremenetworks.com>
**Subject:** RE: Windriver Engineering Licenses for BOSS and EOS

Carl – Do we have anything on VOSS with Windriver (third-party sw)?

Thanks
Manju

**From:** Amar Bagul
**Sent:** Thursday, March 21, 2019 2:51 PM
**To:** Manjunath Gowda <MGOWDA@extremenetworks.com>
**Subject:** RE: Windriver Engineering Licenses for BOSS and EOS

For BOSS, we are using VxWorks OS, Vxworks IP Stack and SNMP. There might be more things. EOS is also using OS and possibly other things.

This is all in Jimmy's side.

For VOSS, Carl is keeping the status of Windriver. From what I have heard, he had bought out the rights for whatever remaining things we use. But we should check with him on that.

Amar.

**From:** Manjunath Gowda
**Sent:** Thursday, March 21, 2019 5:47 PM
**To:** Amar Bagul <abagul@extremenetworks.com>
**Subject:** Windriver Engineering Licenses for BOSS and EOS

Amar,

Can you please provide me more info on the Windriver license? What is the third-party SW code that we are using (SNMP??)

**Windriver Engineering Licenses for BOSS and EOS**

Thanks
Manju

Manjunath Gowda
VP, Engineering - Data Center and Campus Products
mgowda@extremenetworks.com
direct:   +1.408.579.3375
mobile:  +1.669.300.8081



www.extremenetworks.com
**Connect Beyond the Network**