# EXHIBIT G

# AVAYA COMMUNICATIONS THAT EXTREME CLAWED BACK

# ON SEPTEMBER 11, 2023 AND SEPTEMBER 20, 2023

EXTREME-01079442
EXTREME-01076584
EXTREME-01076414
EXTREME-01076396
EXTREME-01076384
EXTREME-01076335
EXTREME-01076304
EXTREME-01078470
EXTREME-01076994
EXTREME-01076973
EXTREME-01076952
EXTREME-01076932
EXTREME-01076912
EXTREME-01076892
EXTREME-01076872
EXTREME-01076853
EXTREME-01076834
EXTREME-01076814
EXTREME-01076795
EXTREME-01076776
EXTREME-01076758
EXTREME-01076740
EXTREME-01076722
EXTREME-01076705
EXTREME-01076688
EXTREME-01076672
EXTREME-01076656
EXTREME-01076641
EXTREME-01076626
EXTREME-01076611
EXTREME-01076596
EXTREME-01076570
EXTREME-01076552
EXTREME-01076539
EXTREME-01076520
EXTREME-01076508
EXTREME-01076496
EXTREME-01076484
EXTREME-01076474
EXTREME-01076464
EXTREME-01076454
EXTREME-01076432
EXTREME-01076405
EXTREME-01076396

EXTREME-01077498
EXTREME-01077488
EXTREME-01077479
EXTREME-01077469
EXTREME-01077460
EXTREME-01077451
EXTREME-01077442
EXTREME-01077434
EXTREME-01077426
EXTREME-01077418
EXTREME-01077410
EXTREME-01077403
EXTREME-01077396
EXTREME-01077390
EXTREME-01077384
EXTREME-01077378
EXTREME-01077373
EXTREME-01077368
EXTREME-01077349
EXTREME-01077329
EXTREME-01077325
EXTREME-01077321
EXTREME-01077238
EXTREME-01077235
EXTREME-01077232
EXTREME-01077230
EXTREME-01077207
EXTREME-01077184
EXTREME-01077182
EXTREME-01077159
EXTREME-01077136
EXTREME-01077114
EXTREME-01077092
EXTREME-01077060
EXTREME-01076584
EXTREME-01076384
EXTREME-01076376
EXTREME-01076365
EXTREME-01076357
EXTREME-01076346
EXTREME-01076335
EXTREME-01076325
EXTREME-01076315
EXTREME-01076304
EXTREME-01077284
EXTREME-01077042
EXTREME-01077033
EXTREME-01077024

2

EXTREME-01077015
EXTREME-01076443
EXTREME-01076423
EXTREME-01076414
EXTREME-01077051
EXTREME-01077354
EXTREME-01077334
EXTREME-01077308
EXTREME-01077296
EXTREME-01077272
EXTREME-01077262
EXTREME-01077251
EXTREME-01077241
EXTREME-01077082
EXTREME-01078470
EXTREME-01079442