# EXHIBIT N

**Knight, Sheryl**

| | |
|---|---|
| **From:** | Prabhakar, Saurabh <sprabhakar@debevoise.com> |
| **Sent:** | Thursday, September 7, 2023 9:41 AM |
| **To:** | 'John L. Wood'; Cheryl G. Rice; Ashley, Matt |
| **Cc:** | Extreme; 'Chuck Lee'; Jessica Malloy-Thorpe; Weber, Olivia |
| **Subject:** | SNMP Research, Inc. et al. v. Broadcom Inc., et al. -- claw back of privileged information |

Counsel:

Pursuant to Paragraph 51 of the Protective Order (Dkt. 93), Extreme notifies Plaintiffs that it inadvertently produced privileged information and is clawing those documents back. Specifically, Extreme is clawing back documents produced with bates numbers EXTREME-00691563, EXTREME-00706835, EXTREME-00693693, EXTREME-00693860, EXTREME-00693878, EXTREME-00693885, EXTREME-00693891, and EXTREME-00693899.

These documents contain Extreme's and Brocade's attorney-client privileged communications and common-interest communications between Brocade's in-house counsel and Extreme's in-house counsel reflecting evaluation of Brocade's existing contracts in the course of and following Extreme's acquisition of Brocade's data center networking business and legal advice related to the interpretation and assignment of the contracts. Extreme will follow up with a more formal privilege log tomorrow.

Extreme expects SNMPR to comply with Paragraph 51 of the Protective Order. Please destroy and confirm to Extreme in writing that the information and all copies thereof have been destroyed no later than five business days from today.

Best regards

# Debevoise
# &Plimpton

**Saurabh Prabhakar** (he/him/his)
Associate
De
sprabhak@debevoise.com
+1 415 738 5730 (Tel)

www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in San Francisco at 1-415-738-5700) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.