# EXHIBIT P



**Debevoise & Plimpton LLP**
650 California Street, FL 31
San Francisco, CA 94108
+1 415 738 5700

**John "Jay" Neukom**
Partner
jneukom@debevoise.com
+1 415 738 5719

September 11, 2022

<u>*Via Email and Certified Mail*</u>
John L. Wood
Egerton McAfee Armistead & Davis, P.C.
900 S Gay St 14th Floor
Knoxville, TN 37902

        **RE**:    <u>**Extreme and SNMPRI License Agreements**</u>

Dear John:

    We are writing on behalf of Extreme Networks, Inc. ("Extreme") in response to SNMP Research International, Inc.'s ("SNMPRI") letter dated September 1, 2022 (the "Letter"). We write primarily to address the assertion in the Letter that Extreme's X550-G2 and X450-G2 products utilize EMANATE software, that the X550-G2 and X450-G2 products are not licensed under the License Agreement dated December 8, 1999 or its amendments (the "Enterasys License"), and therefore, that Extreme is in breach of the Enterasys License, which it must correct within 10 days.

    We have discussed the Letter with our client and understand that the Letter cited the wrong agreement between the parties. Extreme and SNMPRI are also parties to an agreement dated October 22, 2001 (the "Legacy License"), produced by SNMPRI in the ongoing lawsuit between the parties at SNMP-0008376. It is our understanding that Extreme's X550-G2 and X450-G2 products implicate the Legacy License, not the Enterasys License.

    Since receiving the Letter we have investigated the Legacy License. It appears to us that both parties have been silent as to their rights under this License for several years, but that the License nevertheless remains in force. Even though Extreme has not received any notices from SNMPRI under the Legacy License – and even though the Legacy License provides for a 30-day cure period – Extreme is writing now to address financial obligations under that agreement.

    Under Section 24 of the Legacy License, Extreme has two royalty options: either a per-unit royalty, or a paid-up royalty option of $115,000. Extreme is prepared to move forward with the paid-up royalty option. Please let us know if SNMPR would like to discuss. Otherwise, we look forward to receiving details on where Extreme may send the payment.

    *Confidential settlement communication pursuant to Federal Rule of Evidence 408:* As you know, Extreme is eager to participate in mediation with SNMPRI with regard to the lawsuit between the parties. To the extent that SNMPR would like to discuss the

Legacy License in the same setting with a mediator, Extreme would welcome that opportunity.  *End of settlement communication pursuant to Federal Rule of Evidence 408.*

As a final note, it is worth clarifying Extreme's position on the Letter's statement that "Extreme will not disclose to SNMPR the specific Extreme products that are currently using SNMP Research software . . . ."  Extreme has not refused to make this disclosure.  Indeed, we have been working diligently with our client to conduct this investigation, along with the other requests that SNMPRI has made recently in the ongoing litigation.

Very truly yours,

*/s/ John M. Neukom*