# EXHIBIT T

| From: | Stuart Smolen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BD12BB5676A04D82A2976C6FD18FB41A-STUART SMOL] |
|---|---|
| Sent: | 8/24/2017 3:53:55 PM |
| To: | Jennifer Sipes [jsipes@extremenetworks.com] |
| Subject: | RE: Avaya Networking IP queston- SNMPR : Contact at Extreme Legal for IP/Patent issues |

> Redacted

**From:** Jennifer Sipes
**Sent:** Thursday, August 24, 2017 3:47 PM
**To:** Stuart Smolen <ssmolen@extremenetworks.com>
**Subject:** RE: Avaya Networking IP queston- SNMPR : Contact at Extreme Legal for IP/Patent issues

> Redacted

**From:** Stuart Smolen
**Sent:** Thursday, August 24, 2017 3:36 PM
**To:** Jennifer Sipes <jsipes@extremenetworks.com>
**Subject:** RE: Avaya Networking IP queston- SNMPR : Contact at Extreme Legal for IP/Patent issues

> Redacted

**From:** Jennifer Sipes
**Sent:** Thursday, August 24, 2017 3:26 PM
**To:** Stuart Smolen <ssmolen@extremenetworks.com>
**Subject:** RE: Avaya Networking IP queston- SNMPR : Contact at Extreme Legal for IP/Patent issues

> Redacted

**From:** Stuart Smolen
**Sent:** Thursday, August 24, 2017 3:14 PM
**To:** Michael Fitzgerald <mfitzgerald@extremenetworks.com>; Matthew Roman <maroman@extremenetworks.com>
**Cc:** Jennifer Sipes <jsipes@extremenetworks.com>
**Subject:** RE: Avaya Networking IP queston- SNMPR : Contact at Extreme Legal for IP/Patent issues

> Redacted

Thanks.
-Stuart

**From:** Michael Fitzgerald
**Sent:** Thursday, August 24, 2017 1:30 PM
**To:** Matthew Roman <maroman@extremenetworks.com>; Stuart Smolen <ssmolen@extremenetworks.com>

**Cc:** Michael Fitzgerald <mfitzgerald@extremenetworks.com>
**Subject:** Avaya Networking IP queston- SNMPR : Contact at Extreme Legal for IP/Patent issues

Stewart –

> **Redacted**

Thanks
Mike Fitzgerald


Mike Fitzgerald | Product Management, Switching | Extreme Networks | 9 Northeastern Blvd | Salem, NH 03079
603-952-6316 | mfitzgerald@extremenetworks.com

Extreme networks

---

**From:** Matthew Roman
**Sent:** Friday, August 11, 2017 11:58 AM
**To:** Michael Fitzgerald; Stuart Smolen
**Subject:** Re: Contact at Extreme Legal for IP/Patent issues

Hi Mike- Adding Stuart Smolen.

> **Redacted**

OUTSIDE COUNSEL EYES ONLY

Thanks,

Matt

**From:** Michael Fitzgerald
**Sent:** Friday, August 11, 2017 11:19:32 AM
**To:** Matthew Roman; Michael Fitzgerald
**Subject:** Contact at Extreme Legal for IP/Patent issues

Matt-

> **Redacted**

Thanks
Mike

Mike Fitzgerald | Product Management, Switching | Extreme Networks | 9 Northeastern Blvd | Salem, NH 03079
603-952-6316 | mfitzgerald@extremenetworks.com



---

**From:** Michael Fitzgerald <mfitzgerald@extremenetworks.com>
**Sent:** Friday, August 11, 2017 10:41 AM
**To:** "Hamilton III, Richard (Richard)" <rhamiltoniii@avaya.com>
**Subject:** Re: Random Question

Will do

Get Outlook for iOS

---

**From:** Hamilton III, Richard (Richard) <rhamiltoniii@avaya.com>
**Sent:** Friday, August 11, 2017 10:24:01 AM
**To:** Michael Fitzgerald
**Subject:** Random Question

Hi Mike -

Sorry to bother you with a random question. Could you suggest a contact in EN's legal department who might deal with a subpoena issue? This has nothing to do with the acquisition or APA. A lawyer for Cisco is probably going to subpoena some of our former employees (not you, and it's not hostile, just looking for prior art in a patent case!) and I'd like to connect him with someone at EN so they don't have to just lob a subpoena to your registered agent.

Thanks for any input! I hope things are going well over there...

Best,

Richard


Richard Hamilton III | Legal Director – Labor, Employment & Litigation | **AVAYA INC.** | 350 Mt Kemble Avenue | Morristown, NJ 07960 | **Voice:** 908-953-2096 | rhamiltoniii@avaya.com |

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

DISCLAIMER:
This e-mail and any attachments to it may contain confidential and proprietary material and is solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify the sender and destroy this e-mail and any attachments and all copies, whether electronic or printed.