# EXHIBIT V

EXHIBITS

and

DISCLOSURE SCHEDULES

to the

ASSET PURCHASE AGREEMENT

BETWEEN

AVAYA INC.

and

EXTREME NETWORKS, INC.

Dated as of March 7, 2017

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383376

# TABLE OF CONTENTS

Page

**Section 1.03(a)(vii) Assumed Leases**................................................................2

**Section 1.03(a)(viii) Furniture and Equipment** ............................................3

**Section 1.03(a)(xvi) Other Assets**.................................................................4

**Section 1.03(b)(xvi) Retained Claims and Other Excluded Assets**.............7

**Section 1.06(a) Cure Payments** ....................................................................8

**Section 3.03(a) Non-Contravention and Approvals** ....................................9

**Section 3.03(b) Governmental Entity Consents** .........................................15

**Section 3.04 Financial Statements** ...............................................................16

**Section 3.05 Absence of Certain Changes** ...................................................17

**Section 3.06(a)(i) Title to Assets** ..................................................................18

**Section 3.06(a)(iv) Liens for Taxes** ..............................................................24

**Section 3.06(b) Operating Condition** ...........................................................25

**Section 3.06(c) Inventory** .............................................................................26

**Section 3.07 Real Property** ...........................................................................27

**Section 3.08(a)  Transferred Registered Intellectual Property**.................32

**Section 3.08(b) Intellectual Property Proceedings** .....................................34

**Section 3.08(d) Licensor Rights in Improvements or Derivative Works** ..........36

**Section 3.08(f) Industry Standards Bodies** .................................................37

**Section 3.08(i) Business Products and Sellers Proprietary Software** ..................39

**Section 3.08(k) Source Code Escrow and Disclosure**..................................40

**Section 3.08(l) Open Source Software** .........................................................41

**Section 3.08(m) IT Systems** ..........................................................................42

**Section 3.09(a) Contracts**..............................................................................43

i

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383377

**Section 3.09(b)  Business Contracts** ..................................................................66

**Section 3.10 Permits** ....................................................................................68

**Section 3.10(b) Permits Not in Full Force and Effect** .................................71

**Section 3.10(d) Violation of Permits** .............................................................72

**Section 3.12 Legal Proceedings** .....................................................................73

**Section 3.13 Employee Benefit Plans; Labor** ...............................................74

**Section 3.13(c) Labor Organizations** .............................................................79

**Section 3.14 Compliance with Laws** ..............................................................80

**Section 3.14(e) Export Permits** ......................................................................82

**Section 3.15 Sufficiency of Assets** ..................................................................90

**Section 3.16 Certain Business Relationships with Affiliates** ......................91

**Section 3.19 Insurance** ...................................................................................92

**Section 3.20 Top Customers and Top Suppliers** ..........................................93

**Section 5.01 Conduct of Business** ..................................................................96

**Section 5.07 Use of Retained Names and Marks** .........................................98

**Section 5.08 Seller Credit Support Obligations** ..........................................99

**Section 5.10(b) Purchase Price to be paid to each Seller** ...........................100

**Section 6.03(b) Assumed Pension Obligations** ............................................101

**Section 7.01(a) Applicable Foreign Merger Control Law** ..........................102

**Section 7.02(g) Material Consents** ................................................................103

**Section 7.02(i) Liens** ......................................................................................104

**Section 9.05(c) Materiality Qualifications** ...................................................105

**Section 11.05(b)(i) Accounting Principles** ...................................................106

**Section 11.05(b)(ii) Allocation Principles** ....................................................107

**Section 11.05(b)(iii) Business** ........................................................................111

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 4 of 130   PageID #: 16316

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383378

**Section 11.05(b)(iv) Business Products** ........................................................................112

**Section 11.05(b)(vi) Excluded Contracts**.....................................................................113

**Section 11.05(b)(vii) Furniture and Equipment** .........................................................115

**Section 11.05(b)(viii) Excluded Furniture and Equipment**........................................116

**Section 11.05(b)(x) Knowledge of Sellers** ..................................................................117

**Section 11.05(b)(xi) Other Sellers** ..............................................................................118

**Section 11.05(b)(xii) Transferred Contracts**..............................................................120

**Section 11.05(b)(xiii) Transferred Intellectual Property** ..........................................122

**Section 11.05(b)(xiv) Current Assets and Current Liabilities** ...................................124

**Section 11.05(b)(xv) Dark Leases Liability Amount**..................................................125

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 5 of 130   PageID #: 16317

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383379

# DISCLOSURE SCHEDULES

These Disclosure Schedules (each individually a "**Disclosure Schedule**" and collectively, the "**Disclosure Schedules**") are being furnished in connection with the execution and delivery of that certain Asset Purchase Agreement (the "**Purchase Agreement**"), dated as of March 7, 2017, by and between Avaya Inc., a Delaware corporation ("**Avaya**"), and Extreme Networks, Inc., a Delaware corporation ("**Purchaser**").  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Purchase Agreement.

Any matter set forth in any provision, subprovision, section or subsection of the Disclosure Schedules shall be deemed to be disclosed for each other provision, subprovision, section or subsection of the Disclosure Schedules to the extent it is reasonably apparent from the face of such disclosure that such disclosure is applicable to such other provision, subprovision, section or subsection of the Disclosure Schedules.  No reference to or disclosure of any matter or item in the Disclosure Schedules shall be construed as an admission or indication that such matter or item is material or that such matter or item is required to be referred to or disclosed in the Purchase Agreement.  Without limiting the foregoing, no such reference to or disclosure of a possible breach or violation of any Contract, Law or Judgment shall be construed as an admission or indication that a breach or violation exists or has actually occurred.  The descriptive headings of the provisions, subprovisions, sections and subsections of the Disclosure Schedules are inserted for convenience only, do not constitute a part of the Purchase Agreement or the Disclosure Schedules and shall not affect in any way the meaning or interpretation of the Purchase Agreement and the Disclosure Schedules.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383380

**Section 1.03(a)(vii)**
<u>**Assumed Leases**</u>

308074 Lease agreement, dated September 12, 2011, between 425 Legget Drive Property GP Inc. and Avaya Canada Corp. for 425 Legget Drive, Ottawa, Ontario, Canada.

Lease agreement dated 22nd of June 1998 between SEO Maidenhead Limited (as assignee of AXA Equity & Law Life Assurance Society PLC), Avaya UK (as assignee of Nortel Networks UK Limited, as assignee of Nortel Properties Limited) and Maidenhead Office Park Management Company Limited for Building 3 Maidenhead Office Park, Maidenhead, UK.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383381

**Section 1.03(a)(viii)**
**<u>Furniture and Equipment</u>**

1. Lab equipment Related to the Business located at ground floor of the Naxos Building, 25 Allee Pierre Ziller, Valbonne, France.

2. Lab equipment Related to the Business located in engineering centers located in Santa Clara, CA, Billerica, MA, and Bangalore, India.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 8 of 130   PageID #: 16320

OUTSIDE COUNSEL EYES ONLY                                    EXTREME-01383382

**Section 1.03(a)(xvi)**
**Other Assets**

1.  Shares of Series E Preferred Stock of Xirrus, Inc. and Avaya's rights under the following Contracts (collectively, the "**Avaya Xirrus Interest**"):

    i.    Fifth Amended and Restated Investors' Rights Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014.

    ii.   Fifth Amended and Restated Right of First Refusal and Co-Sale Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014.

    iii.  Series E Preferred Stock Purchase Agreement between Xirrus, Inc., QuestMark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, Dirk I. Gates and Avaya Inc., effective as of April 22nd, 2014.

    iv.   Fourth Amended and Restated Voting Agreement between Xirrus, Inc., QuestMark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, Dirk I. Gates, Patrick P. Parker, Steven F. and Kelly J. Degennaro (Trustees of the Degennaro Family 2001 Trust Dated May 30, 2001), and Avaya Inc., effective as of April 22nd, 2014.

    v.    Note and Warrant Purchase Agreement by and between Avaya Inc. and the other lenders party thereto, and Xirrus, Inc., dated as of February 26, 2015.

    vi.   Secured Convertible Promissory Note No 15-5, by and between Xirrus, Inc. and Avaya Inc., dated February 26, 2015.

    vii.  Capital Stock Warrant No 15-5, by and between Xirrus, Inc. and Avaya Inc., dated February 26, 2015.

    viii. Subordination Agreement, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent, dated as of February 26, 2015.

    ix.   Security Agreement, dated as of February 26, 2015, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

    x.    Intellectual Property Security Agreement, dated as of February 26, 2015, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein).

    xi.   Secured Convertible Promissory Note No 15-15, by and between Xirrus, Inc. and Avaya Inc., dated April 6, 2015.

4

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383383

xii. Capital Stock Warrant No. 16-22, by and between Avaya Inc. and Xirrus, Inc., dated January 1, 2016.

xiii. Capital Stock Warrant No 16-12, by and between Avaya Inc. and Xirrus, Inc., dated January 1, 2016.

xiv. Note and Warrant Purchase Agreement between Avaya Inc., QuestMark Partners III, L.P., QuestMark Partners Side Fund III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, The Board of Trustees of the Leland Stanford Junior University (SBST), The Board of Trustees of the Leland Stanford Junior University (DAPER I) and Xirrus, Inc. effective as of February 19th, 2016.

xv. Subordination Agreement, dated as of February 19, 2016, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent.

xvi. Security Agreement, dated as of February 19, 2016, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

xvii. Intellectual Property Security Agreement, dated as of February 19, 2016, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein). Secured Convertible Promissory Note No. 16-5, by and between Xirrus, Inc. and Avaya Inc., dated February 19, 2016.

xviii. Capital Stock Warrant No 16-5, by and between Xirrus, Inc. and Avaya Inc., dated February 19, 2016.

xix. Amendment No. 1 to Secured Convertible Promissory Notes, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto, dated February 19, 2016.

xx. Note and Purchase Agreement between Avaya Inc., QuestMark Partners III, L.P., QuestMark Partners Side Fund III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP and Xirrus Inc., entered into as of May 31st, 2016.

xxi. Subordination Agreement, dated as of May 31, 2016, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent.

xxii. Security Agreement, dated as of May 31, 2016, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

xxiii. Intellectual Property Security Agreement, dated as of May 31, 2016, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein).

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383384

xxiv. Secured Convertible Promissory Note No. 16-14, by and between Xirrus, Inc. and Avaya Inc., dated May 31, 2016

xxv. Capital Stock Warrant No 16-31, by and between Xirrus, Inc. and Avaya Inc., dated May 31, 2016.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 11 of 130   PageID #: 16323

OUTSIDE COUNSEL EYES ONLY                                                                 EXTREME-01383385

**Section 1.03(b)(xvi)**
**<u>Retained Claims and Other Excluded Assets</u>**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 12 of 130   PageID #: 16324

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383386

**Section 1.06(a)**
**Cure Payments**

To be provided between the signing and Closing Date.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 13 of 130   PageID #: 16325

OUTSIDE COUNSEL EYES ONLY                                    EXTREME-01383387

**Section 3.03(a)**
**Non-Contravention and Approvals**

The documents listed below, which relate to Avaya's equity interest in Xirrus, Inc., are subject to rights of first refusal, as detailed in the Fifth Amended and Restated Right of First Refusal and Co-Sale Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014 (the "**ROFR Agreement**"). The equity interests in Xirrus, Inc. and the related documents listed on this Section 3.03(a) may only be transferred according to the process and procedure outlined in the ROFR Agreement.

1. Fifth Amended and Restated Investors' Rights Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014.

2. Fifth Amended and Restated Right of First Refusal and Co-Sale Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014.

3. Series E Preferred Stock Purchase Agreement between Xirrus, Inc., Questmark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, Dirk I. Gates and Avaya Inc., effective as of April 22nd, 2014.

4. Fourth Amended and Restated Voting Agreement between Xirrus, Inc., Questmark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, Dirk I. Gates, Patrick P. Parker, Steven F. and Kelly J. Degennaro (Trustees of the Degennaro Family 2001 Trust Dated May 30, 2001), and Avaya Inc., effective as of April 22nd, 2014.

5. Note and Warrant Purchase Agreement by and between Avaya Inc. and the other lenders party thereto, and Xirrus, Inc., dated as of February 26, 2015.

6. Secured Convertible Promissory Note No 15-5, by and between Xirrus, Inc. and Avaya Inc., dated February 26, 2015.

7. Capital Stock Warrant No 15-5, by and between Xirrus, Inc. and Avaya Inc., dated February 26, 2015.

8. Subordination Agreement, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent, dated as of February 26, 2015.

9. Security Agreement, dated as of February 26, 2015, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

10. Intellectual Property Security Agreement, dated as of February 26, 2015, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein).

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 14 of 130   PageID #: 16326

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383388

11. Secured Convertible Promissory Note No 15-15, by and between Xirrus, Inc. and Avaya Inc., dated April 6, 2015.

12. Capital Stock Warrant No. 16-22, by and between Avaya Inc. and Xirrus, Inc., dated January 1, 2016.

13. Capital Stock Warrant No 16-12, by and between Avaya Inc. and Xirrus, Inc., dated January 1, 2016.

14. Note and Warrant Purchase Agreement between Avaya Inc., QuestMark Partners III, L.P., QuestMark Partners Side Fund III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, The Board of Trustees of the Leland Stanford Junior University (SBST), The Board of Trustees of the Leland Stanford Junior University (DAPER I) and Xirrus, Inc. effective as of February 19th, 2016.

15. Subordination Agreement, dated as of February 19, 2016, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent.

16. Security Agreement, dated as of February 19, 2016, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

17. Intellectual Property Security Agreement, dated as of February 19, 2016, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein). Secured Convertible Promissory Note  No. 16-5, by and between Xirrus, Inc. and Avaya Inc., dated February 19, 2016.

18. Capital Stock Warrant No 16-5, by and between Xirrus, Inc. and Avaya Inc., dated February 19, 2016.

19. Amendment No. 1 to Secured Convertible Promissory Notes, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto, dated February 19, 2016.

20. Note and Purchase Agreement between Avaya Inc., QuestMark Partners III, L.P., QuestMark Partners Side Fund III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP and Xirrus Inc., entered into as of May 31st, 2016.

21. Subordination Agreement, dated as of May 31, 2016, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent.

22. Security Agreement, dated as of May 31, 2016, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

23. Intellectual Property Security Agreement, dated as of May 31, 2016, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein).

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383389

24. Secured Convertible Promissory Note  No. 16-14, by and between Xirrus, Inc. and Avaya Inc., dated May 31, 2016

25. Capital Stock Warrant No 16-31, by and between Xirrus, Inc. and Avaya Inc., dated May 31, 2016.

<div align="center">*****</div>

The below portion of Section 3.03(a) lists contracts that require consent as a result of the transactions contemplated under the Purchase Agreement:

**Customers:**

1. Avaya's standard direct customer Contract contains the following language regarding assignment:  "Avaya may assign this Agreement and any order under this Agreement to any of its Affiliates or to any entity to which Avaya may sell, transfer, convey, assign or lease all or substantially all of the assets or properties used in connection with its performance under this Agreement.  Any other assignment of this Agreement or any rights or obligations under this Agreement without the express written consent of the other party will be invalid.  Avaya may subcontract any or all of its obligations to be performed by it under this Agreement, but will retain responsibility for the work.  [Avaya also may assign this Agreement or any order in whole or in part as it relates to a particular country to an Avaya channel partner in that country without consent of Customer or Customer Affiliate. Avaya will endeavor to provide Customer with prompt notice of any assignment to such Avaya channel partner.][1]"  All Avaya customer Contracts that are Mixed-Use Contracts that contain such language (or language which is substantially similar) will require the consent of the counterparty(ies) thereto in order to duplicate (in whole or in part) such Contracts in connection with the transactions contemplated under the Purchase Agreement, including, for the avoidance of doubt, the separation of Mixed-Use Contracts pursuant to Section 5.12 of the Purchase Agreement.

2. Master Agreement between Avaya Inc. and the Commonwealth of Kentucky - Department of Education, effective the 1st of March, 2013 [MA 758 1300000900].

3. Transactional Agreement For Sale and License of Products and Services between Avaya Inc. and the County of Loudoun, Virginia, effective the 3rd of January, 2017.*

4. Master Agreement for Enterprise Networking Routing & Switching Equipment between the Commonwealth of Kentucky (Finance and Administration Cabinet Commonwealth Office of Technology) and Avaya Inc., effective the 1st of June, 2010 (as amended). [MA 758 1000000828] *

---

[1] Note: The bracketed language appears in Avaya's Global Customer Agreement (GCA) but not in the US Customer Agreement.

<div align="center">11</div>

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383390

5. Contract #PT64524 in response to RFP 21350, Group 77018 Comprehensive Telecommunications Equipment and Solutions (between Avaya, Inc. and the State of New York Office of General Services), awarded the 12th of May, 2009.*

6. Term Contract T-1316 Telecommunications Equipment & Services between State of New Jersey, Department of the Treasury, Division of Purchase and Property and Avaya Inc., effective the 1st of February, 2012.*

7. Contract PM20790 between The People of the State of New York, acting by and through the Commissioner of the Office of General Services and Avaya Inc., effective the 30th of November, 2015 (as amended).*

8. PEPPM 2015 Product Line Bid CSIU and Awarded Vendor Agreement between Central Susquehanna Intermediate Unit, Lewisburg, Pennsylvania and Avaya Inc., effective the 1st of January, 2015.*

**Distributors:**

1. Avaya's standard distributor Contract contains the following language regarding assignment: "Avaya may assign the Agreement and any order under the Agreement to any of its Affiliate(s) or to any entity to which Avaya may sell, transfer, convey, assign or lease all or substantially all of the assets or properties used in connection with its performance under the Agreement. Any other assignment of the Agreement or any rights or obligations under the Agreement without the express written consent of the other party will be invalid. Avaya also may assign the Agreement or any order in whole or in part as it relates to a particular country to a Reseller or an authorized distributor in that country without the consent of Distributor. Avaya shall endeavor to provide prompt notice of any assignment to a Reseller or an authorized distributor." All Avaya distributor Contracts that are Mixed-Use Contracts that contain such language (or language which is substantially similar) will require the consent of the counterparty(ies) thereto in order to duplicate (in whole or in part) such Contracts in connection with the transactions contemplated under the Agreement, including, for the avoidance of doubt, the separation of Mixed-Use Contracts pursuant to Section 5.12 of the Purchase Agreement.

2. Distribution Agreement between ScanSource, Inc. (d/b/a Catalyst Telecom) and Avaya Inc., dated the 16th of August, 2002 (as amended).*

3. Distributor Agreement between Beetel Teletech Limited and Avaya International Sales Limited, effective the 4th of September, 2009 (as amended).*

**Partners:**

1. Avaya's standard reseller and partner Contract contains the following language regarding assignment: "Avaya may assign this Agreement and any order under this Agreement to any of its Affiliates or to any entity to which Avaya may sell, transfer, convey, assign or lease all or substantially all of the assets or properties used in connection with its

12

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383391

performance under this Agreement. Any other assignment of this Agreement or any rights or obligations under this Agreement without the express written consent of the other party will be invalid. Avaya may subcontract any or all of its obligations to be performed by it under this Agreement, but will retain responsibility for the work." All Avaya reseller and partner Contracts that are Mixed-Use Contracts that contain such language (or language which is substantially similar) will require the consent of the counterparty(ies) thereto in order to duplicate (in whole or in part) such Contracts in connection with the transactions contemplated under the Purchase Agreement, including, for the avoidance of doubt, the separation of Mixed-Use Contracts pursuant to Section 5.12 of the Purchase Agreement.

2. Direct Partner Agreement between Dimension Data Commerce Centre Limited and Avaya World Services, Inc., dated the 17th of July, 2012.

**Vendors:**

1. Avaya's standard vendor Contract contains the following language regarding assignment:   "**Assignment by Company**. Company will have the right to assign this Agreement to: (i) any third party with the prior written consent of Supplier, such consent not to be unreasonably withheld; (ii) any present or future Company Affiliate or to any third party into which it has merged or which has otherwise succeeded to all or substantially all of its business and assets to which this Agreement pertains, by purchase of stock, assets, merger, reorganization or otherwise, without the consent of Supplier; or (iii) an entity that is acquiring a Company division or business unit which provides Deliverables and Services, without the consent of Supplier.   In each of the above instances, Company will provide Supplier with written evidence of such future assignee's acceptance of the assignment, delegation and assumption of the obligations under this Agreement, including assumption of all accepted Purchase Orders. Company will be released and discharged, to the extent of the assignment and delegation, from all future duties under this Agreement or Purchase Orders accepted prior to the time of such assignment." All Avaya distributor Contracts that are Mixed-Use Contracts that contain such language (or language which is substantially similar) will require the consent of the counterparty(ies) thereto in order to duplicate (in whole or in part) such Contracts in connection with the transactions contemplated under the Purchase Agreement, including, for the avoidance of doubt, the separation of Mixed-Use Contracts pursuant to Section 5.12 of the Purchase Agreement.

2. Agreement between Avnet, Inc. and Avaya Inc., effective the 15th of April, 2005 (as amended).*

3. The Source Code Escrow of Attachment N: Designated IP Rights and Technology Escrow to the First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383392

Avaya Inc., Avaya International Sales Limited and XIRRUS, dated the 24th of March, 2014.

4. Source Code License and Software Distribution Agreement between Broadcom Corporation and Avaya Inc., effective the 16th of December, 2003 (as amended).*

5. Software License Agreement between Broadcom Corporation and Avaya Inc., effective the 17th of November, 2005 (as amended). *

6. Master Lease Agreement between CSI Leasing, Inc. and Avaya Inc., dated the 25th of June, 2015.*

7. Master Services Agreement, dated as of January 1st, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH, as amended and the related Amended and Restated Addendum to Master Services Agreement, dated September 1st, 2014. *

**License Agreements:**

1. Patent License Agreement between Avaya Inc. and Cisco Systems, Inc., effective October 1, 2000.*

2. Binary License and Redistribution Agreement for Royalty License between Avaya Inc. and Oracle America Inc., effective 15th of July, 2012 (as amended).*

3. Settlement and Patent License Agreement between Avaya Inc. and Mitel Corporation, effective February 1, 2007.*

4. Embedded Software License Agreement between Avaya Canada Inc. and Mocana Corporation, effective the 14th of December, 2005 (as amended).*

5. Patent License Agreement between Avaya Inc. and International Business Machines Corporation, effective December 22, 2006.*

6. License Agreement by and between Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc., effective May 5, 2016.*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383393

**Section 3.03(b)**
**<u>Governmental Entity Consents</u>**

Government Contracts may not be assigned or split pursuant to Section 5.12.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 20 of 130   PageID #: 16332

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383394

See attached Annex 3.04.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 21 of 130   PageID #: 16333

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383395

**Section 3.05**
**<u>Absence of Certain Changes</u>**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 22 of 130   PageID
#: 16334

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383396

**Section 3.06(a)(i)**
**Title to Assets**

1. Sales and Use Tax totaling $41,409.02 pursuant to that certain Citation to Appear, dated January 19, 2017, for failure to comply with State of Nevada law concerning payment and/or reporting of state taxes and/or the registration of a business. Upon the commencement of Avaya Inc.'s chapter 11 case on January 19, 2017, the State of Nevada was enjoined from pursuing collection of the Sales and Use Tax.  On February 10, 2017, the Bankruptcy Court entered the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 145], by which Avaya Inc. obtained authority to pay, among others, the State of Nevada on account of the Sales and Use Tax.

2. **7% Senior Secured Notes due 2019**
   - Indenture dated February 11, 2011 by and among Avaya Inc., the Guarantors party thereto and The Bank of New York Mellon Trust Company, N.A., as Trustee.

   - Supplemental Indenture, dated as of July 20, 2012, to the Indenture dated as of February 11, 2011, among RADVision, Inc., AvayaLive Inc. and The Bank of New York Mellon, as Trustee and Collateral Agent.

   - Supplemental Indenture, dated as of August 16, 2016, to the Indenture dated as of February 11, 2011, among Avaya Services Inc. and The Bank of New York Mellon, as Trustee and Collateral Agent

   - Pledge and Security Agreement dated February 11, 2011 by and among Avaya Inc., certain subsidiaries of Avaya Inc. from time to time party thereto and The Bank of New York Mellon Trust Company, N.A., as Collateral Agent

   - Supplement No. 1 dated as of July 20, 2012, entered into by RADVision, Inc. and AvayaLive, Inc., to the Pledge and Security Agreement, dated as of February 11, 2011, by and among Avaya Inc., certain subsidiaries of Avaya Inc. from time to time party thereto and The Bank of New York Mellon Trust Company, N.A., as Notes Collateral Agent

   - Supplement No. 2 dated as of August 16, 2016, entered into by Avaya Services Inc., to the Pledge and Security Agreement, dated as of February 11, 2011, by and among Avaya Inc., certain subsidiaries of Avaya Inc. from time to time party thereto and The Bank of New York Mellon Trust Company, N.A., as Notes Collateral Agent

3. **9% Senior Secured Notes due 2019**
   - Indenture dated December 21, 2012 by and among Avaya Inc., the Guarantors party thereto and The Bank of New York Mellon Trust Company, N.A., as Trustee (and all documents related thereto)

OUTSIDE COUNSEL EYES ONLY    EXTREME-01383397

- Supplemental Indenture, dated as of August 16, 2016, to the Indenture dated as of December 21, 2012, among Avaya Services, Inc. and The Bank of New York Mellon, as Trustee and Collateral Agent

- Pledge and Security Agreement dated December 21, 2012 by and among Avaya Inc., certain subsidiaries of Avaya Inc. from time to time party thereto and The Bank of New York Mellon Trust Company, N.A., as Notes Collateral Agent

- Supplement No. 1 dated as of August 16, 2016, entered into by Avaya Services Inc., to the Pledge and Security Agreement, dated as of December 21, 2012, by and among Avaya Inc., certain subsidiaries of Avaya Inc. from time to time party thereto and The Bank of New York Mellon Trust Company, N.A., as Notes Collateral Agent

4. **10.5% Senior Secured Notes due 2021**
   - Indenture dated March 7, 2013 by and among Avaya Inc., the guarantors party thereto and The Bank of New York Mellon Trust Company, N.A., as Trustee (and all documents related thereto)

   - Supplemental Indenture, dated as of August 16, 2016, to the Indenture dated as of March 7, 2013, among Avaya Services Inc. and The Bank of New York Mellon, as Trustee and Collateral Agent

   - Pledge and Security Agreement dated as of March 7, 2013 among Avaya Inc., the guarantors party thereto and The Bank of New York Mellon Trust Company, N.A., as Notes Collateral Agent

   - Supplement No. 1 dated as of August 16, 2016, entered into by Avaya Services Inc., to the Pledge and Security Agreement, dated as of March 7, 2013, by and among Avaya Inc., certain subsidiaries of Avaya Inc. from time to time party thereto and The Bank of New York Mellon Trust Company, N.A., as Notes Collateral Agent

5. **Senior Secured Credit Facility**
   - Credit Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Borrower, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), Citibank, N.A., as Administrative Agent, Swing Line Lender and L/C Issuer, the other lenders party thereto, Morgan Stanley Senior Funding, Inc., as Syndication Agent, JPMorgan Chase Bank, N.A., as Documentation Agent, and Citigroup Global Markets Inc., Morgan Stanley Senior Funding, Inc., and J.P. Morgan Securities Inc., as Joint Lead Arrangers and Joint Bookrunners, as amended by Amendments No. 1 through 9

   - Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Borrower, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein and Citibank, N.A., as Administrative Agent

   - Supplement No. 1 dated as of February 15, 2008, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Borrower, Sierra Holdings

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383398

Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein and Citibank, N.A., as Administrative Agent

- Supplement No. 2 dated as of January 29, 2010, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Parent Borrower, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein and Citibank, N.A., as Administrative Agent

- Supplement No. 3 dated as of July 20, 2012, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Borrower, Avaya Holdings Corp., certain subsidiaries of Avaya Inc. identified therein and Citibank, N.A., as Administrative Agent

- Supplement No. 4 dated as of August 16, 2016, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Borrower, Avaya Holdings Corp., certain subsidiaries of Avaya Inc. identified therein and Citibank, N.A., as Administrative Agent

- Guaranty, dated as of October 26, 2007, by and among Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein and Citibank, N.A., as Administrative Agent

- Supplement No. 1 dated as of February 15, 2008, to the Guaranty, dated as of October 26, 2007, by and among Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. from time to time party thereto and Citibank, N.A., as Administrative Agent

- Supplement No. 2 dated as of January 29, 2010, to the Guaranty, dated as of October 26, 2007, by and among Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. from time to time party thereto and Citibank, N.A., as Administrative Agent

- Supplement No. 3 dated as of July 20, 2012, to the Guaranty, dated as of October 26, 2007, by and among Avaya Holdings Corp., certain subsidiaries of Avaya Inc. from time to time party thereto and Citibank, N.A., as Administrative Agent

- Supplement No. 4 dated as of August 16, 2016, to the Guaranty, dated as of October 26, 2007, by and among Avaya Holdings Corp., certain subsidiaries of Avaya Inc. from time to time party thereto and Citibank, N.A., as Administrative Agent

6. **Senior Secured Asset Based Credit Facility**
- Credit Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Parent Borrower, the several subsidiary borrowers party thereto, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), Citicorp USA, Inc., as Administrative Agent and Swing Line Lender, Citibank, N.A., as L/C Issuer, the other lenders party thereto, Morgan Stanley Senior Funding, Inc., as Syndication Agent, JPMorgan Chase Bank, N.A., as Documentation Agent, and Citigroup Global Markets Inc., Morgan Stanley Senior

OUTSIDE COUNSEL EYES ONLY                                          EXTREME-01383399

Funding, Inc. and J.P. Morgan Securities Inc., as Joint Lead Arrangers and Joint Bookrunners, as amended by Amendments No. 1 through 4

- Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Parent Borrower, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein, as Subsidiary Borrowers and Citicorp USA, Inc., as Administrative Agent

- Supplement No. 1 dated as of February 15, 2008, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Parent Borrower, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein, as Subsidiary Borrowers and Citicorp USA, Inc., as Administrative Agent

- Supplement No. 2 dated as of January 29, 2010, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Borrower, Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. identified therein and Citicorp USA, Inc., as Administrative Agent

- Supplement No. 3 dated as of July 20, 2012, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Parent Borrower, Avaya Holdings Corp., certain subsidiaries of Avaya Inc. identified therein, as Subsidiary Borrowers and Citicorp USA, Inc., as Administrative Agent

- Supplement No. 4 dated as of August 16, 2016, to the Pledge and Security Agreement, dated as of October 26, 2007, by and among Avaya Inc., as Parent Borrower, Avaya Holdings Corp., certain subsidiaries of Avaya Inc. identified therein, as Subsidiary Borrowers and Citicorp USA, Inc., as Administrative Agent

- Guaranty, dated as of October 26, 2007, by and among Sierra Holdings Corp. (n/k/a Avaya Holdings Corp.), certain subsidiaries of Avaya Inc. from time to time party thereto and Citicorp USA, Inc., as Administrative Agent

7. **Senior Secured Non US Asset Based Credit Facility (Foreign ABL)**
- Credit Agreement, dated as of June 4, 2015, among Avaya Canada Corp., Avaya UK, Avaya International Sales Limited, Avaya Deutschland GmbH and Avaya GmbH & Co., KG, Citibank, N.A., as administrative agent and letter of credit issuer, Citibank, N.A., Canadian Branch, as Canadian swing line lender, Citibank, N.A., London branch, as European swing line lender, the other lenders party thereto, Wells Fargo Bank, National Association, as syndication agent, Bank of America, N.A., as documentation agent, and Citigroup Global Markets, Inc., Bank of America, N.A., and Wells Fargo Bank, National Association, as joint lead arrangers and joint bookrunners

- U.S. Pledge and Security Agreement, dated as of June 4, 2015, among Avaya International Sales Limited, as Irish Borrower, and Citibank, N.A., as administrative agent

21

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383400

- U.S. Guaranty (Foreign ABL), dated as of June 4, 2015, among Avaya Inc., the subsidiary guarantors from time to time party thereto, and Citibank, N.A., as administrative agent

- Supplement No. 1 dated as of August 16, 2016, to the U.S. Guaranty, dated as of June 4, 2015, by and among Avaya Inc., the subsidiary guarantors from time to time party thereto and Citibank, N.A., as administrative agent

- Canadian Pledge and Security Agreement, dated as of June 4, 2015, among Avaya Canada Corp., as Canadian Borrower, and Citibank, N.A., as administrative agent

- Canadian Guarantee (Foreign ABL), dated as of June 4, 2015, among Avaya Canada Corp., as Canadian Borrower, and Citibank, N.A., as administrative agent

- Deed of Hypothec, dated as of June 2, 2015, between Avaya Canada Corp., as grantor, and Citibank, N.A., as the representative

- Deposit Account Control Agreement, dated as of June 4, 2015, among Avaya Canada Corp., as lien grantor, Citibank, N.A., as the secured party, and Citibank, N.A., Canadian branch as depositary bank

- Undisclosed Pledge of Receivables, dated as of June 4, 2015, between Avaya International Sales Limited, as pledgor, and Citibank, N.A., in its capacity of administrative agent and as pledgee)

- (Notarized) Share Pledges over all shares of Avaya Deutschland GmbH, dated as of June 4, 2015, among Avaya GmbH & Co. KG as pledgor, Avaya Deutschland GmbH as company and Citibank, N.A., as administrative agent

- Interest Pledges over the general and all limited partnership interests in Avaya GmbH & Co. KG, dated as of June 4, 2015, among Avaya Verwaltungs GmbH, Avaya Germany GmbH and Tenovis Telecom Frankfurt GmbH & Co. KG, as pledgors, Avaya GmbH & Co. KG, as partnership, and Citibank, N.A., as administrative agent

- German Guarantee and Indemnity Agreement, dated as of June 4, 2015, among Avaya GmbH & Co. KG, Avaya Deutschland GmbH, Avaya Verwaltungs GmbH, Avaya Germany GmbH and Tenovis Telecom Frankfurt GmbH & Co. KG, as guarantors, and Citibank, N.A., as administrative agent

- Account Pledge Agreement, dated as of June 4, 2015, among Avaya Deutschland GmbH and Avaya GmbH & Co. KG, as pledgors, and Citibank, N.A., as administrative agent

- Global Assignment Agreement, dated as of June 4, 2015, among Avaya Deutschland GmbH and Avaya GmbH & Co. KG, as assignors, and Citibank, N.A., as administrative agent

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383401

- Security Transfer Agreement, dated as of June 4, 2015, among Avaya Deutschland GmbH, Avaya GmbH & Co. KG and Avaya International Sales Limited, as transferors, and Citibank, N.A., as administrative agent

- Irish Security Deed, dated June 4, 2015, among the companies specified in Schedule 1 thereto, as the original chargors, and Citibank, N.A., as administrative agent

- Irish Security Trust Deed, dated June 4, 2015, among Citibank, N.A., as administrative agent, and the companies specified in Schedule 1 thereto, as the original chargors

- Security Agreement, dated as of June 4, 2015, between Avaya UK, Avaya International Sales Limited, Avaya Deutschland GmbH, as chargors, and Citibank, N.A., as administrative agent

- Share Charge, dated as of June 4, 2015, between Avaya UK Holdings Limited, as chargor, and Citibank, N.A., as administrative agent

- Security Trust Deed, dated as of June 4, 2015, between Citibank, N.A., as administrative agent, and the companies listed in Schedule 1 thereto, as the original chargors

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383402

**Section 3.06(a)(iv)**
<u>**Liens for Taxes**</u>

Sales and Use Tax totaling $41,409.02 pursuant to that certain Citation to Appear, dated January 19, 2017, for failure to comply with State of Nevada law concerning payment and/or reporting of state taxes and/or the registration of a business. Upon the commencement of Avaya Inc.'s chapter 11 case on January 19, 2017, the State of Nevada was enjoined from pursuing collection of the Sales and Use Tax.  On February 10, 2017, the Bankruptcy Court entered the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 145], by which Avaya Inc. obtained authority to pay, among others, the State of Nevada on account of the Sales and Use Tax.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383403

**Section 3.06(b)**
<u>**Operating Condition**</u>

1. Letter, dated 26 January 2016, regarding that certain Lease dated April 2005 between AXA Sun Life Plc (1) Nortel Networks UK Limited (2) Maidenhead Office Park Management Company Limited (2) Premises known as 3 Maidenhead Office Park, Westacott Way, Littlewick Green, Maidenhead SL6 3QH regarding a cost estimate.

2. Letter, dated 26 January 2016, regarding that certain Lease dated April 2005 between AXA Sun Life Plc (1) Nortel Networks UK Limited (2) Maidenhead Office Park Management Company Limited (2) Premises known as 3 Maidenhead Office Park, Westacott Way, Littlewick Green, Maidenhead SL6 3QH regarding the interim schedule of dilapidations.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 30 of 130   PageID #: 16342

OUTSIDE COUNSEL EYES ONLY                                           EXTREME-01383404

**Section 3.06(c)**
**<u>Inventory</u>**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 31 of 130   PageID #: 16343

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383405

**Section 3.07**
**Real Property**

List of Leased Property and associated Leases:

1. 306817 Lease agreement, dated 1 July 2015, between Perpetual Trustee Company Limited and Avaya Australia PTY Limited, for Avaya House, 123 Epping Road, North Ryde, Australia, 2113.

2. 307875 Lease agreement dated, November 1st 2007, between Amisola Immobilien AG and Avaya Austria GmbH for Donau-City-Strasse 11, Vienna, Austria.

3. 307894 Lease agreement, dated November 1st 2008, between Corner IMMO and Avaya Belgium for Avenue Charles-Quint 576, Berchem-Sainte-Agathe, Belgium.

4. 308158 Lease agreement, dated September 1st 2014, between ACC Parkway Nominee Inc. and Avaya Canada Corp. for 11 Allstate Parkway, Markham, British Columbia, Canada.

5. 308074 Lease agreement, dated September 12, 2011, between 425 Legget Drive Property GP INC and Avaya Canada Corp. for 425 Legget Drive, Ottawa, Ontario, Canada.

6. 308024 Lease agreement, dated July 1st 2015, between The Manufacturers Life Insurance Company and Avaya Canada Corp. for 510 Burrard Street, Vancouver, British Columbia, Canada.

7. 308064 Lease agreement, dated August 15th 2011, between Zhongshan Torch Development Zone Construction and Development Co., Ltd. and Avaya (China) Communication Co., Ltd. for No. 16 Hui Zhan East Road, Zhongshan, China.

8. 307574 Lease agreement, dated February 1st 2014, between Shanghai Xinhui Property Development Co., Ltd, Shanghai Hehui Property Development Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., Ltd. for The Center, 989 Chang Le Road, Shanghai, China.

9. 307893 Lease agreement, dated December 1st 2010, between Beijing Oriental Plaza Co., Ltd and Avaya (China) Communication Equipment Co., Ltd. for No. 1 East Chang An, Beijing, China.

10. 307587 Lease agreement, dated October 14th 2015, between Patrimonio Autonomo Estrategias Inmobiliarias and Avaya Communication de Colombia S.A. for Carrera 7 No 99-53, Bogota, Colombia.

11. 306893 Lease agreement, dated 1st July 2015, between Rubin Real S.R.O. and Avaya Czech Republic S.R.O. for Rubin Office Center, Prague, Czech Republic.

12. 307968 Lease agreement, dated 15th December 2011, between Proudreed France and Avaya France for the ground floor of the Naxos Building, 25 Allee Pierre Ziller, Valbonne, France.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 32 of 130   PageID #: 16344

OUTSIDE COUNSEL EYES ONLY                                                                EXTREME-01383406

13. 307557 Lease agreement, dated 1st June 2013, between Deka Central Park Sarl and Avaya France for 9/15 Rue Maurice Mallet, Paris, France.

14. 307616 (Sublease Agreement, DIETZENBACH, Assar-Gabrielson-Strasse 11-13), executed December 29, 2014, commencing December 1, 2016, by and between GEIS INDUSTRIE SERVICE GMBH and Avaya GmbH & Co. KG.

15. 308110 Lease agreement, dated 1st April 2013, between Signa 14 Frankfurt Objekt THA 112 GmbH and Avaya GmbH & Co. KG for Theodor-Heuss-Allee 112, Frankfurt, Germany.

16. 308056 Lease agreement, dated 1st January 2012, and amended 1st January 2017 between WestInvest Gesellschaft fur Investmentfonds mbH and Avaya GmbH & Co. KG for Sachsenstrasse 8, Hamburg, Germany.

17. 307619 Lease agreement, dated 1st July 2016, between Deka Immobilien Investment GmbH and Avaya GmbH & Co. KG for Fritz-Vomfelde-Strasse 14-20, Duseeldorf, Germany.

18. 308111 Lease agreement, dated 27th June 2013, between Siemens Aktiengesellschaft and Avaya GmbH & Co. KG for St. Martin Strasse 61, Munich, Germany.

19. 307654 Lease agreement, dated 1st February 2014, between Westlnvest Gesellschaft F. Inc. and Avaya GmbH & Co. KG for Wankelstrasse 3, Stuttgart, Germany.

20. 308314 Lease agreement, dated 1st February 2016, between IVG Core 0153 Am Borsigturm and Avaya GmbH & Co. KG for Am Borsigturm 13, 15, 17, 19, 27, 29, 31, 33. 44, 46, 52, 54, Berlin, Germany.

21. 308010 Lease agreement, dated February 1st 2016, between Harriman Leasing Limited and Avaya Hong Kong Company Limited for Suite 1901-9 Tower 1 Times, Hong Kong, Hong Kong.

22. 306889 Lease agreement, dated 1st February 2016, between West End Magyarorszag Ingatlanhasznosito Zrt and Avaya Magyarorsza G Kommunika Cia's Kft. for Vaci Ut 1-3 District VI Budapest, Budapest, Hungary.

23. 307950 Lease agreement, dated May 20th 2013, between M. Babu Reddy and Avaya India Pvt., Ltd. for AMR Tech Park – 2, Bangalore, India.

24. 307437 Lease agreement, dated 14th August 2012, between Magarpatta Township Development & Construction Co LTD., and Avaya India Private Limited for Wing A, Level 2, Tower I, Cyber City, Pune, India.

25. 307868 Lease agreement, dated August 1st 2015, between Vitp Private Limited and Avaya India Private Limited for 12th Floor, Vega Building, Hyderabad, India.

26. 308049 Lease agreement, dated April 9th 2014, between Ashok Jain, Gita Jain and Avaya India Pvt., Ltd. for 1st Floor, Tower B, Gurgaon, India.

27. 308119 Lease agreement, dated April 16th 2013, between Wadhwa & Associates Realtors Pvt. Ltd. and Avaya India Pvt. Ltd. for C-59, Bandra Kurla Complex, Mumbai, India.

28. 307955 Lease agreement, dated 28th September 2006, between Novelty Estates (Ireland) Limited and Avaya International Sales Limited for Mervue Business Park, Galway, Ireland.

29. 308163 Lease agreement, dated 1st August 2015, between Canit Hashalom Investments Ltd. and Avaya Communication Israel Ltd. for Azrieli Center Holon, Tel Aviv, Israel.

30. 300533 Lease agreement, dated 1st January 2014, between Fondo Pensioni del Personale della Banca Nazionale del Lavoro and Avaya Italia S.p.a for Via Nazario Sauro, 38, Sesto San Giovanni, Italy.

31. 307563 Lease agreement, dated February 1st 2014, between Mori Building Co., Ltd. and Avaya Japan Co., Ltd. for 2-17-7, Akasaka, Minato-ku, Tokyo, Japan.

32. 308071 Lease agreement, dated February 1st 2015, between Lee Foo San and Avaya (Malaysia) SDN BHD for No. 5 Jalan Bangsar Utama 1, Kuala Lumpur, Malaysia.

33. 307866 Lease agreement, dated September 1st 2012, between CIBanco, S.A., Institucion de Banca Multiple and Avaya Communications De Mexico SA De C.V. for Avda. Masarik 111 601/602, Mexico City, Mexico.

34. 307156 Lease agreement, dated 1st January 2011, between LSREF3 Eve Marconi BV (Lone Star) and Avaya Nederland B.V. for Marconibaan 59, Nieuwegein, Netherlands.

35. 308097 Lease agreement, dated 1st August 2016, between Workplace Plus Limited and Avaya Nigeria Limited for 39 Alfred Rewane Road, Ikoyi, Lagos, Nigeria.

36. 306825 Lease agreement, dated May 15th 2014, between KSA Realty Corporation and Avaya Philippines, Inc. for Corner of Ayala Avenue and Paseo de Roxas, Makati City, Philippines.

37. 306874 Lease agreement, dated 1st October 2014, between Moskva Krasnye Holmy and Avaya CIS for 52 Kosmodamianskaya Naberezhnaya, Building 3, Moscow, Russian Federation.

38. 307939 Lease agreement, dated 1st July 2009, between Mr. Kjalid Bin Murlaq Bin Shafi Al Kahtani and Avaya Emea Ltd. Saudi Arabia Branch for Tatweer Towers PO Box 33554, Riyadh, Saudi Arabia.

39. 301081 Lease agreement, dated June 18th 2013, between HSBC Institutional Trust Services (Singapore) Limited as trustee of Ascendas Real Estate Investment Trust and Avaya Singapore Pte. Ltd. for 89 Science Park Drive, Singapore, Singapore.

40. 307211 Lease agreement, dated 1st June 2016, between Capital Propfund 1 (PTY) Ltd and Avaya Emea Ltd - South Africa for ERF 38, 16 Culcross Court, Johannesburg, South Africa.

OUTSIDE COUNSEL EYES ONLY   EXTREME-01383408

41. 307137 Lease agreement, dated February 25th 2014, between Gangnam Finance Center Co., Ltd. and Avaya Korea Ltd. for Star Tower Bldg, Seoul, Republic of Korea.

42. 307442 Lease agreement, dated 15th June 2016, between Allianz Compania de Seguros y Reaseguros S.A. and Avaya Comunicacion Espana S.L.U for No. 87, Passeig de Gracia, Barcelona, Spain.

43. 306830 Lease agreement, dated 1st January 2012, between Paul Koch AG and Avaya Switzerland GmbH for Hertistrasse 31, Wallisellen, Switzerland.

44. 306908 Lease agreement, dated January 1st 2015, between Quality Houses Leasehold Property Fund and Sierra Asia Pacific Inc. for 55 Wireless Road, Lumpini, Bangkok, Thailand.

45. 306492 Lease agreement, dated 1st June 2015, between Erol Buyuk and Avaya Nederland BV for Kempinski Residences, Istanbul, Turkey.

46. 306900 Lease agreement, dated 22nd August 2016, between EOP II Prop Co. II S.A.R.L and Avaya UK for Building 1000, G3 Cathedral, Guildford, United Kingdom.

47. 308321 Lease agreement, dated 1st August, 2016, between Meridian-OCP, LLP and Avaya Inc. for 2650 Meridian Parkway, Durham, North Carolina.

48. Office Lease, dated April 14, 2016, between Avaya Inc. and AO Mt. Kemble, LLC for 350 Mount Kemble Avenue, Morristown, New Jersey (as amended).

49. 307897 Lease agreement, dated 1st July 2008, between Sanctuary Park Realty Holding Company and Avaya Inc. for 1145 Sanctuary Parkway, Alpharetta, Georgia. As amended by Amendment #1 dated 1st January 2014 between Sanctuary Park Realty Holding Company and Avaya Inc.

50. 307951 Lease agreement, dated 30th July 2012, between Technology Park X, Limited Partnership and Avaya Inc. for 600 Technology Park Drive, Billerica, Massachusetts.

51. 307965 Lease agreement, dated 1st June 2012, between The Prudential Insurance Company of America and Avaya Inc. for 4655 Great America Parkway, Santa Clara, California.

52. 308136 Lease agreement, dated 1st November 2014, between MR 12121, LLC and Avaya Inc. for 12121 Grant St, Thornton, Colorado.

53. 304499 Lease agreement, dated 8th July 1999, between Concord Storage Associates and Avaya Inc. for 1111 Freeport Parkway, Coppell, Texas.

54. 307820 Lease agreement, dated 30th June 2006, and amended December 28th 2015 between Vornado Two Penn Property LLC and Avaya Inc. for Two Penn Plaza, New York, New York (as amended).

OUTSIDE COUNSEL EYES ONLY                                        EXTREME-01383409

55. 307989 Lease agreement, dated 1st December 2002, between Reva Norfolk, LLC and Avaya Federal Solutions, Inc. for 12730 Fair Lakes Circle, Fairfax, Virginia.

56. 308040 Lease agreement, dated 6th May 2011, between 1000 Waterford Operating LP and Avaya Inc. for 1000 NW 57th Court, Miami, Florida.

57. 308048 Lease agreement, dated 1st May 2011, between Minneapolis 225 Holdings LLC and Avaya Inc. for 225 South Sixth Street, Minneapolis, Minnesota, USA, as amended.

58. 308036 Lease agreement, dated 1st August 2015, between Emirates Towers LLC and Avaya Nederland BV for Sheikh Zayed Road, Dubai, United Arab Emirates.

59. 307965-03 Sublease agreement, dated 11 November 2015, between Telenav, Inc. and Avaya Inc., for 4655 Great America Parkway, 3rd Floor, Santa Clara, California, 95054.

60. Assignment and Assumption of Sublease, dated as of February 25, 2013, by and between Avaya Government Solutions Inc. and Avaya Federal Solutions, Inc. (for the assignment of that certain Office Sublease Agreement, dated as of March 7, 2012, for premises located at 4655 Great America Parkway, Santa Clara, CA 95054.

**Exceptions**:

61. Letter, dated 26 January 2016, regarding that certain Lease dated April 2005 between AXA Sun Life Plc (1) Nortel Networks UK Limited (2) Maidenhead Office Park Management Company Limited (2) Premises known as 3 Maidenhead Office Park, Westacott Way, Littlewick Green, Maidenhead SL6 3QH regarding a cost estimate.

62. Letter, dated 26 January 2016, regarding that certain Lease dated April 2005 between AXA Sun Life Plc (1) Nortel Networks UK Limited (2) Maidenhead Office Park Management Company Limited (2) Premises known as 3 Maidenhead Office Park, Westacott Way, Littlewick Green, Maidenhead SL6 3QH regarding the interim schedule of dilapidations.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383410

Copyright Registrations: None.

Domain Name Registrations:

| Domain Name | Expiration Date | Registrant Name | Registrant Organization | Registrar |
|---|---|---|---|---|
| idengines.com | 1/13/2018 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |
| idengines.net | 8/12/2017 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |
| identityengines.com | 2/11/2018 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |
| identityengines.net | 2/11/2018 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |

Patents:
See attached Annex 3.08(a).

Trademark Registrations:

| | Name | Jurisdiction | Application/ Registration No. | Status | Registration Date | Record Owner |
|---|---|---|---|---|---|---|
| 1 | **BAYSTACK** | Canada | 567746 | Registered | 9/19/2002 | Avaya Holdings Limited |
| 2 | **BAYSTACK** | EU | 1562115 | Registered | 4/30/2001 | Avaya Holdings Limited |
| 3 | **BAYSTACK** | US | 2456966 | Registered | 6/5/2001 | Avaya Holdings Limited |
| 4 | **CONTIVITY** | Argentina | 2511972 | Registered | 6/25/2002 | Avaya Holdings Limited |
| 5 | **CONTIVITY** | Brazil | 821249169 | Registered | 7/16/2002 | Avaya Holdings Limited |
| 6 | **CONTIVITY** | Canada | 548958 | Registered | 7/31/2001 | Avaya Holdings Limited |

32

OUTSIDE COUNSEL EYES ONLY
EXTREME-01383411

| | Name | Jurisdiction | Application/ Registration No. | Status | Registration Date | Record Owner |
|---|---|---|---|---|---|---|
| 7 | **CONTIVITY** | China | 1399370 | Registered | 5/21/2000 | Avaya Holdings Limited |
| 8 | **CONTIVITY** | Colombia | 226197 | Registered | 1/21/2010 | Avaya Holdings Limited |
| 9 | **CONTIVITY** | Finland | 215358 | Registered | 8/31/1999 | Avaya Holdings Limited |
| 10 | **CONTIVITY** | Hong Kong | 199916995 | Registered | 6/10/1998 | Avaya Holdings Limited |
| 11 | **CONTIVITY** | Israel | 124405 | Registered | 11/4/1999 | Avaya Holdings Limited |
| 12 | **CONTIVITY** | Japan | 4352293 | Registered | 1/21/2000 | Avaya Holdings Limited |
| 13 | **CONTIVITY** | Korea (South) | 4004571500000 | Registered | 10/21/1999 | Avaya Holdings Limited |
| 14 | **CONTIVITY** | New Zealand | 302353 | Registered | 5/6/1999 | Avaya Holdings Limited |
| 15 | **CONTIVITY** | Sweden | 339406 | Registered | 8/11/2000 | Avaya Holdings Limited |
| 16 | **CONTIVITY** | Taiwan | 962861 | Registered | 9/30/2001 | Avaya Holdings Limited |
| 17 | **CONTIVITY** | US | 2301696 | Registered | 12/21/1999 | Avaya Holdings Limited |
| 18 | **IDENGINES** | US | 3349489 | Registered | 12/4/2007 | Avaya Inc. |
| 19 | **IGNITION** | US | 3349580 | Registered | 12/4/2007 | Avaya Inc. |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 38 of 130   PageID #: 16350

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383412

## Section 3.08(b)
## Intellectual Property Proceedings

**Pending Proceedings**

1. Network-1 Security Solutions, Inc. v. Alcatel-Lucent USA Inc., et al., US District Court, Eastern District of Texas, Tyler Division, Case No. 6:11-cv-00492: Accusing Avaya Inc. of patent infringement relating to multiple products, including networking.

3. BlackBerry Limited, a Canadian Corporation, and BlackBerry Corporation, a Delaware Corporation v Avaya Inc., a Delaware Corporation, US District Court, Northern District of Texas, Dallas Division, Case 3:16-cv-02185-M: Accusing Avaya Inc. of patent infringement relating to 8 patents across product portfolio, including networking

4. Magnacross LLC v. Avaya Inc., US District Court, Eastern District of Texas, Marshall Division, Case No. 2:16-cv-1461: Accusing Avaya Inc. of patent infringement relating to wireless router products.

5. Patent Assertion by MOSAID/Conversant per letters to Pam Craven dated January 30, 2012 and July 3, 2012, accusing Avaya of patent infringement relating to power over Ethernet.


**Settlements of patent litigations and other disputes:**

1. SNMP Research International License Agreement, effective May 5, 2016 by and between Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc.

2. Settlement Agreement, Mutual Release, and License, effective May 4, 2016, by and among Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc.

3. License and Settlement Agreement between Avaya Inc. and Chrimar Systems, Inc., d/b/a CMS Technologies; Chrimar Holding Company, LLC, effective July 12, 2012.

4. Settlement and Patent License Agreement between Avaya Inc. and Net Navigation Systems, LLC, effective September 2, 2014.*

5. Settlement and License Agreement between Avaya Inc. and ReefEdge Networks, LLC, effective April 17, 2013.*

6. Release Agreement between Avaya Inc. and Relay IP, Inc., effective May 29, 2014.*

7. Release Agreement between Avaya Inc. (including its Affiliates) and Wetro Lan LLC, effective October 6, 2015.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383413

8. Release Agreement between Chalumeau Power Systems LLC and Avaya Inc., effective October 31, 2011.*

9. Settlement and License Agreement between Avaya Inc. and Mitel Networks Corporation, effective February 1, 2007 and amended April 11, 2013.

OUTSIDE COUNSEL EYES ONLY                                                                 EXTREME-01383414

**Section 3.08(d)**
**Licensor Rights in Improvements or Derivative Works**

1. Addendum to Master Services Agreement between Tata Elxsi Limited and Avaya Inc., effective the 15th of June, 2015.

2. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

3. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

4. Adoption Agreement to Rocket Software SLA 07-1082 #15621 by and between Rocket Software, Inc. and Nortel Networks Limited, dated September 17, 2010 (as amended by Statement of Work A-7 dated July 29 2013 and Statement of Work A-8 dated December 18, 2017), by and between Avaya Inc. and Rocket Software, Inc.*

5. Amended and Restated Addendum to Master Services Agreement, dated September 1, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 41 of 130   PageID #: 16353

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383415

**Section 3.08(f)**
**Industry Standards Bodies**

**Active:**

Internet Engineering Task Force (IETF)
Institute of Electrical and Electronics Engineers (IEEE), 802.1, 802.3bz (2.5GBase-T 5GBase-T)
National Emergency Number Association (NENA/EENA)
Open Daylight
World Wide Web Consortium (W3C)
Wifi Alliance (WFA)
Open Stack

**Discontinued:**

International Telecommunication Union – Telecommunication Standardization Sector (ITU-T)
MGBase – T Alliance:  http://www.mgbasetalliance.org/ including 2.5/5G consortium
Metro Ethernet Forum - (OCC/Cloud Ethernet Forum - subgroup of MEF)
Open Artwork System Interchange Standard {OASIS)
Translation Automation User Society (TAUS)
Java Community Project (JCP)
Telecommunication Industry Association (TIA)
European Computer Manufacturers Association (ECMA)
Telecommunications Carrier Group (TCG)
Peripheral Component Interconnect Special Interest Group (PCISIG)
European Telecommunications Standards Institute (ETSI)
American National Standards Institute (ANSI)
FIRST
FCC

**Open Source Contributions:**

1. Avaya has been an active participant in the IEEE standards body and was a founding member of the 802.1Qcj Auto Attach standard.  As part of its submission to the IEEE, Avaya contributed limited portions of its Fabric Attach feature to open source on Github.com as an example of how to implement the 802.1Qcj standard.  The contributions include limited code that was added to the Link Layer Discover Protocol Daemon (LLDPD) and the Auto Attach Software Development Kit (AASDK) which can be used to implement the 802.1Qcj standard or as an example of how to implement the standard.  The Fabric Attach feature originated from Avaya's Enterprise Routing Switch (ERS) products and is currently included in Avaya's Virtual Services Platform (VSP) products.

     - The contributions were posted to https://github.com/auto-attach/.  There are two sections:

OUTSIDE COUNSEL EYES ONLY                                        EXTREME-01383416

- Link Layer Discover Protocol Daemon (LLDPD),
https://github.com/auto-attach/aa-lldpd
which is a modified version of:
http://vincentbernat.github.com/lldpd/

- Software Development Kit (SDK)
https://github.com/auto-attach/aa-sdk

2. Avaya contributed extensions for Auto-Attach ("**Auto-Attach**") to the Open VSwitch (OVS) project (Linux Foundation Collaborative Projects - http://openvswitch.org/features/) which can be found at the github repository. The Auto-Attach software originated from Avaya's Open Network Adapter product and is embedded in currently available versions of this product. This module enables other vendor products to connect to the Avaya networking ecosystem.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 43 of 130   PageID #: 16355

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383417

**Section 3.08(i)**
**Business Products and Sellers Proprietary Software**

Business Products: See attached Annex 3.08(i)(i).

Sellers Proprietary Software: See attached Annex 3.08(i)(ii).

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 44 of 130   PageID #: 16356

OUTSIDE COUNSEL EYES ONLY                                              EXTREME-01383418

**Section 3.08(k)**
**Source Code Escrow and Disclosure**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 45 of 130   PageID #: 16357

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383419

**Section 3.08(l)**
**<u>Open Source Software</u>**

Please see attached Annex 3.08(l).

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 46 of 130   PageID #: 16358

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383420

**Section 3.08(m)**
**IT Systems**

1. In March of 2012, Avaya was contacted by the FBI and notified of several PCs exhibiting indicators of compromise. Avaya responded promptly to each inquiry, removing such PCs from the network, obtaining artifacts and remediating where possible.

2. In 2014, Avaya was contacted by the FBI and notified of potential risks to Avaya's Intellectual Property on the Avaya network. Avaya engaged a third party incident response vendor, Foundstone, to perform a complete assessment of the Avaya network. As part of that assessment, Foundstone found that no data had been removed from the Avaya network and no Avaya Intellectual Property had been compromised.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383421

**Section 3.09(a)**
**Contracts**

**(a)**
**(i)**

1.  Agreement between the European Works Council and Avaya GmbH & Co. KG effective July 31, 2007. Applicable to all employees within the EEA states and EU.*

2.  Collective Bargaining Agreement entered between Sindicato Industrial de Trabajadores de Nueva Leon and Avaya Communications de Mexico, S.A. de C.V. signed on June 24th, 2016.*

3.  Collective Bargaining Agreement entered between Sindicato Nacional de Trabajadores de la Industria Eléctrica y de la Fabricación de aparatos, equipos, artículos y accesorios para la electricidad y actividades conexas and Avaya Communications de Mexico, S.A. de C.V. signed on April 29th, 2016.*

4.  Agreement between Avaya (Shanghai) Enterprise Management Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., Ltd Labor Union Committee dated July 22nd, 2016.*

**(ii)**

1.  Master Agreement between Avaya Inc. and the Commonwealth of Kentucky - Department of Education, effective the 1st of March, 2013. [MA 758 1300000900]

2.  Customer Contract (Mexico) between Chrysler De Mexico, S.A. DE C.V. and Avaya Communication de Mexico, S.A. De C.V., effective the 23rd of December, 2011 (as amended).

3.  Transactional Agreement For Sale and License of Products and Services between Avaya Inc. and the County of Loudoun, Virginia, effective the 3rd of January, 2017.*

4.  Master Agreement for Enterprise Networking Routing & Switching Equipment between the Commonwealth of Kentucky (Finance and Administration Cabinet Commonwealth Office of Technology) and Avaya Inc., effective the 1st of June, 2010 (as amended). [MA 758 1000000828]*

5.  Contract #PT64524 in response to RFP 21350, Group 77018 Comprehensive Telecommunications Equipment and Solutions (between Avaya, Inc. and the State of New York Office of General Services), awarded the 12th of May, 2009.*

6.  Frame Agreement between Casema B.V. and Avaya Nederland B.V., effective the 25th of October, 2007.*

7.  Customer Agreement between Avaya Australia Pty Ltd. and Deloitte Services Pty Limited as trustee for the Deloitte Services Trust, effective the 18th of January, 2016.

43

OUTSIDE COUNSEL EYES ONLY                    EXTREME-01383422

8. Global Customer Agreement between Allstate Insurance Company and Avaya World Services Inc., effective the 6th of April, 2013 (as amended).*

9. Avaya Federal Solutions GSA Schedule 70 contract #GS-35F-0156V.*

10. Avaya Federal Solutions Connections II Contract #GS00Q12NSD0005.*

**(iii)**

1. OEM Purchase and Sale Agreement between Delta Networks, Inc. and Nortel Networks Inc., effective the 2nd of September, 2002 (as amended). This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

2. Adoption Agreement between Delta Networks, Inc. and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 27th of September, 2010 (as amended). This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

3. Inventory Management Agreement between Delta Networks Inc., DNI Logistics (USA) Corporation, Delta Networks Inc. and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc. and Avaya International Sales Limited, effective the 9th of September, 2014. This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

4. Agreement between Avnet, Inc. and Avaya Inc., effective the 15th of April, 2005 (as amended).*

5. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

6. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

7. Manufacturing Services Agreement between Lite-On Technology Corporation, Avaya International Sales Limited and Avaya Inc., effective the 9th of July, 2013 (as amended).*

8. International Manufacturing Services Agreement between Flextronics Systems, Ltd and Avaya Inc., effective the 30th of July, 2008. HUB Operator Agreement between Flextronics Logistics (Zhuhai) Co., Ltd. and Avaya Inc., dated the 5th of March, 2012. Letter of Agreement between Flextronics Telecom Systems, Ltd. and Avaya Inc., dated the 13th of October, 2014.*

9. Master Services Agreement, dated as of January 1st, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH, as amended and the

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383423

related Amended and Restated Addendum to Master Services Agreement, dated September 1st, 2014.*

10. Master Resale Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of October, 2012 (as amended). Master Services Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of August, 2013.*

11. Services Agreement between Infosys Limited and Avaya Inc., effective the 5th of September, 2006 (as amended).*

12. Master Subcontractor Agreement for Supply of Services between Innovatia Inc. and Avaya Inc., effective the 1st of October, 2010 (as amended).*

13. Product & Software Agreement between Ixia and Avaya Inc., effective the 11th of January, 2012.* This Product & Software Agreement has expired; however, as of the date hereof, the parties have continued to operate under the terms of the agreement.

14. Professional Services Agreement between Tata Elxsi Ltd. and Avaya Inc., effective the 12th of September, 2005 (as amended).

15. Master Services Agreement between TAPFIN Process Solutions, a ManpowerGroup Company and Avaya Inc., effective the 17th of February, 2014.*

16. Master Services Agreement between Avaya International Sales Limited and Tata Elxsi Limited, effective the 6th of May, 2015 (as amended).


**(iv)**

1. All items in disclosures 2-7 in Section 3.06(a)(i) are incorporated herein.

2. Master Lease Agreement between CSI Leasing, Inc. and Avaya Inc., dated the 25th of June, 2015.*

**(v)**

1. Fifth Amended and Restated Investors' Rights Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014.

2. Fifth Amended and Restated Right of First Refusal and Co-Sale Agreement by and between Avaya Inc. and the other investors and shareholders party thereto and Xirrus, Inc., effective as of April 22nd, 2014.

3. Series E Preferred Stock Purchase Agreement between Xirrus, Inc., Questmark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, Dirk I. Gates and Avaya Inc., effective as of April 22nd, 2014.

45

OUTSIDE COUNSEL EYES ONLY                                                     EXTREME-01383424

4. Fourth Amended and Restated Voting Agreement between Xirrus, Inc., Questmark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, Dirk I. Gates, Patrick P. Parker, Steven F. and Kelly J. Degennaro (Trustees of the Degennaro Family 2001 Trust Dated May 30, 2001), and Avaya Inc., effective as of April 22nd, 2014.

5. Note and Warrant Purchase Agreement by and between Avaya Inc. and the other lenders party thereto, and Xirrus, Inc., dated as of February 26, 2015.

6. Secured Convertible Promissory Note No 15-5, by and between Xirrus, Inc. and Avaya Inc., dated February 26, 2015.

7. Capital Stock Warrant No 15-5, by and between Xirrus, Inc. and Avaya Inc., dated February 26, 2015.

8. Subordination Agreement, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent, dated as of February 26, 2015.

9. Security Agreement, dated as of February 26, 2015, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

10. Intellectual Property Security Agreement, dated as of February 26, 2015, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein).

11. Secured Convertible Promissory Note No 15-15, by and between Xirrus, Inc. and Avaya Inc., dated April 6, 2015.

12. Capital Stock Warrant No. 16-22, by and between Avaya Inc. and Xirrus, Inc., dated January 1, 2016.

13. Capital Stock Warrant No 16-12, by and between Avaya Inc. and Xirrus, Inc., dated January 1, 2016.

14. Note and Warrant Purchase Agreement between Avaya Inc., Questmark Partners III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP, The Board of Trustees of the Leland Stanford Junior University and Xirrus, Inc. effective as of February 19th, 2016.

15. Subordination Agreement, dated as of February 19, 2016, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent.

16. Security Agreement, dated as of February 19, 2016, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 51 of 130   PageID #: 16363

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383425

17. Intellectual Property Security Agreement, dated as of February 19, 2016, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein). Secured Convertible Promissory Note No. 16-5, by and between Xirrus, Inc. and Avaya Inc., dated February 19, 2016.

18. Capital Stock Warrant No 16-5, by and between Xirrus, Inc. and Avaya Inc., dated February 19, 2016.

19. Amendment No. 1 to Secured Convertible Promissory Notes, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto, dated February 19, 2016.

20. Note and Purchase Agreement between Avaya Inc., QuestMark Partners III, L.P., QuestMark Partners Side Fund III, L.P., August Capital IV, L.P., Canaan VIII, L.P., U.S. Venture Partners IX, L.P., InterWest Partners X, LP and Xirrus Inc., entered into as of May 31st, 2016.

21. Subordination Agreement, dated as of May 31, 2016, by and between Avaya Inc. and the other Creditors party thereto, Triple Point Venture Growth BDC Corp., as Lender, and Carr & Farrell LLP, as Collateral Agent.

22. Security Agreement, dated as of May 31, 2016, by and between Xirrus, Inc., Avaya Inc. and the other Lenders party thereto.

23. Intellectual Property Security Agreement, dated as of May 31, 2016, by and between Xirrus, Inc., Carr & Farrell LLP as Collateral Agent for Avaya Inc. and the other Lenders (including Avaya Inc. identified therein).

24. Secured Convertible Promissory Note No. 16-14, by and between Xirrus, Inc. and Avaya Inc., dated May 31, 2016

25. Capital Stock Warrant No 16-31, by and between Xirrus, Inc. and Avaya Inc., dated May 31, 2016.

26. Eighth Amended and Restated Articles of Incorporation between Xirrus, Inc. and the California Secretary of State's Office, effective as of April 21st, 2014.

27. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

28. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

**(vi)**

1. All items in Section 1.03(a)(vii) are incorporated herein.

OUTSIDE COUNSEL EYES ONLY                                                           EXTREME-01383426

2. All items in Section 3.07 are incorporated herein.

**(vii)**

1. Contract #PT64524 in response to RFP 21350, Group 77018 Comprehensive Telecommunications Equipment and Solutions (between Avaya, Inc. and the State of New York Office of General Services), awarded the 12th of May, 2009.*

2. Term Contract T-1316 Telecommunications Equipment & Services between State of New Jersey, Department of the Treasury, Division of Purchase and Property and Avaya Inc., effective the 1st of February, 2012.*

3. Master Agreement between the Commonwealth of Kentucky - Department of Education and Avaya Inc., effective the 1st of March, 2013 (as amended). [MA 758 1300000900]

4. Contract PM20790 between The People of the State of New York, acting by and through the Commissioner of the Office of General Services and Avaya Inc., effective the 30th of November, 2015 (as amended).*

5. PEPPM 2015 Product Line Bid CSIU and Awarded Vendor Agreement between Central Susquehanna Intermediate Unit, Lewisburg, Pennsylvania and Avaya Inc., effective the 1st of January, 2015.*

6. Master Agreement for Enterprise Networking Routing & Switching Equipment between the Commonwealth of Kentucky (Finance and Administration Cabinet Commonwealth Office of Technology) and Avaya Inc., effective the 1st of June, 2010 (as amended).  [MA 758 1000000828]*

7. Master Component and Services Subcontracting Agreement between AT&T Services, Inc. and Avaya Inc., dated the 13th of August, 2009 (as amended).

**(viii)**

1. Master Agreement between the Commonwealth of Kentucky - Department of Education and Avaya Inc., effective the 1st of March, 2013 (as amended). [MA 758 1300000900]

2. Contract #PT64524 in response to RFP 21350, Group 77018 Comprehensive Telecommunications Equipment and Solutions (between Avaya, Inc. and the State of New York Office of General Services), awarded the 12th of May, 2009.*

3. Master Agreement for Enterprise Networking Routing & Switching Equipment between the Commonwealth of Kentucky (Finance and Administration Cabinet Commonwealth Office of Technology) and Avaya Inc., effective the 1st of June, 2010 (as amended).  [MA 758 1000000828]*

4. Transactional Agreement For Sale and License of Products and Services between Avaya Inc. and the County of Loudoun, Virginia, effective the 3rd of January, 2017.*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383427

5. Avaya Federal Solutions GSA Schedule 70 contract #GS-35F-0156V.*

6. Avaya Federal Solutions Connections II Contract #GS00Q12NSD0005.*

**(ix)**

1. Private Label Collaboration Agreement between China Communication Technology Software Information Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., Ltd. effective the 21st of April, 2016.

**(x)**

1. License Agreement, effective May 5, 2016, by and between Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc.*

2. License and Settlement Agreement between Avaya Inc. and Chrimar Systems, Inc., d/b/a CMS Technologies; Chrimar Holding Company, LLC, effective July 12, 2012.*

3. Settlement and Patent License Agreement between Avaya Inc. and Net Navigation Systems, LLC, effective September 2, 2014.*

4. Settlement and License Agreement between Avaya Inc. and ReefEdge Networks, LLC, effective April 17, 2013.*

5. Release Agreement between Avaya Inc. and Relay IP, Inc., effective May 29, 2014.*

6. Release Agreement between Avaya Inc. (including its Affiliates) and Wetro Lan LLC, effective October 6, 2015.*

7. Release Agreement between Chalumeau Power Systems LLC and Avaya Inc., effective October 31, 2011.*

8. Settlement and License Agreement between Avaya Inc. and Mitel Networks Corporation, effective February 1, 2007 and amended April 11, 2013.*

**(xi)**

**Customers (in order of appearance from 3.20 – note that some customers have multiple agreements):**

1. Distributor Agreement #DV1-T100801 between Westcon Group, Inc. and Avaya Inc. on behalf of its identified subsidiaries, dated the 2nd of August, 2010 (as amended).*

   a. Country Participation Agreement to the Distributor Agreement, by and between Westcon Brasil Ltda. and Avaya Brasil Ltda., dated the 12th of August, 2010, subject to the terms of the Distributor Agreement between Westcon Group, Inc. and Avaya Inc.*

49

OUTSIDE COUNSEL EYES ONLY                                        EXTREME-01383428

b.  Participation Agreement to the Distributor Agreement (for Heritage Nortel
       Networks Products), by and between Westcon Brasil Ltda. And Avaya
       International Sales Limited, dated the 27th of October, 2010, subject to the terms
       of the Distributor Agreement between Westcon Group Inc. and Avaya Inc.*

2.  Distributor Agreement between Westcon Group European Operations Ltd. and Avaya
    International Sales Limited, dated the 6th of August, 2009 (as amended).*

3.  Distributor Agreement between Westcon Middle East Ltd. and Avaya International Sales
    Limited, dated the 10th of June, 2009.*

4.  Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya
    International Sales Ltd., dated the 30th of November, 2009 (as amended).*

   (a)  Country Participation Agreement (Australia) to the Distributor Agreement, by and
        between Datastor (NZ) Ltd. (now known as Westcon) and Avaya International Sales Ltd.,
        dated the 26th of July, 2010, subject to the terms of the Distributor Agreement between
        Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   (b)  Country Participation Agreement (Indonesia) to the Distributor Agreement, by and
        between PT Westcon Group and Avaya International Sales Limited, dated the 9th of
        February, 2012, subject to the terms of the Distributor Agreement between Comstor Pte.
        Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   (c)  Country Participation Agreement (Philippines) to the Distributor Agreement, by and
        between Avaya International Sales Ltd. and Westcon Group Pte. Ltd. Singapore, dated
        the 9th of February, 2012, subject to the terms of the Distributor Agreement between
        Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   (d)  Country Participation Agreement (Singapore) to the Distributor Agreement, by and
        between Westcon Group Pte. Ltd. and Avaya International Sales Ltd., dated the 18th of
        August, 2011, subject to the terms of the Distributor Agreement between Comstor Pte.
        Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   (e)  Country Participation Agreement (Thailand) to the Distributor Agreement, by and
        between Westcon Group (Thailand) Co., Ltd. and Avaya International Sales Ltd., dated
        the 8th of May, 2010, subject to the terms of the Distributor Agreement between Comstor
        Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   (f)  Country Participation Agreement (Vietnam) to the Distributor Agreement, by and
        between Avaya International Sales Ltd. and Westcon Group Pte. Ltd., dated the 15th of
        September, 2011, subject to the terms of the Distributor Agreement between Comstor
        Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   (g)  Country Participation Agreement to the Distributor Agreement for the territory of New
        Zealand, by and between Datastor (NZ) Ltd. (now known as Westcon) and Avaya
        International Sales Ltd., dated the 26th of July, 2010, subject to the terms of the

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383429

Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

    (h) Country Participation Agreement to the Distributor Agreement, by and between Comstor Pte. Ltd. and Avaya International Sales Limited, dated the 4th of May, 2010, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

5. Distribution Agreement between ScanSource, Inc. (d/b/a Catalyst Telecom) and Avaya Inc., dated the 16th of August, 2002 (as amended).*

6. Distributor Agreement between Scansource Europe SPRL and Avaya International Sales Limited, effective the 21st of September, 2009 (as amended).*

7. Distributor Agreement between Synnex Corporation and Avaya Inc., effective the 14th of December, 2012 (as amended).*

8. Distributor Agreement between Synnex Technology International (HK) Limited and Avaya International Sales Limited, effective 1st of June 2012.*

9. Distributor Agreement between PT Synnex Metrodata Indonesia and Avaya International Sales Limited, effective 12th of Nov 2012.*

10. Distributor Agreement between Synnex Infotec Corporation and Avaya Japan Ltd, effective 13th of Nov 2014 (as amended).*

11. Distributor Agreement between Ingram Micro Distribution Gmbh and Avaya International Sales Limited, dated the 25th of November, 2011 (as amended).*

12. Distributor Agreement between Ingram Micro LP's and Avaya Canada Corp., dated the 11th of August, 2010 (as amended).*

13. Master Agreement between Avaya Inc. and the Commonwealth of Kentucky - Department of Education, effective the 1st of March, 2013. [MA 758 1300000900]

14. Distributor Agreement #DV1-T0910004 between Jenne Distributors, Inc. (now Jenne, Inc.) and Avaya Inc., dated the 22nd of October, 2009 (as amended).*

15. Distributor Agreement between Azlan Logistics Limited and Avaya International Sales Limited, dated the 4th of September, 2009 (as amended).*

16. Distributor Agreement between Tallard Technologies Inc. (now Avnet Inc.) and Avaya Inc., effective the 1st of April, 2010 (as amended).*

17. Customer Contract (Mexico) between Chrysler De Mexico, S.A. DE C.V. and Avaya Communication de Mexico, S.A. De C.V., effective the 23rd of December, 2011 (as amended).

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383430

18. Direct Partner Agreement between Dimension Data Commerce Centre Limited and Avaya World Services, Inc., dated the 17th of July, 2012.*

19. Novation Agreement of Indonesia service contracts between PT. Sierra Communication Indonesia, PT. Jebsen & Jessen Communications Indonesia and PT. Dimension Data Indonesia, effective the 1st of February, 2016.*

20. Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., (now Dimension Data) and Avaya International Sales Limited, effective the 1st of February, 2011.*

   a. Country Participation Agreement between Jebsen & Jessen Communications (P) Inc. and Avaya International Sales Limited, effective the 11th of February, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

   b. Country Participation Agreement between Jebsen & Jessen Communications (T) Ltd. and Avaya International Sales Limited, effective the 7th of March, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

   c. Country Participation Agreement between Jebsen & Jessen Communications Solutions (M) Sdn Bhd and Avaya International Sales Limited, effective the 11th of April, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

   d. Country Participation Agreement between PT. Jebsen & Jessen Communications Indonesia and Avaya International Sales Limited, effective the 11th of February, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

21. Avaya Federal Solutions Connections II Contract #GS00Q12NSD0005.*

22. Direct Partner Agreement between Mideast Data Systems PACC and Avaya International Sales Ltd., dated the 17th of June, 2015.*

23. Distributor Agreement between Redington Gulf FZE and Avaya International Sales Ltd., dated the 18th of May, 2009 (as amended).*

24. Distributor Agreement between Comptek International Overseas, Al Soft Distribution Ltd. and Avaya International Sales Limited, effective the 31st of August, 2009 (as amended).*

25. Direct Partner Agreement between China Communications Software Information Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., effective 2015 [not specifically dated].

26. Distributor Agreement between Almasa IT Distribution FZCO and Avaya International Sales Limited effective the 11th of May, 2009 (as amended).*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383431

27. Direct Partner Agreement between Simac Technik CR A.S. and Avaya International Sales Ltd., dated the 20th of October 2010.*

28. Transactional Agreement For Sale and License of Products and Services between Avaya Inc. and the County of Loudoun, Virginia, effective the 3rd of January, 2017.*

29. Direct Partner Agreement between Capita IT Services Limited and Avaya International Sales Limited, effective the 1st of October, 2012 (as amended).*

30. Direct Partner Agreement between Middle East Telecommunication Company L.L.C. and Avaya International Sales Ltd., effective the 21st of January, 2015.*

**Suppliers – (in order of appearance from 3.20 – note that some suppliers have multiple agreements):**

1. OEM Purchase and Sale Agreement between Delta Networks, Inc. and Nortel Networks Inc., effective the 2nd of September, 2002 (as amended). This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

2. Adoption Agreement between Delta Networks, Inc. and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 27th of September, 2010 (as amended). This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

3. Inventory Management Agreement between Delta Networks Inc., DNI Logistics (USA) Corporation, and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 30th of June, 2014. This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

4. Agreement between Avnet Applied Computing and Avnet Electronics Marketing. and Avaya Inc., effective the 15th of April, 2005 (as amended).*

5. Manufacturing Services Agreement between Lite-On Technology Corporation and Avaya Inc., effective the 9th of July, 2013 (as amended).*

6. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

7. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

8. Master Services Agreement between Luxoft Global Operations GmbH and Avaya Inc., effective the 1st of January, 2014 (as amended).*

OUTSIDE COUNSEL EYES ONLY                                                        EXTREME-01383432

9. International Manufacturing Services Agreement between Flextronics Systems, Ltd and Avaya Inc., effective the 30th of July, 2008.*

10. HUB Operator Agreement between Flextronics Logistics (Zhuhai) Co., Ltd. and Avaya Inc., dated the 5th of March, 2012. Letter of Agreement between Flextronics Telecom Systems, Ltd. and Avaya Inc., dated the 13th of October, 2014.*

11. Master Resale Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of October, 2012 (as amended).*

12. Master Services Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of August, 2013.*

13. Services Agreement between Infosys Technologies Limited and Avaya Inc., effective the 5th of September, 2006 (as amended).*

14. General Conditions of Purchase of Materials Adoption Agreement between Astec America LLC, Astec Europe Ltd., Astec International Ltd., Avaya Inc. and Avaya International Sales Limited, effective the 15th of December, 2014. This General Conditions of Materials Adoption Agreement has expired; however, as of the date hereof, the parties have continued to operate under the terms of the agreement.

15. Master Subcontractor Agreement for Supply of Services between Innovatia Inc. and Avaya Inc., effective the 1st of October, 2010 (as amended).*

16. Product & Software Agreement between Ixia and Avaya Inc., effective the 11th of January, 2012.* This Product & Software Agreement has expired; however, as of the date hereof, the parties have continued to operate under the terms of the agreement.

17. Professional Services Agreement between Tata Elxsi Ltd. and Avaya Inc., effective the 12th of September, 2005 (as amended).

18. Master Services Agreement between Avaya International Sales Limited and Tata Elxsi Limited, effective the 6th of May, 2015 (as amended).

19. Master Services Agreement between TAPFIN Process Solutions, a ManpowerGroup Company and Avaya Inc., effective the 17th of February, 2014.*

20. Master Service Agreement between EION International Inc. and Avaya Inc., effective the 25th of July, 2011 (as amended).*

21. Cross-License Agreement between Spirent Communications Israel Ltd., Avaya Inc., Radvision Ltd., and Radvision Inc., dated the 1st of July, 2014.*

22. License Agreement between Communication Test Design, Inc. and Avaya Inc., effective the 1st of August, 2013 (as amended). Master Repair and Logistics Service Agreement between Communications Test Design, Inc. and Avaya Inc., effective the 1st of February, 2016.*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383433

23. Source Code License and Software Distribution Agreement between Broadcom Corporation and Avaya Inc., effective the 16th of December, 2003 (as amended). Software License Agreement between Broadcom Corporation and Avaya Inc., effective the 17th of November, 2005 (as amended). *

24. Master Lease Agreement between CSI Leasing, Inc. and Avaya Inc., dated the 25th of June, 2015.*

25. Master Professional Services Agreement between HP Enterprise Services LLC and Avaya Inc., effective the 20th of August, 2014 (as amended).*


**(xii)**

1. Patent License Agreement between Avaya Inc. and Cisco Systems, Inc., effective the 1st of October, 2000.*

2. Amendment No. 1 to the Patent License Agreement between Avaya Inc. and Cisco Systems, Inc., effective the 24th of October, 2013.*

3. Patent License Agreement between Avaya Inc. and International Business Machines Corporation, effective the 1st of October, 2000.*

4. Patent License Agreement between Avaya Inc. and International Business Machines Corporation, effective the 22nd of December, 2006.*

5. Patent License Agreement between Avaya Licensing LLC and Iwatsu Electric Co., Ltd., effective the 1st of January, 2006 (as amended).*

6. Amendment to November 15, 2002 Patent License Agreement between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 15th of June, 2013.*

7. Patent License Agreement between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 15th of November, 2002, as amended.*

8. Letter Agreement between Avaya Inc. and Leviton Manufacturing Co., Inc., effective September 27, 2002.*

9. Offer Letter of Amendment and Release between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 30th of September, 2003.*

10. Letter of Amendment to Patent License Agreement of November 15, 2002 between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 30th of January, 2004.*

11. Settlement and Patent License Agreement between Avaya Inc. and Mitel Corporation, effective the 1st of February, 2007.*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383434

12. Addendum to Settlement and Patent License Agreement between Avaya Inc. and Mitel Networks Corporation, effective the 11th of April, 2013.*

13. Patent License Agreement between Avaya Licensing Corporation and Panduit Corporation, effective the 4th of December, 2002.*

14. Patent and Technology License Agreement by and between Lucent Technologies Inc. and Lucent Technologies GRL CORP. and Avaya Inc. and Avaya Technology Corp., effective the 1st of October, 2000.*

15. Master Services Agreement, dated as of January 1st, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH, as amended and the related Amended and Restated Addendum to Master Services Agreement, dated the 1st of September, 2014.*

16. Master Services Agreement between Tata Elxsi Limited and Avaya Inc., effective the 6th of May, 2015 (as amended by the Addendum to Master Services Agreement between Tata Elxsi Limited and Avaya Inc., effective the 15th of June, 2015).

17. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

18. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

19. Software License Agreement between Avaya Inc. and Rocket Software, Inc., effective the 2nd of February, 2007 (as amended).*

**(xiii)**

1. Master Services Agreement, dated as of January 1st, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH, as amended and the related Amended and Restated Addendum to Master Services Agreement, dated the 1st of September, 2014.*

2. Statement of Work Software Application Development for SDN Fx Healthcare Solution between Avaya Inc. and Tata Elxsi Limited, dated the 30th of June, 2016.

3. Binary License and Redistribution Agreement for Royalty License between Avaya Inc., Avaya International Sales Limited and Oracle America Inc., effective 15th of July, 2012 (as amended).*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383435

4. Oracle Partnernetwork Embedded Software License Distribution Agreement between Avaya Inc. and Oracle America Inc., effective of 15th of July, 2011 (as amended).*

5. Closed System Partner Program Agreement between Avaya Inc. and Red Hat, Inc., effective the 22nd of July, 2008 (as amended).*

6. Partner Acceptance Document Agreement between Avaya Inc. and Red Hat, Inc. effective the 31st of May, 2016.*

7. Embedded Software License Agreement between Avaya Canada Inc. and Mocana Corporation, effective the 14th of December, 2005 (as amended).*

8. Software OEM and Resale Agreement between Avaya Inc., Avaya International Sales Limited, and Mirantis, Inc., effective the 19th of August, 2015.

9. Software License Agreement between Avaya Inc. and Rocket Software, Inc., effective the 2nd of February, 2007 (as amended).*

10. Software OEM and Resale Agreement between Avaya Inc., and Inocybe Technologies, effective the 14th of August, 2015 (as amended).

11. Software OEM and Resale Agreement between Avaya Inc. and KEMP Technologies Inc., effective 21st of January, 2016.

12. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

13. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

14. Enterprise License Agreement between Avaya Inc., International Sales Limited, and Wind River Systems, effective the 7th of November 2003 (as amended).*

15. End User License agreement No. e5311 between Avaya Inc. and Mentor Graphics Corporation, effective the 27th of June 2008 (as amended).*

16. Software OEM and Resale Agreement between Avaya Inc. and DrivenBI, LLC, effective the 3rd of September 2010, as amended.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383436

17. Software OEM and resale Agreement between Avaya Inc. and Azul Systems, Inc. effective the 28th of February 2016.*

18. Patent License Agreement between Avaya Inc. and Cisco Systems, Inc., effective the 1st of October, 2000.*

19. Amendment No. 1 to the Patent License Agreement between Avaya Inc. and Cisco Systems, Inc., effective the 24th of October, 2013.*

20. Patent License Agreement between Avaya Inc. and International Business Machines Corporation, effective the 1st of October, 2000.*

21. Patent License Agreement between Avaya Inc. and International Business Machines Corporation, effective the 22th of December, 2006.*

22. Patent License Agreement between Avaya Licensing LLC and Iwatsu Electric Co., Ltd., effective the 1st of January, 2006 (as amended).*

23. Amendment to November 15, 2002 Patent License Agreement between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 15th of June, 2013.*

24. Patent License Agreement between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 15th of November, 2002.*

25. Letter Agreement between Avaya Inc. and Leviton Manufacturing Co., Inc., effective September 27, 2002.*

26. Offer Letter of Amendment and Release between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 30th of September, 2003.*

27. Letter of Amendment to Patent License Agreement of November 15, 2002 between Avaya Licensing Corporation and Leviton Manufacturing Co., Inc., effective the 9th of January, 2004.*

28. Settlement and Patent License Agreement between Avaya Inc. and Mitel Corporation, effective the 1st of February, 2007.*

29. Addendum to Settlement and Patent License Agreement between Avaya Inc. and Mitel Networks Corporation, effective the 11th of April, 2013.*

30. Patent License Agreement between Avaya Licensing Corporation and Panduit Corporation, effective the 4th of December, 2002.*

31. Patent and Technology License Agreement by and between Lucent Technologies Inc. and Lucent Technologies GRL CORP. and Avaya Inc. and Avaya Technology Corp., effective the 1st of October, 2000.*

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383437

32. SSHTOOLS Software License by and between SSHTOOLS LTD and Avaya India Pvt Ltd., effective December 2, 2014.*

**(xiv)**

1. Master Services Agreement between Luxoft Global Operations GmbH and Avaya Inc., effective the 1st of January, 2014 (as amended by the Amended and Restated Addendum to Master Services Agreement, dated September 1, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH).

2. Master Services Agreement between Tata Elxsi Limited and Avaya Inc., effective the 6th of May, 2015 (as amended by the Addendum to Master Services Agreement between Tata Elxsi Limited and Avaya Inc., effective the 15th of June, 2015).

3. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

4. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

5. Adoption Agreement to Rocket Software SLA 07-1082 #15621 by and between Rocket Software, Inc. and Nortel Networks Limited, dated September 17, 2010, by and between Avaya Inc. and Rocket Software, Inc.*

6. Software OEM and Resale Agreement between Avaya Inc., Avaya International Sales Limited, and Mirantis, Inc., effective August 19, 2015.

**(xv)**

None.

**(xvi)**

1. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

2. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

OUTSIDE COUNSEL EYES ONLY                                                   EXTREME-01383438

**(xvii)**

None.

**(xviii)**

**Partners:**

1. Direct Partner Agreement between Dimension Data Commerce Centre Limited and Avaya World Services, Inc., dated the 17th of July, 2012.*

2. Novation Agreement of Indonesia service contracts between PT. Sierra Communication Indonesia, PT. Jebsen & Jessen Communications Indonesia and PT. Dimension Data Indonesia, effective the 1st of February, 2016.*

3. Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., (now Dimension Data) and Avaya International Sales Limited, effective the 11th of February, 2011.*

   a. Country Participation Agreement between Jebsen & Jessen Communications (P) Inc. and Avaya International Sales Limited, effective the 11th of February, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

   b. Country Participation Agreement between Jebsen & Jessen Communications (T) Ltd. and Avaya International Sales Limited, effective the 7th of March, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

   c. Country Participation Agreement between Jebsen & Jessen Communications Solutions (M) Sdn Bhd and Avaya International Sales Limited, effective the 11th of April, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

   d. Country Participation Agreement between PT. Jebsen & Jessen Communications Indonesia and Avaya International Sales Limited, effective the 11th of February, 2011, subject to the terms of the Direct Partner Agreement between Jebsen & Jessen Communications (S) Pte Ltd., and Avaya International Sales Limited.*

4. Direct Partner Agreement between Mideast Data Systems PACC and Avaya International Sales Ltd., dated the 17th of June, 2015.*

5. Direct Partner Agreement between China Communications Software Information Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., effective 2015 [not specifically dated].

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383439

6. Direct Partner Agreement between Capita IT Services Limited and Avaya International Sales Limited, effective the 1st of October, 2012 (as amended).*

7. Direct Partner Agreement between Simac Technik CR A.S. and Avaya International Sales Ltd., dated the 20th of October 2010.*

8. Direct Partner Agreement between Middle East Telecommunication Company L.L.C. and Avaya International Sales Ltd., effective the 21st of January, 2015.*

9. Direct Partner Agreement between ECS Telecom Co., Ltd. and Avaya International Sales Ltd., effective the 11th of December, 2009.*

10. Direct Partner Agreement between RT4 Mexico, S.A. de C.V. and Avaya Inc., effective the 6th of March, 2015.*

11. Direct Partner Agreement between Ipnett AS and Avaya International Sales Limited, effective the 31st of March, 2011 (as amended).*

12. Direct Partner Agreement between Mitsui Knowledge Industry Co., Ltd. and Avaya Japan Ltd., dated the 1st of October, 2013.*

13. Reseller Agreement between Fuji Xerox Co., Ltd. and Avaya Japan Ltd., effective the 26th of July, 2010 (as amended).

14. Value Added Reseller Agreement between Texcell-Netcom Co., Ltd. and Avaya International Sales Ltd., effective the 15th of February, 2012.

15. Direct Partner Agreement between Libatel SARL and Avaya International Sales Ltd., dated the 3rd of June, 2011.*


**Distributors:**

1. Distributor Agreement #DV1-T100801 between Westcon Group, Inc. and Avaya Inc. on behalf of its identified subsidiaries, dated the 2nd of August, 2010 (as amended).*

   a. Country Participation Agreement to the Distributor Agreement, by and between Westcon Brasil Ltda. and Avaya Brasil Ltda., dated the 12th of August, 2010, subject to the terms of the Distributor Agreement between Westcon Group, Inc. and Avaya Inc.*

   b. Participation Agreement to the Distributor Agreement (for Heritage Nortel Networks Products), by and between Westcon Brasil Ltda. And Avaya International Sales Limited, dated the 13th of October, 2010, subject to the terms of the Distributor Agreement between Wescon Group Inc. and Avaya Inc.*

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 66 of 130   PageID #: 16378

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383440

2. Distributor Agreement between Westcon Group European Operations Ltd. and Avaya International Sales Limited, dated the 6th of August, 2009 (as amended).*

3. Distributor Agreement between Westcon Middle East Ltd. and Avaya International Sales Limited, dated the 10th of June, 2009.*

4. Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd., dated the 30th of November, 2009 (as amended).*

   a. Country Participation Agreement (Australia) to the Distributor Agreement, by and between Datastor (NZ) Ltd. (now known as Westcon) and Avaya International Sales Ltd., dated the 26th of July, 2010, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   b. Country Participation Agreement (Indonesia) to the Distributor Agreement, by and between PT Westcon Group and Avaya International Sales Limited, dated the 9th of February, 2012, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   c. Country Participation Agreement (Philippines) to the Distributor Agreement, by and between Avaya International Sales Ltd. and Westcon Group Pte. Ltd. Singapore, dated the 9th of February, 2012, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   d. Country Participation Agreement (Singapore) to the Distributor Agreement, by and between Westcon Group Pte. Ltd. and Avaya International Sales Ltd., dated the 18th of August, 2011, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   e. Country Participation Agreement (Thailand) to the Distributor Agreement, by and between Westcon Group (Thailand) Co., Ltd. and Avaya International Sales Ltd., dated the 8th of May, 2010, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   f. Country Participation Agreement (Vietnam) to the Distributor Agreement, by and between Avaya International Sales Ltd. and Westcon Group Pte. Ltd., dated the 15th of September, 2011, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

   g. Country Participation Agreement to the Distributor Agreement for the territory of New Zealand, by and between Datastor (NZ) Ltd. (now known as Westcon) and

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383441

Avaya International Sales Ltd., dated the 26th of July, 2010, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

    h.   Country Participation Agreement to the Distributor Agreement, by and between Comstor Pte. Ltd. and Avaya International Sales Limited, dated the 4th of May, 2010, subject to the terms of the Distributor Agreement between Comstor Pte. Ltd. (now known as Westcon) and Avaya International Sales Ltd.*

5.   Distribution Agreement between ScanSource, Inc. (d/b/a Catalyst Telecom) and Avaya Inc., dated the 16th of August, 2002 (as amended).*

6.   Distributor Agreement between Synnex Corporation and Avaya Inc., effective the 14th of December, 2012 (as amended).*

7.   Distributor Agreement between Synnex Technology International (HK) Limited and Avaya International Sales Limited, effective 1st of June 2012.*

8.   Distributor Agreement between PT Synnex Metrodata Indonesia and Avaya International Sales Limited , effective 12th of Nov 2012.*

9.   Distributor Agreement between Synnex Infotec Corporation and Avaya Japan Ltd, effective 13th of Nov 2014 (as amended).*

10.   Distributor Agreement #DV1-T090004 between Jenne Distributors, Inc. (now Jenne, Inc.) and Avaya Inc., dated the 22nd of October, 2009 (as amended).*

11.   Distributor Agreement between Ingram Micro Distribution Gmbh and Avaya International Sales Limited, dated the 25th of November, 2011 (as amended).*

12.   Distributor Agreement between Ingram Micro LP's and Avaya Canada Corp., dated the 11th of August, 2010 (as amended).*

13.   Distributor Agreement between Scansource Europe SPRL and Avaya International Sales Limited, effective the 21st of September, 2009 (as amended).*

14.   Distributor Agreement between Azlan Logistics Limited and Avaya International Sales Limited, dated the 4th of September, 2009 (as amended).*

15.   Distributor Agreement between Tallard Technologies Inc. (now Avnet Inc.) and Avaya Inc., effective the 1st of April, 2010 (as amended).*

OUTSIDE COUNSEL EYES ONLY    EXTREME-01383442

16. Distributor Agreement between Redington Gulf FZE and Avaya International Sales Ltd., dated the 18th of May, 2009 (as amended).*

17. Distributor Agreement between Comptek International Overseas Limited, Al Soft Distribution Limited and Avaya International Sales Limited, effective the 31st of August, 2009 (as amended).*

18. Distributor Agreement between Almasa IT Distribution FZCO and Avaya International Sales Limited effective the 11th of May, 2009 (as amended).*

19. Distributor Agreement between TopTel Telekomunikasyon Ltd. and Avaya International Sales Limited, effective the 16th of July, 2009. *

20. Distributor Agreement between Arrow Electronics ECS Australia Pty Limited (formerly known as Distribution Central Pty Limited) and Avaya International Sales LTD., effective the 9th of February, 2009 (as amended).*

     a. Country Participation Agreement between Avaya International Sales Limited and ARROW ECS NEW ZEALAND LIMITED f/k/a Distribution Central Limited, effective 26th October 2011 subject to the terms of the Distributor Agreement between Avaya International Sales Limited and Distribution Central Pty Ltd effective 9th of February 2009.*

21. Distributor Agreement between AVAD GmbH,  AVAD Switzerland AG and Avaya International Sales Ltd., effective the 26th of May, 2009 (as amended).*

22. Distributor Agreement between Anixter Inc. and Avaya Inc., dated the 21st of December, 2009 (as amended).*

23. Distributor Agreement between Vnetwork System SDN BHD and Avaya International Sales Ltd., effective the 4th of November, 2010 (as amended).*

24. Distribution Agreement between OCS Distribution Deutschland GmbH and Avaya International Sales Ltd., dated the 30th of June, 2009 (as amended).*

25. Distributor Agreement between Aptec Distribution FZ LLC and Avaya International Sales Limited, effective the 13th of July, 2009.*

26. Distributor Agreement between Itancia and Avaya International Sales Ltd., effective the 13th of May, 2009.*

OUTSIDE COUNSEL EYES ONLY                                                                    EXTREME-01383443

27. Distributor Agreement between Beetel Teletech Limited and Avaya International Sales Limited, effective the 4th of September, 2009 (as amended).*

**(xix)**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 70 of 130   PageID #: 16382

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383444

**(i)**

1. Master Resale Agreement between World Wide Technology Inc. ("**WWT**") and Avaya Inc., effective the 1st of October, 2012 (as amended). Master Services Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of August, 2013. Termination letter between Worldwide Technology, Inc. and Avaya Inc., dated the 9th of September, 2016.

   Both parties have mutually agreed not to continue the agreement upon receiving WWT's notification stating that they no longer wish to renew the Master Resale Agreement and the Master Services Agreement. Such agreements will terminate effective as of September 30, 2018. WWT is continuing to perform per the contractual terms. Stopships have been lifted and WWT has confirmed verbally their procurement team is back placing orders for Avaya and the parties have verbally agreed to continue to work together until an alternative provider can be identified.

2. OEM Purchase and Sale Agreement between Delta Networks, Inc. and Nortel Networks Inc., effective the 2nd of September, 2002 (as amended). Adoption Agreement between Delta Networks, Inc. and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 27th of September, 2010 (as amended). Inventory Management Agreement between Delta Networks Inc., DNI Logistics (USA) Corporation, and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 30th of June, 2014.

   DNI terminated their existing agreements with Avaya and informed Avaya they do not believe they are obligated to abide by the post-closing obligations set forth in the existing agreements. Avaya has disputed both the ability of DNI to terminate as well as the post-closing obligations of DNI to continue accepting orders for 180 days after termination is effective. The parties continue to negotiate these points.

   In parallel, the parties have reached a tentative verbal agreement to create a new agreement with certain revised terms. While the parties attempt to document the agreement, in the interim, DNI has resumed operations, lifted stopshipments and have verbally committed to restart performing pursuant to the new revised terms. Documentation of the new agreement has not begun yet.

3. Manufacturing Services Agreement between Lite-On Technology Corporation and Avaya Inc., effective the 9th of July, 2013 (as amended). Lite-On Technology provided Avaya with a notice of non-renewal. Lite-On Technology has tentatively verbally agreed to rescind such notice but the parties continue to work through the details and it is not yet finalized.

4. General Conditions of Purchase of Materials Adoption Agreement between Astec America LLC, Astec Europe Ltd., Astec International Ltd., Avaya Inc. and Avaya International Sales Limited, effective the 15th of December, 2014. This General Conditions of Materials

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383445

Adoption Agreement has expired; however, as of the date hereof, the parties have continued to operate under the terms of the agreement.

5. Product & Software Agreement between Ixia and Avaya Inc., effective the 11th of January, 2012.* This Product & Software Agreement has expired; however, as of the date hereof, the parties have continued to operate under the terms of the agreement.

6. On January 19, 2017, a customer, GovNet, Inc. sent Avaya a notice of breach alleging certain issues with products previously purchased and demanding replacement products to be provided. Avaya is reviewing the allegations in the claim.

7. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd. This agreement was made available on March 2, 2017.

This Amendment (along with the original Strategic Alliance and OEM Agreement) was amended and restated pursuant to that certain First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

However, the terms of this amendment were not incorporated into the amended and restated agreement as originally intended. As a result, the parties continue to operate under the terms of this amendment and an amendment to the amended and restated agreement incorporating such terms is in process.

**Exceptions**:

8. Letter, dated 26 January 2016, regarding that certain Lease dated April 2005 between AXA Sun Life Plc (1) Nortel Networks UK Limited (2) Maidenhead Office Park Management Company Limited (2) Premises known as 3 Maidenhead Office Park, Westacott Way, Littlewick Green, Maidenhead SL6 3QH regarding a cost estimate.

9. Letter, dated 26 January 2016, regarding that certain Lease dated April 2005 between AXA Sun Life Plc (1) Nortel Networks UK Limited (2) Maidenhead Office Park Management Company Limited (2) Premises known as 3 Maidenhead Office Park, Westacott Way, Littlewick Green, Maidenhead SL6 3QH regarding the interim schedule of dilapidations.

**Made Available**:

1. Avaya Federal Solutions GSA Schedule 70 contract #GS-35F-0156V.* The executed agreement has not been Made Available to Purchaser. Details regarding this agreement can be found at https://www.gsaelibrary.gsa.gov/ElibMain/contractorInfo.do?contractNumber=GS-35F-0156V&contractorName=AVAYA+FEDERAL+SOLUTIONS%2C+INC.&executeQuery=YES.

OUTSIDE COUNSEL EYES ONLY

2. Avaya Federal Solutions Connections II Contract #GS00Q12NSD0005.* The executed agreement has not been Made Available to Purchaser. Details regarding this agreement can be found at https://www.gsaelibrary.gsa.gov/ElibMain/contractorInfo.do?contractNumber=GS-35F-0156V&contractorName=AVAYA+FEDERAL+SOLUTIONS%2C+INC.&executeQuery=YES.

3. Settlement Agreement, Mutual Release, and License, effective May 4, 2016, by and among Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc.

## Section 3.10
## Permits

Purchaser will need to obtain US State Contractor licenses.  Each of Avaya's business units, including the Business, requires certain US state and local contracting licenses required for individual jobs.  All of the contracting licenses are held personally by an employee at Avaya. Attached as Annex 3.10 is a current list of those licenses, none of which will be a Transferred Asset since (i) they cover CC, UC and networking and (ii) are non-transferrable.

************

| | Permits to Import and Sell Networking Products in China | | | | |
|---|---|---|---|---|---|
| | Networking product - Model | CCC (China Compliance Certificate) No. | Validity | Permission to Print Certificate | Manufacturer |
| 1 | 7024XLS | 2011-011608498171 | 2/18/2019 | kept by DNI | DNI |
| 2 | 4826GTS-PWR+,4850GTS-PWR+ | 2011-011608499243 | 3/7/2018 | kept by DNI | DNI |
| 3 | 4526T-PWR+,4550T-PWR+ | 2011-011608499191 | 1/9/2019 | kept by DNI | DNI |
| 4 | 4826GTS,4850GTS | 2011-011608500067 | 6/21/2018 | kept by DNI | DNI |
| 5 | 3524GT ,3526T | 2012-011608537649 | 4/13/2017 | kept by DNI | DNI |
| 6 | 3524GT-PWR+ ,3526T-PWR+ | 2012-011608537164 | 9/10/2020 | kept by DNI | DNI |
| 7 | 3510GT | 2012-011608544117 | 2/28/2017 | kept by DNI | DNI |
| 8 | 3510GT-PWR+ | 2012-011608537173 | 9/20/2020 | kept by DNI | DNI |
| 9 | 3549GTS | 2014 011608669725 | 12/9/2018 | kept by DNI | DNI |
| 10 | 3549GTS-PWR+ | 2014 011608670783 | 12/9/2018 | kept by DNI | DNI |
| 11 | 7024XT | 2014 011608688743 | 4/22/2019 | FZ2014029094 | DNI |
| 12 | VSP 4450GSX-PWR+ | 2014 011608691777 | 5/6/2019 | FZ2014033701 | DNI |
| 13 | VSP8284XSQ | 2014 011608706256 | 7/7/2019 | FZ2014050895 | DNI |
| 14 | VSP 7254XSQ | 2015 011608770694 | 4/10/2020 | kept by DNI | DNI |
| 15 | VSP 7254XTQ | 2015 011608771416 | 4/10/2020 | kept by DNI | DNI |
| 16 | 3550T | 2015 011608810607 | 7/30/2020 | kept by DNI | DNI |
| 17 | 3550T-PWR+ | 2016 011608810604 | 7/30/2020 | kept by DNI | DNI |
| 18 | VSP 8404 | 2015 011608758365 | 2/2/2020 | FZ1501007262 | DNI |
| 19 | 5928GTS,5952GTS | 2015 011608778089 | 5/29/2020 | FZ1594001179 | Lite-On |
| 20 | 5928GTS-PWR+,5952GTS-PWR+,5928GTS-uPWR | 2016 011608778090 | 5/29/2020 | FZ1594001180 | Lite-On |

OUTSIDE COUNSEL EYES ONLY                                                     EXTREME-01383447

| | Permits to Import and Sell Networking Products in China | | | | |
|---|---|---|---|---|---|
| | Networking product - Model | CCC (China Compliance Certificate) No. | Validity | Permission to Print Certificate | Manufacturer |
| 21 | 4926GTS 4950GTS | 2016 011608856360 | 4/8/2021 | FZ1694000918 | Lite-On |
| 22 | 4926GTS-PWR+  4951GTS-PWR+ | 2016 011608856812 | 4/11/2021 | FZ1694000960 | Lite-On |
| 23 | 3626GTS | 2017  April | | | |
| 24 | 3626GTS-PWR+ | | | | |
| 25 | 3650GTS | | | | |
| 26 | 3650GTS-PWR+ | | | | |
| 27 | 59100GTS | 2016 011608906063 | 20121/9/27 | FZ1694002935 | Lite-On |
| 28 | 59100GTS-PWR+ | 2016 011608906064 | 20121/9/27 | FZ1694002934 | Lite-On |
| 29 | ERS5928MTS-uPWR | 2017 March | | | |

| Item | Product Name | MIIT Certificate No. | Valid Date | Factory |
|---|---|---|---|---|
| 1 | VSP9000 Layer 3 Switch | 12-6874-142602 | 8/15/2017 | USA |
| 2 | 7024LSX | 12-6874-143393 | 11/24/2017 | DNI |
| 3 | 4850GTS-PWR+ | 12-6874-143752 | 12/23/2017 | DNI |
| 4 | 4850GTS | 12-6874-143754 | 12/23/2017 | DNI |
| 5 | 4826GTS-PWR+ | 12-6874-143753 | 12/23/2017 | DNI |
| 6 | 4826GTS | 12-6874-143755 | 12/23/2017 | DNI |
| 7 | 4526T-PWR+ | 12-6874-143751 | 12/23/2017 | DNI |
| 8 | 4550T-PWR+ | 12-6874-143750 | 12/23/2017 | DNI |
| 9 | 3549GTS, | 12-6874-164717 | 12/27/2019 | DNI |
| 10 | 3549GTS-PWR+ | 12-6874-164718 | 12/27/2019 | DNI |
| 11 | 7024XT | 12-6874-141869 | 5/30/2017 | DNI |
| 12 | VSP 4450GSX-PWR+ | 12-6874-142214 | 7/4/2017 | DNI |
| 13 | VSP 8284XSQ | 12-6874-143250 | 11/4/2017 | DNI |
| 14 | 7024XLS | 12-6874-143393 | 11/24/2017 | DNI |
| 15 | VSP 8404 | 12-6874-150867 | 3/6/2018 | DNI |
| 16 | 3526T | 12-6874-152013 | 5/19/2018 | DNI |
| 17 | 3526T-PWR+ | 12-6874-152012 | 5/19/2018 | DNI |
| 18 | 3510GT | 12-6874-152014 | 5/19/2018 | DNI |
| 19 | 3510GT－PWR＋ | 12-6874-152932 | 7/23/2018 | DNI |
| 20 | 3524GT－PWR＋ | 12-6874-152933 | 7/23/2018 | DNI |
| 21 | 3524GT | 12-6874-152934 | 7/23/2018 | DNI |
| 22 | 5928GTS | 12-6874-152935 | 7/23/2018 | Lite-On |
| 23 | 5952GTS－PWR+ | 12-6874-152936 | 7/23/2018 | Lite-On |
| 24 | 5928GTS－PWR＋ | 12-6874-152937 | 7/23/2018 | Lite-On |
| 25 | 5952GTS | 12-6874-152938 | 7/23/2018 | Lite-On |
| 26 | VSP 7254XTQ | 12-6874-153050 | 7/29/2018 | DNI |
| 27 | VSP 7254XSQ | 12-6874-153049 | 7/29/2018 | DNI |
| 28 | 3550T | 12-6874-153921 | 10/16/2018 | DNI |
| 29 | 3550T-PWR+ | 12-6874-153922 | 10/16/2018 | DNI |
| 30 | 5928GTS-uPWR | 12-6874-161952 | 6/2/2019 | Lit-On |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 74 of 130   PageID #: 16386

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383448

| Item | Product Name | MIIT Certificate No. | Valid Date | Factory |
|---|---|---|---|---|
| 31 | 4926GTS | 12-6874-161948 | 6/2/2019 | Lit-On |
| 32 | 4950GTS | 12-6874-161950 | 6/2/2019 | Lit-On |
| 33 | 4926GTS-PWR+ | 12-6874-161949 | 6/2/2019 | Lit-On |
| 34 | 4951GTS-PWR+ | 12-6874-161951 | 6/2/2019 | Lit-On |
| 35 | 3626GTS | | | |
| 36 | 3626GTS-PWR+ | | | |
| 37 | 3650GTS | | | |
| 38 | 3650GTS-PWR+ | | | |
| 39 | 59100GTS | 12-6874-163585 | 10/13/2019 | lite-On |
| 40 | 59100GTS-PWR+ | 12-6874-163584 | 10/13/2019 | Lite-On |
| 41 | ERS5928MTS-uPWR | | | |

| Item | Wireless - Model Name | Certificate No. | Validity |
|---|---|---|---|
| 1 | WLAN AP 9122 | 2015-0699 | 2020.2.27 |
| 2 | WLAN Ap 9123 | 2015-0696 | 2020.2.27 |
| 3 | WLAN AP 9144 | 2016-6046 | 9/23/2021 |
| 4 | WAP9114 | 2017AJ0109 | 1/3/2022 |

70

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383449

**Section 3.10(b)**
**<u>Permits Not in Full Force and Effect</u>**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 76 of 130   PageID #: 16388

OUTSIDE COUNSEL EYES ONLY                                                                 EXTREME-01383450

**Section 3.10(d)**
**<u>Violation of Permits</u>**

Reference is made to <u>Section 3.14(d)(i)</u> of these Disclosure Schedules.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 77 of 130   PageID #: 16389

OUTSIDE COUNSEL EYES ONLY                                                        EXTREME-01383451

**Section 3.12**
**Legal Proceedings**

1.  Network-1 Security Solutions, Inc. v. Alcatel-Lucent USA Inc., et al., US District Court, Eastern District of Texas, Tyler Division, Case No. 6:11-cv-00492: Accusing Avaya Inc. of patent infringement relating to multiple products, including networking.

2.  BlackBerry Limited, a Canadian Corporation, and BlackBerry Corporation, a Delaware Corporation v Avaya Inc., a Delaware Corporation, US District Court, Northern District of Texas, Dallas Division, Case 3:16-cv-02185-M: Accusing Avaya Inc. of patent infringement relating to 8 patents across product portfolio, including networking.

3.  Magnacross LLC v. Avaya Inc., US District Court, Eastern District of Texas, Marshall Division, Case No. 2:16-cv-1461: Accusing Avaya Inc. of patent infringement relating to wireless router products.

4.  On January 19, 2017, a customer, GovNet, Inc. sent Avaya a notice of breach alleging certain issues with products previously purchased and demanding replacement products to be provided. Avaya is reviewing the allegations in the claim.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 78 of 130   PageID #: 16390

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383452

**Section 3.13**
**Employee Benefit Plans; Labor**

1. Retention Bonus Agreement, dated May 13, 2016, between Avaya Inc. and Marc Randall.

2. Avaya Inc. Executive Change in Control Agreement, dated May 13, 2016, between Avaya Inc. and Marc Randall.

| Region | Country | Type | Global/CountryPlans |
|--------|---------|------|---------------------|
| Global | All | Bonus | FY17 Avaya Incentive Plan (AIP) |
| Global | All | Bonus | FY17 Sales Comp Plan |
| Global | All | Bonus | FY17 Accolades Plan |
| Global | All | Bonus | KEIP (Key Employee Incentive Plan) Participant Agreement & Agreement Append |
| Global | All | Bonus | FY17 Vice President Incentive Plan (VIP) |
| Global | All | Bonus | FY17 VP Advantage |
| NA | USA | Medical | The Avaya Inc. Medical Expense Plan for Salaried Employees |
| NA | USA | Retirement | Avaya Savings Plan for Salaried Employees DC |
| NA | USA | Dental | The Avaya Inc. Dental Expense Plan for Salaried Employees |
| NA | USA | Legal | The Avaya Inc. Group Legal Services Plan for Salaried Employees |
| NA | USA | Life | The Avaya Inc. Life Insurance Plan |
| NA | USA | Disability | The Avaya Inc. Long-Term Disability Plan for Salaried Employees |
| NA | USA | Flexible Savings Accounts | Health Care and Dependent Care |
| NA | USA | Disability | The Avaya Inc. Short-Term Disability Plan for Salaried Employees |
| NA | USA | Medical | The Avaya Inc. Vision Plan for Salaried Employees |
| NA | USA | Other | Avaya Inc. Business Travel Accident Insurance Plan |
| NA | USA | Medical | Avaya Inc. Long-Term Care Plan |
| NA | USA | Life | The Avaya Inc. Supplementary Life Insurance Plan |
| NA | USA | Life | The Avaya Inc. Supplementary AD&D Insurance Plan |
| NA | USA | Life | The Avaya Inc. Dependent Life Insurance Plan |
| NA | USA | Life | The Avaya Inc. Dependent AD&D Insurance Plan |
| NA | USA | Vacation | Regular vacation for non-exempt; Discretionary Time Off (DTO) for Exempt |
| NA | USA | Severance | Separation Plan for VP's June 2016 |
| NA | USA | Severance | Involuntary Separation Plan for Senior Officers May 2016 |
| NA | USA | Severance | US Force Management Program (FMP)-US only |
| NA | Canada | Medical | Medical Avaya Plan |
| NA | Canada | Dental | Sunlife Dental Plan |
| NA | Canada | Vision | Avaya Vision SunLife |

OUTSIDE COUNSEL EYES ONLY                                        EXTREME-01383453

| Region | Country | Type | Global/CountryPlans |
|--------|---------|------|---------------------|
| NA | Canada | Disability | Avaya Short Term Disability Sick Pay |
| NA | Canada | Disability | Avaya Long Term Disability Plan |
| NA | Canada | Life | Supplementary Life Insurance  Avaya Plan |
| NA | Canada | Retirement | Defined Contribution RRSP and DPSP Sunlife |
| NA | Canada | Vacation | Avaya Canada Vaction Policy |
| NA | Canada | Employee Referral | Canada Employee Referral Program |
| APAC | Australia | Disability | Avaya (TOWER) Disability Plan |
| APAC | Australia | Life | Suplementary Life Insurance  Avaya Plan |
| APAC | Australia | Transportation | Avaya Austrailia Car Allowance |
| APAC | Australia | Vacation | Australia Vacation Policy |
| APAC | Australia | Disability | Short and long-term |
| APAC | China | Dental | China Life - 100% Avaya Covered Plan |
| APAC | China | Vacation | China Employee Vacation Policy |
| APAC | China | Medical and Critical Illness | Avaya Medical Plan -Ping An |
| APAC | China | Vacation | Avaya China Vacation |
| APAC | China | Life Insurance | Ping An |
| APAC | India | Medical | Avaya India Medical Plan |
| APAC | India | Life | Supplementary Life Insurance Avaya Plan |
| APAC | India | Tuition Assistance | Tuition Assistance Program |
| APAC | India | Lunch/Meal | Avaya Meal Plan |
| APAC | India | Transportation | Avaya India Transportation Allowance |
| APAC | India | Vacation | Avaya India Employee Vacation Policy |
| APAC | Japan | Pension | As provided by govt. and Avaya |
| APAC | Japan | Disability | Ace Insurance Long term disability |
| APAC | Japan | Life | Supplementary Life - Daiichi Life Insurance |
| APAC | Japan | Tuition Assistance | Avaya Tuition Reimbursement Plan |
| APAC | Japan | Child Care | Avaya Japan Child Care Plan |
| APAC | Japan | Transportation | Avaya Japan Car Transportation Allowance |
| APAC | Japan | Vacation | Japan Employee Vacation Policy |
| APAC | Korea | Pension | Avaya Korea Pension plan |
| APAC | Korea | Life | Supplementary Life - Avaya Plan |
| APAC | Korea | Tuition Assistance | Avaya Tuition Reimbursement Plan |
| APAC | Korea | Lunch/Meal | Avaya Meal Plan |
| APAC | Korea | Child Care | Avaya Tuition Assistance |
| APAC | Korea | Transportation | Avaya Korea Transportation Allowance |
| APAC | Korea | Vacation | Korean Employee Vacation Policy |

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383454

| Region | Country | Type | Global/CountryPlans |
|--------|---------|------|---------------------|
| APAC | Macau | Medical | Self Insured and funded, administered by NGA |
| APAC | Macau | Dental | Self Insured and funded, administered by NGA |
| APAC | Macau | Life | Self Insured and funded, administered by NGA |
| APAC | Macau | Disability | Self Insured and funded, administered by NGA |
| APAC | Macau | Vacation | Avaya Macau Vacation Policy |
| APAC | Malaysia | Medical and Dental | MP Insurance Brokers Sdn Bhd and NGA Benefits (self-insured) |
| APAC | Malaysia | Disability | Avaya Malaysia Disability Plan |
| APAC | Malaysia | Life | Supplementary Life Insurance  Avaya Plan |
| APAC | Malaysia | Transportation | Avaya Malaysian Car Transportation Allowance |
| APAC | Malaysia | Vacation | Malaysian Employee Vacation Policy |
| APAC | Philippines | Pension | Avaya Philippines Retirement Plan |
| APAC | Philippines | Medical | PHILCARE Medical plan |
| APAC | Philippines | Disability | PHILCARE Disability plan |
| APAC | Philippines | Life | PHILCARE Life Insurance plan |
| APAC | Philippines | Vacation | Avaya Policy |
| APAC | Singapore | Medical | Aviva Medical Plan |
| APAC | Singapore | Dental | Avaya Self-insured NGA Benefits |
| APAC | Singapore | Disability | Aviva Disability Plan |
| APAC | Singapore | Life | Aviva Life Insurance Plan |
| APAC | Singapore | Vacation | Avaya Singapore Vacation Policy |
| CALA | Chile | Medical | Metlife |
| CALA | Chile | Dental | Metlife |
| CALA | Chile | Vision | Metlife |
| CALA | Chile | Life | Avaya policy |
| CALA | Chile | Disability | Isapre/Fonasa |
| CALA | Colombia | Pension | As provided by govt. and Avaya Retirement Plan |
| CALA | Chile | Vacation | Avaya Policy |
| CALA | Colombia | Medical | Avaya Medical Plan |
| CALA | Colombia | Vision | Avaya Colombia Vision Plan |
| CALA | Colombia | Disability | Avaya Disability Plan |
| CALA | Colombia | Life | Supplementary Life Insurance Avaya Plan |
| CALA | Colombia | Tuition | Tuition Assistance Program |
| CALA | Colombia | Transportation | Avaya Colombia Transportation Allowance |
| CALA | Colombia | Vacation | Avaya Colombia Employee Vacation Plan |
| CALA | Mexico | Pension | As provided by govt. and Avaya Retirement Plan |
| CALA | Mexico | Dental | Avaya (Centauro) Dental Plan |
| CALA | Mexico | Vision | Avaya (MetLife) Vision Plan |
| CALA | Mexico | Disability | Avaya Disability Plan |
| CALA | Mexico | Life | Supplementary Life Insurance Avaya Plan |

OUTSIDE COUNSEL EYES ONLY                                    EXTREME-01383455

| Region | Country | Type | Global/CountryPlans |
|--------|---------|------|---------------------|
| CALA | Mexico | Tuition Assistance | Tuition Assistance Program |
| CALA | Mexico | Lunch/Meal | Avaya Meal Plan |
| CALA | Mexico | Transportation | Avaya Mexico Transportation Allowance |
| CALA | Mexico | Vacation | Avaya Mexico Vacation Policy |
| EMEA | France | Pension | As provided by govt. and Avaya |
| EMEA | France | Medical | Swiss Life |
| EMEA | France | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | France | Vacation | Avaya France Vacation Policy |
| EMEA | Germany | Disability | Avaya Funded |
| EMEA | Germany | Medical | On-site physician Avaya |
| EMEA | Germany | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | Germany | Tuition Assistance | Tuition Assistance Program |
| EMEA | Germany | Lunch/Meal | Avaya Meal Plan |
| EMEA | Germany | Transportation | Avaya Germany Transportation Allowance |
| EMEA | Germany | Vacation | Avaya Germany Vacation Policy |
| EMEA | Germany | Pension | DB plans – enrollment specific to EE |
| EMEA | Ireland | Disability | Avaya Funded disability plan |
| EMEA | Ireland | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | Ireland | Tuition Assistance | Tuition Assistance Program |
| EMEA | Ireland | Retirement | Avaya Int'l Sales Retirement Savings Scheme |
| EMEA | Ireland | Vacation | Avaya Ireland Vacation Policy |
| EMEA | Ireland | Transportation | Avaya Ireland Transportation Allowance |
| EMEA | Italy | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | Italy | Lunch/Meal | Avaya Meal plan |
| EMEA | Italy | Vacation | Avaya and govt |
| EMEA | Italy | Transportation | Avaya Italy Transportation Allowance |
| EMEA | Netherlands | Pension | As provided by govt. and Avaya |
| EMEA | Netherlands | Disability | Avaya Funded disability plan |
| EMEA | Netherlands | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | Netherlands | Tuition Assistance | Tuition Assistance Program |
| EMEA | Netherlands | Vacation | Avaya policy and Govt |
| EMEA | Netherlands | Transportation | Avaya Netherlands Transportation Allowance |
| EMEA | Russia | Dental | Avaya Medical Plan |
| EMEA | Russia | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | Russia | Lunch/Meal | Avaya Meal plan |
| EMEA | Russia | Retirement | Metlife |
| EMEA | Russia | Vacation | Avaya Russia Vacation Policy |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 82 of 130   PageID #: 16394

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383456

| Region | Country | Type | Global/CountryPlans |
|--------|---------|------|---------------------|
| EMEA | Russia | Transportation | Avaya Russia Transportation Allowance |
| EMEA | Saudi Arabia | Medical | Saudi Arabia Medical Insurance. (BUPA MEDICAL INSURANCE) |
| EMEA | Saudi Arabia | Dental | Avaya Saudi Arabia Dental Plan (BUPA MEDICAL INSURANCE) |
| EMEA | South Africa | Disability | Avaya Funded |
| EMEA | South Africa | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | South Africa | Lunch/Meal | Avaya Meal Plan |
| EMEA | South Africa | Transportation | Avaya South Africa Transportation Allowance |
| EMEA | South Africa | Vacation | Avaya South Africa Vacation Policy |
| EMEA | Spain | Medical | Avaya Medical Plan Sanitas |
| EMEA | Spain | Dental | Avaya (Sanitas) Dental Plan |
| EMEA | Spain | Vision | Avaya (Sanitas) Vision Plan |
| EMEA | Spain | Retirement | Santander Central Hispano Investment DC Plan |
| EMEA | Spain | Vacation | Avaya Spain Vacation Policy |
| EMEA | Spain | Disability | Caser Seguros |
| EMEA | Spain | Meals | Avaya Policy |
| EMEA | Spain | Tuition | Avaya Policy |
| EMEA | Spain | Transportation | Car allowance |
| EMEA | Switzerland | Transportation | Avaya Switzerland Transportation Allowance |
| EMEA | Switzerland | Vacation | Avaya Switzerland Vacation Policy |
| EMEA | UAE | Dental | Avaya Medical Plan - bupa International |
| EMEA | UAE | Life | Supplementary Life Insurance Avaya Plan |
| EMEA | UAE | Tuition Assistance | Tuition Assistance Program |
| EMEA | UAE | Transportation | Avaya UAE Transportation Allowance |
| EMEA | UAE | Vacation | Avaya UAE Vacation Policy |
| EMEA | UK | Medical | Avaya Medical Plan Bupa |
| EMEA | UK | Disability | Avaya Funded disability plan |
| EMEA | UK | Life Insurance | Unum |
| EMEA | UK | Retirement | Capita – Salary Sacrifice |
| EMEA | UK | Vacation | Avaya UK Vacation Policy |

OUTSIDE COUNSEL EYES ONLY

**Section 3.13(c)**
**Labor Organizations**

**Labor Organizations**
- China: All-China Federation Trade Union (ACFTU)
- Mexico: Sindicato Nacional de Trabajadores de la Industria Electrica y de la Fabricacion de aparatos, equipos, articulos y accessorios para la electricidad  y actividades conexas
- Mexico: Sindicato Nacional de Trabajadores de Nueva Leon

**Works' Councils (by country)**
- European Works Council – All employees working in EU jurisdictions are covered by the European Works Council
- Austria – In country works council
- Belgium – In country works council
- Czech Republic – In country works council
- France – In country works council
- Germany – In country works council
- Hungary – In country works council
- Italy – In country works council
- Netherlands – In country works council
- Spain – In country works council

**Employee Representative Countries**
- Ireland
- UK

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 84 of 130   PageID #: 16396

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383458

## Section 3.14
## Compliance with Laws

**(a)**

1. Reference is made to Section 3.14(d)(i) of these Disclosure Schedules.

2. Avaya Communication de Mexico received a letter from the Office of the Secretary of Labor on May 28, 2015 regarding safety violations at the Masaryk location from a safety and hygiene inspection performed there on Nov 20, 2013. The issues identified in the letter and the inspection have been resolved and Avaya has not received any further communications from the Office of the Secretary of Labor or any other Governmental Entity.

3. Avaya Inc. Pension Plan for Salaried Employees (the "**Plan**") received an audit letter from the U.S. Department of Labor on January 20, 2017 seeking the production of various documents regarding the Plan. Avaya is cooperating with the audit, and no penalties have been issued. In addition to requests relating to the Plan specifically, the audit letter also requests census information regarding all Avaya ERISA plans, including, but not limited to, the 401k plan.

**(b)**

None.

**(c)**

None.

**(d)**

**(i)**

1. Australian Voluntary Disclosure: In March 2014, a dual use controlled product with ECCN of 5A002 was exported without the proper Australian authorization of VSP product from Avaya Australia to Avaya Inc. This was a non-inventory shipment and was not processed through Avaya's ERP ("**Enterprise Resource Planning**") system and as such the license requirement was not captured. Corrective measures have been put in place to ensure that manual transactions are appropriately vetted. The Australian authorities issued a warning letter to Avaya. There were no financial penalties incurred.

2. Avaya Korea: Avaya Korea did not secure export authorizations for Gateway products on four occasions between the period of May 2009 and November 2011. These products were being exported for repair and replacement. Avaya Korea does not have import/export operational teams to support this business stream, rather it relies on a service provider to conducts its import/export transactions where applicable. This investigation was initiated by the government authorities as a result of the Korean government implementing electronic systems to oversee import and export transactions. Corrective measures have been implemented with Avaya registering its dual use goods within the government system, and

80

OUTSIDE COUNSEL EYES ONLY   EXTREME-01383459

where applicable the service provider is securing the required authorizations as per Korea's regulations. Fines were issued to Avaya Korea as well as the managing director totaling approximately USD 12,000.

3.  A voluntary self-disclosure was submitted to the US authorities in April of 2015 for transactions destined to Chile and Argentina without the appropriate US export authorization.

    - Chile: Infraction of an indirect sale to a sensitive government end user which was limited to a single sales order placed with AISL by Sixtra (AKA Sixbell) Chile S.A. Sixtra. Sixtra was the entity that had the direct relationship with a military end user and was the party that sold the dual used controlled product (G450 Media Gateway – CCATS G055068) to the Carabineros (sensitive government end user).

    - Argentina: Infraction of transactions between 2010 and 2014 where US export and in country transfer of dual use controlled product to a sensitive government end user did not have the appropriate US authorizations. The dual use items consisted of:

    1.  Session Manager – CCATS G068413
    2.  Communication Manager - CCATS G147378
    3.  Scopia Elite – CCATS G147688
    4.  G450 Gateway – CCATS G055068
    5.  80 Channel Daughterboard – CCATS G055068
    6.  Avaya Aura Conferencing  -  CCATS G145655
    7.  Avaya Session Border Controller (ASBCE) – CCATS G072860

    - The government findings resulted in warning letter to Avaya (January 2016) and corrective measures and revised procedures on determining the type of "customer" within Avaya's ERP have been implemented.

**(ii)**

None.

**(iii)**

1.  Avaya Korea:  Avaya Korea did not secure export authorizations for Gateway products on four occasions between the period of May 2009 and November 2011. These products were being exported for repair and replacement. Avaya Korea does not have import/export operational teams to support this business stream, rather it relies on a service provider to conducts its import/export transactions where applicable. This investigation was initiated by the government authorities as a result of the Korean government implementing electronic systems to oversee import and export transactions. Corrective measures have been implemented with Avaya registering its dual use goods within the government system, and where applicable the service provider is securing the required authorizations as per Korea's regulations. Fines were issued to Avaya Korea as well as the managing director totaling approximately US $12,000.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383460

**Section 3.14(e)**
**Export Permits**

| ELA# | Country | Date of Expiry | Note |
|---|---|---|---|
| D1044037 | Afghanistan | 29-Feb-20 | |
| D517865 | Algeria | 30-Nov-17 | |
| D547953 | Argentina | 30-Sep-18 | |
| D1015522 | Azerbaijan | 31-May-19 | |
| D1019313 | Brazil | 30-Jun-19 | |
| D548668 | Chile | 31-Oct-18 | |
| D1015521 | China | 30-Jun-19 | No Military, Intelligence or Federal Police. |
| D544870 | Colombia | 31-Aug-18 | |
| D1011383 | Egypt | 30-Apr-19 | |
| D1015524 | Georgia | 31-May-19 | |
| D510214 | Global - Non Sensitive | 31-Jul-17 | |
| D544867 | India | 30-Sep-18 | |
| D1024755 | Indonesia | 31-Aug-19 | |
| D1044038 | Israel | 29-Feb-20 | |
| D517484 | Kazakhstan | 31-Oct-17 | |
| D1020420 | Kuwait | 30-Jun-19 | |
| D547957 | Lebanon | 30-Sep-18 | |
| D536526 | Mexico | 31-May-18 | |
| D548673 | Mexico | 31-Oct-18 | |
| D1044035 | Oman | 31-Jan-20 | |
| D1077994 | Philippines | 28-Feb-21 | |
| D1044036 | Qatar | 31-Jan-20 | |
| D536239 | S. Korea | 31-May-18 | |
| D517837 | Saudi Arabia | 30-Nov-17 | |
| D531263 | Singapore | 30-Apr-18 | |
| D543093 | Taiwan | 31-Aug-18 | |
| D547962 | Thailand | 30-Nov-18 | |
| D517674 | UAE | 30-Nov-17 | |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 87 of 130   PageID #: 16399

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383461

| ELA# | Country | Date of Expiry | Note |
|---|---|---|---|
| D521041 | Vietnam | 30-Nov-17 | |
| IE1628567GN | GLOBAL | 22-Mar-17 | Issued for AISL(Ireland) |
| DOD/DEP/16378451 | Multiple Countries | 21-Dec-18 | Issued by Australian Gov-18 territories |
| MFA00900003242F | Multiple Countries | 31-Jul-18 | Issued by New Zealand Gov. – 15 territories + NATO, CA AND US |

************

Avaya obtains permits to allow it to route "controlled goods" (as identified by the Hong Kong authorities) through Hong Kong. A limited permit specific to each shipment is obtained. Such permits have no value after the shipment and they cannot be reused or transferred.

************

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 88 of 130   PageID #: 16400

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383462

# Certificates for Importing From Free Trade Zone and Sales in China - CCC

**Avaya CCC Certificate and CCC Marker Printing permission List**   9/7/2016

| | 产品名称 (Voice) 数字程控用户交换机 | CCC 证书 No. | CCC 有效期至 | CCC 印刷批准书 | CCC 印刷有效期 | 生产厂 |
|---|---|---|---|---|---|---|
| 1 | G650 & phones | 2010 011605386004 | 1/8/2020 | FZ201501059313 | 1/9/2017 | Flex Zhuhai |
| 2 | IPO500/IPO500V2 | 2009 011605378644 | 6/9/2018 | FZ201501059315 | 6/9/2018 | Wistron Zhongshan |
| 3 | CS1000- MG1010 & phones | 2012 011605524723 | 1/9/2017 | FZ201501059314 | 1/9/2017 | Flex Zhuhai |
| 4 | CS1000 - MG1000 & phones | 2012 011605536506 | 8/23/2016 | FZ201501059314 | 8/23/2016 | Flex Zhuhai |
| 5 | CS1000-Cabinet & Phones | 2012 011605539757 | 1/9/2017 | FZ201501059314 | 1/9/2017 | Flex Zhuhai |
| 6 | G430,EM201 | 2015 011605771062 | 12/26/2017 | FZ1501027536 | 12/26/2017 | Lite-On |
| 7 | G450,Avaya Distributed Office i360 & Phones | 2015 011605772677 | 12/26/2017 | FZ1501027535 | 12/26/2017 | Lite-On |
| 8 | | | | | | |
| | 产品名称 (Data) 以太网交换机 | CCC 证书No. | CCC 有效期至 | CCC 印刷批准书 | CCC印刷有效期 | 生产厂 |
| 1 | 7024XLS | 2011-011608498171 | 2/18/2019 | kept by DNI | | DNI |
| 2 | 4826GTS-PWR+,4850GTS-PWR+ | 2011-011608499243 | 3/7/2018 | kept by DNI | | DNI |
| 3 | 4526T-PWR+,4550T-PWR+ | 2011-011608499191 | 1/9/2019 | kept by DNI | | DNI |
| 4 | 4826GTS,4850GTS | 2011-011608500067 | 6/21/2018 | kept by DNI | | DNI |
| 5 | 3524GT ,3526T | 2012-011608537649 | 4/13/2017 | kept by DNI | | DNI |

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383463

## Certificates for Importing From Free Trade Zone and Sales in China - CCC

**Avaya CCC Certificate and CCC Marker Printing permission List**          **9/7/2016**

| | 产品名称 **(Voice)** 数字程控用户交换机 | **CCC 证书 No.** | **CCC 有效期至** | **CCC 印刷批准书** | **CCC 印刷有效期** | 生产厂 |
|---|---|---|---|---|---|---|
| 6 | 3524GT-PWR+ ,3526T-PWR+ | 2012-011608537164 | 9/10/2020 | kept by DNI | | DNI |
| 7 | 3510GT | 2012-011608544117 | 2/28/2017 | kept by DNI | | DNI |
| 8 | 3510GT-PWR+ | 2012-011608537173 | 9/20/2020 | kept by DNI | | DNI |
| 9 | 3549GTS | 2014 011608669725 | 12/9/2018 | kept by DNI | | DNI |
| 10 | 3549GTS-PWR+ | 2014 011608670783 | 12/9/2018 | kept by DNI | | DNI |
| 11 | 7024XT | 2014 011608688743 | 4/22/2019 | FZ2014029094 | | DNI |
| 12 | VSP 4450GSX-PWR+ | 2014 011608691777 | 5/6/2019 | FZ2014033701 | | DNI |
| 13 | VSP8284XSQ | 2014 011608706256 | 7/7/2019 | FZ2014050895 | | DNI |
| 14 | VSP 7254XSQ | 2015 011608770694 | 4/10/2020 | kept by DNI | | DNI |
| 15 | VSP 7254XTQ | 2015 011608771416 | 4/10/2020 | kept by DNI | | DNI |
| 16 | 3550T | 2015 011608810607 | 7/30/2020 | kept by DNI | | DNI |
| 17 | 3550T-PWR+ | 2016 011608810604 | 7/30/2020 | kept by DNI | | DNI |
| 18 | VSP 8404 | 2015 011608758365 | 2/2/2020 | FZ1501007262 | | DNI |
| 19 | 5928GTS,5952GTS | 2015 011608778089 | 5/29/2020 | FZ1594001179 | 5/29/2020 | Lite-On |
| 20 | 5928GTS-PWR+,5952GTS-PWR+,5928GTS-uPWR | 2016 011608778090 | 5/29/2020 | FZ1594001180 | 5/29/2020 | Lite-On |
| 21 | 4926GTS 4950GTS | 2016 011608856360 | 4/8/2021 | FZ1694000918 | | Lite-On |
| 22 | 4926GTS-PWR+  4951GTS- | 2016 011608856812 | 4/11/2021 | FZ1694000960 | | Lite-On |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 90 of 130   PageID #: 16402

OUTSIDE COUNSEL EYES ONLY                                                        EXTREME-01383464

## Certificates for Importing From Free Trade Zone and Sales in China - CCC

**Avaya CCC Certificate and CCC Marker Printing permission List**          9/7/2016

| | 产品名称 (Voice) 数字程控用户交换机 | CCC 证书 No. | CCC 有效期至 | CCC 印刷批准书 | CCC 印刷有效期 | 生产厂 |
|---|---|---|---|---|---|---|
| | PWR+ | | | | | |
| 23 | 3626GTS | 2017 April | | | | |
| 24 | 3626GTS-PWR+ | | | | | |
| 25 | 3650GTS | | | | | |
| 26 | 3650GTS-PWR+ | | | | | |
| 27 | 59100GTS | 2016 011608906063 | 20121/9/27 | FZ1694002935 | | Lite-On |
| 28 | 59100GTS-PWR+ | 2016 011608906064 | 20121/9/27 | FZ1694002934 | | Lite-On |
| 29 | ERS5928MTS-uPWR | 2017 March | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | 产品名称 (Video) 会议电视产品 | CCC 证书No. | CCC 有效期至 | CCC 印刷批准书 | CCC印刷有效期 | 生产厂 |
| 1 | SR1600 | 2015 160911040567 | 7/30/2020 | FZ1501054376 | 7/30/2020 | Avnet technology Solution USA |
| 2 | Scopia XT7000 | 2015 160911850576 | 5/14/2020 | FZ1501026275 | 5/14/2020 | Flex Zhuhai |
| 3 | Scopia Elite 6000/E Series | 2015 160911131801 | 3/1/2020 | FZ1501003473 | 3/1/2020 | Avnet technology Solution USA |
| 4 | Scopia Elite 6000/M Series | 2015 160911933313 | 3/1/2020 | FZ1501003474 | 3/1/2020 | Avnet technology Solution USA |

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383465

## Certificates for Importing From Free Trade Zone and Sales in China - CCC

**Avaya CCC Certificate and CCC Marker Printing permission List**    9/7/2016

| | 产品名称 **(Voice)** 数字程控用户交换机 | CCC 证书 **No.** | CCC 有效期至 | CCC 印刷批准书 | CCC 印刷有效期 | 生产厂 |
|---|---|---|---|---|---|---|
| 5 | Scopia Pathfinder, Scopia Application Server | 2015 160911434742 | 3/4/2020 | FZ1501003472 | 3/4/2020 | Avnet technology Solution USA |
| 6 | Scopia XT4000 Series, Scopia XT5000 Series | 2013 160911000022 | 11/13/2018 | FZ1501003476 | 11/13/2018 | Flex Zhuhai |
| 7 | Scopia XT Executive 240 | 2014 160911000168 | 10/23/2018 | FZ1501003475 | 10/23/2018 | Flex Zhuhai |
| 8 | Scopia XT Executive 240 Refresh | | | | | |
| 9 | | | | | | |
| 10 | SR1630   Server | 2011 010911510053 | 10/23/2018 | | | Israel |
| 11 | SR1600   Server | 2011 010911513688 | 10/23/2018 | | | Israel |
| 12 | Scopia XT1000  terminal | 2011 010911509704 | 10/23/2018 | | | Israel |
| 13 | Scopia400（MCU) | 2011 010911485951 | 7/7/2016 | | | Israel |
| 14 | Scopia XT5000 series,XT4000 series (XT4200) | 2012 010911538802 | 9/4/2018 | | | Phillipine |
| 15 | Scopia Elite 5100 (MCU) | 2011 010911481847 | 2/14/2019 | | | Israel |
| 16 | Scopia Elite 5200 (MCU) | 2012 010911492587 | 2/14/2019 | | | Israel |
| 17 | Scopia XT Executive 240 terminal | 2013 010911605540 | 10/23/2018 | | | Phillipine |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 92 of 130   PageID #: 16404

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383466

| | | Certificates for Importing and Sales in China – MIIT | | | |
|---|---|---|---|---|---|
| | | **Avaya MIIT Certificate List** | | **9/7/2016** | |
| **Item** | **Product Name** | **MIIT Certificate No.** | | **Valid Date** | **Factory** |
| 1 | G450 PABX | 04-6874-111245 | | 5/15/2017 | CBT Chongqing |
| 2 | G650 PABX | 04-6874-162411 | | 7/6/2019 | Flex Zhuhai |
| 3 | CS1000E PABX | 04-6874-142058 | | 6/23/2017 | Flex Zhuhai |
| 4 | IPO 500 V2 PABX | 04-6874-162138 | | 6/15/2019 | Wistron Zhongshan |
| 5 | VSP9000 Layer 3 Switch | 12-6874-142602 | | 8/15/2017 | USA |
| 6 | 7024LSX | 12-6874-143393 | | 11/24/2017 | DNI |
| 7 | 4850GTS-PWR+ | 12-6874-143752 | | 12/23/2017 | DNI |
| 8 | 4850GTS | 12-6874-143754 | | 12/23/2017 | DNI |
| 9 | 4826GTS-PWR+ | 12-6874-143753 | | 12/23/2017 | DNI |
| 10 | 4826GTS | 12-6874-143755 | | 12/23/2017 | DNI |
| 11 | 4526T-PWR+ | 12-6874-143751 | | 12/23/2017 | DNI |
| 12 | 4550T-PWR+ | 12-6874-143750 | | 12/23/2017 | DNI |
| 13 | 3549GTS, | 12-6874-164717 | | 12/27/2019 | DNI |
| 14 | 3549GTS-PWR+ | 12-6874-164718 | | 12/27/2019 | DNI |
| 15 | 7024XT | 12-6874-141869 | | 5/30/2017 | DNI |
| 16 | VSP 4450GSX-PWR+ | 12-6874-142214 | | 7/4/2017 | DNI |
| 17 | VSP 8284XSQ | 12-6874-143250 | | 11/4/2017 | DNI |
| 18 | 7024XLS | 12-6874-143393 | | 11/24/2017 | DNI |
| 19 | VSP 8404 | 12-6874-150867 | | 3/6/2018 | DNI |
| 20 | 3526T | 12-6874-152013 | | 5/19/2018 | DNI |
| 21 | 3526T-PWR+ | 12-6874-152012 | | 5/19/2018 | DNI |
| 22 | 3510GT | 12-6874-152014 | | 5/19/2018 | DNI |
| 23 | G430 PABX | 04-6874-152499 | | 6/17/2018 | Lite-On |
| 24 | G450 PABX | 04-6874-141672 | | 5/15/2017 | Lite-On & Chongqing |
| 25 | 3510GT－PWR＋ | 12-6874-152932 | | 7/23/2018 | DNI |
| 26 | 3524GT－PWR＋ | 12-6874-152933 | | 7/23/2018 | DNI |
| 27 | 3524GT | 12-6874-152934 | | 7/23/2018 | DNI |
| 28 | 5928GTS | 12-6874-152935 | | 7/23/2018 | Lite-On |
| 29 | 5952GTS－PWR+ | 12-6874-152936 | | 7/23/2018 | Lite-On |
| 30 | 5928GTS－PWR＋ | 12-6874-152937 | | 7/23/2018 | Lite-On |
| 31 | 5952GTS | 12-6874-152938 | | 7/23/2018 | Lite-On |
| 32 | VSP 7254XTQ | 12-6874-153050 | | 7/29/2018 | DNI |
| 33 | VSP 7254XSQ | 12-6874-153049 | | 7/29/2018 | DNI |
| 34 | 3550T | 12-6874-153921 | | 10/16/2018 | DNI |
| 35 | 3550T-PWR+ | 12-6874-153922 | | 10/16/2018 | DNI |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 93 of 130   PageID #: 16405

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383467

| Certificates for Importing and Sales in China – MIIT | | | | |
|---|---|---|---|---|
| **Avaya MIIT Certificate List** | | **9/7/2016** | | |
| **Item** | **Product Name** | **MIIT Certificate No.** | **Valid Date** | **Factory** |
| 36 | 5928GTS-uPWR | 12-6874-161952 | 6/2/2019 | Lit-On |
| 37 | 4926GTS | 12-6874-161948 | 6/2/2019 | Lit-On |
| 38 | 4950GTS | 12-6874-161950 | 6/2/2019 | Lit-On |
| 39 | 4926GTS-PWR+ | 12-6874-161949 | 6/2/2019 | Lit-On |
| 40 | 4951GTS-PWR+ | 12-6874-161951 | 6/2/2019 | Lit-On |
| 41 | | | | |
| 42 | 3626GTS | | | |
| 43 | 3626GTS-PWR+ | | | |
| 44 | 3650GTS | | | |
| 45 | 3650GTS-PWR+ | | | |
| 46 | 59100GTS | 12-6874-163585 | 10/13/2019 | lite-On |
| 47 | 59100GTS-PWR+ | 12-6874-163584 | 10/13/2019 | Lite-On |
| 48 | ERS5928MTS-uPWR | | | |
| | | | | |
| 42 | | | | |
| 43 | | | | |
| | **Video Products** | **MIIT Certificate No.** | **Valid Date** | **Factory** |
| 1 | Scopia XT Executive 240 | 16-6874-153251 | 8/10/2018 | Flex Zhuhai |
| 2 | Scopia XT4000 | 16-6874-153249 | 8/10/2018 | Flex Zhuhai |
| 3 | Scopia XT7000 | 16-6874-153250 | 8/10/2018 | Flex Zhuhai |
| 4 | Scopia XT5000 | 16-6874-153261 | 8/10/2018 | Flex Zhuhai |
| 5 | Scopia Elite 6000/E (MCU) | 16-6874-152993 | 7/27/2018 | USA |
| 6 | Scopia Elite 6000/M (MCU) | 16-6874-152993 | 7/27/2018 | USA |
| 7 | Scopia XT Executive 240 Refresh | | | |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 94 of 130   PageID #: 16406

OUTSIDE COUNSEL EYES ONLY                                                                 EXTREME-01383468

## Section 3.15
## <u>Sufficiency of Assets</u>

**<u>(a)</u>**

**<u>(b)</u>**

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383469

**Section 3.16**
**Certain Business Relationships with Affiliates**

1. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

2. The Avaya Xirrus Interest.

3. Avaya's ability to appoint a board member to Xirrus.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 96 of 130   PageID #: 16408

OUTSIDE COUNSEL EYES ONLY                                    EXTREME-01383470

**Section 3.19**
**<u>Insurance</u>**

None.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383471

## Section 3.20
## Top Customers and Top Suppliers

**Customers:**

| Rank | Name | Revenue (in millions) |
|------|------|----------------------|
| 1 | Westcon | $75.1 |
| 2 | ScanSource, Inc. | $35.9 |
| 3 | Synnex Corporation | $22.5 |
| 4 | Ingram Micro | $13.7 |
| 5 | State of Kentucky - K-12 | $10.6 |
| 6 | Jenne Distributors Inc. | $9.6 |
| 7 | Tech Data (Azlan) | $6.6 |
| 8 | Avnet | $3.0 |
| 9 | FIAT Chrysler | $2.7 |
| 10 | Dimension Data | $2.6 |
| 11 | Federal Bureau of Investigation | $2.2 |
| 12 | Mideast Data Systems | $2.2 |
| 13 | Redington Gulf | $2.0 |
| 14 | Comptek | $1.9 |
| 15 | China Communication Software Information | $1.8 |
| 16 | Almasa | $1.8 |
| 17 | Continental AG (Simac Technik) | $1.7 |
| 18 | State of Virginia - Local Government | $1.6 |
| 19 | The Capita Group Plc (Capita IT Services) | $1.5 |
| 20 | Middle East Telecommunication | $1.5 |

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 98 of 130   PageID #: 16410

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383472

**Suppliers:**

| Rank | Name | Spend (in millions) |
|---|---|---|
| 1 | DELTA ELECTRONICS INC | $63.0 |
| 2 | AVNET INC | $18.2 |
| 3 | LITE ON TECHNOLOGY CORP | $15.6 |
| 4 | XIRRUS INC | $13.0 |
| 5 | LUXOFT PROFESSIONAL | $9.2 |
| 6 | FLEXTRONICS INTERNATIONAL LTD | $7.5 |
| 7 | WORLD WIDE TECHNOLOGY INC | $6.5 |
| 8 | INFOSYS | $2.6 |
| 9 | ASTEC AMERICA INC | $2.1 |
| 10 | INNOVATIA US INC. | $1.7 |
| 11 | EMC CORP | $1.6 |
| 12 | IXIA | $1.2 |
| 13 | TATA ELXSI LIMITED | $1.1 |
| 14 | TAPFIN PROCESS SOLUTIONS | $1.0 |
| 15 | EION INTERNATIONAL INC | $0.6 |
| 16 | SPIRENT COMMUNICATIONS | $0.5 |
| 17 | COMMUNICATIONS TEST DESIGN INC | $0.4 |
| 18 | BROADCOM CORPORATION | $0.3 |
| 19 | CSI LEASING INC | $0.3 |
| 20 | HP | $0.3 |

Avaya's contract with Astec America Inc. has expired; however, as of the date hereof, the parties have continued to operate under the terms of the agreement.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 99 of 130   PageID #: 16411

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383473

Avaya's contract with EMC Corp. has expired. Avaya continues to purchase EMC requirements through Avaya's contract with Avnet Inc.

95
OUTSIDE COUNSEL EYES ONLY EXTREME-01383474

**Section 5.01**
**<u>Conduct of Business</u>**

**(i)**

None.

**(ii)**

None.

**(iii)**

None.

**(iv)**

None.

**(v)**

None.

**(vi)**

None.

**(vii)**

None.

**(viii)**

Amend or modify any of the Contracts listed in <u>Section 3.09(b)</u>.

**(ix)**

Between signing and Closing, Avaya requires the ability to settle any of the disputes set forth as Proceedings under <u>Section 3.08(b)</u> and <u>3.12</u> of these Disclosure Schedules and those items are incorporated by reference herein; provided that any such settlement shall be a Retained Liability; provided further that any settlement in excess of $500,000 shall require Purchaser's consent. Furthermore, to the extent that Avaya enters into any release or license agreement in connection with any such settlement, Avaya shall ensure that such release or license agreement may be assigned to Purchaser without the counterparty's consent.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383475

**(x)**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 102 of 130   PageID #: 16414

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383476

**Section 5.07**
**Use of Retained Names and Marks**

| Mark | Owner | Country | Status/Number |
|---|---|---|---|
| **AVAYA SURGE** | Avaya Inc. | US | Application No.: 87229772 filed 11/8/16 |
| **AVAYA MANTLE** | Avaya Inc. | US | Application No.: 87164583 filed 9/8/16 |

The trademark "Avaya," including all registrations and applications for registration of the trademark "Avaya."

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383477

**Section 5.08**
**Seller Credit Support Obligations**

1. Avaya Inc. Irrevocable Standby Letter of Credit issued by Citibank Canada, issued on September 14, 2011, as amended on November 29, 2012 and as further amended on March 15, 2016, for the benefit of The Manufacturers Life Insurance Company, letter of credit no. 5221257502, in an amount not to exceed CAD 500,000.00, with an expiration date of October 1, 2017, in support of the Lease agreement, dated September 12, 2011, between 425 Legget Drive Property GP Inc. and Avaya Canada Corp. for 425 Legget Drive, Ottawa, Ontario, Canada.

2. Indemnity Agreement, dated September 13, 2011, between 425 Legget Drive Property and Avaya Inc.

3. Licence to Assign relating to Building 3, Maidenhead Office Park, dated 18 December 2009, by and among AXA Sun Life plc, Nortel Networks UK Limited (in administration), Avaya UK and Avaya Inc.

4. Deed of Assignment, dated 18 December 2009, of leasehold property known as Building 3 Maidenhead Office Park, Maidenhead, between Nortel Networks UK Limited (in administration), Avaya UK and Avaya Inc.

OUTSIDE COUNSEL EYES ONLY                                             EXTREME-01383478

**Section 5.10(b)**
**<u>Purchase Price to be paid to each Seller</u>**

To be provided between the signing and Closing Date.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 105 of 130   PageID #: 16417

OUTSIDE COUNSEL EYES ONLY                                        EXTREME-01383479

**Section 6.03(b)**
**<u>Assumed Pension Obligations</u>**

German Pension Liabilities                                    US $577,000

(based on US GAAP Valuation as of 9/30/16, 9 employees at Avaya Deutschland GmbH)

OUTSIDE COUNSEL EYES ONLY                                    EXTREME-01383480

**Section 7.01(a)**
**Applicable Foreign Merger Control Law**

1. The German Act Against Restraints on Competition (*Gesetz gegen Wettbewerbsbeschrankungen*).

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 107 of 130   PageID #: 16419

OUTSIDE COUNSEL EYES ONLY                                          EXTREME-01383481

**Section 7.02(g)**
**<u>Material Consents</u>**

1. Master Services Agreement, dated as of January 1, 2014, by and between Avaya, Inc., Avaya International Sales Limited and Luxoft Global Operations GmbH, as amended and the related Amended and Restated Addendum to Master Services Agreement, dated September 1, 2014.*

2. Master Services Agreement, dated as of September 27, 2011 (effective as of August 4, 2010) by and between Avaya, Inc. and Aricent Technologies Mauritius Ltd.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 108 of 130   PageID #: 16420

OUTSIDE COUNSEL EYES ONLY                                          EXTREME-01383482

**Section 7.02(i)**
**<u>Liens</u>**

Each of the Liens on <u>Section 3.06(a)(i)</u> of the Disclosure Schedule, to the extent such liens are on Transferred Assets held by Avaya or its subsidiaries (other than the Debtors).

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 109 of 130   PageID #: 16421

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383483

**Section 9.05(c)**
**<u>Materiality Qualifications</u>**

The first instance in Section 3.04(a)

The only instance in Section 3.05(a)

The only instance in Section 3.09(a)(xiii)

The only instance in Section 3.09(a)(xix)

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 110 of 130   PageID #: 16422

OUTSIDE COUNSEL EYES ONLY                                    EXTREME-01383484

**Section 11.05(b)(i)**
**<u>Accounting Principles</u>**

See attached.

OUTSIDE COUNSEL EYES ONLY

**Product Revenue**: Product revenue for the Business is identified based upon the use of the profit centers specifically associated with the business units included as part of the Business.

**Services Revenue**: Services revenue related to the Business is identified based upon the specific profit centers included as part of the Business.

Revenue related to specialized maintenance services is identified based upon the material codes ("**MPE**") specifically associated with the business units included as part of the Business. Comingled maintenance revenue is allocated based upon a percentage calculated as follows: maintenance services revenue specifically identified for the Business based on MPE divided by total maintenance revenue of Avaya and its subsidiaries that is not comingled.

Revenue related to Avaya Professional Services (APS) is identified based on the profit centers which are specifically associated with the Business. Those revenues that cannot be specifically identified to the Business are allocated based on a ratio using the results of a statistical based sampling method with a coverage of 95% for fiscal year 2015 and 2016 with a margin of error of 10% and 20% for fiscal year 2015 and 2016, respectively, and targeted testing for selections over USD 100,000.

**Product and Services Cost of Sales**: Product and services costs of sales are identified based on the profit and cost centers which are specifically associated with the Business. The costs that cannot be specifically identified to the Business are allocated based on percentages representing the Business's shares of revenue, head count, research and development ("**R&D**") expenditure, and book value of fixed assets in relation to Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Selling, General and Administrative Expenses**: Selling, general and administrative expenses are identified based on the profit and cost centers included as part of the Business. Selling, general and administrative expenses that cannot be specifically identified to the Business are allocated based on percentages representing the Business's shares of revenue, head count, R&D expenditure, and book value of fixed assets in relation to Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**R & D Expenses**: R&D expenses are identified based on the profit and cost centers included as part of the Business. R&D expenses that cannot be specifically identified to the Business are allocated to the Business based on percentages representing the Business's shares of revenue, head count, R&D expenditure, and book value of fixed assets in relation to Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Amortization Expense**: Amortization of acquired intangible assets is based on the historical amortization amounts of the assets that were identified (patents and acquired technology) or allocated (customer list) to the Business. The customer list was allocated on a ratio based on

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383486

gross margin (*i.e.*, product/service gross margin included as a part of the Business as a percentage of overall gross margin).

**Restructuring Costs**: Restructuring costs incurred by Avaya are allocated to the Business based on headcount percentage (average number of Business employees as a percentage of the average number of personnel of Avaya and its subsidiaries, collectively, for the Business and the Retained Business).

**Employee and Executive Compensation Costs**: Employee and executive compensation costs are based on historical compensation amounts such as salaries, benefits, commission, bonuses and incentive awards of Business employees and executives at the date the applicable financial information is prepared; in addition, employee compensation costs include an allocated cost associated with employees terminated during each such period based on a headcount percentage. Employee and executive compensation costs include share-based compensation expenses which are based on historical awards granted to Business employees and executives.

**Depreciation Expenses**: Depreciation expenses include historical depreciation expenses of assets included as part of the Business. Depreciation expenses also include depreciation related to corporate level information technology and real estate assets which are allocated based on percentages representing the Business's shares of revenue and head count in relation to Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Interest Expense**: Interest expense is based on the capital leases specifically identified to the Business.

**Other Income (Expense), Net**: Other income and expense (net) are allocated to the Business based on a percentage calculated based on the Business's revenue in relation to the revenue of Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Accounts Receivable**: Accounts receivable balances are identified using profit center and MPE codes specifically associated with the business units included as part of the Business. Accounts receivable and allowance for doubtful accounts balances that are not specifically identified as part of the Business are allocated using percentages representing the Business's share of revenue and specifically identifiable accounts receivable in relation to the revenue and applicable accounts receivable of Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Other Current Assets**: Other current assets consist primarily of the following:

> **Business Partner Commission**: Business partner commission is allocated to the Business on a customer basis. The allocation percentages are calculated based on the Business's share of revenue in relation to the revenue of Avaya and its subsidiaries, collectively, for the Business and the Retained Business with each customer from year of 2005 onwards.

108
Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 113 of 130   PageID #: 16425

OUTSIDE COUNSEL EYES ONLY

**Deferred Costs**: Deferred costs that are specifically identified to the Business are based on an analysis of the specific projects and products related to the Business for which the costs are being deferred. Deferred costs that are not specifically identified to the Business are allocated based on the ratio of the deferred cost that were specifically identified to the Business as a percentage of overall specifically identified deferred costs of Avaya and its subsidiaries, collectively, for the Business and the Retained Business. Notwithstanding the foregoing, deferred costs related to Avaya Professional Services (APS) are allocated based on APS revenue identified to the Business as a percentage of overall APS revenue of Avaya and its subsidiaries, collectively.

**Value Added Tax (VAT) Receivables**: VAT receivables were allocated based on revenue specifically identified to the Business in the respective legal entities.

**Prepaid Costs**: Prepaid costs for software licenses were allocated based on the percentage of the amortization recorded to the Business cost centers as a percentage of total amortization of Avaya and its subsidiaries, collectively.

**Inventory**: Inventory balances are identified using profit center and MPE codes included as part of the Business. Inventory balances that are not specifically identified to the Business are allocated based on the ratio of the inventory balances that were specifically identified to the Business as a percentage of overall specifically identified inventory of Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Payroll Liabilities, Incentives, Bonuses and Other Compensation Obligations**: Payroll liabilities, incentives, bonuses and other compensation obligations are specifically identified at the individual employee level for Business. Payroll liabilities, incentives, bonuses and other compensation obligations that are not specifically identified at the individual employee level are allocated based on salary of the employees identified to the Business in comparison to the overall payroll expense.

**Accounts Payable**: Accounts payable balances are directly identified to profit centers included as part of the Business. The accounts payable balances that cannot be specifically identified to profit centers included as part of the Business are allocated using ratios of the related expenses that were identified to the Business in relation to the related expense of Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Other Current Liabilities**: Other current liabilities are directly identified to profit centers included as part of the Business. Other current liabilities that cannot be directly identified to profit centers included as part of the Business are allocated to the Business based on percentages representing the Business's share of revenue and head count in relation to the revenue and head count of Avaya and its subsidiaries, collectively, for the Business and the Retained Business.

**Deferred Revenue**: Deferred revenue balances are specifically identified based on the MPE codes and the underlying customer contracts included as part of the Business. Deferred revenue balances that cannot be so specifically identified are allocated based on ratios using the

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383488

specifically identified deferred revenue balances for each business unit included as part of the Business as a percentage of the overall deferred revenue balances.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 115 of 130   PageID #: 16427

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383489

## Section 11.05(b)(iii)
## Business

"**Business**" shall mean the (i) development, marketing, supporting and maintaining, selling and licensing of fabric-based secure networking solutions and network security solutions, secure fabric technology, data center products and technology, campus core and edge switches, SDN software, network management software, identity and policy management software, and wireless LAN access points, and (ii) sourcing from third parties of services, hardware, and software (including cloud and on premise orchestration software) with respect to the foregoing.

The Business does not include the following:  (a) Pod FX (also known as CPOD) products and services, (b) the GSMB business unit (held in Avaya GmbH & Co, KG (f/k/a Avaya Tenovis GmbH and Co. KG), and (c) the Avaya Private Cloud Services ("**APCS**") private and managed services business.  Notwithstanding the foregoing sentence, certain software or hardware components included in or incorporated into Pod FX or APCS offerings may be included in the Business and sourced or licensed from Purchaser or one of its affiliates to Sellers or their respective designees.

The Business comprises the following product families:

- Legacy Business Products

- ERS Product Family (2K, 3K, 4K, 5K, 8K)

- WLAN Product Family (2300, 8100 & 9100) (WLAN 2300 is a Legacy Business Product and both WLAN 2300 and 9100 are sourced from third parties and subject to the terms of the applicable third party agreement(s))

- Cloud and On-Premise Orchestration Software

- Identity Engines Product Family

- VSP Product Family (7K, 7200, 8K, 9K)

- Network Management Family (AFO, COM, VPFM, etc.)

- SDN Fx (ONA, HyperSec Gateway , Surge platform & applications)

- Accessories (including cables, connectors, mounting brackets)

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383490

**Section 11.05(b)(iv)**
**<u>Business Products</u>**

"**Business Products**" shall mean all products set forth in the attached Annex 11.05(b)(iv).

"**Legacy Business Products**" shall mean all products set forth in the attached Annex 11.05(b)(iv) that have a date listed in Column F of such attachment.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383491

**Section 11.05(b)(vi)**
**Excluded Contracts**

1. Avaya Federal Solutions GSA Schedule 70 contract #GS-35F-0156V.*

2. Avaya Federal Solutions Connections II Contract #GS00Q12NSD0005.*

3. Agreement between Avaya Federal Solutions, Inc. and the Federal Bureau of Investigation.*

4. Agreement between Avaya Federal Solutions Inc. and the United States Department of Defense.*

5. Subcontract between General Dynamics Information Technology, Inc. and Avaya Federal Solutions Inc. dated March 5, 2016.*

6. Master Resale Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of October, 2012 (as amended). Master Services Agreement between World Wide Technology Inc. and Avaya Inc., effective the 1st of August, 2013.*

7. Frame Agreement between Casema B.V. and Avaya Nederland B.V., effective the 25th of October, 2007.*

5. Agreement between the European Works Council and Avaya GmbH & Co. KG effective July 31, 2007. Applicable to all employees within the EEA states and EU.*

6. Collective Bargaining Agreement entered between Sindicato Industrial de Trabajadores de Nueva Leon and Avaya Communications de Mexico, S.A. de C.V. signed on June 24th, 2016.*

7. Collective Bargaining Agreement entered between Sindicato Nacional de Trabajadores de la Industria Eléctrica y de la Fabricación de aparatos, equipos, artículos y accesorios para la electricidad y actividades conexas and Avaya Communications de Mexico, S.A. de C.V. signed on April 29th, 2016.*

8. Agreement between Avaya (Shanghai) Enterprise Management Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., Ltd Labor Union Committee dated July 22nd, 2016.*

9. Settlement and Patent License Agreement between Avaya Inc. and Net Navigation Systems, LLC, effective September 2, 2014.*

10. Settlement and License Agreement between Avaya Inc. and ReefEdge Networks, LLC, effective April 17, 2013.*

11. Release Agreement between Avaya Inc. and Relay IP, Inc., effective May 29, 2014.*

12. Release Agreement between Chalumeau Power Systems LLC and Avaya Inc., effective October 31, 2011.*

OUTSIDE COUNSEL EYES ONLY                                                  EXTREME-01383492

13. Settlement Agreement, Mutual Release, and License, effective May 4, 2016, by and among Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc.

14. License Agreement, effective May 5, 2016, by and between Avaya Inc. and SNMP Research, Inc. and SNMP Research International, Inc.

OUTSIDE COUNSEL EYES ONLY                                                                EXTREME-01383493

**Section 11.05(b)(vii)**
**Furniture and Equipment**

None.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 120 of 130   PageID #: 16432

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383494

**Section 11.05(b)(viii)**
**Excluded Furniture and Equipment**

1. 4366 Telecom Switch Equipment at 600 Technology Park Drive, Billerica, Massachusetts.

2. 4367 Telecom Switch Equipment at 600 Technology Park Drive, Billerica, Massachusetts.

3. 4368 Telecom Switch Equipment at 600 Technology Park Drive, Billerica, Massachusetts.

4. 4371 Telecom Switch Equipment at 600 Technology Park Drive, Billerica, Massachusetts.

5. 19916 Application and Tools at 600 Technology Park Drive, Billerica, Massachusetts.

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383495

**Section 11.05(b)(x)**
**<u>Knowledge of Sellers</u>**

1. Kevin J. Kennedy

2. David Vellequette

3. Marc Randall

4. Jim Ducay

5. Alan Hase

6. Laurent Philonenko

7. Jake Power (Product Marketing)

8. Mark Wolles (Finance)

9. Benji Green (Supply Chain)

10. Fari Ebrahimi (IT/Systems)

11. William M. (Liam) Kiely (Research and Development)

12. Baljit Singh

OUTSIDE COUNSEL EYES ONLY                                     EXTREME-01383496

**Section 11.05(b)(xi)**
**Other Sellers**

| Jurisdiction | Avaya Entity |
|---|---|
| Argentina | Avaya Argentina S.R.L. |
| Australia | Avaya Australia Pty Ltd |
| Brazil | Avaya Brasil LTDA. |
| Canada | Avaya Canada Corp. |
| Chile | Avaya Chile Limitada |
| China | Avaya (Dalian) Intelligent Communication Co. Ltd. |
| China | Avaya (Shanghai) Enterprise Management Co., Ltd. |
| China | Avaya (China) Communication Co. Ltd. |
| Colombia | Avaya Communication de Colombia S.A. |
| Czech Republic | Avaya Czech Republic s.r.o. |
| Denmark | Avaya Denmark ApS |
| Finland | Avaya Finland Oy |
| France | Avaya France SAS |
| Germany | Avaya Deutschland GmbH |
| Great Britain | Avaya UK |
| Hong Kong | Avaya Hong Kong Company Limited |
| India | Avaya India (SEZ) Pvt Ltd |
| India | Avaya India Private Limited |
| Ireland | Avaya Holdings Limited |
| Ireland | Avaya International Sales Limited |
| Israel | Avaya Communication Israel Ltd. |
| Italy | Avaya Italia S.p.A. |
| Japan | Avaya Japan Ltd. |
| Korea | Avaya Korea Ltd. |
| Macau | Avaya Macau Limitada |
| Malaysia | Avaya (Malaysia) Sdn. Bhd. |
| Mexico | Avaya Communication de Mexico, S.A. de C.V. |
| Netherlands | Avaya Nederland B.V. |
| New Zealand | Avaya New Zealand Limited |
| Nigeria | Avaya Nigeria Limited |
| Phillippines | Avaya Philippines, Inc. |
| Poland | Avaya Poland Sp. z o.o. |
| Romania | Avaya Enterprises S.R.L. |
| Russia | Avaya CIS LLC |
| Saudi Arabia | Avaya EMEA Ltd. (Saudi Arabia Branch) |
| Singapore | Avaya Singapore Pte Ltd |
| South Africa | Avaya EMEA Ltd. (South Africa Branch) |
| Spain | Avaya Comunicación España S.L.U. |

118

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383497

| Jurisdiction | Avaya Entity |
|---|---|
| Sweden | Avaya Sweden AB |
| Switzerland | Avaya Switzerland GmbH |
| Turkey | Avaya Nederland B.V. - Turkey Rep. Office |
| United Arab Emirates | Avaya Nederland B.V. - U.A.E. Branch |
| United States | Avaya EMEA Ltd. |
| United States | Avaya EMEA Ltd. (Greece Branch) |
| United States | Avaya EMEA Ltd. (Portugal Branch) |
| United States | Avaya World Services Inc. |
| United States | Sierra Asia Pacific Inc. (Taiwan Branch) |
| United States | Sierra Asia Pacific Inc. (Thailand Branch) |
| United States | Sierra Communication International LLC |
| United States | Avaya Federal Solutions, Inc. |
| United States | Avaya Inc. |

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383498

**Section 11.05(b)(xii)**
**Transferred Contracts**

1. First Amended and Restated Strategic Alliance and OEM Agreement, entered into on December 20, 2016, effective as of January 16, 2017, by and between Avaya Inc., Avaya International Sales Limited and XIRRUS.

2. Amendment One to Strategic Alliance and OEM Agreement, effective October 3, 2014, amending the Strategic Alliance and OEM Agreement of March 24, 3014 [sic] by and between Xirrus, Inc., Avaya, Inc. and Avaya International Sales, Ltd.

3. OEM Purchase and Sale Agreement between Delta Networks, Inc. and Nortel Networks Inc., effective the 2nd of September, 2002 (as amended). This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

4. Adoption Agreement between Delta Networks, Inc. and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 27th of September, 2010 (as amended).  This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

5. Inventory Management Agreement between Delta Networks Inc., DNI Logistics (USA) Corporation, and Delta Networks International Limited-Macao Commercial Offshore and Avaya Inc., effective the 30th of June, 2014. This agreement has been terminated; however, the parties continue to operate under the terms of the agreement.

6. Professional Services Agreement between Tata Elxsi Ltd. and Avaya Inc., effective the 12th of September, 2005 (as amended).

7. Master Services Agreement between Avaya International Sales Limited and Tata Elxsi Limited, effective the 6th of May, 2015 (as amended).

8. Statement of Work Software Application Development for SDN Fx Healthcare Solution between Avaya Inc. and Tata Elxsi Limited, dated the 30th of June, 2016.

9. Software OEM and Resale Agreement between Avaya Inc. and DrivenBI, LLC, effective the 3rd of September 2010, as amended.

10. Software OEM and Resale Agreement between Mirantis, Inc., Avaya Inc., and Avaya International Sales Limited, effective the 19th of August, 2015.

11. Software OEM and Resale Agreement between Avaya Inc. and KEMP Technologies Inc., effective 21st of January, 2016.

12. Software OEM and Resale Agreement between Inocybe Technologies and Avaya Inc., effective the 14th of August, 2015 (as amended).

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383499

13. Master Agreement between Avaya Inc. and the Commonwealth of Kentucky - Department of Education, effective the 1st of March, 2013. [MA 758 1300000900]

14. Statewide Term Contract for Layer 2 LAN Switches and Peripheral, Contract Number 204L, between State of North Carolina Statewide IT Procurement Office and Avaya Inc., effective the 7th of October 2013.

15. Direct Partner Agreement between China Communications Software Information Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., effective 2015 [not specifically dated].

16. Value Added Reseller Agreement between Texcell-Netcom Co., Ltd. and Avaya International Sales Ltd., effective the 15th of October, 2010.

17. Reseller Agreement between Fuji Xerox Co., Ltd. and Avaya Inc., effective the 26th of July, 2010 (as amended).

18. Customer Agreement between Avaya Australia Pty Ltd. and Deloitte Services Pty Limited as trustee for the Deloitte Services Trust, effective the 18th of January, 2016.

19. Customer Agreement between Avaya Australia Pty Ltd. and Macquarie University, effective the 2nd of September, 2016.

20. Customer Contract (Mexico) between Chrysler De Mexico, S.A. DE C.V. and Avaya Communication de Mexico, S.A. De C.V., effective the 23rd of December, 2011 (as amended).

21. Distributor Agreement between K-Won C&C Co., Ltd. and Avaya International Sales Limited., dated the 11th of June, 2014.

22. Private Label Collaboration Agreement between China Communication Technology Software Information Co., Ltd. and Avaya (Shanghai) Enterprise Management Co., Ltd. effective the 21st of April, 2016.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 126 of 130   PageID #: 16438

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383500

## Section 11.05(b)(xiii)
## Transferred Intellectual Property

**(i)**

Domain Name Registrations:

| Domain Name | Expiration Date | Registrant Name | Registrant Organization | Registrar |
|---|---|---|---|---|
| idengines.com | 1/13/2018 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |
| idengines.net | 8/12/2017 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |
| identityengines.com | 2/11/2018 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |
| identityengines.net | 2/11/2018 | Domain Administrator | Avaya Inc. | MarkMonitor, Inc. |

Trademark Registrations:

| | Name | Jurisdiction | Application/ Registration No. | Status | Registration Date | Record Owner |
|---|---|---|---|---|---|---|
| 1 | **BAYSTACK** | Canada | 567746 | Registered | 9/19/2002 | Avaya Holdings Limited |
| 2 | **BAYSTACK** | EU | 1562115 | Registered | 4/30/2001 | Avaya Holdings Limited |
| 3 | **BAYSTACK** | US | 2456966 | Registered | 6/5/2001 | Avaya Holdings Limited |
| 4 | **CONTIVITY** | Argentina | 2511972 | Registered | 6/25/2002 | Avaya Holdings Limited |
| 5 | **CONTIVITY** | Brazil | 821249169 | Registered | 7/16/2002 | Avaya Holdings Limited |
| 6 | **CONTIVITY** | Canada | 548958 | Registered | 7/31/2001 | Avaya Holdings Limited |
| 7 | **CONTIVITY** | China | 1399370 | Registered | 5/21/2000 | Avaya Holdings Limited |
| 8 | **CONTIVITY** | Colombia | 226197 | Registered | 1/21/2010 | Avaya Holdings Limited |

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383501

| | Name | Jurisdiction | Application/ Registration No. | Status | Registration Date | Record Owner |
|---|---|---|---|---|---|---|
| 9 | **CONTIVITY** | Finland | 215358 | Registered | 8/31/1999 | Avaya Holdings Limited |
| 10 | **CONTIVITY** | Hong Kong | 199916995 | Registered | 6/10/1998 | Avaya Holdings Limited |
| 11 | **CONTIVITY** | Israel | 124405 | Registered | 11/4/1999 | Avaya Holdings Limited |
| 12 | **CONTIVITY** | Japan | 4352293 | Registered | 1/21/2000 | Avaya Holdings Limited |
| 13 | **CONTIVITY** | Korea (South) | 4004571500000 | Registered | 10/21/1999 | Avaya Holdings Limited |
| 14 | **CONTIVITY** | New Zealand | 302353 | Registered | 5/6/1999 | Avaya Holdings Limited |
| 15 | **CONTIVITY** | Sweden | 339406 | Registered | 8/11/2000 | Avaya Holdings Limited |
| 16 | **CONTIVITY** | Taiwan | 962861 | Registered | 9/30/2001 | Avaya Holdings Limited |
| 17 | **CONTIVITY** | US | 2301696 | Registered | 12/21/1999 | Avaya Holdings Limited |
| 18 | **IDENGINES** | US | 3349489 | Registered | 12/4/2007 | Avaya Inc. |
| 19 | **IGNITION** | US | 3349580 | Registered | 12/4/2007 | Avaya Inc. |

**(ii)**

    1.  <u>Patents and Patent Applications</u>:  See attached Annex 3.08(a).

**(iii)**

<u>Software</u>:  The Intellectual Property and Technology owned by Avaya and its subsidiaries in the software applications listed in the "Application Name" column of the "DataNetworking Apps Transferred" and "Addl Networking Apps Transfer" tabs in Annex 3.08(l) and the Intellectual Property and Technology owned by Avaya and its subsidiaries in the software applications listed in Annex 3.08(i)(ii).

123

OUTSIDE COUNSEL EYES ONLY

EXTREME-01383502

**Section 11.05(b)(xiv)**
**<u>Current Assets and Current Liabilities</u>**

See attached.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 129 of 130   PageID #: 16441

OUTSIDE COUNSEL EYES ONLY                                                      EXTREME-01383503

**Section 11.05(b)(xv)**
**<u>Dark Leases Liability Amount</u>**

See attached.

Case 3:20-cv-00451-CEA-DCP   Document 347-22   Filed 12/15/23   Page 130 of 130   PageID #: 16442

OUTSIDE COUNSEL EYES ONLY                                                    EXTREME-01383504