# EXHIBIT Z

# FILED UNDER SEAL AS [DOC] 339-23 IN CM/ECF