# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451  **Date:** December 21, 2023

SNMP Research, Inc.  **v.**  Extreme Networks, Inc.

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:** Rachel Stone

**Court Reporter:** DCR

**Law Clerk:** Ashley Arnold

**Attorney(s) for Plaintiff:**
John Wood
Matt Ashley

**Attorney(s) for Defendant:**
Saurabh Prabhakar
Abraham Tabaie
Jessica Malloy-Thorpe

**Additional Attorney(s) Present:**

**Proceedings:**

The Court held a discovery conference in this matter. The Court heard from counsel regarding the issues with discovery. The parties should file a joint statement no later than December 29, 2023, advising as to witnesses and the dates for depositions. The Court encouraged the parties to continue to resolve the remaining issues. The parties should update the Court regarding their progress. Counsel should contact chambers if another telephone conference is necessary. Counsel should also file a motion if they would like to have any deadlines within the scheduling order adjusted.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 11:00 to 11:40

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 320cv451 _ 20231221 _ 104710