UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXTREME NETWORKS, INC. )<br>)<br>Defendant. ) | No. 3:20-CV-451-CEA-DCP |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On February 13, 2024, the Court set an in-person hearing to address the parties' pending informal discovery disputes. Since setting that hearing, both parties have contacted Chambers regarding additional discovery disputes. In order for the parties and the Court to efficiently and effectively manage the discovery disputes, the Court **ORDERS** as follows:

1. With respect to Plaintiffs' request to increase the number of depositions, Plaintiffs **SHALL** submit a position statement, no more than two pages, to Chambers on or before **February 16, 2024**. Defendant **SHALL** submit its position statement, no more than two pages, on or before **February 21, 2024**.

2. For any discovery requests for which responses have been served, the parties shall exchange notice of any outstanding issues on or before **February 16, 2024**.

3. The parties shall then meet and confer in-person, telephonically, or by video conference to discuss each noticed issue on or before **February 20, 2024**.

4. Should any issues remain after their meet and confer, the parties shall email Chambers at poplin_chambers@tned.uscourts.gov with a bullet point list

of the remaining discovery disputes by **February 21, 2024**. The Court will thereafter provide the parties with guidance about how to proceed.

The Court also finds good cause to establish a deadline by which parties must raise discovery disputes. With respect to any future discovery requests (i.e., any discovery for which a response has not been served as of the date of this Order), should the serving party believe any responses are deficient, the serving party shall provide the responding party notice of any deficiencies **within fourteen days** of receiving the responses. The parties shall then meet and confer in-person, telephonically, or by video conference to discuss each noticed issue within **seven days** of the notice. Should any issues remain after their meet and confer, the parties shall email Chambers at poplin_chambers@tned.uscourts.gov within **one business day** of their meet and confer with a bullet point list of the remaining discovery disputes. The Court will thereafter provide the parties with guidance about how to proceed.

The Court finds that the above procedures will assist the parties in "secur[ing] the just, speedy, and inexpensive determination" of discovery disputes in this action. Fed. R. Civ. P. 1.

**IT IS SO ORDERED.**

        ENTER:

        */s/ Debra C. Poplin*
        Debra C. Poplin
        United States Magistrate Judge