SNMP RESEARCH, INC. ET AL.

       Plaintiff,

v.                                     Case No.  3:20-CV-451-CEA-DCP

BROADCOM, INC. ET AL.

       Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for SNMP International, Inc. & SNMP Research, Inc. ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

CALIFORNIA

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02-14-2024

(Signature–hand signed)

Name: Iian Jablon

Firm: Irell & Manella LLP

Address:

1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067

Email address: ljablon@irell.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.