# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Iian Daniel Jablon__, Bar No. __205458__

was duly admitted to practice in this Court on __December 6, 1999__
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __February 14, 2024__
Date

KIRY K. GRAY
Clerk of Court

By __[signature]__
Lupe Thrasher, Deputy Clerk

G-52 (10/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER