# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451　　　　　　　　　　　　　**Date:** February 26, 2024

SNMP Research, Inc.　　**v.**　Extreme Networks, Inc.

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | DCR | Ashley Arnold |

| **Attorney(s) for Plaintiff:** | **Attorney(s) for Defendant:** | **Additional Attorney(s) Present:** |
|---|---|---|
| John Wood<br>Olivia Weber<br>Cheryl Rice | Saurabh Prabhaker<br>Charles Lee | |

**Proceedings:**

The Court held a hearing to address all informal discovery disputes. Argument heard by counsel. The Court's ruling will be set forth within an order to follow. The Court set an additional hearing for April 3, 2024 at 10:30 a.m.

**Dates set at this hearing:**
☐ Jury Trial　☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☑ Other: April 3 at 10:30 a.m.

**Time:** 10:30-12:05　**to** 1:00-5:15

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 320cv451 _ 20240227_ 101032