IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------ x
:
SNMP RESEARCH, INC. and SNMP : Case No. 3:20-cv-00451-CEA-DCP
RESEARCH INTERNATIONAL, INC., :
: U.S. District Judge Charles E. Atchley
Plaintiffs, :
:
v. :
:
BROADCOM INC.; BROCADE :
COMMUNICATIONS SYSTEMS LLC; and :
EXTREME NETWORKS, INC., :
:
Defendants. :
------------------------------------------------------------ X

# DECLARATION OF SAURABH PRABHAKAR

I, Saurabh Prabhakar, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Debevoise & Plimpton LLP. I have personal knowledge of the facts set forth in this declaration and can and will testify thereto under oath if called to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email sent by counsel for Extreme to counsel for Plaintiffs on September 26, 2023, regarding the clawed back documents at issue.

3. Attached hereto as **Exhibit B** are excerpts of the transcript of the deposition of Michael Fitzgerald, a Rule 30(b)(6) witness for Extreme, that was taken by Plaintiffs on February 1, 2024.

4. Attached hereto as **Exhibit C** are excerpts of the transcript of the deposition of Daniel DeBacker, a Rule 30(b)(6) witness for Extreme, that was taken by Plaintiffs on February 14, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2024 in Fremont, CA.

                                                                        */s/ Saurabh Prabhakar*_____
                                                                        Saurabh Prabhakar

Case 3:20-cv-00451-CEA-DCP   Document 359-1   Filed 03/11/24   Page 2 of 2   PageID #: 16780