# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF TENNESSEE
 3              CASE NO. 3:20-cv-00451-CEA-DCP
 4   _____
 5   SNMP RESEARCH, INC. and SNMP RESEARCH    )
     INTERNATIONAL, INC.,                     )
 6                   Plaintiffs,              )
                vs.                           )
 7   BROADCOM INC., BROCADE COMMUNICATIONS    )
     SYSTEMS LLC, and EXTREME NETWORKS, INC., )
 8                   Defendants.              )  VOLUME:    I
     _____)  EXHIBITS:  53-103
 9
10              VIDEOTAPED DEPOSITION OF EXTREME
11   NETWORKS, INC. BY MICHAEL J. FITZGERALD, called as
12   a witness by and on behalf of the Plaintiffs,
13   pursuant to the applicable provisions of the
14   Federal Rules of Civil Procedure, Rule 30(b)(6),
15   before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR
16   #13192, NH-LSR #91, MA-CSR #123193, and Notary
17   Public, within and for the Commonwealth of
18   Massachusetts, at Sherin and Lodgen, 101 Federal
19   Street, Boston, Massachusetts, on Thursday,
20   February 1, 2024, commencing at 8:36 a.m.
21
22
23   PAGES: 1-287
24   PAGES 83-96 ARE MARKED CONFIDENTIAL AND
25   219-221 ARE MARKED HIGHLY CONFIDENTIAL
```

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 2 of 10   PageID #: 16786

```
 1   APPEARANCES:
 2
 3                    EGERTON, McAFEE, ARMISTEAD
 4                    & DAVIS, P.C.
 5                    BY:  John L. Wood, Esq.
 6                    Cheryl Rice, Esq.
 7                    900 S. Gay Street, Suite 1400
 8                    PO Box 2047
 9                    Knoxville, TN  37902
10                    865 546-0500
11                    Jwood@emlaw.com
12                    Crice@emlaw.com
13                    For the Plaintiffs
14
15                    DEBEVOISE & PLIMPTON LLP
16                    BY:  Saurabh Prabhakar, Esq.
17                    650 California Street
18                    San Francisco, CA  94108
19                    415 738-5730
20                    Sprabhakar@debevoise.com
21                    For the Defendants
22
23
24
25
                                                  Page 2
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 3 of 10   PageID #: 16787

```
 1   APPEARANCES:   (CONT'D)
 2
 3   ALSO PRESENT:
 4                  (Via Videoconference)
 5                  Tom Reynolds, Esq.,
 6                  In-House Counsel for
 7                  Extreme Networks
 8
 9                  (Via Videoconference)
10                  Jeffrey Case, PhD
11
12                  Shawn Budd, Video Operator
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 4 of 10   PageID #: 16788

```
 1      A.   Nortel acquired Bay Networks.  They         08:59:59
 2   acquired the entire company.                        09:00:01
 3      Q.   Yes.  And so the E -- then did you work     09:00:02
 4   with the ERS products at -- at Nortel Networks?     09:00:05
 5      A.   Again, in -- in an associated               09:00:08
 6   responsibility.  I never was directly responsible   09:00:12
 7   for them, but I was responsible for product --     09:00:14
 8   products in the network portfolio that were         09:00:18
 9   related -- that were used in conjunction with the   09:00:20
10   ERS products.                                       09:00:23
11      Q.   Okay.  And did you work with SNMP Research  09:00:26
12   software when you were at Nortel Networks?          09:00:29
13           MR. PRABHAKAR:  Objection.  Form.           09:00:32
14      A.   I never personally worked with SNMP         09:00:33
15   Research software.                                  09:00:36
16      Q.   Were you familiar with SNMP Research        09:00:36
17   software when you were at Nortel Networks?          09:00:38
18           MR. PRABHAKAR:  Objection.  Form.           09:00:41
19      A.   No.                                         09:00:47
20      Q.   Okay.  And, then, after Nortel you went to  09:00:51
21   Avaya; correct?                                     09:00:58
22      A.   Avaya purchased the enterprise division     09:00:59
23   from Nortel in which the entire network and         09:01:03
24   portfolio was part of that, and I went with that    09:01:05
25   transition from Nortel to Avaya, yes.               09:01:07
```

Page 30

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 5 of 10   PageID #: 16789

| | | |
|---|---|---|
| 1 | Q. Okay. And then when you were at Avaya | 09:01:10 |
| 2 | were you familiar with SNMP Research software | 09:01:15 |
| 3 | that's used in some of the Avaya products? | 09:01:18 |
| 4 | MR. PRABHAKAR: Objection. Form. | 09:01:20 |
| 5 | A. I was -- I became aware of it -- I became | 09:01:21 |
| 6 | aware of it at Avaya, yes. | 09:01:30 |
| 7 | Q. Okay. | 09:01:32 |
| 8 | A. Yeah. | 09:01:32 |
| 9 | Q. And the ERS products also transferred to | 09:01:35 |
| 10 | Avaya -- | 09:01:38 |
| 11 | A. Yes. | 09:01:39 |
| 12 | Q. -- when Avaya purchased the assets from | 09:01:39 |
| 13 | Nortel? | 09:01:42 |
| 14 | A. Yes. | 09:01:42 |
| 15 | Q. Okay. Now, what were your -- what were | 09:01:49 |
| 16 | your duties at Avaya? | 09:01:52 |
| 17 | MR. PRABHAKAR: Objection. Form. | 09:01:55 |
| 18 | A. Again, I'm just confirming the dates. | 09:01:59 |
| 19 | MR. PRABHAKAR: Let the record reflect the | 09:02:05 |
| 20 | witness is looking at Exhibit 54. | 09:02:06 |
| 21 | A. (Witness reviews document.) So product -- | 09:02:13 |
| 22 | product management. So at Avaya my role was | 09:02:16 |
| 23 | product management. | 09:02:19 |
| 24 | Q. What does a product manager do? | 09:02:22 |
| 25 | A. We're -- a product manager is responsible | 09:02:28 |

Page 31

| | | |
|---|---|---|
| 1 | for defining products from the concept phase, | 09:02:30 |
| 2 | writing high-level requirements for a new product | 09:02:32 |
| 3 | or for an evolving product; working with | 09:02:36 |
| 4 | engineering and operations and finance and all | 09:02:40 |
| 5 | groups across the company to bring a product | 09:02:45 |
| 6 | through development to market; and then, once the | 09:02:48 |
| 7 | product's released, to manage that product and | 09:02:51 |
| 8 | market and, when necessary, bring the product to | 09:02:54 |
| 9 | end of sales, end of life, at the end of its | 09:02:57 |
| 10 | product life cycle. | 09:02:59 |
| 11 | Q. Okay. | 09:03:00 |
| 12 | A. So you could argue it's cradle to grave | 09:03:00 |
| 13 | ownership of a product set. | 09:03:03 |
| 14 | Q. And what -- what products were you the | 09:03:07 |
| 15 | product manager for at Avaya? | 09:03:09 |
| 16 | A. To the best of my recollection, the -- a | 09:03:11 |
| 17 | router portfolio, branded secure router. There | 09:03:19 |
| 18 | were other ancillary products in there that their | 09:03:26 |
| 19 | life cycles overlapped between Nortel and Avaya. | 09:03:31 |
| 20 | The VPN gateway was a product that I was | 09:03:33 |
| 21 | responsible for a period of time, VPN router was a | 09:03:36 |
| 22 | product that I was responsible for a period of | 09:03:40 |
| 23 | time. | 09:03:42 |
| 24 | Q. What was the name of the router portfolio | 09:03:43 |
| 25 | products? | 09:03:45 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 359-3 Filed 03/11/24 Page 7 of 10 PageID #: 16791

```
 1              MR. PRABHAKAR:  Objection.                09:03:47
 2        Q.    The router portfolio, what were the brand  09:03:48
 3   names for those products?                            09:03:50
 4              MR. PRABHAKAR:  Same objection.           09:03:51
 5        A.    Secure router.                            09:03:52
 6              THE WITNESS:  Oh, I'm sorry.              09:03:53
 7        A.    Secure router.                            09:03:54
 8        Q.    Okay.  So were you product manager for the 09:03:55
 9   ERS products?                                        09:03:57
10        A.    Not to any of my recollections, no.       09:04:00
11        Q.    Okay.  And then did Avaya sell products to 09:04:03
12   Extreme?                                             09:04:19
13              Did Avaya sell asset -- let me rephrase   09:04:23
14   that.                                                09:04:25
15              Did Avaya sell assets to Extreme?         09:04:26
16              MR. PRABHAKAR:  Objection.  Form.         09:04:28
17        A.    So Avaya sold the networking product set  09:04:29
18   portfolio to Extreme Networks.                       09:04:36
19        Q.    Okay.  And, then, did you -- is that the  09:04:36
20   point when you transferred over to Extreme?          09:04:42
21        A.    Yes.                                      09:04:44
22        Q.    Okay.  And that transfer included the ERS 09:04:53
23   products --                                          09:04:55
24        A.    Yes.                                      09:04:56
25        Q.    -- is that correct?                       09:04:57
```

Page 33

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 8 of 10   PageID #: 16792

| | | |
|---|---|---|
| 1 | Did you have any interaction with the | 09:04:59 |
| 2 | presence of SNMP Research software in the ERS | 09:05:06 |
| 3 | products as a part of that transition? | 09:05:09 |
| 4 | MR. PRABHAKAR: Objection. Vague as to | 09:05:11 |
| 5 | "presence." | 09:05:14 |
| 6 | A.   Can you clarify?  What do you mean by | 09:05:17 |
| 7 | involved during the transition? | 09:05:20 |
| 8 | Q.   So you're aware SNMP Research software | 09:05:24 |
| 9 | was -- was present in the ERS products; correct? | 09:05:29 |
| 10 | A.   Yes. | 09:05:32 |
| 11 | Q.   Okay.  And those ERS products were | 09:05:34 |
| 12 | transferred from Avaya to Extreme -- | 09:05:36 |
| 13 | A.   Yes. | 09:05:38 |
| 14 | Q.   -- right? | 09:05:39 |
| 15 | Were there any issues in the transfer from | 09:05:43 |
| 16 | Avaya to Extreme related to SNMP Research software? | 09:05:46 |
| 17 | Q.   Of those products? | 09:05:52 |
| 18 | MR. PRABHAKAR: Apologies.  So since we | 09:05:53 |
| 19 | seem to be off Exhibit 54, I'm going to object to | 09:05:55 |
| 20 | that on the grounds of scope and also vague as to | 09:05:59 |
| 21 | "issues." | 09:06:03 |
| 22 | A.   To the best of my knowledge, no SNMP | 09:06:06 |
| 23 | Research software was acquired in the ERS portfolio | 09:06:08 |
| 24 | by Avaya -- by -- by Extreme Networks, nor was any | 09:06:15 |
| 25 | of the software that previously included SNMP | 09:06:19 |

Page 34

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 9 of 10   PageID #: 16793

| | | |
|---|---|---|
| 1 | Research in the ERS portfolio acquired by Extreme | 09:06:23 |
| 2 | Networks, posted by Extreme Networks, or used by | 09:06:27 |
| 3 | Extreme Networks at any time. | 09:06:30 |
| 4 | Q. Now, can you describe your duties at | 09:06:38 |
| 5 | Extreme today? | 09:06:40 |
| 6 | A. I have two roles: One is the -- I own the | 09:06:44 |
| 7 | optical portfolio that we described, which is | 09:06:48 |
| 8 | ownership of all products within that portfolio as | 09:06:51 |
| 9 | product manager with the roles that I described. | 09:06:55 |
| 10 | I also lead and manage virtually all | 09:06:58 |
| 11 | cross-functional major initiatives that require | 09:07:04 |
| 12 | product management interacting with other | 09:07:07 |
| 13 | organizations to define and execute new | 09:07:10 |
| 14 | initiatives, new strategies, and -- and | 09:07:14 |
| 15 | cross-functional, cross-organizational projects. | 09:07:18 |
| 16 | Q. Okay. | 09:07:41 |
| 17 | MR. WOOD: This will be Exhibit 55. | 09:07:41 |
| 18 | (Exhibit 55, email, 10/19/2022, | 09:07:49 |
| 19 | EXTREME-01081635-636.) | 09:08:06 |
| 20 | Q. Mr. Fitzgerald, do you recognize this | 09:08:06 |
| 21 | email? | 09:08:08 |
| 22 | A. (Witness reviews document.) I believe I | 09:08:24 |
| 23 | wrote it. Again -- | 09:08:47 |
| 24 | Q. Okay. | 09:08:50 |
| 25 | A. -- you've provided it to me, I'll assume | 09:08:50 |

Page 35

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-3   Filed 03/11/24   Page 10 of 10   PageID #: 16794