# EXHIBIT C

1          IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF TENNESSEE
3    _____
                                       )
4    SNMP RESEARCH, INC. and SNMP      )
     RESEARCH INTERNATIONAL, INC.,     )
5                                      )
              Plaintiffs,              )
6                                      )
         vs.                           ) Case No.
7                                      ) 3:20-cv-00451-
     BROADCOM INC., BROCADE            ) CEA-DCP
8    COMMUNICATIONS SYSTEMS LLC,       )
     and EXTREME NETWORKS, INC.,       )
9                                      )
              Defendants.              )
10   _____)
11
12
13
14                HIGHLY CONFIDENTIAL
15     VIDEORECORDED DEPOSITION OF DANIEL DeBACKER
16              San Francisco, California
17            Wednesday, February 14, 2024
18                     Volume I
19
20
21   Reported by:
     CHRIS TE SELLE
22   CSR No. 10836
23   Job No. 6394359
24
25   PAGES 1 - 228

                                              Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-4   Filed 03/11/24   Page 2 of 7   PageID #: 16796

```
1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE EASTERN DISTRICT OF TENNESSEE
3  _____
                                    )
4  SNMP RESEARCH, INC. and SNMP     )
   RESEARCH INTERNATIONAL, INC.,    )
5                                   )
            Plaintiffs,             )
6                                   )
       vs.                          ) Case No.
7                                   ) 3:20-cv-00451-
   BROADCOM INC., BROCADE           ) CEA-DCP
8  COMMUNICATIONS SYSTEMS LLC,      )
   and EXTREME NETWORKS, INC.,      )
9                                   )
            Defendants.             )
10 _____ )
11
12
13       Highly Confidential Videorecorded Deposition of
14  DANIEL DeBACKER, Volume I, held at the offices of
15  Morrison Foerster, 425 Market Street, San Francisco,
16  California, beginning at 8:32 a.m. and ending at
17  4:09 p.m., on Wednesday, February 14, 2024, before
18  Chris Te Selle, Certified Shorthand Reporter No.
19  10836.
20
21
22
23
24
25
```

Page 2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-4   Filed 03/11/24   Page 3 of 7   PageID #: 16797

```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4         EGERTON MCAFEE ARMISTEAD & DAVIS PC
 5         BY:   JOHN L. WOOD, ESQ.
 6         900 South Gay Street, Suite 1400
 7         P.O. Box 2047
 8         Knoxville, TN 37901
 9         jwood@emlaw.com
10
11    For Defendant Extreme Networks, Inc.:
12         DEBEVOISE & PLIMPTON LLP
13         BY:   SAURABH PRABHAKAR, ESQ.
14         650 California Street
15         San Francisco, CA 94108
16         (415) 738-5730
17         sprabhakar@debevoise.com
18
19
20
21    Also Present:
22    Tom Reynolds, Extreme Networks
23    Steve Waldbusser
24    Reilly Leet, videographer
25
```

Page 3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-4   Filed 03/11/24   Page 4 of 7   PageID #: 16798

```
 1        Q.   Do you recognize, so, you recognize this      08:48:44

 2   as your LinkedIn page?

 3        A.   Uh-huh.

 4        Q.   Is what's on Exhibits 121 and 122

 5   accurate?                                                08:48:53

 6        MR. PRABHAKAR:  Objection.  Form.

 7        THE WITNESS:  Yes, it's accurate.

 8   BY MR. WOOD:

 9        Q.   And I see you worked at Avaya from

10   August 2010 to August 2012?                              08:49:24

11        A.   Yes.

12        MR. PRABHAKAR:  Objection.  Out of scope.

13   BY MR. WOOD:

14        Q.   Can you explain to me what you did at

15   Avaya.                                                   08:49:32

16        MR. PRABHAKAR:  Objection.  Out of scope.  And,

17   to the extent there's a line of questioning about

18   Mr. DeBacker's LinkedIn profile, I'm going to

19   maintain a blanket out of scope objection to that so

20   that I don't have to object every question.              08:49:42

21   BY MR. WOOD:

22        Q.   Go ahead.  What, what did you do at Avaya?

23        A.   As you can see, my title there was

24   director of data solutions architecture, so I was

25   responsible for putting overall solutions together       08:49:56
```

Page 21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 359-4   Filed 03/11/24   Page 5 of 7   PageID #: 16799

| | | |
|---|---|---|
| 1 | for our company to sell. | 08:50:01 |
| 2 | Q. What solutions did you put together? | |
| 3 | A. Voice, data, contact center. | |
| 4 | Q. What products did you work on? | |
| 5 | A. Our voice products, our SIP gateways, some | 08:50:14 |
| 6 | of the technology that was brought over from Nortel, | |
| 7 | so, when we moved from PDXs to IP, along with our | |
| 8 | switching products, which were a myriad of products | |
| 9 | that were also brought over from Nortel, and some | |
| 10 | developed at Avaya. | 08:50:43 |
| 11 | Q. What were the, did the products have brand | |
| 12 | names? | |
| 13 | MR. PRABHAKAR: Objection. Form. | |
| 14 | THE WITNESS: Yeah. ERS switches, BayStack | |
| 15 | switches. I believe the VSP was just introduced as | 08:50:58 |
| 16 | I was leaving. | |
| 17 | BY MR. WOOD: | |
| 18 | Q. And, were you aware that the ERS and | |
| 19 | BayStack products had SNMP Research software in | |
| 20 | them? | 08:51:29 |
| 21 | A. No. | |
| 22 | Q. So, is data solutions, so, data solutions | |
| 23 | architect, is that a, do you consider that a | |
| 24 | technical position or more of a marketing position? | |
| 25 | MR. PRABHAKAR: Objection. Form. | 08:51:43 |

Page 22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 359-4 Filed 03/11/24 Page 6 of 7 PageID #: 16800

| | | |
|---|---|---|
| 1 | THE WITNESS: It's more of a technical go to | 08:51:43 |
| 2 | market, so, the ability to take a voice solution and | |
| 3 | a data solution, put them together, put the value | |
| 4 | proposition around those to create a differentiation | |
| 5 | in the market to sell. | 08:52:03 |
| 6 | BY MR. WOOD: | |
| 7 | Q. Okay. Were you in, what group within | |
| 8 | Avaya were you in? Were you in the engineering | |
| 9 | group, or the marketing group? | |
| 10 | A. I was in multiple groups. I was part of | 08:52:13 |
| 11 | the product management team, I was part of the CTO | |
| 12 | office at one point, and, probably, part of systems, | |
| 13 | sales engineering at the very beginning. So, I had | |
| 14 | a lot of different roles. | |
| 15 | Q. Okay. | 08:52:38 |
| 16 | A. Within the organization. | |
| 17 | Q. And then you left and went to Brocade in | |
| 18 | August of 2012? | |
| 19 | A. I did. | |
| 20 | MR. PRABHAKAR: Objection. Form. | 08:52:48 |
| 21 | BY MR. WOOD: | |
| 22 | Q. And, what products did you work on at | |
| 23 | Brocade? | |
| 24 | A. At Brocade, I was a principal systems | |
| 25 | engineer, worked on our switching products, our | 08:52:58 |

Page 23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 359-4 Filed 03/11/24 Page 7 of 7 PageID #: 16801