# EXHIBIT 1

| | |
|---|---|
| From: | Fitzgerald, Michael (Michael) **CTR** [mifitzge@avaya.com] |
| Sent: | 7/7/2017 5:26:04 AM |
| To: | Matthew Roman [maroman@extremenetworks.com] |
| CC: | Mike Fitzgerald (mifitzge@avaya.com) [mifitzge@avaya.com] |
| Subject: | Overview of products, other relevant items |
| Attachments: | Platform Lifecycle and other topics for Matt 7July17.docx |

Matt-
I had mentioned I would put this together- no immediate actions needed, and we can discuss next week. It also provides a handy 'what is it' guide if needed.

I saw note that 'day 1' may not be Monday; not sure of current schedule. Some of us are getting lined up to test access to Avaya systems as soon as the 'day 1' IT cut-over happens.

Mike


Note: email changing to mfitzgerald@extremenetworks.com as of July 8, 2017.
Mike Fitzgerald | Product Management, Unified Access, Avaya Networking | Avaya | 600 Technology Park Drive | Billerica, MA 01821
978-671-3201 | mifitzge@avaya.com



INTELLIGENT COMMUNICATIONS

[ Please consider the environment before printing this email ]

CONFIDENTIAL                                                                                                                              EXTREME-01076296

Matt-

Here are a number of topics with quick background and/or open actions for us to discuss/plan.

- Quick overview of existing and legacy product families
- Necessary lifecycle actions
- Relevant topics:
    - CCT OEM of Avaya switches
    - Avaya Private Label Switching (APLS)
    - Litigation
    - Promotions
    - SLAMon
    - other

We can review at your leisure but I will keep updating as things occur to me.

Mike

## Lifecycle policies

EOS/MD Bulletin; published bulletin which indicates intent to EOS/MD a product or software image. The effected SKUs are identified, along with the effective date and follow-on lifecycle policy dates. Typically published 6-9 months prior to effective date.

EOS/MD; End of Sale/Manufacturer Discontinued. No longer for sale without exception process; product is removed from ordering tools and discount programs. Avaya only allows EOS/MD to be scheduled once per quarter, aligned with release of ordering tools and pricebook. Typically requires submission of required templates and approvals 6+ months in advance.

EOMS SW; End of Manufacturing Support Software occurs 1 year after EOS/MD effective date, and reflects the end of bug fixes for a software release or product. Avaya reserves the right to fix bugs and release patches after this date at its sole discretion.

EOSS; End of Support Services occurs 6 years after EOS/MD effective date, and reflects the end of support for help desk/backbone engineering as well as access to existing patches and releases.

## Legacy products

### ERS 2500
Product family (platforms) MD/EOS was effective March 2014. Software included in SNMP Research agreement (see Litigation).

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)					EXTREME-01076297

### ERS 4500
Product family (platforms) MD/EOS was effective Dec 2014, Mar 2015, Dec 2015 depending on platform. Software declared EOMS May 2016 due to SNMP Research agreement (see Litigation).

### ERS 5500
Product family (platforms) MD/EOS was effective Mar 2015, Dec 2015 depending on platform. Software declared EOMS May 2016 due to SNMP Research agreement (see Litigation).

### ERS 5600
Product family (platforms) MD/EOS was effective Dec 2015 depending on platform. Software declared EOMS May 2016 due to SNMP Research agreement (see Litigation).

### Secure Router
Branch office router family (acquired Tasman Inc. 2006). Included routing platforms as well as SIP Gateway technology.

Product family (platforms) MD/EOS was effective June 2015 (SR2330, SR4134). Other platforms MD/EOS 2013-2015.

Note; legacy product SR8000 was OEM program from Huawei; unsuccessful program which was MD/EOS March 2011.

### VPN Router
IPSec remote access/branch to branch security appliance. MD/EOS April 2011.

### VPN Gateway
SSL/IPSec remote access security appliance. Hardware appliances MD/EOS 2011. Software appliance (OVA) MD/EOS December 2013.

Note that technology and licenses are still available for sale to partners only for use as security tunneling appliance for Avaya IPOffice Support Services (IPOSS). Avaya may still need to purchase/acquire licenses both for internal use and for sale to partners post-acquisition.

- ACTION; determine need for VPN GW licenses and servers for Avaya IPOSS

## Current lifecycle and action

### ERS 3500
Ten (10) platforms targeted at SME/low end Enterprise. Produced by DNI.

Plan is to MD/EOS the 4 models which are replaced by ERS 3600 below. Last Time Buy of material for these 4 platforms (x05, x06, x15, x16) has already been submitted and accepted by DNI. Expected

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                    EXTREME-01076298

effective date for MD targeted for March 2018 (based on Avaya schedule).   EOS/MD bulletin should be published as soon as convenient following acquisition. Templates and approvals have not been submitted.

- ACTION; determine date for EOS/MD publication
- ACTION: confirm intended effective date for MD/EOS
- ACTION: submit required documentation to Avaya (if any) to implement sales status change
- ACTION: determine implications to Extreme systems (if any) and processes assuming products are (or are not) added to Extreme ordering tools

## ERS 3600

Four (6) platforms GA February 2017.  Produced by LiteOn.

## ERS 4800

Four (4) platforms for commercial market with complementary TAA/GS platforms.  Produced by DNI.

Plan is to MD/EOS the ERS 4800, which is replaced by the ERS 4900.  Last Time Buy of material for these 4 platforms (x78, x79, x88, x89 and GS versions) has already been submitted and accepted by DNI. Expected effective date for MD targeted for March 2018 (based on Avaya schedule).   EOS/MD bulletin should be published as soon as convenient following acquisition. Templates and approvals have not been submitted.

Very limited supply of x78, x79, and x89 remain; however x88 (48 port POE) represents >85% of all volume, and can be used as substitution for other models.

Very limited supply of GS models remain; however, 4900-GS is now JITC certified and is intended for new deployments.

Concern; Avaya GOV is very concerned regarding announcement of ERS4800-GS EOS/MD, due to major 2016 acquisition by Air National Guard (>6000  platforms) which have not yet been fully deployed. Major concern will be for software support; specific messaging may be required to indicate software is not MD/EOS hence the 1 year EOMS duration has not started.

- ACTION; determine date for EOS/MD publication
- ACTION: confirm intended effective date for MD/EOS
- ACTION: submit required documentation to Avaya (if any) to implement sales status change
- ACTION: determine implications to Extreme systems (if any) and processes assuming products are (or are not) added to Extreme ordering tools.

## ERS 4900

Four (4) platforms with commercial and GS models (JITC approved).  GA February 2016. Produced by LiteOn.

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)　　　　　EXTREME-01076299

## ERS 5900

Nine (9) platforms with commercial and GS models (JITC approved). First 4 models GA February 2014. 96-port models and UPWR model GA Nov 2016. Produced by LiteOn. MTS/UPWR model GA February 2017. Produced by LiteOn.

## China Communications Technology Software (CCTS) OEM of ERS, VSP

Avaya developed private label models of certain ERS and VSP product for CCTS, which were released September 2016. These are sold only to CCTS (Tier 1 partner) for sales into China. Rebranding included front panel silk screen logo (chassis only), regulatory label and other manufacturing labels, and outside packaging. In addition, on-box EDM was localized to Chinese. New OIDs were created using CCTS vendor.

For VSP, the CCTS branding was a build-time option in 5.x.x.

For ERS, the CCTS branding was a specific branch of software.

The list of codes is below:

| Avaya branded Material Code | Avaya Model | CCT Branded Material Code | Description (36 character from MLS) |
|---|---|---|---|
| AL3500A05-E6 | ERS 3524GT | AL3500A05-CS | ERS3524GT CS NO PC |
| AL3500A06-E6 | ERS 3549GTS | AL3500A06-CS | ERS3549GTS CS NO PC |
| AL3500A15-E6 | ERS 3524GT-PWR+ | AL3500A15-CS | ERS3524GT PWR+ CS NO PC |
| AL3500A16-E6 | ERS 3549GTS-PWR+ | AL3500A16-CS | ERS3549GTS-PWR+ CS NO PC |
| AL4900A03-E6 | ERS 4950GTS | AL4900A03-CS | ERS4950GTS CS NO POWER CORD |
| AL4900A01-E6 | ERS 4926GTS | AL4900A01-CS | ERS4926GTS CS NO POWER CORD |
| AL4900A04-E6 | ERS 4950GTS-PWR+ | AL4900A04-CS | ERS4950GTS-PWR+ CS NO POWER CORD |
| AL4900A02-E6 | ERS 4926GTS-PWR+ | AL4900A02-CS | ERS4926GTS-PWR+ CS NO POWER CORD |
| EC4400A05-E6 | VSP 4450GSX-PWR+ | EC4400A05-CS | VSP4450GSX-PWR+ CS NO PC |
| EC4800A78-E6 | VSP 4850GTS | EC4800A78-CS | VSP4850GTS CS NO PC |
| EC4800A88-E6 | VSP 4850GTS-PWR+ | EC4800A88-CS | VSP4850GTS-PWR+ CS NO PC |
| EC8400A01-E6 | VSP 8400 CHASSIS | EC8400A01-CS | VSP 8404 CHASSIS CS NO POWER CORD |
| EC8404001-E6 | 8424XS ESM | EC8404001-CS | 8424XS ESM 24 PORT 1/10G SFP+ CS |
| EC8404002-E6 | 8424XT ESM | EC8404002-CS | 8424XT ESM 24x100M/1G/10G BASE-T CS |
| EC8404003-E6 | 8408QQ ESM | EC8404003-CS | 8408QQ ESM 8 PORT 40G QSFP+ CS |
| EC8404005-E6 | 8418XSQ ESM | EC8404005-CS | 8418XSQ ESM16x1/10GSFP+,2x40GQSFP+CS |
| EC8404006-E6 | 8418XTQ ESM | EC8404006-CS | 8418XTQ 16X1/10G CU,2X40G QSFP+ CS |
| EC8404007-E6 | 8424GS ESM | EC8404007-CS | 8424GS 24 PORT 100M/1G SFP CS |
| EC8404008-E6 | 8424GT ESM | EC8404008-CS | 8424GT 24 PORT 10M/100M/1G CU CS |

At present, CCTS has not agreed to continue relationship, and is refusing to take delivery of equipment built against existing PO.

## Avaya Private Label Switching (APLS)

VOSS software was packaged to enable 'right to use' licensing, and use on 'white box' hardware. A limited amount of branding/customization is available in software from DNI, such as logon banner, etc.

Currently DNI offers a number of platforms, pre-loaded with VOSS software, which can be purchased directly from DNI. The partner/customer then buys right-to-use license from Avaya. There are different levels of pricing: 1G platform, 10G platform, etc. Dinesh can provide the actual pricing.

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)   EXTREME-01076300

In reality, these are the same platforms as were designed for Avaya and used for existing VOSS products).

BCD Video has existing agreement for 60+% discount on VOSS licenses, for sale into video surveillance market. The discount promotion also includes ERS 3500. It's not clear to me that we should keep this in place, as BCD is not driving a lot of business and there is risk that they can use promotion to take non-Video business (against rules of promotion). Dinesh would have data on number of APLS licenses purchased by BCD.

# Litigation

## Litigation: SNMP Research (SNMPR)

Avaya was sued by SNMPR due to carry-over issues from Nortel (both voice and data). Networking products effected included ERS 2500, 3500 (pre 5.3), 4500, 4800 (pre 5.9), 5500, 5600, VSP 7024 (pre 10.4), and Wireless LAN 8100, as well as legacy Nortel products (ES 3xx, 4xx).

Avaya settled with SNMPR on May 6, 2016. As result, Avaya had the following obligations/rights:

1. Right to continue to distribute existing software revisions for period of 30 months for support purposes only.
2. No right to compile any new images, nor sell any platforms for revenue.
3. Requirement to delete all source and distribution images as of 30 month (11/6/2018) date from all internal servers and systems (other than in-use lab units).
4. Distribution rights for all software ends at 30 month date.

Extreme Networks will not get distribution rights for any of the software images which contain SNMPR software. Avaya will continue to provide these images to the field for 12 month period of TSA, after which they will be deleted from all Avaya systems.

As result, Extreme cannot own or distribute any RMA/replacement hardware that has SNMPR software installed. Includes ERS 2500, 4500, 5500, 5600, WLAN 8100. Avaya legal (Richard Hamilton) is verifying that this inventory is not coming to Extreme.

Also, Extreme employees cannot give any images to customers. Should all be deleted.

## Litigation: Network One (POE)

Avaya was sued by Network One for violation of pre-standard POE detection patent. Depositions occurred in 2016.

I'm not sure of status of this suit.

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)           EXTREME-01076301

# Programs and Promotions

## Network Now
Discount promotion which provides customers incremental 10% (<$50K), 11% (<$100K), or 12% (>$100K) on all Networking equipment.

## Fabric Now
Discount promotion which provides customers incremental 13% (<$50K), 14% (<$100K), or 15% (>$100K) on all Networking equipment as long as PO includes at least 2 VSP switches (4K, 7K, 8K) or minimum # of WLAN 9100 APs. Discount applies to all equipment on PO.

## Network/Fabric Select
Discount promotion for partners who meet ACE-FX certification for Fabric requirements, which provides increment 5% discount onto Fabric/Network Now promotion.

## Flexible Acquisition Program (FlexAP)
Psuedo-rental program launched in 2015 which allowed customers to 'rent' equipment with only a 12 month commitment, after which equipment could be returned with 60 day notice. Pricing was targeted at 3.2% of CapEx price, targeted to be equivalent to estimated Brocade program pricing. Financing was provided via Avaya Financial Services (CTDI), with Avaya Networking then providing back-end funding to mitigate the risk.

A number of proposals/bids were developed; in most cases, customer decided to purchase equipment instead. There are no active FlexAP agreements in place.

## Lifetime Warranty – software
Lifetime access to updates, when and if they occur. Technical Accounting required a revenue carve-out at time of sale, to reflect value of support contract.

Is this required by Extreme?

Should wording of the warranty be examined?

## SLAMon
SLAMon is a technology developed by Avaya that enables end devices (agents) to run a number of tests between pairs or collections of Agents, under the control of a Server, and to report the results back to the Server for correlation and display.

The primary capabilities included Latency, Jitter, Packet loss, and Estimated Mean Opinion Score (MOS). Agents synthesize packets, apply up to 3 Diffserv priorities, and send the packets to other enabled Agents; the packets are then returned to the originating Agent for measurement and reporting.

Agents are enabled buy the Server, and tests are defined and initiated by the Server.

All Avaya switches contain SLAMon Agents (R1.6) and are validated against Avaya SLAMon server (which is a component of the Avaya Diagnostic Server, or ADS).

I believe SLAMon Server/ADS release 2.5 is coming to Extreme (compatible w/ Agents 1.x). The current version of SLAMon/ADS is 3.0, but that version is not compatible with the 1.x agents.

Note that switches can run point-to-point tests from CLI and EDM between pairs of switches and report results to the console or CLI, without the need for a Server.

# Ordering and escalations

## MD/EOS products

Since Avaya ordering systems will be in place for 1 year TSA, we need to understand the process to make lifecycle changes to Material Codes (either release, or MD). Carrie Stevens has joined Extreme- she should be involved with this discussion.

We need to plan/execute MD of certain ERS 3500 and ERS 4800 codes.

## SBA/SSR

SBA/SSR is the 'special bid' process for Avaya. We need to understand how this process will work (if at all) under the TSA if/when orders come through the Avaya systems. Orders get SBA number which is then used when order is placed to get the approved discount.

HIGHLY CONFIDENTIAL (SOURCE CODE RELATED MATERIALS)                                                    EXTREME-01076303