IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § § | **Case No. 3:20-cv-00451-CEA-DCP** |
| Plaintiffs, | § § | |
| v. | § § | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | § § § § § | |
| Defendants. | § § | |

### NOTICE OF CHANGE OF ADDRESS FOR OLIVIA L. WEBER, ESQUIRE

COMES NOW counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. and hereby provides notice to the Court and all parties, through their respective counsel of record, that effective March 13, 2024, attorney Olivia L. Weber has joined the law firm of Bienert Katzman Littrell Williams LLP and is no longer a part of the law firm of Irell & Manella LLP. Please send all future notices, correspondences, and copies of pleadings in this matter to Ms. Weber at the following:

**Olivia L. Weber**
**Bienert Katzman Littrell Williams LLP**
**903 Calle Amanecer, Suite 350**
**San Clemente, CA 92673**
oweber@bklwlaw.com
**949-369-3700**

Respectfully submitted this 14th day of March, 2024.

By: /s/ *Cheryl G. Rice*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
  &amp; DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com


A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com


Olivia L. Weber (CA Bar. No. 319918)
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949)-369-3700 (phone)
oweber@bklwlaw.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*