UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | |
| v. | § § | **Jury Demand** |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC., | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF JOHN L. WOOD

I, John L. Wood, declare and attest as follows:

1. I am an attorney at the law firm of Egerton, McAfee, Armistead & Davis, P.C., counsel of record for the Plaintiffs, SNMP Research, Inc. ("SNMP Research") and SNMP Research International, Inc. ("SNMP International" and together with SNMP Research, "Plaintiffs"), in this action. I am a member of good standing of the State Bar of Tennessee and have been admitted to this Court. I have personal knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto under oath.

2. Attached as Exhibit A is a true and accurate copy of Plaintiffs' Notice of Deposition of Extreme Pursuant to Rule 30(b)(6) dated October 31, 2023.

3. Attached as Exhibit B is a true and accurate copy of an e-mail from A. Matthew Ashley Saurabh Prabhakar dated December 20, 2023.

4. Attached as <u>Exhibit C</u> is a true and accurate copy of the parties' Joint Statement Regarding Plaintiffs SNMP Research, Inc.'s and SNMP Research International, Inc.'s Rule 30(b)(6) Notice dated December 29, 2023.

5. Attached as <u>Exhibit D</u> is a true and accurate copy of the parties' Joint Statement on Extreme Networks, Inc.'s Motion for Protective Order on Rule 30(b)(6) Topics dated January 5, 2024.

6. Attached as <u>Exhibit E</u> is a true and accurate copy of an e-mail chain between counsel for the parties and the Court dated February 12, 2024.

7. Attached as <u>Exhibit F</u> is a true and accurate copy of excerpts of the transcript of the deposition of Extreme Networks, Inc. ("Extreme") through its corporate representative, Daniel DeBacker, taken February 14, 2024, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

8. Attached as <u>Exhibit G</u> is a true and accurate copy of an e-mail chain between Saurabh Prabhakar and Cheryl Rice dated February 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2024.

*/s/ John L. Wood*
John L. Wood, Esq.