**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | |
| v. | § § | <u>Jury Demand</u> |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC., | § § § § | |
| Defendants. | § § | |

---

**DECLARATION OF RAMEEN J. NASROLLAHI**

---

I, Rameen J. Nasrollahi, declare and attest as follows:

1.      I am an attorney at the law firm of Egerton, McAfee, Armistead & Davis, P.C., counsel of record for the Plaintiffs, SNMP Research, Inc. ("SNMP Research") and SNMP Research International, Inc. ("SNMP International" and together with SNMP Research, "Plaintiffs"), in this action. I am a member of good standing of the State Bar of Tennessee and have been admitted to this Court. I have personal knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto under oath.

2.      Manually submitted with this declaration is Collective Exhibit 1, which consists of spreadsheets produced by Defendant Extreme Networks, Inc. in discovery bearing Bates numbers EXTREME-00722215; EXTREME-00722446; EXTREME-00722447; EXTREME-00722448; EXTREME-00722450; EXTREME-00722451; EXTREME-00871502; EXTREME-00871503;

- 1 -

EXTREME-01290740; EXTREME-01290741; EXTREME-01290742; EXTREME-01290743; EXTREME-01290744.

3.      Manually submitted with this declaration is Collective Exhibit 2, which consists of spreadsheets produced by Defendant Extreme Networks, Inc. in discovery bearing Bates numbers EXTREME-01407577; EXTREME-01407578; and EXTREME-01407580.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2024.

*/s/ Rameen J. Nasrollahi*_____
Rameen J. Nasrollahi, Esq.