# Collective Exhibit 1

# Filed Manually and Under Seal