# Collective Exhibit 2

# Filed Manually and Under Seal