IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., Plaintiffs, v. Broadcom Inc. Brocade Communications Systems LLC Extreme Networks, Inc. Defendants. | Case No. 3:20-cv-451 Jury Demanded |

**SNMP RESEARCH, INC AND SNMP RESEARCH INTERNATIONAL, INC.'S NOTICE OF MANUAL FILING**

Please take notice that Plaintiffs, SNMP Research, Inc. and SNMP Research International, Inc. have manually filed the following documents:

- Collective Exhibit 1 and Collective Exhibit 2 to the Declaration of Rameen J. Nasrollahi.

These documents have not been filed electronically because they are Excel spreadsheet files which are not capable of being converted to PDF format in manner that will allow them to remain easily viewable and understandable due to their size.

Respectfully submitted,

Dated: March 20, 2024

By: /s/ *Rameen J. Nasrollahi*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com


By: */s/ A. Matthew Ashley*
A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com


By: */s/ Olivia L. Weber*
Olivia L. Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS, LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc. and*
*SNMP Research, Inc.*

2

## Certificate of Service

I hereby certify that on March 20, 2024, copies of the foregoing exhibits were provided to all parties in this case by providing electronic copies of the exhibits referenced in this Notice of Manual Filing to counsel of record in this matter.

By: /s/ *Rameen J. Nasrollahi*

3
2203580v1
7479100.2
Case 3:20-cv-00451-CEA-DCP   Document 368   Filed 03/20/24   Page 3 of 3   PageID #: 16977