UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC. and SNMP
RESEARCH INTERNATIONAL, INC.

    Plaintiff,

v.

Case No. 3:20-CV-451-CEA-DCP

EXTREME NETWORKS, INC.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Extreme Networks, Inc.**, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

✔ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

✔ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/19/24

*/s/ Michael Powell*

(Signature–hand signed)

Name: Michael Powell

Firm: Gish, PLLC

Address:

41 Madison Avenue, Floor 31, New York, NY 10010

Email address: michael@gishpllc.com

**Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.**