# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MICHAEL MARY POWELL_____, Bar # _____MP6788_____

was duly admitted to practice in the Court on

_____October 18, 2016_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   _____March 19, 2024_____
New York, New York

_____Ruby J. Krajick_____     By     _____s/R. Juliano_____
Clerk of Court                                  Deputy Clerk