# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

DAVID   MICHAEL   LAMB , Bar # DL1985

was duly admitted to practice in the Court on

February 16, 2016

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.          On          March 19, 2024
                New York, New York

Ruby J. Krajick                 By          s/ R. Juliano
Clerk of Court                              Deputy Clerk