IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** § § § § | **Case No. 3:20-cv-00451-CEA-DCP** |
| **Plaintiffs,** § § | |
| v. § § | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** § § § § § | |
| **Defendants.** § § | |

## BUILD ENVIRONMENT STIPULATION REGARDING EXOS PRODUCTS

Defendant Extreme Networks, Inc. ("Extreme"), on the one hand, and Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMP Research"), on the other hand, stipulate that:

Extreme has produced through discovery in the instant litigation versions of source code which are listed below in Exhibit A (herein referred to as "Version" or "Versions"). The Versions have been and are compiled and linked into a binary form (*i.e.*, object code) which can be run by computer hardware. Herein, the binary form of source code refers to the object code produced by the compilation and linking of a Version of the source code.

Each Extreme product that is listed below in Exhibit A as "Listed Extreme Product" contains or has contained one or more Versions in binary form which is then run by the Listed Extreme Product. Each Extreme product that is listed below in Exhibit A as "Listed Extreme Universal Product" contains or has contained one or more Versions in binary form which is then distributed with the Listed Extreme

Universal Product and run by the Listed Extreme Universal Product only when the user enables the Switch Engine (EXOS) persona on that product.

Each Listed Extreme Product that previously shipped or ships to a customer contains one Version in binary form. By this Stipulation, Extreme represents that each particular Version in binary form includes the binary form of every line of source code originating from SNMP Research (*i.e.*, lines in those files including the SNMP Research copyright notice) that is included in that particular Version's source code. For example, without limitation, EXOS Version 11.2.1 is one of multiple Versions that previously shipped or ships to customers in binary form with the X450 Listed Extreme Product, and by this Stipulation, Extreme represents that EXOS Version 11.2.1 in binary form includes the binary form of every line of source code originating from SNMP Research (*i.e.*, lines in those files including the SNMP Research copyright notice) that is included in the source code for EXOS Version 11.2.1.

By entering into this stipulation, SNMP Research agrees that it will not demand production of Extreme's build environment for the products mentioned in this stipulation, including any build tools or build files, in the instant litigation for any purpose whatsoever.

This stipulation is made in connection with the instant litigation only.

**Exhibit A**

**Listed Extreme Products**:

BD 10K; BD 12K; BD 20K; BD 8800; BD X; Bundle BD X8; E4G-200; E4G-400; Ericsson; Extreme Switching X435; Extreme Switching X465; Extreme Switching X590; Extreme Switching X695; Summit X150; Summit X250; Summit X350; Summit X430; Summit X440; Summit X440-G2; Summit X450; Summit X450-G2; Summit X460; Summit X460-G2; Summit X480; Summit X620; Summit X650; Summit X670; Summit X670-G2; Summit X690; Summit X770; Summit X870.

**Listed Extreme Universal Products:**

Extreme Switching 5320; Extreme Switching 5420; Extreme Switching 5520; Extreme Switching 5720; 7520; 7720.

**Versions**:[1]

EXOS 11.2.1; EXOS 11.2.2; EXOS 11.2.3; EXOS 11.3.1; EXOS 11.3.2; EXOS 11.3.3; EXOS 11.3.4; EXOS 11.4.1; EXOS 11.4.2; EXOS 11.4.3; EXOS 11.4.4; EXOS 11.5.1; EXOS 11.5.2; EXOS 11.6.1; EXOS 11.6.2; EXOS 11.6.3; EXOS 11.6.4; EXOS 11.6.5; EXOS 12.0.1; EXOS 12.0.2; EXOS 12.0.3; EXOS 12.0.4; EXOS 12.0.5; EXOS 12.1.1; EXOS 12.1.2; EXOS 12.1.3; EXOS 12.1.4; EXOS 12.1.5; EXOS 12.1.6; EXOS 12.1.7; EXOS 12.2.1; EXOS 12.2.2; EXOS 12.3.1; EXOS 12.3.2; EXOS 12.3.3; EXOS 12.3.4; EXOS 12.3.5; EXOS 12.3.6; EXOS 12.4.1; EXOS 12.4.2; EXOS 12.4.3; EXOS 12.4.4; EXOS 12.4.5; EXOS 12.5.0; EXOS 12.5.1; EXOS 12.5.2; EXOS 12.5.3; EXOS 12.5.4; EXOS 12.5.5; EXOS 12.6.1; EXOS 12.6.2; EXOS 12.6.3; EXOS 12.6.4; EXOS 12.6.5; EXOS 12.7.1; EXOS 15.1.1; EXOS 15.1.2; EXOS 15.1.3; EXOS 15.1.4; EXOS 15.1.5; EXOS 15.2.1; EXOS 15.2.2; EXOS 15.2.3; EXOS 15.2.4; EXOS 15.3.1; EXOS 15.3.2; EXOS 15.3.3; EXOS 15.3.4; EXOS 15.3.5; EXOS 15.4.0; EXOS 15.4.1; EXOS 15.4.2; EXOS 15.5.0; EXOS 15.5.1; EXOS 15.5.2; EXOS 15.5.3; EXOS 15.5.4; EXOS 15.5.5; EXOS 15.6.1; EXOS 15.6.2; EXOS 15.6.3; EXOS 15.6.4; EXOS 15.6.5; EXOS 15.7.1; EXOS 15.7.2; EXOS 15.7.3; EXOS 15.7.4; EXOS 16.1.1; EXOS 16.1.2; EXOS 16.1.3; EXOS 16.1.4; EXOS 16.1.5; EXOS 16.2.1; EXOS 16.2.2; EXOS 16.2.3; EXOS 16.2.4; EXOS 16.2.5; EXOS 21.1.0; EXOS 21.1.1; EXOS 21.1.2; EXOS 21.1.3; EXOS 21.1.4; EXOS 21.1.5; EXOS 22.1.1; EXOS 22.2.1; EXOS 22.3.1; EXOS 22.4.1; EXOS 22.5.1; EXOS 22.6.1; EXOS 22.7.2; EXOS 22.7.3; EXOS 22.7.4; EXOS 22.7.5; EXOS 30.1.1; EXOS 30.2.1; EXOS 30.2.2; EXOS 22.7.1; EXOS 30.3.1; EXOS 30.4.1; EXOS 30.5.1; EXOS 30.6.1; EXOS 30.7.1; EXOS 30.7.2; EXOS 30.7.3; EXOS 31.1.1; EXOS 31.2.1; EXOS 31.3.1; EXOS 31.3.100; EXOS 31.4.1; EXOS 31.5.1; EXOS 31.6.1; EXOS 31.6.2; EXOS 31.7.1; EXOS 32.1.1; EXOS 32.2.1; EXOS 32.3.1; EXOS 32.4.1.

---

[1] During the process of compiling and linking EXOS Versions, k_ and v_ files are generated using a SNMP tool. Extreme has produced the k_ and v_ files that were generated during the compilation and linking of Version EXOS 32.4.1.10 on the source code computer ("Generated Files"). Files or files that are substantially similar to the Generated Files are generated during the process of compiling and linking of EXOS Versions listed in Exhibit A. The definition of Version for EXOS Versions includes the Generated Files.

DATED: March 28, 2024                    Respectfully submitted,

/s/ John L. Wood                         /s/ Saurabh Prabhakar

John L. Wood, Esq. (BPR #027642)         Charles B. Lee, BPR# 011570
Cheryl G. Rice, Esq. (BPR #021145)       Jessica Malloy-Thorpe, BPR# 035234
Rameen J. Nasrollahi, Esq. (BPR #033458) Jordan B. Scott, BPR# 037795
EGERTON, McAFEE, ARMISTEAD &             MILLER & MARTIN, PLLC
DAVIS, P.C.                              832 Georgia Avenue
900 S. Gay Street, Suite 1400            1200 Volunteer Building
P.O. Box 2047                            Chattanooga, Tennessee 37402
Knoxville, TN 37902                      Tel.: (423) 756-6600
(865) 546-0500 (phone)                   Fax: (423) 785-8293
(865) 525-5293 (facsimile)               clee@millermartin.com
jwood@emlaw.com                          jessica.malloy-thorpe@millermartin.com
crice@emlaw.com                          jordan.scott@millermartin.com
rnasrollahi@emlaw.com

                                         John M. Neukom (*admitted pro hac vice*)
A. Matthew Ashley (CA Bar. No. 198235)   Abraham Tabaie (*admitted pro hac vice*)
Morgan Chu (CA Bar. No. 70446)           Barbara N. Barath (*admitted pro hac vice*)
David Nimmer (CA Bar. No. 97170)         Saurabh Prabhakar (*admitted pro hac vice*)
IRELL & MANELLA LLP                      Alicia J. Ginsberg (*admitted pro hac vice*)
1800 Avenue of the Stars, Suite 900      DEBEVOISE & PLIMPTON LLP
Los Angeles, California 90067-4276       650 California Street
(310) 277-1010 (phone)                   San Francisco, California 94108
(310) 203-7199 (facsimile)               atabaie@debevoise.com
mchu@irell.com                           jneukom@debevoise.com
dnimmer@irell.com                        bnbarath@debevoise.com
mashley@irell.com                        sprabhakar@debevoise.com
                                         ajginsberg@debevoise.com
Olivia L. Weber (CA Bar. No. 319918)     (415) 738-5700
BIENERT KATZMAN LITTRELL
WILLIAMS, LLP                            Leslie A. Demers (*admitted pro hac vice*)
903 Calle Amanecer, Suite 350            SKADDEN, ARPS, SLATE, MEAGHER &
San Clemente, CA 92673                   FLOM LLP
(949) 369-3700 (phone)                   One Manhattan West
(949) 369-3701 (facsimile                New York, New York 10001
                                         leslie.demers@skadden.com
*Attorneys for Plaintiffs*               (212) 735-3000
*SNMP Research International, Inc. and*
*SNMP Research, Inc.*                    Sy Damle (*admitted pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         555 Eleventh Street NW, Suite 1000
                                         Washington, DC 20004
                                         (202) 637-3332

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*