IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------- x
                                                               :

SNMP RESEARCH, INC. and SNMP
RESEARCH INTERNATIONAL, INC.,

                            Plaintiffs,

                                v.

BROADCOM INC.; BROCADE
COMMUNICATIONS SYSTEMS LLC; and
EXTREME NETWORKS, INC.,

                            Defendants.
------------------------------------------------------- x

Case No. 3:20-cv-00451-CEA-DCP

U.S. District Judge Charles E. Atchley

## UNOPPOSED MOTION TO AMEND ANSWER TO AMENDED COMPLAINT

Defendant Extreme Networks, Inc. ("Extreme"), pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rule 15.1, respectfully requests permission to amend its Answer to Plaintiffs' Amended Complaint (ECF No. 351) in the above-captioned matter. Plaintiffs do not oppose Extreme's motion.

Extreme filed its current Answer on February 13, 2024. ECF No. 351. Extreme seeks to amend its Answer to assert an additional affirmative defense that one or more of Plaintiffs' state law claims are preempted by the Copyright Act. This is the only change that would be made in Extreme's amended answer. Extreme has circulated the proposed amended answer to Plaintiffs, and Plaintiffs do not oppose Extreme's motion to amend its Answer.

A copy of the proposed amended answer is attached hereto as Exhibit 1. A proposed order granting this unopposed motion to amend is attached as Exhibit 2. Extreme has not previously amended its answer to Plaintiffs' Amended Complaint, and respectfully submits that its request to amend its Answer is proper and neither the Court nor Plaintiffs will be prejudiced if

the requested relief is granted.

DATED:    April 1, 2024

Charles B. Lee, BPR# 011570
Jessica Malloy-Thorpe, BPR# 035234
Jordan B. Scott, BPR# 037795
MILLER & MARTIN, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
clee@millermartin.com
jessica.malloy-thorpe@millermartin.com
jordan.scott@millermartin.com
Tel: (423) 756-6600
Fax: (423) 785-8293

Respectfully Submitted,

/s/ Abraham A. Tabaie

John M. Neukom (*admitted pro hac vice*)
Abraham A. Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar (*admitted pro hac vice*)
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
bnbarath@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH, PLLC
41 Madison Avenue, Floor 31
New York, New York 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2866

*Attorneys for Extreme Networks, Inc.*

2