# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------ x
                                                                            :

SNMP RESEARCH, INC. and SNMP
RESEARCH INTERNATIONAL, INC.,

                 Plaintiffs,

                     v.

BROADCOM INC.; BROCADE
COMMUNICATIONS SYSTEMS LLC; and
EXTREME NETWORKS, INC.,

                 Defendants.

------------------------------------------------------------ x

Case No. 3:20-cv-00451-CEA-DCP

U.S. District Judge Charles E. Atchley

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND ANSWER TO COMPLAINT

Before the Court is an Unopposed Motion to Amend Answer to Complaint by Defendant Extreme Networks, Inc. ("Extreme"), filed pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rule 15.1. As Plaintiffs do not oppose Extreme's motion, and for good cause shown, Extreme's motion to amend is GRANTED. Extreme is ORDERED to separately file the Amended Answer attached as Exhibit 1 to the motion.

SO ORDERED this _____ day of _____, 2024.

_____
U.S. Magistrate Judge Debra C. Poplin

Prepared by:

|  |  |
|---|---|
|  | /s/ Abraham A. Tabaie |
| Charles B. Lee, BPR# 011570 | John M. Neukom (*admitted pro hac vice*) |
| Jessica Malloy-Thorpe, BPR# 035234 | Abraham A. Tabaie (*admitted pro hac vice*) |
| Jordan B. Scott, BPR# 037795 | Barbara N. Barath (*admitted pro hac vice*) |
| MILLER & MARTIN, PLLC | Saurabh Prabhakar (*admitted pro hac vice*) |
| 832 Georgia Avenue | Alicia J. Ginsberg (*admitted pro hac vice*) |
| 1200 Volunteer Building | DEBEVOISE & PLIMPTON LLP |
| Chattanooga, Tennessee 37402 | 650 California Street |
| clee@millermartin.com | San Francisco, California 94108 |
| jessica.malloy-thorpe@millermartin.com | jneukom@debevoise.com |
| jordan.scott@millermartin.com | bnbarath@debevoise.com |
| Tel: (423) 756-6600 | (415) 738-5700 |
| Fax: (423) 785-8293 |  |

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAN & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH, PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2866

*Attorneys for Extreme Networks, Inc.*