# Exhibit 2

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF TENNESSEE
 3
 4    SNMP RESEARCH, INC., and SNMP
 5    RESEARCH INTERNATIONAL, INC.,
 6                  Plaintiffs,    No. 3:20-cv-00451-CEA-DCP
 7    vs.
 8    BROADCOM INC., BROCADE
 9    COMMUNICATIONS SYSTEMS LLC,
10    and EXTREME NETWORKS, INC.,
11                  Defendants.
12
13
14                OUTSIDE COUNSEL EYES ONLY
15           VIDEOTAPED DEPOSITION OF KAYLEE FREEMAN, a
16    30(b)(6) Witness, taken on behalf of the Plaintiffs
17    before Nissa M. Sharp, CSR No. 1365, CCR No. 528,
18    pursuant to Notice on the 15th of January, 2024, at
19    the offices of Shook Hardy & Bacon, 2555 Grand
20    Boulevard, Kansas City, Missouri.
21
22
23
24
25
                                                      Page 1
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-3   Filed 04/02/24   Page 2 of 6   PageID #: 17052

```
 1   Legal and Finance.
 2          Q.    Fair.  Okay.
 3                What's your general understanding of
 4   the lawsuit?
 5                MR. PRABHAKAR:  Objection.  Scope.
 6   Objection.  Vague.
 7          A.    Related to SNMP royalties.
 8   BY MS. WEBER:
 9          Q.    All right, let's pull up Tab 22
10   please.  This will be Exhibit 3.  Let me know when
11   you're there, please.
12          A.    I'm there.
13          Q.    All right, you can see from the
14   caption page that these are Extreme's 11th
15   supplemental responses to SNMP Research
16   interrogatories.
17                Have you seen these before?
18          A.    I have not.
19          Q.    Do you know who created these?
20          A.    I do not.
21          Q.    Let's scroll down and look at the
22   responses.
23                So these were served on -- Extreme
24   served them on November 15, 2023.  We can scroll down
25   to PDF Page 3 and look at Interrogatory No. 6.  Let
```

Page 39

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-3   Filed 04/02/24   Page 3 of 6   PageID #: 17053

```
 1    me know when you're there.
 2           A.    Okay.
 3           Q.    Okay, this says, With respect to each
 4    product identified in response to Interrogatory Nos.
 5    1 and 2, please identify the number of products
 6    shipped, revenue and costs related to each and every
 7    such product by quarter from October 1st, 2017, to
 8    the present, including, but not limited to, any
 9    internal bookkeeping or financial analysis of any
10    kind in which Extreme keeps track of the
11    profitability of each product and the number of units
12    produced of each such product.
13                 Do you see that?
14           A.    I do.
15           Q.    Okay.  Scroll down to the next page
16    please, Page 4.  Like to focus on the last full
17    paragraph and we'll look at that first sentence.
18                 It says, For each product identified
19    in response to Interrogatory Nos. 1 and 2, Extreme
20    identifies the number of products shipped, revenue
21    and costs by quarter from date of first sale through
22    end of Extreme's financial year 2023, June 30, 2023,
23    with reference to Appendices E-1, F-1 and G-1 that
24    are attached to this response as if they were
25    incorporated herein.
```

Page 40

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-3   Filed 04/02/24   Page 4 of 6   PageID #: 17054

```
 1                    Do you see that?
 2         A.    I do.
 3         Q.    Okay.  Please scroll down to the
 4  appendices beginning on Page 7.  Page 7 is just the
 5  title, so you can go to Page 8, this is E-1.
 6               Have you seen this appendices before?
 7         A.    I have not seen it before.
 8         Q.    Do you know who created this?
 9         A.    I do not.
10         Q.    So you don't know who created it, and
11  I assume you obviously did not speak with the person
12  who created them about how they were prepared,
13  correct?
14               MR. PRABHAKAR:  Objection.
15  Argumentative.
16         A.    I do not know.
17  BY MS. WEBER:
18         Q.    So, on Page 8, you can see that it
19  identifies in the columns at the top the, sorry, at
20  the very top of the page -- withdrawn.  Let me start
21  over.
22               You can see on Page 8 at the very top
23  it says, EOS Volume, Revenue, Cost and Gross Margin,
24  correct?
25               MR. PRABHAKAR:  Objection.  Vague.
```

Page 41

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-3   Filed 04/02/24   Page 5 of 6   PageID #: 17055

```
 1                C E R T I F I C A T E
 2          I, Nissa M. Sharp, a Certified Court
 3   Reporter, do hereby certify:
 4          That prior to being examined the witness was
 5   by me duly sworn;
 6          That said deposition was taken down by me in
 7   shorthand at the time and place hereinbefore stated
 8   and was thereafter reduced to writing under my
 9   direction;
10          That I am not a relative or employee or
11   attorney or counsel of any of the parties, or a
12   relative or employee of such attorney or counsel, or
13   financially interested in the action.
14          The original transcript is in the custody of:
15          Ms. Olivia Weber
             Irell & Manella, LLP
16           1800 Avenue of the Stars
             Suite 900
17           Los Angeles, California  90067
18
             WITNESS my hand and seal this 17th day of
19
     January, 2024.
20
21
22
23          [signature: Nissa M. Sharp]

24              Nissa M. Sharp
             CSR No. 1365, CCR No. 528
25
```

Page 384

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-3   Filed 04/02/24   Page 6 of 6   PageID #: 17056