# Exhibit 3

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF TENNESSEE
 3              CASE NO. 3:20-cv-00451-CEA-DCP
 4   _____
 5   SNMP RESEARCH, INC. and SNMP RESEARCH    )
     INTERNATIONAL, INC.,                     )
 6                    Plaintiffs,             )
                   vs.                        )
 7   BROADCOM INC., BROCADE COMMUNICATIONS    )
     SYSTEMS LLC, and EXTREME NETWORKS, INC., )
 8                    Defendants.             )  VOLUME:    I
     _____) EXHIBITS:  53-103
 9
10              VIDEOTAPED DEPOSITION OF EXTREME
11   NETWORKS, INC. BY MICHAEL J. FITZGERALD, called as
12   a witness by and on behalf of the Plaintiffs,
13   pursuant to the applicable provisions of the
14   Federal Rules of Civil Procedure, Rule 30(b)(6),
15   before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR
16   #13192, NH-LSR #91, MA-CSR #123193, and Notary
17   Public, within and for the Commonwealth of
18   Massachusetts, at Sherin and Lodgen, 101 Federal
19   Street, Boston, Massachusetts, on Thursday,
20   February 1, 2024, commencing at 8:36 a.m.
21
22
23   PAGES: 1-287
24   PAGES 83-96 ARE MARKED CONFIDENTIAL AND
25   219-221 ARE MARKED HIGHLY CONFIDENTIAL
```

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-4   Filed 04/02/24   Page 2 of 16   PageID #: 17058

| | | |
|---|---|---|
| 1 | Objections to SNMP Research, Inc.'s First | 10:23:56 |
| 2 | Set of Interrogatories to Extreme | 10:23:56 |
| 3 | Networks, Inc.) | 10:23:59 |
| 4 | Q. So, Mr. Fitzgerald, I've handed you | 10:24:03 |
| 5 | Extreme Networks Inc.'s Eighth Supplemental | 10:24:06 |
| 6 | Responses and Objections to SNMP Research Inc.'s | 10:24:09 |
| 7 | First Set of Interrogatories to Extreme Networks | 10:24:12 |
| 8 | Inc. | 10:24:14 |
| 9 | Have you reviewed this document before? | 10:24:16 |
| 10 | A. I've seen the document. | 10:24:20 |
| 11 | Q. Okay. Can you turn to page 52. | 10:24:28 |
| 12 | MR. PRABHAKAR: For the record, can we | 10:24:31 |
| 13 | designate this portion of the transcript as | 10:24:32 |
| 14 | confidential, since Exhibit 58 is marked | 10:24:35 |
| 15 | "Confidential"? | 10:24:38 |
| 16 | MR. WOOD: Yes. | 10:24:41 |
| 17 | A. Could you repeat the page number? | 10:24:43 |
| 18 | Q. 52. So do you see it's interrogatory No. | 10:24:44 |
| 19 | 15. It says (as read): | 10:24:56 |
| 20 | "Identify each individual who answered or | 10:24:58 |
| 21 | contributed to any of the answers to these | 10:24:59 |
| 22 | interrogatories. Designating the number of each | 10:25:02 |
| 23 | interrogatory for which such person's furnished | 10:25:05 |
| 24 | information." | 10:25:07 |
| 25 | Do you see that? | 10:25:08 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 3 of 16 PageID #: 17059

| | | |
|---|---|---|
| 1 | A. I do. | 10:25:08 |
| 2 | Q. Okay. And, then, if you will turn to page | 10:25:10 |
| 3 | 55. The seventh supplemental response to | 10:25:16 |
| 4 | interrogatory No. 15. | 10:25:24 |
| 5 | Do you see that? | 10:25:25 |
| 6 | A. I do. | 10:25:25 |
| 7 | Q. Do you see your name listed there? And it | 10:25:26 |
| 8 | says you provided information for interrogatories | 10:25:30 |
| 9 | No. -- Nos. 1, 3, 5, 6, and 9. Is that -- | 10:25:34 |
| 10 | A. I see that. | 10:25:40 |
| 11 | Q. Yes. Did you provide information for | 10:25:41 |
| 12 | interrogatories Nos. 1, 3, 5, 6, and 9? And you | 10:25:45 |
| 13 | can look at those. | 10:25:54 |
| 14 | A. Oh. (Witness reviews document.) | 10:25:56 |
| 15 | MR. PRABHAKAR: I'm going to object to the | 10:26:05 |
| 16 | extent that the witness may have provided factual | 10:26:07 |
| 17 | information but the response itself may have been | 10:26:09 |
| 18 | prepared by counsel. | 10:26:11 |
| 19 | And also to the extent interrogatories 5, | 10:26:19 |
| 20 | 6, and 9 ask for information that's out of scope | 10:26:25 |
| 21 | for this particular witness. | 10:26:31 |
| 22 | So to make a clear objection, | 10:26:37 |
| 23 | interrogatories No. 5, 6, and 9 refer to products | 10:26:40 |
| 24 | identified in interrogatories Nos. 1 and 2. With | 10:26:44 |
| 25 | respect to products identified in response to 1 and | 10:26:48 |

| | | |
|---|---|---|
| 1 | 2 is within the scope of this deposition.  The rest | 10:26:51 |
| 2 | of the response is out of scope. | 10:26:55 |
| 3 |     A.   Okay.  The answer? | 10:27:27 |
| 4 |     Q.   Yes. | 10:27:27 |
| 5 |     A.   So -- so I agree with 1.  With 5, 6, and | 10:27:28 |
| 6 | 9, I provided baseline information to that, which | 10:27:32 |
| 7 | would be the SKU lists.  Finance was involved with | 10:27:35 |
| 8 | validating, pulling certain revenue numbers.  And I | 10:27:39 |
| 9 | didn't construct the responses, but I was involved | 10:27:41 |
| 10 | with the generation of those reports. | 10:27:43 |
| 11 |         For No. 3, I would confess I was not | 10:27:46 |
| 12 | involved in identifying specific module names | 10:27:48 |
| 13 | and/or module revision numbers of the software that | 10:27:52 |
| 14 | was used in the product.  I identified the SKUs in | 10:27:55 |
| 15 | which, in general, the EXOS and/or EOS operating | 10:27:59 |
| 16 | systems were used. | 10:28:01 |
| 17 |     Q.   Okay.  So let's -- so turn to page 3, | 10:28:05 |
| 18 | which is interrogatory No. 1.  It says (as read): | 10:28:10 |
| 19 |         "Identify all Extreme products that | 10:28:20 |
| 20 | contain, use or are otherwise associated with SNMP | 10:28:21 |
| 21 | Research software either as manufacturer or as a | 10:28:25 |
| 22 | result of a software or firmware installation or | 10:28:28 |
| 23 | update." | 10:28:30 |
| 24 |         Can you -- did I read that correctly? | 10:28:33 |
| 25 |     A.   Yes.  Yes. | 10:28:39 |

Page 85

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-4   Filed 04/02/24   Page 5 of 16   PageID #: 17061

| | | |
|---|---|---|
| 1 | Q. Okay. Can you tell me what information | 10:28:40 |
| 2 | you provided for Interrogatory No. 1? | 10:28:42 |
| 3 | A. I provided the SKU lists that we looked at | 10:28:47 |
| 4 | in the prior two exhibits for EOS and EXOS | 10:28:52 |
| 5 | operating -- the products that ran or were | 10:28:56 |
| 6 | associated with the families that ran the EXOS and | 10:28:59 |
| 7 | the EOS operating systems. | 10:29:01 |
| 8 | Q. Okay. Can you turn to page 7 of this. | 10:29:04 |
| 9 | 7 -- so the -- the first sentence in the 6th | 10:29:20 |
| 10 | supplemental response to interrogatory No. 1. | 10:29:24 |
| 11 | Do you see that? | 10:29:27 |
| 12 | A. Page 7? | 10:29:30 |
| 13 | Q. Yes. | 10:29:30 |
| 14 | A. Oh, I'm sorry. It was -- 6 -- the first | 10:29:32 |
| 15 | sentence in the 6th supplemental response. | 10:29:35 |
| 16 | Q. Yes. | 10:29:36 |
| 17 | A. Okay. I see that. | 10:29:37 |
| 18 | Q. Where it says (as read): | 10:29:37 |
| 19 | "Extreme identifies the following business | 10:29:39 |
| 20 | records pursuant to federal rule of civil procedure | 10:29:40 |
| 21 | 33D as identifying products that Extreme did not | 10:29:42 |
| 22 | acquire from Brocade and that include software that | 10:29:45 |
| 23 | appears to have originated from SNMPR." | 10:29:50 |
| 24 | And then it cites EXTREME-00722449 in the | 10:29:54 |
| 25 | pivot table and EXTREME-00722452 in the pivot | 10:30:01 |

Page 86

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-4   Filed 04/02/24   Page 6 of 16   PageID #: 17062

| | | |
|---|---|---|
| 1 | table. | 10:30:08 |
| 2 | Did I read that correctly? | 10:30:10 |
| 3 | A. Yes. | 10:30:11 |
| 4 | Q. Okay. And those -- that -- those two | 10:30:13 |
| 5 | documents are Exhibits 56 and 57 that we just | 10:30:18 |
| 6 | reviewed previously; correct? | 10:30:22 |
| 7 | MR. PRABHAKAR: Objection. Form. | 10:30:25 |
| 8 | A. You're telling me. If you tell me they're | 10:30:26 |
| 9 | the same, I -- I don't see those numbers on these | 10:30:28 |
| 10 | documents. So... | 10:30:31 |
| 11 | Q. Uhm. | 10:30:34 |
| 12 | A. I see 56 and 57 on the stickers on those | 10:30:34 |
| 13 | documents. I can't map those Extreme numbers to | 10:30:37 |
| 14 | those. If someone should tell me they're the same, | 10:30:39 |
| 15 | I have no reason not to believe you. | 10:30:42 |
| 16 | Q. Well, let me ask you this: So it refers | 10:30:44 |
| 17 | to the pivot table? | 10:30:46 |
| 18 | A. Yeah. | 10:30:47 |
| 19 | Q. And do you agree that the pivot table in | 10:30:48 |
| 20 | Exhibits 56 and 57 identifies products -- let me | 10:30:54 |
| 21 | see here -- so let me just back -- let me start | 10:31:14 |
| 22 | over. | 10:31:18 |
| 23 | So interrogatory No. 1 is -- the purpose | 10:31:19 |
| 24 | is to (as read): | 10:31:23 |
| 25 | "Identify all Extreme products that | 10:31:24 |

Page 87

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 7 of 16 PageID #: 17063

| | | |
|---|---|---|
| 1 | contain, use, or are otherwise associated with SNMP | 10:31:25 |
| 2 | Research software either as manufactured or as a | 10:31:28 |
| 3 | result of a software or firmware installation or | 10:31:31 |
| 4 | update." | 10:31:33 |
| 5 | So then the answer to interrogatory No. 1 | 10:31:36 |
| 6 | in the sixth supplemental response identifies two | 10:31:40 |
| 7 | pivot tables as containing a list of products that | 10:31:45 |
| 8 | are responsive to interrogatory No. 1. | 10:31:50 |
| 9 | So my question is are the pivot tables in | 10:31:53 |
| 10 | Exhibits 56 and 57 -- identify products that are | 10:31:56 |
| 11 | responsive to interrogatory No. 1? | 10:32:00 |
| 12 | MR. PRABHAKAR: Objection. To the extent | 10:32:02 |
| 13 | the representation is that the sixth supplemental | 10:32:06 |
| 14 | response is the entire response to interrogatory 1. | 10:32:08 |
| 15 | But you can answer if you know. | 10:32:10 |
| 16 | A. Yes. | 10:32:14 |
| 17 | Q. Thank you. Okay. | 10:32:16 |
| 18 | Are there any other -- does Extreme know | 10:32:25 |
| 19 | of any other EOS or EXOS products that are not | 10:32:29 |
| 20 | listed in Exhibits 56 and 57 that contain SNMP | 10:32:33 |
| 21 | Research software? | 10:32:39 |
| 22 | MR. PRABHAKAR: Objection. Form. | 10:32:40 |
| 23 | A. Absent any subsequent questions and | 10:32:43 |
| 24 | answers that happened after that, to the best of my | 10:32:45 |
| 25 | knowledge, those are accurate. | 10:32:49 |

Page 88

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-4   Filed 04/02/24   Page 8 of 16   PageID #: 17064

| | | |
|---|---|---|
| 1 | Q. Okay. So Exhibit 56 and 57, as far as you | 10:32:51 |
| 2 | know, contain a complete list of the EOS and EXOS | 10:32:56 |
| 3 | products that contain SNMP Research software? | 10:33:00 |
| 4 | A. Again, absent there were a small number -- | 10:33:04 |
| 5 | as in a few emails -- about what about this, what | 10:33:06 |
| 6 | about that? | 10:33:09 |
| 7 | Q. Yeah. | 10:33:09 |
| 8 | A. No, at the SKU level, those are accurate. | 10:33:10 |
| 9 | Q. Okay. Thank you. | 10:33:12 |
| 10 | And when you refer to these emails, did | 10:33:16 |
| 11 | you just get some specific request about some | 10:33:20 |
| 12 | specific SKUs like what -- | 10:33:22 |
| 13 | A. It was -- | 10:33:24 |
| 14 | Q. Explain to me what these emails are. | 10:33:25 |
| 15 | MR. PRABHAKAR: Okay. I'm going to object | 10:33:27 |
| 16 | to the extent answering this question requires you | 10:33:30 |
| 17 | to state facts about emails and communications | 10:33:33 |
| 18 | received from counsel. To the extent that you have | 10:33:38 |
| 19 | to defer to those emails and communications, I'm | 10:33:42 |
| 20 | going to instruct you not to answer. | 10:33:45 |
| 21 | If you received other emails and | 10:33:47 |
| 22 | communications that were not from counsel, you can | 10:33:49 |
| 23 | testify about that. | 10:33:51 |
| 24 | THE WITNESS: Okay. | 10:33:52 |
| 25 | Q. Okay. | 10:33:53 |

Page 89

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 9 of 16 PageID #: 17065

| | | |
|---|---|---|
| 1 | A. They were sold -- they were -- oh. They | 10:33:54 |
| 2 | were solely from counsel, and it would be a | 10:33:57 |
| 3 | question about a specific SKU. | 10:33:59 |
| 4 | Q. Okay. About how many SKUs did you get | 10:34:05 |
| 5 | asked about? | 10:34:07 |
| 6 | MR. PRABHAKAR: Objection. Calls for | 10:34:07 |
| 7 | attorney-client privileged information. | 10:34:10 |
| 8 | I'm going to instruct the witness not to | 10:34:10 |
| 9 | answer. | 10:34:12 |
| 10 | Q. Have you identified any other SKUs for | 10:34:19 |
| 11 | ES -- EOS or EXOS products that contain SNMP | 10:34:25 |
| 12 | Research software that are not on Exhibits 56 and | 10:34:29 |
| 13 | 57? | 10:34:31 |
| 14 | MR. PRABHAKAR: Objection. Calls for | 10:34:32 |
| 15 | attorney-client privileged information, work | 10:34:35 |
| 16 | product. | 10:34:36 |
| 17 | I'm going to instruct the witness not to | 10:34:36 |
| 18 | answer. | 10:34:38 |
| 19 | MR. WOOD: I don't -- no, that -- I | 10:34:38 |
| 20 | don't -- I don't agree with you. | 10:34:41 |
| 21 | So I'm asking -- I'm asking him if he has | 10:34:43 |
| 22 | identified any other SKUs that are not on Exhibit | 10:34:46 |
| 23 | 56 or 57 that contain SNMP Research software. | 10:34:49 |
| 24 | MR. PRABHAKAR: Okay. So to the extent | 10:34:54 |
| 25 | the witness has identified SKUs independent of | 10:34:58 |

Page 90

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 10 of 16 PageID #: 17066

| | | |
|---|---|---|
| 1 | communication from counsel, you can answer that | 10:35:07 |
| 2 | question. | 10:35:11 |
| 3 | If you have identified SKUs on request of | 10:35:13 |
| 4 | counsel, I'm going to instruct you not to answer | 10:35:15 |
| 5 | that question. | 10:35:17 |
| 6 | Is that better? | 10:35:19 |
| 7 | Q. Well, go ahead and answer, and I'll ask | 10:35:21 |
| 8 | it -- | 10:35:23 |
| 9 | A. No, I have not identified any. | 10:35:23 |
| 10 | Q. Okay. Thank you. | 10:35:26 |
| 11 | Are you familiar with the term "SLX"? | 10:35:28 |
| 12 | A. Yes. | 10:35:33 |
| 13 | Q. What does it mean? | 10:35:34 |
| 14 | A. It's a product family name that came over | 10:35:36 |
| 15 | from the Brocade acquisition. | 10:35:41 |
| 16 | Q. Okay. And are you familiar with the term | 10:35:42 |
| 17 | "VDX"? | 10:35:44 |
| 18 | A. Yes. | 10:35:45 |
| 19 | Q. And what -- what does it mean? | 10:35:45 |
| 20 | A. It's a product family name that came over | 10:35:48 |
| 21 | from Brocade. | 10:35:49 |
| 22 | Q. Okay. Then, as a part of your preparation | 10:35:54 |
| 23 | for the deposition today, did you also review which | 10:35:56 |
| 24 | SLX and VDX products have SNMP Research software? | 10:36:00 |
| 25 | A. I have. | 10:36:03 |

Page 91

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 11 of 16 PageID #: 17067

| | | |
|---|---|---|
| 1 | Extreme's supplemental response. I don't remember | 10:44:51 |
| 2 | which number now that you show me. There's a 9 and | 10:44:53 |
| 3 | there's an 11. | 10:44:56 |
| 4 |     Q. Yeah. | 10:44:56 |
| 5 |     A. In general, I'll say I've seen it and the | 10:44:58 |
| 6 | material aspects of it that apply. | 10:45:02 |
| 7 |     Q. Okay. If you could turn over to page 3, | 10:45:08 |
| 8 | interrogatory No. 6. | 10:45:09 |
| 9 |     Do you see it says (as read): | 10:45:20 |
| 10 |     "With respect to each product identified | 10:45:21 |
| 11 | in response to interrogatory Nos. 1 and 2, please | 10:45:22 |
| 12 | identify the number of products shipped, revenue, | 10:45:24 |
| 13 | and cost related to each and every such product by | 10:45:27 |
| 14 | quarter from October 1st, 2017, to the present, | 10:45:33 |
| 15 | including but not limited to." | 10:45:35 |
| 16 |     Lists some other -- other things. | 10:45:40 |
| 17 |     Is that correct what I read? | 10:45:52 |
| 18 |     MR. PRABHAKAR: Objection. Out of scope. | 10:45:54 |
| 19 |     A. I read the same. | 10:45:56 |
| 20 |     Q. Okay. If you could turn over to the next | 10:46:06 |
| 21 | page, page 4. | 10:46:07 |
| 22 |     It says for the last full paragraph (as | 10:46:15 |
| 23 | read): | 10:46:15 |
| 24 |     "For each product identified in response | 10:46:21 |
| 25 | to interrogatory Nos. 1 and 2, Extreme identifies | 10:46:23 |

Page 98

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 12 of 16 PageID #: 17068

| | | |
|---|---|---|
| 1 | the number of products shipped, revenue and cost by | 10:46:26 |
| 2 | quarter from date of first sale through end of | 10:46:28 |
| 3 | Extreme's financial year 2023 (June 30th, 2023) | 10:46:30 |
| 4 | with reference to appendices E-1, F-1 and G-1 that | 10:46:36 |
| 5 | are attached to this response as if they are | 10:46:42 |
| 6 | incorporated herein." | 10:46:44 |
| 7 |     Read that correctly? | 10:46:47 |
| 8 | A. Uh-huh -- yes. | 10:46:48 |
| 9 |     THE WITNESS: I'm sorry. | 10:46:52 |
| 10 | A. Yes. | 10:46:53 |
| 11 | Q. So if you could turn to page 7, list of | 10:46:54 |
| 12 | these appendices. | 10:47:02 |
| 13 | A. Page what? | 10:47:05 |
| 14 | Q. Page 7. It's now... | 10:47:06 |
| 15 | A. Oh, appendices, yeah. | 10:47:10 |
| 16 | Q. Yeah, I guess it's -- there's appendix E-1 | 10:47:12 |
| 17 | and the pages are no longer labeled when you get | 10:47:15 |
| 18 | there, but if you turn to the next page, it says | 10:47:18 |
| 19 | (as read): | 10:47:18 |
| 20 |     "EOS volume revenue cost and gross | 10:47:21 |
| 21 | margin"? | 10:47:22 |
| 22 | A. Uh-huh. | 10:47:22 |
| 23 |     MR. PRABHAKAR: Objection. Scope. | 10:47:23 |
| 24 | A. Yes. | 10:47:24 |
| 25 | Q. Did you provide the data for this exhibit? | 10:47:26 |

Page 99

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 13 of 16 PageID #: 17069

| | | |
|---|---|---|
| 1 | MR. PRABHAKAR: Objection. Out of scope. | 10:47:31 |
| 2 | A. I didn't provide this page formatted this | 10:47:33 |
| 3 | way. | 10:47:36 |
| 4 | Q. Did you provide the data for this exhibit? | 10:47:36 |
| 5 | MR. PRABHAKAR: Objection. Out of scope. | 10:47:39 |
| 6 | A. I provided the list of SKUs that ran the | 10:47:42 |
| 7 | operating system to counsel. What counsel did it | 10:47:45 |
| 8 | with [verbatim] is up to counsel to reply. | 10:47:48 |
| 9 | Q. Okay. So if these -- if you could pull | 10:47:50 |
| 10 | out Exhibit 56. The columns across the top of | 10:48:07 |
| 11 | Exhibit -- on Exhibit 59, appendix E-1 -- are | 10:48:36 |
| 12 | labeled "Datacenter 7100," "K-Series," "Matrix N," | 10:48:39 |
| 13 | "S-Series," "S-Series SSA." | 10:48:45 |
| 14 | Correct? | 10:48:48 |
| 15 | A. Correct. | 10:48:49 |
| 16 | Q. And those are the same products that are | 10:48:49 |
| 17 | identified in the pivot table of Exhibit 56; | 10:48:54 |
| 18 | correct? | 10:48:57 |
| 19 | A. Correct. | 10:48:59 |
| 20 | Q. And so are you saying, then, the -- the | 10:49:00 |
| 21 | SKUs that were used to generate the data in this | 10:49:05 |
| 22 | appendix E-1 are the SKUs you provided in Exhibit | 10:49:10 |
| 23 | 56? | 10:49:13 |
| 24 | MR. PRABHAKAR: Objection. Out of scope. | 10:49:14 |
| 25 | Objection to the extent the response has not been | 10:49:17 |

Page 100

| | | |
|---|---|---|
| 1 | prepared by the witness. | 10:49:21 |
| 2 | You can answer if you know. | 10:49:24 |
| 3 | A. I provided the list of SKUs that ran the | 10:49:26 |
| 4 | operating -- the EOS operating system as described | 10:49:28 |
| 5 | in this Exhibit 56 with the headings as shown there | 10:49:31 |
| 6 | to counsel. | 10:49:35 |
| 7 | Q. Okay. And, now, you previously testified | 10:49:37 |
| 8 | part of your duties in -- in litigation support and | 10:49:39 |
| 9 | for analysts is running unit reports for different | 10:49:43 |
| 10 | product lines; correct? | 10:49:49 |
| 11 | A. Yes. | 10:49:50 |
| 12 | MR. PRABHAKAR: Objection. Misstates | 10:49:51 |
| 13 | prior testimony. | 10:49:52 |
| 14 | THE WITNESS: Sorry. Sorry. | 10:49:53 |
| 15 | A. Yes. | 10:49:54 |
| 16 | Q. So didn't -- and this first -- the first | 10:49:54 |
| 17 | page of appendix E-1 is -- do you see how it's | 10:49:59 |
| 18 | labeled -- appendix E-1 in Exhibit 59, do you see | 10:50:04 |
| 19 | how it's labeled "Units"? | 10:50:10 |
| 20 | A. Yes. | 10:50:12 |
| 21 | Q. Okay. | 10:50:14 |
| 22 | MR. PRABHAKAR: Objection. Out of scope. | 10:50:14 |
| 23 | Q. Would this be a unit report that you | 10:50:15 |
| 24 | would -- would have run as part of your duties? | 10:50:17 |
| 25 | MR. PRABHAKAR: Objection. Out of scope. | 10:50:19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-4   Filed 04/02/24   Page 15 of 16   PageID #: 17071

```
1    Commonwealth of Massachusetts
2    Middlesex, ss.
3
4
             I, P. Jodi Ohnemus, Notary Public
5    in and for the Commonwealth of Massachusetts,
     do hereby certify that there came before me on the
6    2nd day of February, 2024, the deponent herein, who
     was duly sworn by me; that the ensuing examination
7    upon oath of the said deponent was reported
     stenographically by me and transcribed into
8    typewriting under my direction and control; and
     that the within transcript is a true record of the
9    questions asked and answers given at said
     deposition.
10
11           I FURTHER CERTIFY that I am neither
     attorney nor counsel for, nor related to or
12   employed by any of the parties to the action
     in which this deposition is taken; and, further,
13   that I am not a relative or employee of any
     attorney or financially interested in the outcome
14   of the action.
15
             IN WITNESS WHEREOF I have hereunto set my
16   hand and affixed my seal of office this
     10th day of February, 2024, at Waltham.
17
18           [signature: Patricia Jodi Ohnemus]
19
20       P. Jodi Ohnemus, RPR, RMR, CRR,
         CSR, Notary Public,
21       Commonwealth of Massachusetts
         My Commission Expires:
22       3/3/2028
23
24
25
```

Page 283

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP Document 378-4 Filed 04/02/24 Page 16 of 16 PageID #: 17072