# Exhibit 4

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF TENNESSEE
 3     _____
                                       )
 4     SNMP RESEARCH, INC. and SNMP    )
       RESEARCH INTERNATIONAL, INC.,   )
 5                                     )
                 Plaintiffs,           )
 6                                     )
            vs.                        ) Case No.
 7                                     ) 3:20-cv-00451-
       BROADCOM INC., BROCADE          ) CEA-DCP
 8     COMMUNICATIONS SYSTEMS LLC,     )
       and EXTREME NETWORKS, INC.,     )
 9                                     )
                 Defendants.           )
10     _____)
11
12
13
14                    HIGHLY CONFIDENTIAL
15         VIDEORECORDED DEPOSITION OF DANIEL DeBACKER
16                 San Francisco, California
17               Wednesday, February 14, 2024
18                         Volume I
19
20
21     Reported by:
       CHRIS TE SELLE
22     CSR No. 10836
23     Job No. 6394359
24
25     PAGES 1 - 228
```

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-5   Filed 04/02/24   Page 2 of 6   PageID #: 17074

| | | |
|---|---|---|
| 1 | THE WITNESS: I went back through the release | 09:05:05 |
| 2 | notes for all the versions and/or the read me files, | |
| 3 | which are similar. They are just a smaller version | |
| 4 | of a read, of a release note. | |
| 5 | BY MR. WOOD: | 09:05:21 |
| 6 | Q. Okay. And, can you tell what products did | |
| 7 | you identify that contain SNMP Research code, SLX | |
| 8 | and VDX? | |
| 9 | A. So, it would be the SLX products and the | |
| 10 | VDX products that run the software, so it's the same | 09:05:36 |
| 11 | software that runs on different products. It's not | |
| 12 | different software. | |
| 13 | Q. Okay. | |
| 14 | A. So, for instance, when we look at a | |
| 15 | platform, the platform will run the software, and | 09:05:48 |
| 16 | that same software will run on another platform in | |
| 17 | that same family. | |
| 18 | MR. WOOD: Okay. Introduce as 123 Extreme | |
| 19 | Network, Inc.'s Twelfth Supplemental Responses and | |
| 20 | Objections to SNMP Research, Inc.'s First Set of | 09:06:32 |
| 21 | Interrogatories to Extreme Networks. | |
| 22 | (Exhibit 123 was marked for identification by | |
| 23 | counsel.) | |
| 24 | BY MR. WOOD: | |
| 25 | Q. If you could turn to page 15. At the | 09:07:08 |

Page 33

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-5   Filed 04/02/24   Page 3 of 6   PageID #: 17075

| | | |
|---|---|---|
| 1 | bottom, do you see the, it's the response to | 09:07:18 |
| 2 | interrogatory number 11.  In the second paragraph, | |
| 3 | it says, subject to the foregoing, Extreme | |
| 4 | identifies the following products:  SLX 9140, SLX | |
| 5 | 9240, SLX 9540, SLX 9640, SLX 9150, SLX 9250, SLX | 09:07:33 |
| 6 | 9740, SLX 9850, SLX 9030, DX 6740 -- | |
| 7 |     A.   That's a typo.  It's VDX. | |
| 8 |     Q.   Okay.  VDX 6740, VDX 6940, and VDX 8770. | |
| 9 |        And then if you look at the next sentence, | |
| 10 | it also says, Extreme notes that Extreme 8520 and | 09:08:04 |
| 11 | Extreme 8720 also utilize the operating systems for | |
| 12 | the preceding products. | |
| 13 |        Are those the, the products that you | |
| 14 | identified as containing SNMP Research software? | |
| 15 |     MR. PRABHAKAR:  Objection.  Out of scope. | 09:08:25 |
| 16 |     THE WITNESS:  Yes. | |
| 17 | BY MR. WOOD: | |
| 18 |     Q.   Were there any others? | |
| 19 |     MR. PRABHAKAR:  Same objection. | |
| 20 |     THE WITNESS:  This is the list. | 09:08:36 |
| 21 | BY MR. WOOD: | |
| 22 |     Q.   Okay, thank you. | |
| 23 |        Then, did you also identify products for | |
| 24 | EXOS? | |
| 25 |     MR. PRABHAKAR:  Objection.  Out of scope. | 09:08:44 |

Page 34

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-5   Filed 04/02/24   Page 4 of 6   PageID #: 17076

| | | |
|---|---|---|
| 1 | THE WITNESS: I did not. | 09:08:46 |
| 2 | BY MR. WOOD: | |
| 3 | Q. Did you identify any products for EOS? | |
| 4 | A. I did not. | |
| 5 | Q. Can you tell me, what's a source code | 09:08:57 |
| 6 | control system? | |
| 7 | A. I don't understand a source cord -- source | |
| 8 | code control system? | |
| 9 | Q. How does -- | |
| 10 | A. I'm not familiar with that. | 09:09:16 |
| 11 | Q. How does Extreme store its source code? | |
| 12 | MR. PRABHAKAR: Objection. Form. | |
| 13 | THE WITNESS: Our source code is stored on | |
| 14 | servers within our data centers. | |
| 15 | BY MR. WOOD: | 09:09:30 |
| 16 | Q. What term do you use for the software that | |
| 17 | you store your source code in? | |
| 18 | MR. PRABHAKAR: Objection. Form. | |
| 19 | THE WITNESS: A repository. | |
| 20 | BY MR. WOOD: | 09:09:38 |
| 21 | Q. So, can we call it a source code | |
| 22 | repository, would that be fair? | |
| 23 | A. Sure. | |
| 24 | Q. Okay. So, so, what's a source code | |
| 25 | repository? | 09:09:47 |

Page 35

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-5   Filed 04/02/24   Page 5 of 6   PageID #: 17077

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me, at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the testimony given.
12     Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [ ] was not requested.
16     I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or party to this action.
19     IN WITNESS WHEREOF, I have this date subscribed
20 my name.
21
   Dated: February 19, 2024
22
23
24 _____
   CHRIS TE SELLE
25 CSR No. 10836

Page 228

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 378-5   Filed 04/02/24   Page 6 of 6   PageID #: 17078