# Exhibit 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF TENNESSEE
 3    _____
                                       )
 4    SNMP RESEARCH, INC. and SNMP     )
      RESEARCH INTERNATIONAL, INC.,    )
 5                                     )
                Plaintiffs,            )
 6                                     )
          vs.                          ) Case No.
 7                                     ) 3:20-cv-00451-
      BROADCOM INC., BROCADE           ) CEA-DCP
 8    COMMUNICATIONS SYSTEMS LLC,      )
      and EXTREME NETWORKS, INC.,      )
 9                                     )
                Defendants.            )
10    _____)
11
12
13
14              HIGHLY CONFIDENTIAL
15      VIDEORECORDED DEPOSITION OF DANIEL DeBACKER
16              San Francisco, California
17            Wednesday, February 14, 2024
18                      Volume I
19
20
21    Reported by:
      CHRIS TE SELLE
22    CSR No. 10836
23    Job No. 6394359
24
25    PAGES 1 - 228

                                                  Page 1
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 380-2   Filed 04/03/24   Page 2 of 5   PageID #: 17114

| | | |
|---|---|---|
| 1 | specifically. | 10:53:49 |
| 2 | Q. Do you know why you were sending him this | |
| 3 | information on the Brocade Extreme acquisitions? | |
| 4 | A. Given the information here, Extreme letter | |
| 5 | to customers, Extreme FAQ, so, Extreme letter to | 10:54:10 |
| 6 | costumers, the Extreme FAQ, the Ed Meyercord blog | |
| 7 | and the Ed Meyercord interview, it would be to | |
| 8 | inform the customer of the status of what's going to | |
| 9 | happen, what's going on. | |
| 10 | (Reporter clarification.) | 10:54:36 |
| 11 | Q. Did you inform any other customers? | |
| 12 | A. I'm sure I did. | |
| 13 | Q. In a similar manner? | |
| 14 | MR. PRABHAKAR: Objection. Form. | |
| 15 | THE WITNESS: Most likely. | 10:54:53 |
| 16 | (Exhibit 133 was marked for identification | |
| 17 | by counsel.) | |
| 18 | BY MR. WOOD: | |
| 19 | Q. This will be 133. It's another Extreme | |
| 20 | document, and there is an attachment, which we'll | 10:55:24 |
| 21 | mark 134. | |
| 22 | (Exhibit 134 was marked for identification | |
| 23 | by counsel.) | |
| 24 | MR. PRABHAKAR: While counsel is marking the | |
| 25 | document, I want to note for the record that | 10:55:59 |

Page 77

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 380-2   Filed 04/03/24   Page 3 of 5   PageID #: 17115

| | | |
|---|---|---|
| 1 | Exhibits number 128, 129, and 130 were documents | 10:56:03 |
| 2 | with Broadcom Bates numbers, meaning that they were | |
| 3 | produced by Broadcom and were marked outside counsel | |
| 4 | eyes only. Those, under the PO, arguably, the | |
| 5 | witness and other Extreme's counsel present in the | 10:56:25 |
| 6 | room, in-house counsel present in the room, do not | |
| 7 | have permissions to see those documents. | |
| 8 |     Accordingly, for now, we have sequestered the | |
| 9 | documents from the witness, and counsel for Extreme | |
| 10 | and plaintiffs will follow up any procedure under | 10:56:46 |
| 11 | the PO later, but, for now, the witness hasn't seen | |
| 12 | 129 and 130 and is no longer in possession of them. | |
| 13 | BY MR. WOOD: | |
| 14 |     Q.   All right. So, 133 is Bates number | |
| 15 | EXTREME-00690936, and then the attachment is | 10:57:05 |
| 16 | EXTREME-00690938. | |
| 17 |     So, this is a, the main document is a | |
| 18 | meeting invitation from Stuart Smolen to Christopher | |
| 19 | Remlin, Eric Broockman, Manjunath Gowda, Liz | |
| 20 | Scandizzo, and Katy Motiey, with a copy, Jennifer | 10:57:52 |
| 21 | Sipes. It's dated August 9, 2017. | |
| 22 |     Who is Stuart Smolen, do you know? | |
| 23 |     A.   I do not know. | |
| 24 |     Q.   Christopher Remlin? | |
| 25 |     A.   I do not know that name either. | 10:58:12 |

Page 78

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 380-2   Filed 04/03/24   Page 4 of 5   PageID #: 17116

         I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

         That the foregoing proceedings were taken before me, at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

         Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

         I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

         IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: February 19, 2024

*[signature: Chris Te Selle]*

CHRIS TE SELLE
CSR No. 10836

Page 228

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:20-cv-00451-CEA-DCP   Document 380-2   Filed 04/03/24   Page 5 of 5   PageID #: 17117