## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451 |
| Plaintiffs, | § § | |
| v. | § § | Jury Demand |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC. | § § § § § | |
| Defendants. | § § § | |

### DECLARATION OF OLIVIA L. WEBER IN SUPPORT OF PLAINTIFFS SNMP RESEARCH, INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO REOPEN RULE 30(b)(6) DEPOSITION OF DEFENDANT EXTREME NETWORKS, INC

I, Olivia L. Weber, declare and attest as follows:

1. I am an attorney at the law firm of Bienert Katzman Littrell Williams LLP, counsel of record for SNMP Research, Inc. ("SNMP Research" or "Plaintiff") and SNMP Research International, Inc. (together, "Plaintiffs") in this action. I am a member in good standing of the State Bar of California and have been admitted pro hac vice to this Court. I have personal knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto under oath.

2. My co-counsel, Matt Ashley, and I attended a December 8, 2023 meet and confer call with Extreme to continue the parties' discussions about Plaintiffs' Rule 30(b)(6) notice. Saurabh Prabhakar, Chuck Lee, and Naomi Perla attended on behalf of Extreme.

3. During this call we discussed Topic 9, among other topics.

4. Mr. Prabhakar asked Mr. Ashley and I to confirm that Topic 9 was not just limited to requests for production, and we confirmed and discussed (among other things) that

Topic 9 covered Extreme's interrogatory responses. Mr. Prabhakar confirmed that Plaintiffs would be able to ask the witness about documents and other factual assertions made in interrogatory responses. Mr. Prabhakar further confirmed that if Plaintiffs wanted to put a specific interrogatory response in front of the witness and ask that witness about Extreme's basis for making an assertion set forth in the response, then that would be appropriate. Mr. Ashley stated that he understood.

5. I also took contemporaneous notes during the December 8, 2023 call, and the above recitation of the parties' discussion of Topic 9 is in accordance with my contemporaneous notes.

6. On December 11, 2023, I sent an email to Mr. Prabhakar and set forth the changes that the parties had agreed upon during the meet and confer process. I did not include Topic 9 in this email because the parties had not agreed to change this topic.

Executed this 9th day of April, 2024, at San Clemente, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Olivia L. Weber*
Olivia L. Weber