# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § § § § § § § § § § § § § | **Case No. 3:20-cv-00451-CEA-DCP** |
| **Plaintiffs,** | | |
| v. | | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | | |
| **Defendants.** | | |

## DECLARATION OF JOHN L. WOOD

I, John L. Wood, declare and attest as follows:

1. I am an attorney at the law firm of Egerton, McAfee, Armistead & Davis, P.C., counsel of record for the Plaintiffs, SNMP Research, Inc. ("SNMP Research") and SNMP Research International, Inc. ("SNMP International" and together with SNMP Research, "Plaintiffs"), in this action. I am a member of good standing of the State Bar of Tennessee and have been admitted to this Court. I have personal knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto under oath.

2. Attached as <u>Exhibit A</u> is a true and accurate copy of an e-mail from Olivia Weber to Saurabh Prabhakar dated December 11th, 2023.

3. Attached as <u>Exhibit B</u> is a true and accurate copy of *Appendix A* to the parties' Joint Statement titled "Agreed-Upon Topics from Plaintiff's Rule 30(b)(6) Deposition Notice".

4. Attached as <u>Exhibit C</u> is a true and accurate copy of Defendant's 30(b)(6) Notice to SNMP Research, Inc. dated March 25th, 2024.

- 1 -

5.  Attached as <u>Exhibit D</u> is a true and accurate copy of Defendant's 30(b)(6) Notice to SNMP Research International, Inc. dated April 5th, 2024.

6.  Attached as <u>Exhibit E</u> is a true and accurate copy of SNMP Research, Inc.'s 1st Set of Interrogatories to Defendant.

7.  Attached as <u>Exhibit F</u> is a true and accurate copy of an e-mail from Saurabh Prabhakar to John L. Wood dated January 17th, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2024.

*/s/ John L. Wood*
John L. Wood, Esq.