# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451  **Date:** April 11, 2024

SNMP Research, Inc. **v.** Extreme Networks, Inc.

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | Terri Grandchamp | Ashley Arnold |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| John Wood | Saurabh Prabhakar<br>Charles Lee | |

**Proceedings:**

The Court held a discovery dispute and motion hearing. The Court heard argument from counsel. The parties will submit a joint status report on or before April 17, 2024.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 10:30  **to** 12:30

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_