IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

------------------------------------------------------------ x
: 
SNMP RESEARCH, INC. and SNMP :
RESEARCH INTERNATIONAL, INC., :
: Case No. 3:20-cv-00451-CEA-DCP
Plaintiffs, :
: U.S. District Judge Charles E. Atchley
v. :
:
BROADCOM INC.; BROCADE :
COMMUNICATIONS SYSTEMS LLC; and :
EXTREME NETWORKS, INC., :
:
Defendants. :
------------------------------------------------------------ x

## AGREED ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES UNDER THE EXISTING SCHEDULING ORDER (DKT. 242)

Before the Court is a Joint Motion to Extend Certain Discovery Deadlines Under the Existing Scheduling Order (Dkt. 242, filed by Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMPR") and Defendant Extreme Networks, Inc. ("Extreme," and together with SNMPR, "the Parties"), pursuant to Federal Rule of Civil Procedure 16. Specifically, the Parties have jointly requested a modest extension of the Parties' deadlines to disclose their expert testimony and rebuttal expert testimony and of the close of discovery as set forth in the Third Amended Scheduling Order, as follows:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Extreme's disclosure of expert testimony | April 30, 2024 | May 9, 2024 |
| Extreme's disclosure of rebuttal expert testimony | May 2, 2024 | May 11, 2024 |
| SNMPR's disclosure of rebuttal expert testimony | May 30, 2024 | June 17, 2024 |
| Close of discovery | June 11, 2024 | July 2, 2024 |

Based upon the Parties' agreement, and for good cause shown, the joint motion is

**GRANTED**. Extreme's opening expert reports must now be disclosed on or before **May 9, 2024**. Extreme's rebuttal expert reports must now be disclosed on or before **May 11, 2024**. SNMPR's rebuttal expert reports must now be disclosed on or before **June 17, 2024**. The discovery period will now close on **July 2, 2024**. All other deadlines as set forth in the Third Amended Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

ENTER:

_____
Debra C. Poplin
United States Magistrate Judge

Agreed to by:

/s/ Charles B. Lee                    /s/ John M. Neukom

Charles B. Lee, BPR# 011570
Jessica Malloy-Thorpe, BPR# 035234
Jordan B. Scott, BPR# 037795
MILLER & MARTIN, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
chuck.lee@millermartin.com
jessica.malloy-thorpe@millermartin.com
jordan.scott@millermartin.com
Tel: (423) 756-6600
Fax: (423) 785-8293

John M. Neukom (*admitted pro hac vice*)
Abraham A. Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar (*admitted pro hac vice*)
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
bnbarath@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH, PLLC
41 Madison Avenue, Floor 31
New York, New York 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2866

*Attorneys for Extreme Networks, Inc.*

By: /s/ *John L. Wood*
    John L. Wood, Esq. (BPR #027642)
    Cheryl G. Rice, Esq. (BPR #021145)
    Rameen J. Nasrollahi, Esq. (BPR #033458)
    EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
    900 S. Gay Street, Suite 1400
    P.O. Box 2047
    Knoxville, TN 37902
    (865) 546-0500 (phone)
    (865) 525-5293 (facsimile)
    jwood@emlaw.com
    crice@emlaw.com
    rnasrollahi@emlaw.com

By: /s/ *A. Matthew Ashley*
    A. Matthew Ashley (CA Bar. No. 198235)
    Morgan Chu (CA Bar. No. 70446)
    David Nimmer (CA Bar. No. 97170)
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    (310) 277-1010 (phone)
    (310) 203-7199 (facsimile)
    mchu@irell.com
    dnimmer@irell.com
    mashley@irell.com

By: /s/ *Olivia L. Weber*
    Olivia L. Weber (CA Bar. No. 319918)
    BIENERT KATZMAN LITTRELL WILLIAMS, LLP
    903 Calle Amanecer, Suite 350
    San Clemente, CA 92673
    (949) 369-3700 (phone)
    (949) 369-3701 (facsimile)
    oweber@bklwlaw.com

    *Attorneys for Plaintiffs*
    *SNMP Research International, Inc. and*
    *SNMP Research, Inc.*