# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451　　　　　　　　　　　　　**Date:** April 30, 2024

SNMP Research, Inc.　　**v.**　Extreme Networks, Inc.

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:** Rachel Stone

**Court Reporter:** Terri Grandchamp

**Law Clerk:** Ashley Arnold

**Attorney(s) for Plaintiff:**
Olivia Weber
John Wood

**Attorney(s) for Defendant:**
Saurabh Prabhakar
Charles Lee
Michael Powell

**Additional Attorney(s) Present:**

**Proceedings:**
The Court held a telephonic discovery dispute. The Court heard argument from counsel.

**Dates set at this hearing:**
☐ Jury Trial　☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 1:30　　to 2:15

◉ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_