# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § | **Case No. 3:20-cv-00451-CEA-DCP** |
| **Plaintiffs,** | § § § | |
| **v.** | § § | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | § § § § § | |
| **Defendants.** | § § § | |

## NOTICE OF CHANGE OF ADDRESS FOR RAMEEN J. NASROLLAHI, ESQ

**COME NOW** counsel for Plaintiffs, SNMP Research, Inc. and SNMP Research International, Inc. and hereby provides notice to the Court and all parties, through their respective counsel of record, that effective May 6, 2024, attorney Rameen J. Nasrollahi has joined the law firm of Lowe Yeager & Brown, PLLC and is no longer associated with the firm of Egerton, McAfee, Armistead & Davis, P.C. Please send all further notices, correspondences, and copies of pleadings in this matter to Mr. Nasrollahi at the following:

**Rameen J. Nasrollahi**
**Lowe Yeager & Brown PLLC**
**920 Volunteer Landing Lane, Suite 200**
**Knoxville, TN 37915**
**rjn@lyblaw.net**
**865-312-8746**

- 1 -

7479775.2

Respectfully submitted,

Dated: May 13, 2024                    By: /s/ *Rameen J. Nasrollahi*
                                                      Rameen J. Nasrollahi, Esq. (BPR #033458)
LOWE YEAGER & BROWN, PLLC
920 Volunteer Landing Lane, Suite 200
Knoxville, TN 37915
865-312-8746 (phone)
865-637-0540 (facsimile)
rjn@lyblaw.net

John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com

A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com

Olivia L. Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS, LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc. and*
*SNMP Research, Inc.*

- 2 -

7479775.2