John M. Neukom (*admitted pro hac vice*)
Abraham A. Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar *(admitted pro hac vice)*
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
atabaie@debevoise.com
bnbarath@debevoise.com
sprabhakar@debevoise.com
ajginsberg@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM INC. ET AL.,<br><br>Defendants. | **Case No. 3:20-cv-00451-CEA-DCP**<br><br>**Extreme Networks Inc.'s Witness List** |

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, and Paragraph 1(b) of the Third Amended Scheduling Order (ECF No. 242, the "Scheduling Order"), Defendant

Extreme Networks, Inc. ("Extreme"), by and through its counsel, hereby provides its final witness list. Extreme reserves the right to supplement the below witness lists in accordance with Paragraph 1(b) of the Scheduling Order, or as otherwise permitted by the Court.

| Witness Name | Address (if known) | Telephone number (if known) | Expect to present/may call |
|---|---|---|---|
| 1. Michael Fitzgerald | 6 Loosestick Way Acton MA 01720. | | Will call |
| 2. Hardik Ajmera | 10 Barred Owl Drive, Westborough, Massachusetts 01581. | | Will call |
| 3. Kevin Gray | 593 Silver Street, Rollinsford, NH 03869. | (603) 952 5858 | May call |
| 4. Daniel DeBacker | Bigfork, Montana. | (408) 352-2417 | May call |
| 5. Antony Hutchins | 1306 South Street, Durham North Carolina 27707. | | May call |
| 6. Kaylee Freeman | 11006 Northeast 124th Street, Liberty, Missouri 64068. | | May call |
| 7. Fiona Nolan | Derry Bear Crusheen, County Clare V95 XK07, Ireland. | | May call |
| 8. Paul Segalini | 41540 Equinox, Sea Ranch, California 95497. | | May call |
| 9. Tara Flanagan | | | May call |
| 10. Kevin Frick | 14467 Manchester Drive, Naples, Florida 34114. | | May call |
| 11. Tim Bourne | | (919) 884-3268 | May call |
| 12. Jeffrey D. Case | 3005 Kimblerlin Heights Road, Knoxville, Tennessee 37920. | | Will call |
| 13. John Wood | 1400 Riverview Tower 900 S. Gay Street, Knoxville, Tennessee 37902. | | May call |
| 14. Steve Blizzard | 2029 Kentucky Street, Seymour, Tennessee 37865. | | May call |

| | | | |
|---|---|---|---|
| 15. Patti Sams | 8509 Trundle Road, Knoxville, Tennessee 37920. | | May call |
| 16. Mary Gibson | | | May call |
| 17. David Reid | | | May call |
| 18. David Spakes | | | May call |

Extreme also identifies as "May call" any witnesses identified by one or more Plaintiffs in their witness list and impeachment witnesses as appropriate.

Dated: May 14, 2024

Charles B. Lee, BPR# 011570
Jessica Malloy-Thorpe, BPR# 035234
Jordan B. Scott, BPR# 037795
MILLER & MARTIN, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
Tel: (423) 756-6600
Fax: (423) 785-8293
clee@millermartin.com
jessica.malloy-thorpe@millermartin.com
jordan.scott@millermartin.com

*/s/ John M. Neukom*

John M. Neukom (*admitted pro hac vice*)
Abraham A. Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar (*admitted pro hac vice*)
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
atabaie@debevoise.com
bnbarath@debevoise.com
sprabhakar@debevoise.com
ajginsberg@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000

Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*