IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-cv-00451 <br><br> U.S. District Judge Charles E. Atchley, Jr. <br><br> **Jury Demand** |

## PLAINTIFFS SNMP RESEARCH INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S WITNESS LIST PURSUANT TO DKT. 242

COME NOW Plaintiffs SNMP Research, Inc. and SNMP Research, International, Inc. (collectively, "Plaintiffs"), by and through the undersigned counsel of record, and pursuant to the Scheduling Order entered by this Court (Dkt. 242), and Federal Rule of Civil Procedure 26(a)(3)(A)(i), hereby submit the following witness list. Plaintiffs reserve the right to call rebuttal witnesses as deemed necessary at the time of trial.

Plaintiffs presently expect to call the following individuals to testify at the trial of this matter:

| | **Name** | **Address** | **Phone Number** | **Will/May Call** |
|---|---|---|---|---|
| 1. | Dr. Jeffrey D. Case | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 2. | Steve Blizzard | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 3. | David Reid | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |

| | | | | |
|---|---|---|---|---|
| 4. | David Spakes | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 5. | Patti Sams | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 6. | Daniel DeBacker | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 7. | Michael Fitzgerald | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 8. | Hardik Ajmera | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 9. | Kaylee Freeman | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 10. | Antony Hutchins | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 11. | Paul Segalini | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 12. | Fiona Nolan | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 13. | Robert Reason | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 14. | David Carson | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 15. | Kevin Frick | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 16. | Tim Bourne | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live or by deposition |
| 17. | Yeeping Zhong | 26131 Altadena Dr., Los Altos Hills, CA 94022-2009 | 408-772-1689 | Will call live or by deposition |
| 18. | Scott Bradner | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |

| | | | | |
|---|---|---|---|---|
| 19. | Mark Chandler | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 20. | Dr. Ravi Dhar | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 21. | Steve Waldbusser | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 22. | Michael J. Wallace | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 23. | Regan Smith | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |

Plaintiffs also provisionally list the following additional witnesses, all but two of whom Extreme has listed on its initial disclosures. Plaintiffs have asked Extreme to confirm that it will not be calling any of the following witnesses to trial so that Plaintiffs need not depose them. Extreme has not responded to Plaintiffs with its confirmation as to whether or not it will be calling the following witnesses to trial. Accordingly, because Plaintiffs have reached their 10-deposition limit and because Extreme will not confirm whether or not it will be calling the following witnesses to trial, Plaintiffs will seek leave to notice the depositions of the witnesses below who are also listed on Extreme's initial disclosures. If Extreme does not produce the witnesses listed on its initial disclosures for deposition, then Extreme should not be permitted to bring such witnesses for trial, regardless of whether Extreme includes them on its witness list.

| | **Name** | **Address** | **Phone Number** | **Will/May Call** |
|---|---|---|---|---|
| 1. | Kevin Gray | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 2. | Indhu Balraj | Presently unknown | Presently unknown | May call live or by deposition |

| | | | | |
|---|---|---|---|---|
| 3. | Tibor Fabry-Asztalos | Presently unknown | Presently unknown | May call live or by deposition |
| 4. | Manjunath Gowda | Presently unknown | Presently unknown | May call live or by deposition |
| 5. | Larry Fitterer | Presently unknown | Presently unknown | May call live or by deposition |
| 6. | Michael Yip | Presently unknown | Presently unknown | May call live or by deposition |
| 7. | Tara Flanagan | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 8. | Peter Lam | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |

Respectfully submitted this 14th day of May, 2024.

By:     */s/ John L. Wood*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Rameen J. Nasrollahi, Esq. (BPR #033458)
EGERTON, McAFEE, ARMISTEAD
   & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rnasrollahi@emlaw.com

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
A. Matthew Ashley (CA Bar. No.198235)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com

Olivia Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Call Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*

CERTIFICATE OF SERVICE

     I hereby certify that on this the May 14, 2024, a true and accurate copy of the foregoing was served on counsel of record for Defendant in this matter electronically.

                                               /s/ *Olivia Weber*

6

Case 3:20-cv-00451-CEA-DCP   Document 398   Filed 05/14/24   Page 6 of 6   PageID #: 17429