IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-cv-00451 <br><br> U.S. District Judge Charles E. Atchley, Jr. <br><br> **Jury Demand** |

## PLAINTIFFS SNMP RESEARCH INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S SUPPLEMENTAL WITNESS LIST PURSUANT TO DKT. 242

COME NOW Plaintiffs SNMP Research, Inc. and SNMP Research, International, Inc. (collectively, "Plaintiffs"), by and through the undersigned counsel of record, and pursuant to the Scheduling Order entered by this Court (Dkt. 242), and Federal Rule of Civil Procedure 26(a)(3)(A)(i), hereby submit the following supplemental witness list. Plaintiffs reserve the right to call rebuttal witnesses as deemed necessary at the time of trial.

Plaintiffs presently expect to call the following individuals to testify at the trial of this matter:

| | **Name** | **Address** | **Phone Number** | **Will/May Call** |
|---|---|---|---|---|
| 1. | Dr. Jeffrey D. Case | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 2. | Steve Blizzard | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | May call live |
| 3. | David Reid | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | May call live |

| | | | | |
|---|---|---|---|---|
| 4. | David Spakes | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | May call live |
| 5. | Patti Sams | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | May call live |
| 6. | Daniel DeBacker | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 7. | Michael Fitzgerald | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live and/or by deposition if witness not available at trial |
| 8. | Hardik Ajmera | Contact through counsel for Extreme | Contact through counsel for Extreme | Will call live and/or by deposition if witness not available at trial |
| 9. | Kaylee Freeman | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 10. | Antony Hutchins | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 11. | Paul Segalini | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 12. | Fiona Nolan | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 13. | Robert Reason | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 14. | David Carson | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 15. | Kevin Frick | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 16. | Tim Bourne | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |

| 17. | Yeeping Zhong | 26131 Altadena Dr., Los Altos Hills, CA 94022-2009 | 408-772-1689 | May call live or by deposition |
|---|---|---|---|---|
| 18. | Tara Flanagan | Contact through counsel for Extreme | Contact through counsel for Extreme | May call live or by deposition |
| 19. | Scott Bradner | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 20. | Mark Chandler | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 21. | Dr. Ravi Dhar | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 22. | Steve Waldbusser | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 23. | Michael J. Wallace | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |
| 24. | Regan Smith | Contact through counsel for Plaintiffs | Contact through counsel for Plaintiffs | Will call live |

Plaintiffs further identify as "May call" any witnesses identified by Extreme on its witness list and impeachment witnesses as appropriate.

Plaintiffs also provisionally list Kevin Gray, whom Plaintiffs may call to trial in light of the fact that Extreme has listed Mr. Gray its initial disclosures and on its witness list (Dkt. 397). Plaintiffs will notice the deposition of Mr. Gray. If Extreme does not produce him for deposition, and to the extent Extreme attempts to bring Mr. Gray to trial without permitting Plaintiffs to depose him, then Extreme should not be permitted to bring him as a witness for trial.

In addition, Plaintiffs' prior witness list (Dkt. 398) identified other provisional witnesses, but Plaintiffs have now removed Indhu Balraj, Tibor Fabry-Asztalos, Manjunath Gowda, Larry Fitterer, Michael Yip, and Peter Lam from this provisional list based on the fact that Extreme did

not list any of these witnesses on its witness list and thus will not be calling these witnesses to trial. Plaintiffs reserve the right to call any one of them (Indhu Balraj, Tibor Fabry-Asztalos, Manjunath Gowda, Larry Fitterer, Michael Yip, and Peter Lam) to trial to the extent Extreme attempts to do so. Moreover, to the extent Extreme does attempt to bring any of these witnesses to trial without stipulating that Plaintiffs may first depose them, then Extreme should not be permitted to call any such witnesses at trial.

Respectfully submitted this 19th day of May, 2024.

By:    */s/ John L. Wood*
      John L. Wood, Esq. (BPR #027642)
      Cheryl G. Rice, Esq. (BPR #021145)
      Rameen J. Nasrollahi, Esq. (BPR #033458)
      EGERTON, McAFEE, ARMISTEAD
        & DAVIS, P.C.
      900 S. Gay Street, Suite 1400
      P.O. Box 2047
      Knoxville, TN 37902
      (865) 546-0500 (phone)
      (865) 525-5293 (facsimile)
      jwood@emlaw.com
      crice@emlaw.com
      rnasrollahi@emlaw.com

      Morgan Chu (CA Bar. No. 70446)
      David Nimmer (CA Bar. No. 97170)
      A. Matthew Ashley (CA Bar. No.198235)
      IRELL & MANELLA LLP
      1800 Avenue of the Stars, Suite 900
      Los Angeles, California 90067-4276
      (310) 277-1010 (phone)
      (310) 203-7199 (facsimile)
      mchu@irell.com
      dnimmer@irell.com
      mashley@irell.com

      Olivia Weber (CA Bar. No. 319918)
      BIENERT KATZMAN LITTRELL WILLIAMS LLP
      903 Call Amanecer, Suite 350
      San Clemente, CA 92673
      (949) 369-3700 (phone)
      (949) 369-3701 (facsimile)
      oweber@bklwlaw.com

      *Attorneys for Plaintiffs*
      *SNMP Research International, Inc.*
      *SNMP Research, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this the May 19, 2024, a true and accurate copy of the foregoing was served on counsel of record for Defendant in this matter electronically.

/s/ *Olivia Weber*
