UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc. and SNMP Research Int'l

    Plaintiff,

v.                                           Case No. 3:20-cv-00451-CEA-

Broadcom Inc.; Brocade Communications System

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for SNMP Research, Inc. & SNMP Research Int'l, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    California

[✓] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/17/2024

_____
(Signature–hand signed)

Name: David McPhie
Firm: Irell & Manella LLP
Address:
    840 Newport Center Dr., Suite 400, Newport Beach, CA, 92660

Email address: dmcphie@irell.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.