# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

David C. McPhie , Bar No. 231520

was duly admitted to practice in this Court on 09/17/2007
*DATE*

and  is active and in good standing    as a member of the Bar

of this Court.

Dated at Los Angeles, California

on    May 20, 2024
*Date*

BRIAN D. KARTH
Clerk of Court



By *Martha A. Torres*

Martha Torres    , Deputy Clerk