John M. Neukom (*admitted pro hac vice*)
Abraham A. Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar *(admitted pro hac vice)*
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
atabaie@debevoise.com
bnbarath@debevoise.com
sprabhakar@debevoise.com
ajginsberg@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, New York 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>BROADCOM INC. ET AL.,<br><br>　　　　　　　Defendants. | **Case No. 3:20-cv-00451-CEA-DCP**<br><br>**Extreme Networks Inc.'s Supplemental Witness List** |

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, and Paragraph 1(b) of the Third Amended Scheduling Order (ECF No. 242, the "Scheduling Order"), Defendant

Extreme Networks, Inc. ("Extreme"), by and through its counsel, hereby submits its final supplemental witness list. Extreme reserves the right to supplement the below witness lists in accordance with Paragraph 1(b) of the Scheduling Order, or as otherwise permitted by the Court.

| Witness Name | Address (if known) | Telephone number (if known) | Expect to present/may call |
|---|---|---|---|
| 1. Michael Fitzgerald | Contact through counsel for Extreme. | Contact through counsel for Extreme. | Will call |
| 2. Hardik Ajmera | Contact through counsel for Extreme. | Contact through counsel for Extreme. | Will call |
| 3. Kevin Gray | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 4. Daniel DeBacker | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 5. Antony Hutchins | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 6. Kaylee Freeman | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 7. Fiona Nolan | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 8. Paul Segalini | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 10. Kevin Frick | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 11. Tim Bourne | Contact through counsel for Extreme. | Contact through counsel for Extreme. | May call |
| 12. Jeffrey D. Case | 3005 Kimberlin Heights Road, Knoxville, Tennessee 37920. | | Will call |
| 13. John Wood | 1400 Riverview Tower 900 S. Gay Street, Knoxville, Tennessee 37902. | | May call |
| 14. Steve Blizzard | 2029 Kentucky Street, Seymour, Tennessee 37865. | | May call |
| 15. Patti Sams | 8509 Trundle Road, Knoxville, Tennessee 37920. | | May call |

| | | | |
|---|---|---|---|
| 16. Mary Gibson | | | May call |
| 17. David Reid | | | May call |
| 18. David Spakes | | | May call |
| 19. Dr. Philip Greenspun | Contact through counsel for Extreme. | Contact through counsel for Extreme. | Will call |
| 20. Quentin Mimms | Contact through counsel for Extreme. | Contact through counsel for Extreme. | Will call |
| 21. Dr. Mahdi Eslamimehr | Contact through counsel for Extreme. | Contact through counsel for Extreme. | Will call |
| 22. Philip Johnson | Contact through counsel for Extreme. | Contact through counsel for Extreme. | Will call |

Extreme also identifies as "May call" any witnesses identified by one or more Plaintiffs in their witness list and impeachment witnesses as appropriate.

Dated: May 20, 2024

Charles B. Lee, BPR# 011570
Jessica Malloy-Thorpe, BPR# 035234
Jordan B. Scott, BPR# 037795
MILLER & MARTIN, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
Tel: (423) 756-6600
Fax: (423) 785-8293
clee@millermartin.com
jessica.malloy-thorpe@millermartin.com
jordan.scott@millermartin.com

/s/ John M. Neukom

John M. Neukom (*admitted pro hac vice*)
Abraham A. Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar (*admitted pro hac vice*)
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
jneukom@debevoise.com
atabaie@debevoise.com
bnbarath@debevoise.com
sprabhakar@debevoise.com
ajginsberg@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Sy Damle (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
(202) 637-2200

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, New York 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*