UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc., et. al.

    Plaintiff,

v.

Broadcom Inc., et. al.

    Defendant.

Case No. 3:20-cv-00451-CEA-

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Extreme Networks, Inc. moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2024

_____
(Signature–hand signed)

Name: P. Anthony Sammi
Firm: Latham & Watkins LLP
Address:
    1271 Avenue of the Americas, New York, NY 100020

Email address: tony.sammi@lw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.