# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

PARAMJEET  SAMMI , Bar # PS4741

was duly admitted to practice in the Court on

February 01, 2000

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York     On     May 17, 2024

Ruby J. Krajick
Clerk of Court

By

s/B. Cong
Deputy Clerk