UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc., et. al.

    Plaintiff,

v.

Broadcom Inc., et. al.

    Defendant.

Case No. 3:20-cv-00451-CEA-D

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Extreme Networks, Inc.**, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**New York; District of Columbia**

[✔] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 22, 2024**

*/s/ Bornali R. Borah*
(Signature–hand signed)

Name: **Bornali Rashmi Borah**
Firm: **Latham & Watkins LLP**
Address:

    **555 Eleventh Street, NW Suite 1000, Washington, D.C. 20004**

Email address: **rashmi.borah@lw.com**

Once your motion is granted, you must register as an E-Filer with this Court. For