

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Bornali Rashmi Borah

Admission date: 05/20/2024

was admitted to practice in this court
and is in good standing.

Dated: May 22, 2024