# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451             **Date:** May 23, 2024

SNMP     **v.**     Extreme

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | DCR | Lauryn Preheim |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| John Wood<br>Matthew Ashley | Saurabh Prabhakar<br>Charles Lee<br>Rachel Blitzer | |

**Proceedings:**

The Court held a telephonic status conference. The Court heard from counsel. The Court will enter an order.

**Dates set at this hearing:**
- [ ] Jury Trial  [ ] BenchTrial:
- [ ] Pretrial Conf.:
- [ ] Motion Hrng:
- [ ] Status Conf:

**Deadlines set at this hearing:**
- [ ] Status Report:
- [ ] Show Cause:
- [ ] Other:

**Time:** 1:00     **to** 1:15

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 320cv451 _ 20240523_ 125333