# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Aaron Macris**, Bar **696323**, was duly admitted to practice in this Court on **July 18, 2017**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 20, 2024**



_____
*Robert M. Farrell*
**CLERK**