$0.640
US POSTAGE
FIRST-CLASS
062S0002218753
FROM 37402

CHATTANOOGA TN 373
24 MAY 2024 PM 2 L

EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JUN 07 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

3:20-cv-451
#411

Rachel Blitzer and P Anthony Sammi
Latham & Watkins (NY)
885 Third Avenue, Suite 1000
New York,

NIXIE    100   NE   1    00   06/05/24
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 37402225984        *3080-08347-24-41

Case 3:20-cv-00451-CEA-DCP   Document 415   Filed 06/10/24   Page 1 of 1   PageID #: 17464