EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JUN 11 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

·: 93081902228273772

CHATTANOOGA TN 373
4 JUN 2024 PM 2 L

$0.640
US POSTAGE
FIRST-CLASS
062S0002218753
FROM 37402

S98479.135

3:20-cv-451
Notice of Htg (no docket #)

P Anthony Sammi
Latham & Watkins (NY)
885 Third Avenue, Suite 1000
New York, NY 10022

NIXIE          372  NF 1      24180906/08/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 37402225984          *3020-06290-04-40