# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:20-cv-451  **Date:** May 23, 2024

SNMP **v.** Extreme

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | Kara Nagorny | Lauryn Preheim |

| **Attorney(s) for Plaintiff:** | **Attorney(s) for Defendant:** | **Additional Attorney(s) Present:** |
|---|---|---|
| John Wood | Jessica Malloy-Thorpe | |
| Matthew Ashley | Anthony Sammi | |
| Cheryl Rice | Aaron Macris | |
| | Tom Reynolds | |

**Proceedings:**

The Court held a discovery dispute hearing. The Court will issue a written order.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 1:30   **to** 5:15

☉ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 320cv451