IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,**<br><br>**Defendants.** | Case No. 3:20-cv-00451-CEA-DCP<br><br><br><br>**Jury Demand** |

## SOURCE CODE AND BUILD ENVIRONMENT STIPULATIONS REGARDING ADDITIONAL EXOS, SLX, AND NOS RELEASES

Defendant Extreme Networks, Inc. ("Extreme"), on the one hand, and Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMP Research"), on the other hand, enter into the following stipulation. By entering into this stipulation, SNMP Research agrees that it will not demand production of Extreme's source code or build environment for the Listed Extreme Products referred to in these stipulations, including any build tools or build files, in the instant litigation for any purpose whatsoever. This stipulation is made in connection with the instant litigation only.

In lieu of Extreme producing in discovery in the instant litigation versions of its source code which are listed below (herein referred to as "Version" or "Versions"), the parties have entered the present stipulation. These Versions are also listed in EXTREME-01407828 and EXTREME-01407835, and Extreme represents that these spreadsheets contain complete and accurate information as to the EXOS, SLX, and NOS releases made available to Extreme's customers.

The EXOS Versions 10.1, 10.1.2, 11.0.0, 11.0.1, 11.0.2, 11.1.1, 11.1.2, 11.1.3, and 11.1.4 identified in EXTREME-01407828 contain the same source code claimed to be owned by SNMP Research as is present in the previously produced source code corresponding to EXOS Version 11.2.1. That is, to the extent a portion of the source code claimed to be owned by SNMP Research appears in the produced source code corresponding to EXOS Version 11.2.1, it also appears in the source code corresponding to EXOS Versions 10.1, 10.1.2, 11.0.0, 11.0.1, 11.0.2, 11.1.1, 11.1.2, 11.1.3, and 11.1.4 identified in EXTREME-01407828. The EXOS Versions 30.8.1, 31.7.2, 32.5.1, 32.6.1, 32.6.2 identified in EXTREME-01407828 contain the same source code claimed to be owned by SNMP Research as is present in the previously produced source code corresponding to EXOS Version 32.4.1.10. That is, to the extent a portion of the source code claimed to be owned by SNMP Research appears in the previously produced source code corresponding to EXOS Version 32.4.1.10, it also appears in the source code corresponding to the EXOS Versions 30.8.1, 31.7.2, 32.5.1, 32.6.1, 32.6.2 identified in EXTREME-01407828.

The SLX Versions 18r.1.00m, 18s.1.03f, 20.3.2g, 20.3.4b, 20.4.1b, 20.4.1c, 18r.1.00ha, 18r.1.00ma, 18s.1.03fa, 20.3.2ae, 20.3.2fa, 20.3.2fc, 20.3.2fd, 20.3.2ff, 20.4.1c_cvr01, 20.4.1ca identified in EXTREME-01408735 contain the same source code claimed to be owned by SNMP Research as is present in the previously produced source code corresponding to SLX Version 20.3.3. That is, to the extent a portion of the source code claimed to be owned by SNMP Research appears in the previously produced source code corresponding to SLX Version 20.3.3, it also appears in the source code corresponding to the SLX Versions 18r.1.00m, 18s.1.03f, 20.3.2g, 20.3.4b, 20.4.1b, 20.4.1c, 18r.1.00ha, 18r.1.00ma, 18s.1.03fa, 20.3.2ae, 20.3.2fa, 20.3.2fc, 20.3.2fd, 20.3.2ff, 20.4.1c_cvr01, 20.4.1ca identified in EXTREME-01408735.

The NOS Versions 7.4.1f, 7.4.1g, 7.4.1f, and 7.4.1fa identified in EXTREME-01407835 contain the same source code claimed to be owned by SNMP Research as is present in the previously produced source code corresponding to NOS Version 7.4.1e. That is, to the extent a portion of the source code claimed to be owned by SNMP Research appears in the previously produced source code corresponding to NOS Version 7.4.1e, it also appears in the source code corresponding to the NOS Versions 7.4.1f, 7.4.1g, 7.4.1f, and 7.4.1fa identified in EXTREME-01407835.

The above Versions have been compiled and linked into a binary form (*i.e.*, object code) which can be run by computer hardware. Herein, the binary form of source code refers to the object code produced by the compilation and linking of a Version of the source code.

Each Extreme product corresponding to the Versions identified above is identified in the spreadsheets cited above (i.e., EXTREME-01407828 and EXTREME-01407835), as indicated by an X in the product column next to the Version, and are referred to herein as "Listed Extreme Product." Up through and including April 1, 2024, each Listed Extreme Product has contained the source code for the corresponding Version(s) in binary form, which was then run by the Listed Extreme Product. Each Listed Extreme Product that previously shipped to a customer contains the source code for one Version in binary form.

By this Stipulation, Extreme represents that each particular Version in binary form includes the binary form of every line of source code claimed to be owned by SNMP Research (*i.e.*, lines in those files including the SNMP Research copyright notice) and that is included in that particular Version's source code. For example, without limitation, EXOS Version 30.8.1 is one of multiple Versions that previously shipped to customers in binary form with the X435 Listed Extreme Product, and by this Stipulation, Extreme represents that EXOS Version 30.8.1 in binary form includes the binary form of

3

every line of source code claimed to be owned by SNMP Research (*i.e.*, lines in those files including the SNMP Research copyright notice) that is included in the source code for EXOS Version 30.8.1.

The parties agree that the binary form described above does not include makefiles.

DATED: June 10, 2024                                    Respectfully submitted,

/s/ *John L. Wood*                                      /s/ *P. Anthony Sammi*

John L. Wood, Esq. (BPR #027642)                        P Anthony Sammi (*admitted pro hac vice*)
Cheryl G. Rice, Esq. (BPR #021145)                      Rachel Blitzer (*admitted pro hac vice*)
EGERTON, McAFEE, ARMISTEAD &                            LATHAM & WATKINS LLP
DAVIS, P.C.                                             885 Third Avenue, Suite 1000
900 S. Gay Street, Suite 1400                           New York, New York 10022
P.O. Box 2047                                           tony.sammi@lw.com
Knoxville, TN 37902                                     rachel.blitzer@lw.com
(865) 546-0500 (phone)                                  (212) 906-1200
(865) 525-5293 (facsimile)
jwood@emlaw.com                                         Sy Damle (*admitted pro hac vice*)
crice@emlaw.com                                         Bornali Rashmi Bohra (*admitted pro hac vice*)
                                                        LATHAM & WATKINS LLP
A. Matthew Ashley (CA Bar. No. 198235)                  555 Eleventh Street NW, Suite 1000
Morgan Chu (CA Bar. No. 70446)                          Washington, DC 20004
David Nimmer (CA Bar. No. 97170)                        sy.damle@latham.com
IRELL & MANELLA LLP                                     rashmi.borah@lw.com
1800 Avenue of the Stars, Suite 900                     (202) 637-3332
Los Angeles, California 90067-4276
(310) 277-1010 (phone)                                  Aaron Macris (*admitted pro hac vice*)
(310) 203-7199 (facsimile)                              LATHAM & WAKTINS LLP
mchu@irell.com                                          200 Clarendon Street,
dnimmer@irell.com                                       Boston, Massachusetts 02116
mashley@irell.com                                       aaron.macris@lw.com
                                                        (617) 880-4500
David C. McPhie
IRELL & MANELLA LLP                                     Charles B. Lee, BPR# 011570
840 Newport Center Drive                                Jessica Malloy-Thorpe, BPR# 035234
Suite 400                                               Jordan B. Scott, BPR# 037795
Newport Beach, CA 92660                                 MILLER & MARTIN, PLLC
dmcphie@irell.com                                       832 Georgia Avenue
(949) 760 0991                                          1200 Volunteer Building

4

Olivia L. Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL
WILLIAMS LLP
903 Calle Amanacer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc. and*
*SNMP Research, Inc.*

Chattanooga, Tennessee 37402
Tel.: (423) 756-6600
Fax: (423) 785-8293
clee@millermartin.com
jessica.malloy-thorpe@millermartin.com
jordan.scott@millermartin.com

John M. Neukom (*admitted pro hac vice*)
Abraham Tabaie (*admitted pro hac vice*)
Barbara N. Barath (*admitted pro hac vice*)
Saurabh Prabhakar (*admitted pro hac vice*)
Alicia J. Ginsberg (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
atabaie@debevoise.com
jneukom@debevoise.com
bnbarath@debevoise.com
sprabhakar@debevoise.com
ajginsberg@debevoise.com
(415) 738-5700

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*