IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,** | § § § § § | Case No. 3:20-cv-00451-CEA-DCP |
| **Plaintiffs,** | § | |
| v. | § § | **Jury Demand** |
| **BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,** | § § § § § | |
| **Defendants.** | § § | |

## SOURCE CODE AND BUILD ENVIRONMENT STIPULATIONS REGARDING ADDITIONAL EXOS, SLX, AND NOS RELEASES CONTAINING NET-SNMP

Defendant Extreme Networks, Inc. ("Extreme"), on the one hand, and Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMP Research"), on the other hand, enter into the following stipulation. By entering into this stipulation, SNMP Research agrees that it will not demand production of Extreme's source code or build environment for the Listed Extreme Products referred to in these stipulations, including any build tools or build files, in the instant litigation for any purpose whatsoever. This stipulation is made in connection with the instant litigation only.

The following EXOS and SLX versions are referred to as "New Versions." The previously produced source code corresponding to EXOS version 31.7.3.37 is representative of source code corresponding to EXOS Versions 31.7.3, 32.6.3, and 32.7.1 (identified in EXTREME-01407828) for the purposes of the claims and defenses in this litigation. For clarity, 'representative' means in this context that EXOS Versions 31.7.3, 32.6.3, and 32.7.1 may be deemed to have the same source code as EXOS

version 31.7.3.37, including any code in EXOS 31.7.3.37 that is claimed to be owned by SNMP Research.

The previously produced source code corresponding to SLX version 20.3.4c is representative of source code corresponding to SLX Versions 18r.1.00n, 18s.1.03e, 18s.1.03g, 20.3.2h, 20.3.4c, 20.3.4d, 20.4.1d, 20.4.1e, 20.4.2b, 20.4.2c, 20.4.3, 20.4.3a, 20.4.3b, 20.4.3c, 20.5.1, 20.5.1a, 20.5.1b, 20.5.2, 20.5.2a, 20.5.2b, 20.5.3, 20.5.3a, 20.6.1, 20.6.1a, 20.4.1da, 20.4.1ea, 20.4.2ac, 20.4.3a_cvr01, 20.4.3ac, 20.4.3ad, 20.4.3ae, 20.4.3af, 20.5.1_cvr02, 20.5.1a_cvr01, 20.5.1a_cvr03, 20.5.2ab (identified in EXTREME-01408735) for the purposes of the claims and defenses in this litigation. For clarity, 'representative' means in this context that SLX Versions 18r.1.00n, 18s.1.03e, 18s.1.03g, 20.3.2h, 20.3.4c, 20.3.4d, 20.4.1d, 20.4.1e, 20.4.2b, 20.4.2c, 20.4.3, 20.4.3a, 20.4.3b, 20.4.3c, 20.5.1, 20.5.1a, 20.5.1b, 20.5.2, 20.5.2a, 20.5.2b, 20.5.3, 20.5.3a, 20.6.1, 20.6.1a, 20.4.1da, 20.4.1ea, 20.4.2ac, 20.4.3a_cvr01, 20.4.3ac, 20.4.3ad, 20.4.3ae, 20.4.3af, 20.5.1_cvr02, 20.5.1a_cvr01, 20.5.1a_cvr03, 20.5.2ab may be deemed to have the same source code as SLX version 20.3.4c, including any code in SLX 20.3.4c that is claimed to be owned by SNMP Research.

Each Extreme product corresponding to the New Versions identified above is identified in the spreadsheets cited above (i.e., EXTREME-01407828 and EXTREME-01407835), as indicated by an X in the product column next to the Version, and is referred to herein as "New Listed Extreme Product." From April 1, 2024 and onwards, each New Listed Extreme Product has contained the object code resulting from compilation of the corresponding New Version(s), which was then run by the New Listed Extreme Product. Each New Listed Extreme Product that previously shipped to a customer contains the object code resulting from compilation of one of the New Versions. The above New Versions are and have been compiled and linked into a binary form (*i.e.*, object code) which can be run by computer hardware.

In exchange for SNMP Research foregoing requests for production by Extreme of the source code and build environment corresponding to the representative New Versions described in this stipulation, Extreme will produce: (1) binary image files for those New Versions for EXOS and representative New Versions for SLX-OS[1] along with a signed verification indicating which binary files corresponds to which source code version, and (2) other files sufficient to show which files from these source code versions are reflected in the resulting object code upon compilation.[2]

---

[1] The binary image file corresponding to SLX Version 18r.1.00n is representative of SLX Versions 18s.1.03e, 18s.1.03g; and SLX Version 20.3.2h is representative of SLX Versions 20.3.2h, 20.3.4c, 20.3.4d, 20.4.1d, 20.4.1e, 20.4.2b, 20.4.2c, 20.4.3, 20.4.3a, 20.4.3b, 20.4.3c, 20.5.1, 20.5.1a, 20.5.1b, 20.5.2, 20.5.2a, 20.5.2b, 20.5.3, 20.5.3a, 20.6.1, 20.6.1a, 20.4.1da, 20.4.1ea, 20.4.2ac, 20.4.3a_cvr01, 20.4.3ac, 20.4.3ad, 20.4.3ae, 20.4.3af, 20.5.1_cvr02, 20.5.1a_cvr01, 20.5.1a_cvr03, 20.5.2ab.

[2] Extreme will also produce these materials for NOS Versions 7.4.1h and 7.4.1ha.

| DATED: June 18, 2024 | Respectfully submitted, |
|---|---|
| /s/ John L. Wood | /s/ John M. Neukom |

| | |
|---|---|
| John L. Wood, Esq. (BPR #027642)<br>Cheryl G. Rice, Esq. (BPR #021145)<br>EGERTON, McAFEE, ARMISTEAD &<br>DAVIS, P.C.<br>900 S. Gay Street, Suite 1400<br>P.O. Box 2047<br>Knoxville, TN 37902<br>(865) 546-0500 (phone)<br>(865) 525-5293 (facsimile)<br>jwood@emlaw.com<br>crice@emlaw.com | John M. Neukom (*admitted pro hac vice*)<br>Abraham Tabaie (*admitted pro hac vice*)<br>Barbara N. Barath (*admitted pro hac vice*)<br>Saurabh Prabhakar (*admitted pro hac vice*)<br>Alicia J. Ginsberg (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>650 California Street<br>San Francisco, California 94108<br>atabaie@debevoise.com<br>jneukom@debevoise.com<br>bnbarath@debevoise.com<br>sprabhakar@debevoise.com<br>ajginsberg@debevoise.com<br>(415) 738-5700 |
| A. Matthew Ashley (CA Bar. No. 198235)<br>Morgan Chu (CA Bar. No. 70446)<br>David Nimmer (CA Bar. No. 97170)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>(310) 277-1010 (phone)<br>(310) 203-7199 (facsimile)<br>mchu@irell.com<br>dnimmer@irell.com<br>mashley@irell.com | P Anthony Sammi (*admitted pro hac vice*)<br>Rachel Blizter (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>tony.sammi@lw.com<br>rachel.blitzer@lw.com<br>(212) 906-1200 |
| Olivia L. Weber (CA Bar. No. 319918)<br>BIENERT KATZMAN LITTRELL<br>WILLIAMS LLP<br>903 Calle Amanacer, Suite 350<br>San Clemente, CA 92673<br>(949) 369-3700 (phone)<br>(949) 369-3701 (facsimile)<br>oweber@bklwlaw.com | Sy Damle (*admitted pro hac vice*)<br>Bornali Rashmi Borah (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>sy.damle@lw.com<br>rashmi.borah@lw.com<br>(202) 637-3332 |
| *Attorneys for Plaintiffs*<br>*SNMP Research International, Inc. and*<br>*SNMP Research, Inc.* | Aaron Macris (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street,<br>Boston, Massachusetts 02116<br>aaron.macris@lw.com<br>(617) 880-4500 |

Charles B. Lee, BPR# 011570Jessica Malloy-Thorpe, BPR# 035234
Jordan B. Scott, BPR# 037795
MILLER & MARTIN, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
Tel.: (423) 756-6600
Fax: (423) 785-8293
clee@millermartin.com
jessica.malloy-thorpe@millermartin.com
jordan.scott@millermartin.com

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*