UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and<br>SNMP RESEARCH INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM INC.; BROCADE<br>COMMUNICATIONS SYSTEMS LLC; and<br>EXTREME NETWORKS, INC.,<br><br>Defendants. | No. 3:20-CV-451-CEA-DCP |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On June 5, 2024, the Court granted the Motion for Leave to Appear Pro Hac Vice for Attorney Aaron Macris [Doc. 414]. The Order states that Attorney Macris must register to obtain CM/ECF access pursuant to Local Rule 5.2(b). More than fifteen (15) days have passed, and Attorney Macris has failed to register as an E-Filer.

Accordingly, Attorney Macris is **ORDERED TO SHOW CAUSE** on or before **July 9, 2024**, as to why he should not be removed as an attorney of record in this case and why other appropriate sanctions should not issue for his failure to comply with the Order. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Show Cause to Attorney Macris.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge