# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC., | Defendants. <br><br> Case No. 3:20-cv-00451-CEA-DCP |

## RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's order to show cause (D.I. 422), Aaron Macris provides notice that he has submitted his registration request for the Court's electronic filing system as of June 25, 2024. Mr. Macris failed to register previously as the result of an internal administrative oversight. Mr. Macris apologizes for failing to timely register and respectfully requests that the Court not remove him as an attorney of record or issue other sanctions.

| Dated: June 26, 2024 | /s/ Sy Damle |
|---|---|
| Charles B. Lee, BPR# 011570<br>Jessica Malloy-Thorpe, BPR# 035234<br>Jordan B. Scott, BPR# 037795<br>MILLER & MARTIN, PLLC<br>832 Georgia Avenue<br>1200 Volunteer Building<br>Chattanooga, Tennessee 37402<br>Tel: (423) 756-6600<br>Fax: (423) 785-8293<br>clee@millermartin.com<br>jessica.malloy-thorpe@millermartin.com<br>jordan.scott@millermartin.com | John M. Neukom (*admitted pro hac vice*)<br>Abraham A. Tabaie (*admitted pro hac vice*)<br>Barbara N. Barath (*admitted pro hac vice*)<br>Saurabh Prabhakar (*admitted pro hac vice*)<br>Alicia J. Ginsberg (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>650 California Street<br>San Francisco, California 94108<br>jneukom@debevoise.com<br>atabaie@debevoise.com<br>bnbarath@debevoise.com<br>sprabhakar@debevoise.com<br>ajginsberg@debevoise.com<br>(415) 738-5700<br><br>Leslie A. Demers (*admitted pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>leslie.demers@skadden.com<br>(212) 735-3000<br><br>Sy Damle (*admitted pro hac vice*)<br>B. Rashmi Borah (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>sy.damle@lw.com<br>rashmi.borah@lw.com<br>(202) 637-2200<br><br>P. Anthony Sammi (*admitted pro hac vice*)<br>Rachel R. Blitzer (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>tony.sammi@lw.com<br>rachel.blitzer@lw.com<br>(212) 906-1200 |

Aaron Macris (*admitted pro hac vice*)
LATHAM & WATKINS LLP
200 Claredon Street
Boston, MA 02116
aaron.macris@lw.com
(617) 948-6000

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, New York 10010
(212) 518-2000

*Attorneys for Extreme Networks, Inc.*