EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
**UNITED STATES DISTRICT COURT**
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

3:20-cv-451
Doc. 419

9400 9216 8317 9280

FILED
JUL 01 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

P Anthony Sammi
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10020

NIXIE   100  NE 1    24   0006/27/24
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 37402225984          *1683-00647-27-38

US POSTAGE $1.63
FIRST-CLASS
062S0002218753
FROM 37402

Case 3:20-cv-00451-CEA-DCP   Document 424   Filed 07/01/24   Page 1 of 1   PageID #: 17496