# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | |
| v. | § § | **Jury Demand** |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC., | § § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S SUA SPONTE ORDER STAYING DEADLINES AND ORDERING MEDIATION

COME NOW the Plaintiffs, SNMP Research, Inc. and SNMP Research International, Inc., by and through the undersigned counsel of record and respectfully move the Court for partial reconsideration of the Court's *sua sponte* order issued earlier today (Dkt. 425, "Mediation Order") cancelling the trial and all remaining unexpired deadlines in this case and directing the parties to mediation.

Plaintiffs are ready and willing to participate in good faith in a mediation pursuant to the detailed instructions set forth in the Mediation Order. Plaintiffs seek reconsideration only with respect to the last sentence of the Mediation Order, which cancels the trial date and all unexpired deadlines of the Third Amended Scheduling Order.

In support, Plaintiffs state as follows:

1.      Plaintiffs have already incurred significant costs (over $100,000 of which are non-refundable) in preparation for the October 22, 2024 trial date, and have secured the availability of multiple witnesses traveling from throughout the United States.

2.      Extreme and Plaintiffs have previously mediated on two separate occasions before two separate nationally-recognized mediators, one of whom is a former federal judge (one full day with Richard Chernick and five full days before the Hon. Jay C. Gandhi), for a total of six days of mediation, at considerable expense.

3.      The parties have approximately nine (9) weeks before pretrial disclosures are due pursuant to the Third Amended Scheduling Order (Dkt. 242).  Plaintiffs believe that the parties can mediate in good faith while keeping to the current deadlines and trial date as provided in the Third Amended Scheduling Order.  Plaintiffs further submit that keeping those deadlines, including the trial date, in place will likely assist the parties in reaching a settlement.

For these reasons, Plaintiffs respectfully request that the Court reconsider that portion of the Mediation Order which cancels the October 22, 2024 trial date for this case and all unexpired pretrial deadlines, allowing the parties to keep the currently scheduled trial in place while mediating this matter.

Respectfully submitted this 2nd day of July, 2024,

> By: /s/ *Cheryl G. Rice*
> John L. Wood, Esq. (BPR #027642)
> Cheryl G. Rice, Esq. (BPR #021145)
> EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
> 900 S. Gay Street, Suite 1400
> P.O. Box 2047
> Knoxville, TN 37902
> (865) 546-0500 (phone)
> (865) 525-5293 (facsimile)
> jwood@emlaw.com
> crice@emlaw.com
>
> A. Matthew Ashley (CA Bar. No. 198235)

Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com

Olivia L. Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS, LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

Rameen J. Nasrollahi (BPR# 033458)
LOWE YEAGER & BROWN, PLLC
920 Volunteer Landing Lane
(865) 312-8746 (phone)
(865) 312-XXX (facsimile)
rjn@lyblaw.net

*Attorneys for Plaintiffs*
*SNMP Research International, Inc. and*
*SNMP Research, Inc.*