UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH INC. & SNMP RESEARCH INTERNATIONAL INC., | ) ) ) | Case No. 3:20-cv-451 |
| *Plaintiffs*, | ) ) | Judge Atchley |
| v. | ) ) | Magistrate Judge Poplin |
| EXTREME NETWORKS INC., | ) ) ) | |
| *Defendant*. | ) | |

## ORDER

The Court referred this matter to mediation on July 2, 2024. [Doc. 425]. The referral Order required the parties to file a notice of the date set for mediation and their choice of mediator within 21 days, or by July 23, 2024. On July 22, 2024, the parties, via email to chambers, requested that the matter be referred to U.S. Magistrate Judge Christopher H. Steger. On July 26, 2024, the Court conducted a status conference regarding the parties' request. At the status conference, the parties confirmed that they were requesting a judicially-hosted settlement conference pursuant to E.D. Tenn. Local Rule 68.3.

The Court advised the parties that judicially-hosted settlement conferences tax the limited resources of the Court, and thus are often reserved for matters in which one or both parties cannot afford private mediation. This case, as all parties are aware, has already required extensive judicial resources. The parties represented that they had considered this, but believe that other factors make this matter appropriate for a judicially-hosted settlement conference. These factors include prior unsuccessful mediations between the parties, change of counsel, and the present procedural posture of the case. The Court has considered these factors and the parties' representations, as well as the

record. In these unique circumstances, and based on the consent of the parties, the Court finds that a judicially-hosted settlement conference is appropriate.

Accordingly, the Court **REFERS** this action to U.S. Magistrate Judge Christopher H. Steger for a judicially-hosted settlement conference pursuant to Local Rule 68.3. Magistrate Judge Steger "shall retain complete discretion regarding the format and the manner of carrying on the settlement conference," as well as the schedule of the same. See E.D. Tenn. L.R. 68.3(g). He shall not discuss the settlement conference with the undersigned except and unless progress is made toward settlement. See E.D. Tenn. L.R. 68.3(c). The parties are **DIRECTED** to familiarize themselves with Local Rule 68.3 regarding judicially-hosted settlement conferences.

The Court's Order [Doc. 425] referring this matter to mediation is **VACATED**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**