U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [ ] MOTION HEARING
- [ ] PRETRIAL CONFERENCE
- [x] OTHER

Case No **3:20-CV-451** **SNMP Research, Inc.** v. **Broadcom Inc., et al**

**PRESENT:** Honorable **Christopher H. Steger** — [ ] U.S. District Judge OR [x] U.S. Magistrate Judge

**Matthew Ashley** — Attorney(s) for Plaintiff(s)
**John Wood** — Attorney(s) for Plaintiff(s)
**Tony Sammi/Kathy Motiey** — Attorney(s) for Defendant(s)

**Charles Lee/Tom Reynolds** — Attorney(s) for Defendant(s)
**Kelli Jones** — Courtroom Deputy
Court Reporter

PROCEEDINGS:
Court opened. Pre-mediation held. Mediation continued after court adjourned.

TESTIMONY BY: _____

TRIAL SET: _____

Time: 10:00 to 10:30       Date: 9/19/24

____ to ____
____ to ____
____ to ____

REV 7/14