IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-00451-CEA-DCP<br><br>U.S. District Judge Charles E. Atchley, Jr. |

## PLAINTIFFS SNMP RESEARCH, INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF MAHDI ESLAMIMEHR

NOW COME Plaintiffs SNMP Research, Inc. ("SNMPR") and SNMP Research International, Inc. ("SNMPRI") (together, "Plaintiffs") and move this court to exclude the testimony of Dr. Mahdi Eslamimehr, pursuant to Rule 702 of the Federal Rules of Evidence, Rules 26 and 37 of the Federal Rules of Civil Procedure, and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993)

In support, Plaintiffs submit that Dr. Mahdi Eslamimehr's three distinct rebuttal opinions on damages-related topics are each improper and should be excluded. Specifically, Dr. Eslamimehr has no expertise in conducting or analyzing surveys of the type he opines upon, and his conclusion is both irrelevant and unsupported by any valid evidence or methodology. Second, Dr. Eslamimehr's opinions which faults the selection of network management stations and networking products that Plaintiffs' technical expert Mr. Scott Bradner used in his testing should be excluded because they are entirely conclusory and devoid of reasoned analysis or evidentiary support and because they ignore that Mr. Bradner did not select the network management stations or products to be tested; rather, it was Extreme that identified and agreed to those network management stations and products.

Finally, Dr. Eslamimehr offers unsupported opinions on the value of the copyrighted SNMP agent that Extreme copied in which he fails to articulate any reliable methodology that would render his numbers relevant or helpful, offers conclusory opinions on supposed "alternatives" to SNMP and that the value attributable to Plaintiffs' software is zero, and offers opinions which are unsupported by the objective evidence in this case, contrary to law, and should be excluded.

In further support of this motion, Plaintiffs rely upon Plaintiffs' Memorandum in Support of Motion to Exclude the Testimony of Mahdi Eslamimehr submitted contemporaneously with this Motion, the record in this case, matters of which the Court may take judicial notice, and the Declarations of Olivia L. Weber, Steve Waldbusser, Mike Wallace, and Jeffrey D. Case along with the exhibits attached to those declarations, all submitted contemporaneously with this motion.

On the grounds as are set forth in this motion, and in Plaintiffs' Memorandum in Support of Motion to Exclude the Testimony of Mahdi Eslamimehr, Plaintiffs respectfully request that this Court exclude the testimony of Dr. Mahdi Eslamimehr pursuant to Rule 702 of the Federal Rules of Evidence, Rules 26 and 37 of the Federal Rules of Civil Procedure, and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and grant Plaintiffs any additional relief which the Court determines is proper in this instance.

1

Respectfully submitted,

Dated: January 3, 2025
By: */s/ John L. Wood*
John L. Wood, Esq. (TN BPR #027642)
Cheryl G. Rice, Esq. (TN BPR #021145)
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com


Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
David McPhie (CA Bar No. 231520)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
mashley@irell.com

Olivia Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

Rameen J. Nasrollahi (TN BPR# 033458)
LOWE YEAGER & BROWN, PLLC
920 Volunteer Landing Lane
(865) 312-8746 (phone)
rjn@lyblaw.net

*Attorneys for Plaintiffs*
*SNMP Research International, Inc. and*
*SNMP Research, Inc.*

2