# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., <br><br> Plaintiffs, <br> v. <br><br> BROADCOM INC., BROCADE COMMUNICATIONS SYSTEMS LLC, AND EXTREME NETWORKS, INC. <br><br> Defendants. | **Case No. 3:20-cv-00451-CEA-DCP** |

**REBUTTAL EXPERT REPORT OF DR. MAHDI ESLAMIMEHR**

**May 11, 2024**

**Confidential**

# TABLE OF CONTENTS

I.     SUMMARY OF OPINIONS ................................................................................. 1

II.    QUALIFICATIONS ........................................................................................... 1

III.   INFORMATION CONSIDERED WHILE FORMING MY OPINION ................. 3

IV.   CRITIQUE OF MR. BRADNER'S AND MR. DHAR'S REPORTS ......................... 4

    A.   Mr. Dhar's Six Categories Are Overlapping ....................................................... 4

    B.   Mr. Bradner's Selection of NMSes To Provide The Percentages To Inform Mr. Dhar's Analysis Was Wrong ...................................................................................... 8

    C.   Mr. Bradner's Attribution of Percentages To Mr. Dhar's Capabilities Is Fundamentally Flawed ............................................................................................ 8

        i.    "Switch can be monitored from a single pane of glass" ............................... 13

        ii.   "Switch can send alerts" .......................................................................... 16

        iii.    "Switch can be monitored in real time" ....................................................... 18

        iv.   "Switch can be monitored using software from third parties" ....................... 21

        v.    "Switch can be monitored in a multi-vendor network with single NMS" .................. 24

        vi.   "Switch provides granular view of devices, ports, applications, and users" ............... 27

# I.    SUMMARY OF OPINIONS

1.     The six so-called "infringing capabilities" that Plaintiffs' survey expert Mr. Dhar identifies are overlapping and can be grouped under one capability only.

2.     Mr. Bradner's selection of Network Management Systems ("NMS") for assessing SNMP contributions to management was incorrect for the purposes of informing Mr. Dhar's analysis.

3.     Mr. Bradner's attribution of percentages to Mr. Dhar's capabilities is fundamentally flawed.

# II.    QUALIFICATIONS

4.     I have a Master of Science in Computer Science from Linköping University, Sweden, and a Doctor of Philosophy in Computer Science from UCLA.  I have received an MBA from the London School of Economics and Political Science and graduated from Harvard Business School in Strategy Execution.  I am currently an Adjunct Professor at the University of Southern California (USC), Department of Computer Science.  I've conducted years of research in software analysis, have given numerous presentations concerning software analysis, and won Best Paper from the IEEE International Symposium on Software Reliability Engineering (ISSRE) software conference sponsored and hosted by the National Institute of Standards and Technology, (NIST).[1]  My research articles have been widely discussed and cited over 170 times by scientists in top conferences and journals. My Curriculum Vitae, including a list of my publications, is attached as **Exhibit A**.

---

[1] Best Paper at IEEE International Symposium on Software Reliability Engineering (ISSRE): M. Eslamimehr and M. Lesani, "AtomChase: Directed search towards atomicity violations," *2015 IEEE 26th International Symposium on Software Reliability Engineering (ISSRE)*, 2015, pp. 12-23, doi: 10.1109/ISSRE.2015.7381795.

1

5.    I have worked as a software engineer for more than 20 years. My experience, generally, includes roles and responsibilities associated with software design, development, analysis, testing, and operations for a wide range of companies and international organizations. For instance, I have migrated legacy databases on behalf of the United Nations World Food Program, and I have developed network protocol supporting software tools for Ericsson AB's research and development group, Network on Chip (NoC) supporting software for Samsung Electronics' infrastructure research and development group, and a tool to estimate microcontrollers performance for Verimag, France. As the Chief Technology Officer ("CTO") and Chief Operating Officer ("COO") for Clarity Global, a network solution company specializing in developing, distributing, and operating support systems for mid- to large-scale telecommunication operators, I designed and developed network management systems for fixed and mobile telecom operators, data centers and energy companies.

6.    I have been retained as a testifying expert witness and a non-testifying expert consultant in over 70 matters, which are identified in **Exhibit A**.[2]

7.    Based on my education, training, and experience, my areas of expertise include network protocols, network management systems and solutions, network applications, network operations, IP and network toolkits, software analysis, and software copyrights. I have also performed source code analyses for more than 50 litigation matters.

8.    As a software engineer at Ericsson, I was responsible for the analysis, design, and implementation of a toolkit for Ericsson related to network protocols (including SNMP) in 2007 and 2008. This position required extensive research and development on how different network protocols can be used and deployed on a large scale. In my positions as the CTO and COO of

---

[2] Exhibit A, pp. 3-7.

Clarity Global, I managed the development, production, distribution, and operations for large-scale software solutions for various network operators serving over 100 million subscribers/users. Some partners of Clarity Global include Ericsson, Vivacom, Sri Lanka Telecom, BSNL, and Mobifone. This position required vast knowledge about NMS, network protocols' standards and industry best practices, in addition to terms and terminology that are commonly utilized in the network software space relating to copyright. Throughout the development of our software products, we used commercial software from top companies in the industry, including Oracle, Microsoft, and Google. We purchased different types of licenses, including on-premise, cloud, hybrid, perpetual, and time-limited. Moreover, we entered into contracts with telecommunications operators to license our solutions in different commercial models and different environments (*e.g.*, cloud, on-premise, and hybrid).

9.      As an expert witness, I have worked on cases involving SNMP, NMS, software copyright agreement violations and infringements, patents, trade secrets, and license matters in state and federal court and in proceedings administered by the American Arbitration Association. I have never been disqualified as an expert witness in any legal proceeding.

10.     Quandary Peak is reimbursed for my work for this engagement at the rate of $850 per hour plus reimbursement for any direct expenses. This compensation is tied to the time I have devoted to activities related to this matter. It is not impacted in any way by the opinions I present or the outcome of the arbitration.

III.    **INFORMATION CONSIDERED WHILE FORMING MY OPINION**

11.     A list of materials I examined and considered is attached as **Exhibit B**. Should new materials or facts come to light, I reserve the right to amend or modify my opinions based on such information.

**IV.    CRITIQUE OF MR. BRADNER'S AND MR. DHAR'S REPORTS**

12.    Part VIII of Mr. Bradner's report discusses a survey by Dr. Ravi Dhar that Mr. Bradner states is meant to "determine which capabilities are important purchase factors for users of wired-based switches."  (Bradner Report, ¶ 277).

13.    Dr. Dhar's survey purported to identify 55 capabilities of wired switches that were important to respondents and identified six of them as "allegedly infringing."  (Dhar Report, ¶ 9). Those capabilities were as follows:

- Switch can be monitored from a single pane of glass

- Switch can be monitored in a multivendor-vendor network with single NMS (Network Management System)

- Switch can be monitored in real-time

- Switch can be monitored using software from third-party vendors

- Switch can send alerts

- Switch provides a granular view of devices, ports, applications, and users

**A.    Mr. Dhar's Six Categories Are Overlapping**

14.    As an initial matter, I was asked to assess whether these six categories are overlapping or are mutually exclusive.  Based on my education and years of experience in the field, I believe that these are overlapping categories.

a.    **Single Pane of Glass Monitoring**: This capability implies that a switch can be monitored from a unified interface, which consolidates various management and monitoring tasks into a single dashboard. This feature inherently overlaps with capabilities like real-time monitoring and monitoring using third-party software, as these functions are typically integrated into the NMS dashboard. Extreme Networks provides comprehensive solutions such as Extreme Management Center (formerly

4

NetSight), which exemplifies this integration by offering tools that manage everything from network health to security within a single interface. Additionally, Extreme Networks offers a network management solution called "ExtremeCloud™ IQ," which is designed to provide network insights and management from a single pane of glass. This platform supports cloud-driven network management, allowing administrators to monitor and control their network infrastructure—including switches—across various locations and vendor devices seamlessly. The integration of real-time monitoring, alerts, and third-party vendor management within this single interface exemplifies the overlapping nature of these capabilities. The dashboard provides comprehensive visibility into network performance, security, and operations, illustrating how single-pane monitoring encompasses several other capabilities inherently.

b. **Multi-vendor Network Monitoring**: The ability to monitor devices across different manufacturers from a single NMS is crucial for large-scale network operations. This overlaps with single pane of glass monitoring because managing a multi-vendor environment efficiently requires a centralized management platform that provides visibility across all devices irrespective of their brand. Extreme Networks' NMSs leverage protocols like SNMP, Telemetry, and Rest API to ensure seamless integration and interoperability, which is essential for this capability. Extreme Management Center facilitates multi-vendor network monitoring. This capability allows network operators to manage and monitor devices from multiple manufacturers using a unified NMS interface.

c. **Real-Time Monitoring**: Monitoring network elements in real-time is vital for timely decision-making and network health assessment. This capability overlaps significantly with a single pane of glass and third-party monitoring because real-time data feed is a fundamental aspect of these monitoring interfaces. For instance, Extreme Networks' switches utilize SNMP, Telemetry, and Rest API to facilitate real-time data collection, displaying this information through their management platforms, thus integrating closely with other monitoring capabilities. Real-time monitoring in Extreme Networks solutions is heavily emphasized through their use of advanced analytics and machine learning in products like ExtremeAnalytics. This tool provides network administrators with the ability to monitor network traffic and performance in real-time, enabling proactive management and immediate response to incidents.

d. **Third-Party Vendor Software Monitoring**: The ability to use software from third-party vendors for monitoring tasks overlaps with monitoring capabilities because third-party software often relies on standard protocols like SSH/SSL and Rest API for data collection. This is evident in Extreme Networks' environments where third-party tools such as Zabbix, SolarWinds, or PRTG can monitor Extreme devices using SNMP, showing the integration and overlap with native NMS functionalities.

e. **Alert Sending**: Sending alerts is a critical functionality that informs network administrators of potential issues before they impact network performance. This overlaps with real-time monitoring and third-party software usage, because the mechanisms that generate alerts (like SNMP traps, Notifications, or Network Events) are part of the data, flow that these tools monitor. Extreme Networks switches can be

configured to send alerts via APIs, which can be integrated into both proprietary and third-party NMSs like Zabbix or OpenNMS.

f. **Granular View of Devices, Ports, Applications, and Users**: Providing a detailed and granular view is inherently linked to the capabilities of the NMS to monitor in real time and through third-party software. This granularity requires deep integration and data collection capabilities that are also used in providing real-time monitoring and alerts. Extreme Networks' switches, for instance, support detailed SNMP MIBs and Rest API events and notifications that allow for the detailed tracking of traffic at a granular level, including individual port performance and user activity. Extreme Networks offers detailed visibility into network components through its management solutions, which provide granular data about devices, ports, applications, and user activities. Tools like ExtremeControl offer role-based access control and visibility at a granular level, which is crucial for effective network management and security.

15. The features outlined—monitoring from a single pane of glass, monitoring in a multivendor network, real-time monitoring, third-party software compatibility, alert functionality, and granular visibility—are often highlighted in marketing materials as distinct capabilities to showcase the versatility and comprehensiveness of network management systems. However, in practice, these are not isolated features but are intricately linked and often embedded within the broader functionality of a "single pane of glass" capability. This term itself is a marketing expression designed to convey the ease and efficiency with which network administrators can oversee and control entire networks—spanning multiple vendors and technologies—from a unified interface. This consolidation enhances usability and operational efficiency, allowing seamless integration of real-time data feeds, alerts, and detailed analytics

7

into a single dashboard. Essentially, the single pane of glass serves as a central hub that encapsulates all these capabilities, simplifying network management while providing a comprehensive view and control over the network's various elements.

**B.      Mr. Bradner's Selection of NMSes To Provide The Percentages To Inform Mr. Dhar's Analysis Was Wrong**

16.      Mr. Dhar's qualified respondents were individuals living in the United States who have been involved in a decision to purchase a wired LAN switch that was intended to be used in their employer's network. (Dhar Report, ¶ 42).

17.      The NMS solutions that Mr. Bradner used were two old Extreme NMS solutions, Extreme Management Center and NetSight, and a non-cloud version of Extreme's current NMS, ExtremeCloudIQ Site-Engine. Other than these, Mr. Bradner used WhatsUp Gold, an open source NMS, and SolarWinds basic "Server and Application Monitor," not its NMS.[3]

18.      Testing the SNMP capabilities and the overall dependability of Extreme Networks switches requires a well-rounded, comprehensive testing environment that reflects real-world network configurations and challenges. Relying on only a small set of switches (such as 11) and a limited number of NMS skewed Mr. Bradner's results and as explained below they do not adequately represent the diverse scenarios in which these switches would operate and the full extent of capabilities that would be required to network management.

**C.      Mr. Bradner's Attribution of Percentages To Mr. Dhar's Capabilities Is Fundamentally Flawed**

19.      Mr. Bradner was asked to "determine whether and to what extent (based on an estimated percentage from 0-100%)" the above capabilities "are attributable to SNMP."

---

[3] https://www.solarwinds.com/network-management-software.

20.     Dr. Dhar applied those percentages to the survey results to determine, as he put it, "an estimate for the combined importance of the Allegedly Infringing Monitoring Capabilities" based on Mr. Bradner's assessment of the contribution of the "At-Issue Software" to each capability.

21.     Dr. Dhar's reliance on Mr. Bradner's assessment in Part VIII of his report is fundamentally flawed at several levels.

22.     As an initial matter, Dr. Dhar was mistaken that Mr. Bradner was assessing the value of the "At-Issue Software," i.e., SNMP Research's agent software.  He was not.  Mr. Bradner was only purporting to assess the contribution of a switch's implementation of the SNMP standard to each of the "allegedly infringing capabilities."  Mr. Bradner offers no opinion regarding any attribution to SNMP's implementation of SNMP.  Implementation of the SNMP standard in a switch involves far more than the mere use of SNMP Research's software.

23.     Dr. Dhar also appears to be confused about what he was measuring.  He states that he was measuring the "combined importance of the Allegedly Infringing Monitoring Capabilities."  But his reliance on Mr. Bradner's assessment of how much of each capability was "attributable to" the SNMP standard shows that he was in fact measuring the supposed importance of the SNMP standard to customer demand for wired switches (although from what I understand from the Review and Analysis of the Dhar Survey proffered by Extreme's expert, Dr. Philip Johnson, he did not accomplish this either).

24.     More fundamentally, the assessments in Part VIII of Mr. Bradner's report on which Dr. Dhar relied were flawed.  Having considered Mr. Bradner's estimates, it is my opinion that his opinions in several respects attribute too much value to SNMP.  As an initial matter, if

implemented correctly, the value of SNMPR's implementation is 0% because any value associated is entirely tied to the function of SNMP, not any alleged creativity in implementation.

25. There are several reasons why Mr. Bradner's assessment was flawed. While Mr. Bradner said he was developing an assessment of the "extent" to which certain capabilities are "attributable" to SNMP, he, in fact, was engaged in a fundamentally different exercise. For each of the "Allegedly Infringing Capabilities," he asked essentially, "Is SNMP necessary to enable this capability"? And if the answer was yes, he concluded that SNMP contributed 100% to the enablement of that capability. He reached that conclusion with respect to five different capabilities: "Switch can be monitored from a single pane of glass"; "Switch can be monitored in real time"; "Switch can be monitored using software from third parties"; "Switch can be monitored in a multi-vendor network with single NMS"; "Switch provides granular view of devices, ports, applications, and users." In one instance ("Switch can send alerts") Mr. Bradner attributed 50% to SNMP because there was one other method of providing that capability (Syslog Protocol).

26. The first problem with this approach is that it is based on a factually flawed premise---that SNMP was necessary (or, in one case, one of two alternatives) to enable the relevant capability. I disagree with Mr. Bradner about that premise, and I summarize this analysis in the table below and provide more alternatives for each capability.

| Capability | Alternatives to SNMP | Extreme's network management software? |
|---|---|---|
| Switch can be monitored from a single pane of glass | REST NetConf | Yes |
| Switch can send alerts | REST NetConf Syslog | Yes |

| Switch can be monitored in real time | REST NetConf | Yes |
|---|---|---|
| Switch can be monitored using software from third parties | REST NetConf | Yes |
| Switch can be monitored in a multi-vendor network with single NMS | REST NetConf | No |
| Switch provides granular view of devices, ports, applications, and users | REST NetConf | Yes |

27.     Mr. Bradner's analysis suffers from a more fundamental problem, however.  As noted above, I have been given the understanding that Mr. Bradner's analysis is relevant to assessing the portion of Extreme's profits that could be awarded to Plaintiffs.  I understand the relevant task the Court will have to engage in is assessing which elements of the Extreme's profits are "attributable to factors other than the copyrighted work."

28.     Mr. Bradner stated that he understood that he was to "determine whether and to what extent (based on an estimated percentage from 0-100%) certain [capabilities] are attributable to SNMP" as opposed to other factors.

29.     As noted already, Mr. Bradner's analysis failed from the outset because it failed to assess the value of the copyrighted work but instead assessed the value of the SNMP standard. In addition, Mr. Bradner did not actually assess the extent to which the above capabilities were attributable to the SNMP standard as opposed to other factors. Instead, by attributing 100% of the value of certain capabilities to SNMP, Mr. Bradner treated the SNMP standard as the only feature that is required to enable each capability.  In other words, he confused whether SNMP was necessary with whether it was sufficient to enable the relevant capability. That analysis ignores the role of other features on a switch, from other components of the operating system to

the hardware. To take a simple example, to enable each of the capabilities above, you need a physical port that is capable of transmitting signals to the network and input/output software that is able to process those transmissions. Indeed, SNMP is merely a messaging protocol that passes certain information about the switch to some piece of management software that located elsewhere. As Dr. Greenspun explains, the bulk of the SNMP implementation required Extreme to build software to pass the necessary information about the switch to the SNMP agent. To ascribe 100% of the value of a switch's ability, for instance, to "be monitored from a single pane of glass" is like treating the entire value of a meal ordered via GrubHub to GrubHub itself, and none to the food, the restaurant, or its workers.

30. Accordingly, and setting aside the inherent flaw in trying to measure the capabilities of overlapping capabilities and the fundamental problem that this exercise fails to measure the value of the SNMP software, the sounder approach would have been to consider all of the features of a switch that enable each capability, and assess the relative contribution of SNMP among all of those features.

31. To correct Mr. Bradner's report, and assist Extreme's rebuttal survey expert Mr. Philip Johnson in redoing Dr. Dhar's calculations in Exhibit 5 of his opening report, I have engaged in an exercise, based on my years of experience, education, training, and knowledge, to perform a proper analysis whether and to what extent certain capabilities are attributable to SNMP, based on an estimated percentage from 0-100%. Again, this exercise is fundamentally flawed because it does not measure the value of the SNMP software. But I am doing this to highlight the directional error in Bradner's analysis and assist Mr. Johnson in a similar directional correction of Mr. Dhar's apportionment percentage.

32.     First, for policy-based management and configuration (including zero-touch provisioning), switch can be configured from a single pane of glass, web-based interface, CLI capabilities, switch enables use of on-premises and cloud-based management, switch allows bring your own device ("BYOD"), Mr. Bradner attributes 0% of the value for those capabilities to even the SNMP standard, let alone the SNMPR agent software.   I agree. Those capabilities do not rely upon SNMP and therefore cannot possibly derive any benefit from SNMP.

       i.     **<Switch can be monitored from a single pane of glass=**

33.     According to Mr. Bradner, 100% of the value of the capability of "Switch can be monitored from a single pane of glass" is attributable to the SNMP standard. (Bradner Rpt., ¶¶ 280-82.) I disagree.

34.     The claim that "100% of the value of the capability of 'Switch can be monitored from a single pane of glass' is attributable to the SNMP standard" overlooks the complexity and multifaceted nature of what truly enables such a capability. Monitoring a switch from a single pane of glass involves several critical features and functionalities beyond just SNMP. Here is a list of such features:

    a.  User Interface (UI) Design: The graphical user interface (GUI) or dashboard design is fundamental. It must be intuitively designed to ensure that it can effectively display information from various devices in a consolidated manner. This includes customizable views, drag-and-drop capabilities, and the ability to integrate various widgets and panels for different data streams.

    b.  API Integration: Modern switches must support Application Programming Interfaces (APIs) that allow for integration with various network management tools and other third-party applications. APIs facilitate the retrieval and manipulation of data from

the switch to the management software, enabling a seamless flow of information into the single pane of glass.

c.  Configuration Management: The ability to configure and reconfigure settings from the centralized management platform is essential. This involves support for scripting languages or configuration management tools that can push settings to the switch remotely.

d.  Real-time Data Processing: For real-time monitoring, the switch needs to process and provide data instantaneously. This requires powerful on-device processing capabilities to handle high-frequency data collection and forwarding without significant delays.

e.  Data Aggregation and Normalization: The switch must be capable of aggregating data from various sources and normalizing this information into a format that can be easily displayed and understood within the single pane. This might involve data from different network layers, protocols, or even different types of network traffic.

f.  Security Features: Security mechanisms are crucial to ensure that the monitoring and management interactions between the switch and the network management system are secure. This includes support for secure communication protocols, authentication, and authorization practices to prevent unauthorized access.

g.  Network Discovery and Topology Mapping: Features that enable the switch to be automatically discovered by the management system and correctly placed within a network topology map are vital. This often involves support for protocols that help in automatically identifying devices and their connections within the network.

14

h.  Fault Detection and Diagnostics: Advanced diagnostic tools within the switch allow for proactive fault detection and troubleshooting, which are key components of a single pane monitoring solution. This may include support for diagnostic protocols and tools that can send alerts or logs to the management system.

i.  Performance Metrics Collection: The switch must have the capability to collect detailed performance metrics such as bandwidth usage, error rates, and packet losses. This information is crucial for network performance analysis and must be accessible via the centralized management dashboard.

j.  Cross-Vendor Support: In multi-vendor environments, the switch needs to support standards and protocols that enable interoperability with equipment from other vendors. This is crucial for ensuring that the single pane of glass can effectively monitor and manage a heterogeneous network.

35.  Each of these features contributes significantly to the capability of monitoring a switch from a single pane of glass. While SNMP is a primary component, it is just one part of a much larger ecosystem of technologies and features that work together to provide comprehensive network management.

36.  In considering all of those features together with SNMP, and assuming that each of those features, together with SNMP, contribute equally to enabling the capability of monitoring a switch from a single pane of glass, the relative contribution of SNMP is 9.1%.

37.  This is a conservative analysis in two respects. First, it assumes that each feature has equal value, when in fact, in my experience, SNMP is a lower value feature given the more modern mechanisms, described above, for enabling messaging with a switch. Second, this analysis assumes that there are no other features that are needed to enable the capability of

15

monitoring a switch from a single pane of glass. While I focused on those features that, in my experience, are most important to enabling that capability, there are other features (including basic hardware and basic operating system functions) that are necessary as well, but including them would only decrease the relative contribution of SNMP as I have calculated it.

ii.    "Switch can send alerts"

38.    According to Mr. Bradner, 50% of the value of the capability of "Switch can send alerts" is attributable to SNMP. (Bradner Rpt., ¶¶ 280-82.) I disagree. The claim that "50% of the value of the capability of 'Switch can send alerts' is attributable to SNMP" indeed overlooks the breadth of technologies and features involved in enabling a switch to send alerts effectively. Alerting is a multifaceted capability that depends on a combination of hardware and software features, along with network protocols other than SNMP. Here is a list of such features:

a.    Syslog Support: Syslog is a widely used protocol for logging system messages in an IP network. Switches use Syslog to send alert messages to a centralized logging server, which can be crucial for troubleshooting and maintaining network health. This protocol provides a way to gather information about network events, errors, and other significant activities.

b.    Event Management System: The switch requires an integrated event management system that can detect and classify various events within the network. This system must be capable of applying rules or policies to decide when an alert should be generated and what priority it should be assigned.

c.    Email and SMS Notifications: Modern network switches often include the capability to send alerts directly via email or SMS. This requires integration with email servers or SMS gateways and appropriate configuration to ensure messages are sent to the right recipients.

16

d.  APIs for Third-Party Integration: APIs play a crucial role in enabling switches to send alerts to third-party systems, such as network management platforms, SIEM systems, or even custom applications developed by the organization. These APIs must be robust and secure, providing necessary hooks for external systems to receive alerts.

e.  Threshold-Based Alerting: For effective alert management, switches must have the capability to set thresholds for various performance metrics. If these thresholds are exceeded (e.g., bandwidth usage, CPU utilization), the switch should automatically generate an alert.

f.  Packet Capture and Analysis: Advanced switches can perform packet capture and analysis to detect anomalies or patterns that may trigger an alert. This feature is essential for security-related alerts and requires significant processing power and memory.

g.  Hardware Sensors: Switches may be equipped with various physical sensors that monitor environmental conditions such as temperature, humidity, or power supply status. Alerts can be generated based on readings from these sensors to prevent hardware failure due to adverse conditions.

h.  Redundancy and Failover Capabilities: In critical network environments, switches must be able to alert administrators about failover events or the status of redundant systems to ensure continuity of service and quick response to potential issues.

i.  Logging and Record Keeping: Besides sending real-time alerts, switches must maintain logs of all events and alerts. This not only helps in troubleshooting but also in compliance and auditing processes where historical data is necessary.

17

j.  Security and Authentication Protocols: Ensuring that the alerting messages are secure and come from authenticated sources is critical. Support for protocols like HTTPS, SSL/TLS, and VPNs can secure alert transmissions, especially over public networks.

39.     Each of these features is crucial for the robust alerting capabilities of modern network switches. While SNMP provides a standard method for monitoring and event notification within network devices, the complete functionality of sending alerts is much more complex and requires a holistic approach encompassing multiple technologies and standards.

40.     In considering all of those features together with SNMP, and assuming that each of those features, together with SNMP, contribute equally to enabling alerting capabilities of modern network switches, the relative contribution of SNMP is 9.1%.

41.     This is a conservative analysis in two respects.  First, it assumes that each feature has equal value, when in fact, in my experience, SNMP is a lower value feature given the more modern mechanisms, described above, for enabling messaging with a switch.  Second, this analysis assumes that there are no other features that are needed to enable alerting capabilities of modern network switches.  While I focused on those features that, in my experience, are most important to enabling this capability, there are other features (including basic hardware and basic operating system functions) that are necessary as well, but including them would only decrease the relative contribution of SNMP as I have calculated it.

### iii.     "Switch can be monitored in real time"

42.     According to Mr. Bradner, 100% of the value of the capability of "Switch can be monitored in real time" is attributable to the SNMP standard. (Bradner Rpt., ¶¶ 280-82.) I disagree.  The assertion that "100% of the value of the capability of 'Switch can be monitored in real time' is attributable to SNMP" simplifies the complexity and variety of technologies that contribute to the real-time monitoring capabilities of network switches. While SNMP is indeed

an important component, it is far from the only technology that supports this function. Here is a list of other critical features and technologies involved:

a. Network Telemetry: Advanced telemetry functions allow switches to collect detailed performance data and metrics in real time. This involves the use of streaming telemetry technologies that push data to monitoring tools at high frequency, allowing for near-instant visibility and analysis.

b. sFlow/NetFlow Protocols: These are sampling protocols used to capture traffic data. sFlow, for instance, is designed to be scalable in high-speed networks, providing a continuous stream of traffic samples without significantly impacting the performance of the switch. This data is crucial for real-time monitoring and traffic analysis.

c. Packet Mirroring (SPAN/RSPAN/ERSPAN): Switch Port Analyzer (SPAN) and related technologies allow the duplication of network packets from one switch port to another port where analysis tools are connected. This is essential for real-time traffic analysis and intrusion detection.

d. Event-driven Triggers: Some switches are equipped with the capability to configure event-driven triggers that automatically initiate diagnostics or data collection based on certain criteria or anomalies detected in the network traffic, enhancing real-time responsiveness.

e. High-Resolution Timers: To support real-time monitoring, switches need to include high-resolution hardware timers that enable precise timestamping of packets. This is crucial for latency measurement and for synchronizing traffic logs with real events.

19

f. Hardware Performance Counters: These are built into the switch to monitor various aspects of the device's performance, such as packet counts, error rates, and buffer utilization. These counters are essential for real-time performance monitoring.

g. APIs for Real-Time Data Access: APIs (Application Programming Interfaces) play a vital role in real-time monitoring by providing mechanisms for external systems to access monitoring data in real time. These APIs must be capable of handling high-frequency data access without degrading system performance.

h. Dedicated Monitoring Ports: Dedicated ports on switches, such as management ports, can be used to connect monitoring tools directly to the switch, facilitating real-time data capture without impacting the regular network traffic.

i. Quality of Service (QoS) Capabilities: QoS features are important for real-time monitoring to ensure that monitoring data packets have priority over regular network traffic. This helps in maintaining the integrity and timeliness of the monitoring data.

j. Security Features: Monitoring data often includes sensitive information about the network. Therefore, switches must incorporate robust security features to protect this data, including encryption, secure logging, and access controls.

43.    Each of these features contributes significantly to the ability of a switch to be monitored in real time, offering different perspectives and insights into network performance and health. This demonstrates that real-time monitoring is a complex capability supported by a broad array of technologies beyond SNMP.

44.    In considering all of those features together with SNMP, and assuming that each of those features, together with SNMP, contribute equally to enabling the capability of a switch to be monitored in real time, the relative contribution of SNMP is 9.1%.

45.     This is a conservative analysis in two respects.  First, it assumes that each feature has equal value, when in fact, in my experience, SNMP is a lower-value feature given the more modern mechanisms described above for enabling messaging with a switch.  Second, this analysis assumes that there are no other features that are needed to enable the capability of a switch to be monitored in real time.  While I focused on those features that, in my experience, are most important to enabling that capability, there are other features (including basic hardware and basic operating system functions) that are necessary as well, but including them would only decrease the relative contribution of SNMP as I have calculated it.

### iv.     "Switch can be monitored using software from third parties"

46.     According to Mr. Bradner, 100% of the value of the capability of "Switch can be monitored using software from third parties" is attributable to the SNMP standard. (Bradner Rpt., ¶¶ 280-82.) I disagree.  The claim that "100% of the value of the capability of 'Switch can be monitored using software from third parties' is attributable to the SNMP standard" neglects the diversity of technologies and features necessary for third-party software integration. Monitoring using third-party software involves various protocols, interfaces, and technologies beyond SNMP to ensure comprehensive compatibility and functionality. Here are features that are essential for this capability:

a. API Support: Modern switches must support a broad range of Application Programming Interfaces (APIs) to ensure they can integrate seamlessly with third-party monitoring software. These APIs allow external programs to fetch data from the switch and execute commands, crucial for automated management tasks.

b. Syslog Compatibility: For log management and event monitoring, support for Syslog is crucial. It allows switches to send log messages to third-party syslog servers or

centralized log management solutions, which helps in consolidating and analyzing logs across multiple devices.

c. NetFlow/sFlow Support: These are traffic sampling protocols essential for network traffic analysis. By supporting NetFlow or sFlow, switches can provide detailed data about network traffic patterns to third-party monitoring tools, aiding in traffic profiling and anomaly detection.

d. Open Config Standards: Support for open configuration standards like NETCONF or RESTCONF allows switches to be configured and monitored via third-party tools using standardized data models defined in YANG. This enhances interoperability and flexibility in managing network configurations.

e. CLI (Command Line Interface): While primarily used for direct management, a robust CLI is essential as many third-party tools automate CLI commands to gather data or change configurations, especially in systems that pre-date modern API integrations.

f. OAUTH and Token-Based Authentication: For secure interactions with third-party applications, switches need to support modern authentication mechanisms that protect the integrity and privacy of the data exchanged.

g. RADIUS and TACACS+ Support: These are authentication protocols used to control access to devices. Support for these protocols ensures that third-party monitoring tools can authenticate securely against the network's access control policies.

h. Webhooks and Event Subscriptions: Modern network devices often support webhooks or similar mechanisms to push notifications about specific events to external systems, enabling real-time updates and integrations.

i. Performance Metrics: High-resolution counters and timers to track performance metrics are vital for third-party applications that perform detailed performance analysis and need granular data.

j. Multi-Vendor Support: For environments with devices from multiple manufacturers, the switch needs to support cross-vendor standards that ensure interoperability and seamless data sharing between different network components and the third-party software.

47. Each of these features plays a crucial role in enabling a switch to be effectively monitored using third-party software, demonstrating that the capability extends far beyond what SNMP alone can offer. These features ensure that network monitoring is comprehensive, secure, and adaptable to various network management tools available in the market.

48. In considering all of those features together with SNMP, and assuming that each of those features, together with SNMP, contribute equally to enabling a switch to be effectively monitored using third-party software, the relative contribution of SNMP is 9.1%.

49. This is a conservative analysis in two respects. First, it assumes that each feature has equal value, when in fact, in my experience, SNMP is a lower-value feature given the more modern mechanisms described above for enabling messaging with a switch. Second, this analysis assumes that there are no other features that are needed to enable a switch to be effectively monitored using third-party software. While I focused on those features that, in my experience, are most important to enabling that capability, there are other features (including basic hardware and basic operating system functions) that are necessary as well, but including them would only decrease the relative contribution of SNMP as I have calculated it.

### v. <Switch can be monitored in a multi-vendor network with single NMS=

50. According to Mr. Bradner, 100% of the value of the capability of "Switch can be monitored in a multi-vendor network with single NMS" is attributable to the SNMP standard. (Bradner Rpt., ¶¶ 280-82.) I disagree. The claim that "100% of the value of the capability of 'Switch can be monitored in a multi-vendor network with single NMS' is attributable to the SNMP standard" oversimplifies the complex and varied technology landscape required for comprehensive monitoring across multiple vendors within a single network management system (NMS). Here are several crucial features and technologies, apart from SNMP, that are necessary for this capability:

   a. Standardized Protocols Support: Besides SNMP, support for other standardized network management protocols such as NetFlow, sFlow, Syslog, and IPFIX is essential. These protocols enable the collection and transmission of different types of data (traffic flow, logs, etc.) from switches to the NMS.

   b. APIs for Custom Integration: Advanced Application Programming Interfaces (APIs) such as RESTful APIs allow for flexible and custom integration with various third-party management tools. These APIs facilitate real-time data exchanges and control commands between the switch and the NMS.

   c. Cross-Vendor Configuration Language Support: Support for vendor-neutral configuration languages such as NETCONF and RESTCONF, which use standardized data models (like YANG), is crucial. This enables the switch to be configured and managed uniformly across different vendors' equipment within the same network.

d. Unified Firmware Upgrades: Capability to handle firmware upgrades in a consistent manner across different vendors' devices, often through the NMS, helps maintain uniformity in software features and bug fixes, enhancing network stability and performance.

e. Interoperability Testing and Certification: Switches must undergo rigorous interoperability testing and often need to be certified by standards bodies or industry consortia to ensure they work seamlessly within a multi-vendor environment.

f. Scalable Architecture: The switch architecture should be scalable to handle communications and operations in a network consisting of devices from multiple vendors without performance degradation.

g. Security and Authentication Protocols: Robust security features including support for protocols like RADIUS, TACACS+, and HTTPS are necessary to ensure secure management access and data integrity across a multi-vendor network.

h. Quality of Service (QoS) Compatibility: Ensures that the switch can handle QoS settings compatibly with other vendors, crucial for maintaining service quality across diverse network devices.

i. Advanced Diagnostics and Error Reporting: Capabilities for advanced diagnostics and detailed error reporting are necessary to provide the NMS with accurate and actionable information, crucial in a multi-vendor setting where different devices may have unique behaviors and error conditions.

j. Virtual LANs (VLANs) and Tagging Support: Support for VLANs and appropriate tagging methods like IEEE 802.1Q to manage data traffic efficiently across different vendors' devices within the same network.

k.  Link Aggregation Control Protocol (LACP): Compatibility with LACP allows for setting up and managing Ethernet channels uniformly, which is crucial when combining links from switches of different vendors.

l.  Network Time Protocol (NTP): Synchronized time across all devices in the network is crucial for logging and troubleshooting processes, especially important in networks with devices from multiple vendors.

51.     These features illustrate that monitoring a switch in a multi-vendor network with a single NMS requires a host of integrated functionalities that provide compatibility, security, and efficient management across diverse network environments. This capability extends well beyond the reach of SNMP alone, involving a comprehensive set of tools and protocols to ensure seamless network operation and management.

52.     In considering all of those features together with SNMP, and assuming that each of those features, together with SNMP, contribute equally to enabling the capability of monitoring a switch in a multi-vendor network with a single NMS, the relative contribution of SNMP is 7.6%.

53.     This is a conservative analysis in two respects.  First, it assumes that each feature has equal value, when in fact, in my experience, SNMP is a lower-value feature given the more modern mechanisms described above for enabling messaging with a switch.  Second, this analysis assumes that there are no other features that are needed to enable the capability of monitoring a switch in a multi-vendor network with a single NMS.  While I focused on those features that, in my experience, are most important to enabling the capability, there are other features (including basic hardware and basic operating system functions) that are necessary as

well, but including them would only decrease the relative contribution of SNMP as I have calculated it.

          **vi.**      **<Switch provides granular view of devices, ports, applications, and users=**

54. According to Mr. Bradner, 100% of the value of the capability of "Switch provides granular view of devices, ports, applications, and users" is attributable to the SNMP standard. (Bradner Rpt., ¶¶ 280-82.) I disagree. The assertion that "100% of the value of the capability of 'Switch provides granular view of devices, ports, applications, and users' is attributable to the SNMP standard" fails to recognize the multitude of other technologies and features necessary for delivering such detailed and granular visibility. Here are the features and functionalities crucial for providing a comprehensive view of network elements at a granular level, beyond the scope of SNMP:

    a. Flow-based Analysis Technologies: Protocols like NetFlow, sFlow, or IPFIX are critical for capturing detailed data traffic flows. These protocols enable switches to report traffic statistics on a per-flow basis, providing insights into traffic patterns, usage trends, and network performance at a granular level.

    b. Deep Packet Inspection (DPI): This technology allows for the examination of the data part (and possibly also the header) of a packet as it passes an inspection point. DPI is used to detect and manage data packets, enabling advanced network management, user service, and security functions.

    c. Port Mirroring (SPAN/RSPAN/ERSPAN): These features enable the duplication of network traffic from one or more network ports or VLANs to another port where the traffic can be analyzed by a network analyzer, providing detailed insights into packet-by-packet data flows.

d.  APIs for Advanced Data Retrieval: Modern switches often support RESTful APIs that allow third-party systems to query and retrieve detailed operational data. These APIs are essential for integrating with advanced network management and analytics tools that require access to detailed, real-time data.

e.  User and Entity Behavior Analytics (UEBA): This technology uses machine learning and algorithms to evaluate patterns of human and device behavior within the network, which helps in identifying anomalies that may indicate potential security incidents or network issues.

f.  Network Access Control (NAC) Systems: NAC solutions help in identifying and profiling devices and users on the network, controlling their access to network resources based on policies. This contributes to the granular visibility of users and devices within the network.

g.  Security Information and Event Management (SIEM): Integration with SIEM systems, which collect and aggregate log data generated throughout the organization's technology infrastructure, from network devices to applications, providing real-time analysis of security alerts generated by applications and network hardware.

h.  Quality of Service (QoS) Metrics: QoS features enable the switch to monitor and manage bandwidth utilization of applications, users, or data flows, ensuring network performance and reliability, and providing granular data about network traffic.

i.  Virtual LANs (VLANs) and Tagging Mechanisms: Support for VLANs allows the switch to segregate network traffic and create separate broadcast domains in a layered

network. Tagging such as IEEE 802.1Q provides detailed data on traffic originating from or destined to different VLANs.

j.  Authentication and Authorization Protocols: Protocols like RADIUS or TACACS+ enable detailed tracking of user activities through authentication logs and access controls, providing visibility into who is accessing the network and what actions they are performing.

k.  Hardware Sensors: Embedded sensors in switches can monitor physical conditions like temperature, power status, and more, providing granular data about the hardware status.

55.     These features collectively enhance a network switch's capability to offer a granular view of devices, ports, applications, and users, showing that such functionality is far from being solely reliant on SNMP. Instead, it encompasses a broad range of technologies that provide deep visibility and detailed control over the network infrastructure.

56.     In considering all of those features together with SNMP, and assuming that each of those features, together with SNMP, contribute equally to enabling the capability to offer a granular view of devices, ports, applications, and users, the relative contribution of SNMP is 8.3%.

57.     This is a conservative analysis in two respects.  First, it assumes that each feature has equal value, when in fact, in my experience, SNMP is a lower-value feature given the more modern mechanisms described above for enabling messaging with a switch.  Second, this analysis assumes that there are no other features that are needed to enable the capability to offer a granular view of devices, ports, applications, and users.  While I focused on those features that, in my experience, are most important to enabling the capability, there are other features

(including basic hardware and basic operating system functions) that are necessary as well, but including them would only decrease the relative contribution of SNMP as I have calculated it.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated: May 11, 2024**

Dr. Mahdi Eslamimehr