# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. & SNMP RESEARCH INTERNATIONAL, INC., *Plaintiffs*, v. EXTREME NETWORKS INC., *Defendant*. | Case No. 3:20-cv-451<br><br>Judge Atchley<br><br>Magistrate Judge Poplin |

## REFERRAL ORDER

Pursuant to 28 U.S.C. § 636, the following motions are **REFERRED** to United States Magistrate Judge Debra C. Poplin for disposition or report and recommendation, as may be appropriate:

- Defendant's Motion to Exclude Opinions of Regan Smith [Doc. 448];
- Defendant's Motion to Exclude Opinions of Ravi Dhar, Scott Bradner, and Michael Wallace [Doc. 454]; and
- Plaintiffs' Motion to Exclude Testimony of Dr. Eslamimehr [Doc. 457].

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**