# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | Jury Demand |
| v. | § § | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC., | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Reuben N. Pelot IV with the law firm of Egerton, McAfee, Armistead & Davis, P.C. hereby enters his appearance as co-counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. in this matter.

Dated: May 16, 2025

By: */s/ Reuben N. Pelot, IV, Esq.*
**CHERYL G. RICE, ESQ., BPR#021145**
**JOHN L. WOOD, ESQ., BPR#027642**
**REUBEN N. PELOT, IV, ESQ., BPR#014986**
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (fax)
crice@emlaw.com
jwood@emlaw.com
rpelot@emlaw.com

1

A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
David McPhie (CA Bar No. 231520)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
dmcphie@irell.com
mashley@irell.com

Olivia Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

Rameen J. Nasrollahi (BPR# 033458)
LOWE YEAGER & BROWN, PLLC
920 Volunteer Landing Lane
(865) 312-8746 (phone)
rjn@lyblaw.net

*Attorneys for Plaintiffs*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*

2