UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. & SNMP RESEARCH INTERNATIONAL, INC., | Case No. 3:20-cv-451 |
| Plaintiffs, | Judge Atchley |
| v. | Magistrate Judge Poplin |
| EXTREME NETWORKS, INC., | |
| Defendant. | |

## ORDER

This matter is before the Court for case management purposes. The parties' cross motions for summary judgment are currently pending. The Court is actively working to resolve these motions, but does not anticipate entering an order prior to the June 3, 2025, motion in limine deadline.

To allow the parties to evaluate the impact of the Court's forthcoming orders on any motion in limine they intend to file, the Court finds it appropriate to **EXTEND** the motion in limine deadline to **June 17, 2025.** The deadline to confer regarding anticipated motions in limine is likewise **EXTENDED** to **June 10, 2025**.

All other deadlines and requirements of the Fourth Amended Scheduling Order [Doc. 442] remain in place.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**