# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | Jury Demand |
| v. | § § | |
| BROADCOM INC.; BROCADE COMMUNICATIONS SYSTEMS LLC; AND EXTREME NETWORKS, INC., | § § § § | |
| Defendants. | § § | |

## PLAINTIFFS SNMP RESEARCH, INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S SUPPLEMENT TO PLAINTIFFS' PRELIMINARY TRIAL EXHIBIT LIST

Pursuant to the Court's Fourth Amended Scheduling Order (Dkt. No. 442), Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") submit the following supplement to Plaintiffs' preliminary trial exhibit list previously filed on May 27, 2025, [Dkt. No. 596], hereby identifying additional exhibits that Plaintiffs presently anticipate might be offered into evidence at trial, other than for purposes of impeachment. Plaintiffs continue to hereby reserve the right to further supplement or amend their list in response to rulings of the Court, stipulations of the parties, additional discovery that may be taken, Defendant's exhibit list, or any other circumstance that may occur between now and the conclusion of trial. Plaintiffs' inclusion of any document on this list is not an admission of admissibility, and Plaintiffs reserve the right to move for the exclusion of any exhibits. Plaintiffs further reserve the right to object under Fed. R. Evid. 105 and any other applicable rules to

1

the extent Defendant offers any exhibit that otherwise contains admissible evidence for an inadmissible purpose. Plaintiffs further reserve the right to use excerpts of any of the exhibits on this list and to use any of the documents summarized in a summary exhibit. Plaintiffs further reserve the right to offer any exhibit identified on Defendant's exhibit list to the extent not objected to by Plaintiffs. Plaintiffs further reserve the right to use any exhibit for the purposes of rebuttal as deemed necessary at trial.

| Trial Ex. No. | Beg Bates | Description |
|---|---|---|
| 2198 | SNMP-0024202 | Operations Checklist, dated 6/28/2010 |
| 2199 | N/A | Summary of SNMP Research source code repository including the check-in information |
| 2200 | N/A | Summary of SNMP Research software shipments to Extreme |
| 2201 | N/A | Summary of SNMP contributions to wired switch capabilities |
| 2202 | N/A | 4/2/2024 Wallace Report, Schedule 12 and summaries thereof. |
| 2203 | EXTREME-01316713 | Products and Solutions Overview slide deck |
| 2204 | EXTREME-01383011 | X440-G2 Overview Presentation |
| 2205 | N/A | ExtremeCloud IQ Data Sheet, 2023 |
| 2206 | N/A | ExtremeXOS Operating System Data Sheet, 2023 |
| 2207 | N/A | "Supporting the Cloud Networks of Tomorrow," https://www.extremenetworks.com/support |
| 2208 | N/A | "Extreme Networks Training," https://www.extremenetworks.com/support/training |
| 2209 | N/A | "Web-Based, Mac-Based, and 802.1X Authentication," https://documentation.extremenetworks.com/exos_31.2/GUID-7BF5CC6D-5F2C-44D3-9164-AC849C93565B.shtml |

| Trial Ex. No. | Beg Bates | Description |
|---|---|---|
| 2210 | N/A | "How to choose the right Extreme Networks switch for your business needs?" Data Capture Systems, June 30, 2023, https://dcsme.com/how-to-choose-the-right-extremenetworks-switch-for-your-businessneeds/#:~:text=Consider%20factors%20such%20as%20data,the%20scalability%20of%20the%20switch |
| 2211 | N/A | Waldbusser Report Figure, pg. 14 |
| 2212 | N/A | Waldbusser Report Figure, pg. 16 |
| 2213 | N/A | Waldbusser Report Figure, pg. 18 |
| 2214 | N/A | Waldbusser Report Figure, pg. 36 |
| 2215 | N/A | Waldbusser Report Figure, pg. 40 |
| 2216 | N/A | Waldbusser Report Figure, pg. 47 |
| 2217 | N/A | Waldbusser Report Figure, pg. 55 |
| 2218 | N/A | Waldbusser Report Figure, pg. 60 |
| 2219 | N/A | Waldbusser Rebuttal Report Table, pg. 96 |
| 2220 | N/A | Waldbusser Supplemental Report Chart, pg. 6 |
| 2221 | N/A | Waldbusser Supplemental Report Chart, pg. 6 |
| 2222 | N/A | Waldbusser Supplemental Report Chart, pg. 8 |
| 2223 | N/A | Waldbusser Supplemental Report Chart, pg. 8 |

Dated: June 9, 2025

By: /s/ Reuben N. Pelot IV
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Reuben N. Pelot, IV, Esq. (BPR#014986)
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com

A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
David McPhie (CA Bar No. 231520)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
dmcphie@irell.com
mashley@irell.com

Olivia Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*