UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | <u>Jury Demand</u> |
| v. | § § | |
| EXTREME NETWORKS, INC., | § § | |
| Defendant. | § § § § § | |

# PLAINTIFFS SNMP RESEARCH, INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S COUNTER DEPOSITION DESIGNATIONS

Pursuant to the Court's Fourth Amended Scheduling Order (Dkt. No. 442) and by the agreement of the parties, Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") submit the following counter deposition designations that Plaintiffs presently anticipate might be offered into evidence at trial, other than for purposes of impeachment. Plaintiffs reserve the right to amend these designations in response to rulings of the Court, stipulations of the parties, additional discovery that may be taken, or any other circumstance that may occur between now and the conclusion of trial. Plaintiffs' inclusion of any testimony on this list is not an admission of admissibility, and Plaintiffs reserve the right to move for the exclusion of any testimony that Defendant may designate. Plaintiffs further reserve the right to object under any applicable rules to the extent Defendant offers any testimony for an inadmissible purpose. Plaintiffs also reserve the right to offer any testimony identified in Defendant's designations.

Dated: June 20, 2025 By: */s/ John Wood*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Reuben N. Pelot IV, Esq. (BPR #014986)
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rpelot@emlaw.com

A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
David McPhie (CA Bar No. 231520)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
dmcphie@irell.com
mashley@irell.com

Olivia Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| David Reid 2024-05-31 | 6 | 9 | 6 | 15 |
| David Reid 2024-05-31 | 9 | 1 | 9 | 9 |
| David Reid 2024-05-31 | 10 | 7 | 10 | 12 |
| David Reid 2024-05-31 | 17 | 10 | 18 | 2 |
| David Reid 2024-05-31 | 18 | 3 | 18 | 6 |
| David Reid 2024-05-31 | 18 | 9 | 18 | 17 |
| David Reid 2024-05-31 | 25 | 12 | 26 | 12 |
| David Reid 2024-05-31 | 26 | 13 | 27 | 10 |
| David Reid 2024-05-31 | 27 | 11 | 30 | 2 |
| David Reid 2024-05-31 | 30 | 3 | 30 | 17 |
| David Reid 2024-05-31 | 30 | 3 | 31 | 11 |
| David Reid 2024-05-31 | 32 | 11 | 33 | 16 |
| David Reid 2024-05-31 | 39 | 16 | 40 | 3 |
| David Reid 2024-05-31 | 41 | 2 | 41 | 15 |
| David Reid 2024-05-31 | 41 | 16 | 42 | 15 |
| David Reid 2024-05-31 | 42 | 16 | 44 | 12 |
| David Reid 2024-05-31 | 44 | 13 | 45 | 8 |
| David Reid 2024-05-31 | 47 | 22 | 48 | 14 |
| David Reid 2024-05-31 | 55 | 16 | 56 | 11 |
| David Reid 2024-05-31 | 56 | 12 | 56 | 22 |
| David Reid 2024-05-31 | 57 | 10 | 57 | 23 |
| David Reid 2024-05-31 | 59 | 1 | 59 | 10 |
| David Reid 2024-05-31 | 62 | 18 | 65 | 21 |
| David Reid 2024-05-31 | 65 | 21 | 67 | 9 |
| David Reid 2024-05-31 | 67 | 10 | 68 | 1 |
| David Reid 2024-05-31 | 68 | 19 | 69 | 5 |
| David Reid 2024-05-31 | 69 | 6 | 69 | 12 |
| David Reid 2024-05-31 | 69 | 13 | 69 | 17 |
| David Reid 2024-05-31 | 74 | 13 | 74 | 18 |
| David Reid 2024-05-31 | 74 | 25 | 75 | 4 |
| David Reid 2024-05-31 | 86 | 15 | 86 | 19 |
| David Reid 2024-05-31 | 86 | 20 | 87 | 5 |
| David Reid 2024-05-31 | 86 | 24 | 87 | 21 |
| David Reid 2024-05-31 | 87 | 24 | 88 | 15 |
| David Reid 2024-05-31 | 93 | 11 | 97 | 9 |
| David Reid 2024-05-31 | 97 | 10 | 97 | 19 |
| David Reid 2024-05-31 | 98 | 1 | 98 | 9 |
| David Reid 2024-05-31 | 110 | 15 | 110 | 20 |
| David Reid 2024-05-31 | 110 | 21 | 111 | 3 |
| David Reid 2024-05-31 | 113 | 9 | 113 | 16 |
| David Reid 2024-05-31 | 113 | 17 | 114 | 7 |
| David Reid 2024-05-31 | 116 | 12 | 116 | 24 |
| David Reid 2024-05-31 | 130 | 22 | 130 | 25 |

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| David Reid 2024-05-31 | 131 | 7 | 132 | 8 |
| David Reid 2024-05-31 | 132 | 9 | 133 | 1 |
| David Reid 2024-05-31 | 137 | 22 | 138 | 12 |
| David Reid 2024-05-31 | 150 | 11 | 150 | 20 |
| David Spakes 2024-05-30 | 15 | 1 | 15 | 10 |
| David Spakes 2024-05-30 | 16 | 9 | 16 | 12 |
| David Spakes 2024-05-30 | 18 | 22 | 19 | 1 |
| David Spakes 2024-05-30 | 20 | 6 | 20 | 7 |
| David Spakes 2024-05-30 | 26 | 7 | 26 | 21 |
| David Spakes 2024-05-30 | 37 | 16 | 38 | 10 |
| David Spakes 2024-05-30 | 42 | 9 | 43 | 10 |
| David Spakes 2024-05-30 | 43 | 11 | 43 | 20 |
| David Spakes 2024-05-30 | 44 | 1 | 44 | 13 |
| David Spakes 2024-05-30 | 44 | 19 | 45 | 23 |
| David Spakes 2024-05-30 | 56 | 10 | 57 | 18 |
| David Spakes 2024-05-30 | 57 | 18 | 57 | 24 |
| David Spakes 2024-05-30 | 57 | 25 | 58 | 12 |
| David Spakes 2024-05-30 | 59 | 22 | 61 | 6 |
| David Spakes 2024-05-30 | 61 | 17 | 62 | 7 |
| David Spakes 2024-05-30 | 62 | 19 | 64 | 1 |
| David Spakes 2024-05-30 | 64 | 2 | 64 | 11 |
| David Spakes 2024-05-30 | 65 | 1 | 65 | 8 |
| David Spakes 2024-05-30 | 71 | 23 | 73 | 10 |
| David Spakes 2024-05-30 | 76 | 23 | 77 | 11 |
| David Spakes 2024-05-30 | 77 | 12 | 77 | 14 |
| David Spakes 2024-05-30 | 80 | 7 | 80 | 16 |
| David Spakes 2024-05-30 | 80 | 17 | 81 | 4 |
| David Spakes 2024-05-30 | 81 | 14 | 81 | 17 |
| David Spakes 2024-05-30 | 82 | 2 | 82 | 5 |
| David Spakes 2024-05-30 | 82 | 6 | 82 | 12 |
| David Spakes 2024-05-30 | 82 | 23 | 83 | 4 |
| David Spakes 2024-05-30 | 83 | 17 | 84 | 14 |
| David Spakes 2024-05-30 | 86 | 1 | 86 | 4 |
| David Spakes 2024-05-30 | 89 | 10 | 89 | 15 |
| David Spakes 2024-05-30 | 89 | 20 | 90 | 24 |
| David Spakes 2024-05-30 | 97 | 17 | 98 | 12 |
| David Spakes 2024-05-30 | 98 | 13 | 98 | 25 |
| David Spakes 2024-05-30 | 101 | 24 | 102 | 23 |
| David Spakes 2024-05-30 | 102 | 24 | 103 | 18 |
| David Spakes 2024-05-30 | 105 | 4 | 105 | 10 |
| David Spakes 2024-05-30 | 123 | 1 | 123 | 2 |
| David Spakes 2024-05-30 | 123 | 11 | 123 | 16 |
| David Spakes 2024-05-30 | 124 | 11 | 125 | 8 |

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| David Spakes 2024-05-30 | 127 | 1 | 127 | 7 |
| David Spakes 2024-05-30 | 128 | 2 | 128 | 12 |
| David Spakes 2024-05-30 | 135 | 3 | 135 | 5 |
| David Spakes 2024-05-30 | 138 | 8 | 138 | 15 |
| David Spakes 2024-05-30 | 139 | 8 | 139 | 14 |
| David Spakes 2024-05-30 | 140 | 11 | 140 | 24 |
| David Spakes 2024-05-30 | 142 | 6 | 143 | 22 |
| David Spakes 2024-05-30 | 147 | 4 | 147 | 8 |
| David Spakes 2024-05-30 | 167 | 15 | 168 | 8 |
| David Spakes 2024-05-30 | 168 | 9 | 169 | 5 |
| David Spakes 2024-05-30 | 169 | 23 | 170 | 9 |
| David Spakes 2024-05-30 | 171 | 6 | 172 | 16 |
| David Spakes 2024-05-30 | 196 | 13 | 196 | 16 |
| David Spakes 2024-05-30 | 196 | 17 | 196 | 22 |
| David Spakes 2024-05-30 | 198 | 1 | 198 | 5 |
| David Spakes 2024-05-30 | 211 | 17 | 211 | 20 |
| David Spakes 2024-05-30 | 215 | 16 | 216 | 13 |
| David Spakes 2024-05-30 | 222 | 11 | 223 | 3 |
| David Spakes 2024-05-30 | 224 | 11 | 224 | 15 |
| David Spakes 2024-05-30 | 224 | 18 | 224 | 22 |
| David Spakes 2024-05-30 | 229 | 21 | 230 | 20 |
| David Spakes 2024-05-30 | 230 | 21 | 231 | 4 |
| David Spakes 2024-05-30 | 232 | 6 | 232 | 16 |
| David Spakes 2024-05-30 | 232 | 17 | 233 | 10 |
| David Spakes 2024-05-30 | 233 | 18 | 234 | 11 |
| David Spakes 2024-05-30 | 239 | 7 | 239 | 22 |
| David Spakes 2024-05-30 | 239 | 23 | 240 | 3 |
| Jeff Case 2024-04-16 | 8 | 10 | 8 | 11 |
| Jeff Case 2024-04-16 | 9 | 18 | 11 | 3 |
| Jeff Case 2024-04-16 | 11 | 7 | 11 | 13 |
| Jeff Case 2024-04-16 | 16 | 6 | 16 | 23 |
| Jeff Case 2024-04-16 | 20 | 1 | 21 | 10 |
| Jeff Case 2024-04-16 | 21 | 22 | 21 | 25 |
| Jeff Case 2024-04-16 | 25 | 18 | 26 | 4 |
| Jeff Case 2024-04-16 | 34 | 24 | 36 | 1 |
| Jeff Case 2024-04-16 | 38 | 22 | 39 | 4 |
| Jeff Case 2024-04-16 | 39 | 23 | 40 | 13 |
| Jeff Case 2024-04-16 | 42 | 8 | 43 | 2 |
| Jeff Case 2024-04-16 | 43 | 6 | 45 | 18 |
| Jeff Case 2024-04-16 | 46 | 5 | 46 | 25 |
| Jeff Case 2024-04-16 | 47 | 1 | 47 | 12 |
| Jeff Case 2024-04-16 | 53 | 11 | 53 | 20 |
| Jeff Case 2024-04-16 | 56 | 24 | 57 | 11 |

# SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Jeff Case 2024-04-16 | 60 | 11 | 60 | 15 |
| Jeff Case 2024-04-16 | 84 | 15 | 84 | 19 |
| Jeff Case 2024-04-16 | 85 | 12 | 85 | 17 |
| Jeff Case 2024-04-16 | 87 | 13 | 87 | 22 |
| Jeff Case 2024-04-16 | 93 | 11 | 93 | 16 |
| Jeff Case 2024-04-16 | 95 | 17 | 96 | 1 |
| Jeff Case 2024-04-16 | 103 | 24 | 104 | 9 |
| Jeff Case 2024-04-16 | 107 | 3 | 107 | 14 |
| Jeff Case 2024-04-16 | 108 | 3 | 108 | 11 |
| Jeff Case 2024-04-16 | 110 | 16 | 111 | 3 |
| Jeff Case 2024-04-16 | 115 | 20 | 115 | 25 |
| Jeff Case 2024-04-16 | 116 | 1 | 116 | 14 |
| Jeff Case 2024-04-16 | 116 | 15 | 116 | 17 |
| Jeff Case 2024-04-16 | 116 | 21 | 116 | 24 |
| Jeff Case 2024-04-16 | 117 | 24 | 118 | 1 |
| Jeff Case 2024-04-16 | 159 | 7 | 159 | 9 |
| Jeff Case 2024-04-16 | 159 | 19 | 161 | 8 |
| Jeff Case 2024-04-16 | 161 | 14 | 161 | 21 |
| Jeff Case 2024-04-16 | 161 | 23 | 162 | 15 |
| Jeff Case 2024-04-16 | 192 | 8 | 193 | 6 |
| Jeff Case 2024-04-16 | 205 | 21 | 208 | 12 |
| Jeff Case 2024-04-16 | 213 | 4 | 213 | 7 |
| Jeff Case 2024-04-16 | 213 | 9 | 213 | 17 |
| Jeff Case 2024-04-16 | 213 | 20 | 214 | 1 |
| Jeff Case 2024-04-16 | 214 | 13 | 215 | 9 |
| Jeff Case 2024-04-16 | 215 | 20 | 216 | 5 |
| Jeff Case 2024-04-16 | 218 | 16 | 219 | 3 |
| Jeff Case 2024-04-16 | 219 | 13 | 220 | 2 |
| Jeff Case 2024-04-16 | 222 | 12 | 222 | 24 |
| Jeff Case 2024-04-16 | 229 | 6 | 229 | 12 |
| Jeff Case 2024-04-16 | 238 | 24 | 239 | 5 |
| Jeff Case 2024-04-16 | 239 | 8 | 239 | 10 |
| Jeff Case 2024-04-16 | 239 | 12 | 241 | 6 |
| Jeff Case 2024-04-16 | 248 | 14 | 248 | 18 |
| Jeff Case 2024-04-16 | 248 | 21 | 249 | 1 |
| Jeff Case 2024-04-16 | 258 | 21 | 258 | 23 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 62 | 16 | 62 | 18 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 63 | 3 | 63 | 8 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 69 | 18 | 70 | 1 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 101 | 6 | 102 | 5 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 123 | 4 | 123 | 8 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 135 | 17 | 136 | 4 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 136 | 6 | 136 | 25 |

# SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 137 | 1 | 138 | 9 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 138 | 10 | 138 | 23 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 140 | 5 | 140 | 11 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 157 | 18 | 158 | 4 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 158 | 6 | 158 | 6 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 158 | 9 | 158 | 25 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 160 | 7 | 160 | 21 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 173 | 4 | 173 | 19 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 184 | 18 | 185 | 18 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 213 | 9 | 213 | 20 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 235 | 12 | 238 | 5 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 238 | 16 | 238 | 21 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 238 | 23 | 241 | 17 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 276 | 11 | 277 | 23 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 287 | 7 | 287 | 17 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 293 | 14 | 293 | 15 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 293 | 20 | 293 | 20 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 293 | 22 | 293 | 22 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 293 | 25 | 295 | 2 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 310 | 21 | 311 | 1 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 339 | 21 | 340 | 8 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 340 | 12 | 341 | 10 |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 349 | 10 | 349 | 16 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 379 | 8 | 380 | 3 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 409 | 7 | 409 | 19 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 438 | 20 | 439 | 1 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 471 | 13 | 473 | 3 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 476 | 7 | 477 | 9 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 477 | 23 | 479 | 9 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 479 | 12 | 479 | 13 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 480 | 9 | 481 | 1 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 482 | 10 | 482 | 19 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 497 | 5 | 497 | 9 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 498 | 9 | 498 | 11 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 498 | 21 | 498 | 23 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 498 | 25 | 499 | 1 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 499 | 2 | 499 | 24 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 500 | 14 | 500 | 25 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 502 | 2 | 502 | 11 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 505 | 3 | 505 | 10 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 505 | 18 | 506 | 4 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 528 | 15 | 529 | 9 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 529 | 19 | 530 | 6 |

# SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 530 | 21 | 531 | 4 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 531 | 18 | 532 | 2 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 532 | 4 | 532 | 4 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 532 | 7 | 532 | 17 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 538 | 2 | 538 | 19 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 540 | 20 | 540 | 25 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 542 | 20 | 542 | 25 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 601 | 17 | 601 | 24 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 602 | 23 | 603 | 5 |
| Kevin Frick 2024-03-13 | 7 | 14 | 7 | 16 |
| Kevin Frick 2024-03-13 | 9 | 8 | 10 | 16 |
| Kevin Frick 2024-03-13 | 14 | 3 | 14 | 8 |
| Kevin Frick 2024-03-13 | 14 | 10 | 14 | 12 |
| Kevin Frick 2024-03-13 | 14 | 14 | 14 | 25 |
| Kevin Frick 2024-03-13 | 19 | 6 | 19 | 8 |
| Kevin Frick 2024-03-13 | 19 | 11 | 19 | 13 |
| Kevin Frick 2024-03-13 | 19 | 16 | 19 | 20 |
| Kevin Frick 2024-03-13 | 20 | 10 | 20 | 12 |
| Kevin Frick 2024-03-13 | 20 | 15 | 20 | 20 |
| Kevin Frick 2024-03-13 | 20 | 25 | 21 | 25 |
| Kevin Frick 2024-03-13 | 22 | 1 | 22 | 23 |
| Kevin Frick 2024-03-13 | 23 | 5 | 23 | 8 |
| Kevin Frick 2024-03-13 | 23 | 11 | 24 | 4 |
| Kevin Frick 2024-03-13 | 24 | 7 | 24 | 16 |
| Kevin Frick 2024-03-13 | 25 | 2 | 25 | 4 |
| Kevin Frick 2024-03-13 | 25 | 7 | 25 | 16 |
| Kevin Frick 2024-03-13 | 25 | 17 | 26 | 5 |
| Kevin Frick 2024-03-13 | 26 | 8 | 26 | 13 |
| Kevin Frick 2024-03-13 | 26 | 14 | 27 | 14 |
| Kevin Frick 2024-03-13 | 27 | 15 | 28 | 14 |
| Kevin Frick 2024-03-13 | 29 | 4 | 29 | 9 |
| Kevin Frick 2024-03-13 | 29 | 11 | 29 | 13 |
| Kevin Frick 2024-03-13 | 29 | 15 | 29 | 19 |
| Kevin Frick 2024-03-13 | 29 | 20 | 30 | 15 |
| Kevin Frick 2024-03-13 | 30 | 16 | 31 | 12 |
| Kevin Frick 2024-03-13 | 31 | 18 | 32 | 3 |
| Kevin Frick 2024-03-13 | 32 | 6 | 32 | 10 |
| Kevin Frick 2024-03-13 | 32 | 13 | 32 | 15 |
| Kevin Frick 2024-03-13 | 32 | 17 | 33 | 8 |
| Kevin Frick 2024-03-13 | 33 | 11 | 33 | 11 |
| Kevin Frick 2024-03-13 | 33 | 12 | 33 | 14 |
| Kevin Frick 2024-03-13 | 34 | 9 | 34 | 10 |
| Kevin Frick 2024-03-13 | 34 | 12 | 34 | 13 |

# SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Kevin Frick 2024-03-13 | 39 | 5 | 39 | 10 |
| Kevin Frick 2024-03-13 | 39 | 12 | 39 | 14 |
| Kevin Frick 2024-03-13 | 40 | 13 | 40 | 16 |
| Kevin Frick 2024-03-13 | 40 | 19 | 40 | 22 |
| Kevin Frick 2024-03-13 | 40 | 25 | 42 | 7 |
| Kevin Frick 2024-03-13 | 42 | 10 | 42 | 13 |
| Kevin Frick 2024-03-13 | 42 | 15 | 42 | 20 |
| Kevin Frick 2024-03-13 | 42 | 23 | 43 | 8 |
| Kevin Frick 2024-03-13 | 45 | 13 | 46 | 6 |
| Kevin Frick 2024-03-13 | 47 | 1 | 47 | 9 |
| Kevin Frick 2024-03-13 | 47 | 10 | 47 | 21 |
| Kevin Frick 2024-03-13 | 47 | 22 | 48 | 2 |
| Kevin Frick 2024-03-13 | 48 | 3 | 49 | 12 |
| Kevin Frick 2024-03-13 | 49 | 15 | 50 | 4 |
| Kevin Frick 2024-03-13 | 50 | 16 | 50 | 18 |
| Kevin Frick 2024-03-13 | 50 | 21 | 51 | 5 |
| Kevin Frick 2024-03-13 | 51 | 8 | 51 | 12 |
| Kevin Frick 2024-03-13 | 51 | 14 | 51 | 17 |
| Kevin Frick 2024-03-13 | 51 | 20 | 52 | 15 |
| Kevin Frick 2024-03-13 | 52 | 16 | 54 | 13 |
| Kevin Frick 2024-03-13 | 54 | 14 | 54 | 16 |
| Kevin Frick 2024-03-13 | 54 | 19 | 54 | 25 |
| Kevin Frick 2024-03-13 | 55 | 7 | 55 | 20 |
| Kevin Frick 2024-03-13 | 55 | 24 | 56 | 2 |
| Kevin Frick 2024-03-13 | 56 | 22 | 56 | 23 |
| Kevin Frick 2024-03-13 | 56 | 25 | 57 | 9 |
| Kevin Frick 2024-03-13 | 57 | 11 | 57 | 22 |
| Kevin Frick 2024-03-13 | 57 | 25 | 58 | 11 |
| Kevin Frick 2024-03-13 | 70 | 10 | 70 | 12 |
| Kevin Frick 2024-03-13 | 70 | 14 | 70 | 22 |
| Kevin Frick 2024-03-13 | 72 | 25 | 73 | 3 |
| Kevin Frick 2024-03-13 | 73 | 5 | 73 | 7 |
| Kevin Frick 2024-03-13 | 76 | 17 | 76 | 19 |
| Kevin Frick 2024-03-13 | 76 | 21 | 77 | 19 |
| Kevin Frick 2024-03-13 | 78 | 14 | 79 | 7 |
| Kevin Frick 2024-03-13 | 79 | 9 | 80 | 5 |
| Kevin Frick 2024-03-13 | 80 | 7 | 80 | 15 |
| Kevin Frick 2024-03-13 | 80 | 20 | 80 | 22 |
| Kevin Frick 2024-03-13 | 80 | 25 | 81 | 2 |
| Kevin Frick 2024-03-13 | 81 | 17 | 81 | 23 |
| Kevin Frick 2024-03-13 | 82 | 4 | 82 | 7 |
| Kevin Frick 2024-03-13 | 82 | 9 | 82 | 17 |
| Kevin Frick 2024-03-13 | 82 | 24 | 83 | 14 |

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Kevin Frick 2024-03-13 | 83 | 16 | 83 | 18 |
| Kevin Frick 2024-03-13 | 85 | 15 | 85 | 17 |
| Kevin Frick 2024-03-13 | 85 | 20 | 86 | 6 |
| Kevin Frick 2024-03-13 | 86 | 9 | 86 | 17 |
| Kevin Frick 2024-03-13 | 88 | 8 | 88 | 14 |
| Kevin Frick 2024-03-13 | 88 | 17 | 89 | 5 |
| Kevin Frick 2024-03-13 | 89 | 7 | 89 | 7 |
| Kevin Frick 2024-03-13 | 89 | 8 | 89 | 24 |
| Kevin Frick 2024-03-13 | 90 | 2 | 90 | 3 |
| Kevin Frick 2024-03-13 | 90 | 3 | 90 | 12 |
| Kevin Frick 2024-03-13 | 90 | 15 | 90 | 15 |
| Kevin Frick 2024-03-13 | 91 | 4 | 91 | 15 |
| Kevin Frick 2024-03-13 | 92 | 7 | 92 | 12 |
| Kevin Frick 2024-03-13 | 92 | 15 | 92 | 16 |
| Kevin Frick 2024-03-13 | 95 | 4 | 95 | 7 |
| Kevin Frick 2024-03-13 | 95 | 12 | 96 | 2 |
| Kevin Frick 2024-03-13 | 96 | 4 | 96 | 5 |
| Kevin Frick 2024-03-13 | 96 | 19 | 96 | 23 |
| Kevin Frick 2024-03-13 | 96 | 24 | 97 | 9 |
| Kevin Frick 2024-03-13 | 97 | 11 | 97 | 24 |
| Kevin Frick 2024-03-13 | 98 | 3 | 98 | 14 |
| Kevin Frick 2024-03-13 | 98 | 20 | 99 | 7 |
| Kevin Frick 2024-03-13 | 99 | 10 | 99 | 16 |
| Kevin Frick 2024-03-13 | 99 | 19 | 99 | 23 |
| Kevin Frick 2024-03-13 | 107 | 25 | 108 | 2 |
| Kevin Frick 2024-03-13 | 108 | 5 | 108 | 14 |
| Kevin Frick 2024-03-13 | 108 | 18 | 108 | 20 |
| Kevin Frick 2024-03-13 | 108 | 21 | 109 | 5 |
| Kevin Frick 2024-03-13 | 109 | 8 | 109 | 9 |
| Kevin Frick 2024-03-13 | 109 | 11 | 109 | 25 |
| Kevin Frick 2024-03-13 | 110 | 3 | 110 | 4 |
| Kevin Frick 2024-03-13 | 110 | 7 | 110 | 12 |
| Kevin Frick 2024-03-13 | 112 | 16 | 113 | 2 |
| Kevin Frick 2024-03-13 | 113 | 5 | 114 | 18 |
| Kevin Frick 2024-03-13 | 114 | 21 | 115 | 4 |
| Kevin Frick 2024-03-13 | 115 | 8 | 115 | 13 |
| Kevin Frick 2024-03-13 | 120 | 5 | 120 | 12 |
| Kevin Frick 2024-03-13 | 120 | 13 | 120 | 16 |
| Kevin Frick 2024-03-13 | 120 | 19 | 121 | 1 |
| Kevin Frick 2024-03-13 | 121 | 12 | 121 | 14 |
| Kevin Frick 2024-03-13 | 121 | 18 | 122 | 15 |
| Kevin Frick 2024-03-13 | 122 | 20 | 123 | 21 |
| Kevin Frick 2024-03-13 | 123 | 24 | 124 | 6 |

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Kevin Frick 2024-03-13 | 137 | 1 | 137 | 6 |
| Kevin Frick 2024-03-13 | 137 | 9 | 137 | 22 |
| Kevin Frick 2024-03-13 | 137 | 24 | 138 | 8 |
| Kevin Frick 2024-03-13 | 138 | 17 | 138 | 19 |
| Kevin Frick 2024-03-13 | 138 | 22 | 138 | 22 |
| Kevin Frick 2024-03-13 | 138 | 23 | 138 | 24 |
| Kevin Frick 2024-03-13 | 139 | 2 | 139 | 11 |
| Mary Watson Gibson 2024-07-03 | 7 | 11 | 7 | 15 |
| Mary Watson Gibson 2024-07-03 | 14 | 3 | 14 | 13 |
| Mary Watson Gibson 2024-07-03 | 15 | 8 | 15 | 14 |
| Mary Watson Gibson 2024-07-03 | 15 | 15 | 16 | 17 |
| Mary Watson Gibson 2024-07-03 | 29 | 17 | 29 | 19 |
| Mary Watson Gibson 2024-07-03 | 31 | 19 | 32 | 20 |
| Mary Watson Gibson 2024-07-03 | 32 | 21 | 33 | 1 |
| Mary Watson Gibson 2024-07-03 | 33 | 5 | 34 | 2 |
| Mary Watson Gibson 2024-07-03 | 34 | 17 | 35 | 5 |
| Mary Watson Gibson 2024-07-03 | 35 | 18 | 36 | 5 |
| Mary Watson Gibson 2024-07-03 | 43 | 22 | 44 | 19 |
| Mary Watson Gibson 2024-07-03 | 45 | 25 | 46 | 4 |
| Mary Watson Gibson 2024-07-03 | 56 | 15 | 59 | 11 |
| Mary Watson Gibson 2024-07-03 | 59 | 15 | 60 | 16 |
| Mary Watson Gibson 2024-07-03 | 60 | 18 | 61 | 11 |
| Mary Watson Gibson 2024-07-03 | 61 | 18 | 64 | 7 |
| Mary Watson Gibson 2024-07-03 | 64 | 8 | 64 | 19 |
| Mary Watson Gibson 2024-07-03 | 78 | 20 | 78 | 23 |
| Patti Sams 2024-06-18 | 6 | 11 | 6 | 13 |
| Patti Sams 2024-06-18 | 6 | 16 | 6 | 18 |
| Patti Sams 2024-06-18 | 6 | 25 | 7 | 11 |
| Patti Sams 2024-06-18 | 9 | 18 | 10 | 5 |
| Patti Sams 2024-06-18 | 12 | 23 | 13 | 8 |
| Patti Sams 2024-06-18 | 13 | 10 | 13 | 25 |
| Patti Sams 2024-06-18 | 17 | 11 | 17 | 18 |
| Patti Sams 2024-06-18 | 17 | 19 | 18 | 7 |
| Patti Sams 2024-06-18 | 18 | 12 | 18 | 21 |
| Patti Sams 2024-06-18 | 19 | 6 | 19 | 15 |
| Patti Sams 2024-06-18 | 19 | 19 | 19 | 21 |
| Patti Sams 2024-06-18 | 20 | 6 | 20 | 14 |
| Patti Sams 2024-06-18 | 20 | 15 | 20 | 16 |
| Patti Sams 2024-06-18 | 21 | 19 | 21 | 22 |
| Patti Sams 2024-06-18 | 22 | 12 | 22 | 16 |
| Patti Sams 2024-06-18 | 22 | 22 | 23 | 3 |
| Patti Sams 2024-06-18 | 23 | 4 | 23 | 10 |
| Patti Sams 2024-06-18 | 27 | 15 | 27 | 24 |

**SNMP Counter-Designations**

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Patti Sams 2024-06-18 | 29 | 4 | 29 | 21 |
| Patti Sams 2024-06-18 | 29 | 22 | 30 | 17 |
| Patti Sams 2024-06-18 | 31 | 6 | 31 | 13 |
| Patti Sams 2024-06-18 | 31 | 14 | 31 | 18 |
| Patti Sams 2024-06-18 | 31 | 23 | 32 | 1 |
| Patti Sams 2024-06-18 | 42 | 3 | 43 | 25 |
| Patti Sams 2024-06-18 | 44 | 14 | 46 | 3 |
| Patti Sams 2024-06-18 | 46 | 19 | 48 | 13 |
| Patti Sams 2024-06-18 | 52 | 23 | 53 | 7 |
| Patti Sams 2024-06-18 | 57 | 14 | 57 | 18 |
| Patti Sams 2024-06-18 | 57 | 19 | 57 | 22 |
| Patti Sams 2024-06-18 | 58 | 4 | 58 | 8 |
| Patti Sams 2024-06-18 | 63 | 15 | 65 | 7 |
| Patti Sams 2024-06-18 | 68 | 12 | 69 | 13 |
| Patti Sams 2024-06-18 | 69 | 23 | 70 | 5 |
| Patti Sams 2024-06-18 | 79 | 11 | 79 | 24 |
| Patti Sams 2024-06-18 | 85 | 24 | 86 | 8 |
| Patti Sams 2024-06-18 | 86 | 9 | 86 | 19 |
| Patti Sams 2024-06-18 | 87 | 11 | 87 | 20 |
| Patti Sams 2024-06-18 | 89 | 3 | 89 | 4 |
| Patti Sams 2024-06-18 | 94 | 15 | 94 | 21 |
| Patti Sams 2024-06-18 | 96 | 22 | 96 | 22 |
| Patti Sams 2024-06-18 | 100 | 12 | 100 | 14 |
| Paul Segalini 2024-03-06 | 12 | 11 | 12 | 14 |
| Paul Segalini 2024-03-06 | 14 | 17 | 14 | 18 |
| Paul Segalini 2024-03-06 | 14 | 23 | 15 | 3 |
| Paul Segalini 2024-03-06 | 15 | 6 | 15 | 6 |
| Paul Segalini 2024-03-06 | 16 | 2 | 16 | 4 |
| Paul Segalini 2024-03-06 | 16 | 17 | 16 | 21 |
| Paul Segalini 2024-03-06 | 17 | 5 | 18 | 14 |
| Paul Segalini 2024-03-06 | 19 | 14 | 19 | 15 |
| Paul Segalini 2024-03-06 | 38 | 4 | 38 | 5 |
| Paul Segalini 2024-03-06 | 38 | 7 | 38 | 22 |
| Paul Segalini 2024-03-06 | 58 | 20 | 58 | 22 |
| Paul Segalini 2024-03-06 | 58 | 25 | 59 | 6 |
| Paul Segalini 2024-03-06 | 60 | 19 | 60 | 22 |
| Paul Segalini 2024-03-06 | 72 | 14 | 72 | 15 |
| Paul Segalini 2024-03-06 | 72 | 23 | 73 | 15 |
| Paul Segalini 2024-03-06 | 73 | 18 | 73 | 18 |
| Paul Segalini 2024-03-06 | 79 | 10 | 79 | 14 |
| Paul Segalini 2024-03-06 | 79 | 22 | 80 | 10 |
| Paul Segalini 2024-03-06 | 80 | 12 | 80 | 16 |
| Paul Segalini 2024-03-06 | 99 | 23 | 100 | 2 |

Case 3:20-cv-00451-CEA-DCP   Document 637   Filed 06/20/25   Page 12 of 18
PageID #: 40082

# SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Paul Segalini 2024-03-06 | 100 | 18 | 101 | 12 |
| Paul Segalini 2024-03-06 | 105 | 25 | 106 | 8 |
| Paul Segalini 2024-03-06 | 119 | 5 | 119 | 6 |
| Paul Segalini 2024-03-06 | 120 | 2 | 120 | 21 |
| Paul Segalini 2024-03-06 | 120 | 23 | 121 | 4 |
| Paul Segalini 2024-03-06 | 128 | 12 | 128 | 18 |
| Paul Segalini 2024-03-06 | 131 | 9 | 131 | 20 |
| Paul Segalini 2024-03-06 | 137 | 24 | 137 | 25 |
| Paul Segalini 2024-03-06 | 138 | 6 | 138 | 11 |
| Paul Segalini 2024-03-06 | 138 | 22 | 138 | 24 |
| Paul Segalini 2024-03-06 | 140 | 10 | 140 | 14 |
| Paul Segalini 2024-03-06 | 140 | 17 | 141 | 1 |
| Paul Segalini 2024-03-06 | 141 | 4 | 141 | 5 |
| Paul Segalini 2024-03-06 | 141 | 11 | 141 | 19 |
| Paul Segalini 2024-03-06 | 141 | 25 | 142 | 9 |
| Paul Segalini 2024-03-06 | 142 | 11 | 142 | 18 |
| Paul Segalini 2024-03-06 | 155 | 18 | 155 | 19 |
| Paul Segalini 2024-03-06 | 155 | 24 | 156 | 8 |
| Paul Segalini 2024-03-06 | 156 | 10 | 156 | 17 |
| Paul Segalini 2024-03-06 | 160 | 21 | 160 | 22 |
| Paul Segalini 2024-03-06 | 161 | 3 | 161 | 17 |
| Paul Segalini 2024-03-06 | 165 | 23 | 165 | 24 |
| Paul Segalini 2024-03-06 | 166 | 9 | 166 | 20 |
| Paul Segalini 2024-03-06 | 168 | 7 | 168 | 12 |
| Paul Segalini 2024-03-06 | 168 | 16 | 168 | 24 |
| Paul Segalini 2024-03-06 | 169 | 19 | 169 | 20 |
| Paul Segalini 2024-03-06 | 170 | 7 | 170 | 19 |
| Paul Segalini 2024-03-06 | 170 | 22 | 171 | 1 |
| Paul Segalini 2024-03-06 | 171 | 8 | 171 | 21 |
| Paul Segalini 2024-03-06 | 171 | 24 | 172 | 7 |
| Paul Segalini 2024-03-06 | 174 | 14 | 174 | 17 |
| Paul Segalini 2024-03-06 | 174 | 24 | 175 | 5 |
| Paul Segalini 2024-03-06 | 175 | 9 | 175 | 14 |
| Paul Segalini 2024-03-06 | 176 | 14 | 176 | 20 |
| Paul Segalini 2024-03-06 | 176 | 22 | 177 | 4 |
| Paul Segalini 2024-03-06 | 177 | 7 | 177 | 11 |
| Paul Segalini 2024-03-06 | 177 | 17 | 177 | 22 |
| Paul Segalini 2024-03-06 | 177 | 25 | 178 | 9 |
| Paul Segalini 2024-03-06 | 178 | 12 | 178 | 13 |
| Paul Segalini 2024-03-06 | 178 | 19 | 179 | 16 |
| Paul Segalini 2024-03-06 | 199 | 4 | 200 | 3 |
| Paul Segalini 2024-03-06 | 200 | 5 | 200 | 5 |
| Paul Segalini 2024-03-06 | 200 | 16 | 200 | 19 |

SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Paul Segalini 2024-03-06 | 201 | 12 | 201 | 13 |
| Paul Segalini 2024-03-06 | 202 | 16 | 203 | 2 |
| Paul Segalini 2024-03-06 | 204 | 4 | 204 | 7 |
| Paul Segalini 2024-03-06 | 212 | 20 | 212 | 21 |
| Paul Segalini 2024-03-06 | 213 | 2 | 213 | 21 |
| Paul Segalini 2024-03-06 | 218 | 23 | 219 | 20 |
| Paul Segalini 2024-03-06 | 219 | 23 | 220 | 5 |
| Paul Segalini 2024-03-06 | 220 | 9 | 220 | 14 |
| Paul Segalini 2024-03-06 | 220 | 17 | 220 | 19 |
| Paul Segalini 2024-03-06 | 220 | 21 | 220 | 21 |
| Paul Segalini 2024-03-06 | 221 | 20 | 221 | 21 |
| Paul Segalini 2024-03-06 | 222 | 1 | 222 | 23 |
| Paul Segalini 2024-03-06 | 223 | 1 | 223 | 1 |
| Paul Segalini 2024-03-06 | 223 | 3 | 223 | 15 |
| Paul Segalini 2024-03-06 | 224 | 16 | 224 | 22 |
| Paul Segalini 2024-03-06 | 225 | 1 | 225 | 2 |
| Paul Segalini 2024-03-06 | 230 | 11 | 230 | 12 |
| Paul Segalini 2024-03-06 | 230 | 16 | 231 | 18 |
| Paul Segalini 2024-03-06 | 231 | 25 | 232 | 1 |
| Paul Segalini 2024-03-06 | 232 | 4 | 232 | 13 |
| Paul Segalini 2024-03-06 | 232 | 15 | 233 | 1 |
| Paul Segalini 2024-03-06 | 243 | 9 | 243 | 10 |
| Paul Segalini 2024-03-06 | 243 | 17 | 243 | 24 |
| Paul Segalini 2024-03-06 | 244 | 3 | 244 | 8 |
| Paul Segalini 2024-03-06 | 246 | 21 | 246 | 25 |
| Paul Segalini 2024-03-06 | 247 | 20 | 247 | 22 |
| Paul Segalini 2024-03-06 | 247 | 25 | 247 | 25 |
| Steven Blizzard 2024-04-17 | 7 | 8 | 7 | 11 |
| Steven Blizzard 2024-04-17 | 13 | 9 | 13 | 25 |
| Steven Blizzard 2024-04-17 | 14 | 7 | 14 | 9 |
| Steven Blizzard 2024-04-17 | 14 | 15 | 14 | 23 |
| Steven Blizzard 2024-04-17 | 14 | 24 | 15 | 6 |
| Steven Blizzard 2024-04-17 | 15 | 13 | 15 | 19 |
| Steven Blizzard 2024-04-17 | 15 | 21 | 16 | 3 |
| Steven Blizzard 2024-04-17 | 16 | 8 | 16 | 13 |
| Steven Blizzard 2024-04-17 | 16 | 14 | 17 | 5 |
| Steven Blizzard 2024-04-17 | 17 | 6 | 17 | 12 |
| Steven Blizzard 2024-04-17 | 18 | 2 | 18 | 9 |
| Steven Blizzard 2024-04-17 | 18 | 13 | 19 | 8 |
| Steven Blizzard 2024-04-17 | 28 | 20 | 28 | 24 |
| Steven Blizzard 2024-04-17 | 29 | 17 | 29 | 18 |
| Steven Blizzard 2024-04-17 | 29 | 19 | 31 | 3 |
| Steven Blizzard 2024-04-17 | 32 | 5 | 32 | 10 |

# SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Steven Blizzard 2024-04-17 | 33 | 1 | 33 | 4 |
| Steven Blizzard 2024-04-17 | 33 | 4 | 33 | 5 |
| Steven Blizzard 2024-04-17 | 33 | 7 | 33 | 9 |
| Steven Blizzard 2024-04-17 | 33 | 10 | 33 | 20 |
| Steven Blizzard 2024-04-17 | 35 | 6 | 35 | 13 |
| Steven Blizzard 2024-04-17 | 35 | 18 | 35 | 21 |
| Steven Blizzard 2024-04-17 | 35 | 22 | 36 | 8 |
| Steven Blizzard 2024-04-17 | 45 | 4 | 46 | 18 |
| Steven Blizzard 2024-04-17 | 46 | 20 | 46 | 24 |
| Steven Blizzard 2024-04-17 | 48 | 9 | 48 | 13 |
| Steven Blizzard 2024-04-17 | 48 | 17 | 48 | 22 |
| Steven Blizzard 2024-04-17 | 51 | 6 | 51 | 8 |
| Steven Blizzard 2024-04-17 | 51 | 12 | 51 | 15 |
| Steven Blizzard 2024-04-17 | 53 | 19 | 54 | 5 |
| Steven Blizzard 2024-04-17 | 55 | 23 | 55 | 24 |
| Steven Blizzard 2024-04-17 | 56 | 5 | 56 | 11 |
| Steven Blizzard 2024-04-17 | 60 | 6 | 61 | 10 |
| Steven Blizzard 2024-04-17 | 61 | 11 | 62 | 1 |
| Steven Blizzard 2024-04-17 | 62 | 1 | 62 | 3 |
| Steven Blizzard 2024-04-17 | 62 | 8 | 64 | 2 |
| Steven Blizzard 2024-04-17 | 65 | 6 | 66 | 10 |
| Steven Blizzard 2024-04-17 | 66 | 14 | 66 | 22 |
| Steven Blizzard 2024-04-17 | 66 | 20 | 68 | 24 |
| Steven Blizzard 2024-04-17 | 75 | 5 | 77 | 11 |
| Steven Blizzard 2024-04-17 | 87 | 15 | 88 | 16 |
| Steven Blizzard 2024-04-17 | 89 | 7 | 89 | 16 |
| Steven Blizzard 2024-04-17 | 92 | 24 | 93 | 16 |
| Steven Blizzard 2024-04-17 | 93 | 17 | 94 | 2 |
| Steven Blizzard 2024-04-17 | 94 | 2 | 94 | 2 |
| Steven Blizzard 2024-04-17 | 96 | 24 | 97 | 2 |
| Steven Blizzard 2024-04-17 | 97 | 3 | 97 | 5 |
| Steven Blizzard 2024-04-17 | 97 | 10 | 97 | 13 |
| Steven Blizzard 2024-04-17 | 97 | 17 | 97 | 23 |
| Steven Blizzard 2024-04-17 | 98 | 1 | 98 | 13 |
| Steven Blizzard 2024-04-17 | 98 | 14 | 99 | 1 |
| Steven Blizzard 2024-04-17 | 99 | 3 | 99 | 25 |
| Steven Blizzard 2024-04-17 | 100 | 1 | 100 | 1 |
| Steven Blizzard 2024-04-17 | 103 | 8 | 103 | 19 |
| Steven Blizzard 2024-04-17 | 103 | 20 | 104 | 3 |
| Steven Blizzard 2024-04-17 | 104 | 4 | 104 | 11 |
| Steven Blizzard 2024-04-17 | 112 | 6 | 112 | 12 |
| Steven Blizzard 2024-04-17 | 127 | 11 | 127 | 16 |
| Steven Blizzard 2024-04-17 | 127 | 17 | 127 | 19 |

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Steven Blizzard 2024-04-17 | 128 | 4 | 128 | 9 |
| Steven Blizzard 2024-04-17 | 131 | 5 | 133 | 25 |
| Steven Blizzard 2024-04-17 | 131 | 14 | 133 | 2 |
| Steven Blizzard 2024-04-17 | 134 | 21 | 135 | 8 |
| Steven Blizzard 2024-04-17 | 148 | 16 | 148 | 20 |
| Steven Blizzard 2024-04-17 | 173 | 20 | 174 | 8 |
| Steven Blizzard 2024-04-17 | 174 | 16 | 175 | 13 |
| Steven Blizzard 2024-04-17 | 175 | 14 | 176 | 16 |
| Steven Blizzard 2024-04-17 | 189 | 24 | 190 | 14 |
| Steven Blizzard 2024-04-17 | 191 | 15 | 191 | 16 |
| Yeeping Chen Zhong 2024-05-14 | 10 | 8 | 10 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 10 | 19 | 11 | 2 |
| Yeeping Chen Zhong 2024-05-14 | 11 | 17 | 11 | 19 |
| Yeeping Chen Zhong 2024-05-14 | 12 | 2 | 12 | 3 |
| Yeeping Chen Zhong 2024-05-14 | 13 | 22 | 14 | 4 |
| Yeeping Chen Zhong 2024-05-14 | 14 | 8 | 14 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 14 | 17 | 14 | 17 |
| Yeeping Chen Zhong 2024-05-14 | 14 | 18 | 15 | 2 |
| Yeeping Chen Zhong 2024-05-14 | 16 | 10 | 16 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 16 | 22 | 17 | 1 |
| Yeeping Chen Zhong 2024-05-14 | 17 | 8 | 17 | 11 |
| Yeeping Chen Zhong 2024-05-14 | 17 | 13 | 17 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 17 | 15 | 17 | 18 |
| Yeeping Chen Zhong 2024-05-14 | 17 | 20 | 17 | 23 |
| Yeeping Chen Zhong 2024-05-14 | 17 | 24 | 18 | 1 |
| Yeeping Chen Zhong 2024-05-14 | 18 | 6 | 18 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 18 | 12 | 18 | 15 |
| Yeeping Chen Zhong 2024-05-14 | 18 | 18 | 18 | 18 |
| Yeeping Chen Zhong 2024-05-14 | 18 | 19 | 18 | 22 |
| Yeeping Chen Zhong 2024-05-14 | 19 | 1 | 19 | 1 |
| Yeeping Chen Zhong 2024-05-14 | 19 | 2 | 19 | 6 |
| Yeeping Chen Zhong 2024-05-14 | 19 | 11 | 19 | 11 |
| Yeeping Chen Zhong 2024-05-14 | 19 | 12 | 19 | 18 |
| Yeeping Chen Zhong 2024-05-14 | 20 | 20 | 21 | 3 |
| Yeeping Chen Zhong 2024-05-14 | 21 | 10 | 21 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 21 | 16 | 21 | 17 |
| Yeeping Chen Zhong 2024-05-14 | 21 | 18 | 22 | 7 |
| Yeeping Chen Zhong 2024-05-14 | 22 | 10 | 22 | 15 |
| Yeeping Chen Zhong 2024-05-14 | 26 | 21 | 27 | 7 |
| Yeeping Chen Zhong 2024-05-14 | 27 | 11 | 27 | 11 |
| Yeeping Chen Zhong 2024-05-14 | 29 | 22 | 29 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 30 | 3 | 30 | 12 |
| Yeeping Chen Zhong 2024-05-14 | 31 | 20 | 32 | 13 |

## SNMP Counter-Designations

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Yeeping Chen Zhong 2024-05-14 | 32 | 15 | 32 | 18 |
| Yeeping Chen Zhong 2024-05-14 | 32 | 20 | 32 | 20 |
| Yeeping Chen Zhong 2024-05-14 | 33 | 5 | 33 | 7 |
| Yeeping Chen Zhong 2024-05-14 | 33 | 10 | 34 | 4 |
| Yeeping Chen Zhong 2024-05-14 | 34 | 6 | 34 | 10 |
| Yeeping Chen Zhong 2024-05-14 | 34 | 12 | 34 | 15 |
| Yeeping Chen Zhong 2024-05-14 | 34 | 17 | 34 | 17 |
| Yeeping Chen Zhong 2024-05-14 | 35 | 1 | 35 | 3 |
| Yeeping Chen Zhong 2024-05-14 | 35 | 6 | 35 | 12 |
| Yeeping Chen Zhong 2024-05-14 | 35 | 25 | 36 | 5 |
| Yeeping Chen Zhong 2024-05-14 | 36 | 7 | 36 | 7 |
| Yeeping Chen Zhong 2024-05-14 | 36 | 9 | 36 | 9 |
| Yeeping Chen Zhong 2024-05-14 | 36 | 10 | 36 | 12 |
| Yeeping Chen Zhong 2024-05-14 | 36 | 14 | 36 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 36 | 15 | 36 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 37 | 1 | 37 | 1 |
| Yeeping Chen Zhong 2024-05-14 | 37 | 2 | 37 | 7 |
| Yeeping Chen Zhong 2024-05-14 | 37 | 13 | 37 | 15 |
| Yeeping Chen Zhong 2024-05-14 | 37 | 17 | 37 | 17 |
| Yeeping Chen Zhong 2024-05-14 | 37 | 18 | 38 | 22 |
| Yeeping Chen Zhong 2024-05-14 | 38 | 24 | 38 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 38 | 25 | 39 | 17 |
| Yeeping Chen Zhong 2024-05-14 | 39 | 20 | 40 | 10 |
| Yeeping Chen Zhong 2024-05-14 | 40 | 12 | 40 | 12 |
| Yeeping Chen Zhong 2024-05-14 | 40 | 13 | 41 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 41 | 16 | 41 | 17 |
| Yeeping Chen Zhong 2024-05-14 | 42 | 6 | 42 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 42 | 18 | 45 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 45 | 10 | 45 | 23 |
| Yeeping Chen Zhong 2024-05-14 | 46 | 1 | 46 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 46 | 17 | 46 | 21 |
| Yeeping Chen Zhong 2024-05-14 | 46 | 24 | 46 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 47 | 15 | 48 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 48 | 11 | 48 | 12 |
| Yeeping Chen Zhong 2024-05-14 | 48 | 13 | 48 | 16 |
| Yeeping Chen Zhong 2024-05-14 | 48 | 18 | 48 | 19 |
| Yeeping Chen Zhong 2024-05-14 | 48 | 20 | 48 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 49 | 2 | 49 | 6 |
| Yeeping Chen Zhong 2024-05-14 | 49 | 9 | 49 | 9 |
| Yeeping Chen Zhong 2024-05-14 | 49 | 10 | 49 | 25 |
| Yeeping Chen Zhong 2024-05-14 | 50 | 10 | 50 | 14 |
| Yeeping Chen Zhong 2024-05-14 | 51 | 9 | 52 | 12 |
| Yeeping Chen Zhong 2024-05-14 | 52 | 14 | 52 | 24 |

**SNMP Counter-Designations**

| Transcript | PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|---|
| Yeeping Chen Zhong 2024-05-14 | 53 | 7 | 53 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 54 | 1 | 54 | 2 |
| Yeeping Chen Zhong 2024-05-14 | 54 | 5 | 54 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 54 | 13 | 54 | 13 |
| Yeeping Chen Zhong 2024-05-14 | 54 | 14 | 54 | 18 |
| Yeeping Chen Zhong 2024-05-14 | 54 | 20 | 54 | 20 |
| Yeeping Chen Zhong 2024-05-14 | 54 | 21 | 54 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 55 | 1 | 55 | 1 |
| Yeeping Chen Zhong 2024-05-14 | 55 | 2 | 55 | 5 |
| Yeeping Chen Zhong 2024-05-14 | 55 | 17 | 56 | 4 |
| Yeeping Chen Zhong 2024-05-14 | 56 | 6 | 56 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 56 | 10 | 56 | 10 |
| Yeeping Chen Zhong 2024-05-14 | 56 | 13 | 58 | 1 |
| Yeeping Chen Zhong 2024-05-14 | 58 | 8 | 58 | 9 |
| Yeeping Chen Zhong 2024-05-14 | 58 | 17 | 58 | 19 |
| Yeeping Chen Zhong 2024-05-14 | 58 | 22 | 59 | 8 |
| Yeeping Chen Zhong 2024-05-14 | 59 | 11 | 59 | 11 |
| Yeeping Chen Zhong 2024-05-14 | 60 | 12 | 60 | 21 |
| Yeeping Chen Zhong 2024-05-14 | 61 | 17 | 62 | 24 |
| Yeeping Chen Zhong 2024-05-14 | 63 | 2 | 63 | 5 |
| Yeeping Chen Zhong 2024-05-14 | 63 | 8 | 63 | 9 |
| Yeeping Chen Zhong 2024-05-14 | 63 | 10 | 63 | 15 |
| Yeeping Chen Zhong 2024-05-14 | 63 | 18 | 63 | 19 |
| Yeeping Chen Zhong 2024-05-14 | 63 | 20 | 63 | 23 |
| Yeeping Chen Zhong 2024-05-14 | 64 | 1 | 64 | 2 |
| Yeeping Chen Zhong 2024-05-14 | 64 | 3 | 64 | 9 |
| Yeeping Chen Zhong 2024-05-14 | 64 | 18 | 65 | 3 |
| Yeeping Chen Zhong 2024-05-14 | 67 | 1 | 67 | 13 |