UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | Jury Demand |
| v. | § § | |
| EXTREME NETWORKS, INC., | § § | |
| Defendant. | § § § § § | |

**PLAINTIFFS SNMP RESEARCH, INC.'S AND SNMP RESEARCH INTERNATIONAL, INC.'S OBJECTIONS TO EXTREME NETWORKS, INC.'S AFFIRMATIVE DEPOSITION DESIGNATIONS**

Pursuant to the Court's Fourth Amended Scheduling Order (Dkt. No. 442) and by agreement of the parties, Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. ("Plaintiffs") submit the following objections to the affirmative deposition designations identified by Defendant Extreme Networks ("Defendant") in its May 27, 2025 filing. (Dkt. 595-1). Plaintiffs' provide these objections without waiving any rights, including to amend or supplement these objections, as appropriate, for any reason. Plaintiffs do not know the precise nature or scope of the testimony and evidence that Defendant may seek to present at trial. As such, Plaintiffs hereby reserve the right to modify, amend, or supplement their objections prior to or during trial, including but not limited to, in response to rulings of the Court, stipulations of the parties, any supplements to Defendant's designations, or any other circumstance that may occur between now and the conclusion of trial. Plaintiffs further objection to any improper attorney argument or attorney colloquy that Defendant has purported to designate in its deposition designations.

Dated: June 20, 2025  By: */s/ John Wood*
    John L. Wood, Esq. (BPR #027642)
    Cheryl G. Rice, Esq. (BPR #021145)
    Reuben N. Pelot IV, Esq. (BPR #014986)
    EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
    900 S. Gay Street, Suite 1400
    P.O. Box 2047
    Knoxville, TN 37902
    (865) 546-0500 (phone)
    (865) 525-5293 (facsimile)
    jwood@emlaw.com
    crice@emlaw.com
    rpelot@emlaw.com

    A. Matthew Ashley (CA Bar. No. 198235)
    Morgan Chu (CA Bar. No. 70446)
    David Nimmer (CA Bar. No. 97170)
    David McPhie (CA Bar No. 231520)
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    (310) 277-1010 (phone)
    (310) 203-7199 (facsimile)
    mchu@irell.com
    dnimmer@irell.com
    dmcphie@irell.com
    mashley@irell.com

    Olivia Weber (CA Bar. No. 319918)
    BIENERT KATZMAN LITTRELL WILLIAMS LLP
    903 Calle Amanecer, Suite 350
    San Clemente, CA 92673
    (949) 369-3700 (phone)
    (949) 369-3701 (facsimile)
    oweber@bklwlaw.com

    *Attorneys for Plaintiffs*
    *SNMP Research International, Inc.*
    *SNMP Research, Inc.*

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| David Reid 2024-05-31 | 11 | 1 | 11 | 7 | 32 |
| David Reid 2024-05-31 | 11 | 16 | 12 | 17 | 32 |
| David Reid 2024-05-31 | 15 | 11 | 17 | 9 | 32 |
| David Reid 2024-05-31 | 18 | 3 | 18 | 17 | 32 |
| David Reid 2024-05-31 | 22 | 15 | 23 | 2 | 32, R, 403 |
| David Reid 2024-05-31 | 25 | 5 | 25 | 11 | 32 |
| David Reid 2024-05-31 | 26 | 13 | 27 | 10 | 32 |
| David Reid 2024-05-31 | 30 | 3 | 30 | 17 | 32 |
| David Reid 2024-05-31 | 32 | 10 | 33 | 16 | 32 |
| David Reid 2024-05-31 | 34 | 5 | 34 | 21 | 32, 106 |
| David Reid 2024-05-31 | 35 | 6 | 35 | 21 | 32, 106 |
| David Reid 2024-05-31 | 36 | 2 | 38 | 5 | 32, 106, 901 |
| David Reid 2024-05-31 | 40 | 15 | 41 | 15 | 32, 106 |
| David Reid 2024-05-31 | 48 | 15 | 49 | 25 | 32 |
| David Reid 2024-05-31 | 51 | 16 | 52 | 3 | 32, R, 602 |
| David Reid 2024-05-31 | 52 | 15 | 54 | 6 | 32, R, 602, 106 |
| David Reid 2024-05-31 | 56 | 12 | 56 | 22 | 32 |
| David Reid 2024-05-31 | 57 | 9 | 57 | 23 | 32 |
| David Reid 2024-05-31 | 58 | 5 | 58 | 14 | 32, 602 |
| David Reid 2024-05-31 | 59 | 11 | 60 | 1 | 32 |
| David Reid 2024-05-31 | 60 | 20 | 62 | 17 | 32 |
| David Reid 2024-05-31 | 68 | 2 | 68 | 9 | 32 |
| David Reid 2024-05-31 | 68 | 19 | 69 | 5 | 32 |
| David Reid 2024-05-31 | 72 | 24 | 73 | 11 | 32, R, 602 |
| David Reid 2024-05-31 | 74 | 2 | 74 | 10 | 32 |
| David Reid 2024-05-31 | 76 | 11 | 77 | 23 | 32, R, 106 |
| David Reid 2024-05-31 | 79 | 11 | 79 | 21 | 32, 106, 602 |
| David Reid 2024-05-31 | 83 | 20 | 84 | 15 | 32, R, 602 |
| David Reid 2024-05-31 | 90 | 2 | 90 | 23 | 32; NIA |
| David Reid 2024-05-31 | 92 | 23 | 93 | 10 | 32; NIA |
| David Reid 2024-05-31 | 97 | 20 | 97 | 25 | 32 |
| David Reid 2024-05-31 | 98 | 15 | 99 | 3 | 32, R, 602, NIA |
| David Reid 2024-05-31 | 100 | 21 | 103 | 8 | 32, R |
| David Reid 2024-05-31 | 104 | 1 | 104 | 12 | 32, R |
| David Reid 2024-05-31 | 113 | 17 | 114 | 7 | 32, R, 403, NIA |
| David Reid 2024-05-31 | 114 | 13 | 116 | 11 | 32, R, 403, 602, NIA |
| David Reid 2024-05-31 | 127 | 24 | 129 | 19 | 32, R |
| David Reid 2024-05-31 | 131 | 7 | 132 | 19 | 32 |
| David Reid 2024-05-31 | 136 | 16 | 137 | 21 | 32 |
| David Reid 2024-05-31 | 141 | 24 | 143 | 19 | 32, R |
| David Reid 2024-05-31 | 148 | 4 | 150 | 10 | 32, R |
| David Spakes 2024-05-30 | 12 | 6 | 12 | 8 | 32 |
| David Spakes 2024-05-30 | 15 | 11 | 16 | 24 | 32 R |
| David Spakes 2024-05-30 | 18 | 22 | 19 | 1 | 32 |
| David Spakes 2024-05-30 | 20 | 6 | 20 | 7 | 32 |
| David Spakes 2024-05-30 | 21 | 18 | 23 | 11 | 32 R, 106, 403 |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| David Spakes 2024-05-30 | 25 | 11 | 26 | 6 | 32 R, 106, 403 |
| David Spakes 2024-05-30 | 26 | 23 | 27 | 2 | 32 R, 106, 403 |
| David Spakes 2024-05-30 | 28 | 5 | 31 | 3 | 32 R, 106, 403 |
| David Spakes 2024-05-30 | 31 | 17 | 42 | 4 | 32 R, 106, 403, 602 |
| David Spakes 2024-05-30 | 44 | 1 | 46 | 5 | 32 R |
| David Spakes 2024-05-30 | 54 | 1 | 54 | 8 | 32 R, 602 |
| David Spakes 2024-05-30 | 57 | 20 | 57 | 24 | 32 |
| David Spakes 2024-05-30 | 62 | 19 | 63 | 14 | 32 |
| David Spakes 2024-05-30 | 65 | 9 | 68 | 16 | 32 |
| David Spakes 2024-05-30 | 73 | 6 | 74 | 7 | 32 |
| David Spakes 2024-05-30 | 76 | 20 | 77 | 11 | 32 |
| David Spakes 2024-05-30 | 79 | 6 | 80 | 16 | 32 |
| David Spakes 2024-05-30 | 87 | 8 | 87 | 20 | 32 |
| David Spakes 2024-05-30 | 88 | 10 | 89 | 19 | 32 |
| David Spakes 2024-05-30 | 95 | 25 | 96 | 18 | 32 R |
| David Spakes 2024-05-30 | 96 | 23 | 97 | 5 | 32 R |
| David Spakes 2024-05-30 | 97 | 17 | 97 | 23 | 32 R |
| David Spakes 2024-05-30 | 98 | 7 | 98 | 12 | 32 R |
| David Spakes 2024-05-30 | 99 | 1 | 99 | 12 | 32 R, 403 |
| David Spakes 2024-05-30 | 100 | 25 | 101 | 18 | 32 |
| David Spakes 2024-05-30 | 101 | 24 | 102 | 23 | 32 |
| David Spakes 2024-05-30 | 103 | 19 | 103 | 25 | 32 106 |
| David Spakes 2024-05-30 | 105 | 4 | 105 | 10 | 32 |
| David Spakes 2024-05-30 | 105 | 15 | 107 | 2 | 32 |
| David Spakes 2024-05-30 | 108 | 15 | 109 | 10 | 32 R, JA, 403 |
| David Spakes 2024-05-30 | 110 | 10 | 112 | 3 | 32 R, JA, 403 |
| David Spakes 2024-05-30 | 112 | 6 | 112 | 22 | 32 R |
| David Spakes 2024-05-30 | 117 | 8 | 118 | 8 | 32 R, 602 |
| David Spakes 2024-05-30 | 122 | 10 | 123 | 16 | 32 R, 602 (122:10 - 23); R, 602 |
| David Spakes 2024-05-30 | 127 | 1 | 128 | 1 | 32 |
| David Spakes 2024-05-30 | 129 | 3 | 133 | 18 | 32, R, IA (129:3 - 132:22) |
| David Spakes 2024-05-30 | 134 | 17 | 135 | 2 | 32, NIA |
| David Spakes 2024-05-30 | 135 | 6 | 135 | 15 | 32, NIA |
| David Spakes 2024-05-30 | 136 | 2 | 141 | 20 | 32 |
| David Spakes 2024-05-30 | 143 | 7 | 143 | 22 | 32, NIA |
| David Spakes 2024-05-30 | 144 | 8 | 146 | 2 | 32 R, 403, NIA |
| David Spakes 2024-05-30 | 147 | 19 | 148 | 20 | 32 R, 403, NIA |
| David Spakes 2024-05-30 | 151 | 11 | 162 | 22 | 32 R, 403, NIA |
| David Spakes 2024-05-30 | 162 | 24 | 165 | 4 | 32 R, 403, NIA |
| David Spakes 2024-05-30 | 170 | 10 | 173 | 11 | 32 172:17 - 173:10 (R, 403, NIA) |
| David Spakes 2024-05-30 | 179 | 2 | 181 | 7 | 32 R |
| David Spakes 2024-05-30 | 183 | 19 | 184 | 23 | 32 R |
| David Spakes 2024-05-30 | 188 | 4 | 190 | 19 | 32 R, 403, NIA |
| David Spakes 2024-05-30 | 191 | 11 | 194 | 6 | 32 R, NIA |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| David Spakes 2024-05-30 | 195 | 2 | 195 | 23 | 32 R, 602, NIA |
| David Spakes 2024-05-30 | 196 | 23 | 197 | 14 | 32, NIA |
| David Spakes 2024-05-30 | 201 | 14 | 202 | 17 | 32 |
| David Spakes 2024-05-30 | 202 | 25 | 203 | 22 | 32 |
| David Spakes 2024-05-30 | 204 | 5 | 204 | 8 | 32 |
| David Spakes 2024-05-30 | 205 | 5 | 209 | 13 | 32 |
| David Spakes 2024-05-30 | 210 | 21 | 211 | 16 | 32, R |
| David Spakes 2024-05-30 | 216 | 14 | 217 | 20 | 32 |
| David Spakes 2024-05-30 | 217 | 25 | 218 | 16 | 32 |
| David Spakes 2024-05-30 | 218 | 22 | 220 | 25 | 32 |
| David Spakes 2024-05-30 | 221 | 3 | 221 | 14 | 32 |
| David Spakes 2024-05-30 | 222 | 2 | 224 | 1 | 32 223:14 - 224:1 (R, 403, 602) |
| David Spakes 2024-05-30 | 226 | 15 | 227 | 15 | 32 |
| David Spakes 2024-05-30 | 227 | 23 | 229 | 2 | 32 |
| David Spakes 2024-05-30 | 229 | 12 | 233 | 16 | 32 |
| David Spakes 2024-05-30 | 238 | 12 | 240 | 3 | 32 |
| Jeff Case 2024-04-16 | 8 | 10 | 8 | 11 | |
| Jeff Case 2024-04-16 | 9 | 18 | 11 | 3 | |
| Jeff Case 2024-04-16 | 12 | 3 | 12 | 5 | |
| Jeff Case 2024-04-16 | 14 | 7 | 14 | 23 | |
| Jeff Case 2024-04-16 | 15 | 13 | 15 | 17 | |
| Jeff Case 2024-04-16 | 15 | 22 | 15 | 25 | p. 15:25: 106 |
| Jeff Case 2024-04-16 | 17 | 7 | 18 | 20 | |
| Jeff Case 2024-04-16 | 19 | 7 | 21 | 4 | p. 19:8-25: R |
| Jeff Case 2024-04-16 | 42 | 8 | 43 | 2 | |
| Jeff Case 2024-04-16 | 43 | 6 | 45 | 18 | |
| Jeff Case 2024-04-16 | 56 | 6 | 56 | 16 | p. 56:6-16: R, 403, Greenspun Daubert |
| Jeff Case 2024-04-16 | 56 | 24 | 57 | 20 | |
| Jeff Case 2024-04-16 | 60 | 1 | 60 | 10 | p. 60:1-10: R, 403, Greenspun Daubert |
| Jeff Case 2024-04-16 | 60 | 23 | 61 | 19 | pp. 60:23-61:19, 62:19-64:11, 64:19-66:20, 67:4-7, 68:21-69:24, 70:5-72:6: R, 403, Greenspun Daubert |
| Jeff Case 2024-04-16 | 62 | 19 | 64 | 11 | See above |
| Jeff Case 2024-04-16 | 64 | 19 | 66 | 20 | See above |
| Jeff Case 2024-04-16 | 67 | 4 | 67 | 7 | See above |
| Jeff Case 2024-04-16 | 68 | 21 | 69 | 24 | See above |
| Jeff Case 2024-04-16 | 70 | 5 | 72 | 6 | See above |
| Jeff Case 2024-04-16 | 73 | 2 | 76 | 5 | |
| Jeff Case 2024-04-16 | 76 | 12 | 76 | 23 | |
| Jeff Case 2024-04-16 | 79 | 17 | 80 | 10 | pp. 79:17-80:10: R, 403, Greenspun Daubert |
| Jeff Case 2024-04-16 | 82 | 7 | 82 | 25 | |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Jeff Case 2024-04-16 | 93 | 11 | 93 | 25 | |
| Jeff Case 2024-04-16 | 95 | 17 | 96 | 1 | |
| Jeff Case 2024-04-16 | 102 | 8 | 103 | 16 | pp. 102:8-103:16: R, 403, Greenspun Daubert |
| Jeff Case 2024-04-16 | 105 | 20 | 106 | 15 | |
| Jeff Case 2024-04-16 | 110 | 4 | 111 | 14 | pp. 110:4-111:14: R, 403 |
| Jeff Case 2024-04-16 | 116 | 18 | 116 | 20 | |
| Jeff Case 2024-04-16 | 119 | 23 | 126 | 16 | pp. 119:23-125:16: R, 403, NIA |
| Jeff Case 2024-04-16 | 153 | 14 | 157 | 14 | p. 157:9-14: R, 403, HS |
| Jeff Case 2024-04-16 | 158 | 13 | 158 | 20 | p. 158:13-20: R, 403, HS |
| Jeff Case 2024-04-16 | 163 | 22 | 164 | 8 | pp. 163:22-164:8: R, 403 |
| Jeff Case 2024-04-16 | 174 | 4 | 174 | 5 | pp. 174:4-5, 175:7-179:6, 179:21-183:22: R, 403 |
| Jeff Case 2024-04-16 | 175 | 7 | 179 | 6 | |
| Jeff Case 2024-04-16 | 179 | 21 | 183 | 22 | |
| Jeff Case 2024-04-16 | 189 | 6 | 189 | 12 | |
| Jeff Case 2024-04-16 | 189 | 21 | 192 | 7 | |
| Jeff Case 2024-04-16 | 193 | 14 | 194 | 7 | |
| Jeff Case 2024-04-16 | 197 | 24 | 198 | 13 | |
| Jeff Case 2024-04-16 | 203 | 12 | 203 | 18 | |
| Jeff Case 2024-04-16 | 204 | 2 | 204 | 11 | |
| Jeff Case 2024-04-16 | 205 | 6 | 205 | 9 | |
| Jeff Case 2024-04-16 | 205 | 21 | 208 | 12 | |
| Jeff Case 2024-04-16 | 208 | 22 | 209 | 2 | pp. 208:22-209:2: R |
| Jeff Case 2024-04-16 | 210 | 14 | 210 | 18 | pp. 210:14-18, 210:23-213:3: R |
| Jeff Case 2024-04-16 | 210 | 23 | 213 | 7 | |
| Jeff Case 2024-04-16 | 213 | 9 | 213 | 17 | |
| Jeff Case 2024-04-16 | 213 | 20 | 214 | 1 | |
| Jeff Case 2024-04-16 | 214 | 19 | 215 | 9 | |
| Jeff Case 2024-04-16 | 215 | 20 | 216 | 5 | |
| Jeff Case 2024-04-16 | 217 | 9 | 217 | 20 | |
| Jeff Case 2024-04-16 | 220 | 10 | 220 | 16 | p. 220:10-16: R, 403, JA |
| Jeff Case 2024-04-16 | 221 | 6 | 222 | 11 | pp. 221:6-222:11: R, 403 |
| Jeff Case 2024-04-16 | 228 | 3 | 228 | 15 | |
| Jeff Case 2024-04-16 | 229 | 6 | 229 | 17 | pp. 229:13-17, 229:25-230:3, 230:8-22, 230:25-231:6, 231:20-232:16, 234:4-236:9, 236:12-15, 237:6-238:23: R, 403, Greenspun Daubert |
| Jeff Case 2024-04-16 | 229 | 25 | 230 | 3 | See above |
| Jeff Case 2024-04-16 | 230 | 8 | 230 | 22 | See above |
| Jeff Case 2024-04-16 | 230 | 25 | 231 | 6 | See above |
| Jeff Case 2024-04-16 | 231 | 20 | 232 | 16 | See above |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Jeff Case 2024-04-16 | 234 | 4 | 236 | 9 | See above |
| Jeff Case 2024-04-16 | 236 | 12 | 236 | 15 | See above |
| Jeff Case 2024-04-16 | 237 | 6 | 238 | 23 | See above |
| Jeff Case 2024-04-16 | 239 | 12 | 241 | 6 | |
| Jeff Case 2024-04-16 | 245 | 13 | 245 | 21 | |
| Jeff Case 2024-04-16 | 251 | 5 | 252 | 8 | pp. 251:13-252:8: R, 403, JA |
| Jeff Case 2024-04-16 | 252 | 9 | 252 | 23 | pp. 252:4-256:23, 257:16-258:20: R, 403, JA |
| Jeff Case 2024-04-16 | 253 | 9 | 256 | 23 | |
| Jeff Case 2024-04-16 | 257 | 16 | 258 | 20 | |
| Jeff Case 2024-04-16 | 259 | 4 | 259 | 9 | |
| Jeff Case 2024-04-16 | 260 | 6 | 261 | 15 | pp. 260:6-261:15: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 13 | 9 | 15 | 3 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 19 | 9 | 21 | 12 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 22 | 19 | 23 | 15 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 24 | 3 | 26 | 3 | pp. 24:3-26:3: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 28 | 6 | 28 | 8 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 29 | 5 | 30 | 12 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 57 | 13 | 63 | 15 | pp. 57:13-62:12, 63:9-15: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 66 | 18 | 70 | 22 | pp. 66:18-67:5: no question asked. |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 81 | 3 | 81 | 5 | pp. 81:3-5, 81:25-85:17, 87:22-89:21, 92:13-95:7: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 81 | 25 | 85 | 17 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 87 | 22 | 89 | 21 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 92 | 13 | 95 | 7 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 95 | 18 | 97 | 18 | pp. 97:13-18: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 99 | 24 | 100 | 22 | pp. 99:24-100:22: R, 403, no question asked |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 103 | 10 | 105 | 16 | pp. 104:6-105:6: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 107 | 5 | 107 | 21 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 109 | 15 | 109 | 17 | p. 109:15-17: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 110 | 10 | 111 | 7 | pp. 110:10-111:7: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 115 | 12 | 116 | 19 | pp. 115:12-116:19: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 118 | 16 | 119 | 3 | pp. 118:16-119: 3, 119:24-120:8, 121:24-122:3, 122:11-123:3, 124:19-125:8: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 119 | 24 | 120 | 8 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 121 | 24 | 122 | 3 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 122 | 11 | 123 | 3 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 124 | 19 | 125 | 8 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 128 | 12 | 128 | 14 | p. 128:12-13: R, 403, NIA |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 129 | 7 | 129 | 11 | p. 129:7-11: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 135 | 23 | 138 | 9 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 140 | 15 | 140 | 17 | p. 140:15-17: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 144 | 25 | 145 | 1 | pp. 144:25-145:1: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 145 | 16 | 145 | 19 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 151 | 11 | 152 | 13 | pp. 151:11-152:13, 152:17-19, 152:25-153:3, 156:8-10: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 152 | 17 | 152 | 19 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 152 | 25 | 153 | 3 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 156 | 8 | 156 | 10 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 168 | 13 | 168 | 14 | pp. 168:13-14, 168:21-169:3: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 168 | 21 | 169 | 3 | R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 175 | 1 | 176 | 7 | pp. 175:1-176:7, 177:14-178:9, 179:22-181:5: R, 403, NIA |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 177 | 14 | 178 | 9 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 179 | 22 | 181 | 5 | See above |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 185 | 21 | 186 | 25 | pp. 185:21-186:25: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 188 | 13 | 188 | 19 | p. 188:13-19: R, 403, no question. |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 193 | 16 | 195 | 21 | pp. 193:16-195:21: R, 403 |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 198 | 16 | 199 | 2 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 203 | 15 | 204 | 11 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 212 | 8 | 213 | 8 | pp. 212:8-213:8: R |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 219 | 23 | 220 | 17 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 224 | 22 | 225 | 14 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 235 | 12 | 238 | 5 | |
| Jeff Case 2024-06-12 - 30(b)(6) (Vol 1) | 238 | 16 | 239 | 6 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 267 | 5 | 277 | 23 | pp. 267:5-276:6: R, 403, HS, C, Nortel |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 279 | 2 | 283 | 1 | pp. 279:2-283:1: R, 403, Greenspun Daubert |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 287 | 7 | 288 | 13 | pp. 287:18-293:13: R, 403, Greenspun Daubert |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 289 | 4 | 295 | 2 | See above |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 295 | 24 | 297 | 17 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 298 | 8 | 298 | 18 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 301 | 7 | 301 | 10 | p. 301:7-10: R, 403, Greenspun Daubert |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 303 | 24 | 304 | 1 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 306 | 19 | 308 | 21 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 310 | 3 | 310 | 20 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 329 | 23 | 330 | 1 | |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 332 | 15 | 333 | 2 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 338 | 16 | 339 | 20 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 342 | 4 | 346 | 6 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 346 | 22 | 349 | 9 | |
| Jeff Case 2024-06-13 - 30(b)(6) (Vol 2) | 349 | 17 | 351 | 9 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 379 | 8 | 379 | 22 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 385 | 1 | 387 | 2 | pp. 386:20-387:2, 387:8-389:7, 390:23-392:2, 393:9-394:7: R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 387 | 8 | 389 | 7 | R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 390 | 23 | 392 | 2 | R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 393 | 9 | 394 | 7 | R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 395 | 18 | 400 | 14 | pp. 395:18-400:14: R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 406 | 8 | 407 | 19 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 408 | 14 | 409 | 6 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 417 | 4 | 418 | 5 | pp. 417:4-418:5: no question. |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 427 | 21 | 429 | 4 | pp. 427:21-429:4: R. |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 434 | 19 | 436 | 6 | pp. 434:19 -435:13: R, 403, NIA |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 437 | 15 | 438 | 19 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 450 | 9 | 451 | 19 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 453 | 5 | 453 | 14 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 459 | 24 | 462 | 25 | pp. 459:24-462:25, 463:15-464:2, 464:23-465:14, 465:20-467:23, 468:14-469:17: R, 403 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 463 | 15 | 464 | 2 | See above |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 464 | 23 | 465 | 14 | See above |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 465 | 20 | 467 | 23 | See above |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 468 | 14 | 469 | 17 | See above; also object to p. 469:14-17: 106 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 471 | 13 | 472 | 17 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 473 | 22 | 477 | 9 | pp. 473:22-474:2: 106 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 477 | 23 | 482 | 16 | p. 482:15-16: 106 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 484 | 9 | 484 | 21 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 486 | 2 | 486 | 16 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 497 | 23 | 498 | 8 | pp. 497:23-498:8: no question, OCEO; improper contention interrogatory |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 509 | 13 | 509 | 18 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 519 | 22 | 520 | 15 | pp. 519:22-520:15: R, 403 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 524 | 11 | 524 | 20 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 525 | 24 | 526 | 7 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 528 | 15 | 529 | 9 | |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 533 | 17 | 534 | 15 | pp. 533:17-534:15: R, 403 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 535 | 5 | 535 | 12 | p. 535:5-12: R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 536 | 11 | 538 | 1 | pp. 536:11-538:1, 540:1-8, 540:20-542:6:  R, 403, 106 |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 540 | 1 | 540 | 8 | See above |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 540 | 20 | 542 | 6 | See above |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 544 | 13 | 545 | 24 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 548 | 20 | 550 | 1 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 551 | 11 | 553 | 10 | pp. 551:11-553:10: R |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 560 | 8 | 560 | 13 | |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 565 | 3 | 565 | 25 | p. 565:3-25: no question, R, 403, lines 24-25 do not reflect a question |
| Jeff Case 2024-06-14 - 30(b)(6) (Vol 3) | 600 | 7 | 601 | 16 | pp. 600:7-601:16: R, 403 |
| Kevin Frick 2024-03-13 | 7 | 14 | 7 | 16 | |
| Kevin Frick 2024-03-13 | 9 | 8 | 10 | 1 | |
| Kevin Frick 2024-03-13 | 14 | 15 | 14 | 22 | |
| Kevin Frick 2024-03-13 | 16 | 13 | 16 | 16 | |
| Kevin Frick 2024-03-13 | 19 | 6 | 19 | 20 | IA |
| Kevin Frick 2024-03-13 | 20 | 10 | 21 | 19 | IA |
| Kevin Frick 2024-03-13 | 22 | 1 | 22 | 10 | |
| Kevin Frick 2024-03-13 | 23 | 5 | 23 | 14 | IA |
| Kevin Frick 2024-03-13 | 24 | 17 | 25 | 1 | R, IA |
| Kevin Frick 2024-03-13 | 25 | 17 | 25 | 20 | |
| Kevin Frick 2024-03-13 | 26 | 14 | 26 | 22 | |
| Kevin Frick 2024-03-13 | 29 | 16 | 29 | 19 | |
| Kevin Frick 2024-03-13 | 29 | 24 | 30 | 6 | |
| Kevin Frick 2024-03-13 | 30 | 16 | 31 | 12 | |
| Kevin Frick 2024-03-13 | 32 | 14 | 33 | 24 | R, IA |
| Kevin Frick 2024-03-13 | 34 | 14 | 35 | 14 | |
| Kevin Frick 2024-03-13 | 35 | 19 | 35 | 22 | IA |
| Kevin Frick 2024-03-13 | 39 | 5 | 39 | 14 | R, IA |
| Kevin Frick 2024-03-13 | 40 | 13 | 43 | 11 | R, 602, IA |
| Kevin Frick 2024-03-13 | 45 | 13 | 48 | 2 | R, 403, 602 |
| Kevin Frick 2024-03-13 | 48 | 3 | 49 | 19 | IA |
| Kevin Frick 2024-03-13 | 51 | 3 | 51 | 12 | IA, 602 |
| Kevin Frick 2024-03-13 | 51 | 18 | 54 | 13 | |
| Kevin Frick 2024-03-13 | 54 | 20 | 54 | 25 | R, 602 |
| Kevin Frick 2024-03-13 | 56 | 3 | 56 | 21 | |
| Kevin Frick 2024-03-13 | 57 | 7 | 57 | 20 | R |
| Kevin Frick 2024-03-13 | 70 | 13 | 73 | 7 | |
| Kevin Frick 2024-03-13 | 76 | 16 | 78 | 18 | IA |
| Kevin Frick 2024-03-13 | 79 | 8 | 80 | 18 | IA, 106 |
| Kevin Frick 2024-03-13 | 81 | 3 | 81 | 6 | |
| Kevin Frick 2024-03-13 | 81 | 17 | 82 | 7 | |
| Kevin Frick 2024-03-13 | 82 | 9 | 83 | 14 | 403, 602, IA |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Kevin Frick 2024-03-13 | 83 | 16 | 85 | 14 | 602, IA |
| Kevin Frick 2024-03-13 | 86 | 9 | 86 | 23 | 106, 602, HS, IA |
| Kevin Frick 2024-03-13 | 89 | 8 | 92 | 6 | |
| Kevin Frick 2024-03-13 | 95 | 10 | 96 | 18 | 106, 602, HS, IA |
| Kevin Frick 2024-03-13 | 96 | 24 | 97 | 15 | 602, HS |
| Kevin Frick 2024-03-13 | 98 | 15 | 99 | 4 | 102, 602, R |
| Kevin Frick 2024-03-13 | 108 | 21 | 109 | 9 | |
| Kevin Frick 2024-03-13 | 114 | 16 | 115 | 1 | HS, IA |
| Kevin Frick 2024-03-13 | 120 | 5 | 120 | 20 | 106, HS, 602 |
| Kevin Frick 2024-03-13 | 121 | 12 | 122 | 10 | 602, HS |
| Kevin Frick 2024-03-13 | 137 | 9 | 137 | 24 | R, 602, HS |
| Kevin Frick 2024-03-13 | 138 | 9 | 138 | 14 | |
| Kevin Frick 2024-03-13 | 138 | 23 | 139 | 11 | |
| Kevin Frick 2024-03-13 | 142 | 11 | 142 | 22 | R |
| Kevin Frick 2024-03-13 | 143 | 3 | 143 | 15 | |
| Mary Watson Gibson 2024-07-03 | 7 | 11 | 7 | 15 | |
| Mary Watson Gibson 2024-07-03 | 11 | 7 | 11 | 11 | 602, R,HS, 403, IA |
| Mary Watson Gibson 2024-07-03 | 12 | 20 | 12 | 22 | |
| Mary Watson Gibson 2024-07-03 | 14 | 14 | 14 | 25 | 602, HS, R |
| Mary Watson Gibson 2024-07-03 | 23 | 14 | 23 | 18 | 106, 403, IA |
| Mary Watson Gibson 2024-07-03 | 25 | 6 | 25 | 21 | R, 106, 403 |
| Mary Watson Gibson 2024-07-03 | 29 | 17 | 29 | 19 | |
| Mary Watson Gibson 2024-07-03 | 31 | 19 | 31 | 25 | R, 106, 403 |
| Mary Watson Gibson 2024-07-03 | 32 | 1 | 32 | 20 | |
| Mary Watson Gibson 2024-07-03 | 38 | 4 | 39 | 18 | R, 106, IA, 602, 403 |
| Mary Watson Gibson 2024-07-03 | 45 | 4 | 45 | 23 | 106, IA |
| Mary Watson Gibson 2024-07-03 | 56 | 15 | 61 | 11 | 106, IA, 602 |
| Mary Watson Gibson 2024-07-03 | 67 | 14 | 68 | 13 | 106, 602, HS, IA |
| Mary Watson Gibson 2024-07-03 | 78 | 2 | 78 | 19 | 106, IA |
| Mary Watson Gibson 2024-07-03 | 89 | 4 | 89 | 23 | 106, 602, IA |
| Mary Watson Gibson 2024-07-03 | 92 | 7 | 92 | 10 | 106 |
| Mary Watson Gibson 2024-07-03 | 102 | 2 | 103 | 11 | 106, 602, HS, IA |
| Mary Watson Gibson 2024-07-03 | 107 | 9 | 107 | 21 | 106, 602, HS, IA |
| Mary Watson Gibson 2024-07-03 | 108 | 11 | 108 | 13 | 106, 602, HS, IA |
| Mary Watson Gibson 2024-07-03 | 109 | 12 | 112 | 19 | R, 403, 602 |
| Mary Watson Gibson 2024-07-03 | 113 | 17 | 113 | 20 | R, 403, 602, HS |
| Mary Watson Gibson 2024-07-03 | 127 | 14 | 129 | 7 | 602, 32 |
| Mary Watson Gibson 2024-07-03 | 143 | 18 | 147 | 3 | 32 |
| Mary Watson Gibson 2024-07-03 | 148 | 22 | 149 | 4 | 602, mischaracterizes prior testimony, argumentative, 32 |
| Mary Watson Gibson 2024-07-03 | 149 | 25 | 150 | 11 | R, 602, 32 |
| Mary Watson Gibson 2024-07-03 | 150 | 22 | 152 | 1 | R, 602, 32 |
| Mary Watson Gibson 2024-07-03 | 154 | 10 | 159 | 3 | R, 403, 32 |
| Patti Sams 2024-06-18 | 6 | 11 | 6 | 13 | |
| Patti Sams 2024-06-18 | 12 | 20 | 13 | 8 | |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Patti Sams 2024-06-18 | 17 | 25 | 18 | 21 | |
| Patti Sams 2024-06-18 | 22 | 22 | 25 | 23 | |
| Patti Sams 2024-06-18 | 26 | 17 | 27 | 14 | |
| Patti Sams 2024-06-18 | 27 | 25 | 28 | 15 | |
| Patti Sams 2024-06-18 | 32 | 2 | 32 | 10 | |
| Patti Sams 2024-06-18 | 32 | 21 | 33 | 11 | |
| Patti Sams 2024-06-18 | 34 | 3 | 35 | 20 | |
| Patti Sams 2024-06-18 | 36 | 6 | 37 | 10 | |
| Patti Sams 2024-06-18 | 37 | 21 | 38 | 21 | |
| Patti Sams 2024-06-18 | 39 | 7 | 39 | 24 | |
| Patti Sams 2024-06-18 | 40 | 5 | 40 | 21 | R |
| Patti Sams 2024-06-18 | 42 | 3 | 43 | 25 | R; 403 |
| Patti Sams 2024-06-18 | 44 | 14 | 46 | 3 | R, 403, 602, |
| Patti Sams 2024-06-18 | 46 | 19 | 48 | 9 | R, 403, 602, |
| Patti Sams 2024-06-18 | 48 | 14 | 48 | 19 | |
| Patti Sams 2024-06-18 | 49 | 6 | 49 | 15 | |
| Patti Sams 2024-06-18 | 49 | 19 | 51 | 17 | 50:11-51:17--R, 403, |
| Patti Sams 2024-06-18 | 53 | 8 | 54 | 2 | R, 403, 602 |
| Patti Sams 2024-06-18 | 56 | 24 | 57 | 13 | R; 403, 602 |
| Patti Sams 2024-06-18 | 58 | 17 | 59 | 8 | R, 403, 602, |
| Patti Sams 2024-06-18 | 60 | 5 | 60 | 9 | R, 403, 602, |
| Patti Sams 2024-06-18 | 60 | 19 | 62 | 23 | R, 403, 602, |
| Patti Sams 2024-06-18 | 63 | 5 | 63 | 14 | R, 403, 602, |
| Patti Sams 2024-06-18 | 65 | 8 | 65 | 15 | R, 403, 602, |
| Patti Sams 2024-06-18 | 65 | 23 | 66 | 16 | R, 403, 602, |
| Patti Sams 2024-06-18 | 66 | 23 | 67 | 3 | R, 403, 602, |
| Patti Sams 2024-06-18 | 67 | 20 | 68 | 11 | R, 403, 602, |
| Patti Sams 2024-06-18 | 69 | 14 | 69 | 22 | R, 403, 602, |
| Patti Sams 2024-06-18 | 70 | 6 | 70 | 16 | |
| Patti Sams 2024-06-18 | 71 | 17 | 71 | 20 | |
| Patti Sams 2024-06-18 | 72 | 7 | 72 | 20 | |
| Patti Sams 2024-06-18 | 73 | 14 | 73 | 17 | |
| Patti Sams 2024-06-18 | 73 | 25 | 75 | 17 | |
| Patti Sams 2024-06-18 | 76 | 4 | 79 | 7 | |
| Patti Sams 2024-06-18 | 84 | 21 | 84 | 25 | |
| Patti Sams 2024-06-18 | 85 | 15 | 85 | 23 | R, 602 |
| Patti Sams 2024-06-18 | 87 | 21 | 89 | 2 | R, 602 |
| Patti Sams 2024-06-18 | 90 | 14 | 90 | 19 | R, 403, 602 |
| Patti Sams 2024-06-18 | 91 | 7 | 91 | 13 | R, 403, 602 |
| Patti Sams 2024-06-18 | 92 | 1 | 92 | 14 | R, 403, 602 |
| Patti Sams 2024-06-18 | 93 | 9 | 94 | 14 | R, 403, 602 |
| Patti Sams 2024-06-18 | 97 | 16 | 97 | 22 | |
| Patti Sams 2024-06-18 | 98 | 12 | 98 | 13 | |
| Patti Sams 2024-06-18 | 98 | 24 | 99 | 15 | |
| Patti Sams 2024-06-18 | 100 | 6 | 100 | 11 | |
| Paul Segalini 2024-03-06 | 12 | 10 | 12 | 14 | R, IA (12:10) |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Paul Segalini 2024-03-06 | 14 | 15 | 14 | 16 | R, IA |
| Paul Segalini 2024-03-06 | 15 | 3 | 15 | 3 | |
| Paul Segalini 2024-03-06 | 15 | 6 | 15 | 15 | R |
| Paul Segalini 2024-03-06 | 15 | 17 | 15 | 17 | R |
| Paul Segalini 2024-03-06 | 16 | 2 | 16 | 4 | |
| Paul Segalini 2024-03-06 | 16 | 17 | 16 | 23 | R (16:22-23) |
| Paul Segalini 2024-03-06 | 16 | 25 | 17 | 1 | R |
| Paul Segalini 2024-03-06 | 17 | 3 | 18 | 14 | R (17:3-4) |
| Paul Segalini 2024-03-06 | 19 | 14 | 19 | 15 | |
| Paul Segalini 2024-03-06 | 38 | 4 | 38 | 5 | |
| Paul Segalini 2024-03-06 | 38 | 7 | 38 | 22 | |
| Paul Segalini 2024-03-06 | 59 | 16 | 59 | 19 | |
| Paul Segalini 2024-03-06 | 59 | 22 | 60 | 5 | |
| Paul Segalini 2024-03-06 | 72 | 12 | 72 | 13 | R, IA |
| Paul Segalini 2024-03-06 | 72 | 23 | 73 | 15 | |
| Paul Segalini 2024-03-06 | 73 | 18 | 73 | 18 | |
| Paul Segalini 2024-03-06 | 79 | 22 | 80 | 7 | |
| Paul Segalini 2024-03-06 | 100 | 18 | 101 | 9 | |
| Paul Segalini 2024-03-06 | 105 | 4 | 105 | 24 | R, 602 |
| Paul Segalini 2024-03-06 | 119 | 3 | 119 | 4 | R, IA |
| Paul Segalini 2024-03-06 | 120 | 9 | 120 | 19 | |
| Paul Segalini 2024-03-06 | 124 | 11 | 125 | 7 | |
| Paul Segalini 2024-03-06 | 137 | 22 | 137 | 23 | R, IA |
| Paul Segalini 2024-03-06 | 138 | 6 | 138 | 11 | |
| Paul Segalini 2024-03-06 | 141 | 2 | 141 | 3 | R, IA |
| Paul Segalini 2024-03-06 | 141 | 11 | 141 | 19 | |
| Paul Segalini 2024-03-06 | 141 | 25 | 142 | 7 | |
| Paul Segalini 2024-03-06 | 155 | 15 | 155 | 17 | R, IA |
| Paul Segalini 2024-03-06 | 155 | 24 | 156 | 17 | R, IA (156:9) |
| Paul Segalini 2024-03-06 | 160 | 19 | 160 | 20 | R, IA |
| Paul Segalini 2024-03-06 | 161 | 3 | 161 | 24 | R, 602 (161:18-24) |
| Paul Segalini 2024-03-06 | 163 | 5 | 163 | 9 | R, 602 |
| Paul Segalini 2024-03-06 | 163 | 16 | 163 | 20 | R, 602 |
| Paul Segalini 2024-03-06 | 163 | 22 | 164 | 9 | R, 602 |
| Paul Segalini 2024-03-06 | 165 | 21 | 165 | 22 | R, IA |
| Paul Segalini 2024-03-06 | 166 | 9 | 166 | 18 | |
| Paul Segalini 2024-03-06 | 166 | 9 | 166 | 20 | D |
| Paul Segalini 2024-03-06 | 166 | 25 | 167 | 8 | R, 602 |
| Paul Segalini 2024-03-06 | 167 | 11 | 167 | 19 | R, 602 |
| Paul Segalini 2024-03-06 | 167 | 22 | 168 | 6 | R, 602 |
| Paul Segalini 2024-03-06 | 169 | 17 | 169 | 18 | R, IA |
| Paul Segalini 2024-03-06 | 170 | 7 | 170 | 19 | |
| Paul Segalini 2024-03-06 | 174 | 13 | 174 | 15 | R, IA (174:13) |
| Paul Segalini 2024-03-06 | 174 | 24 | 175 | 4 | |
| Paul Segalini 2024-03-06 | 175 | 16 | 175 | 23 | R, 602 |
| Paul Segalini 2024-03-06 | 176 | 7 | 176 | 9 | |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Paul Segalini 2024-03-06 | 176 | 11 | 176 | 12 | |
| Paul Segalini 2024-03-06 | 178 | 10 | 178 | 11 | R, IA |
| Paul Segalini 2024-03-06 | 178 | 19 | 179 | 6 | |
| Paul Segalini 2024-03-06 | 199 | 4 | 199 | 6 | |
| Paul Segalini 2024-03-06 | 199 | 11 | 199 | 24 | |
| Paul Segalini 2024-03-06 | 202 | 16 | 203 | 2 | |
| Paul Segalini 2024-03-06 | 212 | 18 | 212 | 19 | R, IA |
| Paul Segalini 2024-03-06 | 213 | 2 | 213 | 21 | |
| Paul Segalini 2024-03-06 | 218 | 24 | 219 | 11 | 106 |
| Paul Segalini 2024-03-06 | 221 | 18 | 221 | 19 | R, IA |
| Paul Segalini 2024-03-06 | 222 | 1 | 222 | 23 | |
| Paul Segalini 2024-03-06 | 223 | 1 | 223 | 1 | |
| Paul Segalini 2024-03-06 | 230 | 2 | 230 | 3 | R, IA |
| Paul Segalini 2024-03-06 | 230 | 14 | 231 | 8 | R, IA (230:14-15) |
| Paul Segalini 2024-03-06 | 231 | 19 | 231 | 24 | R, IA |
| Paul Segalini 2024-03-06 | 232 | 4 | 232 | 13 | |
| Paul Segalini 2024-03-06 | 232 | 15 | 233 | 1 | |
| Paul Segalini 2024-03-06 | 243 | 7 | 243 | 8 | R, IA |
| Paul Segalini 2024-03-06 | 243 | 17 | 244 | 4 | R |
| Steven Blizzard 2024-04-17 | 7 | 8 | 7 | 11 | 32 |
| Steven Blizzard 2024-04-17 | 29 | 19 | 31 | 3 | 32 |
| Steven Blizzard 2024-04-17 | 32 | 5 | 32 | 10 | 32 |
| Steven Blizzard 2024-04-17 | 33 | 1 | 33 | 5 | 32 |
| Steven Blizzard 2024-04-17 | 33 | 7 | 33 | 9 | 32 |
| Steven Blizzard 2024-04-17 | 40 | 18 | 41 | 11 | 32 |
| Steven Blizzard 2024-04-17 | 43 | 15 | 43 | 18 | 32 |
| Steven Blizzard 2024-04-17 | 43 | 25 | 44 | 5 | 32 |
| Steven Blizzard 2024-04-17 | 45 | 4 | 46 | 18 | 32 |
| Steven Blizzard 2024-04-17 | 46 | 20 | 46 | 24 | 32 |
| Steven Blizzard 2024-04-17 | 48 | 2 | 48 | 4 | D, 32 |
| Steven Blizzard 2024-04-17 | 48 | 17 | 48 | 22 | 32 |
| Steven Blizzard 2024-04-17 | 51 | 6 | 51 | 8 | 32 |
| Steven Blizzard 2024-04-17 | 51 | 12 | 51 | 15 | 32 |
| Steven Blizzard 2024-04-17 | 53 | 19 | 54 | 5 | 32 |
| Steven Blizzard 2024-04-17 | 55 | 23 | 55 | 24 | 32 |
| Steven Blizzard 2024-04-17 | 56 | 5 | 56 | 11 | 32 |
| Steven Blizzard 2024-04-17 | 58 | 2 | 58 | 18 | R, 32 |
| Steven Blizzard 2024-04-17 | 58 | 23 | 59 | 4 | R, 32 |
| Steven Blizzard 2024-04-17 | 60 | 6 | 61 | 25 | 32 |
| Steven Blizzard 2024-04-17 | 62 | 8 | 66 | 17 | 32; NIA (64:3-65:5) |
| Steven Blizzard 2024-04-17 | 66 | 20 | 68 | 24 | 32 |
| Steven Blizzard 2024-04-17 | 69 | 9 | 69 | 14 | R, 32 |
| Steven Blizzard 2024-04-17 | 70 | 8 | 70 | 12 | R, NIA, 32 |
| Steven Blizzard 2024-04-17 | 73 | 20 | 73 | 22 | R, 32 |
| Steven Blizzard 2024-04-17 | 74 | 2 | 74 | 8 | R, 32 |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Steven Blizzard 2024-04-17 | 75 | 5 | 78 | 19 | 32; R (75:5 - 77:11); R, 403 (77:12-78:19) |
| Steven Blizzard 2024-04-17 | 79 | 12 | 82 | 23 | 32; R (80:19-82;23) |
| Steven Blizzard 2024-04-17 | 83 | 20 | 84 | 10 | 32, R, D |
| Steven Blizzard 2024-04-17 | 92 | 24 | 94 | 2 | 32 |
| Steven Blizzard 2024-04-17 | 96 | 24 | 97 | 2 | 32 |
| Steven Blizzard 2024-04-17 | 97 | 10 | 97 | 13 | 32 |
| Steven Blizzard 2024-04-17 | 97 | 17 | 97 | 23 | 32 |
| Steven Blizzard 2024-04-17 | 98 | 1 | 100 | 1 | 32 |
| Steven Blizzard 2024-04-17 | 103 | 8 | 104 | 11 | 32; 701/702 (103:8-19) |
| Steven Blizzard 2024-04-17 | 105 | 19 | 106 | 21 | 32, NIA |
| Steven Blizzard 2024-04-17 | 112 | 6 | 112 | 12 | |
| Steven Blizzard 2024-04-17 | 116 | 4 | 116 | 16 | R, C, 403 |
| Steven Blizzard 2024-04-17 | 117 | 6 | 117 | 10 | R, C, 403 |
| Steven Blizzard 2024-04-17 | 117 | 14 | 117 | 22 | R, C, 403 |
| Steven Blizzard 2024-04-17 | 118 | 5 | 118 | 15 | R, C, 403 |
| Steven Blizzard 2024-04-17 | 125 | 23 | 126 | 14 | R, C, 403 |
| Steven Blizzard 2024-04-17 | 128 | 15 | 129 | 4 | NIA, 32; compound question (131: 5-13) |
| Steven Blizzard 2024-04-17 | 131 | 5 | 133 | 25 | NIA, 32 |
| Steven Blizzard 2024-04-17 | 134 | 1 | 136 | 5 | NIA, 32; R (135:20-136:5) |
| Steven Blizzard 2024-04-17 | 138 | 18 | 139 | 25 | NIA, 32, 602 |
| Steven Blizzard 2024-04-17 | 145 | 17 | 146 | 22 | NIA, 32; 602 (146:2-22) |
| Steven Blizzard 2024-04-17 | 147 | 8 | 148 | 13 | NIA, 32, R, 602 |
| Steven Blizzard 2024-04-17 | 152 | 20 | 153 | 13 | R, 32 |
| Steven Blizzard 2024-04-17 | 159 | 3 | 160 | 13 | R, 32 |
| Steven Blizzard 2024-04-17 | 173 | 2 | 173 | 19 | 32 |
| Steven Blizzard 2024-04-17 | 175 | 14 | 175 | 23 | 32 |
| Steven Blizzard 2024-04-17 | 177 | 20 | 178 | 4 | 32 |
| Steven Blizzard 2024-04-17 | 178 | 10 | 178 | 19 | 32 |
| Steven Blizzard 2024-04-17 | 178 | 21 | 179 | 12 | 32 |
| Steven Blizzard 2024-04-17 | 179 | 16 | 184 | 18 | 32 |
| Steven Blizzard 2024-04-17 | 185 | 13 | 186 | 2 | 32 |
| Steven Blizzard 2024-04-17 | 186 | 6 | 190 | 25 | 32 |
| Steven Blizzard 2024-04-17 | 191 | 1 | 191 | 14 | 32 |
| Steven Blizzard 2024-04-17 | 191 | 17 | 191 | 19 | 32 |
| Steven Blizzard 2024-04-17 | 191 | 20 | 201 | 4 | 32; 701/702 (194:20-23); argumentative (196:9-11); 701/702 (196:13-23) |
| Steven Blizzard 2024-04-17 | 201 | 19 | 202 | 4 | 32, R, 403 |
| Steven Blizzard 2024-04-17 | 204 | 3 | 204 | 14 | 32 |
| Steven Blizzard 2024-04-17 | 204 | 18 | 209 | 6 | 32 |
| Steven Blizzard 2024-04-17 | 209 | 11 | 209 | 17 | 32 |
| Steven Blizzard 2024-04-17 | 210 | 3 | 215 | 1 | 32 |
| Steven Blizzard 2024-04-17 | 215 | 7 | 215 | 10 | 32 |
| Steven Blizzard 2024-04-17 | 215 | 25 | 216 | 2 | 32 |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Plaintiffs' Objections |
|---|---|---|---|---|---|
| Steven Blizzard 2024-04-17 | 216 | 19 | 218 | 19 | 32 |
| Steven Blizzard 2024-04-17 | 219 | 15 | 221 | 13 | 32, R, 403 |
| Steven Blizzard 2024-04-17 | 221 | 17 | 221 | 19 | 32 |
| Steven Blizzard 2024-04-17 | 221 | 21 | 223 | 7 | 32 |
| Steven Blizzard 2024-04-17 | 225 | 19 | 232 | 10 | 32, C, 403 |
| Steven Blizzard 2024-04-17 | 233 | 13 | 233 | 15 | 32, C, 403, NIA |
| Steven Blizzard 2024-04-17 | 233 | 19 | 233 | 19 | 32, C, 403 |
| Yeeping Chen Zhong 2024-05-14 | 10 | 8 | 10 | 14 | |
| Yeeping Chen Zhong 2024-05-14 | 14 | 11 | 15 | 2 | |
| Yeeping Chen Zhong 2024-05-14 | 16 | 22 | 17 | 1 | |
| Yeeping Chen Zhong 2024-05-14 | 17 | 15 | 17 | 23 | |
| Yeeping Chen Zhong 2024-05-14 | 31 | 20 | 32 | 20 | |
| Yeeping Chen Zhong 2024-05-14 | 33 | 4 | 34 | 7 | |
| Yeeping Chen Zhong 2024-05-14 | 34 | 18 | 36 | 9 | |
| Yeeping Chen Zhong 2024-05-14 | 41 | 20 | 44 | 10 | |
| Yeeping Chen Zhong 2024-05-14 | 46 | 25 | 49 | 9 | |
| Yeeping Chen Zhong 2024-05-14 | 50 | 2 | 50 | 14 | |
| Yeeping Chen Zhong 2024-05-14 | 51 | 15 | 51 | 18 | |
| Yeeping Chen Zhong 2024-05-14 | 71 | 23 | 72 | 7 | |

| Objections | Description |
| --- | --- |
| 32 | imroper use of deposition testimony |
| 106/no question asked | no question or no answer |
| 403 | prejudice etc. |
| 602 | no personal knowledge/lacks foundation |
| 701/702 | improper legal conclusion |
| 901 | authentication |
| C | improper character evidence |
| D | duplicative testimony |
| Greenspun Daubert | subject to Greenspun Daubert |
| HS | hearsay |
| JA | subject to Extreme's judicial admissions |
| NIA | non-infringing alternative |
| Nortel | subject to MIL to preclude Nortel opinion |
| OCEO | Dr. Case was unable to review OCEO material |
| R | relevance |