# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | § § § | Case No. 3:20-cv-00451-CEA-DCP |
| Plaintiffs, | § § | Jury Demand |
| v. | § § § § | |
| EXTREME NETWORKS, INC., | § § § | |
| Defendants. | § § § | |

**JOINT STATUS REPORT PURSUANT TO JUNE 23, 2025 ORDER [DOC. 640]**

Pursuant to the Court's Order of June 23, 2025 [Doc. 640], the parties hereby submit this Joint Status Report regarding whether and to what extent Defendant's Motion to Exclude Opinions of Regan Smith ("Smith Daubert Motion") [Doc. 448] and Plaintiffs' Motion to Exclude Testimony of Philip Greenspun ("Greenspun Daubert Motion") [Doc. 461] are moot in light of the Court's Memorandum Opinion and Order dated June 9, 2025 [Doc. 607].

The parties certify that they have complied with the meet-and-confer requirement set forth in the Court's Order, as counsel for the parties conferred via teleconference on the matters set forth herein on June 25, 2025.

As a result of their meet-and-confer, the parties have reached agreement that (1) the Smith Daubert Motion has been rendered entirely moot, and (2) certain aspects of the Greenspun Daubert Motion still require resolution and other aspects have been rendered moot.

1

Specifically, the parties hereby stipulate as follows:

(1) Extreme withdraws the testimony of Philip Greenspun relating to copyright liability issues (i.e., other than copyright damages issues), as expressed in ¶¶ 4-5, 162–232 and Appendix A, E, and I of Dr. Greenspun's Opening Expert Report [Doc. 475-28], ¶¶ 3, 9-19, 32, 36 of Dr. Greenspun's Rebuttal Expert Report [Doc. 475-35], and all of Dr. Greenspun's Third Expert Report [Doc. 475-36].

(2) The arguments set forth in Section III (pp. 2-17) of the memorandum filed in support of the Greenspun Daubert Motion [Doc. 552] have been rendered moot by the Court's ruling in the Memorandum Opinion and Order [Doc. 607] and need not be addressed by the Court because Extreme has withdrawn Dr. Greenspun's opinions on copyright liability issues, as noted in (1) above.

(3) The arguments set forth in Section IV (pp. 17-25) of the memorandum filed in support of the Greenspun Daubert Motion [Doc. 552] are still in dispute and thus require resolution by the Court.[1]

(4) Plaintiffs withdraw the testimony of Regan Smith, as all of her opinions were presented in rebuttal to opinions from Mr. Greenspun that Extreme has now agreed to withdraw, as noted in (1) above.

(5) The Smith Daubert Motion has been rendered moot because Plaintiffs have withdrawn the opinions of Ms. Smith, as noted in (4) above.

Dated: June 27, 2025

---

[1] A disagreement remains between the parties whether subsections IV.C and IV.D of the memorandum filed in support of the Greenspun Daubert Motion [Doc. 552] have been effectively resolved based on other recent Court orders (Doc. 601 at 25-32; Doc. 613 at 22-24).

By: */s/ John L. Wood*
John L. Wood, Esq. (BPR #027642)
Cheryl G. Rice, Esq. (BPR #021145)
Reuben N. Pelot, IV, Esq. (BPR #014986)
EGERTON, McAFEE, ARMISTEAD
 & DAVIS, P.C.
P.O. Box 2047
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (facsimile)
jwood@emlaw.com
crice@emlaw.com
rpelot@emlaw.com

A. Matthew Ashley (CA Bar. No. 198235)
Morgan Chu (CA Bar. No. 70446)
David Nimmer (CA Bar. No. 97170)
David McPhie (CA Bar No. 231520)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (facsimile)
mchu@irell.com
dnimmer@irell.com
dmcphie@irell.com
mashley@irell.com

Olivia Weber (CA Bar. No. 319918)
BIENERT KATZMAN LITTRELL
 WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(949) 369-3700 (phone)
(949) 369-3701 (facsimile)
oweber@bklwlaw.com

*Attorneys for Plaintiffs*
*SNMP Research International, Inc.*
*SNMP Research, Inc.*

*/s/ Sarang V. Damle*
P. Anthony Sammi (*admitted pro hac vice*)
Rachel Blitzer (*admitted pro hac vice*)
Grace McLaughlin (*admitted pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
tony.sammi@lw.com
rachel.blitzer@lw.com
grace.mclaughlin@lw.com
(212) 906-1200

Sarang V. Damle (*admitted pro hac vice*)
Caroline Pizano (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
caroline.pizano@lw.com
(202) 637-3332

Charles B. Lee, BPR# 011570
Jessica Malloy-Thorpe, BPR# 035234
Erin E. Steelman, BPR# 038463
MILLER & MARTIN, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
Tel.: (423) 756-6600
Fax: (423) 785-8293
clee@millermartin.com
jessica.malloy-thorpe@millermartin.com

Leslie A. Demers (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
leslie.demers@skadden.com
(212) 735-3000

Michael Powell (*admitted pro hac vice*)
David Lamb (*admitted pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

3

7704170.2
Case 3:20-cv-00451-CEA-DCP    Document 649    Filed 06/27/25    Page 3 of 4    PageID #: 40237

michael@gishpllc.com
david.lamb@gishpllc.com
(212) 518-2000

*Attorneys for Defendant
Extreme Networks, Inc.*