UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SNMP RESEARCH, INC. and SNMP RESEARCH INTERNATIONAL, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-CV-451-CEA-DCP ) |
| EXTREME NETWORKS, INC. | ) ) |
| Defendant. | ) ) |

# **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion for Leave to File Documents Under Seal [Doc. 660]. Plaintiffs seek leave to file a redacted copy of their Opposition to MIL #1 [Doc. 660-1 (redacted); Doc. 664 SEALED]; Exhibit G to the Declaration of John Wood ("Wood Declaration") [Doc. 660-2 (redacted); Doc. 664-7 SEALED], Exhibit H to the Wood Declaration [Doc. 660-3 (redacted); Doc. 664-8 SEALED]; Exhibit I to the Wood Declaration [Doc. 660-4 (redacted); Doc. 664-9 SEALED]; and Exhibit 6 to the Wood Declaration in support of Plaintiffs' Opposition to MIL #3 [Doc. 660-5 (redacted); Doc. 664-10 SEALED]. In addition, Plaintiffs seek leave to seal in their entirety Exhibits A–F to the Wood Declaration [Docs. 664-1, 664-2, 664-3, 664-4, 664-5, and 664-6 SEALED].

They explain that "Exhibits G, H, and I to the Wood Declaration in support of Plaintiffs' Opposition to MIL #1 are excerpts of deposition testimony [that] mention confidential and proprietary material such as pricing information, which the Court has previously allowed to be redacted" [Doc. 660 p. 2 (citation omitted)]. Plaintiffs state that "Exhibit 6 to the Wood

1

Declaration in support of [their] Opposition to MIL #3 contains proprietary information concerning Defendant['s] . . . products that [it] has requested Plaintiffs seek leave to file in redacted form" [*Id.*]. Finally, Plaintiffs state that Exhibits A through F to the Wood Declaration in support of their Opposition to MIL #1 "are either agreements Plaintiffs entered into with non-parties to this case containing confidential proprietary information, including pricing information, or are valuation reports containing highly confidential proprietary information related to Plaintiffs' business" [*Id.*].

The Court has reviewed the filings that Plaintiffs seek to redact [*See* Doc. 660-1 to 660-5]. The redactions are narrowly tailored, and the Court finds that Plaintiffs have established good cause to maintain them. Similarly, the Court has reviewed the sealed documents and finds that Plaintiffs have established good cause to place them under seal. Accordingly, the Court **GRANTS** Plaintiffs' Motion to Seal [**Doc. 660**], and Plaintiffs' Opposition to MIL #1 [**Doc. 664**], Exhibits A–I to the Wood Declaration in support of Plaintiffs' Opposition #1 [**Docs. 664-1 to 664-9**], and Exhibit 6 to the Wood Declaration in support of Plaintiffs' Opposition #3 [**Doc. 664-10**] **SHALL REMAIN SEALED.**

IT IS SO ORDERED.

ENTER:

Debra C. Poplin
United States Magistrate Judge